AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

Xiongen Jiao, et al )
*Plaintiff* )
v. ) Case No. 4:19-CV-01848
Ningbo Xu, et al )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants, Ningbo Xu, an individual, and LCL Company, LLC, a Texas limited liability company

Date: 1-4-2020

*Neal Cannon*
Attorney's signature

Neal D. Cannon, Jr. - Texas Bar No. 03754000
Printed name and bar number

P.O. Box 572226
Houston, TX 77257-2226
Address

neal@ncannonlaw.com
E-mail address

713-260-3900
Telephone number

713-260-3902
FAX number