AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
Southern District of Texas

| | | |
|---|---|---|
| Xiongen Jiao, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   4:19-CV-01848 |
| Ningbo Xu, et al | ) | |
| *Defendant* | ) | |
| | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants, Ningbo Xu, an individual, and LCL Company, LLC, a Texas limited liability company

Date: 1-4-2020

_____
*Attorney's signature*

Jim Leavens - Texas Bar No. 00786047
*Printed name and bar number*

P.O. Box 540968
Houston, TX 77254

*Address*

jimleavens@wt.net
*E-mail address*

713-927-1456
*Telephone number*

713-686-2338
*FAX number*