## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| XIONGEN JIAO, an individual, QIANJU JIAO, an individual, ZHONGHUA YU, an individual, JIATONG YU, an individual, PENGFEI ZHOU, an individual, XUANMEI ZHOU, an individual, <br><br>     Plaintiffs, <br><br>  vs. <br><br> NINGBO XU, an individual, and LCL COMPANY LLC, a Texas Limited Liability Company, <br><br>     Defendants, <br><br> And <br><br> DONGTAI INVESTMENT GROUP, LLC, a Texas Limited Liability Company. <br><br>     Nominal Defendant. | NOTICE OF APPEARANCE OF CO-COUNSEL ON BEHALF OF PLAINTIFFS AND DESIGNATION OF ATTORNEY-IN-CHARGE <br><br><br><br><br><br><br> Case No.: 4:19-CV-01848 <br><br> Judge: Hon. Keith P. Ellison |

Please take notice that Yaou Li of the law firm of Nguyen & Chen, LLP hereby enters his appearance as co-counsel for Plaintiffs in this matter, and designates Plaintiffs' counsel, Brian M. Gargano, as attorney-in-charge. Accordingly, it is requested that Yaou Li be copied on all further notices, correspondence or orders in this case, as follows:

Yaou Li
Nguyen & Chen, LLP
FEDERAL BAR No. 3435471
STATE BAR No. 24102093
11200 Westheimer Road, Suite 120
Houston, Texas 77042
Telephone: (832) 767-0339

Facsimile: (832) 767-0669
E-mail: yli@nguyen-chen.com

Notice of this designation has been provided to all other parties, as required by Federal Rules of Civil Procedure.

Respectfully submitted,

NGUYEN CHEN LLP

By: */s/ Yaou Li*
    Brian M. Gargano (Attorney-in-Charge)
    State Bar No. 24102898
    bgargano@nguyen-chen.com
    Yaou Li
    Federal Bar No. 3435471
    State Bar No. 24102093
    11200 Westheimer Ste 120
    Houston, Texas 77042
    Telephone: (832) 767-0339
    Fax: (832) 767-0669

    *ATTORNEY FOR PLAINTIFFS*

## **<u>CERTIFICATE OF SERVICE</u>**

    The undersigned hereby certifies that the foregoing document is being filed on this 5th day of January, 2020 via the Court's CM/ECF filing system, which will serve a copy electronically on all counsel of record

*/s/ Yaou Li*
Yaou Li
