**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| XIONGEN JIAO, an individual, QIANJU JIAO, an individual, ZHONGHUA YU, an individual, JIATONG YU, an individual, PENGFEI ZHOU, an individual, XUANMEI ZHOU, an individual<br>　　　　Plaintiffs,<br>vs.<br><br>NINGBO XU, an individual, and LCL COMPANY LLC, a Texas limited liability company,<br>　　　Defendants,<br><br>And<br><br>DONGTAI INVESTMENT GROUP, LLC, a Texas Limited Liability Company<br><br>　　Nominal Defendant | Case No.: 4:19-CV--01848<br><br>Judge: Hon. Keith P. Ellison |

## NOTICE OF APPEARANCE

TO THE HONORABLE KEITH P. ELLISON, UNITED STATES DISTRICT JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION:

　　COMES NOW, ADAM B. BROWN, and enters his appearance as co-counsel with for Defendant, NINGO "KEVIN" XU, in the above-captioned matter.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　*/s/ Adam B. Brown*
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**ADAM B. BROWN**
　　　　　　　　　　　　　　　　Federal ID No. 38590
　　　　　　　　　　　　　　　　TBA No. 24003775
　　　　　　　　　　　　　　　　300 Main Street, Ste. 200
　　　　　　　　　　　　　　　　Houston, Texas 77002
　　　　　　　　　　　　　　　　Telephone:  (713) 223-0051
　　　　　　　　　　　　　　　　Facsimile:  (713) 223-0877

　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　NINGO "KEVIN" XU

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Notice of Appearance will be delivered to all parties via the court's electronic system on this the 13th day of January, 2020.

                                                                     */s/ Adam B. Brown*

                                                                     _____
                                                                     **ADAM B. BROWN**