IN THE UNITED STATES DISTRICT COURT FOR THE SO
OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| XIONGEN JIAO, an individual, et al., | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | |
| NINGBO XU, an individual, and LCL COMPANY LLC, a Texas limited liability company, | § § § § § | C.A. NO. 4:19-CV-01848<br><br>Hon. Keith P. Ellison |
| Defendants | § § | |

## VERIFICATION

STATE OF TEXAS §
§
COUTY OF HARRIS §

Before me, the undersigned notary, on this day personally appeared Bill S. Chen, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

"My name is Bill S. Chen. I am capable of making this verification. I am an authorized representative of New Era Life Insurance Company, and Philadelphia American Life Insurance Company. I have read the Proposed Intervenor's Motion to Intervene and the facts stated are within my personal knowledge and are true and correct."

By: Bill S. Chen
[name]

President
[title]

Sworn to and subscribed before me by Bill S. Chen on January 12, 2021.

_____
Notary public in and for
the State of Texas

CATHERINE E MATTHEW
Notary ID #10562125
My Commission Expires
July 3, 2024