# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **XIONGEN JIAO**, *et al*, | § § § | |
| **Plaintiffs,** | § § | |
| vs. | § § | |
| **NINGBO XU**, *et al*, | § § | C.A. NO. 4:19-CV-01848 |
| **Defendants.** | § § | |

# ORDER

After considering the Proposed Intervenors' Motion to Intervene, and the responses, if any, the Motion is hereby **GRANTED**.

**IT IS SO ORDERED.**

**Signed** at Houston, Texas, this the _____ day of _____, 2021.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE