**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **XIONGEN JIAO, an individual, QIANJU JIAO, an individual, ZHONGHUA YU, an individual, JIATONG YU, an individual, PENGFEI ZHOU, an individual, XUANMEI ZHOU, an individual,**<br><br>*Plaintiffs,*<br><br>vs.<br><br>**NINGBO XU, an individual, and LCL COMPANY LLC, a Texas Limited Liability Company,**<br><br>*Defendants,*<br><br>**And**<br><br>**DONGTAI INVESTMENT GROUP, LLC, a Texas Limited Liability Company.**<br><br>*Nominal Defendant.* | **PLAINTIFFS' DESIGNATION OF ATTORNEY-IN-CHARGE**<br><br><br>Case No.: 4:19-CV-01848<br><br>Judge: Hon. Keith P. Ellison |

## PLAINTIFFS' DESIGNATION OF ATTORNEY-IN-CHARGE

Plaintiffs hereby designate Yaou Li as their attorney-in-charge in this case and respectfully request that all further notices and correspondences be directed to:

Yaou Li
Federal Bar No. 3435471
State Bar No. 24012093
yli@nguyen-chen.com
Nguyen & Chen, LLP
11200 Westheimer Road, Suite 120
Houston, Texas 77042
Telephone: (832) 767-0339
Facsimile: (832) 767-0669

Notice of this designation has been provided to all other parties, as required by Federal Rules of Civil Procedure.

        Respectfully submitted,

        **NGUYEN & CHEN, LLP**

By: */s/ Yaou Li*
    Yaou Li
    Federal Bar No. 3435471
    State Bar No. 24102093
    11200 Westheimer Rd, Suite 120
    Houston, Texas 77042
    Telephone: (832) 767-0339
    Fax: (832) 767-0669
    yli@nguyen-chen.com

    *ATTORNEY FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all parties and counsel of record indicated below on January 28, 2022, in accordance with the Federal Rules of Civil Procedure and the Local Rules for the U.S. District Court for the Southern District of Texas.

*Via E-Service*
Todd Trombley
The Trombley Law Firm, PLLC
3737 Buffalo Speedway, Suite 1900
Houston, TX 77098

*ATTORNEY FOR NINGBO XU*
*AND LCL COMPANY LLC*

    */s/ Yaou Li*
    Yaou Li

2