# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
March 11, 2022

Lyle W. Cayce
Clerk

No. 20-20106

XIONGEN JIAO; QIANJU GIAO; ZHONGHUA YU; JIATONG YU; PENGFEI ZHOU; XUANMEI ZHOU,

*Plaintiffs—Appellees,*

*versus*

NINGBO XU; LCL COMPANY, L.L.C.; DONGTAI INVESTEMENT GROUP, L.L.C.,

United States Courts
Southern District of Texas
**FILED**
April 04, 2022
Nathan Ochsner, Clerk of Court

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:19-CV-1848

---

Before SMITH, COSTA, and WILSON, *Circuit Judges.*

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that appellants pay to appellees the costs on appeal to be taxed by the Clerk of this Court.



Certified as a true copy and issued
as the mandate on Apr 04, 2022

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

April 04, 2022

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 20-20106   Jiao v. Xu
                         USDC No. 4:19-CV-1848

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Rebecca L. Leto, Deputy Clerk
                         504-310-7703

cc:  Mr. Brian Gargano
     Mr. Joseph Todd Trombley