# EXHIBIT "A"

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **XIONGEN JIAO, an individual, QIANJI JIAO, an individual, ZHONGHUA YI, an individual, PENGFEI ZHOU, an individual, XUAMEI ZHOU, an individual,** *Plaintiffs,* vs. **NINGBO XU, an individual, and LCL COMPANY, LLC, a Texas Limited Liability Company,** *Defendants,* and **DONGTAI INVESTMENT GROUP, LLC,** a Texas Limited Liability Company, Nominal Defendant. | Case No.: 4:19-CV-01848<br><br>Judge: Hon. Keith P. Ellison |

### NOTICE OF ASSETS, NOTICE TO CREDITORS AND
### OTHER PARTIES IN INTEREST OF THE NEED TO FILE CLAIMS AGAINST
### DONGTAI INVESTMENT GROUP, LLC

It appearing that there is an estate from which funds are available for payment to creditors of Dongtai Investment Group, LLC, creditors must now file claims in this matter in order to share in any distribution from the receivership.

**CLAIMS MUST BE FILED ON OR BEFORE DECEMBER 16, 2022.**

Claims which are not filed timely as set forth above will not be allowed, except as otherwise provided by law. A claim may be filed with the Receiver, Ronald J. Sommers.

MAIL OR EMAIL CLAIMS TO:
Ronald J. Sommers
rsommers@nathansommers.com
Nathan Sommers Jacobs PC
2800 Post Oak Blvd, 61st Floor
Houston, TX 77056