## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **XIONGEN JIAO**, an individual, **QIANJI JIAO**, an individual, **ZHONGHUA YI**, an individual, **PENGFEI ZHOU**, an individual, **XUAMEI ZHOU**, an individual,<br><br>*Plaintiffs,*<br><br>vs.<br><br>**NINGBO XU**, an individual, and **LCL COMPANY, LLC**, a Texas Limited Liability Company,<br><br>*Defendants,*<br><br>and<br><br>**DONGTAI INVESTMENT GROUP, LLC,** a Texas Limited Liability Company,<br><br>*Nominal Defendant.* | Case No.:   4:19-CV-01848<br><br>Judge:   Hon. Keith P. Ellison |

## ORDER ESTABLISHING CLAIMS BAR DATE WITH PUBLICATION NOTICE
### (Docket No. _____ )

The Court has considered the Receiver for Dongtai Investment Group, LLC's Motion to Establish Claims Bar Date with Publication Notice (the "Motion"). The Court finds that notice of the Motion is sufficient and that the requested relief should be granted. Accordingly, it is therefore **ORDERED** that:

    1.    December 16, 2022, (the "Claim Bar Date") is the deadline for filing claims for money owed by Dongtai Investment Group, LLC ("DIG").

    2.    Any holder of a claim who fails to file a claim with the Receiver shall be barred, estopped, and enjoined from asserting such claim.

    3.    The Receiver shall serve this Order on all known creditors and parties in interest who may assert a claim as detailed in the Motion.

4. The Receiver shall publish the Notice of Claims Bar Date ("Notice") as described in the Motion and the publication of the Notice as published in the *Houston Chronicle* shall be deemed adequate.

Signed the _____ day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE