IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **XIONGEN JIAO, an individual, QIANJI JIAO, an individual, ZHONGHUA YI, an individual, PENGFEI ZHOU, an individual, XUAMEI ZHOU, an individual,**<br><br>*Plaintiffs,*<br><br>vs.<br><br>**NINGBO XU, an individual, and LCL COMPANY, LLC, a Texas Limited Liability Company,**<br><br>*Defendants,*<br><br>and<br><br>**DONGTAI INVESTMENT GROUP, LLC, a Texas Limited Liability Company,**<br><br>*Nominal Defendant.* | Case No.: 4:19-CV-01848<br><br>Judge: Hon. Keith P. Ellison |

## ORDER

The Court has considered the Receiver for Dongtai Investment Group, LLC's Unopposed Motion Requesting Access to Sealed Documents ("Motion") (ECF No. 186). The Court finds that the requested relief is hereby **GRANTED**.

It is **ORDERED** that the Clerk of Court shall grant Ronald J. Sommers and his counsel, Iain L. C. Kennedy, access to all sealed records in this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 13th day of December, 2022.

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE