IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| XIONGEN JIAO, an individual, QIANJI JIAO, an individual, ZHONGHUA YI, an individual, PENGFEI ZHOU, an individual, XUAMEI ZHOU, an individual,<br><br>*Plaintiffs,*<br><br>vs.<br><br>NINGBO XU, an individual, and LCL COMPANY, LLC, a Texas Limited Liability Company,<br><br>*Defendants,*<br><br>and<br><br>DONGTAI INVESTMENT GROUP, LLC, a Texas Limited Liability Company,<br><br>Nominal Defendant. | Case No.:   4:19-CV-01848<br><br>Judge:   Hon. Keith P. Ellison |

### RECEIVER'S CERTIFICATE OF SERVICE REGARDING NOTICE OF BAR DATE FOR FILING CLAIMS

COMES NOW, Ronald J. Sommers, Receiver. ("**Receiver**") for Dongtai Investment Group, LLC ("**DIG**"), and files this Receiver's Certificate of Service Regarding Notice of Bar Date for Filing Claims and represents as follows:

1.      Attached as **Exhibit "A"** is a copy of the public notice ("**Notice**") which was published in the *Houston Chronicle* on Friday, October 14, 2022, Friday, October 21, 2022, and Friday, October 28, 2022.

2.      The Notice was also published online at https://marketplace.chron.com/houston-marketplace/search/query/all?keywords=NATHAN+SOMMERS+JACOBS+PC   from   Friday, October 14, 2022 until Saturday, November 12, 2022.

3.      The Notice, the Court's Order and correspondence from the Receiver is attached as **Exhibit "B-1, B-2, and B-3"** and was served upon all parties listed on **Exhibit "C"** ("**Supplemental Service List**"), either by regular mail and/or email on Wednesday, January 18, 2023.

Dated:    January 18, 2023.

Respectfully Submitted,

By: /s/Ronald J. Sommers
        Ronald J. Sommers
        Texas Bar No. 18842500
        rsommers@nathansommers.com
        2800 Post Oak Blvd. 61st Floor
        Houston, TX 77056
        (713) 960-0303 (main)
        (713)892-4800 (fax)