Newsletters

# CASE NO.: 4:19-CV-01848 NATHAN SOMMERS JACOBS P 

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION XIONGEN JIAO, an individual, QIANJI JIAO, an individual, ZHONGHUA YI, an individual, PENGFEI ZHOU, an individual, XUAMEI ZHOU, an individual, Plaintiffs, vs. NINGBO XU, an individual, and LCL COMPANY, LLC, a Texas Limited Liability Company, Defendants, and DONGTAI INVESTMENT GROUP, LLC, a Texas Limited Liability Company, Nominal Defendant. Case No.: 4:19-CV-01848 Judge: Hon. Keith P. Ellison NOTICE OF ASSETS, NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF THE NEED TO FILE CLAIMS AGAINST DONGTAI INVESTMENT GROUP, LLC It appearing that there is an estate from whichfunds are available for payment to creditors of Dongtai Investment Group, LLC, creditors must now file claims in this matter in order to share in any distribution from the receivership. CLAIMS MUST BE FILED ON OR BEFORE MARCH 1, 2023. Claims which are not filed timely as set forth above will not be allowed, except as otherwise provided by law. A claim may be filed with the Receiver, Ronald J. Sommers. MAIL OR EMAIL CLAIMS TO: Ronald J. Sommers rsommers@nathansommers.com Nathan Sommers Jacobs PC 2800 Post Oak Blvd, 61st Floor Houston, TX 77056

Post Date: 10/14 12:00 AM

Refcode: #0034233804  iPrint 

Tweet

Like    Share    Be the first of your friends to like this.



# Legal Notices

To place legal notices email legals@chron.com or call 713.224.6868.

---

## Notice to Creditors

### Notice To Creditors Ad $74.00*

Call the Legals Team
713-224-6868
Ext. 6435 or 4204

*$74.00 includes first 36 lines and 1 Affidavit of Publication
*$1.92 per line over 36 lines

---

## Legals/Public Notices

**Texas Commission on Environmental Quality**
Notice of Receipt of Application and Intent to Obtain Hazardous Industrial Waste Permit Renewal
Permit No. 50122
**APPLICATION.** Cleveland-Cliffs Steel Corporation, 9227 Centre Point Drive, West Chester, Ohio 45069, a closed hazardous waste landfill, has applied to the Texas Commission on Environmental Quality (TCEQ) for a permit renewal to authorize continued post-closure care and a minor amendment for changes in the detection monitoring program. The facility is located 12527 Greens Bayou Street, Houston TX 77015 in Harris County, Texas. The TCEQ received this application on August 29, 2022. The permit application is available for viewing and copying at the Jacinto City Branch Library, 921 Akron Street, Houston, Texas 77029 in Harris County. The following link to an electronic map of the site or facility's general location is provided as a public courtesy and is not part of the application or notice: https://arcg.is/0bD5IO. For exact location, refer to application.
**ALTERNATIVE LANGUAGE NOTICE.** Alternative language notice in Spanish is available at https://www.tceq.texas.gov/permitting/waste_permits/ihw_permits/pending-permit-application-information. El aviso en otro idioma en espanol esta disponible en https://www.tceq.texas.gov/permitting/waste_permits/ihw_permits/pending-permit-application-information.
**ADDITIONAL NOTICE.** TCEQ's Executive Director has determined the application is administratively complete and will conduct a technical review of the application. After technical review of the application is complete, the Executive Director may prepare a draft permit and will issue a preliminary decision on the application. Notice of the Application and Preliminary Decision will be published and mailed to those who are on the county-wide mailing list and to those who are on the mailing list for this application. That notice will contain the deadline for submitting public comments.
**PUBLIC COMMENT / PUBLIC MEETING.** You may submit public comments or request a public meeting on this application. The purpose of a public meeting is to provide the opportunity to submit comments or to ask questions about the application. TCEQ will hold a public meeting if the Executive Director determines that there is a significant

---

## Legals/Public Notices

IN THE COURT OF COMMON PLEAS OF ARMSTRONG COUNTY, PA – CIVIL DIVISION
NO. 2020- 1382 CIVIL ACTION IN PARTITION
MARY FATE, LINDA GLEITMAN, and TOM C. ELKIN
Plaintiffs
vs.
The unknown heirs or assigns of DOROTHY ELKIN SPROUSE; the unknown heirs or assigns of EDNA STEVENSON; the unknown heirs or assigns of RUSSELL ELKIN; the unknown heirs or assigns HAZEL NEAL; the unknown heirs or assign of HELEN MARSHALL; the unknown heirs or assigns of EARL ELKIN; the unknown heirs or assigns of ROBERT H. ELKIN, ROBERT RUMMELL, JACQUELINE MCLAUGHLIN, REBECCA NEAL, ROGER

