Exhibit "B-1"

United States District Court
Southern District of Texas
**ENTERED**
October 07, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| XIONGEN JIAO, an individual, QIANJI JIAO, an individual, ZHONGHUA YI, an individual, PENGFEI ZHOU, an individual, XUAMEI ZHOU, an individual, *Plaintiffs,* vs. NINGBO XU, an individual, and LCL COMPANY, LLC, a Texas Limited Liability Company, *Defendants,* and DONGTAI INVESTMENT GROUP, LLC, a Texas Limited Liability Company, Nominal Defendant. | Case No.: 4:19-CV-01848 Judge: Hon. Keith P. Ellison |

## ORDER MODIFYING THE CLAIMS BAR DATE WITH PUBLICATION NOTICE

The Court has considered the Receiver for Dongtai Investment Group, LLC's Motion to Modify Bar Date Order (the "Motion"). The Court finds that notice of the Motion is sufficient and that the requested relief should be granted. Accordingly, it is therefore **ORDERED** that:

1. March 1, 2023, (the "Claim Bar Date") is the deadline for filing claims for money owed by Dongtai Investment Group, LLC ("DIG").

2. Any holder of a claim who fails to file a claim with the Receiver shall be barred, estopped, and enjoined from asserting such claim.

3. The Receiver shall serve this Order on all known creditors and parties in interest who may assert a claim as detailed in the Motion.

4. The Receiver shall publish the Notice of Claims Bar Date ("Notice") as described in the Motion and the publication of the Notice as published in the *Houston Chronicle* shall be deemed adequate.

Exhibit "B-1"

SIGNED at Houston, Texas on this the 7th day of October, 2022.

*[signature]*

HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

Exhibit "B-2"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| XIONGEN JIAO, an individual, QIANJI JIAO, an individual, ZHONGHUA YI, an individual, PENGFEI ZHOU, an individual, XUAMEI ZHOU, an individual,<br><br>*Plaintiffs,*<br><br>vs.<br><br>NINGBO XU, an individual, and LCL COMPANY, LLC, a Texas Limited Liability Company,<br><br>*Defendants,*<br><br>and<br><br>DONGTAI INVESTMENT GROUP, LLC, a Texas Limited Liability Company,<br><br>Nominal Defendant. | Case No.:  4:19-CV-01848<br><br>Judge:  Hon. Keith P. Ellison |

## NOTICE OF ASSETS, NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF THE NEED TO FILE CLAIMS AGAINST DONGTAI INVESTMENT GROUP, LLC

It appearing that there is an estate from which funds are available for payment to creditors of Dongtai Investment Group, LLC, creditors must now file claims in this matter in order to share in any distribution from the receivership.

**CLAIMS MUST BE FILED ON OR BEFORE MARCH 1, 2023.**

Claims which are not filed timely as set forth above will not be allowed, except as otherwise provided by law. A claim may be filed with the Receiver, Ronald J. Sommers.

MAIL OR EMAIL CLAIMS TO:
Ronald J. Sommers
rsommers@nathansommers.com
Nathan Sommers Jacobs PC
2800 Post Oak Blvd, 61st Floor
Houston, TX 77056

Exhibit "B-3"

*Nathan Sommers Jacobs* 

October 17, 2022

Re:   *In re Dongtai Investment Group, LLC*, Case No. 4:19-CV-01848, In the United States District Court for the Southern District of Texas, Houston Division

To Whom It May Concern:

Please be advised that Federal District Judge Keith Ellison in case number 4:19-CV-01848 now pending in the United States District Court for the Southern District of Texas signed the enclosed order on October 7, 2022, regarding claims against the receivership estate of Dongtai Investment Group, LLC ("Dongtai"). Please be advised that March 1, 2023, is the last day to file a claim for payment against Dongtai. Enclosed and or attached is a copy of the Court's Order and the Notice to file a claim on or before March 1, 2023. Mail or Email claims to the Receiver: Ronald J. Sommers rsommers@nathansommers.com or 2800 Post Oak Boulevard 61st Floor Houston, TX 77056.

Thank you for your attention to this matter.

Sincerely,

Ronald J. Sommers, Receiver

RJS/pyb

**Attorneys and Counselors**
2800 Post Oak Boulevard
61st Floor
Houston, Texas 77056

tel  713.960.0303
fax  713.892.4800
www.nathansommers.com

direct tel  (713) 892-4801
e-mail  rsommers@nathansommers.com