Exhibit "C"

**SUPPLEMENTAL SERVICE LIST - MAIL**

IPFS Corporation
3522 Thomasville Rd
Ste 400
Tallahassee, FL 32309

Southern Quality Insurance Group
1400 Ravello Drive, Suite N150
Katy, TX 77450

Mundae Cleaning & Restoration
Services
6101 Maple Street
Houston, Texas 77074

Skyline Equipment Inc.
16502 Northchase Drive, Suite A
Houston TX 77060

Always in Season Decorating Services
701 East 6 ½ Street
Houston, Texas 77007

Sonu Media
430 Commerce Lane, Suite F
West Berlin, NJ 08091

Apollo Office Systems
202 S Hardie St,
Alvin, TX 77511

American Pools
PO Box 40112
Houston, TX 77240

Concentra
Po Box 9005
Addison, TX 75001

Guest Supply
300 Davidson Avenue
Somerset, NJ 08873

HD Supply
3400 Cumberland Blvd SE
Atlanta, GA 30339

MP2 Electricity
21 Waterway Ave Suite 450, The
Woodlands, TX 77380

Progressive Auto Insurance
Corporation Investor Relations
6300 Wilson Mills Road
Box W33 Mayfield Village, Ohio 44143

Direct TV
P.O. Box 915,
El Segundo, CA, 90245

Faxage
EC Data Systems, Inc.
5290 East Yale Circle
Suite 200
Denver, CO 80222

Easy Ice
925 W. Washington Street, Suite 100
Marquette, MI 49855

Grainger
100 Grainger Parkway
Lake Forest, IL 60045 - 5201

Johnson Control
5757 N. Green Bay Ave.
P.O. Box 591
Milwaukee, WI 53201

Century AC
PO Box 301290
Dallas, TX 75303-1290

Verizon
1095 Avenue of the Americas,
New York, NY 10036, USA

Zambezi Marketing
4533 Macarthur Blvd #5081
Newport Beach, CA 92660

Origin World Lab
15715 S Dixie Hwy #403,
Miami, FL 33157

Exodus Solutions Elevators
11665 Fuqua St f609,
 Houston, TX 77034

Fox Capital Group
600 York Ter,
Naples, Florida, 34109

American Hotel Register
3801 S 20th Ave.
Euless, TX 76039

Heartland Payment Systems, Inc.
326 South West Broadway Fourth
Floor Portland, OR 97205 USA

Capital Hospitality & Accounting
Services
420 N Van Dorn St, Alexandria,
Virginia 22304-3230, US

## SERVICE LIST - EMAIL

Vargas Landscaping
vargaslandscapingandmore@gmail.com

Supply Works
WebHelp@supplyworks.com

Intermedia Internet
legal@intermedia.com