# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| XIONGEN JIAO, an individual, QIANJI JIAO, an individual, ZHONGHUA YI, an individual, PENGFEI ZHOU, an individual, XUAMEI ZHOU, an individual, *Plaintiffs,* vs. NINGBO XU, an individual, and LCL COMPANY, LLC, a Texas Limited Liability Company, *Defendants,* and DONGTAI INVESTMENT GROUP, LLC, a Texas Limited Liability Company, *Nominal Defendant.* | Case No.: 4:19-CV-01848 Judge: Hon. Keith P. Ellison |

## RECEIVER'S CERTIFICATE OF SERVICE REGARDING NOTICE OF BAR DATE FOR FILING CLAIMS

COMES NOW, Ronald J. Sommers, Receiver. ("**Receiver**") for Dongtai Investment Group, LLC ("**DIG**"), and files this Receiver's Certificate of Service Regarding Notice of Bar Date for Filing Claims and represents as follows:

1. Attached as **Exhibit "A"** is a copy of the public notice ("**Notice**") which was published in the *Houston Chronicle* on Friday, October 14, 2022, Friday, October 21, 2022, and Friday, October 28, 2022.

2. The Notice was also published online at https://marketplace.chron.com/houston-marketplace/search/query/all?keywords=NATHAN+SOMMERS+JACOBS+PC from Friday, October 14, 2022 until Saturday, November 12, 2022.

3. The Notice, the Court's Order and correspondence from the Receiver is attached as **Exhibit "B-1, B-2, and B-3"** and was served upon all parties listed on **Exhibit "C"** ("**Supplemental Service List**"), either by regular mail and/or email on Thursday, February 16, 2023.

Dated: February 16, 2023.

Respectfully Submitted,

By: /s/Ronald J. Sommers
Ronald J. Sommers
Texas Bar No. 18842500
rsommers@nathansommers.com
2800 Post Oak Blvd. 61st Floor
Houston, TX 77056
(713) 960-0303 (main)
(713) 892-4800 (fax)