Exhibit "C"

**SUPPLEMENTAL SERVICE LIST - MAIL**

Hewlett-Packard Financial Services Company
200 Connell Drive
Suite 5000
Berkeley Heights, NJ 07922

Symmetry Energy Solutions, LLC
1111 Louisiana St. B-241
Houston, TX 77002-5228

M3
1715 N. Brown Road
Bldg. A, Suite 200
Lawrenceville, GA 30043

R & I Restoration Wizards, LLC
500 N. Kansas Ave.
Deland, FL 32725

Liquid Waste Solutions
650 W. Bough Ln.
Ste 150-204
Houston, TX 77024