Case 4:19-cv-01848   Document 192   Filed on 02/27/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 28, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **XIONGEN JIAO, an individual, QIANJI JIAO, an individual, ZHONGHUA YI, an individual, PENGFEI ZHOU, an individual, XUAMEI ZHOU, an individual,**  *Plaintiffs,*  vs.  **NINGBO XU, an individual, and LCL COMPANY, LLC, a Texas Limited Liability Company,**  *Defendants,*  And  **DONGTAI INVESTMENT GROUP, LLC, a Texas Limited Liability Company,**  Nominal Defendant. | **Case No.: 4:19-CV-01848**  **Judge: Hon. Keith P. Ellison** |

# ORDER

The Court, having considered the Motion Stay State Court Litigation (the "Motion") filed by Ronald J. Sommers, Receiver ("Receiver") for Dongtai Investment Group, LLC ("DIG") and any responses and/or replies filed regarding the Motion, and finds that the Motion should be **GRANTED.** Accordingly, The Court

**STAYS** any further litigation by the Parties in *Hui and Hospitality Unlimited Investments, Inc. v. Sommers, as Receiver to Dontai Investment Group, LLC, et al.*, in the 269th Judicial District Court in and for Harris County, Texas against the Receiver regarding any actions of the Receiver or any claim to the assets of DIG or the receivership estate of DIG. The Court further

**STAYS** and prohibits the filing of any actions against (a) the Receiver for actions in his official capacity as Receiver or (b) the assets of DIG or the receivership estate of DIG in any jurisdiction other than this Court, absent leave of this Court.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 27th of February, 2023.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE