Case 4:19-cv-01848   Document 193   Filed on 02/28/23 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
February 28, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **XIONGEN JIAO, an individual, QIANJI JIAO, an individual, ZHONGHUA YI, an individual, PENGFEI ZHOU, an individual, XUAMEI ZHOU, an individual,**<br><br>*Plaintiffs,*<br><br>vs.<br><br>**NINGBO XU, an individual, and LCL COMPANY, LLC, a Texas Limited Liability Company,**<br><br>*Defendants,*<br><br>And<br><br>**DONGTAI INVESTMENT GROUP, LLC, a Texas Limited Liability Company,**<br><br>Nominal Defendant. | Case No.: 4:19-CV-01848<br><br>Judge: Hon. Keith P. Ellison |

The Court, having considered the Motion to Establish Procedures to Determine and/or Disallow Disputed Claims Against the Receivership (the "Motion") filed by Ronald J. Sommers, Receiver ("Receiver") for Dongtai Investment Group, LLC ("DIG") and any responses and/or replies filed regarding the Motion, and finds that the Motion should be **GRANTED.** The Court

**FINDS** that adequate notice has been provided to all interested parties to the receivership, including all parties that have filed a claim in the DIG receivership (the "Receivership"), as well as any party who has registered for notification via CM/ECF. The Court further

**FINDS** that the claimants have submitted to the jurisdiction of this Court for allowance, estimation, or liquidation of their claims by virtue of their submission of a claim in this proceeding. The Court further

**FINDS** that the procedures for summary proceedings to resolve any disputes regarding those claims are fair and equitable to all claimants, promotes judicial economy, reduces litigation costs, and preserve receivership assets.   The Court further

**FINDS** that the proposed procedures properly balance the need for an expeditious administration of the receivership while maintaining the rights of the creditors.   The Court, therefore,

**HOLDS** that it has jurisdiction to resolve any disputes regarding the claims filed with the Receiver, including the allowance/disallowance, estimation, or liquidation of such claims.   The Court therefore

**ORDERS** that the following schedule shall apply to the resolution of any disputes regarding the claims filed with the Receiver:

| Event/Deadline | Date |
|---|---|
| Claims Bar Date | March 1, 2023 |
| Deadline for Receiver to file a written statement of all individuals/entities having filed a claim and stating the amount of the claim | March 7, 2023 |
| Deadline for the Receiver or any interested party to file a written objection to such claim.   Any evidence supporting such objection should be submitted in the same manner as that required under Fed. R. Civ. P. 56 practice. | March 30, 2023 |
| Deadline for an entity having an objected claim to file a response, if any, to the claim objection(s).   Any evidence supporting such Response should be submitted in the same manner as that required under Fed. R. Civ. P. 56 practice. | April 29, 2023 |
| Deadline for any party that filed a claim objection to file a reply, if any, in support of the claim objection(s).   Any evidence supporting such Reply should be submitted in the | May 14, 2023 |

| Event/Deadline | Date |
|---|---|
| same manner as that required under Fed. R. Civ. P. 56 practice. | |
| Deadline for the parties to mediate any claim objections. Notices of proposed settlements to be submitted to the Court within seven (7) days thereafter for approval. | June 8, 2023 |
| Court to conduct a status conference/pre-trial conference regarding the claim objection.   The parties should be prepared to inform the Court what discovery, if any, they believe is necessary for the presentment of their claim at final hearing.   The parties should also announce whether they believe that their claim may be decided upon the submitted evidence or will require a hearing.   The Court will consider approval of any proposed settlements of a claim objection at this time. | June 22, 2023 at 2:00 pm via telephonic conference |

The Court further

**ORDERS** the Receiver to provide a copy of this Order to all claimants who have filed a claim with the Receiver.

**SIGNED** at Houston, Texas, on this the 28th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE

3