**UNITED STATES DISTRICT COURT**   **SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

XIONGEN JIAO, et al.
  *Plaintiff(s),*

v.   Case No. 4:19–cv–01848

Ningbo Xu, et al.
  *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:  **Status Conference**
RE: Order on Motion for Miscellaneous Relief – #193

DATE:   **6/22/2023**

TIME:   **02:00 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238.
ENTER CONFERENCE ID: 45238, FOLLOWED BY PASSWORD: 13579.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN–PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**                               Date: February 28, 2023

By Deputy Clerk, A. Rivera