Case 4:19-cv-01848 Document 196-2 Filed on 03/14/23 in TXSD Page 1 of 5

RP-2021-302713
06/01/2021 ER $26.00

**EXHIBIT B**

Page 1 of 4 Monday, March 6, 2023

County Clerk Harris County, Texas

RP-2021-302713

## SPECIAL WARRANTY DEED

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER**

Date: May 20, 2021

**Grantor:** Dongtai Investment Group, LLC. by and through Michael S. Udayan, Receiver appointed by court order on March 8, 2021, in Cause No. 4:19-CV-1848, in the United State District Court of the Southern District of Texas, Texas, styled " Xiongen Jiao, *et al* v. Ningbo XU, et al", a copy of which order is attached hereto as Exhibit "A", and said Receiver acting under Order Authorizing Sale of Property by Receiver signed on March 8, 2021, a copy of which order is attached hereto as Exhibit "B".

**Grantor's Mailing Address:**

9090 Southwest Freeway,
Houston TX, 77074

**Grantee:** LW Houston VIII, LLC.

**Grantee's Mailing Address:**

207 West 25th Street
New York, NY

**Consideration:**

TEN AND NO/100 ($10.00) DOLLARS and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged.

**Property (including any improvements):**

A 2.9956 acres (130,489 sq. ft.) tract of land, being a portion of Reserve "A" of Commerce Park Section 1, as recorded in Volume 179, Page 111, Harris County Map Records, out of and a part of the James Wells Survey, Abstract No. 830 and the Willis Yates Survey, Abstract No. 1433, Harris County, Texas and being more particularly described by metes and bounds as follows:

Beginning, at a set 5/8-inch iron rod at the intersection of the Southwest Freeway (300-feet wide) (US 59) North right-of-way line and the east right-of-way line of Commerce Park Drive (60- feet wide) at the southeast end of the cutback line;

THENCE, South 79°57'38" West, along said cutback line, a distance of 13.52 feet to a set 5/8-inch iron rod in the east right-of-way line of Commerce Park Drive;

SPECIAL WARRANTY DEED                                                                 Page 1 of 3



THENCE, North 52°34'52" West, along the east right-of-way line of Commerce Park Drive, a distance of 355.23 feet to a set "X" at a point of curvature to the right;

THENCE, along said curve to the right, a length of 79.90 feet, a radius of 150.00 feet, a delta of 30°31'14", and a chord bearing North 37°19'15" West, a distance of 78.96 feet, to set 5/8-inch iron rod also being the westerly corner of a called 3.8052 acres tract, as described to FCPT SW Properties, LLC, as recorded in H.C.C.F. No. 20150517038;

THENCE, North 32°30'10" East, along the south line of said 3.8052 acres and northwest line of herein described tract, a distance of 259.47 feet to a set 5/8-inch iron rod marking the northerly corner of herein described tract;

THENCE, South 57°29'50" East, along the southerly line of said 3.8052 acres and the northeast line of herein described tract, a distance of 438.00 feet to a set 5/8-inch iron rod in the North right-of-way line of Southwest Freeway;

THENCE, South 32°30'21" West, a distance 308.00 feet to the POINT OF BEGINNING and Containing 2.9956 acres of land.

Reservations from and Exceptions to Conveyance and Warranty:

    The herein described property is conveyed subject to any validly existing easements, rights-of-way, and prescriptive rights, whether of record or not; all presently recorded and validly existing restrictions, reservations, covenants, conditions, oil and gas leases, mineral interests, and water interests outstanding in persons other than Grantor, and other instruments, other than conveyances of the surface fee estate, that affect the Property.

**Conveyance:**
Grantor, for the Consideration and subject to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty, grants, sells, and conveys to Grantee the Property, together with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold it to Grantee and Grantee's heirs, successors, and assigns forever. Grantor binds Grantor and Grantor's heirs and successors to warrant and forever defend all and singular the Property to Grantee and Grantee's heirs, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof when the claim is by, through, or under Grantor but not otherwise, except as to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty.

When the context requires, singular nouns and pronouns include the plural.

EXECUTED ON May 26, 2021

_____
Michael S. Udayan, Court Appointed Receiver
appointed by Judge Ellison of the Southern District of Texas on behalf of Dongtai Investment Group, LLC., a Texas Limited Liability Company

(Acknowledgment)

THE STATE OF TEXAS

COUNTY OF HARRIS

This instrument was acknowledged before me on the 26th day of May2021, by Michael S. Udayan, Court Appointed Receiver appointed by Judge Ellison of the Southern District of Texas on behalf of Dongtai Investment Group, LLC., a Texas Limited Liability Company



SAMUEL E. BROWN
Notary Public, State of Texas
Comm. Expires 04-25-2025
Notary ID 131102634

_____
Notary Public, State of Texas

**AFTER RECORDING RETURN TO:**

RP-2021-302713

SPECIAL WARRANTY DEED      Page 3 of 3

```
RP-2021-302713
# Pages 4
06/01/2021 01:44 PM
e-Filed & e-Recorded in the
Official Public Records of
HARRIS COUNTY
TENESHIA HUDSPETH
COUNTY CLERK
Fees    $26.00
```

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.



COUNTY CLERK
HARRIS COUNTY, TEXAS





I, Teneshia Hudspeth, County Clerk of Harris County, Texas certify that these pages are a true and correct copy of the original record filed and recorded in my office, electronically or hard copy, as it appears on this date.

Witness my official hand and seal of office
This March 6, 2023

*Teneshia Hudspeth*

Teneshia Hudspeth, County Clerk
Harris County, Texas

Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the Public Information Act.

