**EXHIBIT C**

# INVOICE



**Noe Llamas**
2815 Connorvale rd
Houston, TX 77039

noe@unitedairservices.org
(346) 774-8484
United Air Services

## Dongtai Investment Group LLC / Michael Udayan

**Bill to**
Dongtai Investment Group LLC / Michael Udayan
9090 Southwest FWY Houston TX 77074

**Invoice details**
Invoice no.: 163
Invoice date: 7/27/21

| | Product or service | | Amount |
|---|---|---|---|
| 1. | **Hours**<br>Fan coil unit inspection | 324 hrs × $70.00 | $22,680.00 |

| | Total | $22,680.00 |
|---|---|---|

## Ways to pay

    

### Note to customer

Proposal # 21-14
Fan coil unit inspection, each coil was washed with proper chemicals. After coils where clean units where tested. Problems where found report was made to customer on units with problems.

7/5/21 - 4 technicians, 40 hours
7/6/21- 4 technicians, 48 hours
7/7/21- 4 technicians, 48 hours
7/8/21- 4 technicians, 46 hours
7/9/21- 4 technicians, 48 hours
7/10/21- 4 technicians, 46 hours
7/11/21- 4 technicians 48 hours


Thank you for your business.