IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **XIONGEN JIAO, an individual, QIANJI JIAO, an individual, ZHONGHUA YI, an individual, PENGFEI ZHOU, an individual, XUAMEI ZHOU, an individual,**<br><br>*Plaintiffs,*<br><br>vs.<br><br>**NINGBO XU, an individual, and LCL COMPANY, LLC, a Texas Limited Liability Company,**<br><br>*Defendants,*<br><br>and<br><br>**DONGTAI INVESTMENT GROUP, LLC, a Texas Limited Liability Company,**<br><br>*Nominal Defendant.* | Case No.: 4:19-CV-01848<br><br>Judge: Hon. Keith P. Ellison |

**ORDER DISALLOWING CLAIM NO. 8
FILED BY UNITED AIR SERVICES, LLC**

CAME ON for consideration the Receiver's Objection (the "Objection") to Claim No. 8, (the "Claim") filed by United Air Services, LLC ("Claimant"). The Court, after reviewing the Objection, considering the arguments of counsel, and considering the evidence, finds that the Objection should be sustained. It is therefore,

ORDERED, ADJUDGED, AND DECREED that the Objection is SUSTAINED; and it is further

ORDERED, ADJUDGED, AND DECREED that Claim No. 8 is DISALLOWED in its

1

entirety.

       Signed the _____ day of March, 2023.


                                          _____
                                          UNITED STATES DISTRICT JUDGE