EXHIBIT A

Case 4:19-cv-01848 Document 197-1 Filed on 10/14/22 in TXSD Page 1 of 2
Case 4:19-cv-01848 Document 193 Filed on 10/07/22 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 07, 2022
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| XIONGEN JIAO, an individual, QIANJI JIAO, an individual, ZHONGHUA YI, an individual, PENGFEI ZHOU, an individual, XUAMEI ZHOU, an individual, *Plaintiffs,* vs. NINGBO XU, an individual, and LCL COMPANY, LLC, a Texas Limited Liability Company, *Defendants,* and DONGTAI INVESTMENT GROUP, LLC, a Texas Limited Liability Company, *Nominal Defendant.* | Case No.: 4:19-CV-01848 Judge: Hon. Keith P. Ellison |

## ORDER MODIFYING THE CLAIMS BAR DATE WITH PUBLICATION NOTICE

The Court has considered the Receiver for Dongtai Investment Group, LLC's Motion to Modify Bar Date Order (the "Motion"). The Court finds that notice of the Motion is sufficient and that the requested relief should be granted. Accordingly, it is therefore **ORDERED** that:

1. March 1, 2023, (the "Claim Bar Date") is the deadline for filing claims for money owed by Dongtai Investment Group, LLC ("DIG").

2. Any holder of a claim who fails to file a claim with the Receiver shall be barred, estopped, and enjoined from asserting such claim.

3. The Receiver shall serve this Order on all known creditors and parties in interest who may assert a claim as detailed in the Motion.

4. The Receiver shall publish the Notice of Claims Bar Date ("Notice") as described in the Motion and the publication of the Notice as published in the *Houston Chronicle* shall be deemed adequate.

**SIGNED** at Houston, Texas on this the 7th day of October, 2022.

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE