**EXHIBIT B**

# Legal Notices

To place legal notices email legals@chron.com or call 713.224.6868.

Notice to Creditors | Notice to Creditors | Notice to Creditors | Legal Bids & Proposals | Legal Bids & Proposals | Legal Bids & Proposals | Legal Bids & Proposals | Legal Bids & Proposals | Legal Bids & Proposals | Legal Bids & Proposals | Legal Bids & Proposals

**Notice To Creditors Ad $74.00***

Call the Legals Team 713-224-6868 Ext. 6435 or 4204

*$74.00 includes first 36 lines and 1 Affidavit of Publication

*$1.92 per line over 36 lines

Legals/Public Notices | Legals/Public Notices

**Texas Commission on Environmental Quality**

**Notice of Receipt of Application and Intent to Obtain Hazardous Industrial Waste Permit Renewal**

Permit No. 50122

**APPLICATION.** Cleveland-Cliffs Steel Corporation, 9227 Centre Point Drive, West Chester, Ohio 45069, a closed hazardous waste landfill, has applied to the Texas Commission on Environmental Quality (TCEQ) for a permit renewal to authorize continued post-closure care and a minor amendment for changes in the detection monitoring program. The facility is located 12527 Greens Bayou Street, Houston TX 77015 in Harris County, Texas. The TCEQ received this application on August 29, 2022. The permit application is available for viewing and copying at the Jacinto City Branch Library, 921 Akron Street, Houston, Texas 77029 in Harris County. The following link to an electronic map of the site or facility's general location is provided as a public courtesy and is not part of the application or notice: https://arcg.is/0bD51O. For exact location, refer to application.

**ALTERNATIVE LANGUAGE NOTICE.** Alternative language notice in Spanish is available at https://www.tceq.texas.gov/permitting/waste_permits/ihw_permits/pending-permit-application-information. El aviso en otro idioma en espanol esta disponible en https://www.tceq.texas.gov/permitting/waste_permits/ihw_permits/pending-permit-application-information.

**ADDITIONAL NOTICE.** TCEQ's Executive Director has determined the application is administratively complete and will conduct a technical review of the application. After technical review of the application is complete, the Executive Director may prepare a draft permit and will issue a preliminary decision on the application. **Notice of the Application and Preliminary Decision will be published and mailed to those who are on the county-wide mailing list and to those who are on the mailing list for this application. That notice will contain the deadline for submitting public comments.**

**PUBLIC COMMENT / PUBLIC MEETING. You may submit public comments or request a public meeting on this application.** The purpose of a public meeting is to provide the opportunity to submit comments or to ask questions about the application. TCEQ will hold a public meeting if the Executive Director determines that there is a significant

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**
**XIONGEN JIAO, an individual, QIANJI JIAO, an individual, ZHONGHUA YI, an individual, PENGFEI ZHOU, an individual, XUAMEI ZHOU, an individual,**
Plaintiffs,
**vs.**
**NINGBO XU, an individual, and LCL COMPANY, LLC, a Texas Limited Liability Company,**
Defendants,
**and**
**DONGTAI INVESTMENT GROUP, LLC, a Texas Limited Liability Company,**
**Nominal Defendant.**
**Case No.: 4:19-CV-01848**
**Judge: Hon. Keith P. Ellison**

**NOTICE OF ASSETS, NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF THE NEED TO FILE CLAIMS AGAINST DONGTAI INVESTMENT GROUP, LLC**

It appearing that there is an estate from which funds are available for payment to creditors of Dongtai Investment Group, LLC, creditors must now file claims in this matter in order to share in any distribution from the receivership. **CLAIMS MUST BE FILED ON OR BEFORE MARCH 1, 2023.**

Claims which are not filed timely as set forth above will not be allowed, except as otherwise provided by law. A claim may be filed with the Receiver, Ronald J. Sommers.

MAIL OR EMAIL CLAIMS TO:
Ronald J. Sommers
rsommers@nathansommers.com
Nathan Sommers Jacobs PC
2800 Post Oak Blvd, 61st Floor
Houston, TX 77056

Legals/Public Notices

IN THE COURT OF COMMON PLEAS OF ARMSTRONG COUNTY, PA – CIVIL DIVISION
NO. 2020- 1382 CIVIL
ACTION IN PARTITION
MARY FATE, LINDA GLEITMAN and TOM C. ELKIN
Plaintiffs
vs. : :
The unknown heirs or assigns of DOROTHY ELKIN SPROUSE; the unknown heirs or assigns of EDNA STEVENSON; the unknown heirs or assigns of RUSSELL ELKIN; the unknown heirs or assigns HAZEL NEAL; the unknown heirs or assign of HELEN MARSHALL; the unknown heirs or assigns of EARL ELKIN; the unknown heirs or assigns of ROBERT H. ELKIN, ROBERT RUMMELL, JACQUELINE MCLAUGHLIN, REBECCA NEAL, ROGER

**COMPETITIVE SEALED BIDS WILL BE RECEIVED BY PROCUREMENT SERVICES, PORT HOUSTON, UNTIL 11:00 A.M., ON OCTOBER 19, 2022, FOR THE FOLLOWING:**

**GENERAL AIR CONDITIONING PARTS AND SUPPLIES (CSB-2438).**

**NO PRE-PROPOSAL CONFERENCE WILL BE HELD FOR THIS PROCUREMENT.**

**RESPONDENTS MUST SUBMIT THEIR RESPONSES ELECTRONICALLY VIA EMAIL TO: PROCUREMENTPROPOSALS@PORTHOUSTON.COM.**

**NOTE: PLEASE INCLUDE THE SOLICITATION NUMBER AND THE PROJECT TITLE IN THE SUBJECT LINE.**

SPECIFICATIONS MAY BE OBTAINED FROM PORT HOUSTON'S ePROCUREMENT WEBSITE https://buyspeed.poha.com/bso/.

