

**MEDIA GROUP**
HEARST corporation

**EXHIBIT C**

## AFFIDAVIT OF PUBLICATION

STATE OF TEXAS:

Before me, the undersigned authority, a Notary Public in and for the State of Texas, on this day personally appeared, the Newspaper Representative at the HOUSTON CHRONICLE, a daily newspaper published in Harris County, Texas, and generally circulated in the Counties of: HARRIS, TRINITY, WALKER, GRIMES, POLK, SAN JACINTO, WASHINGTON, MONTGOMERY, LIBERTY, AUSTIN, WALLER, CHAMBERS, COLORADO, BRAZORIA, FORT BEND, GALVESTON, WHARTON, JACKSON, and MATAGORDA and that the publication, of which the annexed herein, or attached to, is a true and correct copy, was published to-wit:

NATHAN SOMMERS JACOBS PC   0034233804
RAN A LEGAL NOTICE
SIZE BEING: 1 x66 L

| Product | Date | Class | Page |
|---|---|---|---|
| HOU Chronicle | Oct 14 2022 | Notice to Creditors | B 4 |
| HOU Chronicle | Oct 14 2022 | Notice to Creditors | B 4 |
| HOU Chronicle | Oct 21 2022 | Notice to Creditors | B 4 |
| HOU Chronicle | Oct 28 2022 | Notice to Creditors | B 4 |

_Victoria Bond_ (signature)
NEWSPAPER REPRESENTATIVE

Sworn and subscribed to before me, this 28th Day of October A.D. 2022

ERIKA ACEVEDO
128948353
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
MAY 16, 2024

_Erika Acevedo_ (signature)
Notary Public in and for the State of Texas

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION
XIONGEN JIAO, an individual, QIANJI JIAO, an individual, ZHONGHUA YI, an individual, PENGFEI ZHOU, an individual, XUAMEI ZHOU, an individual,
Plaintiffs,
vs.
NINGBO XU, an individual, and LCL COMPANY, LLC, a Texas Limited Liability Company,
*Defendants,*
and
DONGTAI INVESTMENT GROUP, LLC, a Texas Limited Liability Company,
Nominal Defendant.
Case No.: 4:19-CV-01848
Judge: Hon. Keith P. Ellison

**NOTICE OF ASSETS, NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF THE NEED TO FILE CLAIMS AGAINST DONGTAI INVESTMENT GROUP, LLC**

It appearing that there is an estate from which funds are available for payment to creditors of Dongtai Investment Group, LLC, creditors must now file claims in this matter in order to share in any distribution from the receivership. **CLAIMS MUST BE FILED ON OR BEFORE MARCH 1, 2023.** Claims which are not filed timely as set forth above will not be allowed, except as otherwise provided by law. A claim may be filed with the Receiver, Ronald J. Sommers.

MAIL OR EMAIL CLAIMS TO:
Ronald J. Sommers
rsommers@nathansommers.com
Nathan Sommers Jacobs PC
2800 Post Oak Blvd, 61st Floor
Houston, TX 77056