**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **XIONGEN JIAO, an individual, QIANJU JIAO, an individual, ZHONGHUA YU, an individual, JIATONG YU, an individual, PENGFEI ZHOU, an individual, XUANMEI ZHOU, an individual,**<br><br>*Plaintiffs*,<br><br>vs.<br><br>**NINGBO XU, an individual, and LCL COMPANY LLC, a Texas Limited Liability Company,**<br><br>*Defendants*,<br><br>And<br><br>**DONGTAI INVESTMENT GROUP, LLC, a Texas Limited Liability Company.**<br><br>*Nominal Defendant.* | Case No.: 4:19-CV-01848<br><br>Judge: Hon. Keith P. Ellison |

## DECLARATION OF QIANJU JIAO

I declare under the penalty of perjury that the following is true and correct:

1. My name is Qianju Jiao. I am over 18 years of age, of sound mind, and capable of making this Declaration. The facts stated herein are within my personal knowledge and are true and correct.

2. I am one of the plaintiffs in the above-referenced cause and the agent of the other plaintiffs Xiongen Jiao, Zhonghua Yu, Jiatong Yu, Pengfei Zhou, and Xuanmei Zhou.

3.  On behalf of myself and other plaintiffs, I approve Yaou Li and his law firm MOSAIC Paradigm Law Group PC to withdraw as counsel for plaintiffs in this case.

4.  Plaintiffs' home address, telephone number, and email address are as follows:

**Qianju Jiao**
Hongda Company
Huancheng Road,
Longhui County,
Shaoyang City, Hunan Province
China 422200
qianjujiao@outlook.com

**Xiongen Jiao**
Hongda Company
Huancheng Road,
Longhui County,
Shaoyang City, Hunan Province
China 422200
+86 (138)073-93808

**Zhonghua Yu**
Taohongzhong Road, Taohong Town,
Longhui County,
Shaoyang City, Hunan Province
China 422200
+86 (139)739-42888
Fax: 0739-8136888

**Jiatong Yu**
Taohongzhong Road, Taohong Town,
Longhui County,
Shaoyang City, Hunan Province
China 422200
+86 (139)739-42888
Fax: 0739-8136888

**Xuanmei Zhou**
Office of Pengyang Group
Taohong Town, Longhui County,
Shaoyang City, Hunan Province
China 422200
+86 (157)739-15678

   **Pengfei Zhou**
   Office of Pengyang Group
   Taohong Town, Longhui County,
   Shaoyang City, Hunan Province
   China 422200
   +86 (157)739-15678

5. All plaintiffs can be served with notice and documents in this case through me via email at qianjujiao@outlook.com.

## JURAT

My name is Qianju Jiao, and I am a Chinese citizen.

I declare under the penalty of perjury under the laws of the United States of America that every statement in the foregoing is within my personal knowledge and is true and correct.

Executed in Hunan Province, China, on March 17, 2023.

            _____
            Qianju Jiao