10/17/2022 4:29 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 69298879
By: SIMONE MILLS
Filed: 10/17/2022 4:29 PM

NO. 2018-69123

| | | |
|---|---|---|
| **GERRIT STRYKER AND INTERGROUP REALTY, INC.,** *Plaintiffs*, | § § § § | **IN THE DISTRICT COURT OF** |
| v. | § § | **HARRIS COUNTY, TEXAS** |
| **PETER HUI AND HOSPITALITY UNLIMITED INVESTMENTS, INC.,** *Defendants*. | § § § § | **334TH JUDICIAL DISTRICT** |

## FINAL TAKE NOTHING JUDGMENT

On October 4, 2022, this case was called to trial, with all issues submitted to the Court for determination. Gerrit Stryker and Intergroup Realty, Inc. appeared in person and through their attorneys. Defendants, Peter Hui and Hospitality Unlimited Investments, Inc. appeared in person and their attorneys. After considering the pleadings, the Court's file, the competent evidence presented, and the law and arguments of counsel, the Court rules as follows:

At the conclusion of Plaintiff's case-in-chief, Defendants moved for judgment on the two causes of action pled by Defendants: breach of contract and *Quantum Meruit*. The Court found Defendants' Motion for Judgment to be meritorious as it relates the Plaintiffs' cause of action for *Quantum Meruit*, and granted the Motion for Judgment on this cause of action, but denied as to breach of contract.

The Court finds that Plaintiffs failed to satisfy conditions precedent to their recovery under the Cooperating Brokerage Agreement. Therefore, Defendants did not breach the Cooperating Brokerage Agreement. **IT IS THEREFORE, ORDERED THAT**:

1



EXHIBIT E

Certified Document Number: 104945168 - Page 1 of 3

1.  Plaintiffs shall take nothing by way of this suit.

2.  All costs of court shall be taxed against the party which incurred them.

3.  This is a Final Judgment disposing of all claims against and among all parties.

                                                                                Signed:
                                                                                11/2/2022
                                                                                4:12 PM

_____      _____
Date                                                                     THE HONORABLE DAWN D. ROGERS
                                                                                 District Judge, 334th District Court

Certified Document Number: 104945168 - Page 2 of 3

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Samantha Sanchez on behalf of Matthew Mussalli
Bar No. 24005220
samantha@mussallilaw.com
Envelope ID: 69298879
Status as of 10/18/2022 2:19 PM CST
Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| David WNavarro | | dnavarro@hfgtx.com | 10/17/2022 4:29:58 PM | SENT |
| Susie Reeves | | sreeves@hfgtx.com | 10/17/2022 4:29:58 PM | SENT |
| Marcy Castanon | | mcastanon@hfgtx.com | 10/17/2022 4:29:58 PM | SENT |
| David JedWilliams | | JWilliams@hfgtx.com | 10/17/2022 4:29:58 PM | SENT |
| Matthew J.Mussalli | | matt@mussallilaw.com | 10/17/2022 4:29:58 PM | SENT |



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this  March 20, 2023

Certified Document Number:  104945168 Total Pages: 3

*Marilyn Burgess*

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**