IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **XIONGEN JIAO, QIANJU JIAO, ZHONGHUA YU, JIATONG YU, PENGFEI ZHOU & XUANMEI ZHOU,** *Plaintiffs*, <br><br> vs. <br><br> **NINGBO XU, an individual, and LCL COMPANY, LLC, a Texas Limited Liability Company,** *Defendants*, <br><br> **DONGTAI INVESTMENT GROUP, a Texas Limited Liability Company,** *Nominal Defendant*. | § § § § § § § § § § § § § § § § § <br><br> Case No.: 4:19-CV-01848 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, Stacey L. Barnes, with the law firm Kearney, McWilliams & Davis, PLLC, files this Notice of Appearance to serve as lead counsel for Xiongen Jiao, Qianju Jiao, Zhonghua Yu, Jiatong Yu, Pengfei Zhou and Xuanmei Zhou, Plaintiffs and Receivership Claimants herein, in the above-entitled case and numbered cause, and requesting that he be notified of any and all settings and/or notifications in the above-entitled and numbered cause, and respectfully requests that the Court update its ECF notification to reflect counsel's appearance.

        Respectfully submitted,

        */s/ Stacey L. Barnes*
        Stacey L. Barnes
        sbarnes@kmd.law
        Kearney, McWilliams & Davis, PLLC
        55 Waugh Drive, Suite 150
        Houston, Texas 77007
        (713) 936-9620 x121
        (832) 413-5405 *fax*
        ***Counsel for Plaintiffs Xiongen Jiao, Qianju Jiao, Zhonghua Yu, Jiatong Yu, Pengfei Zhou and Xuanmei Zhou***

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of March, 2023, I served a true and correct copy of the foregoing pursuant to Rule 5 of the Federal Rules of Civil Procedure, via the CM/ECF system and/or electronic mail and/or by depositing in the United States Mail, postage prepaid and properly addressed to all known counsel of record.

                                              */s/ Stacey L. Barnes*
                                              Stacey L. Barnes