# Pamela Buenano

| | |
|---|---|
| **From:** | Carlos Campos <karriyocc85@hotmail.com> |
| **Sent:** | Tuesday, February 21, 2023 11:37 AM |
| **To:** | Ron Sommers |
| **Attachments:** | Crowne Plaza deep cleaning services invoice 597[28757].pdf |

Hello,

I receive a letter in the mail, with instruction on sending in any unpaid invoices that belong to Crowne Plaza/ Dongtai investing group LLC. Work was perform back in March of 2021, and was approved by Michael Udayan. If you have any question please feel free to reach out to me.

Thank you

Carlos Campos
2816738679

**EXHIBIT A**

**Property Care Services LLC**

# INVOICE

4118 Southfield Ct
Houston TX, 77045
(281) 673-8679

INVOICE # 597
DATE: 4/22/21

**TO:**
Crowne Plaza Suite Hotel
9090 Southwest FWY
Houston TX, 77074
(7130 995-0123

**COMMENTS OR SPECIAL INSTRUCTIONS:**
Deep clean services for all 243-suite room with all common areas. Deep cleaning consists of chemical cleaning carpets restrooms and scrubbing walls. Some rooms had drywall ceiling collapsed due to water damage. Beds were cleaned and remade. All chemical cleaning supplies and trash disposal was paid by customer.

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 243 Rooms | Wall, Carpet, Restrooms, Beds, Couches, Windows Doors | $500.00 | $121,500 |
| 1 | Ball rooms | $3,000.00 | $3,000 |
| 1 | Laundry | $1,500.00 | $1,500 |
| 1 | Pool room area | $1,500.00 | $1,500 |
| 1 | Kitchen | $800.00 | $800 |
| 5 | Offices | $600.00 | $3,000 |
| 1 | Business center | $800.00 | $800 |
| 1 | Hallways, waiting area, guess restrooms | $10,000.00 | $10,000 |
| | | **SUBTOTAL** | **$142,100** |
| | | SALES TAX | $11,723 |
| | | SHIPPING & HANDLING | $0 |
| | | TOTAL DUE | $153,823 |

Make all checks payable to  Care Services LLC
If you have any questions concerning this invoice, please contact Carlos Campos at (281) 673-8679.

**THANK YOU FOR YOUR BUSINESS!**

---------- Forwarded message ----------
From: **Michael Udayan** <michael@ameristarhospitality.com>
Date: Wed, Apr 28, 2021 at 2:19 AM
Subject: FW: Crowne Palaza Suites updated PART 2
To: Michael Herskowitz <Michael@lawofficemh.com>
CC: Michael Udayan <michael@ameristarhospitality.com>, Nevarez, Eddy <Eddy.Nevarez@marcusmillichap.com>

---

Mr. Michael Herskowitz

Thank you so much for speaking with me today an and asking me to give you a detailed update. As you can see the vast majority of the Cleanup has already been finished , but despite the sellers clandestine approaches, I am committed and vehemently decided to provide you with the best possible property you are presently Buying and these are the steps I am taking to deliver to you a fully functional hotel:

1. As you are aware, Houston had a major Problem and was paralyzed with a 100 year Winter Freeze in Houston, in MID February and it all but devastated our electrical and Heat Grids, where ERCOT, which was once a powerhouse, is now nonexistent.

2. I opened a substantial claim with our insurance company and have been working nonstop with Various licensed vendors. I am still pondering if I should join in an open class action law suit which many Businesses have already joined.

3. Replacing all broken and dilapidated hoses, Brass / Copper fixtures etc. Fix three out of Four Elevators with modern fittings

4. Replace or Repair Boilers, Heaters including laundry room , Storage Tanks & Booster Pumps etc.

5. Johnson Controls is evaluating the Scope of work to repair or replace the Cooling tower/ York Chillers including cooling tower if possible. I have also asked them to look at smart thermostat in all rooms

6. THE ATTACHED file "SD-LOW Res document was created by IHG and with your staff we may be able to continue to operate this 243 All suites Hotel from various viewpoints including Housing for the Veterans

7. Repairing all roof leaks using Centi Mark Roofing Services

8. Additionally if you van please deposit an additional $275k into escrow funds, to cover the property taxes and simply deduct from the total owed on May 14th I will be most grateful. So essentially the purchase price balance will come to $11,126,000 /The payment will need to be made on the 30th to avoid the massive penalty of 64K on May Day!!!

Additionally ,i do have a suggestion and if your esteemed engineers have alternate plans, let us use the insurance money wisely and get the biggest bang for our buck. If you would like to speak to my engineers and Myself regarding the same, I think we will come out ahead more than we already have. I await your response

Regards

Michael Udayan

281-9105856



**Carlos Campos**
Director of Engineering
**CROWNE PLAZA SUITES HOUSTON SOUTHWEST**
Hotel 713.995.0123 Ext. 116  Cell 281.673.8679
carlos@ameristarhospitality.com
www.crowneplazasuites.com
9090 Southwest Freeway
Houston, Texas 77074-1503