found, a check from dongtain and invoice to proof i was doing business as external contractor and I have a hard time to find more proof I just to use email mister Michael give me, but I can't login anymore and can't fine proof. carlos@ameristarhospitality.com and I have a 2 people can support me whit the proof mister Michael give me authorization and green light to do the clean services in the property 9090 southwest freeway 77074 (Crowne Plaza ),

Today I will check in my bank account

they know to mister Michael for long time and was making business whit him

Robert Caltabiano, 832-523-4349
robert.caltabiano@gmail.com

Faramarz Salahshour; 713-899-3192
FaraSalahshour@gmail.com

Let me know if you need more information, Thanks

PROPERTYCARESERVICES
Carlos Campos
2816738679

EXHIBIT B

Reply to all

**< M Michael ⌄**

View all >

Clean on Tuesday only

11:51 AM

OK? 2:01 PM

Mike a 150 rooms need to clean only Tuesday is not possible 3 and me total 4 person

2:14 PM

OK use what you think is best. It's not full clean. Just remove mold if they see any. It does not have to be spotless. It is already mostly clean

2:40 PM

Honestly if you just focus on 10 rooms or so on the corners where the water leak was it will be fine. 6 through 2 and ground floor it will be fine too. You make the decision. That will be about 50 rooms

2:43 PM

Saturday, July 31, 2021



 Michael ⌄

Elevator guy know.                    10:58 PM

Friday, October 15, 2021

Dave Luxemburg.              12:07 AM

Cheryl will be there
any minute                        4:46 PM

Thanks to you
and Noe for the
extra income.  I
am waiting for the
insurance to pay and
then we will make
more. The Johnson
control guy is not
going to give up. He
hounds me every
other day
 I don't know how to
get rid of him                    5:19 PM  ⌄



## Michael

11:51 AM, Jul 30

Hi Carlos

The insurance company has requested Mold inspection on Wednesday for floors one through six only. Can you have three ladies or Men go through all the rooms on these floors especially the ground floors and get as much mold removed from these areas. I will leave it up to you to pay at whatever rate you wish. Wednesday <u>August 3</u> from <u>9 am.</u>.they may need to stay through Thursday but not sure...





← **Michael**
3:29 AM, Jul 1

Carlos please do not say that you have been fixing everything yourself to the insurance adjuster. Your previous. comments almost lost us the hotel and while I am not concerned we don't want complications. The Golden rule of thumb should be " if you nothing good or productive thing to say , don't say nothing at all" Silence is golden. PLEASE let me do my job. Let's talk tomorrow when you come to my house Tommorow morning and clear the air or find alternatives.












































































Photo - Google Photos











G   Photo - Google Photos












Photo - Google Photos











G Photo - Google Photos  



Photo - Google Photos








Photo - Google Photos







































