**SERVICE LIST - MAIL**

Qianju Jiao
C/O Mosaic Paradigm Law Group Pc
10370 Richmond Ave., Suite 850
Houston, Texas 77042

Jiatong Yu
c/o MOSAIC Paradigm Law Group PC
10370 Richmond Ave., Suite 850
Houston, Texas 77042

Xuanmei Zhou
c/o MOSAIC Paradigm Law Group PC
10370 Richmond Ave., Suite 850
Houston, Texas 77042

Natura A-R
Janice Confer
6436 Babcock Rd.
San Antonio, Texas 78249

Peter Hui & Hospitality Unlimited
c/o The Mussalli Law Firm
2441 High Timbers Drive, Suite 220
The Woodlands, TX 77380

Peter Hui & Hospitality Unlimited
c/o The Mussalli Law Firm
24 Waterway Ave Ste 830
Spring, TX 77380-4324

United Air Services
c/o Noe Llamas
2815 Connorvale Rd.
Houston, TX 77039

Stephanie G. Udayan
c/o Heidi A. Weelborg
Weelborg Law, PLLC
2121 Sage Rd Ste 305,
Houston, TX 77056

Robert Caltabiano
c/o THE LAW OFFICES OF M. CODY MOORE, PLLC
19901 Southwest Freeway
Sugar Land, Texas 77479

Estate of Michael Udayan
c/o Stephanie Clarke Davis, Court-appointed
Temporary 3rd Party Dependent Administrator
1117 FM 359, Ste. 200
Richmond, Texas 77406

Property Care Services LLC
c/o Carlos Campos
4118 Southfield Court
Houston, Texas 77045

Melissa Udayan
mel.udayan@gmail.com