United States District Court
Southern District of Texas
**ENTERED**
August 16, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| **XIONGEN JIAO, an individual, QIANJU JIAO, an individual, ZHONGHUA YU, an individual, JIATONG YU, an individual, PENGFEI ZHOU, an individual, XUANMEI ZHOU, an individual,**<br><br>    Plaintiffs,<br><br> vs.<br><br>**NINGBO XU, an individual, and LCL COMPANY LLC, a Texas Limited Liability Company,**<br><br>    Defendants,<br><br>**And**<br><br>**DONGTAI INVESTMENT GROUP, LLC, a Texas Limited Liability Company.**<br><br>    Nominal Defendant. | **ORDER APPROVING AND AUTHORIZING DONGTAI'S ALLOCATION OF INSURANCE PROCEEDS AGREEMENT**<br><br>**Case No.: 4:19-CV-01848**<br><br>**Judge: Hon. Keith P. Ellison** |

The Court has reviewed and considered the instant Expedited Joint Application made by the Court-Appointed Receiver-Michael Udayan and Plaintiffs requesting the Court to approve and authorize Dongtai's allocation of any and all insurance proceeds it may receive from its Hurricane Harvey insurance claim as set forth in the Allocation of Insurance Proceeds Agreement. The Court, after considering the motion, response, argument of counsel, and other evidence submitted to the Court, finds that the Court should consider the Joint Application on an expedited basis, and that the Joint Application requesting approval of the Allocation of Insurance Proceeds Agreement should be GRANTED.

**EXHIBIT 3**

IT IS HEREBY ORDERED that the Court-Appointed Receiver, Michael Udayan is authorized to take all necessary actions to allocate and distribute any insurance proceeds Dongtai may receive from its pending insurance claim in accordance with the Allocation of Insurance Proceeds Agreement .

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 16th day of August, 2021.

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE