RE: DONGTAI INVESTMENT GROUP DBA CROWNE PLAZA SUITES HOUSTON HOUVR- LICENSE TERMINATION IHG

Michael Udayan <michael@ameristarhospitality.com>
Mon 11/8/2021 7:41 PM

To: Fan Chen <fchen@nguyen-chen.com>;Brian Gargano <bgargano@nguyen-chen.com>
Cc: Michael Udayan <michael@ameristarhospitality.com>

**EXHIBIT 5**

📎 2 attachments (326 KB)
Copy of FINAL PAYOUT 11721.xlsx; Final Settlement Statement Dongtai Investment Group LLC.pdf;

**Please find attached the preliminary report for all vendors that have been paid. Some of these were paid through escrow and looking at the bank account here are a few that have not been cashed yet. I do have backups of all invoices which is several pages and large files. Please advice the best way to tabulate to present to the court.**

**Please note that all my bills, and salary have been paid and included in the final total.**
**There are a few risky creditors mainly Utility Companies but I am willing to roll the dice.**

**I would love to close the Dongai LLC as soon as possible**

**Regards**

**Michael s, Udayan**

---

**From:** Fan Chen [mailto:fchen@nguyen-chen.com]
**Sent:** Monday, November 8, 2021 7:16 AM
**To:** Michael Udayan <michael@ameristarhospitality.com>; Brian Gargano <bgargano@nguyen-chen.com>
**Subject:** Re: DONGTAI INVESTMENT GROUP DBA CROWNE PLAZA SUITES HOUSTON HOUVR- LICENSE TERMINATION IHG

Michael, it is a great achievement!

Get Outlook for iOS

---

**From:** Michael Udayan <michael@ameristarhospitality.com>
**Sent:** Sunday, November 7, 2021 6:56 PM
**To:** Brian Gargano
**Cc:** Fan Chen
**Subject:** FW: DONGTAI INVESTMENT GROUP DBA CROWNE PLAZA SUITES HOUSTON HOUVR- LICENSE TERMINATION IHG

I will wire this $85,000 tomorrow. The original amount was $216,000.   I will send you a complete breakdown tomorrow. I think we came quite well. I will mail the $50,000 check to Todd as well.

I think I can safely say that the Partners can receive $1.6 Million with around $75,000 held back in Dongtai  for any stragglers and sleeping Creditors. I will explain line by line and I do feel pretty safe in accepting any fallout since I do have all the documentation.

Cheers Mates !

Michael

**From:** Clinkscales, Tom [mailto:Tom.Clinkscales@ihg.com]
**Sent:** Friday, November 5, 2021 7:04 AM
**To:** Michael Udayan <michael@ameristarhospitality.com>
**Subject:** RE: DONGTAI INVESTMENT GROUP DBA CROWNE PLAZA SUITES HOUSTON HOUVR-LICENSE TERMINATION IHG

Michael:

Please see attached for the fully executed copy. Please send the wire confirmation once the wire is initiated. Glad to see this executed.

Thank you,

**Tom Clinkscales**
Corporate Counsel

**IHG® Hotels & Resorts**
Three Ravinia Drive, Suite 100, Atlanta, Georgia 30346-2121
Tel: 770-604-5139 | www.ihg.com | tom.clinkscales@ihg.com



**From:** Michael Udayan <michael@ameristarhospitality.com>
**Sent:** Thursday, November 4, 2021 3:52 PM
**To:** Clinkscales, Tom <Tom.Clinkscales@ihg.com>
**Cc:** Michael Udayan <michael@ameristarhospitality.com>
**Subject:** FW: DONGTAI INVESTMENT GROUP DBA CROWNE PLAZA SUITES HOUSTON HOUVR-LICENSE TERMINATION IHG
**Importance:** High

Hi Tom

**Per your instructions please find attached the settlement agreement . Please let me know when the documents have been executed and I will wire the $85,000 immediately.**

Regards

Michael Udayan

**From:** Clinkscales, Tom [mailto:Tom.Clinkscales@ihg.com]
**Sent:** Monday, November 1, 2021 11:41 AM
**To:** Michael Udayan <michael@ameristarhospitality.com>
**Subject:** RE: DONGTAI INVESTMENT GROUP DBA CROWNE PLAZA SUITES HOUSTON HOUVR-LICENSE TERMINATION IHG

Michael:

Thank you for your patience here. Please see attached for a settlement agreement and IHG's wire instructions. The settlement agreement provides that upon IHG's receipt of $85,000 per the terms of the agreement, IHG shall waive its right to collect the remainder of the amount owed to IHG from the Receiver and/or the Receivership Estate. As we discussed we are retaining our rights against the Licensee entity and the guarantors under the License Agreement. The settlement agreement also contains an acknowledgement that the receivership estate holds no claims against IHG and any that exist are released.

