

**EXHIBIT 6**

**Semi Final Payoff for partners**

Michael Udayan <michael@ameristarhospitality.com>
Wed 12/8/2021 6:48 PM

To: Brian Gargano <bgargano@nguyen-chen.com>;Fan Chen <fchen@nguyen-chen.com>
Cc: Michael Udayan <michael@ameristarhospitality.com>

Hello Brian and Fan

The Dongtai account balance currently is $1,704,847. I am still negotiating a couple of checks, which are included in the math but the checks have not been mailed to get the maximum share for your partners. Presently I can safely send a check for $1.5 million and leave $204, 847 for the next 30 days for any unforseen charges, etc. and subject to approvals .

Regards

Michael Udayan



**From:** Kelly, Cynthia [mailto:cynthia.kelly@symmetryenergy.com]
**Sent:** Wednesday, December 8, 2021 6:20 PM
**To:** Jeremy Gutierrez <jg@savantenergy.com>; Michael Udayan <michael@ameristarhospitality.com>
**Subject:** RE: Notice of Non-Renewal of Existing Contract/Transaction Confirmation

Hi Michael, no word back yet. Let me check with legal again to see if your settlement offer is acceptable.

Jeremy, thank you for the update. The change in supplier does not negate what is still owed to Symmetry.

Let me know if you have any questions.

Thanks.

---

**From:** Jeremy Gutierrez <jg@savantenergy.com>
**Sent:** Wednesday, December 8, 2021 6:00 PM
**To:** Michael Udayan <michael@ameristarhospitality.com>
**Cc:** Kelly, Cynthia <cynthia.kelly@symmetryenergy.com>
**Subject:** Re: Notice of Non-Renewal of Existing Contract/Transaction Confirmation

> **EXTERNAL EMAIL:** Be careful clicking on links or opening attachments.
> Official emails from IT or HR will not contain this banner.

We are not renewing this with symmetry. New provider is pro energy

Jeremy Gutierrez

> On Dec 8, 2021, at 4:22 PM, Michael Udayan <michael@ameristarhospitality.com> wrote:
>
> **Any word ?**
>
> **From:** Kelly, Cynthia [mailto:cynthia.kelly@symmetryenergy.com]
> **Sent:** Thursday, November 4, 2021 4:20 PM
> **To:** Michael Udayan <michael@ameristarhospitality.com>
> **Cc:** Jeremy Gutierrez <jg@savantenergy.com>
> **Subject:** RE: Notice of Non-Renewal of Existing Contract/Transaction Confirmation
>
> Hello Michael,
>
> I will forward the information to the appropriate folks here within Symmetry and try to have to response for you asap.
>
> I will also let you know if they request any additional information.
>
> Thanks.
>
> **From:** Michael Udayan <michael@ameristarhospitality.com>
> **Sent:** Thursday, November 4, 2021 3:23 PM
> **To:** Kelly, Cynthia <cynthia.kelly@symmetryenergy.com>
> **Cc:** Michael Udayan <michael@ameristarhospitality.com>; Jeremy Gutierrez <jg@savantenergy.com>
> **Subject:** FW: Notice of Non-Renewal of Existing Contract/Transaction Confirmation
> **Importance:** High
>
> You don't often get email from michael@ameristarhospitality.com. Learn why this is important
>
>> **EXTERNAL EMAIL:** Be careful clicking on links or opening attachments.
>> Official emails from IT or HR will not contain this banner.
>
> **Hello Cynthia**
>
> **Thank you for speaking with me on Monday and per your request please find attached the court order and I have been asked to distribute the final short sale/bankruptcy proceeds to the best of my ability. Dongtan Investment Group is defunct and the account was fortunately taken over by Commonwealth Hotels and I am asking for consideration in the previous amount which was owed by Dongtan Investment Group. I am willing to pay $6750 to settle the past due amount today if approved. Please pass this along to whomever is the decision maker as soon as possible**
>
> **Thanks**
>
> **Michael Udayan**
> **Court Appointed Receiver**
> **Dongtan Investment Group**
> **281-910-5856**
>
> **From:** Michael Udayan
> **Sent:** Thursday, October 28, 2021 12:53 PM
> **To:** Kelly, Cynthia <cynthia.kelly@symmetryenergy.com>
> **Cc:** 'Jeremy Gutierrez' <jg@savantenergy.com>
> **Subject:** RE: Notice of Non-Renewal of Existing Contract/Transaction Confirmation
>
> **Cynthia**
>
> **I have repeatedly tried to reach you and your Mail box is full/ I was trying to negotiate a payment in full for the past due amount belonging to Dongtan Investment Group in the amount of $6,750 TODAY**
>
> **Please reach back out to me**
> **Michael Udayan**
> **281-910-5856**

**From:** Michael Udayan
**Sent:** Friday, October 22, 2021 9:27 PM
**To:** Kelly, Cynthia <cynthia.kelly@symmetryenergy.com>
**Cc:** Michael Udayan <michael@ameristarhospitality.com>
**Subject:** RE: Notice of Non-Renewal of Existing Contract/Transaction Confirmation
**Importance:** High

Kelly please give me a call on Monday so we can resolve this matter.
Michael Udayan
281-910-5856

**From:** Kelly, Cynthia [mailto:cynthia.kelly@symmetryenergy.com]
**Sent:** Friday, October 22, 2021 8:22 PM
**To:** Nizam Mushtaque <nizam@ameristarhospitality.com>
**Subject:** FW: Notice of Non-Renewal of Existing Contract/Transaction Confirmation

Please see email below.  I sent this notice to Michael Udayan at the email address we have on file, but it came back undeliverable.

Please let me know if you are the correct person to discuss the Dongtai Investment Group dba Crowne Plaza Hotel account.

Thank you.


**From:** Kelly, Cynthia
**Sent:** Friday, October 22, 2021 8:14 PM
**To:** mudayan@innvestment.net
**Subject:** Notice of Non-Renewal of Existing Contract/Transaction Confirmation

Good evening Michael Udayan,

This is notification to let you know that Symmetry Energy can no longer supply your natural gas needs moving forward at the current contract price that ends 11/30/2021. We would like to continue serving your needs for natural gas supply, but the current contract will need to be renegotiated in time for 12/1/2021 delivery.  Please accept this email as written notification that Symmetry Energy will not renew the existing Transaction Confirmation (TC) under the current contract rate for the following:

**Dongtai Investment Group dba Crowne Plaza Hotel**
This new pricing is called First of the Month where you nominate the amount of gas you will use each month. If you would like for me to prepare the Transaction Confirmation for your review with this new pricing structure please let me know and I can walk you through how this works vs current gas contract.
If you choose to remain with Symmetry Energy as your natural gas supplier, we will need to execute a new TC by Nov 15th.
Thank you, and I look forward to hearing from you.




**Cynthia Kelly**
Key Accounts Manager l Gulf Coast
713.207.8215 w. l 346.237.6499 c.
SymmetryEnergy.com

 Ranked Top Major Natural Gas Supplier by Mastio & Co.