United States District Court
Southern District of Texas
**ENTERED**
March 31, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **XIONGEN JIAO, an individual, QIANJU JIAO, an individual, ZHONGHUA YU, an individual, JIATONG YU, an individual, PENGFEI ZHOU, an individual, XUANMEI ZHOU, an individual,** *Plaintiffs*, vs. **NINGBO XU, an individual, and LCL COMPANY LLC, a Texas Limited Liability Company,** *Defendants*, And **DONGTAI INVESTMENT GROUP, LLC, a Texas Limited Liability Company.** *Nominal Defendant.* | Case No.: 4:19-CV-01848 Judge: Hon. Keith P. Ellison |

## ORDER GRANTING MOTION TO WITHDRAW

On this day, came on consideration before this Court, Plaintiffs' Counsel's Unopposed Motion to Withdraw. After considering the motion, exhibits, and other evidence submitted to the Court, the Court finds that the Motion should be **GRANTED.**

**IT IS THEREFORE ORDERED** that Plaintiffs' Counsel's Unopposed Motion to Withdraw shall be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's counsel of record Yaou Li and his law firm MOSAIC Paradigm Law Group PC, are hereby discharged immediately and shall have no further duties or obligations to the Plaintiffs as their counsel of record in this case.

**IT IS SO ORDERED.**

**SIGNED** in Houston, Texas, on this the 31st day of March, 2023.

HON. KEITH P. ELLISON
UNITED STATES DISTRICT COURT JUDGE