# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

20230228-266

Joshua Seltzer
Seltzer & Associates PLLC
321 State Rt 440
Ste 3138
Jersey City, NJ US 07305-4879

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Tuesday, February 28, 2023
Case Number: 4:19-cv-01848
Document Number: 192 (2 pages)
Notice Number: 20230228-266
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED

APR 03 2023

Nathan Ochsner, Clerk of Court

NIXIE
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

US POSTAGE PITNEY BOWES
ZIP 77002
02 1W
0001374615 FEB 28 2023
$ 000.60