# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| XIONGEN JIAO, an individual, QIANJI JIAO, an individual, ZHONGHUA YI, an individual, PENGFEI ZHOU, an individual, XUAMEI ZHOU, an individual,<br><br>*Plaintiffs,*<br><br>vs.<br><br>NINGBO XU, an individual, and LCL COMPANY, LLC, a Texas Limited Liability Company,<br><br>*Defendants,*<br><br>and<br><br>DONGTAI INVESTMENT GROUP, LLC, a Texas Limited Liability Company,<br><br>*Nominal Defendant.* | Case No.: 4:19-CV-01848<br><br>Judge: Hon. Keith P. Ellison |

**THE STATE OF TEXAS** §
§
**COUNTY OF HARRIS** §

BEFORE ME, the undersigned authority, on this day personally appeared Ronald J. Sommers, who, being known to me and duly sworn, upon oath deposed and stated as follows:

1. My name is Ronald J. Sommers. My business address is 2800 Post Oak Boulevard, 61st Floor, Houston, Texas 77056. I am over the age of eighteen (18) years, am fully competent to testify, have never been convicted of a felony or crime of moral turpitude and am in no way disqualified from making this affidavit. I have personal knowledge of every fact contained in this affidavit and they are all true and correct.

**EXHIBIT 1**

2. I am the Court-Appointed Receiver for Dongtai Investment Group, LLC ("DIG"). I have reviewed business records for DIG that have been provided to me during the course of this receivership, and I— as well as my counsel, at my direction— have researched the basis for the claims that have been filed in the receivership.

3. I have reviewed records of the real estate brokers listed with the Texas Real Estate Commission ("TREC"). Goldenpalm International, LLC is not registered as a licensed real estate broker entity with TREC. A screenshot of my counsel's search of TREC's website, which I have reviewed, verifying this information is provided below:



4. Ms. Joanna Xie is not licensed as a real estate broker in Texas. Instead, Ms. Xie is licensed as a sales agent in Texas. A screenshot of my counsel's search of TREC's website, which I have reviewed, verifying this information is provided below:



5. TREC's website also provides questions and answers related to certain issues of real estate law. Below is a screenshot, which I have reviewed, of one such question and answer that is provided on their website as of May 12, 2023:

- Can a sales agent receive or pay a commission to a party in a real estate transaction?

  No. A sales agent may not accept compensation for a real estate transaction from anyone other than the broker the sales agent was associated with at the time the commission was earned and may not pay a commission to a person except through the sales agent's sponsoring broker. [TRELA §1101.651(b) and (c)]

6. Based upon the foregoing, as well as the briefing and my initial affidavit in support of the Objection, I request that the Court sustain my Objection and enter an order disallowing the Claim in full.

_____
Ronald J. Sommers

SWORN TO AND SUBSCRIBED BEFORE ME this 15th day of May, 2023, to certify which witness my hand and seal of office.

_____
Notary Public in and for the State of Texas
My Commission Expires:



COURTNEY ALEXUS LEMONS
NOTARY ID #13149759-3
My Commission Expires
March 23, 2026