**EXHIBIT 1**

```
2300923                                    Date  6/30/21 Page   1 of   2
DONGTAI INVESTMENT GROUP LLC               Account Number    Ending 7342
DBA CROWNE PLAZA HOUSTON SUITES            Enclosures                 18
9090 SOUTHWEST FREEWAY
HOUSTON TX  77074
```

---- CHECKING ACCOUNTS ----

```
Easy Business Checking              Number of Enclosures              18
Account Number       Ending 7342    Statement Dates  6/01/21 thru 6/30/21
Previous Balance          █████     Days in the statement period      30
    1 Deposits/Credits    █████     Average Ledger              █████
   24 Checks/Debits       █████     Average Collected           █████
Service Charge              ██
Interest Paid               ██
Ending Balance            █████
```



Deposits and Additions
Date      Description                                          Amount

Checks and Withdrawals
Date      Description                                          Amount



Easy Business Checking        Ending 7342  (Continued)

Checks and Withdrawals

[redacted]

Statement Code Summary
Code   Description
SC     DDA SERVICE CHARGE

Checks in Serial Number Order

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 6/01 | 3055 | 5,600.00 | 6/18 | 11119* | 1,930.00 |

*Indicates Skip in Check Number

Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|



Check 3055 Amount $5,600.00 Date 6/1/2021





Check 11139 Amount $8,531.00 Date 6/14/2021