**EXHIBIT 2**

```
      2439220                                  Date 11/30/21 Page   1 of   2
      DONGTAI INVESTMENT GROUP LLC             Account Number    Ending 7342
      DBA CROWNE PLAZA HOUSTON SUITES          Enclosures                 11
      9090 SOUTHWEST FREEWAY
      HOUSTON TX  77074
```

```
                    ---- CHECKING ACCOUNTS ----

                         Mobile Deposit for Business.
            Your work takes you everywhere. So, take your bank with you.
                       No monthly maintenance or rental fees.

                  Ask your Golden Bank Representatives for details or
                     email us at Onlinebanking@goldenbank-na.com
```

```
Easy Business Checking                  Number of Enclosures                 11
Account Number           Ending 7342    Statement Dates 11/01/21 thru 11/30/21
Previous Balance          ▮▮▮▮▮▮▮       Days in the statement period        30
     Deposits/Credits       ▮▮▮▮        Average Ledger              ▮▮▮▮▮▮▮▮
  14 Checks/Debits       ▮▮▮▮▮▮▮        Average Collected           ▮▮▮▮▮▮▮▮
Service Charge             ▮▮▮▮
Interest Paid              ▮▮▮▮
Ending Balance            ▮▮▮▮▮▮
```

Checks and Withdrawals
Date        Description                                         Amount

Statement Code Summary
Code   Description
SC     DDA SERVICE CHARGE

Checks in Serial Number Order
Date       Check No.         Amount        Date      Check No.           Amount

| Date  | Check No. | Amount   | Date  | Check No. | Amount   |
|-------|-----------|----------|-------|-----------|----------|
| 11/12 | 11113     | 2,275.00 | 11/15 | 11159*    | 1,904.38 |

 *Indicates Skip in Check Number



Easy Business Checking          Ending 7342   (Continued)

Checks in Serial Number Order
Date      Check No.              Amount
 ▇▇▇▇      ▇▇▇▇▇▇                ▇▇▇▇▇▇
 *Indicates Skip in Check Number

Daily Balance Information
Date          Balance         Date           Balance         Date           Balance
▇▇▇▇          ▇▇▇▇▇▇▇▇        ▇▇▇▇           ▇▇▇▇▇▇▇▇        ▇▇▇▇           ▇▇▇▇▇▇▇▇
▇▇▇▇          ▇▇▇▇▇▇▇▇        ▇▇▇▇           ▇▇▇▇▇▇▇▇        ▇▇▇▇           ▇▇▇▇▇▇▇▇



Check 11113 Amount $2,275.00 Date 11/12/2021