

**EXHIBIT 3**

**Property Care Services**

4118 Southfield Ct.
Houston TX
77045

**INVOICE CROWNE 76982**
77859

**DATE**
Jul 16, 2021

**DUE**
On Receipt

**BALANCE DUE**
USD $2,225.00

---

**BILL TO**

**Dongtai Investment Group/Crowne Plaza**

9090 Southwest Freeway
Houston, TX
77074
281-910-5856
michael@ameristarhospitality.com

| DESCRIPTION | RATE | QTY | AMOUNT |
|---|---|---|---|
| **Deep Clean and sanitize Guest Rooms for Inspections**<br>Pre Cleaning to reopen as Radisson:<br>The following individuals were paid $15.00 per hours for a total of 115 hours and supervisor 20 Hours @$25.00<br>Adalina Hip 20<br>Antonia Rosales 20<br>Candlaria Martinez 15<br>Guadalupe Santana 15<br>Luciana Quintero 15<br>Jose Castillo 15<br>Fanny Castillo 15<br>C Campos 20 | $2,225.00 | 1 | $2,225.00 |

| | |
|---|---|
| SUBTOTAL | $2,225.00 |
| TAX (8.25%) | $0.00 |
| TOTAL | $2,225.00 |
| BALANCE DUE | USD $2,225.00 |

**Dongtai 000087**