---

## Notice to Creditors

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION
XIONGEN JIAO, an individual, QIANJI JIAO, an individual, ZHONGHUA YI, an individual, PENGFEI ZHOU, an individual, XUAMEI ZHOU, an individual,
Plaintiffs,
vs.
NINGBO XU, an individual, and LCL COMPANY, LLC, a Texas Limited Liability Company,
Defendants,
and
DONGTAI INVESTMENT GROUP, LLC,
a Texas Limited Liability Company,
Nominal Defendant.
Case No.: 4:19-CV-01848
Judge: Hon. Keith P. Ellison
NOTICE OF ASSETS, NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF THE NEED TO FILE CLAIMS AGAINST DONGTAI INVESTMENT GROUP, LLC
It appearing that there is an estate from which funds are available for payment to creditors of Dongtai Investment Group, LLC, creditors must now file claims in this matter in order to share in any distribution from the receivership.
**CLAIMS MUST BE FILED ON OR BEFORE MARCH 1, 2023.**
Claims which are not filed timely as set forth above will not be allowed, except as otherwise provided by law. A claim may be filed with the Receiver, Ronald J. Sommers.
MAIL OR EMAIL CLAIMS TO:
Ronald J. Sommers
rsommers@nathansommers.com
Nathan Sommers Jacobs P'C
2800 Post Oak Blvd, 61st Floor
Houston, TX 77056

---

## Legal Bids & Proposals

COMPETITIVE SEALED BIDS WILL BE RECEIVED BY PROCUREMENT SERVICES, PORT HOUSTON, UNTIL **11:00 A.M., ON OCTOBER 19, 2022,** FOR THE FOLLOWING:

GENERAL AIR CONDITIONING PARTS AND SUPPLIES (CSB-2438).

NO PRE-PROPOSAL CONFERENCE WILL BE HELD FOR THIS PROCUREMENT.

RESPONDENTS MUST SUBMIT THEIR RESPONSES ELECTRONICALLY VIA EMAIL TO: PROCUREMENTPROPOSALS@PORTHOUSTON.COM.

NOTE: PLEASE INCLUDE THE SOLICITATION NUMBER AND THE PROJECT TITLE IN THE SUBJECT LINE.

SPECIFICATIONS MAY BE OBTAINED FROM PORT HOUSTON'S ePROCUREMENT WEBSITE https://buyspeed.poha.com/bso/.

---

COMPETITIVE SEALED PROPOSALS WILL BE RECEIVED BY PROCUREMENT SERVICES, PORT HOUSTON, UNTIL **11:00 A.M., ON NOVEMBER 2, 2022,** FOR THE FOLLOWING:

LAND DEVELOPMENT OF 35-ACRES SOUTH OF PORT ROAD AT BAYPORT CONTAINER TERMINAL (CSP-2439).

A PRE-PROPOSAL CONFERENCE IS SCHEDULED FOR THIS PROCUREMENT ON OCTOBER 13, 2022 AT 9:00 A.M. VIA WEBEX. INSTRUCTIONS ARE AVAILABLE ON BUYSPEED. AN OPTIONAL SITE VISIT WILL BE HELD ON OCTOBER 13, 2022 AT 2:00 P.M. INTERESTED VENDORS SHOULD MEET AT PORT AUTHORITY BAYPORT ADMINISTRATION BUILDING, 12619 PORT ROAD, SEABROOK, TX 77586. PPE & ID REQUIRED AND TWIC PREFERRED.

RESPONDENTS MUST SUBMIT THEIR RESPONSES ELECTRONICALLY VIA EMAIL TO: PROCUREMENTPROPOSALS@PORTHOUSTON.COM.

NOTE: PLEASE INCLUDE THE SOLICITATION NUMBER AND THE PROJECT TITLE IN THE SUBJECT LINE.

SPECIFICATIONS MAY BE OBTAINED FROM PORT HOUSTON'S ePROCUREMENT WEBSITE https://buyspeed.poha.com/bso/.

---

Texas A&M Bright Area Development – Bright Football Complex Interior Renovations & Kyle Field Turf Replacement

Manhattan Construction, the Construction Manager-at-Risk, is soliciting subcontractor competitive proposals for Bright Football Complex Interior Renovations & Kyle Field Turf Replacement: (Bids are due at or before **November 3rd at 3pm**). Scopes of work included in this package will be Bright Reno: Interior Trades including but not limited to Finishes / Mechanical / Plumbing / Electrical, Kyle Field: replacement of existing turf.

Proposals shall be submitted in accordance with the instructions to bidders (via building connected) to Manhattan Construction. This project has a 26% HUB participation goal and HUB firms are strongly encouraged to submit, and non-HUB firms are encouraged to include and identify HUB participation included in their bids. For more info or to obtain access to the documents, email aamartinez@manhattanconstruction.com or call (713) 332-7224. Manhattan Construction is an equal opportunity employer.

---

### NOTICE OF COMPETITIVE BIDS

Harris County is requesting offers for the projects listed below. Offer requirements, including item description(s), submission due dates and times, type of pricing, payment method, and any bonding requirements, may be obtained online at https://purchasing.harriscountytx.gov, or in the Purchasing Agent's office. Return offers to Harris County Purchasing Agent, 1111 Fannin, 12th Floor, Houston, Texas 77002, no later than 2:00 p.m. local time in Houston, Texas on specified due dates.