---

**COMPETITIVE SEALED PROPOSALS WILL BE RECEIVED BY PROCUREMENT SERVICES, PORT HOUSTON, UNTIL 11:00 A.M., ON NOVEMBER 2, 2022, FOR THE FOLLOWING:**

**LAND DEVELOPMENT OF 35-ACRES SOUTH OF PORT ROAD AT BAYPORT CONTAINER TERMINAL (CSP-2439).**

**A PRE-PROPOSAL CONFERENCE IS SCHEDULED FOR THIS PROCUREMENT ON OCTOBER 13, 2022 AT 9:00 A.M. VIA WEBEX. INSTRUCTIONS ARE AVAILABLE ON BUYSPEED. AN OPTIONAL SITE VISIT WILL BE HELD ON OCTOBER 13, 2022 AT 2:00 P.M. INTERESTED VENDORS SHOULD MEET AT PORT AUTHORITY BAYPORT ADMINISTRATION BUILDING, 12619 PORT ROAD, SEABROOK, TX 77586. PPE & ID REQUIRED AND TWIC PREFERRED.**

**RESPONDENTS MUST SUBMIT THEIR RESPONSES ELECTRONICALLY VIA EMAIL TO: PROCUREMENTPROPOSALS@PORTHOUSTON.COM.**

**NOTE: PLEASE INCLUDE THE SOLICITATION NUMBER AND THE PROJECT TITLE IN THE SUBJECT LINE.**

SPECIFICATIONS MAY BE OBTAINED FROM PORT HOUSTON'S ePROCUREMENT WEBSITE https://buyspeed.poha.com/bso/.

---

Texas A&M Bright Area Development – Bright Football Complex Interiór Renovations & Kyle Field Turf Replacement

Manhattan Construction, the Construction Manager-at-Risk, is soliciting subcontractor competitive proposals for Bright Football Complex Interior Renovations & Kyle Field Turf Replacement: (Bids are due at or before **November 3rd at 3pm)**. Scopes of work included in this package will be Bright Reno: Interior Trades including but not limited to Finishes / Mechanical / Plumbing / Electrical, Kyle Field: replacement of existing turf.

Proposals shall be submitted in accordance with the instructions to bidders (via building connected) to Manhattan Construction. This project has a 26% HUB participation goal and HUB firms are strongly encouraged to submit, and non-HUB firms are encouraged to include and identify HUB participation included in their bids. For more info or to obtain access to the documents, email aamartinez@manhattanconstruction.com or call (713) 332-7224. Manhattan Construction is an equal opportunity employer.

**NOTICE OF COMPETITIVE BIDS**

Harris County is requesting offers for the projects listed below. Offer requirements, including item description(s), submission due dates and times, type of pricing, payment method, and any bonding requirements, may be obtained online at https://purchasing.harriscountytx.gov, or in the Purchasing Agent's office. Return offers to Harris County Purchasing Agent, 1111 Fannin, 12th Floor, Houston, Texas 77002, no later than 2:00 p.m. local time in Houston, Texas on specified due dates.

**Bids/Proposals Due October 17, 2022**

| | | |
|---|---|---|
| Job | 22/0160 | Interpreter Services for Hearing Impaired Persons |
| Job | 22/0246 | Drug Testing Kits, Specimen Collection, Transport Supplies and Laboratory Testing of Urine Specimens |
| Job | 22/0296 | New Lynchburg Ferry Operations Building |
| Job | 22/0308 | Gas Chromatograph for Ambient Detection of Toxic Airborne Chemicals |
| Job | 22/0322 | Plumbing Supplies and Related Items |
| Job | 22/0331 | Enclosed Workstations/Meeting Pods |
| Job | 22/0335 | Construction for a New Service and Residential Buildings at the HAY Center Foundation, Precinct 1 |
| Job | 22/0336 | License Plate Reader and Sound Detection System |
| Job | 22/0342 | Replacement and Installation of Heating, Ventilation and Air Conditioning Systems at the Armand Bayou Nature Center |
| Job | 22/0353 | Podiatry Services |
| Job | 22/0356 | Preventative and Reactive Maintenance and Alteration of Traffic Control Devices and Related Items and Materials |
| Job | 22/0358 | Guardrail and Bridge Railing Repairs and Related Items at Various Locations, Precinct 3 |

**Bids/Proposals Due October 24, 2022**

| | | |
|---|---|---|
| Job | 22/0339 | Comprehensive Maintenance, Inspection Services and Related Items for Various Chillers |

**ADVERTISEMENT FOR BIDS**

**CITY OF HOUSTON**

The City Secretary for the City of Houston will receive bids at 900 Bagby, Room P101, Houston, Texas for the following project:

**IAH ARFF 92 at George Bush Intercontinental Airport**
**ITB No. HHG-ARFF92-2023-007; PN 668**

**Bid Due Date/Time:** Thursday, December 1, 2022, at 10:30 A.M. (CST)

**Project Location:** 4300 Will Clayton Parkway, Houston, TX 77032

**Senior Procurement Specialist:** Humberto De La Garza humberto.delagarza@houstontx.gov

**Pre-bid Meeting:** Thursday, October 27, 2022, at 1:00 P.M. (CST). The meeting will be held at 111 Standifer Rd. Humble, TX 77338, Wright Brothers Conference Room

**Site-Visit:** A site visit will take place immediately after the pre-bid meeting. The site visit is the only opportunity for bidders to see the sites prior to the Bid Due Date.

The Bid Document and related materials are available at the Houston Airport System's website http://www.fly2houston.com/biz/opportunities/solicitations/

**Contract Goal:** DBE 13%

Bid Documents in **electronic format** may be examined at plan rooms listed on the City plan holders' list or listed in Document 00210 – Supplementary Instructions to Bidders.

Dated: ______________________
(Publish Fridays, October 14, 2022, and October 21, 2022) Pat J. Daniel, City Secretary

**LEGAL NOTICE**
Harris County Department of Education (HCDE) will be accepting Request for Proposals (RFP) for the following:
**RFP # 23/006IA CASE for Kids Youth Services for Afterschool and Summer**
**All proposals are due, Tuesday, November 29, 2022 @ 2:00 p m central time** .
Interested proposers may go to https://hcdeebid.ionwave.net/Login.aspx and register to download the solicitation or email iash@hcde-texas.org It is HCDE policy not to discriminate on the basis of race, color, national origin, gender, limited English proficiency or handicapping condition in its programs.