Please sign and return the attached settlement agreement. Please do not fill out the effective date, we will do that when we sign on our end. Thanks and just let me know of any questions.

Best,

**Tom Clinkscales**
Corporate Counsel

**IHG**® **Hotels & Resorts**
Three Ravinia Drive, Suite 100, Atlanta, Georgia 30346-2121
Tel:  770-604-5139 | www.ihg.com | tom.clinkscales@ihg.com



---

**From:** Michael Udayan <michael@ameristarhospitality.com>
**Sent:** Monday, October 25, 2021 3:12 PM
**To:** Clinkscales, Tom <Tom.Clinkscales@ihg.com>
**Cc:** Michael Udayan <michael@ameristarhospitality.com>
**Subject:** FW: DONGTAI INVESTMENT GROUP DBA CROWNE PLAZA SUITES HOUSTON HOUVR- LICENSE TERMINATION IHG

Hello Tom

Can you please prepare the preliminary paperwork so I can get my final blessings and I will wire or send you a check For **$85,000** promptly

Regards

Michael Udayan

---

**From:** Michael Udayan
**Sent:** Thursday, October 21, 2021 9:53 PM
**To:** Clinkscales, Tom <Tom.Clinkscales@ihg.com>
**Cc:** Michael Udayan <michael@ameristarhospitality.com>
**Subject:** FW: DONGTAI INVESTMENT GROUP DBA CROWNE PLAZA SUITES HOUSTON HOUVR- LICENSE TERMINATION IHG

Hello Tom

We have a deal! Thank you ! Please prepare the paperwork and I will get the Funds Ready

Regards
Michael Udayan

---

**From:** Clinkscales, Tom [mailto:Tom.Clinkscales@ihg.com]
**Sent:** Monday, October 18, 2021 8:45 AM
**To:** Michael Udayan <michael@ameristarhospitality.com>
**Subject:** RE: DONGTAI INVESTMENT GROUP DBA CROWNE PLAZA SUITES HOUSTON HOUVR-LICENSE TERMINATION IHG

Michael:

I can counter at $85,000 subject to the same caveats and conditions previously referenced. Please let me know if this is doable. We may not be able to go lower than this.

Thank you,

**Tom Clinkscales**
Corporate Counsel

**IHG® Hotels & Resorts**
Three Ravinia Drive, Suite 100, Atlanta, Georgia 30346-2121
Tel:   770-604-5139 | www.ihg.com | tom.clinkscales@ihg.com



---

**From:** Michael Udayan <michael@ameristarhospitality.com>
**Sent:** Friday, October 15, 2021 3:48 PM
**To:** Clinkscales, Tom <Tom.Clinkscales@ihg.com>
**Cc:** Michael Udayan <michael@ameristarhospitality.com>
**Subject:** Fw: DONGTAI INVESTMENT GROUP DBA CROWNE PLAZA SUITES HOUSTON HOUVR-LICENSE TERMINATION IHG

I forgot to mention that Ningbo Shu who signed all documents is no where to be found. If this were to go further you will have to go start by locating Ningbo.  Please present our offer of $75,000 to the right Folks and hopefully we can settle things next week.
Michael

---

**From:** Michael Udayan
**Sent:** Friday, October 15, 2021 2:38:44 PM
**To:** Clinkscales, Tom
**Cc:** Michael Udayan

**Subject:** Re: DONGTAI INVESTMENT GROUP DBA CROWNE PLAZA SUITES HOUSTON HOUVR- LICENSE TERMINATION IHG

Hello Tom

Our invoice sent by IHG around the time of closure in March is $132,900. The rest $206,000 was sent just before the sale when I contacted Harpreet Kaur. I also contacted Ray Grover and Kevin. It appears that $74,000 approximate were added for services we never used from April2021 through june 1 2021. The balance is not from 2020 as you have indicated Please scroll Down to see the email trail. The court order is not just for IHG but for 30 other vendors and I am being honest we just don't have $100,000 . I adjusted payments from other vendors and I have come up with $75,000 for IHG . Let me know if we can settle for this amount this week.