**Bids/Proposals Due October 17, 2022**

| | | |
|---|---|---|
| Job | 22/0160 | Interpreter Services for Hearing Impaired Persons |
| Job | 22/0246 | Drug Testing Kits, Specimen Collection, Transport Supplies and Laboratory Testing of Urine Specimens |
| Job | 22/0296 | New Lynchburg Ferry Operations Building |
| Job | 22/0308 | Gas Chromatograph for Ambient Detection of Toxic Airborne Chemicals |
| Job | 22/0322 | Plumbing Supplies and Related Items |
| Job | 22/0331 | Enclosed Workstations/Meeting Pods |
| Job | 22/0335 | Construction for a New Service and Residential Buildings at the HAY Center Foundation, Precinct 1 |
| Job | 22/0336 | License Plate Reader and Sound Detection System |
| Job | 22/0342 | Replacement and Installation of Heating, Ventilation and Air Conditioning Systems at the Armand Bayou Nature Center |
| Job | 22/0353 | Podiatry Services |
| Job | 22/0356 | Preventative and Reactive Maintenance and Alteration of Traffic Control Devices and Related Items and Materials |
| Job | 22/0358 | Guardrail and Bridge Railing Repairs and Related Items at Various Locations, Precinct 3 |

**Bids/Proposals Due October 24, 2022**

| | | |
|---|---|---|
| Job | 22/0339 | Comprehensive Maintenance, Inspection Services and Related Items for Various Chillers |

---

### ADVERTISEMENT FOR BIDS
### CITY OF HOUSTON

The City Secretary for the City of Houston will receive bids at 900 Bagby, Room P101, Houston, Texas for the following project:

**IAH ARFF 92 at George Bush Intercontinental Airport**
**ITB No. HHG-ARFF92-2023-007; PN 668**

**Bid Due Date/Time:** Thursday, December 1, 2022, at 10:30 A.M. (CST)
**Project Location:** 4300 Will Clayton Parkway, Houston, TX 77032
**Senior Procurement Specialist:** Humberto De La Garza  humberto.delagarza@houstontx.gov
**Pre-bid Meeting:** Thursday, October 27, 2022, at 1:00 P.M. (CST). The meeting will be held at 111 Standifer Rd. Humble, TX 77338, Wright Brothers Conference Room
**Site-Visit:** A site visit will take place immediately after the pre-bid meeting. The site visit is the only opportunity for bidders to see the sites prior to the Bid Due Date.

The Bid Document and related materials are available at the Houston Airport System's website http://www.fly2houston.com/biz/opportunities/solicitations/

**Contract Goal:** DBE 13%

Bid Documents in **electronic format** may be examined at plan rooms listed on the City plan holders' list or listed in Document 00210 – Supplementary Instructions to Bidders.

Dated:
(Publish Fridays, October 14, 2022, and October 21, 2022)    Pat J. Daniel, City Secretary

---

**LEGAL NOTICE**
Harris County Department of Education (HCDE) will be accepting Request for Proposals (RFP) for the following:
**RFP # 23/006IA CASE for Kids Youth Services for Afterschool and Summer**
All proposals are due, Tuesday, November 29, 2022 @ 2:00 p m central time. Interested proposers may go to https://hcdeebid.ionwave.net/Login.aspx and register to download the solicitation or email iash@hcde-texas.org It is HCDE policy not to discriminate on the basis of race, color, national origin, gender, limited English proficiency or handicapping condition in its programs.

---

**Lone Star College – RFQ 835**
Advertisement for 10/14/2022 and 10/21/2022:

**Notice to Proposers**
Lone Star College Request for Qualifications:
• RFQ # 835: Third-Party Commissioning Agent Services. Electronic bids due Monday, October 31, 2022 by 2:00PM.
• For info on how to register & bid, attend the non-mandatory WebEx pre-proposal meeting Friday, 10/21/22 at 10:00AM; www.WebEx.com meeting #2620 073 4640 password: fUA4tqYam63 or https://lonestar.webex.com/lonestar/j.php?MTID=m7e9cdd2cbcd485fb973970363caad680
• Must Register to Bid: http://wwwappsdstc.lonestar.edu/istar/supplier.htm. If registered, please ensure your registration is up to date. For assistance with the on-line registration process, contact MC-vendors@lonestar.edu or Pamela.Johnson@lonestar.edu.

---

**LEGAL NOTICE**
Harris County Department of Education (HCDE) will be accepting Request for Proposals (RFP) for the following:
**RFP #23/007DR Depository Bank for Safekeeping Services**
All proposals are due, Tuesday, November 15, 2022 @ 2:00 p m CT. Interested proposers may go to https://hcdeebid.ionwave.net/Login.aspx and register to download the solicitation or call 713-696-8242. It is HCDE policy not to discriminate on the basis of race, color, national origin, gender, limited English proficiency or handicapping condition in its programs.