---

**Lone Star College – RFQ 835**
**Advertisement for 10/14/2022 and 10/21/2022:**

**Notice to Proposers**
Lone Star College Request for Qualifications:
- RFQ # 835: Third-Party Commissioning Agent Services. Electronic bids due Monday, October 31, 2022 by 2:00PM.
- For info on how to register & bid, attend the non-mandatory WebEx pre-proposal meeting Friday, 10/21/22 at 10:00AM; www.WebEx.com meeting #2620 073 4640 password: fUA4tqYam63 or https://lonestar.webex.com/lonestar/j.php?MTID=m7e9cdd2cbcd485fb973970363caad680
- Must Register to Bid: http://wwwappsdstc.lonestar.edu/istar/supplier.htm. If registered, please ensure your registration is up to date. For assistance with the on-line registration process, contact MC-vendors@lonestar.edu or Pamela.Johnson@lonestar.edu.

---

**LEGAL NOTICE**
Harris County Department of Education (HCDE) will be accepting Request for Proposals (RFP) for the following:
**RFP #23/007DR Depository Bank for Safekeeping Services**
**All proposals are due, Tuesday, November 15, 2022 @ 2:00 p m CT.**
Interested proposers may go to https://hcdeebid.ionwave.net/Login.aspx and register to download the solicitation or call 713-696-8242. It is HCDE policy not to discriminate on the basis of race, color, national origin, gender, limited English proficiency or handicapping condition in its programs.

---

**WALLER COUNTY MUNICIPAL UTILITY DISTRICT NO. 37**
**October 2022**
**INVITATION TO BIDDERS**

Sealed Bids addressed to Quiddity Engineering, LLC, Attention Shawn Sturhan, PE, will be received, until 10:00 a.m. Local Time, Friday, October 28, 2022, and then publicly opened and read at 2322 West Grand Parkway North, Suite 150, Katy, Texas 77449 for "Construction of Water, Sanitary, and Drainage Facilities in Sunterra Section 32 for Waller County Municipal Utility District No. 37, Waller County, Texas." In addition to the opening of sealed Bids at the address above, you may view the public opening of sealed Bids via Microsoft Teams. To join via Microsoft Teams the number for this call is: 1-832-856-3756. Enter access code 233-249-402# when prompted.

Scope of Work of the Contract includes the following: Water, Sanitary, and Drainage Facilities in Sunterra Section 32

Citation by Publication

**CAUSE NUMBER: 2021-04912**
**Plaintiff(s): BERKSHIRE COMMUNITY ASSOCIATION INC**
**vs.**
**Defendant(s): CORDELIA L REYNOLDS**
**IN THE 164TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS**
**CITATION BY PUBLICATION**
**THE STATE OF TEXAS**
**County of Harris**
**To: THE UNKNOWN HEIRS OF CORDELIA L REYNOLDS (DECEASED) WHOSE RESIDENCE AND WHEREABOUTS ARE UNKNOWN**
**YOU ARE HEREBY COMMANDED** to be and appear before the **164TH Judicial District Court** of Harris County, Texas in the Courthouse in the city of Houston, Texas at or before 10:00 o'clock A.M. Monday, the **28TH day of NOVEMBER 2022**, being the Monday next after the expiration date of forty-two days after this citation is issued, and you are hereby commanded and required then and there to appear and file a written answer to the PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION AND REQUEST FOR DECLARATORY RELIEF, filed in said Court on the **1ST day of SEPTEMBER 2021**, in a suit numbered **2021-04912** docket of said court, wherein **BERKSHIRE COMMUNITY ASSOCIATION INC,** the Plaintiffs **THE UNKNOWN HEIRS OF CORDELIA REYNOLDS (DECEASED,** the Defendant, the nature of plaintiff's demand and the said petition alleging: **FORECLOSURE-OTHER**
Please issue a citation on

# Legal Notices

To place legal notices
email legals@chron.com or call 713.224.6868.

Legals/Public Notices | Legals/Public Notices | Legals/Public Notices | Legal Bids & Proposals | Legal Bids & Proposals | Legal Bids & Proposals | Legal Bids & Proposals | Citation by Publication | Legals/Public Notices | Legals/Public Notices

**Public Notice**

The City of Houston through its Housing and Community Development Department (HCDD) is proposing to allocate Community Development Block Grant CARES Act (CDBG-CV) Funds and Housing Opportunities for Persons with AIDS (HOPWA) Funds, up to the amounts designated below, for the following participating agencies in its Public Services Program.

| Community Development Block Grant CARES Act | | |
|---|---|---|
| Agency Name | Program Name | Total Award Amount |
| Harris County Domestic Violence Coordinating Council | Mobile Trauma Support Services | $326,000.00 |
| Total | | $326,000.00 |

| Housing Opportunities for Persons with AIDS | | |
|---|---|---|
| Agency Name | Program Name | Total Award Amount |
| Montrose Counseling Center | Housing services paired with supportive services | $1,200,000.00 |
| Total | | $1,200,000.00 |

The public has Thirty (30) days to comment on these proposed items. The thirty-day period extends from Friday, October 21, 2022 through Sunday, November 20, 2022. Upon completion of the 30-day public comment period, HCDD will take these items to City Council.

For additional information on these items, contact Kennisha London at (832) 394-6197. Written comments can be submitted by email to Kennisha.London@houstontx.gov.

For specific questions or concerns about fair housing or landlord/tenant relations, please contact Yolanda Guess-Jeffries at (832) 394-6200 ext 5. For more information about HCDD and its programs, please access HCDD's website at www.houstontx.gov/housing.

**Public Notice**

The City of Houston (City) Housing and Community Development Department (HCDD) is revising guidelines for its Harvey Homeowner Assistance Program (HoAP), which are being presented to the public for comments.

The changes to HoAP Guidelines are outlined below:
- The compliance period for City-managed reconstruction home changes from a 20- year lien to no lien with a three-year unsecured compliance period.
- The compliance period for City-managed rehabilitated homes changes from a 5- or 10-year compliance period to a three-year unsecured compliance period.
- The compliance period change is retroactive for all HoAP participants that sign an amended contract.