Regards
Michael Udayan

---

**From:** Clinkscales, Tom <Tom.Clinkscales@ihg.com>
**Sent:** Monday, October 11, 2021 5:36:39 PM
**To:** Michael Udayan
**Subject:** RE: DONGTAI INVESTMENT GROUP DBA CROWNE PLAZA SUITES HOUSTON HOUVR- LICENSE TERMINATION IHG

Michael:

Thanks for your patience while I got back to you here. If you can offer $100,000 towards the receivership balance I'm prepared to present that proposal to the correct internal folks and seek approval for same. While we would call it square with you we would retain all rights against the pre-receivership licensee and guarantor(s), including the right to pursue the pre-receivership licensee and guarantors for all additional amounts owed including damages arising from the early termination of the license. Please let me know if this is doable. Nothing will be final or binding until the appropriate approvals are obtained and necessary documentation is finalized and executed.

Thank you,

**Tom Clinkscales**
Corporate Counsel

**IHG® Hotels & Resorts**
Three Ravinia Drive, Suite 100, Atlanta, Georgia 30346-2121
Tel:   770-604-5139 | www.ihg.com | tom.clinkscales@ihg.com



**From:** Michael Udayan <michael@ameristarhospitality.com>
**Sent:** Thursday, October 7, 2021 5:04 PM
**To:** Clinkscales, Tom <Tom.Clinkscales@ihg.com>
**Cc:** Michael Udayan <michael@ameristarhospitality.com>

**Subject:** Re: DONGTAI INVESTMENT GROUP DBA CROWNE PLAZA SUITES HOUSTON HOUVR-LICENSE TERMINATION IHG

Tom thr amount owed is calculated from Feb 2020 and there should not be any operation charges from middle of March since I had informed everyone that we we were closing completely until further notice. I am baffled as to how the amount grew to $200,000. The property was sold on a severe short sale of $3.5 million
I can talk to a few folks and I may be able to settle it $60,000 by Tommorow or I will just have to turn it in as unsettled debt and let it take its course. The owner who signed as a personal guarantee is Ningbo shu and he has many people looking for him. I highly recommend that we settle this as this indeed is the best offer .
Please let me know

**From:** Clinkscales, Tom <Tom.Clinkscales@ihg.com>
**Sent:** Thursday, October 7, 2021 12:33:36 PM
**To:** Michael Udayan
**Subject:** RE: DONGTAI INVESTMENT GROUP DBA CROWNE PLAZA SUITES HOUSTON HOUVR-LICENSE TERMINATION IHG

Michael:

We're owed over $200,000 in fees that accrued during the receivership and the outstanding amounts go all the way back to 2020. You're going to have to pay more than $50k if there is any chance of settlement here. How much money is in the receivership estate?

Thanks,

**Tom Clinkscales**
Corporate Counsel

**IHG® Hotels & Resorts**
Three Ravinia Drive, Suite 100, Atlanta, Georgia 30346-2121
Tel:  770-604-5139 | www.ihg.com | tom.clinkscales@ihg.com



**From:** Michael Udayan <michael@ameristarhospitality.com>
**Sent:** Thursday, October 7, 2021 12:56 PM
**To:** Clinkscales, Tom <Tom.Clinkscales@ihg.com>
**Cc:** Michael Udayan <michael@ameristarhospitality.com>
**Subject:** RE: DONGTAI INVESTMENT GROUP DBA CROWNE PLAZA SUITES HOUSTON HOUVR-LICENSE TERMINATION IHG

Hi Tom

Can you please accept the amount offered of $50,000 to settle the outstanding amount?  Please reach back out at your earliest opportunity and I can wire the amount on Monday

Regards

Michael Udayan

**From:** Michael Udayan
**Sent:** Sunday, October 3, 2021 9:30 PM
**To:** 'Clinkscales, Tom' <Tom.Clinkscales@ihg.com>
**Cc:** Michael Udayan <michael@ameristarhospitality.com>
**Subject:** FW: DONGTAI INVESTMENT GROUP DBA CROWNE PLAZA SUITES HOUSTON HOUVR-LICENSE TERMINATION IHG