---

**WALLER COUNTY MUNICIPAL UTILITY DISTRICT NO. 37**
**October 2022**
**INVITATION TO BIDDERS**

Sealed Bids addressed to Quiddity Engineering, LLC, Attention Shawn Sturhan, PE, will be received, until 10:00 a.m. Local Time, Friday, October 28, 2022, and then publicly opened and read at 2322 West Grand Parkway North, Suite 150, Katy, Texas 77449 for "Construction of Water, Sanitary, and Drainage Facilities in Sunterra Section 32 for Waller County Municipal Utility District No. 37, Waller County, Texas." In addition to the opening of sealed Bids at the address above, you may view the public opening of sealed Bids via Microsoft Teams. To join via Microsoft Teams the number for this call is: 1-832-856-3756. Enter access code 233-249-402# when prompted.

Scope of Work of the Contract includes the following: Water, Sanitary, and Drainage Facilities in Sunterra Section 32

---

## Citation by Publication

**CAUSE NUMBER:** 2021-04912
**Plaintiff(s):** BERKSHIRE COMMUNITY ASSOCIATION INC
vs.
**Defendant(s):** CORDELIA L REYNOLDS
IN THE 164TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS

**CITATION BY PUBLICATION**
**THE STATE OF TEXAS**
County of Harris
To: **THE UNKNOWN HEIRS OF CORDELIA L REYNOLDS (DECEASED) WHOSE RESIDENCE AND WHEREABOUTS ARE UNKNOWN**
YOU ARE HEREBY COMMANDED to be and appear before the **164TH Judicial District Court** of Harris County, Texas in the Courthouse in the city of Houston, Texas at or before 10:00 o'clock A.M. Monday, the **28TH day of NOVEMBER 2022**, being the Monday next after the expiration date of forty-two days after this citation is issued, and you are hereby commanded and required then and there to appear and file a written answer to the PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION AND REQUEST FOR DECLARATORY RELIEF, filed in said Court on the **1ST day of SEPTEMBER 2021**, in a suit numbered **2021-04912** docket of said court, wherein **BERKSHIRE COMMUNITY ASSOCIATION INC**, the Plaintiffs **THE UNKNOWN HEIRS OF CORDELIA REYNOLDS (DECEASED)**, the Defendant, the nature of plaintiff's demand and the said petition alleging: **FORECLOSURE-OTHER**
Please issue a citation on



Legal Notices from the Houston Chronicle, Friday, October 21, 2022, page B4.

B4 FRIDAY, OCTOBER 28, 2022     HOUSTON CHRONICLE | HOUSTONCHRONICLE.COM

# Legal Notices

To place legal notices email legals@chron.com or call 713.224.6868.

## Notice To Creditors Ad $74.00*

Call the Legals Team
713-224-6868
Ext. 6435 or 4204

*$74.00 includes first 36 lines and 1 Affidavit of Publication
*$1.92 per line over 36 lines

---

**Dr. Yi Jonathan Zhang** will be leaving Houston Methodist Department of Neurosurgery. His last day will be November 30th, 2022. Patients may call the department at 713-441-3800 to continue care. Patients needing copies of medical records may call 713-441-2401.

Anyone knowing the whereabouts of Leslie Rivas Kelly, f/k/a 6319 Force St., Houston, TX; call Raashand Hamilton, Esq. 504-940-1883

---

### Notice to Creditors

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION
XIONGEN JIAO, an Individual, QIANJI JIAO, an Individual, ZHONGHUA YI, an Individual, PENGFEI ZHOU, an individual, XUAMEI ZHOU, an Individual, Plaintiffs,
vs.
NINGBO XU, an Individual, and LCL COMPANY, LLC, a Texas Limited Liability Company, Defendants,
and
DONGTAI INVESTMENT GROUP, LLC, a Texas Limited Liability Company, Nominal Defendant.
Case No.: 4:19-CV-01848
Judge: Hon. Keith P. Ellison
NOTICE OF ASSETS, NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF THE NEED TO FILE CLAIMS AGAINST DONGTAI INVESTMENT GROUP, LLC.
It appearing that there is an estate from which funds are available for payment to creditors of Dongtai Investment Group, LLC, creditors must now file claims in share in any distribution from the receivership.
**CLAIMS MUST BE FILED ON OR BEFORE MARCH 1, 2023.**
Claims which are not filed timely as set forth above will not be allowed, except as otherwise provided by law. A claim may be filed with the Receiver, Ronald J. Sommers.
MAIL OR EMAIL CLAIMS TO:
Ronald J. Sommers
rsommers@nathansommers.com
Nathan Sommers Jacobs PC
2800 Post Oak Blvd, 61st Floor
Houston, TX 77056