In addition to guideline changes, revisions will also be made to the following corresponding HoAP legal documents:
- The promissory note
- The forgivable loan agreement
- The deed of trust.

The public has seven (7) days to comment on these proposed non-substantive changes to the HoAP Guidelines. The changes are available for review and public comment from Friday, October 21, 2022 through Friday, October 28, 2022.

Public comments may be submitted by email to: Kennisha.London@HoustonTX.gov or by mail to: HCD, ATTN: Kennisha London, 2100 Travis Street, Suite 900, Houston, TX 77002.

View the draft of the HoAP Guidelines at:
- HCDD website–https://recovery.houstontx.gov/hud-requirements-guidelines/#guidelines
- HCDD Office – 2100 Travis Street, Suite 900, Houston, TX 77002 (copies may be obtained at this location upon request)

For specific questions or concerns about fair housing or landlord/tenant relations, please contact Yolanda Guess-Jeffries at (832) 394-6200. For information about HCDD's Complaints and Appeals Process, please access HCDD's Complaints and Appeals pages at https://recovery.houstontx.gov/complaints/ and https://recovery.houstontx.gov/request-for-appeal/

**NOTICE OF SALE**

**WALLER COUNTY MUNICIPAL UTILITY DISTRICT NO. 33**
**(A political subdivision of the State of Texas located within Waller County)**

**$3,000,000**

**Unlimited Tax Road Bonds, Series 2022**

**"Qualified Tax-Exempt Obligations"**

The Board of Directors of Waller County Municipal Utility District No. 33 (the "District") will publicly receive sealed bids on up to $3,000,000 Unlimited Tax Road Bonds, Series 2022 (the "Bonds") on Tuesday, November 1, 2022, at 9:30 A.M., Central Daylight Saving Time, at the office of the District's Financial Advisor, Masterson Advisors LLC, 3 Greenway Plaza, Suite 1100, Houston, Texas 77046. At a Board of Directors meeting on Tuesday, November 1, 2022, at 11:00 A.M., Central Daylight Saving Time, at the offices of Allen Boone Humphries Robinson LLP, 3200 Southwest Freeway, Suite 2600, Houston, Texas 77027, the Board will immediately take action to reject any and all bids or accept the bid resulting in the lowest net interest cost to the District.

A bid for the Bonds may be delivered to the District electronically, by telephone or delivered directly to the District in a sealed envelope addressed to the "President and Board of Directors, Waller County Municipal Utility District No. 33" at the above address of Masterson Advisors LLC. All bidders must submit a signed "Official Bid Form" and a bank Cashier's Check in the amount of $60,000 payable to the order of "Waller County Municipal Utility District No. 33" as a Good Faith Deposit. Additional terms and conditions related to the submission of a bid for the Bonds are included in the "Official Notice of Sale."

The Bonds will mature serially on September 1, 2024 through 2049, and will be dated November 1, 2022. The "Official Notice of Sale," "Preliminary Official Statement," and "Official Bid Form" may be obtained from the District's Financial Advisor, Masterson Advisors LLC, 3 Greenway Plaza, Suite 1100, Houston, Texas 77046. This notice does not constitute an offer to sell the Bonds but is merely notice of sale of the Bonds as required by Texas law. The offer to sell the Bonds will be made by means of the "Official Notice of Sale," "Preliminary Official Statement," and "Official Bid Form."

Mr. Jeff E. Ross
President, Board of Directors
Waller County Municipal Utility District No. 33
Waller County, Texas

**PUBLIC NOTICE**
Effective December 1, 2022, Nasreen Santana, APRN, PNP will no longer be affiliated with Texas Children's Hospital and Baylor College of Medicine. Requests for medical records may be submitted by calling 832-824-1600.

Legal Bids & Proposals | Legal Bids & Proposals | Legal Bids & Proposals

**Lone Star College – RFQ 835**
**Advertisement for 10/14/2022 and 10/21/2022:**

**Notice to Proposers**
Lone Star College Request for Qualifications:
- RFQ # 835: Third-Party Commissioning Agent Services. Electronic bids due Monday, October 31, 2022 by 2:00PM.
- For info on how to register & bid, attend the non-mandatory WebEx pre-proposal meeting Friday, 10/21/22 at 10:00AM: www.WebEx.com meeting #2620 073 4640 password: tUA4teYam63 or https://lonestar.webex.com/lonestar/j.php?MTID=m7e9cdd2cbcd485fb973970363caad680
- Must Register to Bid: http://www.appsdct.lonestar.edu/lstar/supplier.htm. If registered, please ensure your registration is up to date. For assistance with the on-line registration process, contact MC-vendors@lonestar.edu or Pamela.Johnson@lonestar.edu.

**NOTICE**
The Alief Independent School District will receive electronic sealed proposals for RFP #2243 Serving Line at Petrosky Elementary and RFP 2244 Folding Cafeteria Tables until 2:00 PM (CDT), November 4, 2022. Visit https://aliefisd.ionwave.net for information. Questions - 281-988-3188.

**REQUEST FOR SEALED PROPOSALS WILL BE RECEIVED BY PROCUREMENT SERVICES, PORT HOUSTON, UNTIL 11:00 A.M., ON DECEMBER 7, 2022, FOR THE FOLLOWING:**

**PURCHASE OF GATE INTERCHANGE TICKETS FOR BARBOURS CUT TERMINAL AND BAYPORT CONTAINER TERMINAL (CSP)**

**RESPONDENTS MUST SUBMIT THEIR RESPONSES ELECTRONICALLY VIA EMAIL TO: PROCUREMENTPROPOSALS@PORTHOUSTON.COM.**

**NOTE: PLEASE INCLUDE THE SOLICITATION NUMBER AND THE PROJECT TITLE IN THE SUBJECT LINE.**

SPECIFICATIONS MAY BE OBTAINED FROM PORT HOUSTON'S ePROCUREMENT WEBSITE https://buyspeed.poha.com/bso/.