**From:** Michael Udayan
**Sent:** Sunday, October 3, 2021 9:29 PM
**To:** 'Clinkscales, Tom' <Tom.Clinkscales@ihg.com>
**Cc:** Michael Udayan <michael@ameristarhospitality.com>
**Subject:** RE: DONGTAI INVESTMENT GROUP DBA CROWNE PLAZA SUITES HOUSTON HOUVR-LICENSE TERMINATION IHG

**Hi Tom**

**While I was appointed on Jan 7, 2019, I made sure that IHG was always paid until February of 2021 when the Owners stopped all payments and we complete stopped all operations effective March 15th 2021 and the Hotel has stopped operations until now.**

**The amount owed to IHG from Feb 15, 2021 until March 15th is $72,895 and we have not used any IHG service since then . I have several vendors that need to be paid and I am in a major quandary trying to balance the amount available.**

**As a good will gesture and my long relationship with IHG I am willing to offer $50,000 of the $72,895 we truly owe, which I feel is very fair and upfront and I can get the funds to you this week.**

**Please let me know immediately so we can settle this as soon as possible.**

**Regards**

**Michael Udayan
281-910-5856**

**From:** Clinkscales, Tom [mailto:Tom.Clinkscales@ihg.com]
**Sent:** Friday, October 1, 2021 1:07 PM
**To:** Michael Udayan <michael@ameristarhospitality.com>
**Subject:** RE: DONGTAI INVESTMENT GROUP DBA CROWNE PLAZA SUITES HOUSTON HOUVR-LICENSE TERMINATION IHG

Michael:

Thank you for sending this information. Per what you sent over, you were appointed receiver over the hotel on January 7, 2019. The entirety of the $206,818.60 reflected in the attached statement of account accrued after you were appointed receiver, and the court order specifically states that the "funds seized will be used to pay the Hotel's financial obligations . . . ."

Please let me know what you are prepared to offer with respect to the balance owed.

Thank you,

**Tom Clinkscales**
Corporate Counsel

**IHG**® **Hotels & Resorts**
Three Ravinia Drive, Suite 100, Atlanta, Georgia 30346-2121
Tel:  770-604-5139 | www.ihg.com | tom.clinkscales@ihg.com



---

**From:** Michael Udayan <michael@ameristarhospitality.com>
**Sent:** Friday, October 1, 2021 1:55 PM
**To:** Clinkscales, Tom <Tom.Clinkscales@ihg.com>
**Cc:** Michael Udayan <michael@ameristarhospitality.com>
**Subject:** FW: DONGTAI INVESTMENT GROUP DBA CROWNE PLAZA SUITES HOUSTON HOUVR-LICENSE TERMINATION IHG
**Importance:** High

Hi Tom

It was a Pleasure speaking with you as we move forward to perhaps coming to an agreement for a reasonable resolution. I would like to settle this in the very near future if at all possible.
I am attaching the court documents which I what I believe is what You are looking for.

Please review and get back to me soon and if you need additional documents please let me know.

Regards

Michael Udayan
281-910-5856




**From:** Clinkscales, Tom [mailto:Tom.Clinkscales@ihg.com]
**Sent:** Friday, October 1, 2021 12:19 PM
**To:** Michael Udayan <michael@ameristarhospitality.com>
**Subject:** RE: DONGTAI INVESTMENT GROUP DBA CROWNE PLAZA SUITES HOUSTON HOUVR-LICENSE TERMINATION IHG

**Thank you Michael. Can you please send me a <u>copy of the order by which the court appointed you receiver over the subject hotel?</u>**

Thanks,

**Tom Clinkscales**
**Corporate Counsel**

**IHG® Hotels & Resorts**
Three Ravinia Drive, Suite 100, Atlanta, Georgia 30346-2121
Tel: 770-604-5139 | www.ihg.com | tom.clinkscales@ihg.com



---

**From:** Michael Udayan
**Sent:** Friday, October 1, 2021 11:30 AM
**To:** Clinkscales, Tom <Tom.Clinkscales@ihg.com>
**Cc:** Michael Udayan <michael@ameristarhospitality.com>
**Subject:** FW: DONGTAI INVESTMENT GROUP DBA CROWNE PLAZA SUITES HOUSTON HOUVR-LICENSE TERMINATION IHG
**Importance:** High