### Legals/Public Notices

UNITED STATES DISTRICT COURT for the Western District of Washington
United State Fire Insurance Company, et al., Plaintiff
v.
Oxbo, Inc. d/b/a Oxba Mega Transport Solutions, Defendant, Third-party plaintiff
v.
Alexander Gow, Inc., CSL Global Limited, CSL North America, et al., Third-Party defendant
Civil Action No. 3:22-cv-05228-JHC
SUMMONS ON A THIRD-PARTY COMPLAINT
To: (Third-party defendant's name and address) CSL NORTH AMERICA 6866 Gulf Freeway, Suite 540
Houston, TX 77017
A lawsuit has been filed against defendant Oxbo, Inc, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff US Fire Insurance Co, et al.
Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a united office or employee of the United States described in FED. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Michael Barcott, Daniel Barcott and Svetlana Spivak of Holmes Weddle & Barcott PC
1101 Western Ave, Suite 500
Seattle, WA 98121
It must also be served on the plaintiff's or plaintiff's attorney, whose name and address are:
Michael Bukler and Chip Jordan, Harrigan Leyh Farmer & Thomsen LLP
999 Third Ave, Suite 4400
Seattle, WA 98104
If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties. A copy of the plaintiff's complaint is also attached. You may - but are not required to—respond to it.
Date: 9/21/2022
(SEAL)
CLERK OF COURT
/s/
Signature of Clerk or Deputy Clerk

### Legal Bids & Proposals

NOTICE IS HEREBY GIVEN that HCC will be receive proposals for furnishing HCC with the following:
PRODUCTS AND/OR SERVICES
RFP-C 22-14 Automotive Driver Assistance System
Submittal/close date/time: November 28, 2022, by 2:00 PM CDT
Solicitations are located at https://hccs.bonfirehub.com/portal/?tab=openOpportunities

---

Stay legal and get noticed by emailing our team at legals@chron.com or calling 713.224.6868

---

## ADVERTISEMENT FOR BIDS
### CITY OF HOUSTON

The City Secretary for the City of Houston will receive bids at 900 Bagby, Room P101, Houston, Texas for the following project:

**HOU ARFF STATION #81 PHASE 2 – 4 WILLIAM P. HOBBY AIRPORT**
ITB No. HHG-ARFF81-2023-006; PN 669

Bid Due Date/Time: Thursday, December 15, 2022, at 10:30 AM, (CST)
Project Location: 7990 Paul B. Koonce Street, Houston, TX 77061.
Senior Procurement Specialist: Humberto De La Garza humberto.delagarza@houstontx.gov
Pre-bid Meeting: Friday, November 4, 2022, at 1:30 PM, (CST). The meeting will be held at OLD FAA BLDG, 8800 Paul B. Koonce Street,1st Floor Conference Room, Houston, TX 77061.
Site-Visit: A site visit will take place immediately after the pre-bid meeting. The site visit is the only opportunity for bidders to see the sites prior to the Bid Due Date.
The Bid Document and related materials are available at the Houston Airport System's website
https://www.fly2houston.com/biz/opportunities/solicitations/.
Contract Goal: DBE 15%
Bid Documents in electronic format may be examined at plan rooms listed on the City plan holders' list or listed in Document 00210 – Supplementary Instructions to Bidders.
Date
(Publish Fridays, October 21, 2022, and October 28, 2022)    Pat J. Daniel, City Secretary

---

## NOTICE OF COMPETITIVE BIDS

Harris County is requesting offers for the projects listed below. Offer requirements, including item description(s), submission due dates and times, type of pricing, payment method, and any bonding requirements, may be obtained online at https://purchasing.harriscountytx.gov, or in the Purchasing Agent's office. Return offers to Harris County Purchasing Agent, 1111 Fannin, 12th Floor, Houston, Texas 77002, no later than 2:00 p.m. local time in Houston, Texas on specified due dates.

### Bids/Proposals Due October 31, 2022

| Job | | |
|---|---|---|
| Job | 22/0246 | Drug Testing Kits, Specimen Collection, Transport Supplies and Laboratory Testing of Urine Specimens |
| Job | 22/0339 | Comprehensive Maintenance, Inspection Services and Related Items for Various Chillers |
| Job | 22/0362 | Employee Assistance Program |
| Job | 22/0363 | Repairs to the Barker Watershed (Package 1) |
| Job | 22/0365 | Economic Impact Study |
| Job | 22/0366 | Repairs/Replacement of Concrete Pavement, Curbs, Driveways, Sidewalks and Related Items in the South Zone, Precinct 2 |
| Job | 22/0367 | Roadway and Bike Lane Sweeping Services and Related Items, Precinct 1 |
| Job | 22/0368 | Guardrail and Bridge Railing Repairs and Related Items at Various Locations, Precinct 4 |
| Job | 22/0369 | Drainage Improvements at Holderneth Road, Precinct 3 |
| Job | 22/0375 | 2-Sack Cement Stabilized Sand and Related Items, Precinct 3 |
| Job | 22/0382 | Ferryboat Shipyard Dry Docking, Paint, Repair Parts, Labor, Emergency Work, Maintenance, Inspections and Related Items |
| Job | 22/0388 | Network Security Hardware and Software |

### Bids/Proposals Due November 7, 2022

| Job | 22/0172 | Office Supplies and Related Items |
| Job | 22/0265 | Depository, Comprehensive Payables, Custodial and Merchant Services |
| Job | 22/0296 | New Lynchburg Ferry Operations Building |
| Job | 22/0302 | Medical Exams and Testing |
| Job | 22/0318 | Flooring Installation, Maintenance and Related Items |
| Job | 22/0328 | Landfill Services to Accept Type IV, Non-Putrescible Solid Waste and Recycling Materials |
| Job | 22/0351 | Janitorial Services |
| Job | 22/0361 | Medical Interpreter Services and Related Items |
| Job | 22/0372 | Computer Hardware, Software, Services, Supplies, Consumables and Related Items |