**ADVERTISEMENT FOR BIDS**

**CITY OF HOUSTON**

The City Secretary for the City of Houston will receive bids at 900 Bagby, Room P101, Houston, Texas for the following project:

**HOU ARFF STATION #81 PHASE 2 – 4 WILLIAM P. HOBBY AIRPORT**
**ITB No. HHG-ARFF81-2023-006; PN 669**

**Bid Due Date/Time:** Thursday, December 15, 2022, at 10:30 AM, (CST)

**Project Location:** 7990 Paul B. Koonce Street, Houston, TX 77061

**Senior Procurement Specialist:** Humberto De La Garza humberto.delagarza@houstontx.gov

**Pre-bid Meeting:** Friday, November 4, 2022, at 1:30 PM, (CST). The meeting will be held at OLD FAA BLDG, 8800 Paul B. Koonce Street,1st Floor Conference Room, Houston, TX 77061

**Site-Visit:** A site visit will take place Immediately after the pre-bid meeting. The site visit is the only opportunity for bidders to see the sites prior to the Bid Due Date.

The Bid Document and related materials are available at the Houston Airport System's website http://www.fly2houston.com/biz/opportunities/solicitations/

**Contract Goal:** DBE 15%

Bid Documents **in electronic format** may be examined at plan rooms listed on the City plan holders' list or listed in Document 00210 – Supplementary Instructions to Bidders.

Date
(Publish Fridays, October 21, 2022, and October 28, 2022) Pat J. Daniel, City Secretary

**ADVERTISEMENT FOR BIDS**

**CITY OF HOUSTON**

The City Secretary for the City of Houston will receive bids at 900 Bagby, Room P101, Houston, Texas for the following project:

**IAH ARFF 92 at George Bush Intercontinental Airport**
**ITB No. HHG-ARFF92-2023-007; PN 668**

**Bid Due Date/Time:** Thursday, December 1, 2022, at 10:30 A.M. (CST)

**Project Location:** 4300 Will Clayton Parkway, Houston, TX 77032

**Senior Procurement Specialist:** Humberto De La Garza humberto.delagarza@houstontx.gov

**Pre-bid Meeting:** Thursday, October 27, 2022, at 1:00 P.M. (CST). The meeting will be held at 111 Standiler Rd. Humble, TX 77338, Wright Brothers Conference Room

**Site-Visit:** A site visit will take place immediately after the pre-bid meeting. The site visit Is the only opportunity for bidders to see the sites prior to the Bid Due Date.

The Bid Document and related materials are available at the Houston Airport System's website http://www.fly2houston.com/biz/opportunities/solicitations/

**Contract Goal:** DBE 13%

Bid Documents in **electronic format** may be examined at plan rooms listed on the City plan holders' list or listed in Document 00210 – Supplementary Instructions to Bidders.

Dated:
(Publish Fridays, October 14, 2022, and October 21, 2022) Pat J. Daniel, City Secretary

Legals/Public Notices

**UNITED STATES DISTRICT COURT**
for the
Western District of Washington
**United State Fire Insurance Company, et al.,**
*Plaintiff*
V.
**Oxbo, Inc. d/b/a Oxbo Mega Transport Solutions,**
*Defendant, Third-party plaintiff*
V.
**Alexander Gow, Inc., CSL Global Limited, CSL North America, et al.**
*Third-Party defendant*
Civil Action No. 2:22-cv-05228-JHC
**SUMMONS ON A THIRD-PARTY COMPLAINT**
To: *(Third-party defendant's name and address)*
**CSL NORTH AMERICA**
**8866 Gulf Freeway, Suite 540**
**Houston, TX 77017**
A lawsuit has been filed against defendant Oxbo, Inc. who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff US Fire Insurance Co. et al.
Within 21 days after service of this summons on your (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in FED. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
**Michael Barcott, Daniel Barcott and Svetlana Spivak of Holmes Weddle & Barcott PC**
**3101 Western Ave. Suite 500**
**Seattle, WA 98121**
It must also be served on the plaintiff's or plaintiff's attorney, whose name and address are:
**Michael Bahler and Chip Jordan, Harrigan Leyh Farmer & Thomsen LLP**
**999 Third Ave. Suite 4400**
**Seattle, WA 98104**
If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.
A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.
Date: 9/21/2022
(SEAL)
CLERK OF COURT
/S/
Signature of Clerk or Deputy Clerk

Legal Bids & Proposals

**NOTICE IS HEREBY** GIVEN that HCC will be receive proposals for furnishing HCC with the following:
PRODUCTS AND/OR SERVICES
RFP-C 23-14 Automotive Driver Assistance System
Submittal/close date/time: November 28, 2022, by 2:00 PM CDT
Solicitations are located at https://hccs.bonfirehub.com/portal/?tab=openOpportunities

Stay legal and get noticed by emailing our team at legals@chron.com or calling 713.224.6868
HOUSTON CHRONICLE

**COMPETITIVE SEALED PROPOSALS WILL BE RECEIVED BY PROCUREMENT SERVICES, PORT HOUSTON, UNTIL 11:00 A.M., ON NOVEMBER 9, 2022, FOR THE FOLLOWING:**

**CONSTRUCT DUCKBANK INCLUDING BORE TO SUPPORT EAST END AT BAYPORT CONTAINER TERMINAL (CSP-2469).**

**A PRE-PROPOSAL CONFERENCE IS SCHEDULED FOR THIS PROCUREMENT ON OCTOBER 25, 2022 AT 9:00 A.M. VIA WEBEX. INSTRUCTIONS ARE AVAILABLE ON BUYSPEED. AN OPTIONAL SITE VISIT WILL BE HELD ON OCTOBER 25 2022 AT 2:00 P.M. INTERESTED VENDORS SHOULD MEET AT PORT AUTHORITY BAYPORT ADMINISTRATION BUILDING (LARGE CONFERENCE ROOM), 12619 PORT ROAD, SEABROOK, TX 77586. PPE & ID REQUIRED AND TWIC PREFERRED.**

**RESPONDENTS MUST SUBMIT THEIR RESPONSES ELECTRONICALLY VIA EMAIL TO: PROCUREMENTPROPOSALS@PORTHOUSTON.COM.**

**NOTE: PLEASE INCLUDE THE SOLICITATION NUMBER AND THE PROJECT TITLE IN THE SUBJECT LINE.**

SPECIFICATIONS MAY BE OBTAINED FROM PORT HOUSTON'S ePROCUREMENT WEBSITE https://buyspeed.poha.com/bso/.