---

**From:** Michael Udayan
**Sent:** Monday, September 27, 2021 2:20 PM
**To:** Grover, Ray <Ray.Grover@ihg.com>
**Cc:** Winkowski, Kevin <Kevin.Winkowski@ihg.com>; Michael Udayan <michael@ameristarhospitality.com>
**Subject:** FW: DONGTAI INVESTMENT GROUP DBA CROWNE PLAZA SUITES HOUSTON HOUVR-LICENSE TERMINATION IHG
**Importance:** High

Hello Ray & Kevin

I have not heard back from anyone regarding the Settlement Offer and there is a little more flexibility on my part to do a modified settlement Offer. Our Hotel has had its doors shuttered since March 25th 2020 and remained closed. At the time of closure, our invoices totaled $130,943 which included late fees. The attached invoice sent by Harpreet Kaur totals Over $200,000. Can we have a discussion amongst us and come up with a reasonable amicable settlement.

If you have someone else I should pursue this dialogue with, please point me in the right direction.

Regards

Michael Udayan
281-910-5856

**From:** Michael Udayan
**Sent:** Monday, August 16, 2021 5:45 PM
**To:** Michael Udayan <michael@ameristarhospitality.com>
**Subject:** FW: DONGTAI INVESTMENT GROUP DBA CROWNE PLAZA SUITES HOUSTON HOUVR-LICENSE TERMINATION IHG
**Importance:** High


**From:** Michael Udayan
**Sent:** Friday, June 25, 2021 2:22:05 PM
**To:** Kaur, Harpreet; Winkowski, Kevin
**Cc:** Grover, Ray; Michael Udayan
**Subject:** RE: DONGTAI INVESTMENT GROUP DBA CROWNE PLAZA SUITES HOUSTON HOUVR-LICENSE TERMINATION

Hi Harpreet

The Crowne Plaza has been Closed since March 25th of 2020 and we have not reopened our doors. The Hotel was officially sold on May 29th 2021.

Please see attached Documentation and the Entity Dongtai Investment Group no longer exists and the owner Ningbo Xu who signed the Franchise agreement is unaccounted for and was held in contempt. I was the Court appointed Receiver and felicitated the sale.
As Former Receiver for Dongtai Investment Group and a Long Time IHG Supporter, I am simply wrapping up my responsibilities and it was suggested offer 10 % to most unsecured creditors. Please have the appropriate person contact me so we can discuss.

Regards

Michael Udayan
281-910-5856

**From:** Kaur, Harpreet [mailto:harpreet.kaur@ihg.com]
**Sent:** Friday, June 25, 2021 8:27 AM
**To:** Michael Udayan <michael@ameristarhospitality.com>; Winkowski, Kevin <Kevin.Winkowski@ihg.com>
**Cc:** Grover, Ray <Ray.Grover@ihg.com>
**Subject:** RE: DONGTAI INVESTMENT GROUP DBA CROWNE PLAZA SUITES HOUSTON HOUVR-LICENSE TERMINATION

Hello Michael,

Thank you for your time, kindly share the paperwork you have for the respective Hotel and we will discuss internally with management and someone will share an update by next week with you.

Should you need any further information, please do not hesitate to contact me.

*Thanks and Regards*

Harpreet Kaur

Specialist, Credit Control – Americas
*Direct Tel :678-746-0277/ +91-9871112207*

**IHG ® Hotels & Resorts**
*Shift timings: Mon- Fri:  03:00 pm to 11:00 pm (IST)*
                    *5:30 am to 1:30 pm (EST)*
IHG | Book IHG | Join IHG Rewards | LinkedIn | Facebook | Twitter | Instagram



**From:** Michael Udayan <michael@ameristarhospitality.com>
**Sent:** Thursday, June 24, 2021 11:42 PM
**To:** Winkowski, Kevin <Kevin.Winkowski@ihg.com>
**Cc:** Kaur, Harpreet <harpreet.kaur@ihg.com>; Grover, Ray <Ray.Grover@ihg.com>; Michael Udayan <michael@ameristarhospitality.com>
**Subject:** RE: DONGTAI INVESTMENT GROUP DBA CROWNE PLAZA SUITES HOUSTON HOUVR- LICENSE TERMINATION

Thanks Kevin

Tried to reach Harpreet in her Office and was unable to.