### Bids/Proposals Due November 14, 2022

| Job | 22/0345 | Underwater Remote Operated Vehicle |
| Job | 22/0384 | Excavation of Inwood Forest Stormwater Detention Basin |
| Job | 22/0387 | Electrical Services at the Hockley Camp, Precinct 4 |
| Job | 22/0388 | Renovation and Expansion of the Hockley Service Center, Precinct 4 |
| Job | 22/0389 | Professional Architectural and/or Engineering Services for Design and Renovation of the Existing Institute of Forensic Sciences Building |
| Job | 22/0390 | Roadway, Sidewalk and Parking Lot Reconstruction at East... |
| Job | 22/0391 | Installation of School Zone Flasher Assemblies and Related Improvements |
| Job | 22/0395 | Legal Aid and Eviction Services |

### Bids/Proposals Due November 21, 2022

| Job | 22/0313 | Information Technology (IT) Consulting, Recruitment and Staff Augmentation Services |
| Job | 22/0319 | Workers' Compensation Third Party Administration |
| Job | 22/0370 | On-Demand Executive Protection Security Services |
| Job | 22/0386 | Custom Pressure Garments |

### Bids/Proposals Due December 5, 2022

| Job | 22/0352 | Ryan White Program Part A Minority AIDS Initiative and Ending the HIV Epidemic Services |
| Job | 22/0392 | Small Business Technical Assistance and Administer Accelerator Grants |

### Bids/Proposals Due December 12, 2022

| Job | 22/0400 | Supplemental Non-Secure Residential Services |

/s/ DeWight Dopslauf
DeWight Dopslauf, C.P.M., CPPO
Purchasing Agent

---

## NOTICE OF SALE

### BRAZORIA COUNTY MUNICIPAL UTILITY DISTRICT NO. 55
(A Political Subdivision of the State of Texas
Located within Brazoria County, Texas)

$8,110,000
Unlimited Tax Bonds, Series 2022

Bids to be Submitted: 9:00 A.M., Central Time
Bids to be Opened: 10:30 A.M., Central Time
Thursday, November 10, 2022

**Place and Time of Sale:** The Board of Directors of Brazoria County Municipal Utility District No. 55 (the "District") will receive and publicly read bids for the purchase of the $8,110,000 Unlimited Tax Bonds, Series 2022 ("the Bonds") at the designated meeting place outside the boundaries of the District, at the offices of Allen Boone Humphries Robinson LLP, 3200 Southwest Freeway, Suite 2600, Houston, TX 77027 at 10:30 A.M., Central Time, Thursday, November 10, 2022.

**Address of Bids:** Bids for the Bonds may be delivered to the District electronically, by telephone or delivered directly to the District in a sealed envelope, addressed to the "President and Board of Directors of Brazoria County Municipal Utility District No. 55," and delivered to the District's Financial Advisor, Robert W. Baird & Co. Incorporated, 1331 Lamar, Suite 1360, Houston, Texas 77010 prior to 9:00 A.M., Central Time on the date of the bid opening. Any bid received after 9:00 A.M. Central Time, Thursday, November 10, 2022, will not be accepted and will be returned unopened. All bidders must submit a signed "Official Bid Form" and a Bank Cashier's Check in the amount of $162,200 payable to the order of the District as a good faith deposit.

**Information:** The Bonds are more completely described in the "Official Notice of Sale" and the "Preliminary Official Statement" which may be obtained from Robert W. Baird & Co. Incorporated, 1331 Lamar, Suite 1360, Houston, Texas 77010; Financial Advisor to the District. The District reserves the right to reject any and all bids and to waive any and all irregularities except time of filing. This notice does not constitute an offer to sell the Bonds but is merely notice of sale of the Bonds as required by law. The offer to sell the Bonds will be made only by means of the "Official Notice of Sale," "Preliminary Official Statement," and the "Official Bid Form."

Board of Directors
Brazoria County Municipal Utility District No. 55

LEGAL NOTICE

---

## Citation by Publication

CAUSE NUMBER: 2021-04912
Plaintiff(s): BERKSHIRE COMMUNITY ASSOCIATION INC
vs.
Defendant(s): CORDELIA L REYNOLDS
IN THE 164TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS

CITATION BY PUBLICATION
THE STATE OF TEXAS
County of Harris
To: THE UNKNOWN HEIRS OF CORDELIA L REYNOLDS (DECEASED) WHOSE RESIDENCE AND WHEREABOUTS ARE UNKNOWN
YOU ARE HEREBY COMMANDED to be and appear before the 164TH Judicial District Court of Harris County, Texas in the Courthouse in the city of Houston, Texas, at or before 10:00 o'clock A.M. Monday, the 28TH day of NOVEMBER 2022, being the Monday next after the expiration date of forty-two days after this citation is issued, and you are hereby commanded and required then and there to appear and file a written answer to the PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION AND REQUEST FOR DECLARATORY RELIEF, filed in said Court on the 1ST day of SEPTEMBER 2021, in a suit numbered 2021-04912 docket of said court, wherein BERKSHIRE COMMUNITY ASSOCIATION INC, the Plaintiffs THE UNKNOWN HEIRS OF CORDELIA REYNOLDS (DECEASED, the Defendant, the nature of plaintiff's demand and the said petition alleging:

Please issue a citation on the Defendants using the below Summary of Suit: The nature of this suit is as follows, to with: Plaintiff sued Defendant for delinquent HOA Assessments as to the property commonly known as, 15923 Saxon Hollow Lane, legally described as: Lot 17, in Block 2, of Berkshire, Section 7, a subdivision in Harris County, Texas, according to the ma or plat thereof, recorded in Volume 549 Page 214 of the Map Records of Harris County, Texas (the "Property").
Notice thereof shall be given by publishing this Citation once a week for four consecutive weeks previous to the 28TH day of NOVEMBER 2022, in some newspaper published in the County of Harris, if there be a newspaper published therein, but if not, then the nearest county where a newspaper is published, and this Citation shall be returned on NOVEMBER 22, 2022 which is forty two days after the date it is issued, and the first publication shall be at least twenty-eight days before said return day.
HEREIN FAIL NOT, but have before said court on said return day this Writ with your return thereon, showing how you have executed same.
WITNESS: Marilyn Burgess, District Clerk, Harris County Texas
GIVEN UNDER MY HAND AND SEAL OF SAID COURT at Houston, Texas this 11TH day of OCTOBER, 2022.
Newspaper: HOUSTON CHRONICLE
Issued at the request of: BRANDI J. CROFFIE
Address: 5051 WESTHEIMER SUITE 1200
HOUSTON, TEXAS 77056
TEL: (713) 977-8686
Bar Number: 24082873
Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
P.O. Box 4651, Houston, Texas 77210
By: /s/ Rhonda Momon
Rhonda Momon, Deputy District Clerk

---

**Request For Proposals (RFP) for OCULUS CONTENT MEDIA PRODUCTION COMPANY (CPC) FOR HOUSTON AIRPORT SYSTEM (HAS): Solicitation No.: H37-OCUCPC-2023-12, Project No.: 953-13**

COMPETITIVE SEALED PROPOSALS WILL BE RECEIVED BY PROCUREMENT SERVICES, PORT HOUSTON, UNTIL 11:00 A.M., ON NOVEMBER 9, 2022, FOR THE FOLLOWING:

CONSTRUCT DUCKBANK INCLUDING BORE TO SUPPORT EAST END AT BAYPORT CONTAINER TERMINAL (CSP-2469).

A PRE-PROPOSAL CONFERENCE IS SCHEDULED FOR THIS PROCUREMENT ON OCTOBER 25, 2022 AT 9:00 A.M. VIA WEBEX. INSTRUCTIONS ARE AVAILABLE ON BUYSPEED. AN OPTIONAL SITE VISIT WILL BE HELD ON OCTOBER 25 2022 AT 2:00 P.M. INTERESTED VENDORS SHOULD MEET AT PORT AUTHORITY BAYPORT ADMINISTRATION BUILDING (LARGE CONFERENCE ROOM), 12619 PORT ROAD, SEABROOK, TX 77586. PPE & ID REQUIRED AND TWIC PREFERRED.

RESPONDENTS MUST SUBMIT THEIR RESPONSES ELECTRONICALLY VIA EMAIL TO: PROCUREMENTPROPOSALS@PORTHOUSTON.COM.

NOTE: PLEASE INCLUDE THE SOLICITATION NUMBER AND THE PROJECT TITLE IN THE SUBJECT LINE.

SPECIFICATIONS MAY BE OBTAINED FROM PORT HOUSTON'S eProcurement WEBSITE https://buyspeed.poha.com/bso/.

**REQUEST FOR SEALED PROPOSALS WILL BE RECEIVED BY PROCUREMENT SERVICES, PORT HOUSTON, UNTIL 11:00 A.M., ON DECEMBER 7, 2022, FOR THE FOLLOWING:**

PURCHASE OF GATE INTERCHANGE TICKETS FOR BARBOURS CUT TERMINAL AND BAYPORT CONTAINER TERMINAL (CSP)

RESPONDENTS MUST SUBMIT THEIR RESPONSES ELECTRONICALLY VIA EMAIL TO: PROCUREMENTPROPOSALS@PORTHOUSTON.COM.

NOTE: PLEASE INCLUDE THE SOLICITATION NUMBER AND THE PROJECT TITLE IN THE SUBJECT LINE.

SPECIFICATIONS MAY BE OBTAINED FROM PORT HOUSTON'S eProcurement WEBSITE https://buyspeed.poha.com/bso/.