**WALLER COUNTY MUNICIPAL UTILITY DISTRICT NO. 37**
**October 2022**
**INVITATION TO BIDDERS**

Sealed Bids addressed to Quiddity Engineering, LLC, Attention Shawn Sturhan, PE, will be received, until 10:00 a.m. Local Time, Friday, October 28, 2022, and then publicly opened and read at 2322 West Grand Parkway North, Suite 150, Katy, Texas 77449 for "Construction of Water, Sanitary, and Drainage Facilities in Sunterra Section 32 for Waller County Municipal Utility District No. 37, Waller County, Texas." In addition to the opening of sealed Bids at the address above, you may view the public opening of sealed Bids via Microsoft Teams. To join via Microsoft Teams the number for this call is: 1-832-856-3756. Enter access code 233-249-402# when prompted.

Scope of Work of the Contract includes the following: Water, Sanitary, and Drainage Facilities in Sunterra Section 32

Bids received after the closing time will not be considered. A NON-MANDATORY pre-bid conference will be held on Friday, October 21, 2022, at 10:00 a.m. Local Time, via teleconference call. The number for this call is 1-832-856-3756. Enter access code 963-070-246# when prompted. Attendance by each prospective bidder or its representative at the pre-bid conference is **NON-MANDATORY.**

Each Bid must be accompanied by a Bid Bond or a certified or cashier's check, acceptable to the Owner, in an amount not less than two percent (2%) of the total amount Bid, as a guarantee that the successful bidder will enter into the Contract and execute the Bonds on the forms provided and provide the required insurance certificates within seven (7) days after the date Contract Documents are received by the Contractor. If a certified or cashier's check is provided, the successful bidder shall deliver, at the bid opening address, the original certified or cashier's check within twenty-four (24) hours of receipt of the bid opening. Copies of the bidding documents may be reviewed and obtained from www.CivcastUSA.com: search Sunterra Section 32 WS&D. Bidders must register on this website in order to view and/or download specifications, plans, soils report, and environmental reports for this Project. There is NO charge to view or download documents.

A bidder submitting electronic Bids must submit its Bid and Bid Securities in compliance with Owner's Order Adopting Section 49.2731 Electronic Bidding Rules and all electronic Bids and Bid Securities must be submitted through www.CivcastUSA.com. Bidder must register on this website in order to submit a Bid and Bid Security and there is no charge to submit Bids and Bid Securities on this website.

By submitting a Bid, bidder acknowledges and agrees that the Contract Documents may be accepted, executed or agreed to through the use of an Electronic Signature, as defined by and in accordance with Owner's Electronic Signature Rules for Construction Contracts.

The Owner reserves the right to reject any or all Bids and to waive all defects and irregularities in bidding or bidding process except time of submitting a Bid. The successful bidder, if any, will be the responsible bidder which in the Board's judgment will be most advantageous to the District and result in the best and most economical completion of the Project.

**The requirements of Subchapter J, Chapter 552, Government Code, may apply to this Bid and the Contractor agrees that the Contract can be terminated if the Contractor knowingly or intentionally fails to comply with a requirement of that subchapter.**

TABC Notices | TABC Notices | TABC Notices

**APPLICATION HAS BEEN MADE WITH THE TEXAS ALCOHOLIC BEVERAGE COMMISSION FOR A WINE ONLY PACKAGE STORE PERMIT BY QUALITY LICENSING CORP. (STORE #2505) LOCATED AT 5501 HIGHWAY 6, MISSOURI CITY, FORT BEND COUNTY, TEXAS 77459. OFFICERS OF SAID COMPANY ARE GORDON Y. ALLISON, SENIOR VP/SECRETARY; EMMA WADDELL, SENIOR VP/SOLE DIRECTOR; JESSICA RANCHER, VP; WAYNE HAMILTON, VP; MATTHEW ALLEN, VP/ASSISTANT TREASURER; SARAH LITTLE, ASSISTANT SECRETARY; AND JULIE FLYNN, ASSISTANT SECRETARY.**

**APPLICATION HAS BEEN MADE WITH THE TEXAS ALCOHOLIC BEVERAGE COMMISSION FOR A WINE ONLY PACKAGE STORE PERMIT BY QUALITY LICENSING CORP. (STORE #297) LOCATED AT 23561 US HIGHWAY 59, PORTER, MONTGOMERY COUNTY, TEXAS 77365. OFFICERS OF SAID COMPANY ARE GORDON Y. ALLISON, SENIOR VP/SECRETARY; EMMA WADDELL, SENIOR VP/SOLE DIRECTOR; JESSICA RANCHER, VP; WAYNE HAMILTON, VP; MATTHEW ALLEN, VP/ASSISTANT TREASURER; SARAH LITTLE, ASSISTANT SECRETARY; AND JULIE FLYNN, ASSISTANT SECRETARY.**