Hello Harpreet

Please call me @ your Convenience

Michael Udayan
281-910-5856 Cell

**From:** Winkowski, Kevin [mailto:Kevin.Winkowski@ihg.com]
**Sent:** Thursday, June 24, 2021 1:06 PM
**To:** Michael Udayan <michael@ameristarhospitality.com>
**Cc:** Kaur, Harpreet <harpreet.kaur@ihg.com>; Grover, Ray <Ray.Grover@ihg.com>
**Subject:** RE: DONGTAI INVESTMENT GROUP DBA CROWNE PLAZA SUITES HOUSTON HOUVR- LICENSE TERMINATION

Hi Michael,

Thank you for your time on the call yesterday.

As an update, IHG's Legal Team is issuing the termination notice to Dongtai today, with a termination date of tomorrow.

Ray Grover has engaged the Hotel Ops team to relocate IHG guests, if any.

Harpreet Kaur for IHG's Finance Team (cc'ed) is the appropriate person for you to discuss the outstanding franchise fees with.

Let me know if there is anything else I can do to help.

Thank you.

**Kevin Winkowski**
Director

**IHG ® Hotels & Resorts**
3 Ravinia Drive, Suite 100, Atlanta, GA, 30346
Mobile: (678) 477-3508 | Tel: (770) 604-5158
IHG | Book IHG | Join IHG Rewards | LinkedIn | Facebook | Twitter | Instagram



**From:** Michael Udayan <michael@ameristarhospitality.com>
**Sent:** Wednesday, June 23, 2021 3:52 PM
**To:** Winkowski, Kevin <Kevin.Winkowski@ihg.com>
**Cc:** Michael Udayan <michael@ameristarhospitality.com>
**Subject:** FW: DONGTAI INVESTMENT GROUP DBA CROWNE PLAZA SUITES HOUSTON HOUVR-LICENSE TERMINATION
**Importance:** High


**From:** Michael Udayan
**Sent:** Tuesday, June 22, 2021 2:41 PM
**To:** 'Ray.Grover@ihg.com' <Ray.Grover@ihg.com>
**Cc:** Michael Udayan <michael@ameristarhospitality.com>; Michael C <michael.udayan@gmail.com>
**Subject:** FW: DONGTAI INVESTMENT GROUP DBA CROWNE PLAZA SUITES HOUSTON HOUVR-LICENSE TERMINATION
**Importance:** High


**From:** Michael Udayan
**Sent:** Monday, May 29, 2021 6:58 PM
**To:** arik.kono@ihg.com
**Cc:** Michael Udayan <michael@ameristarhospitality.com>; 'Michael Udayan (michael.udayan@gmail.com)'
**Subject:** DONGTAI INVESTMENT GROUP DBA CROWNE PLAZA SUITES HOUSTON HOUVR-LICENSE TERMINATION
**Importance:** High

Hello Mr. Kono

The Crowne Plaza Suites Houston ( HOUVR ) has been closed since March 25th, 2020 due to the Pandemic.

I have kept you posted on the Potential Sale of the Crowne Plaza Suites and I would like to officially inform you that The Sale of Dongtai Investment Group asset, Crowne Plaza Suites, Located at 9090 Southwest Freeway, Houston, TX 77074 was finalized today, May 29th, 2021 in a Court Monitored Short Sale/Bankruptcy.

I do not have much Information on the new owners other than the entity is called Crowne Plaza Suites Houston LLC, Mr. Albert Bemanu, partner. I am not quite sure what their plans are with the property and they have not filled me in with any details. The original Dongtai Investment Group owner, Mr. Ningbo Xu, who signed the licensing agreement with IHG, has been held in Contempt of court and all of his shares had to be forfeited.

Please do the needful to terminate our Licensing agreement effective May 30, 2021

As a court appointed Receiver I was also entrusted with several fiduciary responsibilities and I would like to discuss it with someone , so please point me in the right direction

Best Regards

Michael Udayan
Court Appointed Receiver
Dongtai Innvestment Group
DBA Crowne Plaza Suites
HOUVR
281-910-5856