---

## NOTICE OF SALE

### BRAZORIA COUNTY MUNICIPAL UTILITY DISTRICT NO. 56
(A Political Subdivision of the State of Texas
Located within Brazoria County, Texas)

$7,790,000
Unlimited Tax Road Bonds, Series 2022

Bids to be Submitted: 9:00 A.M., Central Time
Bids to be Opened: 11:30 A.M., Central Time
Thursday, November 10, 2022

**Place and Time of Sale:** The Board of Directors of Brazoria County Municipal Utility District No. 56 (the "District") will receive and publicly read bids for the purchase of the $7,790,000 Unlimited Tax Road Bonds, Series 2022 ("the Bonds") at the designated meeting place outside the boundaries of the District, at the offices of Allen Boone Humphries Robinson LLP, 3200 Southwest Freeway, Suite 2600, Houston, TX 77027 at 11:30 A.M., Central Time, Thursday, November 10, 2022.

**Address of Bids:** Bids for the Bonds may be delivered to the District electronically, by telephone or delivered directly to the District in a sealed envelope, addressed to the "President and Board of Directors of Brazoria County Municipal Utility District No. 56," and delivered to the District's Financial Advisor, Robert W. Baird & Co. Incorporated, 1331 Lamar, Suite 1360, Houston, Texas 77010 prior to 10:15 A.M., Central Time on the date of the bid opening. Any bid received after 10:15 A.M. Central Time, Thursday, November 10, 2022, will not be accepted and will be returned unopened. All bidders must submit a signed "Official Bid Form" and a Bank Cashier's Check in the amount of $155,800 payable to the order of the District as a good faith deposit.

**Information:** The Bonds are more completely described in the "Official Notice of Sale" and the "Preliminary Official Statement" which may be obtained from Robert W. Baird & Co. Incorporated, 1331 Lamar, Suite 1360, Houston, Texas 77010; Financial Advisor to the District. The District reserves the right to reject any and all bids and to waive any and all irregularities except time of filing. This notice does not constitute an offer to sell the Bonds but is merely notice of sale of the Bonds as required by law. The offer to sell the Bonds will be made only by means of the "Official Notice of Sale," "Preliminary Official Statement," and the "Official Bid Form."

Board of Directors
Brazoria County Municipal Utility District No. 56

LEGAL NOTICE

---

## NOTICE OF SALE

### HARRIS COUNTY MUNICIPAL UTILITY DISTRICT NO. 248
(A Political Subdivision of the State of Texas
Located within Harris County, Texas)

$5,660,000
Unlimited Tax Bonds, Series 2022

Bids to be Submitted: 9:00 A.M., Central Time
Wednesday, November 9, 2022

**Place and Time of Sale:** The Board of Directors (the "Board") of Harris County Municipal Utility District No. 248 (the "District") will publicly receive bids on up to $5,660,000 Unlimited Tax Bonds, Series 2022 (the "Bonds"), on Wednesday, November 9, 2022, at 9:00 A.M., Central Time, at the offices of the District's Financial Advisor, RBC Capital Markets, LLC, Attn: Loren Morales, 609 Main St., Suite 3600, Houston, Texas 77002.

**Electronic Bidding Procedure:** Any prospective bidder that intends to submit an electronic bid must submit its electronic bid through the facilities of PARITY. Bidders must submit, prior to 9:00 A.M., Central Time, November 9, 2022, SIGNED Official Bid Forms, in duplicate, to Loren Morales, RBC Capital Markets, LLC, 609 Main St., Suite 3600, Houston, Texas, 77002.

**Bids by Telephone:** Bidders must submit, prior to 9:00 A.M., Central Time, November 9, 2022, duplicate SIGNED Official Bid Forms to Loren Morales, RBC Capital Markets, LLC, 609 Main St., Suite 3600, Houston, Texas 77002 and submit their bid by telephone on the date of sale. The District will not accept bids submitted by facsimile.

**Good Faith Deposit:** Any bid received after 9:00 A.M. Central Time, November 9, 2022, will not be accepted and will be returned unopened. Each bid must be accompanied by a bank cashier's check in the amount of $113,200 payable to the order of the District as a good faith deposit.

**Information:** The Bonds are more completely described in the Official Notice of Sale, the Preliminary Official Statement and the Official Bid Form may be obtained from the Financial Advisor, RBC Capital Markets, LLC, 609 Main Street, Suite 3600, Houston, TX 77002. The District reserves the right to reject any or all bids and to waive any and all irregularities except time of filing. This Official Notice of Sale does not alone constitute an offer to sell the Bonds but is merely notice of sale of the Bonds. The invitation for bids on the Bonds is being made by means of this Official Notice of Sale, the Preliminary Official Statement and the Official Bid Form.

Board of Directors
Harris County Municipal Utility District No. 248
of Harris County, Texas

---

Stay legal and get noticed by emailing our team at legals@chron.com or calling 713.224.6868

**LEGAL NOTICES & A SNORING SPOUSE**

TWO THINGS THAT KEEP YOU UP AT NIGHT

**LEGAL NOTICES & ANNIVERSARIES**

TWO THINGS YOU BETTER NOT FORGET ABOUT

HOUSTON CHRONICLE
HoustonChronicle.com

Stay legal and get noticed by emailing our team at legals@chron.com or calling 713.224.6868

chron Breaking News at Chron.com