To place a legal notice e-mail legals@chron.com

Citation by Publication

**CAUSE NUMBER: 2021-04912**
**Plaintiff(s): BERKSHIRE COMMUNITY ASSOCIATION INC**
**vs.**
**Defendant(s): CORDELIA L REYNOLDS**
**IN THE 164TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS**
**CITATION BY PUBLICATION**
**THE STATE OF TEXAS**
**County of Harris**
**To: THE UNKNOWN HEIRS OF CORDELIA L REYNOLDS (DECEASED) WHOSE RESIDENCE AND WHEREABOUTS ARE UNKNOWN**
**YOU ARE HEREBY COMMANDED** to be and appear before the **164TH Judicial District Court** of Harris County, Texas in the Courthouse in the city of Houston, Texas at or before 10:00 o'clock A.M. Monday, the **28TH day of NOVEMBER 2022**, being the Monday next after the expiration date of forty-two days after this citation is issued, and you are hereby commanded and required then and there to appear and file a written answer to the PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION AND REQUEST FOR DECLARATORY RELIEF, filed in said Court on the **1ST day of SEPTEMBER 2021**, in a suit numbered **2021-04912** docket of said court, wherein **BERKSHIRE COMMUNITY ASSOCIATION INC**, the Plaintiffs **THE UNKNOWN HEIRS OF CORDELIA REYNOLDS (DECEASED**, the Defendant, the nature of plaintiff's demand and the said petition alleging: **FORECLOSURE-OTHER**
Please issue a citation on the Defendants using the below Summary of Suit: The nature of this suit is as follows, to wit: Plaintiff sued Defendat for delinquent HOA Assessments as to the property commonly known as, 15923 Saxon Hollow Lane, legally describerd as: Lot 17, in Block 2, of Berkshire, Section 7, a subdivision in Harris County, Texas, according to the ma or plat thereof, recorded in Volume 549 Page 214 of the Map Records of Harris County, Texas (the "Property").
Notice thereof shall be given by publishing this Citation once a week for four consecutive weeks previous to the **28TH day of NOVEMBER 2022**, in some newspaper published in the County of Harris, if there be a newspaper published therein, but if not, then the nearest county where a newspaper is published, and this Citation shall be returned on **NOVEMBER 22, 2022** which is forty two days after the date it is issued, and the first publication shall be at least twenty-eight days before said return day.
**HEREIN FAIL NOT**, but have before said court on said return day this Writ with your return thereon, showing how you have executed same.
**WITNESS: Marilyn Burgess**, District Clerk, Harris County Texas
**GIVEN UNDER MY HAND AND SEAL OF SAID COURT** at Houston, Texas this **11TH day of OCTOBER, 2022.**
Newspaper: **HOUSTON CHRONICLE**
Issued at the request of : BRANDI J. CROFFIE
Address: 5051 WESTHEIMER SUITE 1200
HOUSTON, TEXAS 77056
TEL: (713) 977-8686
Bar Number: 24082873
Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
P.O. Box 4651, Houston, Texas 77210
By: /s/ Rhonda Momon
**Rhonda Momon**, Deputy District Clerk

Notice to Creditors

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**
**XIONGEN JIAO, an individual, QIANJI JIAO, an individual, ZHONGHUA YI, an individual, PENGFEI ZHOU, an individual, XUAMEI ZHOU, an individual,**
Plaintiffs,
**vs.**
**NINGBO XU, an individual, and LCL COMPANY, LLC, a Texas Limited Liability Company,**
Defendants,
**and**
**DONGTAI INVESTMENT GROUP, LLC, a Texas Limited Liability Company,**
**Nominal Defendant.**
**Case No.: 4:19-CV-01848**
**Judge: Hon. Keith P. Ellison**
**NOTICE OF ASSETS, NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF THE NEED TO FILE CLAIMS AGAINST DONGTAI INVESTMENT GROUP, LLC**
It appearing that there is an estate from which funds are available for payment to creditors of Dongtai Investment Group, LLC, creditors must now file claims in this matter in order to share in any distribution from the receivership.
**CLAIMS MUST BE FILED ON OR BEFORE MARCH 1, 2023.**
Claims which are not filed timely as set forth above will not be allowed, except as otherwise provided by law. A claim may be filed with the Receiver, Ronald J. Sommers.
MAIL OR EMAIL CLAIMS TO:
Ronald J. Sommers
rsommers@nathansommers.com
Nathan Sommers Jacobs PC
2800 Post Oak Blvd, 61st Floor
Houston, TX 77056

Contact our team at legals@chron.com or 713.224.6868

TEXAS COMMISSION ON ENVIRONMENTAL QUALITY

**NOTICE OF APPLICATION AND PRELIMINARY DECISION**

**FOR TPDES PERMIT FOR MUNICIPAL WASTEWATER**

**NEW**

**PERMIT NO. WQ0016160001**

**APPLICATION AND PRELIMINARY DECISION.** Sunny Flea Market, Inc., 8705 Airline Drive, Houston, Texas 77037, has applied to the Texas Commission on Environmental Quality (TCEQ) for new Texas Pollutant Discharge Elimination System (TPDES) Permit No. WQ0016160001, to authorize the discharge of treated domestic wastewater at a daily average flow not to exceed 100,000 gallons per day. TCEQ received this application on May 2, 2022.

The facility will be located at 8705 Airline Drive, in the City of Houston, in Harris County, Texas 77037. The treated effluent will be discharged to Harris County Flood Control District Ditch P118-27-00, thence to Halls Bayou, thence to Greens Bayou part of Houston Ship Channel in Segment No. 1006 of the San Jacinto River Basin. The unclassified receiving water uses are minimal aquatic life use for the Harris County Flood Control District Ditch P118-27-00 and limited aquatic life use for the Halls Bayou. The designated uses for Segment No. 1006 are navigation and industrial water supply. In accordance with 30 Texas Administrative Code §307.5 and the TCEQ implementation procedures (June 2010) for the Texas Surface Water Quality Standards, an antidegradation review of the receiving waters was performed. A Tier 1 antidegradation review has preliminarily determined that existing water quality uses will not be impaired by this permit action. Numerical and narrative criteria to protect existing uses will be maintained. This review has preliminarily determined that no water bodies with exceptional, high, or intermediate aquatic life uses are present within the stream reach assessed; therefore, no Tier 2 degradation determination is required. No significant degradation of water quality is expected in water bodies with exceptional, high, or intermediate aquatic life uses downstream, and existing uses will be maintained and protected. The preliminary determination can be reexamined and may be modified if new information is received. This link to an electronic map of the site or facility's general location is provided as a public courtesy and is not part of the application or notice. For the exact location, refer to the application. https://tceq.maps.arcgis.com/apps/webappviewer/index.html?id=db5bac44afbc468bbddd360f8168250f&marker=-95.398333%2C29.887777&level=12

The TCEQ Executive Director has completed the technical review of the application and prepared a draft permit. The draft permit, if approved, would establish the conditions under which the facility must operate. The Executive Director has made a preliminary decision that this permit, if issued, meets all statutory and regulatory requirements. The permit application, Executive Director's preliminary decision, and draft permit are available for viewing and copying at Harris County Public Library - Aldine Branch, 11331 Airline Drive, Houston, Texas.

**ALTERNATIVE LANGUAGE NOTICE.** Alternative language notice in Spanish is available at https://www.tceq.texas.gov/permitting/wastewater/plain-language-summaries-and-public-notices. El aviso de idioma alternativo en español está disponible en https://www.tceq.texas.gov/permitting/wastewater/plain-language-summaries-and-public-notices.

**PUBLIC COMMENT / PUBLIC MEETING.** You may submit public comments or request a public meeting on this application. The purpose of a public meeting is to provide the opportunity to submit comments or to ask questions about the application. TCEQ will hold a public meeting if the Executive Director determines that there is a significant degree of public interest in the application or if requested by a local legislator. A public meeting is not a contested case hearing.

**OPPORTUNITY FOR A CONTESTED CASE HEARING.** After the deadline for submitting public comments, the Executive Director will consider all timely comments and prepare a response to all relevant and material, or significant public comments. Unless the application is directly referred for a contested case hearing, the response to comments will be mailed to everyone who submitted public comments and to those persons who are on the mailing list for this application. If comments are received, the mailing will also provide instructions for requesting reconsideration of the Executive Director's decision. A contested case hearing is a legal proceeding similar to a civil trial in state district court.

**TO REQUEST A CONTESTED CASE HEARING, YOU MUST INCLUDE THE FOLLOWING ITEMS IN YOUR REQUEST: your name, address, phone number; applicant's name and proposed permit number; the location and distance of your property/activities relative to the proposed facility; a specific description of how you would be adversely affected by the facility in a way not common to the general public; a list of all disputed issues of fact that you submit during the comment period; and, the statement "[I/we] request a contested case hearing." If the request for contested case hearing is filed on behalf of a group or association, the request must designate the group's representative for receiving future correspondence; identify by name and physical address an individual member of the group who would be adversely affected by the proposed facility or activity; provide the information discussed above regarding the affected member's location and distance from the facility or activity; explain how and why the member would be affected; and explain how the interests the group seeks to protect are relevant to the group's purpose.**

Following the close of all applicable comment and request periods, the Executive Director will forward the application and any requests for reconsideration or for a contested case hearing to the TCEQ Commissioners for their consideration at a scheduled Commission meeting.

The Commission will only grant a contested case hearing on issues the requestor submitted in their timely comments that were not subsequently withdrawn. **If a hearing is granted, the subject of a hearing will be limited to disputed issues of fact or mixed questions of fact and law relating to relevant and material water quality concerns submitted during the comment period.**

**EXECUTIVE DIRECTOR ACTION.** The Executive Director may issue final approval of the application unless a timely contested case hearing request or request for reconsideration is filed. If a timely hearing request or request for reconsideration is filed, the Executive Director will not issue final approval of the permit and will forward the application and request to the TCEQ commissioners for their consideration at a scheduled Commission meeting.

**MAILING LIST.** If you submit public comments, a request for a contested case hearing or a reconsideration of the Executive Director's decision, you will be added to the mailing list for this specific application to receive future public notices mailed by the Office of the Chief Clerk. In addition, you may request to be placed on: (1) the permanent mailing list for a specific applicant name and permit number; and/or (2) the mailing list for a specific county. If you wish to be placed on the permanent and/or the county mailing list, clearly specify which list(s) and send your request to TCEQ Office of the Chief Clerk at the address below.

**All written public comments and public meeting requests must be submitted to the Office of the Chief Clerk, MC 105, Texas Commission on Environmental Quality, P.O. Box 13087, Austin, TX 78711-3087 or electronically at www.tceq.texas.gov/goto/comment within 30 days from the date of newspaper publication of this notice.**

**INFORMATION AVAILABLE ONLINE.** For details about the status of the application, visit the Commissioners' Integrated Database at www.tceq.texas.gov/goto/cid. Search the database using the permit number for this application, which is provided at the top of this notice.

**AGENCY CONTACTS AND INFORMATION.** Public comments and requests must be submitted either electronically at www.tceq.texas.gov/goto/comment, or in writing to the Texas Commission on Environmental Quality, Office of the Chief Clerk, MC-105, P.O. Box 13087, Austin, Texas 78711-3087. Any personal information you submit to the TCEQ will become part of the agency's record; this includes email addresses. For more information about this permit application or the permitting process, please call the TCEQ Public Education Program, Toll Free, at 1-800-687-4040 or visit their website at www.tceq.texas.gov/goto/pep. Si desea información en Español, puede llamar al 1-800-687-4040.

Further information may also be obtained from Sunny Flea Market, Inc. at the address stated above or by calling Mr. Danny Parks, WaterEngineers, Inc., at 281-373-0500.

Issuance Date: October 14, 2022

Case 4:19-cv-01848   Document 197-2   Filed on 03/14/23 in TXSD   Page 3 of 3

**B4 FRIDAY, OCTOBER 28, 2022** — HOUSTON CHRONICLE | HOUSTONCHRONICLE.COM

# Legal Notices

To place legal notices email legals@chron.com or call 713.224.6868.

## Notice to Creditors

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

XIONGEN JIAO, an Individual, QIANJI JIAO, as Individual, ZHONGHUA YI, an Individual, PENGFEI ZHOU, an Individual, XUAMEI ZHOU, an Individual,
Plaintiffs,

v.

NINGBO XU, an Individual, and LCL COMPANY, LLC, a Texas Limited Liability Company,
Defendants,

and

DONGTAI INVESTMENT GROUP, LLC, a Texas Limited Liability Company,
Nominal Defendant.

Case No.: 4:19-CV-01848
Judge: Hon. Keith P. Ellison

**NOTICE OF ASSETS, NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF THE RIGHT TO FILE CLAIMS AGAINST DONGTAI INVESTMENT GROUP, LLC**

It appearing that there is an estate from which funds are available for payment to creditors of Dongtai Investment Group, LLC, creditors must now file claims to share in any distribution from the receivership. **CLAIMS MUST BE FILED ON OR BEFORE MARCH 1, 2023.**

Claims which are not filed timely as set forth above will not be allowed, except as otherwise provided by law. A claim may be filed with the Receiver, Ronald J. Sommers by **MAIL OR EMAIL CLAIMS To:**

Ronald J. Sommers
rsommers@nathansommers.com
Nathan Sommers Jacobs PC
2800 Post Oak Blvd., 61st Floor
Houston, TX 77056