

Hilton Hotels Corporation
Memphis, Tennessee
All Rights Reserved

This book or any part thereof may not be reproduced without the written permission of the publisher.

Suggested additions, deletions or changes should be addressed to:

Hilton Hotels Corporation
ATTN: Hampton Brand Management Team
755 Crossover Lane
Memphis, Tennessee 38117-4900

This material was developed and prepared by Hilton Hotels Corporation. It is offered for sale to and for use by those hotels which are operated under license from Hilton Hotels Corporation or its applicable subsidiary.

Except to the extent required by its license with Hilton Hotels Corporation and/or the Hampton Standards Manual, no franchisee/licensee is required to follow any of the systems described in this manual as a condition to retaining its operating license.

Hilton Hospitality, Inc. is an subsidiary of Hilton Hotels Corporation.

Do not remove this page.

The following trademarks used in this manual are owned by Hilton Hotels Corporation, its subsidiaries and affiliates.

Hampton Inn®
Hampton Inn & Suites®
Hampton®
100% Hampton Guarantee™
OnQ™ Property Management System
On the House® Hot Breakfast
**Hampton's** On the Run™ Breakfast Bag
Hilton HHonors®

                    ©2008, Hilton Hotels  Corporation

# Table Of Contents

Preface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .v

Introduction. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . vi

About the PDF Manual and Navigation Tips. . . . . . . . . . . . . . vii

## 100 Rules of Operation

Purpose And Scope . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100-1

| | | |
|---|---|---|
| 100.00 | General Rules of Operation . . . . . . . . . . . . . . . . . | 100-3 |
| 101.00 | Standard Features. . . . . . . . . . . . . . . . . . . . . . . . | 100-10 |
| 102.00 | Guest Services. . . . . . . . . . . . . . . . . . . . . . . . . . . | 100-15 |
| 103.00 | Methods of Payment . . . . . . . . . . . . . . . . . . . . . | 100-18 |
| 104.00 | Room Rates . . . . . . . . . . . . . . . . . . . . . . . . . . . | 100-19 |
| 105.00 | Reservations . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 100-22 |
| 106.00 | Learning And Development. . . . . . . . . . . . . . . . . | 100-25 |
| 107.00 | Miscellaneous. . . . . . . . . . . . . . . . . . . . . . . . . . | 100-30 |
| 108.00 | Risk Control. . . . . . . . . . . . . . . . . . . . . . . . . . . | 100-33 |
| 109.00 | Guest Facilities. . . . . . . . . . . . . . . . . . . . . . . . . . | 100-46 |
| 110.00 | Employee Service Standards . . . . . . . . . . . . . . . . | 100-63 |
| 111.00 | Front Desk Service Standards . . . . . . . . . . . . . . . | 100-64 |
| 112.00 | Hilton HHonors Guest Protocol . . . . . . . . . . . . . | 100-67 |
| 113.00 | Customer Really Matters (CRM) . . . . . . . . . . . . . | 100-70 |
| 114.00 | Reservation Service Standard. . . . . . . . . . . . . . . . | 100-72 |
| 115.00 | Housekeeping And Maintenance<br>Service Standards. . . . . . . . . . . . . . . . . . . . . . . . . | 100-73 |
| 116.00 | Transportation Service Standards . . . . . . . . . . . . | 100-74 |
| 117.00 | Meeting Services. . . . . . . . . . . . . . . . . . . . . . . . | 100-76 |
| 118.00 | Guest Room/Suite Amenities And Supplies. . . . . | 100-77 |
| 119.00 | Quality . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 100-93 |
| 120.00 | Hotel Technology. . . . . . . . . . . . . . . . . . . . . . . . | 100-96 |
| 121.00 | Environmental Program. . . . . . . . . . . . . . . . . . . | 100-98 |
| 122.00 | Hampton Brand Privacy. . . . . . . . . . . . . . . . . . . | 100-99 |

- continued -

# Table Of Contents

## 200 Breakfast Standards

| | | |
|---|---|---|
| 200.00 | Breakfast Standards Overview | 200-1 |
| 201.00 | Service Standards | 200-4 |
| 202.00 | Coffee Zone Standards | 200-6 |
| 203.00 | Juice Zone Standards | 200-10 |
| 204.00 | Cold Zone Standards | 200-14 |
| 205.00 | Baked Zone Standards | 200-18 |
| 206.00 | Fresh Zone Standards | 200-24 |
| 207.00 | Hot Zone Standards | 200-28 |
| 208.00 | Hampton's On the Run™ Breakfast Bag Standards | 200-33 |
| 209.00 | Breakfast Artwork/Décor Enhancement | 200-36 |
| 210.00 | Presentation Standards | 200-38 |
| 211.00 | Food Safety and Sanitation Standards | 200-47 |

## 300 Building and Furnishing Standards

| | | |
|---|---|---|
| Purpose and Scope | | 300-1 |
| Introduction | | 300-2 |
| 300.00 | Plan Review and Required Approvals | 300-3 |
| 301.00 | Life Safety Systems | 300-9 |
| 302.00 | General Building | 300-16 |
| 303.00 | Site | 300-33 |
| 304.00 | Lobby Area | 300-37 |
| 305.00 | Suite Shop | 300-54 |
| 306.00 | Public Restrooms | 300-56 |
| 307.00 | Meeting Facilities | 300-58 |
| 308.00 | Recreational Facilities | 300-62 |
| 309.00 | Guestrooms/Suites | 300-71 |
| 310.00 | Guest Room/Suite Bath and Dressing Area | 300-105 |
| 311.00 | Wet Bar and Guest Room/Suite Appliances | 300-125 |
| 312.00 | Accessible Accommodations | 300-127 |
| 313.00 | Standard Room Layouts | 300-129 |
| 314.00 | Guest Room/Suite Support Areas | 300-142 |
| 315.00 | Back of House Areas | 300-147 |
| 316.00 | Signage | 300-156 |
| 317.00 | Master Antenna Television System | 300-157 |
| 318.00 | Existing Hampton Inn Exterior Corridor Hotels | 300-158 |

- continued -

# Table Of Contents

## 400 Trademark Standards

Purpose and Scope. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 400-1
400.00    Trademark and Identity Standards – General . . . . 400-2
401.00    Service Mark Usage – Print Material . . . . . . . . . . 400-4
402.00    Hampton Property Stationery . . . . . . . . . . . . . . . 400-7
403.00    Trademark Usage – Outdoor Advertising . . . . . . 400-13
404.00    Exterior Signage . . . . . . . . . . . . . . . . . . . . . . . . . 400-29
405.00    Interior Signage . . . . . . . . . . . . . . . . . . . . . . . . . . 400-55
406.00    Welcome Touchpoint Signage Items . . . . . . . . . . 400-76
407.00    Brand Identity System . . . . . . . . . . . . . . . . . . . . . 400-79
408.00    The Welcome . . . . . . . . . . . . . . . . . . . . . . . . . . . . 400-83
409.00    The Breakfast . . . . . . . . . . . . . . . . . . . . . . . . . . . . 400-96
410.00    The Guest Room. . . . . . . . . . . . . . . . . . . . . . . . . 400-115
411.00    Airport Service Center Advertising. . . . . . . . . . . 400-136

## 500 Uniform Standards

500.00    The "i am hampton" Collection  . . . . . . . . . . . . . . 500-1

## 600 Information Technology

Purpose and Scope. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 600-1
600.00    Voice Telecommunications Hardware . . . . . . . . . . 600-2
601.00    Telephone Switchboard Requirements . . . . . . . . . 600-4
602.00    Voice Messaging System Requirements . . . . . . . . 600-5
603.00    Call Accounting System Requirements . . . . . . . . . 600-6
604.00    Telephone Requirements . . . . . . . . . . . . . . . . . . . . 600-7
605.00    Network Access Requirements . . . . . . . . . . . . . . . 600-9
606.00    Americans With Disabilities Act
          (ADA) Compliance. . . . . . . . . . . . . . . . . . . . . . . . 600-10
607.00    Voice, Data and Video Cabling Infrastructure. . . 600-11
608.00    OnQ Property Management System. . . . . . . . . . . 600-14
609.00    Software Compatibility . . . . . . . . . . . . . . . . . . . . 600-17
610.00    Internet Web Site Standards. . . . . . . . . . . . . . . . . 600-18
611.00    Hotel Information Security Standards. . . . . . . . . . 600-28
612.00    In-Room, On-Demand Movies
          and Video Games  . . . . . . . . . . . . . . . . . . . . . . . . 600-31
613.00    Hampton High-speed Internet Access (HSIA)
          Operational and Technical Standards . . . . . . . . . 600-32
614.00    DMX MUSIC Distributed Audio Standards . . . . . 600-39

## Index

# Preface

The Hampton Standards Manual ("Manual") has been developed to provide the licensee with the required minimum standards, procedures, rules, regulations, policies and techniques of the Hampton hotel system. These requirements are subject to change, amendment or supplement from time to time by Hilton Hotels Corporation. Also, Hilton Hotels Corporation has the responsibility to ensure compliance with the standards and the authority to grant exceptions to the standards as it deems appropriate and in the best interest of the Hampton hotel system.

To achieve and maintain high standards of quality and service and associated goodwill for the Hampton hotel system, it will be essential that the licensee strictly adhere to all elements of the Hampton hotel system, including, without limitation, the Manual and the license agreement. The licensee must comply with and maintain the standards at a level equal to or greater than the requirements set out in the Manual. Violation of any of these standards by the licensee could be deemed a substantial and material violation or default of the license agreement, and it would be the responsibility of Hilton Hotels Corporation to take the necessary action to protect the integrity of the Hampton hotel system. In addition, the licensor is committed to maintaining these standards in the Hampton hotels under its management.

This Manual is the property of Hilton Hotels Corporation and is provided to the licensee for use and reference during the term of the license agreement. Additions and modifications to the Manual will be sent to the licensee in order to maintain the Manual in a current status. The licensee shall use all reasonable efforts to maintain the confidentiality of the Manual. Upon termination of the license agreement (or commitment agreement to issue a license), the licensee will return the Manual and all other confidential material owned, created or used by Hilton Hotels Corporation without retaining any photocopies.

Questions regarding this Manual or system policies and standards may be referred to:

Hampton Brand Management Team
Hilton Hotels Corporation
755 Crossover Lane
Memphis, Tennessee 38117-4900
Phone: 901/374-5000

# Introduction

Hampton branded hotels have been designed to be a superior, moderately-priced hotel providing our guests with a clean, high-quality guest room, free breakfast bar, complimentary local phone calls, complimentary in-room movies, designated smoking and non-smoking rooms and a children-stay-complimentary program. The Hampton system will consist of hotels owned and operated by licensees and hotels owned and operated by Hilton Hotels Corporation

The integrity, reliability and consistency of the Hampton hotel system will be maintained by the use of standards for both facility and service. This Standards Manual has been designed to establish the minimum requirements for the construction, furnishing and operation of a Hampton branded hotel. The Standards Manual is provided by Hilton Hotels Corporation for your use and reference during the term of your license agreement. Periodic inspections of the hotels in the system will be conducted to ensure compliance with the license terms and standards.

By our mutual dedication and cooperation we will make Hampton hotels the leading moderately-priced hotel system in the industry.

# About the PDF Manual and Navigation Tips

The electronic ("online") version of the Hampton Brand Standards Manual is your resource for finding the information you need quickly and efficiently.

The PDF manual performs best if you download it to your computer's hard drive. While it is fine to browse it online, it is most efficient from your hard drive or a CD if you plan to reference it often.

### Downloading the manual

To download the manual to your hard drive:

- Open the manual using Adobe Acrobat Reader
- Click on the "Save a Copy" button in the top left of your Adobe Acrobat screen.
- Determine the folder in which you want to save the manual and click "Save."

### Navigating in the manual

There are several methods by which to quickly and efficiently navigate through the Standards Manual:

**Electronic Table of Contents**

This lists every section in the Standards Manual. To access this:

- Go to the "Bookmark" window in the left margin of your screen.
- The "Table of Contents" and the "Index" have boxes marked with a "+" sign in front of them. Click on the box for "Table of Contents" and the listing of the various sections will appear, as well as the "Master" table of contents.
- Next, click on the "Master" or specific section (i.e. "Rules of Operation"). This opens the selected table of contents in the manual
- Once the actual page is on the screen, point your mouse to the specific subsection on the table of contents and click. This will automatically take you to that specific page within the manual.
- To view items in other tables of content, go back to the "Bookmark" window and select either the Master or other section table, repeating the above process.

**Electronic Index**

To find specific topics, concepts or key words:

- Go to the "Index" section of the manual (most easily found by opening the "Book-mark" window as mentioned above) and click.

- To go to any one of those indexed topics, simply click on the page number next to it and you will jump to that page.

**Acrobat Reader Search Function**

To search for all references of a key word or phrase using the Acrobat Search function:

- Click on the search icon (a pair of binoculars) on the Acrobat Reader tool bar. A search window will open and you can type in the word, phrase or subject you are seeking.

- This function will search the entire manual for any references using your search criteria. It will then display all of the references in the window.

- To go to the areas referenced, simply click on the reference and it will jump to that specific page.

**Cross References**

You may notice several areas in the manual that provide you with an additional reference other than the standard you are currently viewing. When this occurs, simply click on the blue hyperlink and it will jump directly to that referenced standard.

**General Page Navigation**

Once you open the manual and a page is open, you can easily navigate using:

- Your scroll bar on the right side, or

- The page up or page down keys, or

- The arrows at the bottom of the page.

- The return key take will take you to the next page as well.

*Printing From the PDF*

You can print as many copies as needed for hotel use from the online version on your laser printer. Again, it is most efficiently printed from your hard drive or a CD. *It is not recommended to print the entire book online*; a few pages at a time printed from online is usually fine.





**Section 100**

# Rules Of Operation

– CONFIDENTIAL –
for use by Hilton Hotels only

**Any questions regarding the contents
of this manual may be addressed to:**

**HILTON HOTELS CORPORATION
755 CROSSOVER LANE
MEMPHIS, TENNESSEE 38117-4900
PHONE: 901/374-5000**

05272008



# Rules Of Operation

Purpose And Scope . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100-1

100.00    General Rules of Operation . . . . . . . . . . . . . . . . . 100-3

101.00    Standard Features. . . . . . . . . . . . . . . . . . . . . . . . 100-10

102.00    Guest Services. . . . . . . . . . . . . . . . . . . . . . . . . . 100-15

103.00    Methods of Payment . . . . . . . . . . . . . . . . . . . . . 100-18

104.00    Room Rates . . . . . . . . . . . . . . . . . . . . . . . . . . . 100-19

105.00    Reservations . . . . . . . . . . . . . . . . . . . . . . . . . . . 100-22

106.00    Learning And Development. . . . . . . . . . . . . . . . . 100-25

107.00    Miscellaneous. . . . . . . . . . . . . . . . . . . . . . . . . . 100-30

108.00    Risk Control. . . . . . . . . . . . . . . . . . . . . . . . . . . 100-33

109.00    Guest Facilities . . . . . . . . . . . . . . . . . . . . . . . . . 100-46

110.00    Employee Service Standards . . . . . . . . . . . . . . . . 100-63

111.00    Front Desk Service Standards . . . . . . . . . . . . . . . 100-64

112.00    Hilton HHonors Guest Protocol . . . . . . . . . . . . . 100-67

113.00    Customer Really Matters (CRM) . . . . . . . . . . . . . 100-70

114.00    Reservation Service Standard. . . . . . . . . . . . . . . . 100-72

115.00    Housekeeping And Maintenance
          Service Standards . . . . . . . . . . . . . . . . . . . . . . . . 100-73

116.00    Transportation Service Standards . . . . . . . . . . . . 100-74

117.00    Meeting Services. . . . . . . . . . . . . . . . . . . . . . . . 100-76

118.00    Guest Room/Suite Amenities And Supplies. . . . . 100-77

119.00    Quality . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100-93

120.00    Hotel Technology. . . . . . . . . . . . . . . . . . . . . . . . 100-96

121.00    Environmental Program. . . . . . . . . . . . . . . . . . . 100-98

122.00    Hampton Brand Privacy. . . . . . . . . . . . . . . . . . . 100-99



# Rules Of Operation

## Purpose And Scope

The license agreement requires that the rules of operation as established by Hilton Hotels Corporation and as contained herein, must be observed by each hotel in the Hampton brand system in order to provide the public with a standardized, uniform hotel product identified by the word "Hampton."

These rules, along with the high standards set forth in the building, furnishings, quality of construction and the use of Trademarks, provide the basis for developing and operating a Hampton hotel.

REFER QUESTIONS CONCERNING THESE STANDARDS TO:

Hampton Brand Management
Hilton Hotels Corporation
755 Crossover Lane
Memphis, Tennessee 38117-4900
Phone: 901/374-5000



Friendly service, clean rooms, comfortable surroundings, every time.
**If you're not satisfied, we don't expect you to pay.**
That's our commitment & your guarantee. That's 100% Hampton.

*Rules of Operation*
*100% Hampton Guarantee*

Every Hampton hotel must participate in the 100% Hampton Guarantee program and uncondi-tionally deliver the 100% Hampton Guarantee to every guest. If a guest is not completely satisfied—regardless of the reason—he or she must not be charged for the stay. To effectively implement this unconditional guarantee, each hotel owner/operator must:

A. Train every hotel employee on the importance of guest satisfaction by using the DVDs provided by Hilton Hotels as part of our "Ultimate Service: Make It Hampton" training program. The 100% Hampton Guarantee training must be completed within 14 days of employment at the hotel.

B. Empower each hotel employee to action the guarantee when needed and give all hotel employees the authority to deliver the guarantee without requiring additional management approval.

C. Prominently display the Guarantee plaque on the front desk facing the guest—one plaque in the front of each work station.

D. Complete a 100% Hampton Guarantee voucher for each guarantee invoked including guest's signature. Ensure that voucher information is transmitted to the Hilton Hotels corporate office during each night's audit.

E. Maintain on property a 100% Hampton Guarantee file, which must include copies of completed guarantee vouchers and back-up documentation, and any other pertinent information related to the guarantee.

F. The hotel should first attempt to resolve any guest complaints at the hotel level. If a guest con-tacts the Guest Assistance department with a complaint, it will either be referred to the hotel for resolution or will be resolved immediately by the Guest Assistance Representative. Any complaints referred back to the hotel must be resolved to the guest's satisfaction within 48 hours of notifica-tion. If the problem is not resolved within this time frame or if Guest Assistance intervention is required to resolve the complaint to the guest's satisfaction, the hotel will be charged an interven-tion fee, in addition to any cash refunds or "Be My Guest" cards issued to ensure/promote 100% Guest Satisfaction. Intervention fees are $200 for Diamond guests, $150 for Gold guests and $100 for all others.

When Guest Assistance issues a refund or "Be My Guest" card, the hotel responsible for the complaint will be responsible for the cost of these refunds/complimentary vouchers and will be invoiced as follows. (Refer to Rule of Operation 107.08) for additional information on the "Be My Guest" card program.)

These charges will be due to Hilton Hotels within 10 days of invoice date. Any unpaid/unresolved charges may be withheld from any payments due to the hotel/licensee on behalf of Hilton Hotels.



# Rules Of Operation

## 100.00   General Rules of Operation

100.01   See the previous page for 100% Hampton Guarantee information.

100.02   All aspects of a Hampton branded hotel (or any associated facility or service) including but not limited to personnel, buildings, grounds, furnishings, fixtures, decor, equipment, signs, vehicles, linens, supplies, glass, printed matter and any other element thereof that affect the guest directly or indirectly must be maintained at all times in accordance with the high standards of service and physical appearance associated with Hampton branded hotels. (This includes but is not limited to cleanliness, service level, safety, security, wear, adequacy of supply, working order and coordination of color schemes and designs.) This further includes but is not limited to requiring:

   A.   A very high state of cleanliness throughout the Hampton hotel.

   B.   A responsive, caring, guest-oriented hotel staff.

   C.   Adequate lighting in all areas.

   D.   Adequate ventilation to maintain all areas free from offensive odors.

   E.   All landscaping, building exterior and interior furnishings and decor (as exposed to the guest) to be professionally designed and coordinated, as specified by standard Hampton hotel plans and specifications.

   F.   All Hampton Team Members must be knowledgeable of their job requirement, be well-groomed, dressed in clean, neat and required wardrobe "i am hampton collection" items by Lands' End (see Section 500 for wardrobe requirements) no later than 6/15/08.

   G.   The hotel, in all aspects of its facilities and operation, to comply with any and all applicable laws, ordinances and regulations.

   H.   Any and all additions or replacements of items included in the Building and Furnishing Standards (Section 300) of this manual to conform to those requirements prevailing at the time of addition or replacement.

   I.   All use of trademarks to be in strict conformance with the current requirements in the Trademark and Identity Standards, Section 400, of this manual.

   J.   Each hotel should ensure compliance with all construction, equipment, and training requirements as determined by the Americans With Disabilities Act.

100.03   Any type of material, activity or entertainment which is not in conformity with the high standards associated with the Hampton name must not be displayed or conducted on the premises. No X-rated movies may be shown or televised at the hotel.

100.04   All Hampton hotels must participate in programs (marketing, training, operating, etc.) whether national or regional, which Hilton Hotels designates beneficial to the Hampton hotel system. Current system programs include but are not limited to:

   A.   **100% Hampton Guarantee** – Refer to Rule 100.01 for details.

   B.   **Ultimate Service: Make It Hampton** – Refer to Rule 106.12 for details.



# Rules Of Operation

C.  **HHonors** – Entitles guests who have signed up for membership to participate in our guest loyalty program. All Hilton properties are required to participate in this program. Promotional materials must be available at the hotel's front desk kiosk.

D.  **eCheck-In** – Each Hampton property must participate in the eCheck-In program for HHonors guests. eCheck-in is an electronic check-in service that allows Diamond and Gold HHonors members to choose their room numbers prior to arriving at the hotel. This is important to our best guests because it gives them choice, convenience, control and confidence.

   1.  Diamond and Gold HHonors guests to go to brand.com up to 36 hours prior to arrival to select a specific room number for room assignment. eCheck-in is available to guests beginning at 6:00 am local time on the day prior to arrival until 10:00 pm local time on the day of arrival provided they are eChecking-in at least two hours in advance of the guest-supplied arrival time.

   2.  Guests are shown room options based on availability, special requests and HHonors tier. Time of eCheck-in and the time of guest arrival also affect which rooms are shown as available for eCheck-in.

   3.  The hotel completes the check-in process in OnQ. In the OnQ system, eCheck-in is the same as room pre-assignment because eCheck-in rooms are automatically pre-assigned. There is no special reservation status in OnQ for eCheck-in guests.

   NOTE: Guests will not be able to request an early arrival or late check-out during the eCheck-in process.

E.  **AARP/CARP**

   1.  U.S. Hotels

      Effective September 1, 2007, all Hampton branded hotels are required to have an AARP (ARP) and CARP (CRP) rate plan established in the central reservations system. For U.S. hotels, presentation of AARP/CARP membership card is required in order to obtain the 10% discount off the best available rate.

      a.  Requires mandatory participation in the program.

      b.  Non LRA

      c.  Cannot be combined with other discounted rates.

      d.   Does not apply to groups.

      e.  Cannot be applied to special event rates.

   2.  Canadian Hotels

      Effective September 1, 2007, all Hampton branded hotels are required to have an AARP (ARP) and CARP (CRP) rate plan established in the central reservations system. Either AARP or CARP member ID *or* proof that the guest is 50-plus years of age is required at check-in.

      a.  Requires mandatory participation in the program.

      b.  Non LRA

      c.  Cannot be combined with other discounted rates.



# Rules Of Operation

    d. Does not apply to groups.

    e. Cannot be applied to special event rates.

F. **AAA** – All Hampton branded hotels are required to have a AAA rate plan established in the central reservation system. Effective January 1, 2005, hotels may offer a 0 percent, 5 percent or 10 percent discount off of the best available rate to AAA members.

    1. Rates may vary by location, day of week and seasonally.

    2. AAA rate cannot be combined with other discounted rates.

    3. AAA rate does not apply to groups.

    4. AAA membership card is required at the time of check-in.

G. **Employee Room Discount Program** – Allows team members not traveling on business to stay at Hilton Hotels Corporation properties at a discounted rate. Team members are responsible for settling all charges upon check-out. This program does not include hotels located within 50 miles of the team member's work or residence. Please note that Hilton Hotels Corporation reserves the right to change, cancel or audit compliance with this program at any time. Participation in this program is mandatory.

Go to http://www.hilton.com/tmtp for complete details of this program.

    1. Hotel Inventory Requirements

        a. Hotels must continue to set aside a minimum of one to three rooms to be offered at these special rates. This Employee Room Discount Program is already established for your hotel. The same guidelines already in place will remain.

            1) For Hampton brand hotels with less than 75 rooms, a minimum of one room must be available for sale at the employee discount for each night of inventory.

            2) For hotels with 75 or more rooms, a minimum of three rooms must be available for sale at the employee rate for each night of inventory.

        b. Discounted rooms are available at over 2,000 owned managed or franchised hotels and resorts subject to applicable taxes and hotel guarantee and cancellation policies.

        Conrad Hotels, HGVC, and Hilton International Hotels do not offer an employee rate. Conrad Hotels and Hilton International employees are not eligible for the employee rate in this program. Team member must be present at check-in. Go to http://www.hilton.com/tmtp for complete details of this program.

        c. The only blackout dates permissible are for special events. A maximum of 12 blackout days per year are permissible.



# Rules Of Operation

2. Reservations

    a. Reservations must be through our Hilton Reservations Worldwide office using the toll-free number, 1-877-54ROOMS (1-877-547-6667) or visiting the Team Member Travel Program Web site at http://www.hilton.com/tmtp. Reservations are subject to availability and may not be available during onetime special events.

    b. Reservations at Doubletree Hotel/Suites, Embassy Suites, Hampton brands and Homewood Suites by Hilton may be made up to one year in advance, but no fewer than seven days in advance of your arrival (Embassy Vacation Resorts, no fewer than 21 days in advance of arrival). Reservations at Hilton brand hotels may be made up to one year in advance but no fewer than 14 days in advance.

    c. Contact your general manager with your confirmation number and you will receive a signed Travel Passport. Be sure to keep your Travel Passport in a safe place since you'll need to present it—along with a photo ID—at check-in. Go to http://www.hilton.com/tmtp for complete details of this program.

3. Rates/Discounts

    a. Team members pay a discounted flat rate, depending on the brand they visit.

| DESTINATION PROPERTIES | TEAM MEMBER RATE |
| --- | --- |
| Hilton Garden Inn/Hilton Suites | $39 per night |
| Hilton Hotels & Resorts | $49 per night |
| Hilton Specialty Properties | $59 per night |
| Doubletree Club Hotels, Hampton Inns, Hampton Inn & Suites | $29 per night |
| Doubletree Hotels and Resorts, Homewood Suites, Embassy Suites Hotels | $39 per night |
| Hilton Premium Properties | 50% discount |
| Embassy Vacation Resorts | $125 |

    Please see the team member travel program on OnQ Insider.

    b. Some hotel operated restaurants may offer a 25 percent food and beverage discount (excluding bar and lounge charges). The destination hotel must make this information available for the visiting team member at check-in.

4. Participation in this program is mandatory.

H. **Be My Guest Cards** – Refer to Rule 107.08 for details.

I. **Travel Agent Commission Program** – Requires all licensees to participate in the centrally paid Travel Agent Commission Program and to reimburse the Hampton system by the 15th of the month for commissions paid the previous month.



# Rules Of Operation

J. **Global Distribution System** – Requires all licensees to participate in the centrally paid GDS booking fees (and all other third-party bookings) and to reimburse the Hampton System by the 15th of the month for booking fees paid the previous month.

K. **Unlimited Budget Program** – Requires all licensees to participate in the centrally paid Unlimited Budget Program and to reimburse the Hampton system by the 15th of the month for commissions paid the previous month.

L. **Quality Assurance Program** – Requires all hotels to participate in our centrally-managed QA process. All hotels must adhere to the requirements outlined in the current QA program, and will receive periodic unannounced evaluations which will result in an overall grade. Current QA criteria may be obtained through the QA Department. See Rule 119.01 for more information on Quality Assurance evaluations.

M. **Total Solution** – Hilton assumes certain lease payments from preferred lessors for the hardware needed to support the OnQ Property System network. This mandatory program allows Hilton Hotels Corporation to ensure that the hardware used at the hotel level to drive all of our technology tools and resources, is kept refreshed in today's ever changing world of computer hardware (see Rule 120.07).

N. **Make It Hampton** – All Hampton brand hotels are required to comply with all *Make It Hampton* components. These components consist of both product and service elements. Selected items are proprietary to the brand and must be purchased through approved distributors and/or manufacturers.

All components must be implemented in their entirety and as a package, and within the timeline and the implementation plan as communicated to all hotels. Selected items in this initiative will be proprietary to the brand, and as such, must be purchased through approved distributors and/or manufacturers.

NOTE: Hotels engaged in an active Product Improvement Plan (PIP) must complete all required components within the specified PIP time frame.

O. **Be Hospitable** – Team members must complete Be Hospitable training within 30 days of start date.



# Rules Of Operation

100.05    A printed copy of the *Hampton Standards Manual* is no longer required at each property. The Hampton Standards are available on OnQ Insider > Hampton Brand.

100.06    Solicitation of guests by outside vendors or employees is strictly prohibited. Solicitation material is strictly prohibited from being on the front desk or in the lobby/breakfast area.

100.07    High-speed Internet Access (HSIA)

Note: All hotels must transition to the Stay Connected HSIA program by December 31, 2008.

Hotels must have high-speed Internet access installed in 100 percent of guest rooms/suites with either wired or wireless solution and must be complimentary to guests.

A.   For Wired Solutions – A physical connection must be plainly visible on the desk top. An Ethernet cord is required to be present at all times in the guest room. See Standard 613.00 for complete requirements.

B.   For Wireless Solutions – Wireless 802.11b or 802.11g (dual mode) Ethernet bridges must be provided at the front desk for at least 10 percent of the total number of guest rooms. These devices must be plug-and-play and must not require any configuration of the guest's laptop or the wireless bridge.

100.08    Hampton.com Images

All Hampton Inns and Hampton Inn & Suites must make available still property images on the brand Web site www.hampton.com. Hotels may load multiple images free of charge. For information on loading images, consult the following Web site: OnQ Insider > Hampton Brand.

A.   Hampton Inn hotels must have a minimum of four still images of their hotel.

B.   Hampton Inn & Suites hotels must have minimum of five still images of their hotel. The core four as indicated for the Hampton Inn brand, plus a guest suite image.

C.   All online images of the hotel or property must adhere to the following:

1.   No hotel may have more images on a third-party or stand-alone Web site than it has posted on www.hampton.com.

2.   Images must be an accurate representation of the hotel facilities and rooms.

D.   Specific required images to be available on www.hampton.com are as follows:

1.   Exterior

2.   Breakfast area

3.   Front desk/lobby

4.   Standard guest room

5.   Guest suite (for Hampton Inn & Suites)



# Rules Of Operation

    E.  Other ideas (ideal but not mandatory) are:

      1.  Swimming pool

      2.  Fitness center

      3.  Conference/meeting room

      4.  Business center

      5.  Image of each room type

      6.  Local area images

100.09  All hotel public spaces, including hotel entrance areas, must be non-smoking 24 hours per day. All hotels should designate a smoking area for meeting room attendees, groups and team members. The smoking area should be away from the main entrance with a smoking post provided. Hotels electing to be 100% smoke-free must provide an area away from any primary entrance way or porte cochere to direct all smoking guests. A smoking post must be provided here in addition to the smoking post located at the front entrance.



# Rules Of Operation

## 101.00   Standard Features

The Hampton Trademark stands for a series of hotel services and features which, taken together, support the hotel guest's perception that Hampton stands for an up-to-date consumer-oriented lodging experience designed to meet the needs of both business and leisure travelers. The features detailed in the sub-sections below reflect features integral to the maintenance of the value of the Hampton Trademark.

101.01   The complimentary On the House Hot Breakfast must be available to all guests at no charge in the lobby of the hotel between the hours of 6:00 a.m. to 10:00 a.m. each day. The complimentary Hampton's On the Run Breakfast Bag must be available from 5:30 a.m. to 10:00 a.m. Monday through Friday. See Standard 200.03.

101.02   Public perception of the Hampton Trademark, and the service and value orientation of a Hampton branded hotel, is adversely affected by hotel practices which impose additional charges for non-toll local phone calls or surcharges for long distance calls not charged to the hotel. Such activity impairs the value of the licensed Trademark and is directly contrary to the objectives of the license agreement.

Accordingly, hotels will offer the following services:

  A.  Complimentary local calls

  B.  Complimentary 0+ dialing

  C.  No charge for toll-free calls (800, 888, 866, 877 etc.)

  D.  No surcharge for long-distance calls not charged to the hotel

  E.  No surcharge for calling card calls

  F.  Credit card rates from AT&T or if an alternate carrier is used rates must be less than or equal to the AT&T credit card rate.

  G.  No long-distance access charges

  H.  No charge for data port usage utilizing local or toll-free calls

101.03   All hotels are required to make available in every guest room/suite a clear and meaningful explanation of the following guest room/suite telephone information. This information must be displayed in the Guest Services Directory (Rule 118.12).

The three pieces of information are:

  A.  The name of the carrier with whom the hotel has contracted for long distance (0+) service

    *NOTE:* If the hotel has contracted with an alternate provider (even one that in turn uses AT&T lines underlying their delivery of service), the name of that alternate provider must be displayed.

  B.  A method to obtain information on what rate the guest will be charged for their call.



# Rules Of Operation

C. A method to obtain assistance when there has been a problem or to get other information about the long distance service.

The following example of this notification is for format only.
**Recommended:** AT&T as the long distance carrier for the hotel.

101.04   Each guest room/suite must have a telephone at the nightstand (see Standard 309.13B) equipped with a 25-foot cord and a message light. (See Standard 604.00 for additional details.) Adaptor plugs are not permitted. An additional phone may be provided at the desk. If two phones are available, each must be equipped with a 15-foot cord. In studio suites, phones are required at the nightstand and at the desk.

Emergency dialing instructions must be displayed on the telephone face plate. A speed-dial button may be used as long as the telephone face plate displays the emergency dialing instructions in the event the speed-dial button is inoperable.

101.05   Guest room telephones must have a face plate with a minimum of the following dialing instructions.

---

We have selected XYZ Company as the long distance carrier for calls dialed 0 + area code + telephone number.

For XYZ Company rate information,
    access an outside line, then dial 0 + area code +
    telephone number + 0 or 1+ area code + telephone + 0.

For other questions or customer information on 0 + service,
    access an outside line, then dial 1-800-xxx-xxxx for an XYZ
    Company representative.

---

If the phone has other special features, i.e., hold, transfer, conference, speaker, automatic wake-up call service, etc., instructions for operation of these features must also be displayed on the faceplate. Replace the "xxx" in the following list with the appropriate digits for your hotel.

A. Dial xxx for local calls

B. Dial xxx for long-distance calls charged to your credit card/collect calls

C. Dial xxx for long-distance calls charged to your room

D. Dial xxx for international calls

E. Dial xxx for 800 access

F. Dial xxx for hotel operator

G. Dial xxx for hotel services

H. Dial xxx for emergency

I. Dial xxx for messages (voice mail access)



# Rules Of Operation

    J.  Dial xxx for directory information

    K.  Dial 1-800-Hampton for reservations

    L.  How to call room-to-room

    M.  Room number

    N.  Hotel name

    O.  Hotel address

    P.  Hotel phone number

    Q.  Hotel fax number

    R.  An efficient voice mail/messaging system must be used as a part of the standard phone system, with posted, easy to understand operating instructions.

**101.06** A free in-room premium movie channel and guide must be provided to all guest rooms 24 hours daily. The following are considered acceptable premium channels: HBO, Cinemax, Showtime, Disney Channel, The Movie Channel and STARZ.

At a minimum, ABC, CBS, NBC, CNN Headline News, Fox and ESPN must be provided at no additional cost on each guest room/suite television set.

If the hotel chooses to go with Lodgenet as the hotel's free to guest provider, the following channels are required: HBO, ESPN, ESPN2, CNN, CNN Headline News, TNT, TBS, CNBC, The Weather Channel, The Cartoon Network, Comedy Central, MTV, Nickelodeon, A&E, History Channel, ABC, NBC, CBS, Fox and PBS.

**Recommended:** Full basic cable service

**101.07** No charge can be made for children 18 years of age and under, staying in the same room as their parent(s) and using existing furnishings.

**101.08** Non-scents

Each Hampton hotel must implement and utilize Hampton's odor elimination program, "non-scents." The "non-scents" program requires:

    A.  Proctor and Gamble dilution center must be installed.

    B.  Housekeeping must use the Febreze Linen and Sky Fabric Refresher in each room serviced as outlined in the "non-scents" job aid located on OnQ Insider > Hampton Brand.

    C.  Smoking or rooms with malodors must also be treated with Febreze Linen and Sky Air Effects.

    D.  No other scent may be utilized at the hotel, with exception to the the public restrooms.

    E.  Maintaining an ozone machine on property for use as needed is optional.

NOTE: Hotels may use ozone generating air purifying units but the "non-scents" program is required.



# Rules Of Operation

101.09 All Hampton hotels are prohibited from selling alcoholic beverages and tobacco products. Beer kegs, beer taps or portable bars may not be present in the lobby or breakfast bar. Hampton Inns and Hampton Inn & Suites hotels are allowed to sell bottled alcoholic beverages (beer and wine only) in the Suite Shop with required local licensing, training, certification, insurance, etc.

101.10 Hotels with no on-site fitness centers must provide guests access to a local facility. A nominal charge to guests may be required for off-site facilities.

101.11 Complete coffee, tea and hot cocoa service must be available to all guests at no charge in the lobby of the hotel 24 hours a day. See Breakfast Standards 202.00 for details

101.12 Complimentary *USA TODAY* newspapers must be available for two-thirds or 67 percent of occupied rooms Monday through Friday and displayed in the breakfast menu/newspaper kiosk. International properties may substitute a local or national newspaper printed in the local language with approval of the Hampton Brand Management Team.

New properties that need to establish USA TODAY subscription service should call USA Today's national account manager at 303-487-5425. The national account manager will direct properties to the correct USA TODAY regional office.

If a hotel chooses to deliver the paper to all occupied guest rooms/suites the following must be implemented:

   A. Order enough papers for 100 percent of the occupied guest rooms/suites.

   B. Include the required verbiage on the guest registration folio:
"I have requested weekday delivery of *USA TODAY*. If refused, a credit of 75¢ will be applied to my account."

   C. Provide delivery of the newspaper to the door of all occupied guest rooms/suites by 7:00 a.m. in the approved bag placing it on the door handle (if the newspaper will slip completely under the guest room door, no bag is needed).

   D. The front desk cannot be left unattended. Additional personnel (i.e., a maintenance or housekeeping employee) will be needed to deliver papers.

*Please note: Delivery of the* USA TODAY *newspaper to the guest room/suite is required for all HHonors members.*

101.13 For Hampton brands, all high-speed Internet access service is deemed to be "complimentary to the guest." No other pay for usage services are authorized.

101.14 Hampton Branded Music

   A. Hampton branded music is required in the following areas:

      1. Lobby

      2. Breakfast area

      3. Elevator lobby (first floor)

      4. Porte cochere

      5. On-hold messaging



# Rules Of Operation

B. Public Space Music Requirements

This standard is to ensure a consistent music and messaging operating experience from property to property. The following items represent the standard system components and quantities for all Hampton properties.The quantities have been determined utilizing the latest Hampton Inn prototypical lobby templates.Not all properties reflect these templates. Floor plans and square footage may vary from location to location; this will require adjustments to the speaker layout based on site conditions. An analog telephone line is required for system operation/updates.

The speaker layout is based on an average coverage pattern of 200-250 sq. ft. per speaker. Areas of Coverage: outside entrance, reception, breakfast lounge and elevator lobby (first floor). Speaker counts may very. All source equipment will typically be located in the PBX room. Also see the 600 Information Technology section, <u>Standard 614.00</u>.

Hampton Branded Music has been specifically tailored to the Hampton guest demographic. The mix of music is warm and welcoming, exuding a rich natural texture. Song arrangements are classic with quality musicianship and a keen sense of melody. Diversity and depth are achieved by drawing from a dynamic pool of varied music styles, creating an experience that is both subtle and significant. This music is provided on a digital hard drive which stores and plays back both music and message files.

C. On Hold Messaging

A single-voice message database has been developed with the Hampton Marketing team. This allows the Hampton Brand team the ability to support creative direction and control the brand message that the Hampton guest hears when calling a Hampton property. In addition, Hilton programs, promotions, etc., can be mentioned. The current system provides 90-day updates to the messaging program. The mix of music is warm and welcoming, exuding a rich natural texture that is specifically tailored to the Hampton guest demographic. Song arrangements are classic, with quality musicianship and a keen sense of melody. Diversity and depth are achieved by drawing from a dynamic pool of varied music styles, creating an experience that is both subtle and significant.

Each property/owner has the ability to customize two individual on-hold messages. On hold messaging allows each property to contact DMX directly by e-mailing the messaging department at <u>messaging1@dmx.com</u> to select the Standard Hampton Inn Corporate messages for their property. It also gives quick access to the Message Marketing Center to create up to (2) two "signature" or custom messages on a monthly, quarterly, or annual basis, dependent upon your contract terms. This feature gives each property the ability to market their unique amenities, highlight local attractions and schedule message updates quickly and easily.



# Rules Of Operation

## 102.00   Guest Services

102.01   Telephone switchboard service must be operated on a 24 hour a day basis.

Initial calls into the hotel switchboard must be answered in person. Automated attendants (automated systems that answer/transfer calls) are not permitted. Once answered, an on-hold message reminding callers that a service representative will assist them shortly is acceptable. Automated interceptors (automated systems that answer on the fourth ring) are acceptable as long as there is an on-hold message reminding callers that a service representative will assist them shortly.

102.02   Reservation requests at the hotel must be processed for guests 24 hours daily.

102.03   Personnel must offer to find other available Hampton brand hotel accommodations in the area when the hotel is filled. However, if there are no Hampton hotel accommodations in the area suitable to the guest, personnel must offer to find other suitable accommodations within the Hilton family brands. If there are no other Hilton brand hotels available, suitable accommodations for the guest should be secured.

102.04   No charge must be made for baby cribs.

102.05   The charge for rollaway beds must be in accordance with the hotel's current reservations system rate information.

102.06   Every hotel will prominently display in the lobby the current Hampton directory in the front desk kiosk.

102.07   All guests must be called within one hour of check-in. This call must include confirmation of comfort and quality of the room, an offer of a wake up call, a thank you for their business, verification of their airline mileage choice as well as reminder about the 100% Hampton Guarantee.

Guest call-backs are not required for check-ins after 9:00 p.m. Documentation of these calls must be maintained for 60 days. A call-back log sheet should document each guest room/ suite number, guest name, check-in time, call-back time, comments if applicable and GSR initial.

102.08   Parking must be free to registered guests.

102.09   In-room advertising must be permitted only in the Guest Service Directory and may include:

A.   Hampton Inn hotel services and facilities. (Promotion of any company that competes with any business of Hilton or its affiliates is prohibited.)

B.   Facilities offering goods, food and beverage services, or entertainment in the area in which the hotel is located.

102.10   Hotels must use the red "freshen please" service signal card. The HHonors postcard is located with the water and snack and is not required when a guest participates in MY WAY.



# Rules Of Operation

102.11 Each hotel must have available at the front desk a professionally printed property map to provide guests that contains at a minimum the following information:

    A. The location of guest rooms, parking, vending and all other hotel facilities. The map must identify all ADA accessible features.

    B. Appropriate service establishment names, telephone numbers, locations, and hours of operation to include but not be limited to restaurants, service stations, laundries, drug stores, etc.

    C. Local area places of worship with telephone numbers.

102.12 Each hotel must ensure compliance with all equipment, construction and training requirements as required by the Americans With Disabilities Act.

102.13 A facsimile (fax) message sending and receiving service must be available to the Hampton guest 24 hours daily. The fax machine must have a dedicated phone line, not an extension from the hotel switchboard. The hotel staff must be available to assist the guest.

    A. The hotel may not charge a guest to receive an incoming fax.

    B. To send a domestic fax, charges are not to exceed $2 per page.

    C. To send an international fax, charges are not to exceed $5 per page.

102.14 Every hotel will make available free to guests, upon request, the following toiletry items: comb, shaving cream, disposable razors, shower cap, toothbrushes and toothpaste. See Section 400 for an illustration of the approved tray that acts as signage for this program.

102.15 Managers-on-duty and front desk staff must be able to communicate with guests in English, as well as in the official language of the country in which the hotel operates.

102.16 Hotel must provide at a minimum one luggage cart for every 50 rooms in the hotel.

102.17 Hotel must provide Express Check-out to all guests paying with a credit card or advance deposit.
The hotel has two options in delivering Express Check-out to non-HHonors guests.

    A. Print all Express Check-out folios and seal each one with a 100% Hampton sticker. Write the guest room/suite number on each sticker. Deliver Express Check-out to all occupied guest rooms/suites by 7:00 a.m. daily (this is the brand recommendation), or

    B. Print all Express Check-out folios and seal each one with a 100% Hampton sticker. Write the guest room/suite number on each sticker. Arrange folios in numerical order and place them at the front desk so that they are available to guests by 7:00 a.m.

    Please note: Express Check-out folios delivery is required to HHonors members. See Rule 112.04 for further details.

102.18 Hotel must offer same day dry cleaning and laundry services to guests at least five days per week. A detailed laundry service ticket and laundry bag are required in each guest room/suite.



# Rules Of Operation

102.19   Service Animals

Hotels are required to comply with the American With Disabilities Act (ADA) governing service animals. Hotels are prohibited from requiring a pet deposit for a guest's service animal or pets of any kind. Also, hotels are prohibited from denying an owner of a service animal a guest room as this would be a violation of the ADA.

**Required:** *Effective January 1, 2008, General Managers must be certified in the e-learning course,* Hampton Animal Service Training *as found under Hilton University on OnQ Insider.*

It is recommended that this training be completed by your staff. Additional training videos and materials may be obtained from the Delta Society at http://www.deltasociety.org. A list of commonly asked questions concerning service animals may be found on the United States Department of Justice Web site at http://www.ada.gov/archive/qasrvc.htm.

102.20   Hotels with 75 rooms or less must provide a minimum of three rollaway beds. Hotels with 76 or more rooms must provide a minimum of five rollaway beds.

102.21   Hotels with 75 rooms or less must provide a minimum of three cribs. Hotels with 76 or more rooms must provide a minimum of five cribs.

102.22   Guest Room First Impression

All reserved and potentially sold guest rooms must be prepared for guest arrival with the following procedures:

   A.   Set the HVAC in the guest room to a comfortable temperature (based on the temperature of the day and the guest's comfort—extreme heat and cold is not recommended).

   B.   Leave one light on in the room, next to the bed.



# Rules Of Operation

## 103.00   Methods of Payment

103.01   American Express (including Optima Card), Diners Club, Carte Blanche, VISA, MasterCard and Discover must be accepted at all hotels for rooms, telephone charges, miscellaneous charges and advance deposits.

103.02   Cash or money orders must be accepted as methods of payment for guests' current stays.

Guests must not be charged a deposit fee for a room key, television pay movie service, guest access devices (GADs), pets or telephone service (whether the guest is paying by cash or credit card). Individual guests, those not associated with a group, may not be charged a damage deposit. No additional charges must be imposed on guests for smoking in a non-smoking guest room or violation of hotel pet policy. Guests may not be charged an additional amount for any permanent structure or feature of guest room/suite (i.e., in-room safes, bottled water, snacks, bedding, towels, high-speed Internet access [HSIA], collateral, GADs, etc.). No charge must be made for baby cribs or for use of microwave and/or refrigerators. The charge for rollaway beds must be in accordance with the hotel's current reservations system rate information.

103.03   Hampton hotels are required to accept and honor, as a form of payment, multi brand guest certificates that feature Hampton, Embassy Suites, Homewood Suites, Hilton Garden Inn and Doubletree Hotels (suites, resorts and clubs).



# Rules Of Operation

## 104.00   Room Rates

104.01    Room rates are to be determined by each franchisee at his/her discretion. Room rates charged must not be higher than the rates listed in the reservation system. These rate levels are available to the hotel-LV0 high demand, LV1 right rate, and LV2 length of stay rate.

*The rate effective in the reservation system when the reservation is made is guaranteed.*
*Please note: Any changes to the arrival date are subject to availability and possible rate change.*

In the event that room rates increase prior to the date of arrival, the guest may not be charged more than the rate guaranteed at the time of the initial reservation booking.

If a guest advises Hilton Hotels of a rate discrepancy, Hilton Hotels will verify the complaint and resolve the matter by mailing a refund to the guest. The hotel must reimburse Hilton Hotels Corporation for the amount of the refund and intervention fee.

104.02    Hotels must make available all rates and inventory available to the general public through Hilton Hotel Corporation proprietary booking channels (HHC Channels) which include: Hilton Reservations Worldwide, Brand.com Web sites and OnQ. No general public rate offering may be sold through any non-Hilton Hotels Corporation Web site or any other channel (including third-party resellers/wholesalers, merchant model Web sites, GDS, etc.) unless that rate is also made available (at no less favorable terms) to the HHC Channels.

All general public rate offerings must be consistent across all HHC Channels. If you choose to provide non-Hilton Web sites or any other channel (including third-party resellers/wholesalers, merchant model Web sites, GDS, etc.) with a general public rate offering that is lower than what is currently being offered through the HHC Channels, you must make that new lower rate available through the HHC Channels.

Hotels are permitted to provide lower rate offerings to third-parties without having to offer the same low rates to the HHC Channels only if:

A. The hotel brand is not apparent at the time of purchase (true opaque channels; review HHC accreditation standard for those that are approved.)

B. The third-party is a wholesaler who resells bundled packages to the guest where the hotel rate is not discernible.

Guests serve in a discovery role to report any inconsistencies to this standard with data collected through Guest Assistance. Offending hotels are charged the actual cost of resolution (at a minimum, honoring the lowest price) plus the current Guest Assistance intervention fees.

104.03    Distribution Standard

Any property that chooses to offer inventory, either directly or indirectly, must comply with all of the provisions of this Standard, which includes:

A. For online merchant (wholesale) or opaque distributors: Offer inventory only when HHC has accredited (or temporarily accredited) a distributor.

B. Comply with the terms of the Best Available Rates Integrity and Consistency Standard. Actual selling rates (wholesale, retail, or otherwise) are determined by each hotel.



# Rules Of Operation

    C. Comply with the terms of all Web site and Trademark Protection Standards such as (but not limited to):

        1. Refrain from bidding on or purchasing keywords containing HHC trade names or trademarks (i.e., individual properties may only buy brand neutral keywords and/or the hotel's official name as listed in your Brand Directory).

        2. A hotel is not authorized to permit use of HHC trade names or trademarks to any distributor. This includes advertising or any other direct or indirect marketing (i.e., affiliate programs, metasearch, etc…).

        3. Any content provided by the hotel to an accredited distributor must also be provided to HHC for its branded Web sites and is subject to HHC review and approval in HHC's discretion.

    D. HHC accreditation standards require that if a hotel participates with third party online merchant distributors, then the hotel must participate with all accredited distributors approved by HHC when offering merchant model inventory. If the hotel chooses to participate with an HHC accredited opaque site, it is required that those sites make our brand non-apparent at the time of booking in order for the hotel to participate. Hotels aren't required to participate with all accredited opaque sites.

    E. A hotel that signs any agreement with a HHC Accredited Distributor must work with ALL Accredited Distributors (i.e., all accredited third-party online merchant distributors when offering merchant model inventory, and all accredited third-party online opaque distributors when offering opaque inventory).

104.04   Highest seasonal room rates or rates dictated by local or state ordinance must be posted conspicuously in all guest rooms.

104.05   When *electronic rate signs* are included as a part of the on-premise sign package, compliance with the following is required:

    A. Rooms must be available for sale for the rate posted.

    B. The word "single" shall mean:

        1. The rate displayed is the one person rate for available advertised rooms and,

        2. The normal multiple occupancy differential will apply.

    C. The words "all rooms" shall mean:

        1. All rooms (both single and multiple occupancy) will be sold at this rate;

        2. All guests will receive the rate displayed for that day regardless of check-in time; and

        3. The rate will not be raised during that one day period.

        These restrictions also apply to banners, billboard snipes and/or any other temporary or permanent signage that displays rates.

    D. At the time of re-licensing/change of ownership electronic rate signs will no longer be permitted and must be removed.



# Rules Of Operation

104.06   Promotional signs or banners may not be attached to the building grounds or sign on a permanent basis. These signs may only be used on a temporary basis for no longer than a total of 30 days and an approval must be granted in writing by Hampton Brand Management.

104.07   All services typically provided to hotel guests (standard complimentary breakfast bar, housekeeping services, etc.) must be provided to each guest room, regardless of the rate charged.

104.08   With exception of rate plans that float as a percentage off BAR, room rates charged to guests must be in whole-dollar amounts and inclusive of all operating costs and expenses required to deliver core brand product and service components. Room rates listed in the various booking channels must be listed as a fixed dollar amount for a single hotel guest (single rate) and a fixed-dollar amount for two or more guests occupying the same room (multiple rate). Extra person charges (beyond two people) are not permitted.

Posting of specific incremental changes for core product and service elements (labor/service fees, energy charges, resort fees, etc.) is prohibited.

104.09   Accessible Room Rates - If all the accessible rooms in the hotel are of one room type (i.e., either all kings, double/double, singles, etc.) but non-disabled guests have a choice of room types at different rates, the hotel must charge the lowest non-accessible room rate for an accessible room.

104.10   A key component of the Hampton Brand's pricing philosophy is that there can be a maximum of 15 percent between value levels.  The LV0 rate cannot be more than 15 percent higher than the LV1 rate and LV2 cannot be more than 15 percent lower than the LV1 rate.

104.11   Hotels may not differentiate room type accommodation pricing based solely on the smoking or non-smoking attribute, e.g. pricing a standard king non-smoking room accommodation type at a premium or at a discount to a standard king smoking room accommodation type. Pricing parity must be maintained for all comparable smoking and non-smoking room type accommodations.



# Rules Of Operation

## 105.00   Reservations

105.01   An advance reservation offer must be made to each guest at the time of check-out or check-in.

105.02   There must be no charge to the guest when making a Hampton hotel reservation.

105.03   Hotels must make Hampton hotel reservations and cancellations in accordance with established procedures for up to 357 days in advance.

Every Hampton hotel must make a minimum of 85 percent of its total rentable rooms available for sale through the central reservation system for each day in inventory. (Exceptions granted during pre-determined special event periods.)

105.04   All licensees with OnQ property management system are required to participate in the centrally paid Travel Agent Commission Program administered by the Distribution Partner Services (DPS) department and to reimburse the Hampton Inns system by the 15th of the month for commissions paid the previous month.

The DPS will only pay commissions to bona fide sellers of travel and members associated with the Affiliates program.

A. Generally up to a 10 percent commission is paid on all general public and other commissionable rates for the first five nights of a stay. For any five nights or less, the full commission will be paid. For stays longer than five nights, a 10 percent commission will be paid for the first five nights, all subsequent nights are non-commissionable.

B. Should a hotel choose to pay additional commissions beyond those required, the additional commissions will not be paid centrally. It is the hotel's sole responsibility to pay any additional agreed upon amount.

C. Commissionable rates include: AARP rates, Triple A (AAA) rates, Government rates, Consortia parity rates, best available rates, and rates identified in the reservation systems as such.

D. Hotels are required to submit their travel agency commission reports nightly via the OnQ Property Management System.

E. For hotels located outside the United States, payments to agencies based in the same country as the hotel may need to be made from the property. Please call the DPS Help Desk at 800-325-5020 with any questions.



# Rules Of Operation

F. For commission inquiries, travel planners can call the Perot Travel Planner Helpline at (800) 873-1215, Mon.-Fri. 8:00 a.m. to 5:00 p.m. EST, *or* write to:

Perot Systems TACS
Attn: Commission Inquiry
13880 Dulles Corner Lane
Herndon, VA 20171

*or* fax the inquiry to Perot Systems TACS at (703) 480-6917

*or* email to TACS.CUSTOMERSERVICE@PS.NET

Travel planner commission inquiries will be posted on the Perot Systems Web site http://ce.tacsnet.com.

G. Commission inquiries must be researched for a period of up to six months after the departure date of the reservation.

H. Hilton's Distribution Partner Services department reserves the right not to pay commissions to a travel agent if in Hilton's reasonable judgment the agent does not engage in sound ethical, business and legal practices in the operation of its business.

For additional information regarding the Travel Agent Commission Program, please see the DPS Web site on OnQ Insider.

105.05   Reservations must be held until 6:00 p.m. host hotel time, except for Payment Guaranteed All Night Reservations and reservations secured by advance deposits, each of which must be held all night until check-out time the following morning.

105.06   The hotel is required to accept a guest's guarantee for reservations by one of the following methods:

A. By payment of a one night's advance deposit, including tax, or

B. By providing a billable (and collectable), acceptable credit card number which must be submitted to the credit card company for payment should the guest either fail to arrive or to cancel the guaranteed reservation by 6:00 p.m. (host hotel time).

105.07   If a hotel cannot honor a 6:00 p.m. reservation, the hotel must find suitable accommodations for the guest at another Hampton hotel. If one is not available, then convenient accommodations must be found at another comparable hotel. The difference between the rate charged at the alternate accommodations and the rate at the Hampton hotel must be paid by the host hotel.

105.08   If a hotel cannot honor a Payment Guaranteed All Night Reservation, the hotel must pay the full cost of the first night's lodging rate at another Hampton hotel. If one is not available, then accommodations must be found at another convenient, comparable hotel. In addition, the hotel must offer to pay for one long distance phone call for the guest to notify family/associates of the change *and* for transportation to the alternate hotel, if needed.

105.09   Room types (bedding type, smoking/non-smoking and accessible rooms) are guaranteed when a reservation is made for a specific room type in the reservations system. Special requests are not guaranteed.



# Rules Of Operation

105.10   Cash, money orders and credit cards must be accepted for advance deposit reservations made for other Hampton hotels. This payment must be forwarded within three working days to the host hotel.

105.11   If no special deposit policy is established in the reservation system, an advance deposit reservation booked as "need deposit" can be cancelled if no deposit is received 72 hours prior to arrival.

105.12   Guarantee, deposit and cancellation policies effective in the reservation system when the reservation is initially made are guaranteed.

105.13   Groups and Meetings Request for Proposal

All Hampton hotels must respond to group leads within four business hours of the origination time for the lead. All leads are sent via e-mail to your generic distribution list or via OnQ Sales & Events. This response time includes all leads generated from Hilton Direct, Hilton Sales Worldwide, hampton.com and hiltonfamily.com, as well as other Internet sites that require a response in GroupQ. Responses must be recorded in OnQ Sales & Events for all hotels with access to OnQ Sales & Events.

105.14   If a guest is charged for a guaranteed no-show, a letter must be mailed to the guest informing him or her of the charge, the reservation confirmation number, the amount of the charge and the credit card charged. A hotel contact and phone number must be noted should the guest have any questions regarding the charge. Documentation of these letters should be retained at the hotel.

105.15   If your hotel's accessible rooms have only one bed, and guests requiring these handicap accommodations require two beds to accommodate their needs, a complimentary alternative (free use of a rollaway bed or complimentary connecting room) must be provided to the disabled guest.



# Rules Of Operation

## 106.00   Learning And Development

106.01   An individual must be currently employed in the Hampton system to be eligible to partici-pate in training courses offered by Hilton Hotels.

106.02   Hilton Hotels reserves the option to conduct employee training periodically. Attendance will be mandatory if training is determined necessary by Hilton Hotels. Employees will be required to achieve certification upon completion of training. Depending upon the em-ployee's position and the type of training, recertification may be required periodically.

106.03   General Manager Requirements

   A.  Every Hampton Inn/Hampton Inn & Suites must have a full-time general manager who may not hold that position at another hotel. Full-time is equivalent to spending a minimum of 40 hours per week at the hotel. The general manager must have at a minimum two years experience as a general manager or an assistant general manager of a Hampton Inn or Hampton Inn & Suites hotel or equivalent. A qualified manager must be employed within 90 days of the position being vacated and must complete the certification process within 90 days of hire or within 180 days of the position being vacated, whichever comes first. (See Rule 106.04 for certification requirements.) In the absence of a qualified general manager, a competent management company must be employed with no less than a two-year management contract. (Hampton Brand Man-agement Team reserves the right to approve all management companies.)

   B.  The general manager must be able to communicate with guests in English, as well as in the official language of the country in which the hotel operates.

   C.  If the general manager also holds the position of area/regional manager over several hotels, the general manager's base hotel must have a full-time property manager. This property manager must be trained and empowered to make decisions regarding guests and employees. The property manager must be certified in the General Manager Leader Program within 90 days of assuming that position. (See Rule 106.04 for certification requirements.)

   D.  A portion of on-going general manager training is conducted annually at the brand conference or regional workshops. Attendance of these events is mandatory for general managers.

106.04   Hampton Leader Program

Every general manager must be certified in the Hampton Leader Program prior to opening a new Hampton branded hotel. Those general managers assuming positions at existing ho-tels must be certified in the Hampton Leader Program within 90 days of assuming the posi-tion. The general manager must complete the certification process within 90 days of hire or within 180 days of the position being vacated, whichever comes first.

General manager training certification includes:

   A.  Completion of online lessons. Participants will not be permitted to attend the in-class portion of the program without successfully completing the required online lessons nine days prior to the beginning of class.



# Rules Of Operation

    B.  Completion of basic and advanced front desk procedures. Also, management functions in OnQ computer based training must be completed in order to achieve Hampton Leader Program certification.

    C.  Attendance of classroom portion of the program.

    D.  Completion of class post-work.

    E.  Tuition payment. This is due prior to in-class portion attendance.

    F.  Payment for program and all associated fees, including tuition, cancellation and rescheduling fees.

106.05  Beginning in 2008 at least one employee from each hotel will be required to attend a minimum of one Lighthouse Leadership Regional Workshop held throughout the calendar year.

106.06  Licensees are responsible for trainees' wages, room, board, travel expenses and tuition charges (if applicable) during the training period.

      *NOTE:* Since this is business related, employee discount rooms are not available.

106.07  Each hotel must maintain training documentation in addition to other administrative requirements listed on the Quality Assurance Evaluation checklist distributed at the beginning of each property audit.

106.08  If a manager who has been certified in Step Up leaves the Hampton brand for a period of 24 months or more, the certificate becomes invalid and they must attend the class to obtain a new certificate. If a general manager leaves the Hampton system for 24 months, that general manager must attend the Hampton Leader Program again upon returning to the brand.

106.09  Hampton Brand Management must be notified in writing within 10 days of a change in management companies/ownership or general manager at a Hampton branded hotel using one of the following options: hampton.advice@hilton.com, 901-374-5800 (fax) or to send to Hampton Brand Management, 755 Crossover Lane Memphis, TN 38117.

106.10  On Q Training

      OnQ software contains an on-line self-paced training function. Each hotel employee and manager will use this package to become proficient on OnQ functions. The management of each hotel is responsible for ensuring that all employees and managers who have responsibilities related to OnQ have been completely trained. Prior to the hotel's opening and/or conversion to OnQ, HHI (Hilton Hotel Implementation) will conduct a certification to verify that this training has been successfully completed.

      A general manager must individually achieve a minimum score of 80 percent on the certification test/trial run and complete a workbook during the Hampton Leader Program. OnQ certificates are not specifically issued but certification is included in the Hampton Leader Program documentation. An OnQ certificate previously earned by a workshop participant promoted to GM can serve as documentation. Depending on the title listed on the certificate, some additional training documentation may be required.



# Rules Of Operation

The remainder of the staff will be tested as departments. For example, Management, Finance, Housekeeping, Reservations, Guest Services, Night Audit and Housekeeping must score at least 80 percent as a department group average to certify. Hotels with more than 80 rooms must have a minimum of six people certified on OnQ in addition to the general manager. For hotels with 80 rooms or less, the minimum requirement is four employees certified in addition to the general manager. If a hotel has more than the minimum number of employees, all employees will be tested. The aggregate score of the group (minus the general manager) must be 80 percent or better.

After the hotel's opening, the general manager is responsible for maintaining the staff's proficiency on OnQ. Within 30 days of assuming the position, the general manager and assistant general manager must successfully complete certification on the OnQ front desk and management function computer based training. In addition, all front desk, night audit, and reservations employees must successfully complete certification on the OnQ front desk computer based training within 10 days of employment. Certificates of completion must be maintained for all current employees and will be verified during a Quality Assurance Audit.

After the hotel's opening, the general manager is responsible for maintaining the staff's proficiency on OnQ. Within 30 days of assuming the position, the general manager and assistant general manager must successfully complete certification on the OnQ front desk and management function computer based training. In addition, all front desk, night audit, and reservations employees must successfully complete certification on the OnQ front desk computer based training within 10 days of employment. Individual OnQ workbooks must be maintained until certification is received from Quality Assurance. Certificates of completion must be maintained for all current employees and will be verified during a Quality Assurance audit.

106.11   OnQ Rate & Inventory Training

All OnQ R&I users at each property must be certified in this system prior to being provided user access. Certification of all users is required to be kept in the QA Resource Binder. Every hotel must meet the required number of certifications as follows:

< 119 rooms : General Manager and one additional user must be certified
> 120 rooms: General Manager and two additional users must be certified

106.12   Welcome To Hampton Team Member Training

Welcome To Hampton Team Member Training is a blended learning journey consisting of eLearning modules and Learning Maps that team members are required to complete as part of their orientation process.

A. All new team members must be introduced to Our Brand Story on the first day they report for work. The introduction must be facilitated by a member of the hotel's management team using the Our Brand Story pads that are kept at each property.

B. All new team members must complete the following eLearning modules within 14 days of hire:

1. Welcome To Hampton
2. Connect, Connect, Connect
3. 100% Hampton



# Rules Of Operation

C.  All new team members must complete a Make It Hampton Everyday Learning Map session within 90 days of hire. This interactive tool should be used in a group of six to ten individuals. No less than six and no more than ten participants with varying levels of experience and from different departments should be facilitated by an individual who has completed the Learning Map Train-the-Trainer workshop.

D.  A *Make It Hampton Every Day* Learning Map to introduce team members to ways to develop emotional loyalty with guests. This interactive tool should be used in a group of six to ten individuals. No less than six and no more than ten trainees should be facilitated by an individual that has completed the Learning Map Train-the-Trainer workshop. New employees must complete this training within 90 days of hire.

E.  A *Customer Really Matters* (CRM) kit that illustrates learning to apply CRM tools and empowering your team members to use CRM everyday to make guests feel special will help your property achieve high levels of guest satisfaction and loyalty. New employees must complete this training within 14 days of hire.

Items still verified by the Quality Assurance team—though they no longer fall under the category of training—include emergency and fire safety procedures, fire extinguisher operation and alcohol awareness. In addition, components of the *Setting Up to Serve* program continues to be reviewed during the Quality Assurance evaluation (Directional Cards, and/or OnQ Concierge Information, Menu Folder, *As If By Magic* kit, *A to Z Guidebook*, etc.).

Mandatory training must still take place and should be documented for your records. Quality Assurance will check for overall knowledge and understanding of the brand story and the five connection techniques (Moment Makers) through discussions with your team using an open round table format.

106.13   All employees must be trained in handling emergency procedures (see Rule 108.00, Risk Control) within 30 days of hire. At a minimum the training must include fire extinguisher and fire evacuation procedures. Additional training must include basic emergency procedures as well as emergency procedures that may be specific to the hotel's location. All employees must receive recertification annually.

106.14   All employees who serve alcohol, or supervise employees serving alcohol, must successfully complete a nationally recognized alcohol awareness training program within 30 days of beginning employment. The Educational Institute of the American Hotel and Motel Association, The National Restaurant Association, and TIPS (Training for Intervention Procedures by Servers) offer alcohol awareness training programs. The hotel must maintain appropriate certification records for applicable employees.

106.15   All employees who serve, set up breakfast or supervise those who serve the breakfast must successfully complete Hampton's On the House breakfast training program located on OnQ Insider. All employees members who serve or set up breakfast must be trained on the correct layout and presentation standards of each breakfast zone.



# Rules Of Operation

106.16   Every first time Hampton franchisee is required to attend the Owner's Awareness Program within six months of franchise approval or prior to starting construction, whichever is earlier. The purpose of this class is to familiarize franchisees with the franchisor's corporate policies, operating systems and management values and philosophies.

If a change of ownership takes place and the new owner is a first time Hampton franchisee, he/she is required to attend the Owner's Awareness Program within 120 days of the date of "ownership transfer" for the purpose of familiarizing franchisees with the franchisor's corporate policies, operating systems, management values and philosophies.

The franchisee participant must be the principal correspondent, or alternatively, the person designated by the principal correspondent to be responsible for supervising the general manager(s) of the franchisee's hotel(s).

106.17   Each Hampton Inn/Hampton Inn & Suites hotel must have at least a general manager, assistant general manager or full-time sales manager certified in the Hampton Inn Sales Step Inn and Step Up Training Programs prior to opening and within 90 days of turnover. Step Inn Sales training will be conducted as a self-paced e-learning via the Internet and the Step Up Sales Training will be a classroom experience.

If a current Manager is certified in the former Sales Skills I Training Program, the hotel does not have to repeat the new Step Inn and Step Up Sales Training. However, once the certified Manager leaves the hotel, the new training programs must be completed within 90 days of turnover by at least a general manager, assistant general manager or full-time sales manager.

106.18   We CARE Committee (recommended)

We encourage each hotel to establish a CARE committee. This committee is to have representatives from each department with the GM acting as Chairperson, meeting regularly to review SALT scores, guest correspondence and 100% Hampton tracking. It is highly recommended to post SALT scores and guest feedback for all team members to review to encourage property-wide development.



# Rules Of Operation

## 107.00   Miscellaneous

107.01   Appearance of Front Desk/Lobby and Lobby Vestibules

Keep the welcome area free from clutter. The following outlines what is acceptable.

A. Front desks, lobbies and lobby vestibules must be free of clutter at all times. This means hotels must eliminate such items as brochures, brochure racks, benches, pinball machines, jukebox-type music machines, coin operated gambling machines, amusement machines, musical devices, newspaper machines, popcorn machines, cappuccino machines, fish bowl/briefcase drawings, snack and soft drink vending machines from the vestibule, registration, and lobby seating areas. Front desk and lobby walls should be free of award plaques, AAA plaques and any other item except the Manager On-duty sign. The only item permitted in the vestibule is the luggage cart.

B. Connect with guests by keeping informational materials behind the front desk so that you can personally interact and offer assistance and recommendations. You may keep these materials along with the required Ultimate Service materials including the Directional Cards and Menu Folder.

C. The front desk counter should be free of all clutter and contain only specific items/collateral designated by Hampton. Information is available that defines exactly which items/collateral can be placed on the display at the front desk. In the interest of simplifying and uncluttering our welcome area, there can be no menus, awards, artificial flowers/plants, brochures or advertisements on the back and side walls in the front desk area. The only items allowed on the desk are general manager's business cards and at least one 100% Hampton Guarantee plaque. Prominently display the 100% Hampton Guarantee plaque on the front desk facing the guest—one plaque in the front of each workstation. One fresh floral arrangement is the only décor enhancing item allowed on the front desk.

D. Centerpieces on breakfast tables are only permitted with the installation of the Perfect Mix Lobby standards (see Section 300).

E. A minimum of four floor containers of plants or one large planter box are allowed in the lobby/breakfast area. Freestanding plants and their containers must be approximately 36"h x 30"w. Plants are to be high quality silk or polyester (no plastic) and containers must be decorative and coordinate with the surrounding furnishings. Two smaller sized live plants (approximately 12"h x 12"w) on tables may be substituted for each floor planter in a 2:1 ratio. One large fresh flower display may substitute one floor planter. Browning or yellowing of live plants is not acceptable. Live plants and/or flowers must appear healthy and fresh at all times.



# Rules Of Operation

    F. The "On the Run" kiosk is the only acceptable place for brochures. Only Hilton approved collateral is permitted for display in the front desk kiosk. The kiosk has four brochure holders. Items that are to be placed in the holder slots are:

      1. Hilton HHonors applications

      2. Hilton HHonors Visa Card applications

      3. Hampton Brand directories

      4. Hotel specific brochures or gift certificate rack cards.

    G. Service bells or signage (i.e. will return in 5 minutes) are not permitted on the front desk counter.

    H. Chairs or stools are not permitted at the registration counter.

107.02 The check-out time must be conspicuously posted in each guest room. There will be no charge for checking out before expected departure date.

107.03 A sign must be displayed in a prominent location in the registration area stating "Management-on-Duty" to advise guests of the name(s) of the manager(s) on duty (and on premise). When the general manager is not on duty, someone on the premises must be designated "in charge" and so indicated on the Management-on-Duty sign. A manager/supervisor must always be accessible via beeper/cellular phone.

The Management-on-Duty sign (see Trademark and Identity Standards, Section 400, Signage) is required; the previous Owned and Operated sign is no longer required.

107.04 The Hampton primary exterior sign must be illuminated from sunset until sunrise.

107.05 Every Hampton hotel must maintain a minimum of 2$^1$/$_2$ turns of linen and terry for each guest room. A minimum of 3 turns is required for duvet covers and lumbar pillow covers.

107.06 To be designated an airport or airport area hotel in the Hampton directory or any promotional material, the hotel must have an airport courtesy van. See Rule 116.00.

107.07 No hotel employee (including general managers or owners) shall reside in the hotel.

107.08 "Be My Guest" cards may be issued by Guest Assistance when deemed necessary to promote/ensure 100% guest satisfaction. Each hotel must accept these cards as a form of payment, and this procedure will be handled in the following manner:

    A. When Guest Assistance issues a "Be My Guest" card, the hotel responsible for the complaint will receive all back-up. The hotel will be invoiced for payment in the amount of the Hampton system's pre-determined average daily rate. Payment will be due upon receipt of the invoice.

    B. Receiving hotels who accept the "Be My Guest" card will be reimbursed for the actual cost (full rate) of the guests' room and tax for the night. The accepting hotel will be reimbursed for these room/tax charges by submitting an original folio and "Be My Guest" card to Hilton Hotels Guest Assistance, 755 Crossover Lane, Memphis, TN 38117-4900.

107.09 The solicitation of tips by any employee in a Hampton hotel is prohibited. Examples include tip jars at breakfast bar, in-room housekeeping envelopes, etc.

107.10 "No vacancy" signs may not be used.

107.11 Advertising of any business that competes with any business of Hilton or its affiliates is prohibited.



# Rules Of Operation

107.12   The dumpster must always be kept clean and organized. Dumpster gates must be closed and secured when dumpster is not in use.

107.13   An ATM, if installed, must meet the following minimum standards:

A.  Must not be installed in the immediate front desk area.

B.  Must be encased in a finished furniture cabinet that coordinates with the lobby style. Free-standing types are not acceptable.

C.  The ATM must be in compliance with ADA requirements.

107.14   Televisions in public areas must have closed captioning abilities. The remote must be easily accessible.

107.15   Solicitation of guest feedback scores during and post-stay is not permitted. This includes and is not limited to collateral, buttons, stickers, letters/e-mail or on-hold messaging intended to solicit guest feedback scores (9's and 10's).

107.16   Hampton In-Room Collateral and Graphics

All in-room collateral and items created for Hampton branded hotels must be produced by an approved supplier and must meet all specifications listed in Section 400 Trademarks and Identity. (Local printers may not copy or duplicate the new graphics without express written consent of the Hampton brand. A request form for alternative or non-approved suppliers is located on resource.makeithampton.com.)

107.17   Data Integrity

Guest data is collected for use by Hampton, Hilton Family of Brands and your hotel for use in Customer Relationship Management and Research. Manipulation and other means to alter the data or information of a guest is not permitted except at the request of a guest.

Should there be evidence that indicates a hotel, or individual affiliated with the hotel, has done so or is partaking in abuse of data, the brand will take the following action:

A.  If altered data is related to the manipulation of SALT surveys, those surveys deemed fraudulent will be removed from the sample (survey sample size will be replaced throughout the remainder of the year).

B.  The hotel will not be eligible for recognition from any brand awards or other Hilton Family recognition opportunities for that current year, including both quarterly awards and annual awards.

C.  The hotel will automatically receive a non-reversible, administrative unacceptable. Subsequent violations may result in an administrative notice of default.



# Rules Of Operation

## 108.00   Risk Control

108.01   Insurance Requirements

Licensee or Hotel Owner (Licensee/Owner) must meet the insurance requirements speci-fied in the Agreement or this Manual, unless specifically indicated to the contrary. Insur-ance requirements are split into two areas: those required during construction or significant renovation, and those required during operation.

A.  Insurance Required During Construction

If the hotel is under construction or major renovations, the following insurance re-quirements apply. This insurance must be effective prior to the start of construction or renovation.

General Contractor Insurance. Any and all contractors and subcontractors (collectively, "Contractors") performing work on or about the hotel must be contractually assigned responsibility for job site safety and for all claims for injury or damage arising out of Contractors' operations to the greatest extent permitted by law. Licensee/Owner must provide or negotiate requirements for sufficient insurance on the part of the general contractor, which at a minimum must include:

1.  Occupational Injury Insurance

Occupational Injury Insurance as required by law or custom, including statutory Workers' Compensation insurance and Employers' Liability, wherever applicable, in an amount not less than $1,000,000 each accident, $1,000,000 Disease - Policy Limit, and $1,000,000 Disease - Each Employee. (Refer to Section 108.01B.3 for additional clarification.)

2.  Commercial General or Public Liability Insurance (CGL)

Commercial General Liability Insurance (CGL) Coverage limits in the minimum amount of $10,000,000 per occurrence. If the CGL policy contains a general ag-gregate limit, it must apply separately to the hotel project. Coverage must include products-completed operations, personal and advertising injury, protective liabil-ity, independent contractors, and liability assumed under an insured contract (in-cluding the tort liability of another assumed in a business contract) on an "occur-rence basis." This insurance may not have any restrictions, modifications or exclu-sions for explosion, collapse, underground property damage, earth movement or damage to work performed by a subcontractor. Contractor must carry completed operations insurance for a period of not less than 5 years after the completion of the project. This requirement may be reviewed and modified in recognition of the local insurance marketplace.

3.  Automobile/Motor Liability Insurance.

Coverage limits in the minimum amount of $2,000,000 each accident combined single limit for any automobile (including, but not limited to, owned, scheduled, hired and non-owned vehicles).

4.  Excess and Umbrella.

Contractors' insurance requirements may be satisfied with a combination of pri-mary, umbrella and/or excess policies.



# Rules Of Operation

5. Builder's Risk.

Licensee/Owner must purchase or cause to be purchased Builder's Risk insurance covering the entire work at the jobsite. This insurance must be on a 100% completed value (replacement cost) form. For renovation projects, the 100% completed value may be achieved through a combination of Property and/or Builder's Risk insurance. This insurance must include the perils covered under a special causes of loss ("all-risks") form and include the following:

a. Cold testing, windstorm, and collapse, including collapse resulting from design error.

b. This insurance must apply to property intended for incorporation into the work for the entire duration of the contract including: property in the course of construction, reconstruction, or repair; property while in transport to the site; property stored at the site or off premises; scaffolding, shoring, formwork, fences, false work, and temporary buildings and any similar items commonly referred to as construction equipment located at the site; furniture, fixtures, and other personal property typical to a hotel located on premises or in storage or at any other temporary location.

c. The policy must cover the cost of removing debris, including demolition as may be made legally necessary by the operation of any applicable law, ordinance or regulation.

d. Permission to occupy or a partial occupancy clause or definition must be included and allow occupancy without qualification.

e. This insurance must include Business Interruption coverage including Licensor's interest for full recovery of net profits and continuing expenses of the hotel projected for 12 months following a covered loss (including Rental Value and payments which would have been owed Licensor in the absence of a loss). Such limit must be sufficient to avoid a coinsurance penalty.

f. This insurance must be maintained in effect until the earliest of either the date on which all persons and organizations who are insured under the policy agree that it may be terminated or as provided for in the contract documents.

g. This insurance must name all owners of the premises, agents of the owner, and Contractors of any tier as insureds. The policy must include a waiver of subrogation which states that all owners and Contractors waive their rights of subrogation against one another with respect to losses covered by this policy.



# Rules Of Operation

6. Flood Insurance.

   Flood Insurance with a limit as close to the amount of the Builder's Risk as is reasonably available must be obtained. Coverage must include business interruption. This requirement is subject to review and modification in recognition of changes in the insurance marketplace.

   If the hotel is designated as a USA hotel, this requirement only applies if the location is in the special flood hazard areas of Zones A (A, A1-A30, AE, AH, AO, A99, AR and any combination of zones subsidies as AR/AE, AR/AH, AR, AO, etc.) and Zones V (V30, VE, and VO). Licensee/Owner should contact FEMA map service at 1-877-336-2627 or visit the following websites to determine the hotel's zone:
   http://www.msc.fema.gov/
   http://www.floodsmart.gov/floodsmart/pages/faq.jsp

   Information may also be obtained through the hotel's local community planning board or building permit department.

7. Earthquake Insurance.

   The Builder's Risk must also include earthquake coverage with a limit as close to 75% of the builder's risk limit as is reasonably available. Coverage must include business interruption. This requirement is subject to review and modification in recognition of changes in the insurance marketplace.

   If the hotel is designated as a USA hotel, this requirement only applies if the location is in a zone with a hazard rating of 24 or higher according to the 1996 US Geological Survey Shaking Hazard maps. Visit http://earthquake.usgs.gov/hazmaps/haz101/hazmaps.html to determine the hotel's Zone. For locations in zones 16-24, earthquake coverage with a limit as close to 50% of the builder's risk is required.

8. Pollution Insurance. If a pollution exposure exists during renovation or construction, Licensee/Owner must require Contractor's Pollution Legal Liability in an amount not less than $1,000,000 per occurrence. If the contractor's pollution legal liability coverage is written on a claims-made policy form, the retroactive date of the policy must be shown on the certificate of insurance and must be on or before the date of the commencement of services by Contractor.  Insurance must be maintained and evidence of insurance must be provided for at least 3 years after completion of the work. If the coverage is canceled or not renewed, and it is not replaced with another policy with a retroactive date that precedes the date of Contractor's agreement, the Contractor must provide extended reporting coverage for a minimum of 3 years after completion of the work on the former policy.

9. Miscellaneous.

   a. Licensee/Owner must indemnify and hold Hilton Hotels Corporation ("HHC"), its wholly owned subsidiaries, its owners and their managing agents and affiliates now or hereafter existing, harmless from any and all damages or claims arising out of the failure of any Contractor, supplier or vendor doing business with the hotel to maintain adequate insurance. Contractors should not be allowed on the site or within the premises until the stated insurance requirements are evidenced.



# Rules Of Operation

    b.  Contractor's insurance, with the exception of Workers' Compensation must name Licensee/Owner, HHC, its wholly owned subsidiaries, its owners and their managing agents and affiliates (including their respective directors, officers and employees), now or hereafter existing as additional insureds on terms no less broad than forms ISO CG 20 10 11 85 or a combination of ISO forms CG 20 10 10 01 and CG 20 37 10 04 (or a substitute form providing equivalent coverage), and copies of these endorsements or their equivalent must be provided to Licensee/Owner and Licensor.

    c.  Licensee/Owner, at its option, may purchase an "owner controlled insurance program" or "wrap up" insurance program to comply with the coverage requirements in this Section 108.01A.

## B.  INSURANCE REQUIRED OF LICENSEE/OWNER DURING OPERATIONS

The insurance required of Licensee/Owner in items 1. through 11. below applies to hotels in the USA and Non-USA hotels with the exception of Commercial General (Public) and Automobile/Motor Liability requirements. These coverages are separately addressed. All policies must be effective at the commencement of any operations related to the hotel.

For hotels in the USA: Commercial General (Public) Liability insurance ("CGL"). (Non-USA hotels should refer to Section C.)

1.  Licensee/Owner must purchase Commercial General (Public) Liability insurance on an occurrence form including defense costs arising out of or connected with hotel operations. Coverage limits must be at least $10,000,000 per occurrence, and may be satisfied with a combination of primary, umbrella, and/or excess insurance policies. The CGL insurance must include coverage for the following risks:

    a.  Damage to property of others and bodily injury including sickness, disease and death.

    b.  Personal and advertising injury covering liability for false arrest, libel, slander, defamation, false imprisonment, unlawful detention, wrongful or malicious prosecution or invasion of privacy.

    c.  Innkeeper's Liability insuring loss or damage to guests' property (up to statutory requirements). This can be satisfied by any combination of CGL or Crime coverage.

    d.  Liquor Liability insuring Licensee/Owner's liability arising out of the sale or serving of alcoholic beverages, if the hotel serves or sells beer, wine or spirits.

    e.  Contractual Liability insuring liability arising out of oral, written or incidental agreements, including, but not limited to, hold harmless agreements and the Indemnity Paragraph of the Agreement.

    f.  Independent Contractors insuring liability Licensee/Owner may incur arising out of operations performed for Licensee/Owner by persons other than Licensee/Owner's own employees.



# Rules Of Operation

    g. Premises/Operation insuring liability arising out of work performed on the premises.

    h. Products and Completed Operations

    i. Worldwide jurisdiction covering lawsuits brought anywhere in the world from occurrences arising out of the hotel or the operations connected with the hotel (per form ISO CG2422 10 01 or equivalent).

    j. Aggregate limits, if any, must be aggregated on no less than a "per location" basis for the underlying general liability as well as the umbrella/excess coverage (per form CG 2504 or equivalent).

    k. Named perils pollution including coverage for liability arising out of heat, smoke or fumes from a hostile fire, or smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water (per form CG 2165 or equivalent).

2. Automobile/Motor Liability.
(Non-USA hotels should also refer to Section 108.01C.)

Commercial Automobile/Motor Liability insurance with coverage limits of at least $10,000,000 each accident/combined single limit, which may be satisfied with a combination of primary, umbrella, and/or excess insurance policies. Coverage must include:

    a. Coverage for any automobile including, but not limited to, all owned, non-owned, leased, and hired automobiles used in the operation of the hotel.

    b. Garage-Keeper's Liability, if the hotel's operations include parking operations, with a limit adequate to cover the full actual value of all automobiles that are in Licensee/Owner's care, custody, and control at any one time.

3. Occupational Injury Insurance as required by law or custom, including Workers' Compensation insurance wherever applicable. Occupational Injury insurance must be in force prior to the hiring of any employees. Employers Liability coverage must also be obtained in the minimum amounts of $1,000,000 each accident, $1,000,000 Disease-Policy Limit, and $1,000,000 Disease-Each Employee, or such amounts as are required by law or custom. The Employers Liability limits can be satisfied by any combination of Workers' Compensation, Employers Liability, and/or Excess/Umbrella policies. However, the certificate of insurance must clearly indicate that Excess/Umbrella liability insurance affords coverage for Employers Liability.

If the hotel is designated as a USA hotel, and Workers' Compensation Insurance is required by law, such coverage must be extended to cover "All States", Voluntary Workers' Compensation, and Longshoreman's and Harbor-worker's Act on an "if any" basis, unless the hotel is insured under a state operated fund.



# Rules Of Operation

If the hotel is designated as a USA hotel, participation in a U.S. state's insurance fund shall satisfy the requirements hereunder. If the hotel self-insures Workers' Compensation, a copy of the license granting authority to self-insure must be furnished to Licensor. If the hotel participates in a state fund or self-insures for Workers' Compensation, stopgap coverage or an endorsement to the commercial general liability policy is required in an amount not less than $1,000,000 per claim. For the State of Texas, participation as a Non-Subscriber must be evidenced by submitting to Licensor a copy of the Employer Notice of No Coverage or Termination of Coverage (DWC Form-5), and an ERISA-compliant occupational injury benefit plan that covers substantially the same work-related injuries as Workers' Compensation. Non-subscribers must carry Employers Liability insurance with limits of no less than $5,000,000.

4.  Commercial Property Insurance.

    Property Damage and Business Interruption insurance on a special causes of loss policy form ("all–risks"), covering 100% of the insurable replacement value of the building and its contents, and for full recovery of the net profits and continuing expenses of the hotel (including rental value) for a 12 month period must be carried. Such limit must be sufficient to avoid a co-insurance penalty, if applicable. Continuing expenses must specifically include royalty/license fees and other fees payable to Licensor, its subsidiaries and affiliates. The policy must include coverage for the peril of windstorm and for ordinance and law. HHC and its wholly owned subsidiaries, its owners and their managing agents and affiliates now or hereafter existing must be included as an additional insured under the Commercial Property and Business Interruption insurance.

5.  Flood Insurance.

    Flood Insurance with a limit as close to the full replacement cost of the building as is reasonably available. Coverage must include business interruption. This requirement is subject to modification based on conditions in the local insurance market and reasonableness of premium.

    If the hotel is designated as a USA hotel, this requirement shall only apply if the location is in the special flood hazard areas of Zones A (A, A1-A30, AE, AH, AO, A99, AR and any combination of Zones such as AR/AE, AR/AH, AR/AO, etc) and Zones V (V30, VE and VO). Licensee/Owner should contact the FEMA map service at 1/877/336-2627 or visit the following websites to determine the hotel's zone: http://www.msc.fema.gov/
    http://www.floodsmart.gov/floodsmart/pages/faq.jsp
    Information may also be obtained through the hotel's local community planning board or building permit department.



# Rules Of Operation

6. Earthquake Insurance.

   Earthquake coverage with a limit not less than 75% of the replacement cost of the hotel must be provided. Coverage must include business interruption.

   If the hotel is designated as a USA hotel, this requirement shall only apply if the location is in a zone with a hazard rating of 24 or higher according to the 1966 US Geological Survey Shaking Hazard maps available at http://earthquake.usgs.gov/hazmaps/haz101/hazmaps.html. For locations in zones 16-24 earthquake coverage with a limit as close to 50% of the replacement cost of the hotel must be obtained. This requirement is subject to modification based on conditions in the local insurance market and reasonableness of premium.

7. Boiler and Machinery/Equipment Breakdown Insurance.

   Broad form Boiler and Machinery insurance, including business interruption coverage, against loss from accidental damage to, or from the explosion of, boilers, air conditioning systems, including refrigeration and heating apparatus, pressure vessels and pressure pipes in an amount equal to 100% of the actual replacement value of such items (without taking into account any depreciation) plus full recovery of the net profits and continuing expenses of the hotel. Continuing expenses must specifically include royalty/license fees and other fees payable to Licensor.

8. Crime Insurance. Crime insurance with the following coverages and limits of insurance (per occurrence):

   a. Employee Dishonesty . . . . . . . . . . . . . . $100,000

   b. Forgery & Alteration . . . . . . . . . . . . . . . . $50,000

      1) Money & Securities (Inside) . . . . . . $50,000

      2) Money & Securities (Outside). . . . . $50,000

      3) Robbery & Safe Burglary of
         Property other than money
         and securities . . . . . . . . . . . . . . . . . . $50,000

      4) Computer Fraud . . . . . . . . . . . . . . . $50,000

      5) Counterfeit paper currency . . . . . . . $50,000

9. Terrorism.

   Terrorism coverage shall be obtained and maintained for both first party damage and third party liability either stand-alone, through a government operated or mandated pool, or as part of the General/Third Party Public Liability coverage and the Property Damage/Business Interruption coverage. This requirement is subject to modification based on conditions in the local insurance market and reasonableness of premium.

10. Watercraft.

    Watercraft liability coverage to the extent that hotel operations include watercraft activities. Please contact Hilton Risk Management for requirements on limits of liability.



# Rules Of Operation

11. Aircraft Liability.

Refer questions concerning coverage requirements to Hilton Risk Management if applicable.

C. Licensee/Owner must comply with Section C if it is designated as other than a USA hotel.

1. General/Public Liability. Licensor or its designee will, at Licensee/Owner's cost, procure upon the commencement of operation of the hotel and maintain at all times during the term of the Agreement, if available on terms and conditions commensurate with the risk, third party General/Public liability insurance in such amounts as Licensor may deem necessary. Licensee/Owner will be named as an additional or co-insured.

2. All policies may contain such deductibles or retentions as Licensor considers reasonable. Licensor may elect to maintain all or part of such policies under an arrangement insuring one or more hotels operated by Licensor or its affiliates or subsidiaries, in which event the cost of such insurance to Licensee/Owner will be allocated by Licensor on a reasonable basis.

If Licensor cannot obtain coverage using reasonable effort, Licensee/Owner must comply with the terms of Section 108.01B.1.

3. Property Owner's Liability. Licensee/Owner must procure and maintain Property Owners Liability fully protecting Licensee/Owner for liability arising out of its ownership, possession and use of the Hotel.

4. Auto/Motor Liability. Licensee/Owner must procure and maintain Auto/Motor liability insurance in accordance with any local law or statute and per the terms of Section B.2. above. Notwithstanding, Licensee/Owner need only procure a limit of insurance sufficient to meet local custom or law if Licensor provides excess public liability insurance under Section 108.01C.1. above.

5. All policies purchased by Licensee/Owner must name HHC, and its wholly owned subsidiaries, its owners and their managing agents and affiliates now or hereafter existing as an additional or co-insured. All policies must contain cross-liability coverage and a waiver of the right of subrogation in favor of Licensor.

D. GENERAL REQUIREMENTS

1. Except as noted under Section 108.01C.1., all policies must name the Licensee/Owner as named insured and, with the exception of Workers' Compensation, must name HHC and its wholly owned subsidiaries, its owners and their managing agents and affiliates now or hereafter existing as additional insureds, including their employees, officers and directors. For Commercial General/Public Liability, additional insured endorsement form ISO CG 20 10 11 85 or equivalent for construction and renovation, and form ISO CG 2029 11 85 or equivalent during operations must be used to satisfy this requirement. Such forms may be requested from Hilton's Risk Management Department or obtained from Hilton's intranet site. All liability policies must contain cross liability coverage.

2. All required insurance must be purchased from insurance companies with a financial rating acceptable to Hilton, which shall be no less than A-VII if rated by the company A.M. Best.



# Rules Of Operation

3. All policies of Licensee/Owner must be endorsed to be primary insurance with no recourse to or contribution from any other similar insurance, if any, which may be carried by HHC or its wholly owned subsidiaries or affiliates now or hereafter existing, except as provided for in Section C. Evidence of such must be supplied to Licensor. Advance notice of cancellation, termination or modification of any policy must be given in writing no less than thirty days prior.  If a certificate states that the Insurer will "endeavor to," these words must be stricken from the certificate. Notice must be sent to the certificate holder, which is "Hilton Hotels Corporation, attention Risk Management, 9336 Civic Center Drive, Beverly Hills, CA 90210." Phone (310) 205-4512, Fax (866) 305-2520 and E-mail HiltonCertificates@ConfirmNet.com.

4. Licensee/Owner must deliver or cause to be delivered certificates of insurance or other acceptable proof evidencing the insurance required in this Manual, including applicable endorsements, to Licensor at the address above no later than 15 days after the expiration of any policy. Each certificate must specifically identify insured location(s) by name and address.

5. Failure of Licensor to demand evidence of compliance with the insurance requirements in this Manual or failure of Licensor to identify a deficiency from evidence that is provided shall not be construed as a waiver of Licensee/Owner's obligation to maintain such insurance.

6. Along with the certificates of insurance Licensee/Owner must deliver or cause to be delivered the following items to Licensor at the address above:

   a. A signed letter written in or translated to English from the insurance agent or broker who placed the required insurance affirming that he or she has read and understood the insurance requirements contained in this Manual. This letter must specifically address whether the insurance the agent or broker has placed complies with the insurance requirements set forth in this Manual.

   b. A signed checklist from the insurance agent or broker indicating whether there is coverage for each of the minimum requirements set forth in this Manual.

   For samples of these letters and checklists, as well as sample certificates and evidence of property insurance, please refer to OnQ Insider or request a copy from HHC Risk Management at Risk.Management@hilton.com.

7. At the request of Licensor, Licensee/Owner must deliver a copy of each policy bearing certification of the insurance company underwriter(s), that the policy is a complete copy of the policy issued with all endorsements to Licensor.

8. Licensor may increase or decrease the minimum amount of insurance, require additional or different types of insurance, or otherwise change the requirements to make them comparable to the amount and kinds of insurance carried by other properties or hotels, taking into account the size and location of the hotel and changing circumstances in the law and insurance marketplace.



# Rules Of Operation

9. Any deductibles or self-insured retentions above $50,000 or 5% of the replacement cost of the hotel must be declared to and approved by Hilton's Risk Management Department, at 9336 Civic Center Drive, Beverly Hills, CA 90210, Phone (310) 205-4512, Fax (310) 205-7863, Email Risk.Management@Hilton.com.

10. All certificates or other documents evidencing insurance must be provided in English with currency indicated in US dollars. Limits required in this standard may be satisfied in the local currency equivalent at the time the policy is purchased.

11. Licensee/Owner must obtain and maintain any other insurance required by local or national statute or law.

ADEQUACY OF INSURANCE

Licensor makes no representation, implied or express, that the foregoing insurance requirements are adequate to protect Licensee/Owner.

The insurance coverage requirements contained in this Manual are only minimum requirements. These requirements do not relieve Licensee/Owner from responsibility for any loss or claim for damages arising out of the Agreement. Licensee/Owner must indemnify Licensor for any claim for damages due to failure of Licensee/Owner or any Contractor, supplier, or vendor doing business with Licensee/Owner to maintain adequate insurance.

To ensure compliance, Licensor strongly recommends that Licensee/Owner reproduce all insurance sections in this Manual in full and submit it to an agent or broker experienced in writing insurance for hotels.

If Licensee/Owner does not obtain or maintain the required insurance or policy limits, Licensor can (but is not obligated to) obtain and maintain the insurance for Licensee/Owner without first giving Licensee/Owner notice. If Licensor does so, then Licensee/Owner must immediately pay Licensor upon request the premiums and costs incurred by Licensor.

RESOURCES/REFERENCES:

OnQ Insider > Hampton Brand

108.02   Each Hampton hotel must have an emergency plan that meets or exceeds the requirements of local and state codes and is designed to fit the individual needs of the hotel. As a recommendation it should include, at a minimum: fire, evacuations procedures, power failure, medical assistance, armed robbery, bomb threat, civil unrest, elevator malfunction, weather and all other perils pertinent to the hotel's geographic location, serious illness, choking, death, drowning and all other perils pertinent to the hotel's geographic location.

Note: CPR certification is recommended for at least one team member per shift on duty at all times.

108.03   The hotel must adhere to the equipment and installation standards detailed in the Building and Furnishing, Section 300 for Fire Safety Systems.



# Rules Of Operation

108.04    The hotel must test its fire safety systems, sprinkler systems, and smoke/heat detection systems at least once every six months. A minimum of two tests per year must be conducted with one of the two tests conducted by an outside third-party licensed to test fire safety equipment. This testing must include verification of all working components of the hotel's system (fire pump, sprinkler system, pull stations, alarm, etc.) and be documented thoroughly by the outside third-party. This document must be available for the Quality Assurance Auditor. Verification of this testing will be documented on a Hilton Hotels Fire Safety System Certificate of Testing. All public area and guest room/suite smoke/heat detectors must be tested a minimum of once every six months. Documentation of this testing must include specific room numbers/areas tested and the date of inspection.

        **Recommended:** Thermal scan of all electrical panels to be performed annually by a certified testing service.

108.05    The Make It Hampton electronic lock key card must be in use with the welcome message indicating the state in the which the hotel resides. Neither the hotel's name, individual room numbers, or logo may be printed on guest room/suite keys. No third-party advertising may be featured anywhere on that key.

        Electronic locks must be installed in all guest room/suite doors.

108.06    The hotel must post a detailed plan displaying the hotel layout and location of all working components of the hotel's fire safety system and utility shutoffs (fire pumps, sprinkler system, pull stations, alarm, electrical and gas). The hotel layout with emergency procedures must be posted in the work area behind the front desk, maintenance and housekeeping, easily accessible to all hotel employees.

        Photographs must be taken of the fire system and utility shutoff components and posted with the hotel layout denoting the location of that piece of equipment to allow familiarization of the fire safety components by the hotel staff.

108.07    The hotel's house phones must automatically dial the switchboard/PBX.

108.08    Emergency exit and safety card(s) ("You are here" cards), denoting emergency exits and equipment, must be placed in each room and suite and in employee areas in addition to other locations stipulated by local fire codes and should meet or exceed all applicable state and local fire codes. State Innkeepers Act shall be posted in guest rooms and public areas as required by state law. Signs must comply with Make It Hampton signage standard upon replacement of any of the following items: carpet, wall treatment or case goods. See Section 400.

108.09    Fully-stocked first-aid kits must be available at the front desk area, pantry area, housekeeping area and maintenance area, and any other areas required by local or state requirements.

        Required items:

     A.   Bandage scissors

     B.   Cotton-tipped applicators

     C.   Assorted safety pins

     D.   Tweezers

     E.   Individually-wrapped adhesive dressing

     F.   Sterile gauze pads (2" and 4" dressing)



# Rules Of Operation

    G.  Absorbent cotton

    H.  Adhesive tape rolls (1" wide)

    I.  4" bandage compresses

    J.  Triangular bandages

    K.  Skin antiseptic

    L.  Eye wash

    M.  Sterile gauze bandage rolls (1", 2" and 4" wide)

108.10    All lost and found articles should be logged and maintained for 90 days. Valuables should be maintained for one year in a safety deposit box or other secure area. Local codes may preempt this policy.

108.11    All entrance/exit doors normally locked during specific times in the evening must have signs, both inside and outside the doors, that indicate the time they are locked and include directions to the appropriate alternate entrance/exit doors.

108.12    A digital camera must always be available to management to document any guest or employee loss or injury.

108.13    Security guards, whether on staff or contracted, may not be armed while on property.

108.14    Telephones located in the elevator, pool area, guest laundry room (area designated for guest use of laundry equipment, if applicable) and fitness center must automatically dial the hotel switchboard when the receiver is lifted off the cradle.

108.15    A minimum of a 10 lb. fire extinguisher must be available in the work area behind the front desk, housekeeping, maintenance, pantry and wherever required by state or local regulations. If a hotel has a storage building on property it must have a minimum of a 10 lb. mounted fire extinguisher. Fire extinguishers must be tested and maintained in accordance with local regulations.

108.16    Signs must be conspicuously posted in the parking lot stating "Guest Parking, User Assumes All Risks." Also refer to 303.05L and 405.15.

108.17    If a guest requests a second room key, the front desk employee must require guest identification prior to issuance.

108.18    An incoming caller must identify the guest by name before the call can be transferred. Do not connect any call by room number only.

108.19    Fire drills must be conducted quarterly to maintain the readiness of all employees. Documentation of each fire drill must be maintained for the Quality Assurance Auditor to review.



# Rules Of Operation

108.20    Closed Circuit Television (if applicable)

Installing a closed circuit TV system (CCTV) is optional.

All systems installed in your hotel, are subject to your obligations to maintain a high-quality, first class property.

A. Cameras are *not* permitted in public restrooms, guest rooms/suites or other non-public areas.

B. Monitors may not be mounted on the ceiling or wall of the lobby or front desk and must be no larger than 13" in size. The monitor may be larger than 13" if it is in the back office area out of the view of guests. The monitor may be placed in one of two locations:

   1. At the front desk/back office, out of the view of guests, or
   2. On the side area of the front desk (not the main registration area). The monitor must be encased in a finished cabinet that coordinates with the front desk mill work. The monitor may be in view of the guests.

C. All cables must be concealed. When penetrations are made in walls or ceilings, a cover plate must be installed over the opening with the cables passing through the cover plate. All exposed multiple wires (exiting the ceiling at the camera and exiting the wall at the VCR) must be bound using tie wraps.

D. It is the hotel's responsibility to ensure that all employees are trained on the CCTV system.

E. The hotel is obligated to maintain the CCTV system and make certain that all of its components are working.

F. The hotel must comply with applicable laws governing such installations.



# Rules Of Operation

## 109.00   Guest Facilities

109.01   <u>Swimming Pools</u> (where applicable)

A. Swimming pools must have water depth markings and "No Diving" markings clearly displayed on pool coping. Water-depth markings must also be clearly displayed on pool rim at water line. Depth markings must indicate feet (Ft.) or meters (M). Water depth should be measured from the water surface to the bottom of the pool 24" from the pool coping.

B. A floating divider rope must be installed if required by code or if the pool includes an abrupt change in depth.

C. Two life preservers (U.S. Coast Guard approved Type IV PFD Life Ring Buoy, minimum 24"), a shepherd's crook, and a rules sign must be in the pool area at all times, even when the pool is closed.

D. The minimum chloride or bromine content of pool water must be 1.0 parts per million.

E. The pH must be between 7.2 to 7.8, unless otherwise specified by local or state health department regulations. A daily log must be maintained.

F. The appearance of the pool water must be clear when available for guest use.

G. A professionally-fitted pool cover must be installed whenever the pool is closed for the season.

   Any pool not covered will be considered open and must be maintained as open/available for guest use.

H. When a pool is closed for the season, a professionally-produced "Pool Closed" sign must be prominently displayed.

I. The underwater pool light must be illuminated from dusk until dawn even when the pool is closed.

J. Swimming Pool and Spa Area signage

   - 4" letters

   NO DIVING.

   - Minimum $\frac{1}{2}$" for all other letters

   NO LIFEGUARD ON DUTY.

   SWIM AT YOUR OWN RISK. OWNERS AND MANAGEMENT ARE NOT RESPONSIBLE FOR ACCIDENTS AND INJURIES.

   POOL/SPA HOURS ARE _____ TO _____. DO NOT ENTER THE POOL/SPA AT ANY OTHER TIME.

   POOL/SPA USE BY REGISTERED GUESTS ONLY.



# Rules Of Operation

CHILDREN MUST BE ACCOMPANIED BY AN ADULT. NO RUNNING IN THE POOL AREA.

NO GLASS ALLOWED IN POOL/SPA AREA.

SHOWER BEFORE ENTERING POOL.

**109.02   Fitness Center (where applicable)**

An fitness center is required for all new construction approved after January 1, 2000. See Standard 308.01 for fitness center standards for new construction, and hotels under PIP. Hotels under renovation after July 1, 2008, must comply with Standard 308.01. All other existing hotels with fitness centers must maintain the standards below until renovation, re-licensing or by January 1, 2013, whichever comes first.

A. An on-premise fitness center, when provided, must be available for registered guests seven days a week. Use of the fitness center must be limited to registered guests only. Memberships and passes for non-guests are not permitted.

B. Use of on-premise center must be complimentary.

C. The center must be available for daily use (at minimum) between the hours of 6 a.m. and midnight.

D. The fitness center must contain high quality commercial equipment. Instructions must be prominently displayed along with safety information for their proper use. Strength equipment or dumbbells are optional for existing fitness centers. Consult Standard 308.01 for specifications. New construction and hotels under PIP must comply with Standard 308.01.

   1. High quality commercial grade stationary bicycle
   2. High quality commercial grade stair stepping machine
   3. High quality commercial grade treadmill

E. The following must be conspicuously posted (minimum 1/4" letters) on a sign in the fitness center:

Use equipment at your own risk.

Equipment for use by registered guests only.

No one under 18 may use the equipment.

Follow all directions for use of equipment.

Improper use can result in injury.

Do not use this equipment without doctor 's permission.

Do not over-exercise. Discontinue use at first signs of stress.

Fitness center is not supervised. Do not exercise alone.



# Rules Of Operation

F. A 25″ color TV with remote control is required in the fitness center. The remote control must be accessible to guests at all times. Hotels must comply with Television Standard 309.13 by January 1, 2010, or with standard 308.01 upon renovation, whichever comes first.

G. A house telephone which rings the front desk when the handset is lifted is required.

H. Fitness Center Towels

Fitness center towels must be provided and easily accessible in a designated towel holder. The holder should be decorative and coordinate with décor. An adequate supply of towels must be provided and replenished on an as needed basis. Supply a coordinating decorative hamper for used towels.

I. Hotels with no on-site fitness center must provide guests access to local facilities. A nominal charge to guests may be required for off-site facilities.

J. The fitness center must contain a wall-mounted clock and three robe hooks.

K. A minimum of two wall décor pieces are required (matted and framed), each to be a minimum of 800 square inches, including frame.

L. A minimum of one floor planter approximately 36"h x 30"w. Plants must be high quality silk or polyester (no plastic) and containers must coordinate with décor.

109.03   Guest Laundry (where applicable)

A. Guests must be provided access to the guest laundry between the hours of 6 a.m. and midnight.

B. The minimum equipment must be:

1. One top quality commercial coin operated washer
2. One top quality commercial coin operated dryer
3. A laundry products vending machine or provided products for sale at the front desk
4. There must be one built-in plastic laminate counter top at 34" above the floor in the guest laundry for folding clothes.

*NOTE:* If laundry products are sold at the front desk, professional signage must be mounted on the guest laundry room wall stating availability of laundry products at the front desk.

C. All equipment must be provided with operating instructions.



# Rules Of Operation

109.04   Suite Shop

A Suite Shop is required in Hampton Inn & Suites. On occasion, a Suite Shop will exist in a Hampton Inn. The Hampton Brand realizes that Suite Shop configurations are different. Configurations that exist in older hotels and conversions are different from newly constructed hotels. With the exception of optional alcohol offerings, the following products and graphics are the minimum requirement in all Hampton branded Suite Shops. Properties that have unusual configurations that do not have adequate space to comply with these standards may consult with the Hampton Brand Team at 775 Crossover Lane, Memphis, Tennessee 38117 for alternative solutions.

All hotels with a suite shop must comply with the following standards.

A. The purpose of the Hampton Suite Shop is to offer guests a convenient place to purchase snack and sundry items. It is also a place where we have an opportunity to extend our Hampton brand personality. We do this by utilizing low cost, high-impact graphics that complement the *Make It Hampton* graphics program displayed throughout the hotel.

B. Regardless if the property is a Hampton Inn or a Hampton Inn and Suites, the property must follow the standards listed below for installation and setup of a Suite Shop. All Suite Shops have displays that consist of:

1. Existing shelving or millwork

2. A refrigerator and freezer

3. A free-standing merchandiser with a price menu when space permits.

    

    Existing construction with architectural fins

    a. In small Suite Shops where space does not allow the use of a merchandiser, the price list may be displayed in a clear, free-standing Plexiglas frame on the desk of the transaction window.

    b. Where individual pricing of merchandise is mandated by local laws, pricing must be professional in appearance (i.e., pricing gun labels) and positioned in accordance to local code.

4. The Suite Shop kit containing shelf-backer graphics, tray graphics and display trays

C. Shelving

Suite Shop shelving is to be made of tempered glass, solid wood or laminated MDF. Wire or Plexiglas shelving must be replaced with tempered glass, solid wood or laminated MDF using appropriate hardware. This is true whether a property has wall mounted standards or slat wall.



# Rules Of Operation

The merchandising wall is divided into three equal sections—sweet, savory and candy/sundries. If your property does not have built-in millwork similar to the prototype example, the merchandising wall should be divided into three sections that are approximately three feet in length with two inches between each section. Smaller zone sections are permissible if space does not permit three-foot sections. Properties that have unusual configurations, including slat wall, may consult with the Hampton Brand Team at 775 Crossover Lane, Memphis, Tennessee 38117 for alternative solutions.

To assure that merchandise and graphics fit, adjust the top shelf to a height of 18 inches. Adjust all other shelves to a height of approximately twelve inches.

D.  Shelf-Backers

Shelf-backers are Lightjet prints on Kodak Endura Silver metallic stock dry mounted to 1/8" sintra with a low gloss laminate and are available from Harlan Graphics. (See OnQ Insider > Hampton > *Make It Hampton Product Reorder Catalog*.)



field cut to current length of shelf
42"
18"
18" shelf backer          shelf backer clip



field cut to current length of shelf
42"
12"
12" shelf backer          shelf backer clip

A shelf-backer graphic is placed on the back of each shelf. The shelf-backer graphic reduces the depth of the shelves to minimize the quantity of merchandise that has to be maintained to ensure a full and plentiful presentation.  The shelf-backer graphic must be placed twelve inches from the front edge of the shelf no matter the depth of shelf. The 18" high shelf-backer is used on the top-most shelf. The 12" high shelf-backers are used for the remaining shelves to maintain the proper shelving distances. Modifications to the existing shelving may be necessary. If the shelf-backer graphic must be modified to fit, use a sharp craft knife to make necessary cuts. If your existing conditions do not allow the above measurements, consult the Hampton Brand Team at 755 Crossover Lane, Memphis, Tennessee 38117.

E.  Shelf-backer Clips

Shelf backers must be held in place using SemaSys clear grip self-adhesive shelf-backer clips. Clips are available on OnQ Insider > Hampton > *Make It Hampton Product Reorder Catalog*. Three clips are placed on top and bottom of the shelf at a 36" distance. If your existing conditions do not match the above standards consult Hampton Brand Team at 755 Crossover Lane, Memphis, Tennessee 38117.



#120189
shelf backer clip



# Rules Of Operation

F.  Display Trays with Graphic Inserts and Acrylic Risers





The sweet, savory and candy/sundry sections use display trays with graphic inserts. These 12" x 12" x 3" trays have two uses. One use is to contain small merchandise on the shelves such as candy bars or mints or bulk products. The other use is for a graphic identity system on the shelves. Trays and tray graphics are available on OnQ > Hampton > *Make It Hampton Product Reorder Catalog.*

Hampton-branded graphics are inserted into the bottoms of the trays. The trays are then turned upright to show the graphic. There must be one graphic display tray in each section—sweet, savory and candy/sundry. Place the trays either to the far right or far left on the shelf in each section.

An acrylic riser should be used to display small items such as candy on shelves in the bays. The riser is available OnQ Insider > Hampton > *Make It Hampton Product Reorder Catalog.*



Acrylic riser

If your property has limited shelf space, the use of the trays as graphic identity system can be eliminated. The trays should still be used, however, as holder of small items that don't stack nicely on the shelves. No other containers may be used for the display of merchandise.

G.  Refrigerator and Freezer Graphics

The refrigerated and frozen categories also have Hampton-branded graphics. These include backlit graphic panels and tray graphics. Graphics for the exterior of the refrigerator/freezer unit are available in two sizes. Custom sized graphics may be ordered for older refrigeration/freezer units. No brand endorsements are allowed on either of the units. Consult Hampton Building Standard 305.03 for recommended specifications for equipment.



# Rules Of Operation

Tray graphics



savory    savory    sweet    sweet

savory    savory    sweet    sweet

candy    candy    frozen    frozen

candy    candy    cold    cold

Display trays and graphics are used inside the units. Each section should have at least one tray displayed. Place the trays either to the far right or far left of the section.

The refrigerated and frozen categories also use graphic trays. Each of these two categories must have at least one tray displayed. Place the trays either to the far right or far left of the section. If your property has limited shelf space or has a high volume of sales in this category, the use of the trays as graphic identity system may be eliminated to reduce the amount of restocking or reduction of actual merchandise.



refrigerator    freezer



# Rules Of Operation

H.  Merchandiser

One merchandiser must be placed inside the Suite Shop adjacent to the transaction window. It is used to display the price menu for all items in the Suite Shop and to display merchandise. If space does not permit the use of the merchandiser, it may be eliminated. In this case, the price menu is to be displayed on the desk of the transaction window in a clear, free-standing plexi-glass frame. The price menu must be printed by a professional printer on bright white paper. The template is available on OnQ Insider > Hampton Brand > Products & Services > Make It Hampton > Touchpoints > Suite Shop > Price Template.

The merchandise displayed in the merchandiser should reflect food products unique to your area. These products should have a souvenir quality about them. They do not have to be for immediate consumption. For example, in Memphis you could display bottles of BBQ sauce on the shelf.

I.  Setting Up Merchandise

Merchandise in the Suite Shop is organized to make it simple for the guest to find what he or she needs easily and to encourage sales. The size and layout of the Suite Shop will vary from property to property. However, using these simple merchandising techniques will create a positive and consistent shopping experience at any location.

1.  Always Merchandise From Top To Bottom

Items are merchandised in vertical columns creating a zone for each category. Zones are never organized in horizontal rows. Most Suite Shops have approximately three, three-foot sections of merchandising space. This allows for one three-foot section for sweet, one three-foot section for savory, and one three-foot section for both candy and sundries.

If your property has limited space, evaluate what items are purchased or requested most often by your guests and stock those items. Try to follow the same vertical merchandising format as Suite Shops without restricted space.

2.  Balance

Balance is also important when organizing the presentation. When a presentation is well balanced, products that are not similar in size and shape appear more inviting.

Balance the density and color of the merchandise on the shelf by placing the biggest or bulkiest items in the middle and then placing smaller items on the left and right sides of the shelf. This creates a pyramid shape. We recommend that in this small space, the majority of shelves contain only one or two types of product. For example, a shelf in the sweet category could contain six to eight rows of Pepperidge Farm® cookies.



# Rules Of Operation

3. Density

Shelving must be twelve inches on center from top to bottom so that products can be stacked—leaving just enough space to easily get to the top item. This not only maximizes shelf space, it looks better, too. Similar types of merchandise should be placed close together. Rows should be placed one inch apart creating visual breaks between products or flavors of products.

4. Merchandise

Merchandise must be displayed based on six zone categories of merchandise: sweet, savory, candy, sundries, beverages and frozen. Zones are then subdivided into the following categories: Premium/Specialty Products, Novelty and Local Products and Everyday Favorites. Merchandise within the same category must be kept together when displayed—no mixing of categories on a shelf. Restock shelves regularly so everything looks bountiful and neat.

With architectural fins



Without architectural fins





# Rules Of Operation



Specialty

Novelty

Commodity

Savory zone

a.  Savory Zone

  1)  Premium/Specialty Products – Fill section with two or more brands, multi-serving size.

  *NOTE:* Premium quality local products may also be included in this section.

  Recommended selections: cheese straws, cocktail biscuits/crackers, specialty corn chips and salsa, Kettle™ Brand Potato Chips, Poore Brothers Potato Chips®, Zapp's® Potato Chips

  2)  Novelty or Local Products – Fill section with one or more brands, multi-serving size.

  Recommended selections: honey roasted peanuts, deluxe mixed nuts, fancy whole cashews, natural pistachios, caramel corn with premium nuts such as almonds or pecans, trail mix, bagel chips, sourdough pretzels

  3)  Everyday Favorites – Fill section with one brand of microwave popcorn and two or more brands of single-serving size snacks.

  Required selections: Ritz Bits® sandwiches and Doritos® snacks

  Recommended selections:

    a.  Microwave popcorn – two rows of natural flavored, two rows of butter flavored; Orville Redenbacher® or Act II® Microwave Popcorn

    b.  Snack mixes and chips – Gardetto's® Snack Mix, Chex Mix® snacks, Bugles®, Lays® snacks, Frito's® snacks, Rold Gold®, Brach's® Popz® popcorn, snack crackers (peanut butter, cheese)



# Rules Of Operation



Specialty

Novelty

Commodity

Sweet zone

b. Sweet Zone

   1) Premium/Specialty Products – Fill section with two or more brands.

      *NOTE:* Premium quality local products may also be included in this section.

      Recommended selections: Cookies – Pepperidge Farm®, Mrs. Fields®, Famous Amos®, Brent & Sam's®

   2) Novelty or Local Products – Fill section with one or more brands, multi-serving size.

      Recommended selections: chocolate covered pretzels, local confectionary specialty

   3) Everyday Favorites – Fill section with four or more brands of granola bars and treats.

      Required selections: OREOS® and Chips Ahoy®

      Recommended selections:

      a) Granola/energy bars – Kudos®, Quaker® Chewy®, Nature Valley® Oats'N Honey Granola Bars, PowerBars®

      b) Treats – Nutter Butter®, Kellogg's® Rice Krispies Treats®, Fig Newtons®, Keebler® Soft Batch® Cookies



# Rules Of Operation



c. Candy Zone

1) Premium/Specialty Products – Fill section with two or more brands.

   *NOTE:* Premium quality local products may also be included in this section.

   Recommended selections: Ghirardelli® Chocolate Squares, Sharffen Berger®, Lindor® Truffles, Godiva® four piece box, Toblerone®

2) Novelty or Local Products – Fill section with one or more brands.

   Recommended selections: Lake Champlain® (Chicago), Esther Price® (Cincinnati), See's® (California), Ethel M's®, Dove®

3) Everyday Favorites – Fill section with two or more brands of chocolate and two or more brands of mints/hard candy.

   Required Selections: M&Ms®, plain and peanut, and Snickers®

   Recommended selections:

   a) Chocolate – Hershey's®, Mars®, Reese's®

   b) Mints/Hard Candy – Altoids®, LifeSavers®



# Rules Of Operation



Sundries

d.  Sundries Zone

Fill one shelf with sundry items. At least one package of each category is required. Brands are recommended.

NOTE: Even though some of these items are offered in guest rooms as complimentary amenities, alternative selections must be offered in the Suite Shop as well.

1)  Mouthwash, peppermint or spearmint
Recommended selections: Scope®, Listerine®

2)  Toothpaste, mint gel
Recommended selections: Crest®, Colgate®, Aquafresh®

3)  Deodorant, women's and men's
Recommended selections: Gillette®, SpeedStick®, Right-Guard®

4)  Shaving cream, women's and men's
Recommended selections: Gillette® Satin Care®, Gillette®, Barbasol®

5)  Hairspray
Recommended selections: Pantene®, ThermaSilk®, Suave®

6)  Hair gel
Recommended selections: L'Oreal Studio Line®, Pantene®, ThermaSilk®

7)  Brushes/combs, two different types; all-purpose

8)  Panty liners/shields
Recommended selection: Carefree®

9)  Tampons
Recommended selections: Playtex®, Tampax®



# Rules Of Operation

10) Pain relievers, two brand minimum.
Recommended selections: Tylenol®, Aleve®, Advil®, aspirin

11) Antacid, variety of flavors
Recommended selections: Tums®, Rolaids®

12) Eye Drops
Recommended selections: Visine® or Clear Eyes®

13) Cough drops, roll-type packaging, variety of flavors.
Recommended selections: Halls®, Luden's®, Vick's®

14) Disposable razors, double or triple blade, men's and women's
Recommended selections: Gillette®, Shick®



# Rules Of Operation



Specialty

Novelty

Commodity

Frozen zone

e. Frozen Zone

Keep freezer shelves full at all times.

1) Premium/Specialty Products
Frozen prepared dinners: two or more brands, two or more meal choices per brand.

Recommended selections: Stouffer's®, Lean Cuisine®, Marie Callenders®

2) Recommended: Ice cream, pint size.
Recommended selections: Ben and Jerry's®, Haagen-Dazs®, Godiva®

3) Novelty or Local Products
Ice cream bars: two to four brands, individual serving-size (box packaging recommended).

Recommended selections: Dove® Ice Cream Bars, Klondike® Ice Cream Bars

4) Everyday Favorites
Novelty bars: two to four brands, individual serving-size.
Required Selections: Snickers® Ice Cream Bars

Recommended selections: Dole® Fruit Bars, Nestle®, Drumstick® Ice Cream Cones, Nestle® Crunch® Ice Cream Bars, Butterfinger® Ice Cream Bars, HEATH® Ice, Cream Bars, REESE'S® Ice Cream Bars, OREO® Ice Cream Sandwiches™



# Rules Of Operation



Specialty

Novelty

Commodity

Beverages

f. Beverage Zone

Keep refrigerator shelves full at all times.

1) Premium/Specialty Products
Bottled water: regional bottlers, fill one shelf with 16 to 24 oz. sizes

2) Novelty or Local Products (recommended)
Carbonated beverages; 12 oz. size; two or more brands, two or more flavors per brand

Recommended selections: Jones Soda® (Cream Soda, Green Apple, Fufu Berry, Orange Cream) or IBC® (Root Beer, Cream Soda, Black Cherry)

3) Everyday Favorites

a) Juices: two or more flavors, single serving size.

Required selection: Gatorade®

Recommended selections: Tropicana® Pure Premium® Juices (apple and orange), V8® Juices, V8 Splash Juices® (citrus blend, tropical blend, orange pineapple), Ocean Spray® Cranberry Juice

b) Carbonated beverages: leading national brand, minimum of four flavors. Soda products may be in a 12 oz. can or 16 oz. bottle. No bottles larger than 20 oz. are permitted.

Required selection: Coke® and Diet Coke® or Pepsi® and Diet Pepsi®

Recommended selections: Sprite®, Dr. Pepper®, Mountain Dew®, Slice®



# Rules Of Operation

    c)  Beer and wine (optional and only where allowed by law); fill one shelf. Hard liquor is not permitted.

        Beer; in 12 oz. bottles or cans; regular and light
        Wine; in four to eight oz. bottles

109.05    Business Center (if applicable)

*All hotels with a Business Center must meet the following minimum requirements.* The Center must be easily available for guests' use at all times. All system cabling must be neatly arranged and out of guest view. The center must contain:

    A.  Computer workstations (one minimum) with high-speed Internet access and software to include the latest version of Microsoft Windows and Microsoft Office.

    B.  Two desk chairs

    C.  Telephone(s). If there is only one phone, it must be a standard telephone with the ability to access an outside line for local calls and credit card calls. One standard phone for house and local calls and another phone for credit card calls is acceptable. This telephone(s) must be restricted from dialing guest rooms/suites.

    D.  An ink jet or laser printer with connection capability for laptops

    E.  A fax machine (or service provided on premise)

    F.  A calculator

    G.  Office supplies (expendable pens, pencils, paper, tape, scissors, clips, a stapler with staples, etc.)

    H.  Various up-to-date reference materials (dictionary, thesaurus, local telephone books and Yellow Pages, zip code directory, atlas, etc.)

    I.  FedEx supplies

109.06    Lobby Computers (if applicable)

A hotel, as an option, may choose to install a computer workstation in the lobby for complimentary guest use. The workstation must be housed in a piece of finished furniture matching the décor of the lobby. All system cabling must be neatly arranged and out of guest view. The workstation must have the following features:

    A.  A computer workstation with high-speed Internet access, and software to include the latest version of Microsoft Windows and Microsoft Office

    B.  A comfortable desk chair matching the surrounding lobby décor

    C.  An ink jet or laser printer with connection capability for laptops



# Rules Of Operation

## 110.00   Employee Service Standards

110.01   All employees must verbally greet the guest and offer the guest assistance (when appropriate).

110.02   All employees in telephone contact with guests must perform the following minimum behaviors upon each contact:

    A.  Offer an appropriate greeting.

    B.  Identify either the specific hotel in the case of outside calls or the department in the event of inside calls.

    C.  Offer assistance.

    D.  Any guest that is required to wait, either for an initial answer or by being put on hold, should receive an apology.

    E.  Requests for wake-up calls must be confirmed by repeating the guest's room number and time.

    F.  Incoming calls must not be connected to a guest room/suite until the caller has verified the guest's name. No calls should be connected based only on the caller asking for a room number.

110.03   While on duty, employees must never chew gum, smoke, drink or eat in view of the public.

110.04   All team members must be in the "i am hampton collection" wardrobe while on duty. See Section 500 for "i am hampton collection" Standards. General Manager and management positions may be excluded. However, it is recommended that they participate in the "i am hampton collection" wardrobe program as deemed appropriate.

110.05   All employees including management must wear their name tag while on duty. See Section 400 for examples.

    A.  All tags will contain graphic images and display the team member's name.

    B.  Management personnel, at their discretion while representing the hotel off site, are permitted to wear the approved 'off property' name tags including the manager's full name, title, hotel location, city and state where the hotel is located (etched) and the Hampton logo.

110.06   No team member should be sitting in chairs or on stools behind the registration desk at any time.

110.07   Guest services representatives and breakfast attendants must be able to communicate with guests in English, as well as in the official language of the country in which the hotel operates.

110.08   Hotels with registration or welcome walls that include doors visible to guests must keep the doors closed from 7 a.m. to 11 p.m. daily. Doors to non-guest areas must remain closed at all times. This includes back office, front desk, housekeeping, pantry, maintenance shop and storage room entry doors.



# Rules Of Operation

## 111.00   Front Desk Service Standards

111.01    Guest service representatives must be thoroughly familiar with all hotel facilities including the location of vending areas, elevators, ice machines, etc., and with policies regarding lost and found items, safety deposit boxes, the swimming pool, rates and availability of rooms.

111.02    On-duty employees must *always* be able to reach a manager or supervisor by beeper or by cellular phone to assist in resolving unexpected situations and service requests.

111.03    The front desk is required to be staffed 24 hours a day and never left unattended. Appropriate staffing levels must be maintained to ensure this requirement is met.

111.04    Guest service representatives must be able to provide directions to local businesses, places of interest, major highways, airports, restaurants, places of worship, etc.

111.05    Non HHonors check-ins must include the following (see Rule 112.00 for HHonors check-in/check-out protocol):

    A.   Representatives must greet each guest with the appropriate Customer Really Matters (CRM) welcome protocol.

    B.   Representatives must be pleasant, professional, efficient and use one of the five connection techniques (Unexpected Delights, Compliments, Humor, Anticipate or Empathy).

    C.   *The guest's name must be used at least once.*

    D.   Confirm length of stay and assigned room type.

    E.   After 5:00 p.m. check-in, offer the guest wake-up call service.

    F.   During check-in, guest room/suite numbers are not to be announced.

111.06    At check-in each guest will be handed an electronic key card inside of the approved paper key envelope along with the weekly approved high-speed Internet access code and card.

111.07    After check-in, all guests must be called to confirm their satisfaction (see Rule 102.07 for details).

111.08    Express Check-in service must be provided to all guests arriving at airport hotels by shuttle or hotel-provided taxi service. The Express Check-in process should be quick and efficient.

    A.   A representative should obtain the guest's name either upon receiving the call for pickup or upon entering the hotel's shuttle van.

    B.   Representatives should be pleasant, professional and efficient in obtaining the guest's name. The hotel representative should then inform the guest that Express Check-in service will be available upon arrival at the hotel.

    C.   Upon arrival, the guest will only need to present their payment at the desk and sign the registration card.

    D.   The guest must be informed of the 100% Hampton Guarantee, wake-up call service and Express Check-out.



# Rules Of Operation

111.09   All check-outs handled at the front desk must include the following, conducted verbally:

A.   Inquire about guest's stay and quality of service. If the guest is not completely satisfied, they must not be charged for the stay.

B.   Confirm method of payment.

C.   Offer to make further reservations.

D.   Thank the guest.

111.10   Express Check-out
(see Rule 112.04 for HHonors Express Check-out protocol)

A.   Express Check-out must be available for all guests not paying with cash.

B.   Express Check-out can be delivered via two options:

1.   Print all Express Check-out folios and seal each one with a 100% Hampton sticker. Write the guest room/suite number on each sticker. Deliver Express Check-out to all occupied guest rooms/suites by 7:00 a.m. daily (this is the brand recommendation), or

2.   Print all Express Check-out folios and seal each one with a 100% Hampton sticker. Write the guest room/suite number on each sticker. Arrange folios in numerical order and place them at the front desk so that they are available to guests by 7:00 a.m. daily.

111.11   Disabled and Sight Impaired Guests Documentation

The hotel (front desk staff) must maintain a daily log in a binder or a clipboard containing a listing of guest rooms occupied by disabled/sight impaired guests. The binder or clipboard must be accessible by all hotel employees and must be available for Quality Assurance review. The log must contain:

A.   The guest room number

B.   Guest name

C.   Check-in/check-out information

D.   Guest challenge or impairment

111.12   Ultimate Service – *Setting Up to Serve*

*Setting Up to Serve* components (Directional Cards or hotel concierge information in the OnQ Property Management System, A to Z Binder, Menu Folder, FAQ Card and *As If By Magic Kit*) must be maintained and must be available to guests.

A.   Each hotel must have available at the front desk and provide to guests directional cards to popular local establishments or attractions upon request. The cards must be filed in your *Setting Up to Serve* Card Filer. The card template is available on your CD *Forms and Files* disc.



# Rules Of Operation

B. Each hotel must have a *Setting Up to Serve A-Z Guidebook* available at the front desk for easy reference by guest service representatives to address guest questions. If the *A-Z Guidebook* is not utilized, then all information must be maintained in the OnQ Concierge function. It is also highly recommended that a second book be provided in the breakfast area.

C. Each hotel must have a variety of items at the front desk for guest use on a complimentary basis. Known as the As If By Magic Kit, suggested items include: eyeglasses repair kit, shoe shine kit, nail care products, ear plugs, hair spray, etc.



# Rules Of Operation

## 112.00   Hilton HHonors Guest Protocol

112.01   Express Check-in (Zip-in Check-in™)

Express Check-in service must be provided to all HHonors members. This process should be quick and efficient. The key and key envelope, along with the weekly approved access code, should be prepared prior to the guest's arrival.

Note: When using e-Forms, the hotel does not need to purchase HSIA access cards. The access code can be manually written on the back of the e-Form key card jacket.

A.   Upon arrival, the guest will only need to present their Hilton HHonors membership card or a valid driver's license. The guest service representative will pull the key envelope from the key card holder and use the appropriate Customer Really Matters (CRM) protocol.

B.   Representatives must be pleasant, professional, efficient and use one of the five connection techniques (Unexpected Delights, Compliments, Humor, Anticipate or Empathy).

C.   The guest's name must be used at least once.

D.   During check-in, guest room/suite numbers are not to be announced.

E.   Confirm length of stay, method of payment, knowledge of complimentary services and confirm airline partner for point accumulation.

F.   All other check-in protocol is suspended.

G.   At Hampton Inn & Suites, Gold and Diamond HHonors guests must be upgraded to a suite if one is available.

NOTE: The room should be pre-assigned before the guest's arrival. The key and key envelope should be prepared prior to the guest's arrival.

112.02   HHonors Courtesy Call-back

After check-in, all HHonors guests must be called to ensure their satisfaction. See Rule 102.07.

112.03   Daily Newspaper Delivery

All HHonors members are to receive a *USA TODAY* newspaper delivered directly to their guest room/suite daily by 7:00 a.m. Monday through Friday. New properties that need to establish *USA TODAY* subscription service should call *USA TODAY's* national account manager at 303-487-5425. The national account manager will direct properties to the correct *USA TODAY* regional office.

A.   Provide delivery of the newspaper to the door of all occupied guest rooms/suites by 7:00 a.m. in the approved bag placing it on the door handle (if the newspaper will slip completely under the guest room door, no bag is needed).

B.   The newspapers are then delivered to the guest room/suite and hung on the door handle.



# Rules Of Operation

    C. The front desk cannot be left unattended. Additional personnel (i.e., a maintenance or housekeeping employee) will be needed to deliver the papers.

    D. Newspaper delivery to the guest room/suite is required at all Hampton hotels (Monday through Friday).

**112.04** Express Check-out (Zip-Out Check-out™)

HHonors guests receive Express Check-out folios along with *USA TODAY* newspapers delivered to their guest room/suite using the approved newspaper bag and Express Check-out format. The front desk cannot be left unattended. Additional personnel (i.e., a maintenance or housekeeping employee) will be needed to deliver papers.

    A. The night auditor prints folios and seals them with 100% Guarantee stickers, writing the room numbers on the sticker.

    B. Provide delivery of the newspaper to the door of all occupied guest rooms/suites by 7:00 a.m. in the approved bag placing it on the door handle (if the newspaper will slip completely under the guest room door, no bag is needed).

    C. Deliver Express Check-out folios/newspapers to all HHonors guest rooms/suites by 7:00 a.m.

    D. The Express Check-out folio should be slipped underneath the door. The newspaper and newspaper bag are to be placed on the guest room/suite door handle. (Exterior only – if the Express Check-out folio cannot be slipped underneath the door, then the guest should be informed that it will be available for him/her at the front desk in the morning by 7:00 a.m. See Express Check-out Rule 111.10).

    E. Newspaper delivery to the guest room/suite is required at exterior corridor hotels.

**112.05** "The Hampton Touch" Gold and Diamond Elite Status

    A. HHonors elite members' (Gold and Diamond) are to be prepared by housekeeping personnel. When a Gold or Diamond elite member participating in the My Way Program chooses to receive points in lieu of an in-room amenity, amenity preparations are not required, including the HHonors postcard.

    B. Snack and Water Specifications

        1. The following are the approved snack items. Choose one, but it is recommended that the choices be alternated to provide variety. Order items a. through i. from your local supplier. See the phone number with item j. to order custom HHonors chocolates.

            a. Chips Ahoy Cookies (Nabisco) – 4 cookies, 1.4 oz.

            b. Oreo Cookies (Nabisco) – 6 cookies, 2 oz. or the 1.14 oz 4 pack

            c. Chex Mix (General Mills) – traditional flavor, 1.75 oz.

            d. Cheez-It (Sunshine) – party mix, 1.75 oz.

            e. Chips (Cheetos, Fritos Corn Chips, Lay's Classic, Lay's BBQ, Doritos) – 1.5 oz.

            f. Cracker Jack – 1 oz.



# Rules Of Operation

    g.  Grandma's Cookies – chocolate chip, 2.75 oz.

    h.  NutraGrain Bars
(Strawberry & Crème Twists, Strawberry, Blueberry) – 1.3 oz.

    i.  Candy Bars (M&Ms, 3 Muskateers, Milky Way, Twix, Snickers, Reese's Milk Chocolate Peanut Butter Cups) – 1.6 oz.

    j.  Hilton HHonors Custom Chocolates
To order, call Rikki Steinharter at Astor Chocolate Corp., (732) 901-1000 ext. 1130.

       Astor Chocolate Mints – slide box with 2 milk chocolate mint squares, #FS012HH

       *Or*

       Visions Truffles – box with 2 hazelnut truffles, #FS251HH

2.  The following is required for the bottled water. Order these from your local vendor.

    a.  The water must be a nationally recognized brand (Evian, Dasani, Arrowhead, Ice Mountain, Deer Park, Aquafina, Zephyr Hills, Ozarka, Poland Springs or Crystal Geyser).

    b.  The bottle must be 16.9 fl. oz.

112.06    Extended Stay Check-out

If an HHonors member needs extra time in their room, he/she can call the front desk to extend their check-out. The front desk should do everything possible to accommodate the request.



# Rules Of Operation

## 113.00   Customer Really Matters (CRM)

113.01   Service Recovery: Beyond the Guarantee
(Gold and Diamond VIP Members Only)

A. Every Gold or Diamond VIP guest who invokes the Guarantee and/or expresses a complaint about the hotel will receive the following recognition:

If the Gold or Diamond VIP member is checking out or has checked out, a personalized apology card from the GM is to be mailed to the guest's address within 48 hours of checkout. In addition, HHonors Diamond VIP members will receive a personal phone call from the GM or the AGM as an additional touch for apology and service recovery. The call must be placed within 48 hours of checkout.

*Or*

If the Gold or Diamond VIP member is a stay-over the GM will deliver a personalized apology card along with one of the recommended apology amenity items (listed in B) to the guest's room. In addition, HHonors Diamond VIP members will receive a personal phone call to their room from the GM or the AGM as an additional touch for apology and service recovery. The call must be placed prior to the guest checking out.

B. One apology amenity must be provided to Gold and Diamond VIP Members; each hotel must carry a minimum of five from the following list:

1. Free tickets to location attractions
2. Gift basket
3. Gift certificate to local restaurant
4. Free appetizer or dessert certificate at local restaurant
5. Hilton Gift Checks ($25, $50, $100)
6. Bath products (bubble bath, shower gel, powder)
7. Free in-room movie pass
8. Local amenities (example: salsa in Texas, cheese in Wisconsin, etc.)
9. Local movie theatre pass

113.02   The 100% Hampton Guarantee and the HHonors Diamond VIP Guest

A. In addition to the 100% Hampton Guarantee, HHonors Diamond VIP guests (paid and reward stays) must also receive immediate (same day) refund of Points & Miles back to their accounts. The property will pay for the Points & Miles fee. The hotel must retain and make available a 30 day rolling record of these transactions.

B. In order to support customer satisfaction and loyalty, the Hilton Hotels corporation Guest Assistance Department has the discretion to grant HHonors Diamond Member up to two complimentary future nights. This fee will be charged back to the property.



# Rules Of Operation

113.03 HHonors Diamond VIP Walk Policy

To protect the relationship between the super high frequency Diamond VIP members and the Hilton family, all brands are introducing a *Diamond VIP Walk Policy*. That means if a hotel happens to walk a Diamond VIP member, we're going to take steps to keep that best guest loyal to us. This means that we'll follow the same procedures that we do today. *Not only will this policy serve to protect very valuable customer relationships; it also adds an incentive to never walk a Diamond VIP member from a Hilton property.*

A.  If an HHonors Diamond VIP member is walked, the hotel must coordinate complimentary accommodations at an equal or greater value local hotel.

B.  The hotel must pay for the first night's room and tax, plus one telephone call.

C.  The hotel must offer and/or provide transportation at no charge to the guest.

D.  All pertinent information must be reported to the HHonors Diamond Desk and the Hilton Hotels Guest Assistance within 48 hours of the guest being walked.

E.  The hotel must provide the guest with an immediate inconvenience compensation of $100 cash.

F.  The hotel must also provide the HHonors Diamond VIP member with an immediate (same day) refund of Points & Miles back to the guest account for the first night. The property will pay for the Points & Miles fee. The hotel must retain and make available a 30-day rolling record of these transactions.



# Rules Of Operation

## 114.00   Reservation Service Standard

114.01    Reservations requests must be processed for guests 24 hours daily. Employees processing reservations (via telephone or directly) must provide guests with the following information:

    A.  Confirmation of hotel site

    B.  Confirmation of the type of accommodations

    C.  Confirmation of the room rate

    D.  Confirmation of the reservation conditions (e.g. 6:00 p.m., Guaranteed or Advance Deposit)

    E.  Confirmation number (advising guests to keep a record of such)

    F.  Cancellation policy



# Rules Of Operation

## 115.00   Housekeeping And Maintenance Service Standards

115.01   Guest service personnel must respond to guest requests for expendable amenities and other room items (i.e., extra linens, blankets, pillows) within 30 minutes of request during the hours of 7:00 a.m. to 8:00 p.m. After-hours requests should be handled as promptly as possible.

115.02   Room repair requests for items that directly affect guest comfort, needs or security (i.e., televisions, HVAC, plumbing, bulbs, lamps, door locks) must be responded to within 15 minutes of the guest's request.

115.03   Every occupied room (stayovers and check-outs) must be serviced by Housekeeping daily unless the guest specifically requests otherwise. Guests may opt to use the red "freshen please" service signal to indicate that they wish to have their bed linens (fitted bottom and top sheets, pillowcases, duvet cover, and lumbar pillow cover) changed during stayover. Otherwise, bedding is changed:

    A.  Prior to check-in

    B.  During guests' stayover when they request

    C.  After the fourth consecutive night

    D.  When there is a visible need

115.04   Hotel must rotate mattresses quarterly according to the rotation schedule on the mattress. Box springs must be rotated bi-annually.

115.05   Each Hampton brand hotel must develop, implement and document a systematic quality control system. The system must be designed to ensure that the hotel is maintained in quality condition. A fixed schedule must be established for inspecting rooms and performing appropriate preventive maintenance (to ensure the entire hotel is inspected four times a year.)

115.06   Each Hampton hotel must develop, implement and document a deep cleaning program. The program must be designed to ensure that the hotel is maintained at a high level of cleanliness. Each room should be deep cleaned a minimum of four times a year. A fixed schedule must be established for deep cleaning the guest rooms/suites. At a minimum the deep cleaning program should include:

    A.  Wash/dry clean drapes

    B.  Edge vacuum

    C.  Rotate mattresses

    D.  Wash shower curtains

    E.  Vacuum and shampoo upholstery

115.07   Duvet inserts and lumbar pillows must be washed a minimum of four times per year or as frequently as the hotel deems necessary.

115.08   For hotels where glassware is not washed in a dishwasher (drinking glasses, coffee pot, microwave turntables, etc.), all housekeeping carts must be equipped with a sanitizing agent (such as #1610 Sanitizer by Daly International or equivalent product) for use on guest room glassware.



# Rules Of Operation

## 116.00   Transportation Service Standards

116.01   The personnel assigned to drive the vehicles must be properly licensed (chauffeur's license, if required) and insured according to local codes.

116.02   Team members are required to wear a name tag and approved wardrobe pieces from the "i am hampton collection." The wardrobe must be clean and in good repair. See Section 500.

116.03   All property vehicles must be properly registered, insured and operated according to local safety and licensing codes.

116.04   All property vehicles must be fully equipped with seat belts for all seats. At no time should the number of passengers carried exceed the number of available seat belts.

116.05   Personal vehicles cannot be used to transport guests under any circumstances.

116.06   Any hotel with van/vehicles used for guest transportation must be wrapped with one of the approved vinyl graphics. The material used must be a high performance vinyl and printed with solvent inks. Vans must be laminated with UV protection and windows must printed with Clear Focus vision material. For specific graphics information, see Trademark and Identity Standards, 408.10.

116.07   All hotel vehicles must have a first-aid kit, multi-purpose fire extinguisher, and jumper cables on board at all times.

116.08   Brand Directory Designation

In order for a property to be listed as an airport location in the Hampton Brand Directory, the property must provide complimentary 24-hour airport transportation.

Courtesy vans may not be shared with another hotel without written approval from Hampton Brand Management.

If an "airport" or "airport area" designated hotel cannot provide transportation within 30 minutes of the request, alternate means of transportation must be offered at the hotel's expense.

116.09   If complimentary airport transportation service is provided, the following rules apply:

    A.   A hotel must own or lease a property specific vehicle to provide complimentary transportation.

    B.   Guest Service Representatives must always advise the guest of the estimated waiting time until the van arrives and provide clear directions to the transportation waiting area.

    C.   Drivers must always assist with loading and unloading guest luggage as well as opening and closing the van doors.

    D.   Express Check-In service must be provided (Rule 111.08).



# Rules Of Operation

116.10   Airport Service Center Advertising

A.   Hotel owners/operators may contract with the airport service center advertising company of their choice as long as all advertising complies with the exact standards as described in the design specifications, see <u>Standard 411.00</u> in the Trademarks and Identity section. Hotels may also utilize the Hampton Sales and Marketing Tool Kit <u>http://hamptonsalesandmarketing.com</u> to create this artwork at no cost to the hotel.

B.   Advertising File

Each hotel must maintain, on property, a designated airport service center advertising file for review by Hilton Hotel representatives. The file must contain current photographs of each airport service center advertisement and other pertinent documents and information related to the hotel's airport service center advertising program.



# Rules Of Operation

## 117.00   Meeting Services

117.01   Ice water and cups must be provided for every meeting.

117.02   Tidying of meeting rooms during each scheduled coffee and meal break is required.

117.03   Messages received by front desk personnel must be delivered to the meeting area and posted on a central board or given to a designated member of the group (in addition to the normal guest message service).

117.04   An in-house duplicating service for copying documents in small quantities is required. An outside service can be recommended for large quantity copying requirements.

117.05   The hotel must make arrangements for reliable outside catering services when requested.

117.06   The hotel must provide a flip chart stand or hanger, felt-tip markers and extension cords for all meeting rooms. One DVD player, videotape player and a 32" portable high definition, wide-screen (16:9) LCD screen (maximum size 42") set must be available. Its primary use is for employee training.

117.07   The ability to secure rooms to be used on a 24-hour basis is required.

117.08   Wireless high-speed Internet access (HSIA) must be available in all meeting rooms. The business center (if applicable) will typically be covered under the wireless area of the lobby. This service is to be complimentary.



# Rules Of Operation

## 118.00   Guest Room/Suite Amenities And Supplies

118.01   In all Hampton hotels, each guest room must contain the minimum supplies listed on the chart below. See Section 400 for examples.

| QUANTITY | ITEM | LOGO REQUIRED |
|---|---|---|
| 1 | Guest Services Directory* (Make It Hampton) | No |
| 1 | Red "freshen please" service signal (Make It Hampton) | No |
| 1 | Wastebasket (13 quarts)** | Yes |
| 1 | "Do Not Disturb" Card (Make It Hampton) | No |
| 2 | Ashtrays (Only in smoking rooms) | No |
| 1 | Matchbook (Only in smoking rooms) | No |
| 1 | Laundry Bag and ticket with pricing | Yes |
| 1 | TV Channel Identifier Guide/Card w/restaurant listings on the reverse (Make It Hampton) | No |
| 1 | Pen and note pad (Make It Hampton) | No |
| 1 | Telephone Book (White and Yellow pages) | No |
| 1 | Gideon Bible | No |
| 1 | Lap Desk (Make It Hampton) and Hampton Home Collection Card | No |
| 1 | Coffee Maker (minimum 4-cup size or CV1 one-cup coffee maker) | No |
| 2 | Styrofoam or Styrene Coffee Cups (Some Like It Hot, wrapped and bagged, 8 oz.)*** | Yes |
| 4 | Clear Plastic Tumblers (Some Like It Cold, wrapped and bagged, 8 oz.)*** | Yes |

   * See Rule 118.12 for detailed requirements.
  ** Two wastebaskets are required in suites.
*** Glass tumblers and ceramic cups are not allowed in lieu of plastic tumblers and Styrofoam cups.



# Rules Of Operation

118.02   **Each existing two room suite with cook tops in a Hampton Inn & Suites must contain the minimum supplies listed on the chart below. See** Section 400 **for examples.**

| QUANTITY | ITEM | SIZE | LOGO REQUIRED |
|---|---|---|---|
| 1 | Paper Towel Holder | | |
| 1 | Roll of Paper Towels | | |
| 4 | Old Fashioned Glasses | 8 oz. | |
| 2 | Styrofoam or Styrene Coffee Cups (Some Like It Hot, wrapped and bagged)* | 8 oz. | |
| 4 | Clear Plastic Tumblers (Some Like It Cold, wrapped and bagged)* | 8 oz. | |
| 4 | Coffee Mugs | 7 oz. | |
| 4 | Microwave Safe Dinner Plates | 9⅜" | |
| 4 | Microwave Safe Bouillon Bowls | 6⅝" | |
| 4 | Stainless Steel Dinner Forks | | |
| 4 | Stainless Steel Dinner Knives | | |
| 4 | Stainless Steel Teaspoons | | |
| 1 | Plastic Slotted Spoon | | |
| 1 | Plastic Spatula | | |
| 1 | Hand Operated Can Opener | | |
| 1 | Cutlery Sorter | | |
| 1 | Disposable Salt & Pepper Shakers | | |
| 1 | Matching Non-stick 4-piece Cookware Set (2 pots with lids; frying pan with lid) | | |
| 1 | Pot Holder | | |
| 1 | Wrapped Sponge | | |
| 1 | Dish Towel | | |
| 1 | Wastebasket (must be fire retardant) Locate in living area. | 13 qt. | Yes |
| 1 | Coffee Maker (minimum 4-cup size) OR Coffee Maker (CV1 one-cup size). Locate in the kitchen dining area. | | |
| 1 | Guest Services Directory (Make It Hampton) | | No |
| 1 | Red "freshen please" service signal (Make It Hampton) | | No |
| 1 | "Do Not Disturb" Card (Make It Hampton) | | No |
| 2 | Ashtrays (Only in smoking rooms) | | No |
| 1 | Matchbook (Only in smoking rooms) | | No |



# Rules Of Operation

| QUANTITY | ITEM | SIZE | LOGO REQUIRED |
|---|---|---|---|
| 1 | Laundry Bag and ticket with pricing | | Yes |
| 1 | Welcome Kit (see 118.04) | | |
| 1 | TV Channel Identifier Guide/Card w/restaurant listings on the reverse (Make It Hampton) | | No |
| 1 | Pen and note pad (Make It Hampton) | | No |
| 1 | Telephone Book (White and Yellow pages) | | No |
| 1 | Gideon Bible | | No |
| 1 | Lap Desk (Make It Hampton) and Hampton Home Collection card | | No |

\* Glass tumblers and ceramic cups are not allowed in lieu of plastic tumblers and Styrofoam cups.

NOTE: Corkscrews and dishwasher soap must be made available upon request.

118.03 **Each studio suite or two room suite without cook tops in a Hampton Inn and Suites hotel must contain the minimum supplies listed on the chart below. See Section 400 for examples.**

| QUANTITY | ITEM | SIZE | LOGO REQUIRED |
|---|---|---|---|
| 1 | Guest Services Directory (Make It Hampton) | | No |
| 1 | Red "freshen please" service signal (Make It Hampton) | | No |
| 2 | Wastebaskets | 13 qts. | Yes |
| 1 | "Do Not Disturb" Card (Make It Hampton) | | No |
| 2 | Ashtrays (Only in smoking rooms) | | No |
| 1 | Matchbook (Only in smoking rooms) | | No |
| 1 | Laundry Bag and the pricing ticket | | Yes |
| 1 | TV Channel Identifier Guide/Card w/restaurant listings on the reverse (Make It Hampton) | | No |
| 1 | Pen and note pad (Make It Hampton) | | No |
| 1 | Telephone Book (White and Yellow pages) | | No |
| 1 | Gideon Bible | | No |
| 1 | Lap Desk and Lap Desk Hampton Home Collection Card | | No |
| 2 | Styrofoam or Styrene Coffee Cups (Some Like It Hot, wrapped and bagged)\* | 8 oz. | |
| 4 | Clear Plastic Tumblers (Some Like It Cold, wrapped and bagged)\* | 8 oz. | |
| 1 | Paper Towel Holder | | |
| 1 | Roll of Paper Towels | | |



# Rules Of Operation

| QUANTITY | ITEM | SIZE | LOGO REQUIRED |
|----------|------|------|---------------|
| 1 | Coffee Maker (minimum 4-cup size or CV1 one-cup coffee maker) Located in the kitchen or dining area | | |
| 1 | Welcome Kit (see 118.04) | | |

\* Glass tumblers and ceramic cups are not allowed in lieu of plastic tumblers and Styrofoam cups.

**118.04** **Welcome Kit in Suite (Hampton Inn & Suites only)**
Replenish as used. Kit to include the following:

| QUANTITY | ITEM |
|----------|------|
| 1 each | Prepackaged Coffee (caffeinated and decaffeinated). If using CV1 coffee maker is used, two packets of each coffee type are required. See Rule 118.17. |
| 2 | Coffee Condiment Packets (clear packaging required) |
| 2 | Tea Bags (must be the same tea bags used at breakfast [Pickwick or Bigelow] teas), regular and decaffeinated bags required. |
| 1 | Microwavable Popcorn |

**118.05** Each guest room/suite designated "non-smoking" must be identified with uniformly designated signage on door exterior that indicates it is a non-smoking room (see Trademark and Identity Standards, Section 400, Signage).

**118.06** Coin operated devices in guest rooms are not permitted.

**118.07** Each guest room/suite must be identified with uniformly designed and clearly distinguishable numerals. All interior signage must conform with Hampton Identity Standards. Interior signage must be submitted for approval. Refer to Trademark and Identity Standards, Section 400, for interior and exterior signage specifications.

**118.08** Suites are required to have one floor planter approximately 36"h x 30"w and one table top arrangement approximately 10"h x 12"w. Plants must be high quality silk or polyester (no plastic) and containers must coordinate with decor.

**118.09** A free-standing or wall recessed safe may be provided and should be located in the bedroom closet (optional). There can be no additional charge for use of these safes.

**118.10** All guest room/suite light fixtures must contain 100 watt equivalent bulbs which produce a minimum of 1700 lumens (unless prohibited by fixture/shade design). The only energy saving/compact bulbs that are approved for use are listed at Standard 309.12G.

**118.11** At least six wooden or plastic coat hangers (with cross bar) of uniform size, shape and color must be provided. Additionally, at least two pants/skirt hangers with clips must be provided. Hangers must not be anti-theft and must utilize a traditional swivel hook. Hotels under PIP, renovation or opening as of July 1, 2008, must comply with this standard.



# Rules Of Operation

118.12   Each guest room/suite must contain a guest service directory. Directories must be placed on the top of the desk or table (where applicable) in the guest room/suite.

*Hotels opening after July 1, 2008, must utilize the approved inserts, three-hole punched, and placed in the approved three-ring binder directory. See diagram below.*

*Existing hotels that have utilized previous alternative options must utilize the three-ring style upon updating information or replacement of the in-room directory.*




outside of three-ring binder: front



inside of three-ring binder: back and front                    Hampton approved directory



# Rules Of Operation

A.  Three-ring binder specifications:

1.  1-color silk screen

2.  Translucent three-ring binder with 1/2" metal spine

3.  0.035 natural clear polyethylene binder

4.  9.5" by 11.625" binder

5.  Directory company needs to obtain approved binder artwork by contacting:

Hampton Brand Team
755 Crossover Lane
Memphis, Tennessee 38117

6.  When requesting artwork please reference project number 14701 and item number GR 3.14.1. The file format is (Mac) Illustrator 10.

7.  Approved Suppliers:

Please call the MIH Help-Line at 866-MIH-HOW2 or e-mail
hampton.advice@hilton.com



outside of three-ring binder: back and front
NOTE: grey color represents the translucent binder



# Rules Of Operation

B.  Directory Inserts

1.  Inserts must be printed on a 100# bright white stock.

2.  Inserts must be in every directory in every guest room.

3.  Each section in the directory inserts has its own layout for example, the page labeled guest services is the first page of the guest services section.

4.  Information to be included in inserts:

   a.  Welcome

   b.  Description of property: a description of the Hampton Inn or Hampton Inn & Suites and its features

   c.  Guest services: hotel services, telephone information and appropriate extensions (see Rule 101.03)

   d.  Transportation: airlines, car rental, taxis, etc.

   e.  Hotel layout

   f.  Safety and security: information on hotel security and emergency systems

   g.  Places of worship

   h.  In-room safe: information on how to operate the in-room safe (if applicable)

   i.  Dining and entertainment: information on local restaurants. Restaurants should include a range of cuisines and price points. Fast food chains should be avoided.

   j.  Area attractions: information regarding local points of interests, including times of operation, addresses, and phone numbers

   k.  Advertisements

5.  Obtain approved artwork for the directory inserts by contacting:
    Hampton Brand Team
    755 Crossover Lane
    Memphis, Tennessee 38117

6.  When requesting artwork please reference project number 14701 and item number GR 3.14.2. The file format is Adobe InDesign.

7.  The directory inserts must be printed by a professional printer.



# Rules Of Operation

welcome



description of property



guest services



transportation





# Rules Of Operation

hotel layout



safety & security



places of worship



dining & entertainment





# Rules Of Operation

area attractions



advertisements





# Rules Of Operation

118.13   Each guest room is required to have an evacuation plan posted on the guest room side of the entry door. Upon replacement of any of the following items: carpet, wall treatment or case goods, this sign must be updated to meet current standards. Refer to Standard 410.21 in Section 400 for a sample of this required piece.

118.14   Each guest room/suite must be equipped with the Make It Hampton clock radio. The clock radio must be located on, but not attached to the night stand. Clock radios must have battery backups and the preset buttons must be programmed. See *Make It Hampton Product Reorder Catalog* for ordering information.

118.15   Televisions

   A.   By January 1, 2010, all guest room televisions must have digital commercial HD LCD units (see Standard 309.13 for specifications).

   B.   Starting September 1, 2007, all new construction hotels must have digital commercial HD LCD televisions installed in all guest rooms prior to opening (see Standard 309.13 for specifications).

   C.   All channels received must be preset and appropriately identified. Any channel not received must be locked to user access via the commercial master remote.

   D.   Remote control unit may not be secured to any furnishings.

118.16   Each guest room/suite must be equipped with an iron, ironing board and caddy/organizer (see Standard 311.00C).

118.17   In-room coffee makers must be electric and comply with current UL commercial standards.

   A.   Coffee makers must be installed in each room and must be one of two approved types:

      1.   Hamilton Beach CV1 one cup coffee maker
      2.   Four-cup capacity auto shut off coffee maker (with a dark colored brew basket)

   B.   One of the following approved coffee suppliers must be used in the approved packaging: (minimum .49 ounce size packs) 100% Arabica blends.

      1.   Royal Cup Coffee
      2.   Sara Lee Coffee and Tea
      3.   S & D Coffee
      4.   Courtesy Coffee

      If the CV1 is utilized a minimum of two packages each of regular and decaffeinated coffee must be provided (minimum .237 ounce packets).

   C.   Condiments must be provided in clear plastic packaging two per room and include at a minimum the following items:

      1.   One creamer
      2.   Two sugars
      3.   One sweetener
      4.   One stir stick



# Rules Of Operation

   D.  Place a coffee caddy or decorative basket to display coffee and condiments in each guest room/suite.

118.18   The following items are approved to be displayed in the guest rooms/suites all of these items must be approved per Make It Hampton specifications. See Standard 405.00 for examples.

Note: Maintenance work slips are not allowed in the guest rooms.

   A.  Emergency exit and safety cards ("You are here"), refer to Standard 405.00

   B.  Rate card posting rack rates/legal notices/law cards, refer to Standard 405.00

   C.  "Do Not Disturb" (on door knob or key slide-in type). If the key slide-in type is used, the holder is required to be in the guest room door when it is not being used.

   D.  Red "freshen please" service signal

   E.  Pen/notepad

   F.  Guest service directory, refer to Rule 118.12

   G.  TV channel guide

   H.  Lap desk and lap desk card

      1.  King room – Place at the foot of the bed on the corner closest to the door
      2.  Double room – On the bed closest to the window, place at the foot of the bed on the corner closest to the door

   I.  HSIA instructional/informational tent

   J.  Approved comment card (optional)

   K.  "This room cleaned by" card (optional)

118.19   Bathroom Amenities

   A.  Expendable Bathroom Amenities

"Purity Basics" is the Hampton brand's private and exclusive personal expendable amenity program. All Hampton Branded hotels must use Purity Basics products.

      1.  Standard Required Items. All hotels must supply these items:

| QUANTITY | ITEM | SIZE |
|---|---|---|
| 1 | Purity Basics Facial Soap, paper wrapped, square bar | 8 oz. |
| 1 | Purity Basics Bath Soap, paper wrapped, square bar | 1.25 oz. |
| 1 | Purity Basics Moisturizer | 8 oz. |
| 1 | Purity Basics Shampoo | 8 oz. |



# Rules Of Operation

2. Optional Upgrade Items. The following may be offered if the hotel chooses:

| QUANTITY | ITEM | SIZE |
|---|---|---|
| 1 | Purity Basics Conditioner | 8 oz. |
| 1 | Purity Basics Shower Gel | 8 oz. |
| 1 | Purity Basics Mouthwash | 8 oz. |
| 1 | Purity Basics vanity pack in vellum envelope (cotton swabs, emery board, and cotton balls) | |
| 1 | Purity Basics Breath Mints in a tin | |
| 1 | Purity Basics Shoe Mitt with a band | |
| 1 | Purity Basics Shower Cap in a vellum envelope | |

B. Other Bathroom Amenities

Each guest bathroom must contain the items listed on the chart below:

| QUANTITY | ITEM | LOGO REQUIRED |
|---|---|---|
| 1 | Approved "Forget Something" Amenity tray, brand and design specific | No |
| 1 | Night Light (Plug in or hair dryer style) | No |
| 1 | A decorative soap dish must be added when it is not built into the vanity. Must be decorative and of high quality plastic or better. Wicker is not permitted. | No |
| 1 | Wastebasket, minimum 8 qt. size. | Yes |
| 2 | Rolls of toilet tissue, facial quality. (Kleenex Cottonelle 7713; Scott 4460, 7805; Northern 17096; Angel Soft 16580) *These are the only approved products.* **Recommend** that housekeepers fold the exposed sheet into a V-shaped point. | No |
| 1 | Box facial tissue, flat or cube box (Kleenex 21606, 21400, 21268; Surpass 21380; Northern 47796, 46596; Angel Soft 48580, 46580) *These are the only approved products.* | No |
| 1 | Ice bucket with lid, 2 3/4 qt. (2.6 liter) capacity. Glass or Styrofoam buckets and inserts are not acceptable. **Recommend** round insulated bucket. | No |
| 1 | Plastic bag liner for the ice bucket | No |

118.20   Guest Room Linen Specifications (see [Standard 309.09](#) for complete bed specifications)

A. Standard Beds

1. Bed skirt
2. Quilted fitted mattress pad (Quantity required: one turn plus ten percent)
3. Fitted bottom sheet (Quantity required: two and one half turns)
4. 200-plus thread-count top sheet (Quantity required: two and one half turns)
5. Duvet insert (Quantity required: one turn plus ten percent)
6. Duvet cover (Quantity required: three turns)
7. Jumbo feather and synthetic pillows



# Rules Of Operation

    8.  Pillowcases (Two and one half turns quantity required.)

    9.  Lumbar pillow (Quantity required: one turn plus ten percent)

    10.  Lumbar pillow cover (Quantity required: three turns)

    11.  Blanket in zippered plastic bag (Quantity: one per room in drawer or closet)

B.  Rollaway Beds

    1.  Soundly constructed rollaway beds are to be available. Base the quantity on the needs of individual hotels (see Standard 102.20). Rollaway beds must not be stored in hallways, stairwells, or unoccupied guest rooms/suites.

    2.  Rollaway beds must be at least 30″ (.76m) wide x 74″ (1.99cm) long. Mattresses must be at least 4″ (.10cm) thick. Foam mattresses are acceptable. Innerspring mattresses are **recommended.**

C.  Sleeper Sofas

Each sleeper sofa must be neatly made-up with a mattress pad, bottom sheet, top sheet and blanket. If the blanket cannot be not made up in the sleeper sofa, the blanket contained in the approved, zippered plastic bag located in a closet or a drawer (see Standard 309.09) may be used for this purpose. Only one blanket per room is required. Zippered plastic bags should not contain more than one blanket.

D.  Murphy Beds

Each Murphy bed must be neatly made with a quilted fitted mattress pad, bottom sheet, top sheet, duvet insert/cover, four pillows (two firm and two soft) and red "freshen please" service signal).

E.  Baby Bed (Cribs)

Soundly constructed baby beds (cribs) or play yards (play pens) are to be available. The quantity of each is to be based on the needs of individual hotels (see Standard 102.21). Cribs and play yards must not be stored in hallways, stairwells, or unoccupied guest rooms/suites. The following guidelines for cribs and play yards are provided by the U.S. Consumer Product Safety Commission.

    1.  Requirements for metal or wood cribs

        a.  Verify that the crib has not been recalled (up-to-date recall lists are available at www.cpsc.gov).

        b.  The slats must be 3⅜" (60mm) apart or less and no slats can be missing, loose, cracked or splintered.

        c.  The crib must not have sharp or jagged edges.



# Rules Of Operation

    d.  The mattress must fit tightly into the crib. No more than two fingers can fit between the edge of the mattress and the crib side.

    e.  The mattress support must be securely attached to the crib headboard and footboard.

    f.  Screws/bolts holding the crib together must be tight with none missing.

    g.  Corner posts must be 1/16" (1$\frac{1}{2}$mm) high or less.

    h.  Cutouts in the head board and/or footboard are not allowed.

    i.  The drop-side latches must be covered with a well-fitting crib sheet. Never use sheets made for adult beds.

    j.  There should be no pillows, comforters, stuffed animals or other soft items in the crib.

2. Requirements for mesh cribs and play yards

    a.  Verify that the mesh crib/play yard has not been recalled (up-to-date recall lists are available at [www.cpsc.gov](www.cpsc.gov)).

    b.  Mesh must be less than $\frac{1}{2}$" in size.

    c.  Mesh must be free of tears, holes or loose threads.

    d.  Mesh must be securely attached to the top rail and floor plate.

    e.  The top rail cover must not have any tears or holes.

    f.  The mesh crib/play yard cannot have any missing, loose or exposed staples.

    g.  The mattress/floor pad must be covered with a sheet of floor pad cover provided by the manufacturer. Never use sheets made for adult beds or crib sheets because they won't fit.

    h.  There should be no pillows, comforters, stuffed animals or other soft items in the crib.

118.21   Guest Bathroom Linen Specifications

Each guest room/suite bathroom must be supplied with a minimum of the following freshly laundered linens. For required quantities, specifications and logo requirements see [Standard 310.11A-C](Standard 310.11A-C) in Building and Furnishing, Section 300.

  A.  Bath towels

  B.  Hand towels

  C.  Washcloths

  D.  Bath mats



# Rules Of Operation

118.22   Hotels with open front vanities who desire to place towels on the shelves must fold and place them on the shelf at the furthest distance from the toilet. If desired, one hand towel and one washcloth may be displayed on the vanity top. All other hotels must place towels in the approved towel box holder. The bath mat can be placed either separately on one of the vanity shelves, the toilet tank or on the tub edge. Hotels with separate vanity areas may place bath terry, shampoo and bath soap in the toilet shower area.

118.23   No solicitation may be made to reduce towel laundering services.



# Rules Of Operation

## 119.00   Quality

(Rule Of Operation 100.04L)

119.01   All Hilton Hotels are subject to periodic Quality Assurance evaluations performed by the Hilton Hotels Quality Assurance staff. The hotel is required to provide a complimentary room for the Quality Assurance Auditor for the stay relating to the evaluation. The purpose of these evaluations is to verify that all hotels are in substantial compliance with Hilton operating standards relating to:

   A.  Cleanliness of the hotel

   B.  Condition of the hotel

   C.  Adherence to brand standard operating rules

   D.  Service delivery

Evaluations are scored on a three tier grading system of:

   A.  Outstanding

   B.  Acceptable

   C.  Unacceptable

Hotels receiving an "Outstanding" or "Acceptable" rating will be evaluated a minimum of two times each year. Hotels scoring an "Unacceptable" rating will receive a *follow-up* evaluation 30 to 90 days after the "Unacceptable" evaluation to verify improvement of deficient issues.

119.02   Hotels receiving an "Unacceptable" follow-up evaluation are deemed to be substantially non-compliant with Hilton quality standards. Upon presentation to the Quality Assurance Committee for review and consideration, the hotel may be issued a Notice of Default and Termination. Should a hotel be issued a Notice of Default and Termination, a final *special* evaluation would be conducted. The date of the special evaluation will be announced and communicated via certified mail to the principal correspondent of the hotel. The purpose of the special evaluation is to verify that all previous deficient issues have been remedied and to ensure that no new substantial issues are present. An "Unacceptable" score on the final special evaluation may result in termination of the license.

119.03   Improvement Plan

All evaluations will include a detailed "Improvement Plan" outlining remedies for all items found to be deficient. Upon completion of the inspection, the Quality Assurance consultant will review and answer any questions the General Manager has regarding the noted deficiency. If the overall Evaluation Grade is Unacceptable, then the General Manager will be required to submit an updated Improvement Planner with corrective action, person responsible for corrective action and targeted completion date to the Quality Assurance consultant within 14 days of the inspection.



# Rules Of Operation

119.04   Each hotel must maintain a structure and décor package which offers our guests a fresh and current product. During routine Quality Assurance evaluations, QA consultants will identify properties which may have potential issues with dated or non-conforming designs in the commercial or guest room/suite areas.

When one of these potential properties is identified, the QA consultant will document any dated or non-conforming issues and forward this information to the Hilton Hotels Quality Assurance Design Review Department. If there is an issue, the hotel's owner/manager will be notified and will be required to submit a detailed plan to the Hilton Hotels Quality Assurance Design Review Department (completed by a certified interior designer of firm) for correcting these issues.

119.05   Plans, color boards or samples must be submitted to the Quality Assurance Department of Hilton Hotels for approval prior to any refurbishment or renovation at the hotel. *(Projects requiring approval include major renovations and construction projects as well as routine refurbishment and replacement of items such as [but not limited to] carpeting, drapery, furniture, wall treatment, Robert Allen bed skirt and lumbar pillow cover fabric colors, etc.)*

Samples and plans must be submitted to:

Hilton Hotels Corporation
Quality Assurance Department
755 Crossover Lane
Memphis, TN 38117
901/374-5000

Orders should not be processed until approval is received from Hilton Hotels Quality Assurance Department.

119.06   Re-licensing Renewal/Change of Ownership

Hilton Hotels Quality Assurance Department will conduct an inspection of the property, note deficiencies and variances from prevailing Hampton standards, including but not limited to construction standards and furnishing standards. A Product Improvement Plan will be prepared.

Failure to identify deficiencies does not relieve the franchisee of the responsibility of completing/correcting these items or making modifications necessary to comply with Hampton standards.

Submissions for approval must be made as follows:

  A.  Where the redesign/refurbishing of existing facilities is required, design drawings, including but not limited to guest room and commercial area furnishings, layouts and interior/exterior color elevations, must be submitted to and approved by Hilton Hotels. Color renderings must be submitted to and approved by Hilton Hotels.

  B.  Where construction of additional facilities is required, complete drawings and specifications are to be submitted to and approved by Hilton Hotels before beginning construction.

A visit by the Hilton Hotels Quality Assurance Department will occur on or after the project is 50 percent completed to verify progress on the approved plan.



# Rules Of Operation

119.07   Brand Performance Gate Standards

   A.   Minimum Performance Gate

A Brand Minimum Performance Gate Standard will apply to all hotels, based upon a rolling six (6) months of data. At the time of the Quality Assurance evaluation, any hotel that has a Performance Gate score below the acceptable threshold level (in 2008 the threshold is 62 percent for Hampton Inn and 67 percent for Hampton Inn & Suites), using the Satisfaction and Loyalty Tracker (SALT) "Overall Combined" score of the Top Box as "9" or "10", will receive an automatic, non-reversible grade of "Unacceptable." Quality Assurance will still conduct the evaluation so a clear map for improvement can be formulated.

   B.   Outstanding Performance Gate

The Outstanding Performance Gate replaces previous Service Gates and serves as an eligibility threshold (in 2008 the threshold is 76 percent for Hampton Inn and 80 percent for Hampton Inn & Suites) to achieve an Outstanding Quality Assurance evaluation. Hotels with "Overall Combined" scores (Top Box 9 and 10 based upon a rolling six [6] months of data), residing above the Performance Gate will be eligible to receive an Outstanding should all other Quality Assurance requirements be met.



# Rules Of Operation

## 120.00   Hotel Technology

120.01   Hilton Hotels will not provide support for any non-approved third-party software and/or equipment.

120.02   Hotel must neither attach nor use third-party equipment and/or interfaces with the OnQ equipment which have not been certified by Hilton Hotels as meeting Hilton Hotels specifications. Hotel may not install other third-party non-OnQ software on equipment that has not been certified by Hilton Hotels as being compatible with OnQ. A list of compatible third-party software is available on the OnQ Web site. Failure to follow this standard will void any maintenance agreement with Hilton Hotels and cause the hotel to be the sole bearer of any and all repair or replacement expense.

120.03   OnQ software packages that are Microsoft XP or NT workstation compatible need the legal, licensed software (original installation diskettes) in order to install the software.

120.04   Key Hotel Marketing Reports are available online through the Hilton extranet Web site OnQ Insider.

120.05   One workstation must have Internet access.

120.06   Principal correspondents or appointed designee must provide a valid e-mail address to the Hampton Brand Management Team. The Hampton Brand Management Team must be notified in writing within 10 business days of a change in the principal correspondent or designee e-mail address.

120.07   Total Solution

This program allows for the continual 3-year cycle refreshment of OnQ. The Hampton brand will assume the cost of installation of new hardware technology across the system. This will ensure that the hotel's hardware technology platform will remain current and consistent across the brand. The current equipment model deployed at the property during refresh becomes the minimum equipment standard for the hotel. Total Solution only covers the hardware that is primarily used for OnQ. The assumption of costs is determined by the hotel's opening date. Total Solution becomes effective on July 1, 2001.

When certain OnQ certified equipment or parts for certain OnQ certified equipment are no longer being manufactured or reasonably obtainable, Hilton must notify hotels of such circumstance and that maintenance on such certified equipment will no longer be provided by Hilton. In this circumstance, is it is recommended that hotels replace the retired model with the currently manufactured certified model.

   A.  Hampton brand Management will cover hardware costs, including shipping of OnQ. The hotel is responsible for the software related costs and all implementation cost.

   B.  All properties are responsible for payment of personal property tax.

   C.  All properties are responsible for equipment maintenance.

   D.  Total Solution is a mandatory program for all Hampton branded hotels.



# Rules Of Operation

120.08 Three e-mail accounts are assigned per hotel by Hilton Hotels Corporation. Advantis e-mail accounts will no longer be issued and the existing accounts will no longer be utilized. The hotels should check their e-mail account on a daily basis. The new e-mail accounts are established as follows: FirstName.LastName@hilton.com

At minimum one e-mail account must be associated with the general e-mail account as noted below. This can be established by assigning the account through the OnQ identity site at ID.hilton.com

    A. Inncode.hampton@hilton.com
       (example: LAXTH.hampton@hilton.com)

    B. Inncode.hampton.suites@hilton.com
       (example: LAXTH.hampton.suites@hilton.com)

**Recommended:** That the hotel access the e-mail system one time per day.

120.09 Each Hampton hotel will have one training workstation (monitor, mouse, keyboard and CPU) as part of its OnQ Total Technology Solution package. This training workstation is to be dedicated to training distributed by the Hampton Brand—not OnQ training. The workstation will have hardware and software required to run training programs such as *Ultimate Service–Make It Hampton* and *On the House Breakfast Training*. This computer will also have a wireless card providing it with high-speed Internet access in conjunction with the completion of the hotel's HSIA install. It will not, however, be able to access the OnQ network. The workstation should not be linked to any other computer at the hotel.

The hotel may not install or connect any third-party network equipment that would allow access to the training computer from an outside source. Fire walls and other devices installed on the training computer must be certified by Hilton.

As with the OnQ system, the maintenance of the workstation is the responsibility of the hotel. This fee will be added to the hotel's monthly system maintenance billing. Also, as with the OnQ system, the hotel must neither attach nor use non-certified third-party software, hardware and/or interfaces on the training workstation. This would include the download and/or access of items which would be considered of questionable nature.

120.10 Each Hampton Hotel will maintain the most current version of Microsoft Office. Software will be purchased at a reduced rate and billed through monthly installments through the Hilton IT Department.



# Rules Of Operation

## 121.00   Environmental Program

The environmental program is currently being restructured. The new environmental program will be released in 2008.



# Rules Of Operation

## 122.00   Hampton Brand Privacy

122.01   Hilton Family Guest Access

   A.  Hotels, management companies, franchise groups, clusters, brands, etc., must adhere to all applicable laws regulating communications (telemarketing, direct mail, e-mail, etc.) to consumers.

   B.  The Messaging Resource Center (MRC) is the central point for communication to guests from all sources—managing volume, opt-outs and access across Hilton Hotels Corporation.

   C.  Direct mail lists must be obtained and approved from the Messaging Resource Center (MRC). To streamline and create ease of use, hotels can request lists via the Hampton Sales and Marketing Tool Kit http://hamptonsalesandmarketing.com. This ensures that Hilton Family privacy standards are in compliance and seamless to the hotel user.

   D.  Hotels, management companies, franchise groups, clusters, brands, etc., are prohibited from collecting and maintaining their own e-mail databases. All access to customers must be through the Messaging Resource Center (MRC), ensuring the brands ability to provide an opt-out and adherence to applicable laws.

122.02   Hilton Family Privacy Values and Business Practices

The Hilton Family has adopted a set of privacy values that guide its stewardship of customer data as the foundation for beneficial customer relationships based on trust. Hilton Family customers are offered options on the use of their personal data. They may choose to opt-in or to opt-out of a variety of marketing offers and communications channels. The Hilton Family Guest Access Marketing Standards make it possible to honor customer choice. Hilton Family Brands and hotels are also committed to business-building practices that direct activity toward taking share from Hilton Family competitors, rather than competing for the business of sister hotels within the Hilton Family. The Hilton Family Guest Access Marketing standards are intended to serve as "rules of the road" in meeting this objective. For answers to questions about Hilton Family Guest Access Standards, you may contact your Hotel Performance Support Team.

122.03   Marketing Channels

   A.  Unapproved Marketing Channels – Telemarketing, Outbound Fax and Hotel Generated E-mail.

     Individual hotels and hotel marketing clusters may not use telemarketing, outbound fax or hotel generated e-mail communications for marketing purposes. These restrictions are required to honor customer choice as well as to comply with applicable law.

   B.  Approved Marketing Channels – Direct Mail

     When using direct mail, please refer to Rule of Operation 122.05 for specifics.

     To streamline and create ease of use, hotels can request lists via the Hampton Sales and Marketing Tool Kit http://hamptonsalesandmarketing.com. This ensures that Hilton Family privacy standards are in compliance and seamless to the hotel user.



# Rules Of Operation

122.04   Hotel Access to Guests

A.  Hampton branded hotels can access a variety of guests and prospects.

These guests and prospect groups include:

1. Past guests of the hotel
2. Hilton HHonors members
3. Hilton HHonors partner customers
4. Other Hilton Family guests
5. Senior guests
6. Leisure guests
7. Motor coach/Tour operator guests

To streamline and create ease of use, hotels can request lists via the Hampton Sales and Marketing Tool Kit http://hamptonsalesandmarketing.com. This ensures that Hilton Family privacy standards are in compliance and seamless (via direct mail) to the hotel user.

B.  Access to Past Guests of the Hotel

1. Hampton branded hotels can access past guests of their own hotel via direct mail with a requirement that the list of past guests is obtained via HHC's centrally managed Messaging Resource Center (MRC). Access is most easily gained through the Hampton Sales and Marketing Tool Kit at http://hamptonsalesandmarketing.com.
2. Hotels may not create a list of past guests out of the hotel's guest history file.
3. Hotels may not use any list of past guests or prospects compiled via business card collection, third-party list purchases, etc., without working with the MRC to screen such lists against the centrally managed system. This message/marketing piece must be approved by the Hampton brand.

C.  Access to Past Guests of Terminated Hotels

1. Hilton HHonors Worldwide (HHW) will centrally communicate to members with past stays at a terminated hotel to inform these members of all nearby HHonors hotels that can be considered alternatives. This communication will primarily be via regularly scheduled e-mail communications and via paper statement messages. Hotels are automatically featured in these venues with the standard Brand offer, your hotel can elect to offer to do a bonus offer.
2. HHW will also centrally-manage a hotel funded direct mail initiative to members with past stays at the terminated hotel. If there are several hotels within a reasonable proximity of the terminated hotel, the HHonors team will ensure that each of these hotels has an opportunity to participate in a hotel-funded co-op mailing or blast e-mail to past area guests.
3. If a hotel declines to participate in a hotel co-op direct mail effort, the mailing will proceed without the declining hotel.



# Rules Of Operation

D. Access to Hilton HHonors Partner Customers

Hampton branded hotels may have access to direct mail lists of customers of selected Hilton HHonors partners. Partner database access varies widely among HHonors partners. Interested hotels should contact their HHonors Marketing Manager for full details including any applicable costs.

E. Access to Non-HHonors Members

Hampton branded hotels may access Hilton Family guests who are not members of HHonors by direct mail via the MRC. If the hotel has a communication that is to be sent via the MRC, the selection of past guests and suppression of necessary opt-outs will be handled by the central control desk. Content review will be undertaken by the Hampton brand. Hotels can access this list through the Hampton Sales and Marketing Tool Kit at http://hamptonsalesandmarketing.com.

122.05    Mailing List Usage Guidelines

Hotels receiving access to such lists agree in writing to safeguard the data as confidential and proprietary information and agree to follow proper approval steps.

A. Approval to use the list(s) is granted for one-time only for marketing purposes that are approved by the hotel's General Manager, the Brand Marketing team and if applicable, the Hilton HHonors management.

B. Marketing materials approval must be obtained from HHC's central legal department, from the Brand Marketing team and, if applicable, Hilton HHonors management. All items on the site are pre-approved by HHC's central legal department.

C. Mailing List Request Process

All requests for access to Hilton HHonors or other Hilton Family guests, including a hotel's own past guests, are to be directed to the Hampton Sales an Marketing Tool Kit at http://hamptonsalesandmarketing.com. This will ensure that Hilton Family Privacy Standards and legal department approvals are in compliance.



# Rules Of Operation

122.06   Hilton Family Use of Guest Personal Information

    A.   Definition of Personal Information

    Personal information is information about or related to an individual. It includes any information that can be linked to an individual or used directly or indirectly to identify an individual. Most information collected by a business about a customer or potential customer, is likely to be considered personal information. Some examples of personal information are:

1. Name
2. Home or e-mail address
3. Identification numbers (i.e., drivers license number, passport number)
4. Account numbers (i.e., HHonors number, credit card number)
5. Physical characteristics
6. Consumer purchase history or preferences
7. Telephone number

    B.   The personal information of guests may be used to process reservations and other transactions requested by guests and to provide customer service.

    C.   The only acceptable use of guest access personal information for marketing purposes is when marketing your Hampton hotel. You may never use guest personal information to market the products or services of a third-party or non-Hampton hotel.

    D.   Guest personal information may never be shared, sold or rented to third-parties. You may grant access to guest personal information to third-parties only to assist in processing transactions or providing customer service and provided that the third-party agrees to be shared with third-parties for third-party marketing purposes.





### Section 200
# Breakfast

– CONFIDENTIAL –
for use by Hilton Hotels only

**Any questions regarding the contents
of this manual may be addressed to:**

**HILTON HOTELS CORPORATION
755 CROSSOVER LANE
MEMPHIS, TENNESSEE 38117-4900
PHONE: 901/374-5000**

05272008



# Breakfast

| | | |
|---|---|---|
| 200.00 | Breakfast Standards Overview | 200-1 |
| 201.00 | Service Standards | 200-4 |
| 202.00 | Coffee Zone Standards | 200-6 |
| 203.00 | Juice Zone Standards | 200-10 |
| 204.00 | Cold Zone Standards | 200-14 |
| 205.00 | Baked Zone Standards | 200-18 |
| 206.00 | Fresh Zone Standards | 200-24 |
| 207.00 | Hot Zone Standards | 200-28 |
| 208.00 | Hampton's On the Run™ Breakfast Bag Standards | 200-33 |
| 209.00 | Breakfast Artwork/Décor Enhancement | 200-36 |
| 210.00 | Presentation Standards | 200-38 |
| 211.00 | Food Safety and Sanitation Standards | 200-47 |



# Breakfast

## 200.00   Breakfast Standards Overview

Note: This document contains approved products with codes. Most products have a manufacturer's product code (MPC) that is universal from supplier to supplier. Food distributors may also assign products to their own codes. This document shows MPC and SYSCO universal product codes (SUPC). In some cases, private label products are also approved as long as the product codes are the same as those listed in this document. If there are questions regarding the acceptability of a product, contact your HPS director before refusing delivery. If your property uses a food service distributor other than SYSCO, the codes in this document may not match the ones used by your supplier. Properties not using SYSCO Food Service need to take steps to ensure that Quality Assurance can verify your products are approved. Request documentation from your food service distributor that shows product code equivalents. This document along with breakfast invoices will be shown during a Quality Assurance evaluation. Properties are responsible for ensuring that Quality Assurance can verify approved products. If you have difficulty obtaining this information from your food service supplier, please contact your regional Hilton Supply Management representative for assistance. Contact numbers are shown below.

- HSM West
  Nicole Marsenich - (248) 594-2893 or Nicole.Marsenich@hilton.com
  AK, AR, AZ, CA, CO, IA, ID, KS, LA, MO, MT, ND, NE, NM, NV, OK, OR, SD, TX, UT, WA, WY, Latin America

- HSM Southeast
  Bill Winston - (205) 608-4511 or Bill.Winston@hilton.com
  AL, FL, GA, MS, NC, SC, TN, VA, Puerto Rico

- HSM North Central/Northeast
  Chad Bernota - (301) 874-0690 or Chad.Bernota@hilton.com
  CT, DC, DE, IL, IN, KY, MA, MD, ME, MI, MN, NH, NJ, NY, OH, PA, RI, VT, WI, WV

- HSM Canada
  Walter Bosse - (514) 828-4227  or Walter.Bosse@hilton.com

200.01   Breakfast standards are designed to provide team members information that will help them to:

A. Create a consistent breakfast experience that exceeds guests' expectations across the entire Hampton system

B. Promote a work environment that allows "Hampton Moments" with guests

C. Assure consistent food presentation, quality and safety

200.02   Training

A. A complete outline of required training is provided in Rule of Operation 106.00, Learning and Development.

B. All staff members who serve, set up, or supervise those who serve the breakfast must successfully complete Hampton's On the House breakfast training program located on OnQ Insider.



# Breakfast

C. All staff members who serve or set up breakfast must be trained on the correct layout and presentation standards of each breakfast zone.

200.03   Complimentary Breakfast/Coffee, Tea and Hot Cocoa Service Availability

A. Hampton's On the House breakfast must be available to all guests at no charge in the lobby of the hotel, or in a designated area, from the hours of 6:00 a.m. to 10:00 a.m. every day.

B. Hampton's On the Run Breakfast Bag, Hampton's shelf-stable, pre-packaged complimentary breakfast, must be available from 5:30 a.m. to 10:00 a.m. Monday through Friday. This is the minimum service being offered for guests who do not have time to enjoy the regular On the House complimentary breakfast. (See Breakfast Standard 208.00)

C. Complete coffee, tea, and hot cocoa service must be available in the hotel lobby for all guests at no charge, 24 hours a day. Coffee must be displayed using approved thermal servers with graphic wraps. Tea and hot cocoa must be displayed in approved containers. (See Breakfast Standard 202.00 and 210.00)

200.04   Health Code Standards

All food handling and storage techniques must meet local health department requirements. Hampton standards may be more stringent than local codes, or local codes may be more stringent than Hampton standards. In every case, meet whichever standard is higher. (See Breakfast Standard 211.00 for minimum food safety standards.)

200.05   Quality Assurance

A. Breakfast is evaluated regularly during Quality Assurance visits. The QA auditor will rate the preparation and service of the On the House breakfast to ensure compliance with the following:

1. Food storage
2. Food quality
3. Cleanliness
4. Sanitation
5. Structure, lighting, ventilation
6. Risk control
7. Food presentation
8. Food products

B. Breakfast invoices must be kept on file for at least 30 days to demonstrate that correct products are ordered for the On the House breakfast. Invoices will be requested during a Quality Assurance Evaluation.

200.06   Approved Products Listings

All products listed have been tested and are approved. Some categories have multiple approved products to ensure that food suppliers have an ability to carry at least one of the products. Please work with your food suppliers to be sure that you have access to at least one of the approved items in each category. They may be willing to bring in additional Hampton approved products based on usage.



# Breakfast

200.07   Breakfast Equipment

   A. Preparation and service of our On the House Hot Breakfast requires that specific pieces of commercial equipment are available and used. (New construction and relicensing hotels please see Section 300—Building and Furnishing.) Required equipment includes:

   1. Chafer

      a. Spring Chafer model K2509-6

      b. Two chafers required for properties over 150 rooms

      c. Chafer not used in properties using the Guest Self-Service option

   2. Coffee brewer

      a. Fetco CBS-2051 for properties with 79 or fewer rooms

      b. Fetco CBS-2052 for properties with 80 rooms or more

   3. Convection oven

      a. Moffat Turbofan E31 for properties with 119 rooms or fewer

      b. Moffat Turbofan E32 for properties with 120 rooms or more

      c. An oven stand is recommended and necessary when there is insufficient countertop space available in the pantry.

   4. Juice dispenser – dispenser determined by juice supplier choice

      a. Quest 4 Post Mix Juice Dispenser, 2- or 4-head, (provided by Royal Cup, Sara Lee, and S&D Coffee)

      b. Vitality Express Beverage System, 2- or 4-head, (provided by Vitality)

   B. Baker's racks are not permitted. When breakfast buffet countertop space is limited, expand breakfast space by:

   1. Building additional cabinets/countertops adhering to Hampton standards

   2. Purchasing a Hampton approved table for use in the Coffee Zone. (See Section 300—Building and Furnishing or Breakfast Standard 202.16.)

   C. Two decorative trash cans should be conveniently located in the breakfast area. Receptacles are to be made of a finished metal that complements the décor.

   D. Two highchairs should be conveniently located and visible to guests in the breakfast service area.

   E. Serving trays should be conveniently located and visible to guests in the breakfast area.

   F. If space allows, a guest-use microwave may be placed in the Hot or Baked Zone. The microwave must be white or stainless steel.



# Breakfast

## 201.00  Service Standards

201.01    Breakfast Coverage

    A.  A minimum of one breakfast host/hostess must be dedicated to working the On the House breakfast area from 6:00 a.m. to 10:00 a.m. each day.

    B.  Hospitality Host presence is required each day during breakfast peak hours to make a connection with guests and create a welcoming environment. A minimum of $1\frac{1}{2}$ hours is required.

201.02    Hampton Moment

    A.  Hospitality Host presence at breakfast during the peak 1½ hours each morning is required. The role of the Hospitality Host is to connect with guests at breakfast, ensuring guest satisfaction and providing service recovery when needed to build continued loyalty to the Hampton brand.

    B.  The Hospitality Host is any member of the hotel team whose natural talents and abilities enhance customer experience.

    C.  The Hospitality Host will offer guests a warm greeting and a Hampton Moment Maker mint box. A mint box is also provided in Hampton's On the Run Breakfast Bag. Mint boxes are not offered on the breakfast buffet.

    D.  The goal of the Hampton Moment is to make an emotional connection with every guest. Any time that the Breakfast Host/Hostess is not involved in re-therming and replenishing activities, he or she must greet guests and offer the Hampton Moment Maker mint box. At a minimum, we suggest making rounds at least every 30 minutes.

    E.  The Hospitality Host and/or Breakfast Host/Hostess will prepare the Hampton Moment basket with an acrylic inset. He or she will then fill the basket with mint boxes. See Service section of the On the House Hot Breakfast Guide for photograph of correctly assembled basket.

201.03    The Breakfast "Zones"

    A.  Consistent presentation standards must be observed at all times to assure that each Hampton guest experiences the same On the House breakfast from location to location.



# Breakfast

B. Each property is to maintain six breakfast zones on the breakfast buffet:



   1. Coffee Zone

   2. Juice Zone

   3. Cold Zone

   4. Fresh Zone

   5. Baked Zone

   6. Hot Zone

C. Each breakfast zone consists of the following parts:

   1. Graphics:

      a. Zone signs–Each zone has an approved identification sign that is to be placed 3" above the finished surface of the countertop.

      b. Romance cards–Romance cards are used to describe menu items.

      c. Condiment cards–Condiment cards and wire condiment card holders are provided for each zone to identify the condiments on display.

   2. Displayware and serving utensils–Each zone has appropriate displayware such as serving dishes and holders for single-use cups, plates, bowls and napkins. Utensil *bain maries* with utensil lifts hold single-use utensils with handle ends up. *Bain marie*s in the Coffee Zone do not have utensil lifts. Refer to individual zone descriptions for more details.

D. At the conclusion of breakfast, all displayware is to be properly cleaned and may be returned to its position on the counter for use the next day.

E. The graphics package and displayware must be maintained in a like-new condition and be replaced on an as needed basis.

F. The addition of any décor enhancing items that are not part of the breakfast kit described in these standards, such as silk or dried flowers, artificial fruit, crockery, regional accessories, etc., is prohibited.

G. Holiday or seasonal decorations are not permitted on the breakfast serving surface nor the breakfast tables and chairs.



# Breakfast

## 202.00  Coffee Zone Standards

202.01  Adjacencies and Traffic Flow

<div style="float:right">

![Coffee zone display photograph]

</div>

    A. Arrange the zone in an order that is conducive to the heaviest flow of traffic and natural progression of movement.

    B. Displayware in the Coffee Zone includes:

        1. Coffee dispensing thermal servers with graphic wraps

        2. Two cup/lid holders. Approved coffee cups and lids:

            a. Cup, 10 oz., Hampton logo, Perfect Touch, Georgia Pacific, MPC #53101513, SUPC #3582525

            b. Lid for 10 oz. cup, Georgia Pacific, MPC #D9542, SUPC #5350657 or #1503226

            c. Cup, 10 oz., foam, Hampton logo, Dart®, MPC #10J10, SUPC #9632910, #2906865 or #9508862

            d. Lid for 10 oz. foam cup, Dart®, MPC #10JL, SUPC #4096319

            e. Cup, 16 oz., Hampton logo Perfect Touch, Georgia Pacific, MPC #53561513, SUPC #3582558

            f. Lid for 16 oz. cup, Dart, MPC#10FTL, SUPC #5641915 or #4918645

        3. OPTIONAL: One napkin holder for white napkins. Napkins must be white, 2-ply, 15″ x 17″ (unfolded) or 7½ x 4″ (folded). For approved napkins, see *Hampton Recommended Products* on OnQ Insider > Hampton Brand page.

        4. Stirrer holder–*Bain marie* with stir stick riser and graphic band

        5. Trash container–*Bain marie* with graphic band affixed to top portion of container as shown in On the House Breakfast Guide Coffee Zone photograph.

        6. Tea caddy–purchase through your approved coffee suplier.

        7. Hot cocoa basket

        8. Three-tiered condiment display with appropriate condiment cards on stands

        9. Zone sign

    C. The thermal servers are to be arranged with the regular and robust selections in the middle of the arrangement. The decaffeinated and hot water selections are placed on either side of the grouping.

Ce crops not needed



# Breakfast

D. The Coffee Zone graphic on its sign holder is to be positioned directly behind the regular and robust thermal servers. The bottom of the sign should be positioned 3" above the finished surface of the countertop.

E. *Bain marie*s are always located adjacent to the three-tiered condiment display.

F. The tea caddy and hot cocoa basket are always located adjacent to the hot water server.

G. Cup and lid holders are always located adjacent to the tea caddy/hot cocoa basket and the three-tiered condiment display.

H. When space is limited, the arrangement may be altered as long as adjacencies are observed. For example, the three-tiered condiment display and *bain marie*s may be placed on the same side of the thermal servers as the tea caddy/hot cocoa basket. In this case, only one cup/lid holder may be necessary.

202.02   At all times, three coffee selections must be available for the guest: robust, regular and decaffeinated. Hot water will also be provided for tea and hot cocoa selections.

202.03   The following coffee blends must be utilized:

Royal Cup Hampton Robust Blend – European Gourmet
Royal Cup Hampton Regular Blend – Fancy Gourmet
Royal Cup Hampton Decaffeinated Blend

Or

Sara Lee® Hampton Robust Blend – Metropolitan Vienna
Sara Lee® Hampton Regular Blend – Café Royal
Sara Lee® Hampton Decaffeinated Blend

Or

S&D Hampton Robust Blend – European Select
S&D Hampton Regular Blend – American Select
S&D Hampton Decaffeinated Blend

202.04   The FETCO® coffee brewer is to be located in the pantry area–not in guest view. It must be maintained in accordance with FETCO® requirements.

202.05   Other coffee systems (cappuccino machine, individually brewed or others) are not permitted.

202.06   Coffee service through wall units is not permitted.

202.07   Coffee must be served in approved FETCO® 1.0- or 1.5-gallon thermal servers (urns). Each server must have the correct thermal wrap graphic. (See Breakfast Standard 210.00.) Wraps must be properly maintained and replaced as necessary.



# Breakfast

202.08   Coffee servers must be maintained in accordance with FETCO® requirements. The digital display (brew funnel) should be in working order and be monitored for refilling requirements. For optimal performance, the digital display (brew funnel) should be removed when brewing and should never be submerged in water during cleaning. Damaged displays can be replaced through your coffee supplier.

202.09   The host/hostess should refill guests' coffee cups on an "as time allows" basis. A generic black thermal coffee server (provided by the hotel) is to be used. Glass coffee pots are not permitted. Appropriate condiments are to be offered.

202.10   Individual serving size packets of hot cocoa must be provided in the Coffee Zone and displayed in the approved hot cocoa wire basket according to the presentation standards shown in Breakfast Standard 210.00. The basket should be kept at least half-full at all times. Approved hot cocoa:

   A.   Nestlé®, MPC #5000-25485, SUPC #1739663

   B.   Nestlé®, MPC #28000-45960, SUPC #4046710

   C.   Nestlé®, MPC #5000-70060, SUPC #1742519

   D.   Swiss Miss® (ConAgra), MPC #15700-55280, SUPC #4037701

202.11   A variety of teas in individual serving size packets must be provided in the Coffee Zone. Teas are to be displayed in an approved wire caddy provided by coffee/tea supplier according to the presentation standards shown in Breakfast Standard 210.00. The tea caddy must be kept at least half-full at all times. Approved teas:

   A.   Bigelow (distributor S&D Coffee, Royal Cup) regular and decaffeinated tea product

   B.   Pickwick (distributor Sara Lee® Coffee & Tea) regular and decaffeinated tea product

202.12   Sugar, Equal®, Splenda®, and Sweet'N Low® in portion-controlled packets are required. Sugar and sweeteners are to be presented in a three-tiered condiment display, correctly labeled with condiment cards on wire stands. Private label sweeteners are not permitted. Approved national brands include:

   A.   Equal®

   B.   Splenda®

   C.   Sugar

       1.   Domino®

       2.   Diamond Crystal®

   D.   Sugar Twin®, (Sweet'N Low® substitute)

   E.   Sweet'N Low®



# Breakfast

202.13 Three choices of shelf-stable creamers in portion-controlled packaging are to be presented in a three-tiered condiment display, correctly labeled with condiment cards on wire stands. Creamer flavor choices should include hazelnut, French vanilla, and plain. Cinnamon hazelnut may be substituted when hazelnut is not available. Powdered creamer is not permitted. Private label creamers are not permitted. Approved national brands include:

    A. Carnation®

    B. Coffee-mate®

    C. HP Hood

    D. International Delight™

    E. Land O'Lakes®

    F. Morning Star

202.14 Replenish stirrers, condiments, cups, and lids as needed to maintain holders at least half-full. Coffee cups should not be stacked more than 3" above top ring on the wire holder. Empty trash *bain marie* as needed.

202.15 Displayware for the coffee station must be maintained as shown in Breakfast Standard 210.00.

202.16 Existing properties with insufficient countertop space may utilize free-standing tables for the Coffee Zone. The tables should be located on a tiled floor if possible. These tables must be a minimum of 20" deep and have a stained wood finish to match existing case goods. Table top is required to be a solid surface material equal to Gibraltar®, by Wilsonart® or natural granite. Glass, wood or plastic laminate tops are not allowed. Table design must be submitted to Hilton Hotels Corporation for approval.



# Breakfast

## 203.00   Juice Zone Standards

203.01   Adjacencies and Traffic Flow

A. The Juice Zone should be placed in an outside corner of the breakfast bar to allow guests to refill their juice cups easily.

B. Displayware in the Juice Zone includes:



1. Juice machine (properties with cabinet height restrictions use stainless steel pitchers)

2. Two wire cup holders for clear or frosted 9 oz. plastic cups

3. Two water pitchers with drip trays

4. White crockery display enhancements if space permits

**Note:** the juice graphic on the face of the juice machine takes the place of both zone signage and romance cards in the Juice Zone.

C. Plastic cups in wire holders should always be located between the juice machine (or juice pitchers) and the ice water pitchers.

D. When space is limited, the zone arrangement may be altered in order to best suit the space available. However, the adjacencies discussed in this section must be observed.

203.02   Displayware for the Juice Zone must be maintained as shown in Breakfast Standard 210.00. One of the following juice suppliers must be used:

A. Royal Cup–Royal Grove® juice

B. Sara Lee®–Suntipt® Fruit Juices

C. S&D–S&D brand juice

D. Vitality®–Sunkist® Juice (may be serviced by SYSCO or Vitality®)

203.03   An approved juice machine is to be in the Juice Zone with a minimum of two juice selections available, three selections maximum. (When using a four-head juice dispenser, two of the four selections must be orange juice. For example, two orange juice, one apple juice, and one grapefruit juice selection would be offered.) Approved supplier juice machines include:

A. Royal Cup–Quest 4 Post Mix Juice Dispenser, 2- or 4-head

B. Sara Lee®–Quest 4 Post Mix Juice Dispenser, 2- or 4-head

C. S&D–Quest 4 Post Mix Juice Dispenser, 2- or 4-head

D. Vitality®–The Vitality® Express Beverage System, 2- or 4-head



# Breakfast

203.04   Properties that cannot use a juice machine due to cabinet height restrictions must offer a minimum of two juice selections, with no more than three selections, in approved temperature controlled containers. (See [Breakfast Standard 210.00](#)) A Juice Zone graphic on an approved stand must be displayed. The sign should be positioned approximately 3″ above the finished surface of the countertop and on a 45˚ angle in the corner of the countertop.

203.05   Orange juice is required as one of the selections. Other juice choices are apple, cranberry, grapefruit and guava.  If a 4-head juice dispenser is used, two of the selections must be orange juice. For example, two orange juice, one apple juice, and one grapefruit juice selection would be offered. When a property has limited counter space and a 4-head juice dispenser is used, one of the selections may be water, one orange juice and two other selections from the approved list. For example, water, orange juice, apple juice, and cranberry juice. Approved juice selections include:

    A. SYSCO Vitality® (frozen concentrate):

        1. CLS/SUN, cranberry, 4/3 liter, MPC #915134, SUPC #8915134

        2. IMP/SUN, apple, 4/3 liter, MPC #915050, SUPC #8915050

        3. IMP/SUN, cranberry, premium, 4/3 liter, MPC #919565, SUPC #8919565

        4. IMP/SUN, grapefruit, 4/3 liter, MPC #915035, SUPC #8915035

        5. IMP/SUN, orange, 4/3 liter, MPC #914608, SUPC #8914608

        6. IMP/SUN, orange express pack, 4/3 liter, MPC #915969, SUPC #8915969

        7. IMP/SUN, passion/orange/guava, 4/3 liter, MPC #915159, SUPC #8915159

    B. Vitality® (frozen concentrate):

        1. Vitality®, apple, 4/3 liter, MPC #103591, SUPC #2090900

        2. Vitality®, cranberry Blast, 4/3 liter, MPC #107813, SUPC #0310474

        3. Vitality®, grapefruit, 4/3 liter, MPC #103590, SUPC #2090892

        4. Vitality®, grapefruit, Ruby Red Cocktail, 4/3 liter, MPC #107815, SUPC #0310201

        5. Vitality®, orange, 4/3 liter, MPC #103588, SUPC #2090876

        6. Vitality®, orange express pack, 4/3 liter, MPC #103596, SUPC #2090884



# Breakfast

C. Vitality® (shelf-stable):

    1. Vitality®, apple, 3/3 liter, MPC #140180, SUPC #5673045

    2. Vitality®, cranberry juice blend, 3/3 liter, MPC #140271, SUPC #5503034

    3. Vitality® cranberry juice cocktail, 3/3 liter, MPC #140181, SUPC #5673031

    4. Vitality®, orange, 3/3 liter, MPC #140185, SUPC #5673019

    5. Vitality®, orange juice blend, 3/3 liter, MPC#140179, SUPC #5673027

D. Sara Lee® (shelf-stable):

    1. Suntipt®, apple, 3/3.5 liter, MPC #25565

    2. Suntipt®, cranberry, 3/3.5 liter, MPC #25570

    3. Suntipt®, orange, 3/3.5 liter, MPC #25567

E. S&D (shelf-stable):

    1. S&D, apple, 3/3.5 liter, MPC #15954

    2. S&D, apple, 3/3.5 liter, MPC #15955

    3. S&D, cranberry, 3/3.5 liter MPC #15957

    4. S&D, grapefruit, 3/3.5 liter MPC #15959

    5. S&D, orange, 3/3.5 liter, MPC #15962

F. Royal Cup (shelf-stable):

    1. Royal Grove®, apple, 3/1 gallon, MPC #3483

    2. Royal Grove®, cranberry, 3/1 gallon, MPC #3484

    3. Royal Grove®, grapefruit, 3/1 gallon, MPC #3485

    4. Royal Grove®, orange, 3/1 gallon, MPC #3481

203.06  Juice must be maintained at 45°F or colder at all times.

203.07  Clear or frosted 9 oz. plastic juice cups are to be displayed in the approved wire holders. For approved juice cups, see *Hampton Recommended Products* on OnQ Insider > Hampton Brand page.



# Breakfast

203.08   Ice Water

    A.  Two containers of ice water are to be presented in approved clear pitchers with drip trays. If space is limited, one pitcher of water is acceptable as long as it is always at least three-quarters full.

    B.  Some local health department codes dictate that a covered container must be used for ice water. If this is the case at your property, these containers are approved for use.

        1.  1.9 liter stainless steel thermal pitcher and "ice water" graphic band

        2.  1.4 liter clear acrylic pitcher with lid, Service Ideas model #AWP24BS



# Breakfast

## 204.00   Cold Zone Standards

204.01   Adjacencies and Traffic Flow

A. Typically, the traffic around the Cold Zone will flow best if located adjacent to the Fresh Zone and near the Juice Zone.

B. Arrange the zone in an order that is conducive to the heaviest flow of traffic and natural progression of movement.



C. The Cold Zone sign must be displayed using the approved stand and hooks. The bottom of the sign should be positioned approximately 3" above the countertop and on a 45°angle opposite the cereal dispensers. This composition serves as a frame for the zone.

D. Displayware in the Cold Zone includes:

1. Yogurt bowl – large white bowl with drain board insert on chrome stand

2. Milk pitchers with graphics (or other milk dispenser as allowed by local health department)

3. Cereal dispenser–Property choice of bulk, revolving box or fish bowl with graphics

4. Chrome wire hot cereal display

5. Hot water airpot with graphic

6. Bowl holder for 6″ diameter white bowls. For approved 6" bowls, see *Hampton Recommended Products* on OnQ Insider > Hampton Brand page.

7. One utensil holder for spoons–Stainless steel *bain marie* with utensil lift and graphic band. White, heavyweight or medium heavyweight plastic spoons are required. Medium weight spoons should be used only when heavyweight or medium heavyweight spoons are not available. Individually wrapped, heavyweight, white spoons are permitted for use only when required by local health department. For approved spoons, see *Hampton Recommended Products* on OnQ Insider > Hampton Brand page.

8. Zone sign

E. All displayware and graphics must be maintained in a like-new condition.



# Breakfast

F. When space is limited, the zone arrangement may be altered in order to best suit the space available. However, the adjacencies discussed in this section must be observed.

204.02 Milk

A. Only 2% and skim milk choices are to be offered.

B. Heath department regulations regarding the service of milk may vary by location. For example, in some locations it is not acceptable to serve milk in any container other than the original. It is the property's responsibility to comply with local health department regulations.

C. Milk must be served in one of the following options:

1. Milk dispenser (cow) with graphics–Dispenser is to be installed on the buffet.

2. Approved stainless steel pitchers with appropriate graphics–Milk should only be in pitchers at time of serving. Empty pitchers are to be refrigerated when not in use. Milk must be poured into empty refrigerated pitchers at the time of serving to ensure proper sanitation. DO NOT ADD NEW MILK TO MILK ALREADY IN PITCHERS. Rotation of pitchers to maintain 40°F or colder is required.

3. Original milk container–Milk is to be served in original containers only when required by local health requirements. In most cases, individual serving size milk cartons will be displayed in an ice-filled large white bowl on a wire stand (same as yogurt bowl). When the health department requires a guest-use refrigerator for milk service, it must be white with a glass door.

204.03 Cold Cereal

A. Cereal must be presented in one of the three following methods (property choice):

1. Three-compartment bulk cereal dispenser

2. Individual serving box cereal dispenser

3. "Fish bowls" – recommended for properties with cabinet height restrictions

B. Cereal selections must include raisin bran, one sweet cereal choice and one un-sweet. Approved national brands include:

1. General Mills Cereal

a. Cheerios®

b. Honey Nut Cheerios®

c. Cinnamon Toast Crunch®

d. Golden Grahams®

e. Lucky Charms®

f. Total®

g. Total® Raisin Bran



# Breakfast

h.  Wheaties®

i.  Low-fat granola

2. Kellogg's® Cereal

a.  Apple Jacks®

b.  Corn Flakes®

c.  Corn Pops®

d.  Froot Loops®

e.  Frosted Flakes®

f.  Frosted Mini-Wheats® (bite size)

g.  Kashi – Heart to Heart

h.  Raisin Bran®

i.  Rice Krispies®

j.  Special K®

k.  Low-fat granola

3.  Quaker® Cereal

a.  Cap'n Crunch®

b.  Life®



C.  Cereal must be displayed using the approved graphics for the dispenser type.

For individual serving-size box cereals use box cereal dispenser only, with approved graphics.

## 204.04  Hot Cereal

A.  Quaker® Instant Oatmeal in individual serving size packs will be offered in the approved wire holder in either the Cold Zone or Hot Zone–choose the zone with the most available space. Four choices will be available at all times to include: Regular, Maple & Brown Sugar, Apples & Cinnamon Spice.

B.  Quaker® Instant Grits are an optional item that may be offered with the Quaker® Instant Oatmeal. Offer grits with the oatmeal in the approved wire container. Grits must be in individual serving size packs and may be plain or flavored.

C.  An airpot containing hot water must be provided in the zone with the hot cereal. In the Cold Zone, the airpot must have the blue hot water graphic band attached. In the Hot Zone, the airpot must have the red hot water graphic band attached. The airpot and graphic band must be maintained in a like-new condition.



# Breakfast

204.05  Yogurt

A variety of flavors of yogurt in 4-6 oz. individual serving containers is to be available. Light yogurt may also be offered. Yogurt is to be maintained at 40°F or lower by submerging in an ice bath in the approved white yogurt bowl with riser.

Approved yogurt:

  A.  Dannon®

  B.  General Mills Yoplait®



# Breakfast

## 205.00  Baked Zone Standards

205.01   Adjacencies and Traffic Flow



A. Typically, traffic around the Baked Zone will flow best if located adjacent to the Hot Zone.

B. Arrange the zone in an order that is conducive to the heaviest flow of traffic and natural progression of movement.

C. The Baked Zone sign must be displayed using the approved metal stand and hooks. The bottom of the sign should be positioned approximately 3" above the countertop and on a 45˚ angle opposite the two-tiered bakery stand. This composition serves as a frame for the zone.

D. Displayware in the Baked Zone includes:

1. Two-tier bakery stand

   a. Two-tiered stand with hinged acrylic covers and 12" x 20" white platters

   b. One pair hollow handle stainless tongs

2. Sweet item display

   a. 15" round stainless tray stand with 15" round stainless tray and white platter

   b. 15" clear turn-and-serve with gold graphic

   c. One pair hollow handle stainless tongs and flat tong holder

   d. Romance card holder with appropriate romance card

3. Condiment display

   a. Three-tiered chrome stand with three clear plastic bowls

   b. Three small sign holders with appropriate condiment signs inserted into center of bowls

4. Four slice toaster (white or stainless steel, commercial grade recommended) or Hampton-approved conveyor toaster with On The House graphic attached.

5. Cold condiment holders

   a. Chrome stand with 8" white plastic bowls and stainless liners

   b. Condiment cards and card holders

6. Romance card holder with appropriate romance card

7. Bagel slicer no longer required.



# Breakfast

    8. A cutting board is no longer required.

    9. One napkin holder for white 15" x 17" napkins. For approved napkins, see *Hampton Recommended Products* on OnQ Insider > Hampton Brand page.

    10. One plate holder for 9" diameter, single-use white plates. For approved plates, see *Hampton Recommended Products* on OnQ Insider > Hampton Brand page.

    11. One utensil holder for knives–Stainless steel bain marie with utensil lift and graphic band. White, heavyweight or medium heavyweight plastic knives are recommended. Medium weight knives should be used only when heavyweight or medium heavyweight knives are not available. Individually wrapped, heavyweight, white knives are permitted for use only when required by local health department. For approved knives, see *Hampton Recommended Products* on OnQ Insider > Hampton Brand page.

    12. Zone sign

  E. Utensil *bain marie* with utensil lift should be located adjacent to single-serve plates in approved holder.

  F. Napkins, in approved wire holder, should be adjacent to the plates and utensils.

  G. The cold condiment bowls should be located adjacent to the toaster.

  H. When space is limited, the zone arrangement may be altered in order to best suit the space available. However, the adjacencies discussed in this section must be observed.

205.02 All displayware and graphics must be maintained in a like-new condition.

205.03 Non-sweet Bread Options

Non-sweet bread options include bagels, croissants, English muffins, and wheat bread. Plain bagels, cinnamon raisin bagels and wheat bread are to be offered daily. One or two additional non-sweet bread items may be offered. Freshly-baked items from a local bakery may be offered as long as the items meet serving size requirements.

  A. Bagels (cinnamon raisin and plain) are required to be offered daily. Bagels are to be arranged in the approved two-tiered bakery rack and replenished on an as needed basis. Never let the quantity fall below six bagels. Usually, bagels and wheat bread are placed together on one of the trays in the two-tiered bakery stand. Approved brands for bagels:

    1. Otis Spunkmeyer®, 3 oz., cinnamon raisin, MPC #26120, SUPC #8589251

    2. Otis Spunkmeyer®, 3 oz., plain, MPC #26100, SUPC #8589202

    3. Sara Lee®, 4 oz., cinnamon raisin, MPC #8031, SUPC #6602312
      Note: Sara Lee is all Kosher KVH-d.

    4. Sara Lee®, 4 oz., plain, MPC #8029, SUPC #6602171
      Note: Sara Lee is all Kosher KVH-d.



# Breakfast

  5. SYSCO BakerSource Label. Manufactured by All Round Foods, 3 oz., variety pack (36 plain, 18 cinnamon raisin, 12 onion, 12 sesame, 12 poppy), 15/6 ct., MPC #30511, SUPC #6696058

  6. Local bakery, 3 oz., cinnamon raisin

  7. Local bakery, 3 oz., plain

 B. Croissants are an optional item. They are to be displayed in the two-tiered bakery stand. Approved brand:

  Sara Lee®, 2 oz., all margarine, round, sliced, MPC #8403, SUPC #1010693

 C. English muffins are an optional item. They are to be displayed in the two-tiered bakery stand. Approved brands include:

  1. Awrey,® 2 oz. (3.5"), fork split, MPC #AWREY1269, SUPC #5287479

  2. Gold Standard Bakery, 2 oz., fork split, MPC #GOLDSTD, SUPC #4183752

  3. Thomas,® 2 oz., fork split, MPC #4800194015, SUPC #1535368

 D. Wheat bread (sliced) is a required item to be offered daily. Bread should be provided by a local bakery, food vendor or grocery store. Shingle as many slices of wheat bread as possible on one of the trays in the two-tiered bakery stand.

205.04 Sweet Item Options (minimum of two choices, maximum of three per day)

Sweet item options include cinnamon rolls, coffee cakes, Danish, doughnuts, and muffins. When muffins are offered, only one flavor choice is necessary.

NOTE: Sara Lee® items have limited availability through SYSCO and have been listed only as "optional." Otis Spunkmeyer items also have limited availability through SYSCO because these products are primarily delivered directly by Otis in most markets. Six "core" Otis Spunkmeyer items have been identified in certain markets where Otis Spunkmeyer cannot service the hotels directly. If a hotel is being serviced directly by Otis Spunkmeyer, Sara Lee® items are not required.

Sweet items may be purchased from a local bakery as long the items meet serving size requirements. For example, 2.25 oz. muffins from a local bakery may be served.

Sweet items such as coffee cake or doughnuts are to be displayed on the 15" round pedestal stand. Simply stack items artfully on the round white platter. Cover with the turn-and-serve dome with the gold graphic. Muffins are to be displayed on one tray of the two-tiered bakery stand. Keep the quantity of items greater than a quarter full at all times. Approved sweet items include:

 A. Cinnamon Rolls–Our Hampton cinnamon roll is: Sara Lee® cinnamon roll, 3.25 oz., oven fresh, par-baked, cream cheese, MPC #8415, SUPC #5154513 (all Kosher KVH-d).



# Breakfast

B.  Coffee cakes:

    1.  Otis Spunkmeyer®

        a.  Apple cinnamon coffee cake, MPC #87145, SUPC #9408535

        b.  Cream cheese coffee cake, MPC #87175, SUPC #9408253

        c.  Raspberry dessert bar, MPC #40493, SUPC #9408378

        d.  Variety pack Pullman loaf, MPC #86101, SUPC #9408204

        e.  Apple cranberry cake, MPC #8015, SUPC #2117372

        f.  Banana chocolate chip cake, MPC #8012, SUPC #2117406

        g.  Blueberry cake, MPC #8203, SUPC #1069889

    2.  Sara Lee®

        a.  Blueberry cake, MPC, #8203, SUPC # 1069889

        b.  Blueberry yogurt cake, MPC #7974, SUPC #9500935

        c.  French cake, MPC #8202, SUPC #1235589

        d.  Lemon poppy cake, MPC #8014, SUPC #2117380

    3.  Danish

        a.  Otis Spunkmeyer®, 88/2.75 oz., bulk variety pack–2 trays cheese, 1 tray apple, 1 tray cherry, MPC #80981, SUPC #5316740

        b.  Sara Lee®, bulk variety pack–1 tray of 12 cinnamon raisin roll pastries (2.17 oz.); 1 tray each, 16 pastries/tray: apple triangle (1.75 oz.), almond pocket (1.625 oz.), cheese butterfly (1.625 oz.), MPC #8208, SUPC # 6147441, 6251607

        c.  Sara Lee®, assorted elite, 6/8 ct., MPC #8344, SUPC #1173673

        d.  SYSCO BakerSource Label, Manufactured by Pepperidge Farms. 2oz., Danish assortment (cherry cheese pocket, mini bear claws, and mini cheese bowties), MPC #15625, SUPC # 2938116

        e.  Pepperidge Farms Assortment #1, (Mini Streudelights, chocolate bananas foster, lemon custard, blueberry, strawberry and cheese), 2 oz., MPC #12201, SUPC #7280308

C.  Doughnuts are to be supplied by a local supplier (example–Krispy Kreme® or Dunkin' Donuts®). They must be baked fresh daily–frozen boxed doughnuts are not permitted.



# Breakfast

D. Muffins

   1. Otis Spunkmeyer®

     a. Apple cinnamon, 2.25 oz., MPC #07145, SUPC #7778780

     b. Banana nut, 2.25 oz., MPC #07105, SUPC #1426394

     c. Chocolate chip, 2.25 oz., MPC #07120, SUPC #3205259

     d. Harvest bran, 2.25 oz., MPC #17110, SUPC #3276581

     e. Variety pack, 2.25 oz., MPC #19101, SUPC #1279801

     f. Wild blueberry, 2.25 oz., MPC #07100, SUPC #7778798

E. Sara Lee®

     a. Apple cranberry nut, 2-1/8 oz., MPC #8676, SUPC #2551315

     b. Banana nut, 2-1/8 oz., MPC #8677, SUPC #2551281

     c. Blueberry, 2-1/8 oz., MPC #8605, SUPC #1010362

     d. Bran, 2-1/8 oz., MPC #8606, SUPC #1010370

     e. Cheese streusel, 2-1/8 oz., MPC #8673, SUPC #2551299

     f. Corn, 2-1/8 oz., MPC #8611, SUPC #1010396

     g. Double chocolate chunk, 2-1/8 oz., MPC #8675, SUPC #2551307

   Note: Sara Lee® is all Kosher KVH-d.

205.05 Jams, jellies, honey and optional condiments, such as peanut butter, are to be presented in portion-controlled packaging in the three-tiered condiment display, correctly labeled with condiment graphic cards on stands. (Condiment cards on stands are inserted into the center of the condiment display bowl.) Guest requested condiments not listed in approved products are allowed provided they are national brands, are served in portion controlled packaging and are not used as replacements for approved items. Sugar-free or low-calorie condiments may be offered in addition to regular calorie condiments. Replenish as needed, never letting the quantity fall below two-thirds full. Private label condiments are not permitted. For approved condiments, see *Hampton Recommended Products* on OnQ Insider > Hampton Brand page. Approved national brands include:

A. Honey

   1. Portion Pac

   2. Knott's®

   3. Kraft®

   4. Smucker's®

B. Smucker's® jams and jellies

C. Smucker's® or other nationally recognized brand of peanut butter



# Breakfast

205.06   Display portion-controlled packages of cream cheese in a cold condiment bowl. Fat-free or light cream cheese may be offered in addition to regular cream cheese. Display portion-controlled packages of margarine and butter in a second cold condiment bowl. Place ice between the base bowls and the stainless steel serving bowls. Replenish as needed. Never let quantities fall below half-full. Private label cream cheese, margarine and butter are not permitted. Approved national brands include:

   A.  Cream cheese

   1.  Kraft®, Philadelphia® Cream Cheese

   2.  Land O'Lakes®

   B.  Butter

   1.  Preferred "A" Rated:

   National Dairy Brands

   2. Approved "B" Rated:

   a. Land O'Lakes

   b. WHLFARM

   C.  Margarine

   1.  Kraft® Parkay® margarine spread

   2.  Unilever Promise® whipped margarine



# Breakfast

## 206.00   Fresh Zone Standards

206.01   Adjacencies and Traffic Flow





A. Typically, traffic around the Fresh Zone will flow best if located adjacent to the Cold Zone.

B. Arrange the zone in an order that is conducive to the heaviest flow of traffic and natural progression of movement.

C. The Fresh Zone sign must be displayed using the approved metal stand and hooks. The bottom of the sign should be positioned approximately 3" above the finished surface of the countertop and on a 45˚ angle behind the two-tiered wire fruit basket.

D. Displayware in the Fresh Zone includes:

1. One napkin holder for white 15″ x 17″ napkins. For approved napkins, see *Hampton Recommended Products* on OnQ Insider > Hampton Brand page.

2. One bowl holder for 6″ diameter, single-use white bowls. For approved bowls, see *Hampton Recommended Products* on OnQ Insider > Hampton Brand page.

3. Two utensil holders for white plastic forks and spoons–Stainless steel *bain marie*s with utensil lifts and graphic bands. Medium weight forks and spoons should be used only when heavyweight or medium heavy weight spoons and forks are not available. Individually wrapped, heavyweight, white forks and spoons are permitted for use only when required by local health department. For approved fork and spoons, see *Hampton Recommended Products* on OnQ Insider > Hampton Brand page.

E. *Bain marie*s with forks and spoons are to be located adjacent to the single-use bowls and napkins in approved holders.

F. When space is limited, the zone arrangement may be altered in order to best suit the space available. However, the adjacencies discussed in this section must be observed.

206.02   Displayware and graphics must be maintained in a like-new condition.



# Breakfast

206.03   Fresh, Whole Fruit

A. Red Delicious apples and bananas must be offered in the approved two-tiered wire display. One additional fruit from the approved list below may also be offered. Oranges, pears or peaches are to be arranged with the bananas and apples on the two-tiered display. Seasonal berries must be offered in a second temperature-controlled bowl/display (same as cut fruit bowl/display). This may be purchased from the *Hampton Product Reorder Catalog* on OnQ Insider > Hampton Brand page.

B. The two-tiered fruit display is to be kept bountiful with apples 24 hours a day for guests.

C. Individual properties can decide if bananas are to be available 24 hours a day as well.

D. Remove all stickers from fruit.

E. Properly wipe the apples before gently placing them into the wire basket. If local health codes dictate, wrap them as well.

F. Carefully arrange the bananas. Always make sure there are at least six available during breakfast hours.

G. The apple basket should be kept more than half-full at all times.

H. Properly wipe oranges before placing them in two-tiered basket with apples or bananas.

I. If health codes dictate, carefully wash whole fruit before placing in the two tiered basket.

J. Seasonal berries must be carefully washed before placing in a second temperature-controlled bowl/display (same unit as the cut fruit bowl/display).

K. To follow are the approved fresh, whole fruits. Apples and bananas must be offered. One additional fruit from the approved list may be offered with the apples and bananas. If these sizes are not available, select the next available size:

    1. Apple, Golden Delicious, 125 ct. (or lower number)

    2. Apple, Granny Smith, 125 ct. (or lower number)

    3. Apple, Red Delicious, 125 ct. (or lower number)

    4. Banana, Green Tip, #1

    5. Orange, navel/Valencia, 113ct. (or lower number)

    6. Pear, Bartlett/Anjou, 100ct. (or lower number)

    7. Peach, 115ct. (or lower number)

    8. Berries, seasonal (strawberries, blueberries, raspberries)



# Breakfast

206.04   Cut Fruit



A.  Cut fruit is offered in the temperature-controlled container, covered with the turn-and-serve dome with the green graphic. Place ice between the base bowl and the stainless steel serving bowl. Fill the serving bowl with approved cut fruit and cover with the dome. The serving bowl should be kept at least half-full of cut fruit.

B.  A citrus or melon mix of fruit from the approved list must be served. Fresh cut fruit or fruit cocktail is not permitted.

C.  Approved cut fruit products:

1.  Preferred "A" rated fresh cut fruit:

The following fresh cut fruit mixes must be processed/packed from one of the approved vendors or distributed/sold under the distributor brands listed below:

a.  Manufacturer labels

1) SunRich/SunRich-Markon

a) Fruit Salad: oranges, pineapple, honeydew, cantaloupe & grapes (21-day shelf life)

b) Rio Citrus Salad: oranges, pineapple, grapefruit & grapes (21-day shelf life)

c) Al Fresco Fruit Salad: Preservative-free oranges, pineapple, honeydew, cantaloupe & grapes (12-day shelf life)

d) Al Fresco Citrus: Preservative-free oranges, pineapple, grapefruit & grapes (12-day shelf life)

e) Al Fresco Tropical Fruit Salad: Preservative-free, pineapple, honeydew, cantaloupe, orange, mango and papaya (12-day shelf life)

2) Orval Kent Foods, Inc.

a) Fruit Salad: Fresh-cut orange slices, pineapple chunks, melons and grapes in a light syrup.

b) Citrus Fruit Salad Component Kit: Individual pouches of grapefruit slices, pineapple chunks, orange slices and grapes in a light syrup, ready to open and mix.



# Breakfast

        c)  Citrus Salad with Pineapple: grapefruit slices, pineapple chunks, orange slices in a light syrup.

      3)  Simply Fresh Fruit

          a)  Fruit Mix: honeydew, cantaloupe, orange, pineapple, and red seedless grapes in light syrup or natural grape juice syrup.

          b)  Citrus Salad: grapefruit, pineapple and oranges in light syrup or natural grape juice syrup.

    b.  Distributor brands

      1)  SYSCO

          a)  SYSCO Imperial Brand

          b)  SYSCO Natural Brand

      2)  US Foodservice—Cross Valley Farms Brand

  2.  Approved "B" Rated Processed Fruit:

    Approved "B" rated processed fruit (processed fruit is only to be utilized when preferred fresh cut fruit is unavailable, out of stock or for backup purposes. Canned fruit or fruit cocktail is not permitted.)

    Processed fruit must be processed/packaged by approved vendor, Dole® Packaged Foods, Inc. Approved Dole® Product is:

    Tropical Fruit Salad (Pouch Packed) Contains: pineapple, yellow papaya, red papaya, and guava, packed in juice.

D.  Maintain just enough liquid (juice) in the fruit mix to cover fruit in the serving bowl. Drain if necessary.



# Breakfast

## 207.00   Hot Zone Standards

**NOTE TO PROPERTIES USING ALTERNA-TIVE HOT ZONE SOLUTIONS:** Please refer to *On the House* Hot Breakfast Standard Addendums that apply to your service option.

207.01   Adjacencies and Traffic Flow



 A. Typically, Hot Zone traffic will flow best if located adjacent to the Baked Zone.

 B. Arrange the zone in an order that is conducive to the heaviest flow of traffic and natural progression of movement.

 C. The Hot Zone sign must be displayed using the approved metal stand and hooks. The sign should be positioned approximately 3" above the finished surface of countertop and on a 45˚ angle directly behind the chafing dish.

 D. Displayware and serveware for the Hot Zone includes:

  1. Biscuit display

   a. 15" Round stainless tray

   b. White platter

   c. Biscuit display divider

   d. 15" Clear turn-and-serve with red graphic

   e. One pair hollow handle stainless tongs with flat tong holder

   f. Biscuit warmer

  2. One napkin holder for white 15" x 17" napkins. For approved napkins, see the *Hampton Recommended Products* on OnQ Insider > Hampton Brand page.

  3. One plate holder for 9" diameter, single-use white plates. For approved plates, see *Hampton Recommended Products* on OnQ Insider > Hampton Brand page.

  4. Two utensil holders for knives and forks–Stainless steel *bain marie*s with utensil lifts and graphic bands. Medium weight knives and forks should be used only when heavyweight or medium heavy weight knives and forks are not available. Individually wrapped, heavyweight, white knives and forks are permitted for use only when required by local health department. For approved untensil holders, see the *Hampton Product Reorder Catalog* on OnQ Insider > Hampton Brand page.

  5. Zone sign

 E. Displayware must be maintained in the like-new condition.



# Breakfast

F. Knives and forks in *bain marie*s and napkins in an approved holder are to be located adjacent to the single-use plates in an approved holder. For approved *bain marie*s and napkin holders, see the *Hampton Product Reorder Catalog* on OnQ Insider > Hampton Brand page.

G. The biscuit holder consists of a biscuit warmer 15" diameter stainless steel platter, biscuit display divider, a white platter and a 15" diameter turn-and-serve dome with a red graphic. A set of tongs and tong holders should be adjacent to the biscuit holder.

H. A three-tiered condiment display with correct condiment cards should be positioned between the biscuit holder and the chafing dish. Salt and pepper in portion controlled packaging should always be offered as condiments in the Hot Zone. The other two condiment offerings in portion controlled packaging should compliment the daily menu. For example, serve syrup with French toast sticks and waffles. Guest requested condiments not listed in approved products are allowed provided they are national brands, are served in portion controlled packaging and are not used as replacements for approved items. Sugar-free or low-calorie condiments may be offered in addition to regular calorie condiments. For approved condiment displays and cards, see the *Hampton Product Reorder Catalog* on OnQ Insider > Hampton Brand page.

Approved national brand syrup includes:

1. Dickinson
2. Log Cabin®
3. Log Cabin® lite
4. Mrs. Butterworth®
5. Smucker's®

I. When space allows, Quaker® Instant Oatmeal and Quaker® Instant Grits (optional) may be served in the Hot Zone instead of the Cold Zone.

1. Quaker® Instant Oatmeal in individual serving size packs will be offered in the approved wire holder. Four choices will be available at all times to include: Regular, Maple & Brown Sugar, Apples & Cinnamon Spice. Two additional flavors may be offered.

2. Quaker® Instant Grits are an optional item that may be offered with the Quaker® Instant Oatmeal. Offer grits with the oatmeal in the approved wire container. Grits must be in individual serving size packs and may be plain or flavored.

3. An airpot containing hot water must be provided in the zone with the hot cereal. In the Hot Zone, the airpot must have the red hot water graphic band attached. The airpot and graphic band must be maintained in a like-new condition.

J. When space is limited, the arrangement of the zone may be altered in order to best suit the layout of the space available. However, the adjacencies discussed in this section must be observed.



# Breakfast

207.02 The chafing dish is the focal point of this zone. An approved white napkin must be tied around the handle of the lid to protect guests from the potential of burning their hands. An optional "Caution: HOT" sign is available. A set of tongs and tong holders should be adjacent to the chafing dish.

207.03 Food temperatures in the chafing dish must be maintained at 140°F or higher.

207.04 A minimum of three different Hot Zone menus must be served in each seven day period. It is recommended that the Hot zone menu change daily to provide variety for loyal guests. Only approved menus are to be offered.

207.05 Approved Menus:

    A. **Big Cheese** – filled omelets, plain biscuits

    B. **Great Eggs and Ham** – egg patties, ham slices, plain biscuits

    C. **Little Bit Country** – egg patties, sausage gravy, plain biscuits

    D. **Opening Act** – bacon, egg & cheese topped bagels, plain biscuits

    E. **Original Gridiron** – waffles, sliced maple smoked sausage, plain biscuits

    F. **Real Crowd Pleaser** – scrambled eggs with stir-ins, menu enhancement items, plain biscuits

    G. **Toast of the Town** – French toast sticks, sausage patties and plain biscuits

    H. **Top of the Morning** – egg patties, sausage patties, plain biscuits

207.06 Local and state food handling procedures must be followed at all times.

207.07 Proper rotation of food inventory is required at all times.

207.08 Approved Products Listed by Manufacturer (All menu items must be approved items.)

    A. **Approved Egg Patties**

        1. Preferred "A" Rated:

            Michael Foods, sunny-side up, natural-shape egg patty, 1.75 oz., MPC #85879, SUPC #1732940

        2. Approved "B" Rated:

            a. Michael Foods, scrambled egg patty, 1.75 oz., MPC #46025-85839-00, SUPC #1680156

            b. Michael Foods, 1.75 oz., MPC #152020, SUPC #1313428

            c. Michael Foods, 1.75 oz., MPC #152020, SUPC #7360530

            d. Michael Foods, 1.75 oz., MPC #46025-85841-00, SUPC #9558412

            e. Michael Foods, 1.5 oz., MPC #G1003233420, SUPC #1438944

            f. Michael Foods, 1.5 oz., MPC #152025, SUPC #1921881

            g. Michael Foods, 1.5 oz., MPC #30020, SUPC #2596872



# Breakfast

    h.  Michael Foods, 1.5 oz., MPC #7486546275, SUPC #7360480

    i.  Cargill/Sunny Fresh®, 1.75 oz., MPC #30606, SUPC #6614804

    j.  Cargill/Sunny Fresh®, 1.5 oz., MPC #30001, SUPC #1311406

    k.  Cargill/Sunny Fresh®, 1.5 oz., MPC #30636, SUPC #1983881

**B.  Approved Omelets**

  1.  Michael Foods, Cheese, Browned, 3.5 oz., MPC #46025-90135-00, SUPC #2232965

  2.  Michael Foods/SYSCO Classic, Non-Browned, 3.5 oz., MPC #46025-15208-00, SUPC #5475373

  3.  Michael Foods, Cheese, Non-Browned, 3.5 oz., MPC #74865-46279-00, SUPC #7360704

**C.  Sausage Patties**

  1.  Preferred "A" Rated:

      Ember Farms (Hampton brand), 1.5 oz., MPC #25468-11950, SUPC #4105268

  2.  Approved "B" Rated:

    a.  Hormel®, 1.5 oz., MPC #17500, SUPC #2311512

    b.  Jones Dairy, 1.5 oz., MPC #18753, SUPC #1794650

    c.  Odom's Tennessee Pride, 1.5 oz., MPC #354, SUPC #8172769

    d.  Rose, 1.6 oz., MPC #800111, SUPC #2034890

    e.  Rose, 1.5 oz., MPC #800172, SUPC #7806243

    f.  SYSCO, 1.6 oz., MPC #800176, SUPC #3629540

**D.  Approved Biscuits**

  Golden Harvest/CH Guenther Plain Biscuits, 144/2.25 ounce, MPC #3244, SUPC #5927274

**E.  Approved French Toast Sticks**

  1.  Preferred "A" Rated:

    a.  McCain, MPC #41008406, SUPC #1474345

    b.  McCain, MPC #41010162, SUPC #7255979

  2.  Approved "B" Rated:

    a.  Farm Rich™–Seapack, MPC #67400, SUPC #1251461

    b.  Michael Foods, MPC #46025-85803, SUPC #4677118

    c.  Rich Seapack, MPC #84044, SUPC #977095



# Breakfast

F. **Approved Waffles**

    1. Preferred "A" Rated:

        a. Advance™ Food Company, MPC #2027761, SUPC #2027761

        b. Bakery Chef®, MPC #6376, SUPC #1826254

        c. Bakery Chef®, MPC #6794028, SUPC #6794028

        d. Belgium Chef, MPC #0074, SUPC #1010313

        e. Chef America, MPC #048, SUPC #1589449

    2. Preferred "B" Rated:

        Advance™ Food Company, MPC #5018, SUPC #2027761

G. **Approved Sausage Gravy**

    1. Nestlé®, Chef Mate, MPC #05228, SUPC #4958542

    2. Vanee, MPC #590PY-VAN, SUPC #9037706

    3. Vanee, MPC #590PX, SUPC #0682542

H. **Approved Scrambled Egg Products**

    1. Grand Prairie Scrambled Eggs (eggs only); frozen, pre-cooked; MPC #301003, SUPC # 6457594

    2. Ham stir-in kit (ham and cheese), MPC # 301005, SUPC # 5049434

    3. Cactus Jack stir-in kit (fire-grilled steak, seasoned cheese, tortillas), MPC #301006, SUPC #5243504

I. **Approved Ham Product**

    Willow Brook Foods, 3" round/.75 oz. slices, 6/2 lb. cs., MPC #60637, SUPC #7176027

J. **Approved Link Sausage**

    Willow Brook Sliced Maple Smoked Sausage, MPC #60211, SUPC #4213823

K. **Approved Bagel Toppers**

    Better Baked Foods, Bacon, egg and cheese topped bagel, MPC #02504, SUPC #3987534



# Breakfast

## 208.00   Hampton's On the Run™ Breakfast Bag Standards

208.01   Based on occupancy and volume, prepare an appropriate number of Hampton's On the Run Breakfast Bags. A Hampton's On the Run Breakfast Bag must be available for each guest who does not have enough time to enjoy the On the House breakfast buffet. Hampton's On the Run Breakfast Bag stickers are available from Focus Services. See the *Hampton Product Reorder Catalog* on OnQ Insider > Hampton Brand page.

208.02   Maintain a minimum of six Hampton's On the Run Breakfast Bags on the front desk kiosk from 5:30 a.m. to 10:00 a.m. Monday through Friday.

208.03   Use a plain brown kraft bag for the Hampton's On the Run Breakfast Bag. For approved bags, see *Hampton Recommended Products* on OnQ Insider > Hampton Brand page. SYSCO approved bag item numbers: 5113410, 4087680, 1456409, 4014486, 6546931, 5760376, 5039888, 4087680





Brown bag specifications:

| Size: | 8#; 6⅛" X 4⅛" X 12⁷⁄₁₆" |
|---|---|
| Type: | 35# Natural Kraft, 500/case |



# Breakfast

The top of Hampton's On the Run Breakfast Bags must be folded down approximately 3". On the Run stickers are to be placed centered on the flap to insure quality control. (See Standard 409.01) Each bag will contain the following:

A.  One whole Red Delicious apple (125 count)

B.  One Blueberry Muffin

    1.  Preferred "A" Rated:

       Otis Spunkmeyer®, individually wrapped, 2.25 oz. blueberry muffin, MPC #09100, SUPC #7579295.

    2.  Approved "B" rated (use only when "A" rated not available):

       Sara Lee®, individually-wrapped, 2 oz. blueberry muffin, MPC #8666, UPC #2407039

C.  One bottle of 16.9 oz bottled water. Private labels are not permitted. Water must be a nationally recognized brand:

    1.  Aquafina®

    2.  Arrowhead®

    3.  Crystal Geyser®

    4.  Dasani®

    5.  Deer Park®

    6.  Evian®

    7.  Ice Mountain®

    8.  Ozarka®

    9.  Poland Springs®

    10.  Zephyrhills®

D.  Kellogg's® Special K® Cereal Bar

    One Kellogg's® Special K® Vanilla Crisp Cereal Bar, MPC #3800022222, SUPC # 4834836

E.  One box of Hampton Moment mints. Order Hampton Moment mints from Guest Supply. Order form available on the Hampton Brand page of OnQ Insider.



# Breakfast

    F. One 15" x 17" white napkin

        1. Fort James, dinner, 2-ply, 15" x 17", 1/8 FLD, MPC #31428, SUPC #5759618

        2. Georgia Pacific, dinner, 2-ply, MPC #31459, SUPC #4482899

        3. Georgia Pacific, dinner, 2-ply, 15" x 17", 1/8 FLD, MPC #32559/01, SUPC #4545562

        4. Hoffmaster®, dinner, 2-ply, 15" x 17", 1/8 FLD, MPC #56105, SUPC #5887302

        5. Hoffmaster®, dinner, 2-ply, 15" x 17", 1/8 FLD, MPC #85550, SUPC #4961694

        6. SCA, dinner, 2-ply, 15" x 17", 1/8 FLD, MPC #NP310, SUPC #4057071

208.04 Date of assembly must be written on the bottom of each bag to assure food safety and quality. This will allow for a daily first in, first out (FIFO) rotation system.



# Breakfast

## 209.00   Breakfast Artwork/Décor Enhancement

209.01   If there are no cabinets above the breakfast bar, display two to four framed black and white photographs from the Hampton brand approved image library.

209.02   Finished frame size is 33.5" x 34.5".

209.03   Approved Image Library

   

   

   

 



# Breakfast

209.04   Décor Enhancing Items

Décor enhancing items are to be used as dividers between zones if space permits. These elements are highly recommended, however some properties have limited counter space and may not be able to install some portion or any of these items. When counter space is limited, display enhancement items may be used to enhance other parts of the breakfast serving area, such as built-in shelves. Do not add any other decorative elements to these items.

White ceramic serving items – The provided white ceramic serving items act as visual fillers between the breakfast zones. The items are intentionally white to contrast our food offerings. These elements are intended to create three different groupings:

A.  Three pitchers (see letter "A" below)

B.  Two serving bowls (see letter "B" below)

C.  One large platter (see letter "C" below) and one serving bowl (not pictured)







# Breakfast

## 210.00   Presentation Standards

210.01   The On the House breakfast presentation must mirror that of the following plan-o-grams and pictures. Consistent presentation standards are required to assure that each Hampton guest experiences the same On the House breakfast from location to location.

210.02   Holiday or seasonal decorations are not permitted on the breakfast serving surface nor the breakfast tables and chairs. The only approved item to be placed on breakfast tables is the HSIA table tent.





### A. Cold Zone

1. Wire holder for hot cereal
2. Hot water airpot
3. Yogurt bowl with stand
4. Cold Zone sign with sign holder
5. Bulk cereal dispenser (or fish bowl dispensers/scoops) with cereal graphics
6. Wire holder for 6" bowls
7. Two 1.9 liter thermal pitchers with graphic bands or other approved milk dispensing option
8. Stainless steel 1-qt. *bain marie* with graphic band and utensil lift for spoons



# Breakfast





## B. Hot Zone

1. Hot Zone sign with sign holder

2. Wire holder for 9" plates

3. Two stainless steel 1-qt. *bain maries* with graphic bands and utensil lifts for forks and knives

4. Chafing dish with romance card/holder, optional "caution: hot" sign

5. Two sets stainless steel hollow handle tongs/trays (One 3 oz. ladle when serving gravy)

6. Wire holder for napkins

7. Three-tiered condiment display with appropriate condiment cards/holders

8. Stainless steel hollow handle tongs/tray

9. Biscuit display (white platter, biscuit display divider, 15" clear turn-and-serve with red graphic, and biscuit warmer)

10. Ladle holder (when applicable)



# Breakfast





**C. Fresh Zone**

1. Fresh Zone sign with sign holder

2. Cut fruit display (12" turn-and-serve/green graphic), hollow handle pierced spoon, and romance card

3. Two-tiered chrome wire fruit display

4. Wire holder for napkins

5. Wire holder for 6" bowls

6. Two stainless steel 1-qt. *bain marie*s with graphic bands and utensil lifts for forks and spoons



# Breakfast





## D. Baked Zone

1. Baked Zone sign with sign holder

2. Sweet item display (15″ turn-and-serve/gold graphic), romance card with holder

3. Stainless steel hollow handle tongs/tray

4. Toaster

5. Wire holder for 9″ plates

6. Stainless steel 1-qt. *bain marie* with graphic band and utensil lift for knives

7. Two cold condiment bowls/stands with condiment cards/holders

8. Wire holder for napkins

9. Two-tiered bakery stand with stainless steel hollow handle tongs and romance cards

10. Three-tiered condiment display with appropriate condiment cards/holders



# Breakfast





**E. Coffee Zone—Free Standing Table**

1. 2 wire holders for cups lids
2. Hot cocoa basket with sign/ holder
3. Hot water thermal server
4. Robust coffee thermal server
5. Coffee Zone sign with sign holder
6. Regular coffee thermal server
7. Decaf coffee thermal server
8. Tea caddy
9. Three-tiered condiment display with appropriate condiment cards/holders
10. Stainless steel 1 qt. *bain marie* with graphic band and clear stir stick riser
11. Stainless steel 1 qt. *bain marie* with graphic band for trash



# **Breakfast**





**F. Juice Zone**

1. Two clear plastic water pitchers with drip trays
2. Two wire cup holders for 9 oz. clear or frosted plastic cups
3. Juice dispenser

**Juice Zone—Without Dispenser (properties with height restrictions)**

1. Two clear plastic water pitchers with drip trays
2. Two wire cup holders for 9 oz. clear or frosted plastic cups
3. Zone sign with holder (properties with height restrictions)
4. Four thermal 1.9 liter thermal pitchers with graphic bands (properties with height restrictions)







# Breakfast

## Large Format–Breakfast Layout with Coffee Table



1. Hot Zone sign with sign holder
2. Wire holder for 9" plate
3. Two stainless steel 1 qt. *bain maries* with graphic bands and utensil lifts for forks and knives
4. Chafing dish with romance card/holder, optional "caution: hot" sign
5. Two sets stainless steel hollow handle tongs/trays (one 3oz. ladle/tray when serving gravy)
6. Wire holder for napkins
7. Three-tiered condiment display with appropriate condiment cards/holders
8. Stainless steel hollow handle tongs/tray
9. Biscuit display (15" turn-and-serve with red graphic)
10. Decorative ceramic pitchers
11. Baked zone sign with sign holder
12. Three-tiered condiment display with appropriate condiment cards/holders
13. Sweet item display (15" turn-and-serve/gold graphic), romance card with holder
14. Stainless steel hollow handle tongs/tray
15. Toaster
16. Wire holder for 9" plates
17. Stainless steel 1-qt. *bain marie* with graphic band and utensil lift for knives
18. Two cold condiment bowls/stands with condiment cards/holders
19. Wire holder for napkins
20. Two-tiered bakery stand with romance cards
21. Fresh Zone sign with sign holder
22. Cut fruit display (12" turn-and-serve/green graphic), hollow handle pierced spoon, and romance card
23. Two-tiered chrome wire fruit display
24. Wire holder for napkins
25. Wire holder for 6" bowls
26. Two stainless steel 1-qt. *bain maries* with graphic bands and utensil lifts for forks and spoons
27. Decorative ceramic platter/bowl
28. Wire holder for hot cereal
29. Hot water airpot
30. Yogurt bowl with stand
31. Cold Zone sign with sign holder
32. Bulk cereal dispenser (or fish bowl dispensers/scoops) with cereal graphics
33. Stainless steel 1-qt. *bain marie* with graphic band and utensil lift for spoons
34. Wire holder for 6" bowls
35. Two 1.9 liter thermal pitchers with graphic bands or other approved milk dispensing option
36. Decorative ceramic platter/bowl
37. Two clear plastic water pitchers with drip trays
38. Two wire cup holders for 9 oz. clear or frosted plastic cups
39. Juice dispenser
40. Stainless steel 1-qt. *bain marie* with graphic band and clear stir stick riser
41. Stainless steel 1-qt. *bain marie* with graphic band for trash
42. Wire holder for cups/lids
43. Hot cocoa basket with sign/holder
44. Decaf coffee thermal server
45. Regular coffee thermal server
46. Coffee Zone sign with sign holder
47. Robust coffee thermal server
48. Hot water thermal server
49. Tea caddy
50. Three-tiered condiment display with appropriate condiment cards/holders
51. Wire holder for napkins



# Breakfast

## U-Shaped Breakfast Layout with Coffee Table





1. Baked Zone sign with sign holder
2. Wire holder for napkins
3. Wire holder for 9" plates
4. Stainless steel hollow handle tongs/tray
5. Two-tiered bakery stand with romance cards
6. Two cold condiment bowls/stands with condiment cards/holders
7. Stainless steel 1-qt. *bain marie* with graphic band and utensil lift for knives
8. Three-tiered condiment display with appropriate condiment cards/holders
9. Sweet item display (15" turn-and-serve/gold graphic), romance card with holder
10. Toaster
11. Three-tiered condiment display with condiment cards/holders
12. Two stainless steel 1 qt. *bain maries* with graphic bands and utensil lifts for forks and knives
13. Wire holder for napkins
14. Biscuit display (15" turn-and-serve with red graphic)
15. Stainless steel hollow handle tongs/tray
16. Stainless steel hollow handle tongs/tray
17. Chafing dish with romance card/holder, optional "Caution: hot" sign
18. Stainless steel hollow handle tongs/tray (or 3oz. ladle when serving gravy)
19. Hot Zone sign with sign holder
20. Wire holder for 9" plate
21. Fresh Zone sign with sign holder
22. Wire holder for 6" bowls
23. Two stainless steel 1-qt. *bain maries* with graphic bands and utensil lifts for forks and spoons
24. Cut fruit display (12" turn-and-serve/green graphic), hollow handle pierced spoon, and romance card
25. Wire holder for napkins
26. Two-tiered chrome wire fruit display
27. Juice dispenser
28. Two wire cup holders for 9 oz. clear or frosted plastic cups
29. Two clear plastic water pitchers with drip trays
30. Decorative ceramic bowl
31. Decorative ceramic platter
32. Yogurt bowl with stand
33. Hot water airpot
34. Wire holder for hot cereal
35. Cold Zone sign with sign holder
36. Two 1.9 liter thermal pitchers with graphic bands or other approved milk dispensing option
37. Stainless steel 1-qt. *bain marie* with graphic band and utensil lift for spoons
38. Wire holder for 6" bowls
39. Bulk cereal dispenser or fish bowl dispensers with cereal graphics
40. Three-tiered condiment display with appropriate condiment cards/holders
41. Tea caddy
42. Hot water thermal server
43. Stainless steel 1 qt. *bain marie* with graphic band and clear stir stick riser
44. Stainless steel 1 qt. *bain marie* with graphic band for trash
45. Coffee Zone sign with sign holder
46. Robust coffee thermal server
47. Regular coffee thermal server
48. Decaf coffee thermal server
49. Hot cocoa basket with sign/holder
50. Wire holder for cups/lids
51. Wire holder for napkins



# Breakfast

## Limited Space-Breakfast Layout with Coffee Table



1. Baked Zone sign
2. Two cold condiment bowls/stands with condiment cards/holders
3. Two-tiered bakery stand with romance cards*
4. Three-tiered condiment display with appropriate condiment cards/holders
5. Wire holder for napkins (Baked zone/Hot zone share)
6. Toaster
7. Wire holder for 9" plates (Baked zone/Hot zone share)
8. Biscuit display (15" turn-and-serve with red graphic)
9. Two stainless steel 1-qt. *bain maries* with graphic bands and utensil lifts for forks and knives (Baked zone/Hot zone share)
10. Stainless steel hollow handle tongs/tray (3oz. ladle/tray when serving gravy)
11. Three-tiered condiment display with appropriate condiment cards/holders
12. Chafing dish with romance card/holder, optional "caution: hot" sign
13. Stainless steel hollow handle tongs/trays
14. Hot Zone sign
15. Stainless steel 1-qt. *bain marie* with graphic band and utensil lift for forks (if space allows)
16. Wire holder for napkins
17. Cut fruit display (12" turn-and-serve/green graphic), hollow handle pierced spoon, and romance card
18. Wire holder for 6" bowls (Fresh Zone/Cold Zone can share; move closer to center)
19. Two-tiered chrome wire fruit display
20. Two stainless steel 1-qt. *bain maries* with graphic bands and utensil lifts for forks and spoons (Fresh Zone/Cold Zone can share; move closer to center)
21. Wire holder for napkins
22. Hot water airpot (can be eliminated if wire holder for hot cereal is moved to Coffee Zone)
23. Fresh Zone sign
24. Wire holder for hot cereal **
25. Stainless steel 1-qt. *bain marie* with graphic band and utensil lift for spoons (move to Coffee Zone if wire holder for hot cereal is moved)
26. Two 1.9 liter thermal pitchers with graphic bands or other approved milk dispensing option
27. Wire holder for 6" bowls (move to Coffee Zone if wire holder for hot cereal is moved)
28. Wire holder for napkins
29. Bulk cereal dispenser (or fish bowl dispensers/scoops) with cereal graphics
30. Yogurt bowl with stand
31. One clear plastic water pitcher with drip tray
32. Cold Zone sign
33. Wire holder for 9 oz. clear or frosted plastic cups
34. Juice dispenser
35. Tea Caddy
36. Three-tiered condiment display with appropriate condiment cards/holders
37. Wire holder for napkins
38. Decaf coffee thermal server
39. Robust coffee thermal server
40. Coffee Zone sign with sign holder
41. Regular coffee thermal server
42. Hot water thermal server
43. Hot cocoa basket w/sign holder
44. Stainless steel 1-qt. *bain marie* with graphic band and clear stir stick riser
45. Stainless steel 1-qt. *bain marie* with graphic band for trash
46. Wire holder for cups/lids

\*   The limited space breakfast layout does not include a sweet item display. Use the bottom tier of the two-tiered bakery stand to offer sweet items to guests. Use the top tier for bagels and bread.

\*\*  The wire holder for hot cereal may be moved to the Coffee Zone near the hot water thermal if space is needed. Also move one wire holder for 6" bowls and spoon *bain marie* if space allows. The hot water airpot may then be eliminated from the Cold Zone.



# Breakfast

## 211.00   Food Safety and Sanitation Standards

211.01    Where food is concerned, cleanliness is a safety issue. Following the rules is an absolute must. Careful attention to food safety and sanitation protects the health and safety of guests and keeps your hotel in good standing with local health department officials. It's one more way to demonstrate to guests our commitment to their satisfaction. And remember, when the breakfast area is neat and clean, it contributes to a guest's overall perception of quality. State and local agencies have strict rules about how to serve food to the public. Three critical steps to contribute to food safety:

    A.  Buy food that is fresh and free from contamination.

    B.  Store and serve food at the right temperature.

    C.  Use clean-handling techniques.

211.02    Observing each of these critical steps, and doing it the right way every single time, demonstrates an understanding of the proper way to handle food. In addition, remember that:

    A.  Safe food is food that is free from danger.

    B.  Serving safe food is the job of every team member who comes into contact with food.

    C.  Foodborne illness occurs when food is contaminated. Contamination means that foreign substances—such as bits of glass, hair, metal shavings or microbes—are in food.

    D.  Microbes are bacteria, viruses and parasites that are all around us but are too small to see. In small numbers, microbes are generally harmless. But in large numbers, they cause illness.

211.03    Food Safety Starts at Home

Food safety at work begins with good personal hygiene habits at home.

    A.  Stay away from the food preparation area and service area when you are sick.

    B.  Cover infected cuts, burns or sores with a dry, durable, tight-fitting bandage.

    C.  Shower or bathe daily.

    D.  Wear neat, clean "i am hampton collection" wardrobe items by Lands' End. (See [Section 500.](#))

    E.  Keep your fingernails clean and well-trimmed.

    F.  Avoid wearing jewelry.

211.04    Food Safety at Work

Personal hygiene isn't limited to at-home habits. It carries over to the habits practiced at work as well. Follow the rules below to reduce the risk of contaminating food.

    A.  Wash your hands before work, after using the restroom, when returning from break, and whenever something is touched that might carry microbes.



# Breakfast

   B. Smoke, eat or drink away from food production and storage areas. Wash your hands afterward.

   C. Wash your hands if you cough or sneeze, or handle garbage. To wash correctly:

      1. Wet your hands with warm water.

      2. Apply soap and wash your hands for at least 20 seconds.

      3. Scrub your nails with a nailbrush.

      4. Rinse with hot water for at least 20 seconds.

      5. Repeat steps 2 through 4.

      6. Dry with a single-use paper towel or air dryer.

      7. Always wash at a hand-washing station, not a food-prep sink.

      8. All food-handling team members must wear disposable gloves when handling food.

## 211.05 Prevent Contamination

How can you tell if food is contaminated? You can't always see problems. There are ways to handle food that will help prevent spreading germs from one area to another. Understand that:

   A. Many sources can contaminate food, including you.

   B. Contamination often cannot be seen, tasted or smelled.

   C. Some foods are more easily contaminated than others.

   D. Cross-contamination happens when one food contaminates another. Cross-contamination can easily be prevented by properly cleaning and sanitizing surfaces that touch food.

   E. Our hands can carry contamination from one food to another. Be sure to wash them often, especially after handling raw food.

## 211.06 Storing Food

Using a good inventory system can help in planning to have the right amount of food on hand and can help in tracking when food was purchased and when foods should be used. Keep these things in mind:

   A. Safely store food, equipment and supplies before, during and after preparation.

   B. FIFO–"First In, First Out"–means that to use the products that came in first before using new products. Every container should be dated when it is received.

   C. FIFO helps ensure that products that are too old are never used.



# Breakfast

   D.  Store food properly:

      1.  Cold foods must be stored below 40°F.

      2.  Each refrigerator/freezer unit must have a working thermometer.

      3.  Use the right food-grade container (a container specially designed to store food).

      4.  Select the right storage location.

      5.  Label and date the food.

      6.  Move food into storage areas quickly.

   E.  Store chemicals in their original containers. Follow the storage and handling instructions on Material Safety Data Sheets (MSDS). The General Manager or supervisor will show you where the MSDS are kept.

   F.  Improperly stored food cannot be made safe again, no matter how carefully it is prepared.

211.07   Time and Temperature

Of course, no one wants to eat spoiled food. Keep in mind, however, that food doesn't actually have to "spoil" to be unsafe. Even after just a few hours at room temperature, food can become hazardous to the consumer's health. To be safe, food must be kept at the proper temperature.

   A.  Harmful microbes grow best in the Temperature Danger Zone, 40° to 140° Fahrenheit. Most food has been in the Temperature Danger Zone (which includes room temperature) for a total of four hours or more should be considered unsafe.

   B.  Avoid temperature danger zones by:

      1.  Checking temperatures regularly.

      2.  Keeping food out of danger zones whenever possible.

      3.  Moving food through danger zones as quickly as possible.

      4.  Cleaning and sanitizing your thermometer after each use.

      5.  Regularly check the thermometer for accuracy.

211.08   Wash Clean, Rinse Clear, Sanitize Safely

Not only do we need to ensure that food is safe, we also have to make sure your food preparation and storage areas are spotless.

   A.  Proper cleaning and sanitizing can prevent many food safety problems. Cleaning removes visible soil. Sanitizing reduces the number of microbes to a safe level. Sanitizing involves three steps:

      1.  Wash clean, remove visible soil.

      2.  Rinse in clear water.



# Breakfast

   3.  Sanitize safely with required sanitizing solution.

  B.  Many areas, such as floors, walls and refrigerator doors, need only cleaning.

  C.  Clean and sanitize food-contact surfaces before and after each use or at least once every four hours. Food-contact surfaces are any surfaces that touch food and should be sanitized when switching from one food item to another.

The health and safety of our guests is extremely important. To ensure compliance with the above standards, you will need to retain 30 days of invoices of your selected sanitation product and store the invoices as part of your Quality Assurance documentation.

211.09  Watch Out for Warnings

Not all food dangers arise from the food itself. What if a toxic chemical was stored next to a juice container? Would that be a danger? Of course it could be. Watch out for all kinds of threats to your food safety.

  A.  Not all food contamination comes from microbes. A food warning sign is any threat to food safety that can be seen. Never ignore food safety warnings.

  B.  Know whom to contact when a food safety problem arises such as:

   1.  Warning signs outside your own area

   2.  Problems with equipment

   3.  If guests complain about food safety, a manager should be notified.

211.10  Food Pantry/Breakfast Area Cleanliness and Safety

  A.  All chemicals and cleaning agents must be stored away from food and related products.

  B.  No visible dust or debris can be on the ceiling.

  C.  Trash dumpster areas must be free of trash and garbage on the ground. Lids must remain closed.

  D.  Odors, insects and vermin must be controlled.

  E.  A hand sink must be provided in the pantry area. C-fold paper towels and liquid antibacterial soap must be located at the sink. If a hand sink is not provided in the pantry/prep area, a liquid waterless antibacterial soap and paper towels must be provided.

  F.  Latex, plastic or rubber gloves must be worn by personnel when handling food.

  G.  Pantry doors should have no visible gaps and the door should fit the frames correctly. Doors should remain closed.

211.11  Food Pantry/Breakfast Area Risk Control

  A.  A stocked first-aid kit must be available in the pantry/breakfast area.

  B.  A multi-purpose 10-pound fire extinguisher is required in the pantry/breakfast area.





### Section 300

# Building and Furnishing

– CONFIDENTIAL –
for use by Hilton Hotels only

**Any questions regarding the contents
of this manual may be addressed to:**

**HILTON HOTELS CORPORATION
MEMPHIS OPERATIONS CENTER
755 CROSSOVER LANE
MEMPHIS, TENNESSEE 38117-4900
PHONE: 901/374-5000**

05272008



# Building and Furnishing

Purpose and Scope................................. 300-1

Introduction...................................... 300-2

300.00    Plan Review and Required Approvals ......... 300-3
          300.01    Project Team Approval ............... 300-3
          300.02    Make It Hampton ................... 300-3
          300.03    Preliminary Plans - New Construction and
                    Additions/Remodeling .............. 300-4
          300.04    Fifty Percent Complete Plans–
                    New Construction and Additions/
                    Remodeling ........................ 300-4
          300.05    Final Plans and Specifications–
                    New Construction and Additions/
                    Remodeling ........................ 300-5
          300.06    Changes of Ownership, Conversions
                    and Re-licensing .................. 300-6
          300.07    Progress Reports .................. 300-6
          300.08    Shop Drawings and Other Submittals... 300-6
          300.09    Interior Design Submittals ........... 300-7
          300.10    Hotel Records ..................... 300-8

301.00    Life Safety Systems......................... 300-9
          301.01    Building Codes and Government
                    Requirements...................... 300-9
          301.02    Fire-rated Construction.............. 300-9
          301.03    Fire Safety Systems ............... 300-9
          301.04    Fire/Emergency Exits............... 300-14
          301.05    Emergency Lighting................. 300-14

302.00    General Building ......................... 300-16
          302.01    Building Materials/Structure......... 300-16
          302.02    Exterior Colors ................... 300-17
          302.03    Furnishings and Finishes ........... 300-18
          302.04    Public Area Doors.................. 300-26
          302.05    Sound Reduction................... 300-27
          302.06    Heating/Air Conditioning .......... 300-27

303.00    Site ................................... 300-33
          303.01    Utilities ......................... 300-33
          303.02    Landscaping....................... 300-33
          303.03    Exterior Sidewalks ................ 300-33
          303.04    Exterior Railings ................. 300-34
          303.05    Parking Areas..................... 300-34
          303.06    Parking Garage/Covered Parking ..... 300-35
          303.07    Flagpoles/Flags ................... 300-35
          303.08    Exterior Lighting/Electrical ......... 300-36



# Building and Furnishing

**304.00**   **Lobby Area** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **300-37**
    304.01   Canopy  . . . . . . . . . . . . . . . . . . . .300-37
    304.02   Lobby. . . . . . . . . . . . . . . . . . . . . . .300-38
    304.03   Registration Area . . . . . . . . . . . . . . . .300-46
    304.04   Telephones/Internet Access  . . . . . . . . . .300-49
    304.05   Pantry (Complimentary Area)/
             Breakfast Serving Area. . . . . . . . . . . . . .300-49

**305.00**   **Suite Shop** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **300-54**

**306.00**   **Public Restrooms**  . . . . . . . . . . . . . . . . . . . . . . . . **300-56**

**307.00**   **Meeting Facilities** . . . . . . . . . . . . . . . . . . . . . . . . **300-58**
    307.01   Business Center (Optional) . . . . . . . . . .300-58
    307.02   Meeting Room. . . . . . . . . . . . . . . . . .300-59
    307.03   Boardroom (Optional). . . . . . . . . . . . .300-60
    307.04   Hospitality Suite (Optional)  . . . . . . . .300-60

**308.00**   **Recreational Facilities** . . . . . . . . . . . . . . . . . . . . **300-62**
    308.01   Fitness Center . . . . . . . . . . . . . . . . . .300-62
    308.02   Swimming Pool/Whirlpool . . . . . . . . . .300-65

**309.00**   **Guestrooms/Suites**. . . . . . . . . . . . . . . . . . . . . . . . **300-71**
    309.01   Room Types/Layouts. . . . . . . . . . . . . . 300-71
    309.02   Floors . . . . . . . . . . . . . . . . . . . . . . . 300-71
    309.03   Walls . . . . . . . . . . . . . . . . . . . . . . . .300-72
    309.04   Ceilings . . . . . . . . . . . . . . . . . . . . . .300-74
    309.05   Doors . . . . . . . . . . . . . . . . . . . . . . . .300-75
    309.06   Windows . . . . . . . . . . . . . . . . . . . . . .300-77
    309.07   Drapery . . . . . . . . . . . . . . . . . . . . . .300-78
    309.08   Closets . . . . . . . . . . . . . . . . . . . . . . .300-78
    309.09   Bedding . . . . . . . . . . . . . . . . . . . . . .300-79
    309.10   Furnishings . . . . . . . . . . . . . . . . . . . .300-91
    309.11   Artwork/Mirrors . . . . . . . . . . . . . . . .300-96
    309.12   Lighting . . . . . . . . . . . . . . . . . . . . . .300-96
    309.13   Electronics/Communications/HSIA. . . .300-99
    309.14   Mechanical  . . . . . . . . . . . . . . . . . . 300-101
    309.15   Electrical . . . . . . . . . . . . . . . . . . . 300-102
    309.16   Fireplaces . . . . . . . . . . . . . . . . . . . 300-103
    309.17   Other . . . . . . . . . . . . . . . . . . . . . . 300-103



# Building and Furnishing

310.00     **Guest Room/Suite Bath and Dressing Area . . . . 300-105**
        310.01     Dimensions/Layouts . . . . . . . . . . . . . . 300-105
        310.02     Floors . . . . . . . . . . . . . . . . . . . . . . . . 300-105
        310.03     Walls . . . . . . . . . . . . . . . . . . . . . . . . . 300-105
        310.04     Ceilings . . . . . . . . . . . . . . . . . . . . . . 300-107
        310.05     Doors . . . . . . . . . . . . . . . . . . . . . . . . . 300-107
        310.06     Bathroom Fixtures and Plumbing . . . . 300-108
        310.07     Electrical . . . . . . . . . . . . . . . . . . . . . . 300-118
        310.08     Mechanical . . . . . . . . . . . . . . . . . . . . 300-119
        310.09     Lighting . . . . . . . . . . . . . . . . . . . . . . . 300-119
        310.10     Bath Accessories . . . . . . . . . . . . . . . . 300-120
        310.11     Bath Linens (MIH) . . . . . . . . . . . . . . . 300-122

311.00     **Wet Bar and Guest Room/Suite Appliances. . . . 300-125**

312.00     **Accessible Accommodations . . . . . . . . . . . . . . . 300-127**

313.00     **Standard Room Layouts . . . . . . . . . . . . . . . . . . . 300-129**

314.00     **Guest Room/Suite Support Areas . . . . . . . . . . . 300-142**
        314.01     Passenger Elevators . . . . . . . . . . . . . . 300-142
        314.02     Corridors/Elevator Lobbies . . . . . . . . 300-143
        314.03     Stair Enclosures . . . . . . . . . . . . . . . . . 300-144
        314.04     Vending . . . . . . . . . . . . . . . . . . . . . . . 300-145
        314.05     Guest Laundry (Optional) . . . . . . . . . 300-146

315.00     **Back of House Areas . . . . . . . . . . . . . . . . . . . . . 300-147**
        315.01     Laundry Area . . . . . . . . . . . . . . . . . . . 300-147
        315.02     Maintenance . . . . . . . . . . . . . . . . . . . 300-147
        315.03     Employee Facilities . . . . . . . . . . . . . . 300-148
        315.04     Food Prep . . . . . . . . . . . . . . . . . . . . . 300-149
        315.05     Storage Rooms . . . . . . . . . . . . . . . . . . 300-153
        315.06     Electrical Rooms . . . . . . . . . . . . . . . . 300-154
        315.07     Mechanical/Equipment Rooms . . . . . . 300-154
        315.08     Computer and Telecom Room . . . . . . 300-155
        315.09     Trash/Recycling Area . . . . . . . . . . . . . 300-155

316.00     **Signage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 300-156**

317.00     **Master Antenna Television System . . . . . . . . . . 300-157**



# Building and Furnishing

318.00 **Existing Hampton Inn Exterior Corridor Hotels** 300-158
 318.01 General ........................300-158
 318.02 Fire Safety Systems ...............300-158
 318.03 Exterior Colors ..................300-158
 318.04 Doors.........................300-159
 318.05 Guest Room Windows .............300-159
 318.06 Electrical .....................300-159
 318.07 Towel Shelves...................300-159
 318.08 Re-licensing/Change of Ownership...300-160
 318.09 Standard Room Layouts for Existing Corridor
   Hotels.........................300-161



# Building and Furnishing

## Purpose and Scope

These construction standards are designed to serve as a guideline in the preparation of construction documents. Hilton Hotels may, when giving approval for projects, increase or rescind certain requirements contained herein in accordance with the local market, design requirements or trade practices.

Included within these standards are specific products, manufacturers and/or distributors. Products must be provided as specified; any "or equal" products may be submitted for review. Some products have been explored thoroughly and have been found to be pertinent to the distinction of the Hampton Brand and therefore, alternates will not be reviewed or accepted for these particular products. Any "or equal" manufacturer will be considered but must be submitted for approval PRIOR to any fabrication or ordering. Distributor lists are recommendations only; any alternates may be used.

*NOTE: The prototype drawings are also a part of the construction standards. If any discrepancies are found between the standards and the prototype drawings, the Design and Construction Department will clarify.*

Hampton Inn (including the Hometown prototype) and Hampton Inn & Suites hotels must, at a minimum, conform to the plans and specifications approved by Hilton Hotels Corporation at the time of franchise approval. Where later modified plans and specifications are approved by Hilton Hotels, hotels must conform to the modified plans and specifications upon making any changes, upgrades or refurbishments. The owner of the project is responsible for the compliance with all Hampton Standards and prototype drawings. Any plan reviews, approvals or site inspections by Hilton Hotels does not relieve the owner of this responsibility.

Due to the combination of Hampton Inn (including the Hometown prototype) and Hampton Inn & Suites requirements in this section, all requirements listed apply to all brands except where noted.

In addition to the minimum requirements, there are recommendations to consider during the development or upgrading of a hotel. These recommendations are based on experience in the hotel industry and product development research. Many are beneficial operationally, others improve guest satisfaction/value perception.

Hilton Hotels does not and cannot warrant conformance with interpretation of the Americans With Disabilities Act (ADA) and the ADA Accessibility Guidelines within these standards or the prototype drawings. The owner of the project is responsible for the compliance with applicable provisions of the ADA and any additional local requirements. The owner is urged to seek appropriate counsel to ensure such compliance.

If local codes exceed the requirements contained in any following standard, then the local codes should be construed as minimum requirements.



# Building and Furnishing

## Introduction

The following construction standards apply to the situations listed below:

1. Plan and specification review for proposed new construction projects.

2. Plan and specification review for remodeling, refurbishing and renovation projects.

3. Preparation of a deficiency list in connection with an application for conversion of an existing hotel or change of ownership of a Hampton Inn or Hampton Inn & Suites hotel.

The following standards will refer to other publications and industry standard abbreviations that may not be recognizable so these are listed for easy reference below:

| | |
|---|---|
| ADA | Americans with Disabilities Act |
| AFF | Above the Finished Floor |
| AGA | American Gas Association |
| ANSI | American National Standards Institute |
| ASHRAE | American Society of Heating, Refrigerating and Air Conditioning Engineers |
| ASTM | American Society for Testing and Materials |
| E.I.F.S. | Exterior Insulation Finish System |
| IIC | Impact Insulation Class |
| NEC | National Electrical Code |
| NFPA | National Fire Protection Association |
| OSHA | Occupational Safety and Health Act |
| PTAC | Package Terminal Air Conditioner |
| SMACNA | Sheet Metal and Air Conditioning Contractors National Association |
| STC | Sound Transmission Coefficient |
| UFAC | Upholstered Furniture Action Council |
| UL | Underwriters Laboratories |

REFER ANY QUESTIONS CONCERNING THESE STANDARDS TO:

Hilton Hotels Corporation
Design & Construction Department
755 Crossover Lane
Memphis, TN 38117

Phone: 901/374-5000
Fax: 901/374-5008



# Building and Furnishing

## 300.00  Plan Review and Required Approvals

**300.01   Project Team Approval**

A. Prior to submission of plans, Hilton Hotels must be furnished with resumes and other information on the training, experience and financial responsibilities of the architect and/or engineer retained for the project. The architect and all engineers must hold a current license in the state in which the project is located. The plans must not be approved and the construction must not begin until Hilton Hotels has approved the architect and/or engineer.

B. Before construction begins, Hilton Hotels must be furnished a resume and financial statement of the proposed contractor and, if requested by Hilton Hotels, of any major subcontractors, along with any additional information concerning their experience and financial responsibility Hilton Hotels may request. Construction must not begin until Hilton Hotels has approved the contractor.

**300.02   Make It Hampton**

A. All Make It Hampton (MIH) items must be installed in all hotels. The Make It Hampton items within this section have been designated so by the acronym, MIH. All hotels must comply with this standard.

B. The following Make It Hampton items are automatically shipped and billed to each new opening property. The questionnaire that precedes the automatic order is included in the New Construction Product Order Guide.

1. Planter garden (planters, ash & trash)

2. Welcome mats

3. Vestibule presentation: wall vinyl, artwork and chair rail

4. Entrance door graphics

5. Front desk presentation: wall vinyl, artwork, welcome message and chair rail

6. Acrylic key card holder

7. Guarantee pad

8. Lamp/Hampton's On the Run™ Breakfast Bag kiosk

9. Elevator graphics

10. On the House™ Hot Breakfast kit: Harlan breakfast graphics, Edward Don breakfast equipment and Moffat oven

11. Breakfast information graphics

12. Breakfast artwork

13. Lap desks

14. Alarm clock radios



# Building and Furnishing

    15.  Febreze® Linen Refresher Concentrate and Febreze® Air Effects

    16.  Zippered plastic bags for blankets

    17.  Shower curtains

    18.  Duvet inserts

    19.  Duvet covers

    20.  Lumbar pillows

    21.  Lumbar pillow covers

    22.  Red "freshen please" service signals

C. All other Make It Hampton items may be purchased through the *Make It Hampton Products Reorder Catalog.*

## 300.03  Preliminary Plans - New Construction and Additions/Remodeling

All plans, specifications and progress reports are to be submitted to and approved for compliance with overall concept by Hilton Hotels as follows:

A. Site plan with building, parking (quantity and size of spaces and aisles to be provided), landscaping and recreational area outlined. Indicate satellite dish location, if provided, signage locations and dumpster/storage building location.

B. Floor plans of all areas. The following information must be included:

    1.  Number of guest rooms and suites per floor.

    2.  Gross building square footages.

C. Exterior elevations.

Non-prototypical exterior designs and color schemes will be considered when required by local governmental authorities. Drawings, colored renderings, color samples, etc. must be submitted to Hilton Hotels for review and approval *prior* to submitting to local jurisdictions.

*NOTE:* For room additions and pool enclosures, all floor plans and exterior elevations must show the relationship to the existing building(s). Review and approval of preliminary plans must be secured prior to submission of final plans and specifications.

## 300.04  Fifty Percent Complete Plans– New Construction and Additions/Remodeling

All plans, specifications and progress reports are to be submitted to and approved for compliance with overall concept by Hilton Hotels as follows:

A. Site plan - 100 percent complete

B. Floor plans - 50 percent complete

C. Details - 50 percent complete



# Building and Furnishing

D. Elevations - 100 percent complete

E. Structural plans - 100 percent complete

F. Mechanical, plumbing and electrical plans - 50 percent complete
(Mechanical plans must include a cover sheet showing the air balance calculations—inclusive of total exhaust and total make-up air, but not including any thru-wall units.)

G. Outline specifications

H. Location of satellite dish, if provided

I. Signage selection and electrical requirements

*NOTE:* Review and approval of Preliminary and 50 Percent Plans must be secured prior to submission of final plans and specifications.

## 300.05  Final Plans and Specifications–
## New Construction and Additions/Remodeling

Complete working drawings and specifications, properly sealed and signed by the architect and engineers of record, are to be submitted to and approved for compliance with overall concept by Hilton Hotels before construction begins. The drawings and specifications must include the following:

A. Complete and indexed civil, architectural, mechanical, plumbing (including detailed fire protection drawings), electrical and structural drawings (including definitions of all abbreviations and symbols used).

*NOTE:* Exterior color renderings may be required by Hilton Hotels.

B. All room finishes, door and hardware schedules.

C. Swimming pool drawings and specifications.

D. Identification sign drawings showing location and design.

E. Landscape, irrigation and accent lighting plans prepared by a professional landscape architect or approved nursery firm.

F. An interior design package prepared by a professional interior design firm experienced in hospitality interior design. The submittal must include the items listed under 300.09.

G. Room layouts for all room types indicating room dimensions, furnishings, electrical, telephone and television outlets are required. Interior elevations of each room type are also required.



# Building and Furnishing

**300.06  Changes of Ownership, Conversions and Re-licensing**

Hilton Hotels will conduct an inspection of the property, note deficiencies and variances from prevailing Hampton Inn or Hampton Inn & Suites hotel standards. A deficiency report will be prepared.

Failure to identify any deficiencies does not relieve the franchisee of the responsibility of completing/correcting these items or making modifications necessary to comply with Hampton standards. Submissions for approval must then be made as follows:

A. Where the redesign/refurbishing of existing facilities is required, design drawings, including but not limited to guest room/suite and commercial area furnishings, layouts, and interior/exterior color elevations, must be submitted to and approved by Hilton Hotels. Color renderings must be furnished upon request of Hilton Hotels.

B. Where construction of additional facilities is required, complete drawings and specifications are to be submitted to and approved by Hilton Hotels before beginning construction.

**300.07  Progress Reports**

The principal correspondent is required to submit monthly, during construction, a Schedule Status Report and a Construction Progress Report, complete with a major item cost breakdown.

The Progress Report must indicate the approximate percentage of completion of each major construction item. Not less than twenty 35mm or digital color photographs indicating the general level of completion of the entire project must be submitted by the principal correspondent with each Construction Progress Report.

**300.08  Shop Drawings and Other Submittals**

The following construction submittals are required to be submitted for review and approval by Hilton Hotels Corporation:

A. Value engineering considerations—Addenda and Change Orders

B. Plumbing fixture cutsheets

C. Light fixture cutsheets

D. Door hardware cutsheets and schedule

E. Roof material sample and cutsheet for color (and gauge when applicable)

F. Exterior wall finish samples and spec data—color and texture

G. Swimming pool shop drawings

H. Vanity and tub surround material

I. Vanity base shop drawings

J. Knockdown wall texture for color and texture

K. Fire sprinkler shop drawings



# Building and Furnishing

    L.  Front desk shop drawings

    M.  FF&E submittal—colorboards and complete specifications

**300.09   Interior Design Submittals**

An interior FF&E/Finish package prepared by a professional interior design firm experienced in hospitality design must be submitted and approved for compliance by Hilton Hotels before procurement begins.

  A.  The submittal must include:

    1.  A cover letter with the property name, location, number of rooms, and an outline of commercials areas.

    2.  A scope of service page, listed in detail.

    3.  A project directory sheet for the particular project (contact sheet).

    4.  To-scale floor plan of scoped area with coded references to spec sheets.

    5.  An 8″ x 10″ high quality photo of the color board(s) for guest rooms/suites and public areas.

    6.  Spec books must be neatly bound and presented and not sent loose.

    7.  All specification sheets must have a color thumbnail photo of the product.

    8.  Include a cut sheet of the product on a separate page if it requires more space in the specification sheet.

    9.  Include the interior elevations and/or reflected ceiling plans relevant to the product specified (e.g., sconces, mirrors, chandeliers) drawn TO SCALE in order to properly access correct scale of the specified item.

   10.  Actual samples of fabrics and finishes must be submitted; electronic scans ARE NOT ACCEPTABLE.

   11.  All finish and fabric samples must be of a 3" x 3" (minimum) size.

   12.  Any heavy sample materials (e.g., stone, solid surface material, etc.) must be mounted on heavy board and protected in a clear binder pocket.

  B.  Any revisions required in a re-submittal should be sent utilizing the following process:

    1.  Previous submittal comments must be included with the new submittal.

    2.  The interior designer must submit all revisions on colored paper. Use a different color for each re-submittal. If revisions are sent via e-mail, the designer must send a follow up hard copy of the revision on colored paper.

    3.  All revised specifications submitted by the interior designer must have the revision "bubbled" for clarification and easy identification.



# Building and Furnishing

**300.10   Hotel Records**

Prior to opening, complete floor plans and building elevations must be provided to Hilton Hotels Corporation in an 11" x 17" PDF format, readable by Adobe Acrobat. These photos and elevations must include the following:

A.  Site plans

B.  Floor plans

    1.  Overall plan of each floor

    2.  Enlarged plans of public areas

    3.  Enlarged guest room/suite plans

    4.  Reflected ceiling plan of public areas

C.  Building elevations



# Building and Furnishing

## 301.00  Life Safety Systems

**301.01   Building Codes and Government Requirements**

    A.  In addition to applicable building codes, commitment agreement holders should become familiar and conform with OSHA, as it applies, or the equivalent local or national codes; the applicable barrier free (handicap accessibility) design standards; the applicable standards of the NFPA and all applicable requirements of the ADA.

    B.  Lobbies and other non-guest room function areas must comply with all applicable governmental agency and/or board requirements and must coincide with the Hampton concept.

**301.02   Fire-rated Construction**

    A.  Fire-rated construction is required for all building structures. Steel framing as well as wood framing in a fire-resistant category is acceptable for the canopy, subject to local fire code requirements.

    B.  The roof membrane, insulation and ballast (if required) must be non-combustible or the roof "system" must be "Class A" rated as defined by UL.

    C.  In the guest room/suite buildings, all floors, load-bearing walls, columns, beams and lintels must have a one-hour fire rating unless higher ratings are required by local code. See requirements for sprinkler systems, Standard 301.03.

    D.  A minimum of one-hour, fire-rated separation consisting of fire walls and protected openings must be provided between rental units, between corridors and rental units or as otherwise required by local codes if more stringent.

    E.  A minimum fire-rated separation of one-hour is required from floor to floor. If the lobby is open to a second floor corridor above, fire-rated doors are required in the second floor corridor to separate it from the two-story lobby space. These doors must be "C" label 45-minute fire-rated doors with automatic closers and magnetic hold-open devices that are connected to the fire alarm system.

    F.  All boiler rooms and any other rooms containing gas fired equipment must be one-hour rated minimum or as otherwise required by local codes if more stringent. Doors must be fire-rated with closers.

    G.  All duct work must be nonflammable.

**301.03   Fire Safety Systems**

Minimum standards for fire safety systems are detailed below. These more stringent requirement between the standards and any state and local requirements must be followed as a minimum.

    A.  Fire Alarm System and Fire Sprinkler System

All areas of a property must be equipped with a fire alarm system and automatic fire sprinkler system, which are zoned by floors.



# Building and Furnishing

1. Fire Alarm System

   a. The fire alarm system must be comprised of Underwriters Laboratory approved equipment and devices. The installation, location and spacing of such equipment and devices must be in accordance with the latest edition of NFPA 72, or as otherwise specified by the governmental authority having jurisdiction.

   b. Strobe notification appliances must be provided in accordance with federal accessibility rules (28 CFR 36, Appendix A, Sec. 4.28) as to number, locations, spacing and visual intensity.

   c. A manual fire alarm pull station capable of sounding a general alarm must be located behind the front desk. The panel must not be located on the back wall facing the registration desk.

2. Fire Sprinkler System

   The property is to have complete automatic and supervised fire sprinkler systems throughout all areas, including all guest rooms, in accordance with the stricter of:

   a. Applicable standards referenced in the building or fire codes of the local jurisdiction, as interpreted by the authority having jurisdiction, and only as applicable for the status of the subject property; or

   b. An automatic fire sprinkler system located throughout the property, including all guest rooms, and complying with NFPA 13 (reference TS 015, Hilton International CO).

   Exceptions – Within the Americas

   1) For properties where the building is four stories or less in height, NFPA 13R is acceptable if allowed by local or other applicable codes.

   2) For properties where the building is three stories or less in height with guest rooms exiting directly to the exterior, an automatic fire sprinkler system is not required. However, such properties must have been built in accordance with applicable building codes in force at the time of permit issuance, and must be maintained in compliance with any applicable codes.

   Exceptions – Outside the Americas

   Properties where the building is four stories or less in height.



# Building and Furnishing

Exception – Worldwide

Properties converted to any of the Hilton-family-of-brands ("Conversion Properties") must be in full compliance with the standards set forth above within the time period set forth in the applicable Product Improvement Plan for the property. Compliance must occur prior to the property's opening to the public as a Hilton family property unless an exception is approved in writing by the Senior Vice President of Architecture and Construction, Senior Vice President of Hotel Brand Management and the Senior Vice President of Franchise Development for properties within the Americas; by the Vice President of Technical Services, Area President and CEO of International Operations for properties outside the Americas ("Committee"). In no event must a Conversion Property open to the public until it is in full compliance with any applicable codes of the local jurisdiction. Any exception that may be granted by the Committee relates only to standards that exceed applicable local codes.

B.  Smoke Detectors

Smoke detectors are required throughout the property as set forth in this section.

1.  Smoke Detectors in Guest Rooms/Suites

The property must equip hard-wired and locally annunciated smoke detectors in all guest rooms and each livable space of a suite. Smoke detectors within accessible guest rooms/suites and any others required by ADA or the local jurisdiction must be equipped with an integral strobe light providing a visual intensity of 177cd.

2.  Smoke Detectors in Areas Other Than Guest Rooms/Suites

The property must have system connected, hard-wired smoke detectors in the following areas (where applicable and allowed by local code):

a.  Lobby

b.  Administration areas/front desk

c.  Pantry prep/pantry/kitchen

d.  Food and beverage outlets/restaurant

e.  All corridors

f.  Laundry

g.  Dryer enclosure (heat detector only behind dryers)

h.  Meeting rooms/ballrooms/pre-function areas/executive center

i.  Maintenance shop (must have combination heat and smoke detectors)

j.  Linen rooms

k.  Mechanical/boiler/electrical rooms - must have combination heat and smoke detectors



# Building and Furnishing

 l. Elevator equipment - must have combination heat and smoke detectors

 m. Top of stairwells

 n. Miscellaneous storage rooms

 o. Public restrooms

 p. Exercise room/health club

 q. Guest laundry

 r. Parking structure

 s. Enclosed swimming pool

 t. Any other areas required by local codes.

3. Exception

Properties converted to any of the Hilton-family-of-brands ("Conversion Properties") must be in full compliance with any applicable codes of the local jurisdiction. In addition, all Conversion Properties must comply with the standards set forth above relating to Guestrooms/Suites. Compliance must occur prior to the property's opening to the public as a Hilton family property. Unless HHC determines that there are unique circumstances related to the subject Conversion Property, the standards set forth above for Areas Other than Guest rooms/Suites will not apply to Conversion Properties.

C. Fire Extinguishers

1. Fire extinguishers must be contained in fully recessed (flush to wall) cabinets.

2. Fire extinguishers must be contained in public spaces according to local and national codes.

3. Fire extinguishers must be mounted in front office area, laundry, maintenance, corridors and near storage rooms, and as otherwise required by the local jurisdiction.

4. Fire extinguishers must be in clear view within the appropriate rooms.

5. Portable Fire Extinguishers must be provided and installed in accordance with NFPA 10 and NFPA 96 (for restaurant kitchens).

6. Restaurant kitchen fixed fire extinguishing systems must be installed for all cooking equipment and appliances in accordance with NFPA 17A and NFPA 96 using wet chemical water assisted type systems.

D. Approval, Testing and Maintenance, Training

1. Approval

Written approval of the plans for required fire safety systems must be obtained from the governmental authority having jurisdiction prior to installation of the fire safety system.



# Building and Furnishing

The form of written approval may vary by governmental authority. For the purposes of these standards, "written approval" is defined as a certificate, letter of approval, permit, stamp of approval, or other approval method as used by the governmental authority.

Written certification that the required fire safety systems have been installed according to the approved plan by a licensed contractor and are fully operational, tested and approved by the authority having jurisdiction must be obtained from the installation contractor.

2. Testing and Maintenance

   a. All fire safety systems installed (including any systems installed above and beyond the requirements of this standard) must be tested and maintained either:

      1) Through a maintenance contract with an organization licensed to install and maintain such equipment, or

      2) By individuals trained to perform such maintenance and testing.

   Testing and maintenance of sprinkler systems must be in accordance with the manufacturer's instructions, NFPA 25, or as otherwise specified by the governmental authority having jurisdiction.

   Testing and maintenance of smoke detection systems (or heat detection devices where appropriate) must be in accordance with the manufacturer's instructions, NFPA 72, or as otherwise specified by the governmental authority having jurisdiction.

   b. A statement certifying that such testing and maintenance have been performed must be signed by either:

      1) The maintenance company representative and by the General Manager of the property; or

      2) By the individual trained to perform such maintenance and testing and by the General Manager of the property.

   All statements certifying such testing must be kept on file at the property and be made available to HHC's field inspector. Such testing and maintenance must be performed at least once every six months. A minimum of one test per year must be conducted by an outside third party licensed to test fire safety equipment. Guest room/suite smoke detectors must be included as part of this testing and documentation.



# Building and Furnishing

3. Training

The General Manager, assistant manager, all guest services (front desk) personnel, maintenance supervisors, housekeepers and night auditors, as well as any other personnel designated as "managers on duty" at the property, must be familiar with the operation of the fire safety systems, fire evacuation procedures and the operation of portable fire extinguishers.

E. Installation

All system wiring must be in conduit unless otherwise permitted by local codes. Water piping for the fire sprinkler system must be attractively concealed within walls, ceilings and furred areas; however, fire sprinkler heads and other system equipment may not be concealed in a manner that reduces their effectiveness or defeats their purpose.

**301.04   Fire/Emergency Exits**

A. A minimum of two fire/emergency exits must be provided for each floor. The distance of travel from the entrance of any guest room/suite to the nearest exit must not exceed 125'-0" (38.1m). Exits must be located as remotely as possible from each other and provide optimum convenience to guests.

B. All fire/emergency exits must be clearly marked with illuminated exit signs. Where exits are not visible, illuminated directional signs must be provided to indicate the direction of egress. These signs must be provided with a maintained secondary emergency power source. Lighted exit signs are required at all major exit ways.

C. Provide panic hardware (crash bar type) on all designated exit doors that contain a locking device or latch.

**301.05   Emergency Lighting**

A. Emergency lighting is to be provided for the following areas and in accordance with prevailing governmental regulations:

1. Lobby

2. Registration desk - located on employee side and not visible to guests

3. Back office/work area

4. Public restrooms

5. Meeting rooms

6. Corridors

7. Stairwells

8. Elevators

9. Room where the fire alarm panel is located

10. Laundry

11. All breezeways



# Building and Furnishing

    12.  Exercise room

    13.  Guest laundry (where applicable)

    14.  Executive center (where applicable)

    15.  Enclosed swimming pool

B.  Emergency lighting fixtures must be arranged to maintain the values of not less than one foot-candle measured at the floor at all points, including corners.

C.  Required emergency lighting fixtures will be automatic, not requiring any manual action to put them into operation after failure of normal lighting.

D.  Power for emergency lighting must be supplied by approved, reliable electric storage batteries with trickle charge system or equivalent.



# Building and Furnishing

## 302.00  General Building

**302.01   Building Materials/Structure**

A. The design of each hotel must conform to the current prototypical plans, FF&E speci-
fications and construction standards as furnished to each approved franchisee. If such
requirements are exceeded or increased by, or differ from any local requirements, the
more stringent must govern.

B. Variations from these and other requirements regarding the general character, quality
and kinds of materials and finishes must be subject to approval by Hilton Hotels. The
Hometown prototype will allow very few, if any, changes to its design.

C. Exterior corridor hotels are not allowed for new construction. See Standard 318.00 for
"Existing Hampton Inn Exterior Corridor Hotels" at the end of this section.

D. The building structure must be one of the following systems:

1. Wood frame

2. Metal frame

3. Load-bearing masonry with cast-in-place or precast concrete floor and roof slabs.
(When two foot wide precast concrete floor planks are used, a furred drywall ceil-
ing must be installed. Larger width floor planks do not have this requirement.)

E. Non-load bearing walls must be wood stud or steel stud framed with interior faces of
gypsum board.

F. Exterior wall finish must be brick or EIFS (such as Dryvit with a finish texture equal to
Quarzputz).

G. Roof materials must meet the following requirements:

1. The Hampton Inn mansard (when applicable) at the canopy and upper roof is to
be constructed to give the appearance of a standing seam roof. Color is to be as
noted below and must be submitted for approval. Panels are to have a smooth fin-
ish. Structural supports for the mansard must be designed on an individual project
basis by the architectural/engineering firm hired by the owner.

2. Metal roofing must be 24-gauge, prefinished with a 12" wide panel, Kynar 500
finish with the appearance of a standing seam of $1^1/_2$" height. Fabricate and install
metal roofing and accessories in accordance with SMACNA. All flashing, edges,
trim, valleys, etc. must be the same color and finish as the roofing, when metal
roofing is provided.

3. Roof vents, exhaust caps and other penetrations must be screened by metal roof or
parapet walls. Antennae are not allowed to be any taller than the mansard or any
parapet walls. Cell phone antennae or any other antennae that are not used for the
operation of the hotel are not allowed on the building.



# Building and Furnishing

**302.02  Exterior Colors**

The following are acceptable color schemes for the exterior of a Hampton Inn (including the Hometown prototype) or Hampton Inn & Suites. Reference *Color Standards* packet for more detailed information. In all cases, the storefront corridor entrance doors are to match the window frames. All other miscellaneous doors are to be painted to match the exterior wall color. Samples of the exterior materials must be submitted for approval. Exterior color renderings may be required by Hilton Hotels prior to approval.

A. Hampton Inn Exterior Colors (mansard roof scheme)

*NOTE:* If the Hampton Inn & Suites exterior design is used for a Hampton Inn, the colors listed below under Hampton Inn & Suites may be used.

The exterior colors must be one of the following schemes:

1. Base and field: Dryvit #108 Manor White; roof: Dark Bronze; window frames: Dark Bronze; window glass: Bronze

2. Base: Dryvit #346 Patchwood; field: Dryvit #108 Manor White; roof: Berridge Forest Green, Colonial Red or Dark Bronze; window frames: White or Dark Bronze; window glass: Clear (white frames) or Bronze (dark bronze frames).

3. Base: Dryvit #392 Coconut Shell; field: Dryvit #400 French Toast; roof: Berridge Forest Green, Colonial Red or Dark Bronze; window frames: Dark Bronze; window glass: Bronze.

4. Base: Dryvit # NA2-03-06-13-01 Pecan Shell; field: Dryvit #110 Van Dyke; roof: Berridge Forest Green, Colonial Red or Dark Bronze; window frames: White or Dark Bronze; window glass: Clear (White Frames) or Bronze (Dark Bronze Frames).

B. Hampton Inn – Hometown Prototype Exterior Colors

The exterior colors must be one of the following schemes:

1. Main building: Dryvit # 110 Van Dyke; columns/trim: Dryvit # 442 Cotton; cornice: Dryvit # 455A Pearl; window frames: Dark Bronze; window glass: Clear or Bronze

2. Main building: Dryvit # 110 Van Dyke; columns/trim: Dryvit # 442 Cotton; cornice: Dryvit # 110 Van Dyke; window frames: Dark Bronze; window glass: Clear or Bronze

3. Main building: Dryvit # 400 French Toast; columns/trim: Dryvit # 109 Eggshell Cream; cornice: Dryvit # 400 French Toast; window frames: Dark Bronze; window glass: Clear or Bronze

C. Hampton Inn & Suites Exterior Colors

The exterior colors must be one of the following schemes (the column trim color is optional and may be replaced with the assigned field color):



# Building and Furnishing

1. Base: Dryvit #346 Patchwood; field: Dryvit #108 Manor White; column trim: Dryvit #442 Cotton; window frames: White, Dark Bronze or match column trim color; window glass: Clear (white frames) or Bronze (dark bronze frames).

2. Base: Dryvit #392 Coconut Shell; field: Dryvit #400 French Toast; column trim: Dryvit #109 Eggshell Cream (or #108 Manor White); window frames: Dark Bronze or match column trim color; window glass: Bronze.

3. Base: Dryvit #NA2-03-6-13-01; field: Dryvit #110 Van Dyke; column trim: Dryvit #442 Cotton; window frames: White, Dark Bronze or match column trim color; window glass: Clear (White or trim color frames) or Bronze (Dark Bronze frame)

D. Louvers

1. Fixed louvers for laundry and kitchen ventilation are to be of anodized aluminum with stormproof blades in a color that coordinates with the exterior color scheme.

2. Exterior louvers, which align with guest room windows must be the same size and finish as the window frames. Miscellaneous louvers of various sizes, which do not align with guest room windows must be painted to match the adjacent wall color. Louvers must be combined into one larger louver when possible, except at the laundry when exhaust may impact make up air.

**302.03  Furnishings and Finishes**

A. Carpet/Tile/Wood/Vinyl/Laminate Flooring

1. Carpeting for public areas including the lobby, meeting room, boardroom, guest room/suite corridors, guest rooms/suites, hospitality suites, and offices must meet the following minimum standards:

   a. Carpet and carpet padding must be commercial grade and meet or exceed all local, state, and general flammability codes including DOC-FFI-70 and ASTM E648, Class I testing. Carpet must have a "Class B" or better flame spread rating.

   b. Minimum carpet specifications:

| CUT PILE | |
| --- | --- |
| Construction: | Tufted |
| Machine Gauge: | 1/10 Guest Rooms and Public Areas |
| Stitches per Inch: | 10 - Guest Rooms 12 - Public Areas and Corridors |
| Tufted Pile Height: | .250 (1/4") or greater for 32 oz. and .281 (9/32") or greater for 36. Oz. |
| Face Yarn: | 100% Solution Dyed Type 6 Nylon Branded Yarns Printed - Type 6.6 |
| Primary Backing: | Woven polypropylene |
| Secondary Backing: | Action Bac |
| Face Weight: | 36 oz./sq. yd. for heavy traffic areas, Lobby, Guest Corridors and pre-function areas 32 oz./sq. yd. for Guest Rooms |



# Building and Furnishing

## CUT AND LOOP

| | |
|---|---|
| Construction: | Tufted |
| Machine Gauge: | 1/10 Guest Rooms and Public Areas |
| Stitches per Inch: | 10 - Guest Rooms 12 - Meeting Rooms |
| Tufted Pile Height: | High 9/32 Low 3/16 |
| Face Yarn: | 100% Solution Dyed Type 6 Nylon Branded Yarns + or - 5% variance on face wt. allowed |
| Primary Backing: | Woven polypropylene |
| Secondary Backing: | Action Bac |
| Face Weight: | 32 oz./sq. yd. for Guest Rooms; NOT APPROVED FOR USE IN HEAVY TRAFFIC AREAS |

## MULTI-LEVEL LOOP

| | |
|---|---|
| Construction: | Level Loop |
| Machine Gauge: | 1/12 Guest Rooms, Meeting Rooms |
| Stitches per Inch: | 10 - All Areas |
| Tufted Pile Height: | 3/16 |
| Face Yarn: | 100% Solution Dyed Type 6 Nylon Branded Yarns |
| Primary Backing: | Woven polypropylene |
| Secondary Backing: | Action Bac Tuft Bind Rating Dry 10; Wet 8; Ravel 2 to 3 lb. Strength |
| Face Weight: | 32 oz./sq. yd. for Guest Rooms; 36 oz. for Public Areas; NOT APPROVED FOR USE IN HEAVY TRAFFIC AREAS |

## LEVEL LOOP

| | |
|---|---|
| Construction: | Level Loop; All Loop Same Heights |
| Machine Gauge: | 1/10 |
| Stitches per Inch: | 10 |
| Pile Height: | 3/16 |
| Face Yarn: | 100% Solution Dyed Type 6 Nylon Branded Yarns |
| Face Weight: | 26 oz. or higher Back of House |
| Primary Backing: | Polypropylene |
| Secondary Backing: | Action Bac Tuft Bind Rating Dry 10 lb.; Wet 6 lb.; Edge Ravel 2 to 3 lb. Strength |



# Building and Furnishing

| CYP (COMPUTER YARN REPLACEMENT) | |
| --- | --- |
| Construction: | Tufted |
| Machine Gauge: | 1/11 All Areas |
| Stitches per Inch: | 11- All Areas |
| Tufted Pile Height: | 9/32 |
| Face Yarn: | 100% Solution Dyed Type 6 Nylon Branded Yarns |
| Primary Backing: | Action Bac |
| Face Weight: | 42 oz./sq. yd. for All Areas |

| AXMINSTER | |
| --- | --- |
| Fiber: | Wool/Nylon Blend (80/20) or 100% Nylon (Type 6.6) Wool must be - Woolen Spun Yarn. Semi-worsted is not permitted. 70% British Specialty wool blend is preferred. |
| Yarn Count: | 2/46 |
| Tuft Density: | 63 per sq. inch - Corridors<br>70 per sq. inch - Public Areas and Ballrooms |
| Dye Method: | Pre-metalized dyes required |
| Pitch: | 7 |
| Pile Height: | .250 to .270 |
| Rows per Inch: | 9 in Corridors and 10 in Public Areas and Ballrooms |
| Pile Weight Above Back: | 27 - 30 oz./sq. yd. (80/20) 31 - 40 oz./sq. yd. (nylon) |
| Total Pile Weight: | 36 - 44 oz./sq. yd. |
| Backing: | Synthetic |
| Widths Available: | 27", 36" (for use as borders only) 9', 12', 15' and 4 meter |

c.  All carpet must be in compliance with CRI (Carpet and Rug Institute) "Green Label Plus." All carpet must pass TARR (Texture Appearance Retention Rating) of 2.5 - 3.0 or higher. (Hexapod Test) All nylon carpet must be stain-treated with foam and heat set method. All carpet must pass Tuft Bond Test minimum of Dry 6. All carpet must be warranted for wear at 10% fiber loss over 10 years. Sprouting will not be allowed.

d.  Spin Bonnet floor machines should NEVER be used in cleaning carpet. All carpet cleaning equipment and chemicals should have the CRI Seal of Approval.

e.  All hotels should contact Carpet America Recovery Effort (www.carpetrecovery.org) to ascertain what carpet reuse programs are available in your area before sending carpet to a landfill.

f.  All carpet must be twisted with a minimum of four and a half (4.5) twists per inch and be heat set with Superba or Suessen methods.



# Building and Furnishing

g. All carpet must have an average Density Factor of 275,00. A Density Factor of 300,000 to 350,000 is recommended for corridors and public areas. Density Factor = stitches x gauge x yarn size.

h. All carpeting must be installed over padding and be power stretched except in double glue-down installations. Carpet pad must be produced from 100% synthetic fibers or high-density flat sponge rubber. The use of urethane or rebond (foam) products is not allowed. Synthetic fiber pad (guest rooms) must be a minimum of 3/8", commercial grade, 32 oz. weight. Synthetic fiber pad (suites and corridors) must be a minimum of 7/16" commercial quality/grade, 40 oz. weight. Sponge rubber pad (public areas) must be ripple (not bubble) and a minimum of 22 - 26 lb. density (26 lb. recommended).

i. Commercial Grade 2 tackless strips should be used at all perimeter walls except in glue-down installations.

j. Where Axminster Carpets are used, it is recommended that all seams be hand sewn (6" wide melt tape may be used with seam sealer as an alternate). Tufted carpet such as printed or graphics may be seamed with heated pin-tape.

k. Installation must meet all local, state, and safety codes (i.e., contrasting colors on steps).

l. Padding must be Class I and have manufacturer's label of "contract/commercial grade."

m. Meeting space, public space, and corridor carpet should be glued down as high traffic and equipment may adversely affect normal wear. The following requirements must be met in this instance:

   1) A double glue-down policy must be followed. The pad is to be glued to the floor and the carpet glued to the pad. Installation is to be according to manufacturer's instructions.

   2) Use of the double-stick Carpet Installation System with factory approved adhesive on a sponge cushion rubber pad (23-26 lb. density) is the preferred method. A synthetic fiber pad that is specially treated for this type of installation will also be considered.

n. The use of certain pre-attached padding systems may be utilized but must be reviewed and approved by HHC prior to being ordered.

o. In some extreme cases, it may be beneficial to glue the carpet directly to the base floor. These cases must receive prior written HHC approval before installation. Expediency and/or budget are not acceptable exceptions.

p. All guest room, suites and corridors must have a minimum 4" bound carpet base that matches the floor covering. Carpet base must match or complement the floor carpet. Stained wood or Johnsonite vinyl base is also allowed. Johnsonite vinyl base is recommended for corridors.



# Building and Furnishing

    q. Carpet pads must be replaced at the same time as the carpet.

2. Tile

Public area floor tile must be decorative porcelain. Nominal 18" x 18" minimum with a minimum grout joint size (3/16" maximum). Rectangular shaped tiles are recommended for the breakfast serving area. They must be nominal 5" x 12" minimum with a rectified edge to minimize grout joint size (3/16" maximum). Tile is recommended to include base tiles, corners, etc. Floor tile must have a coefficient of friction (ASTM-C1028-84) of 0.6 wet or better and a breaking strength (ASTM-C648-84) of not less than 250 lbs. Tile base is to be provided at tile floors. Tile is subject to approval by Hilton Hotels Corporation. Vinyl tile is not acceptable.

3. Wood Floor

Wood flooring in public areas must be commercial grade and meet the following minimum standards:

    a. Wood flooring fire ratings must meet or exceed all applicable local and state codes, or the most recent standard of NFPA, whichever is more stringent.

    b. It should be acrylic impregnated engineered wood flooring and be at least 5 ply construction.

    c. Plank width shall be no less than 3".

    d. Flooring must carry a minimum 5 year commercial warranty.

    e. Wood flooring is subject to approval by Hilton Hotels Corporation.

4. Vinyl Wood Flooring

Vinyl wood flooring in public areas must be commercial grade and meet the following minimum standards:

    a. Vinyl wood flooring fire ratings must meet or exceed all applicable local and state codes, or the most recent standard of NFPA, whichever is more stringent.

    b. Vinyl wood flooring must have a coefficient of friction (ASTM D2047) of 0.5 or better.

    c. Plank width must be no less than 3". Tile size shall be no less than 12" x 12".

    d. Vinyl wood lflooring is subject to approval by Hilton Hotels corporation.

5. Wood Laminate Flooring

Wood laminate flooring in public areas must be commercial grade and meet the following minimum standards:

    a. Wood laminate flooring fire ratings must meet or exceed all applicable local and state codes, or the most recent standard of NFPA, whichever is more stringent.



# Building and Furnishing

    b. Wood laminate flooring must have a coefficient of friction (ASTM D2047) of 0.7 or better.

    c. Plank width shall be no less than 3".

    d. Wood laminate flooring is subject to approval by Hilton Hotels Corporation.

B. Wallcovering

    1. Type II vinyl wallcovering with a minimum total weight of 20 oz. per linear yard is required in the lobby, guest room/suite corridors, public restrooms (if not ceramic tile), back office/administration, boardroom (if provided), meeting room (if provided), vending areas, fitness center, suite shop (where required) and other public areas. Fitness center wall vinyl must be one of the five microvented, Make It Hampton colors. See Standard 308.01 and the *Jump Start Fitness Guide* for specifications and color selections.

    2. Vinyl wallcovering in the guest room must be Type I with a minimum total weight of 15 oz. per linear yard.

    3. All wallcovering must meet the following requirements:

        a. Class A (ASTM E-84 tunnel test).

        b. Federal Specifications CCS 408A and CFFA W101 A, B, & C.

    4. All wallcovering adhesives must be strippable and must contain mildew inhibitors.

    5. If vinyl wallcovering is not recommended due to high levels of humidity in areas such as coastal areas or southeastern states, the guest bedroom, entry area and dressing area (when applicable) must have a 100 percent acrylic textured knockdown wall finish. Any exterior walls in the public areas should also be considered for the acrylic knock-down vs. vinyl wallcovering but these must first receive Hilton approval. The finish must be provided by one of the following approved manufacturers listed in Standard 309.03.

C. Ceilings

    1. No ceiling in a habitable space may be less than 7'-6" (2.29m) in height. In no case shall any ceiling be less than 7'0" (2.13cm).

    2. Suspended acoustical ceilings in public areas must be 2' x 2', tegular (reveal edge) tile.

    3. Back office ceiling to be 2' x 2' ACT as a minimum.



# Building and Furnishing

D.  Window Treatments

1.  Guest Rooms

All guest room windows are to receive a drapery treatment. All drapes must be ceiling mounted, except in rooms with ceilings higher than 9'-0". In these rooms, the drapes may be wall mounted at 8'-0". Provide adequate blocking in the wall. All drapery will be clipped to each end of the rod where it returns to the wall.

Draperies in guest rooms should meet one of the following requirements based on window placement. Regardless, all guest room window treatments must be of the same type throughout the hotel.

a.  For windows centered on the exterior wall of the guest room or suite, window treatments must consist of the following:

1)  Two stationary blackout lined drapery side panels finished to a minimum 200 percent fullness. They must hang 1/2" above the finished floor.

2)  Two blackout fabric panels finished to a minimum 200 percent fullness so that they overlap and completely cover the window. They must hang to 1/2" above finished floor or 1/2" above the PTAC unit if present. They must be split traversing with 1/2" clear batons. Colored blackout panels that coordinate with surrounding fabrics are recommended over white or ecru.

b.  For windows tight in the corner of the exterior wall in the guest room or suite, window treatments may consist of the following:

1)  Side draw, single panel drapery. The drapery will be stacked back to the side of the rod on one end and abut the guest room wall at the other end. The single panel must be blackout lined and finished to a minimum 200 percent fullness. The drapery must hang to 1/2" above the finished floor or 1/2" above the PTAC unit if present.

2)  Required to have 1/2" clear batons pulling toward the wall.

c.  If a room, such as a studio, contains both windows with and without the PTAC unit, window treatments must consist of the following:

1)  Both windows must have two stationary blackout lined drapery side panels finished to a minimum 200 percent fullness. They must hang 1/2" above the finished floor.

2)  Both windows must have two blackout fabrics panels finished to minimum 200 percent fullness so they overlap and completely cover the window. They must hang to 1/2" above the finished floor at one window and 1/2" above the PTAC unit at the second window. They must be split traversing with 1/2" clear batons. Colored blackout panels that coordinate with surrounding fabrics are recommended over white or ecru.



# Building and Furnishing

    d.  Drapery as described in <u>Standard 302.03.D.1.a.</u> above or the windows as part of the Style Right packages may use specified cellular or Roman shades. Information can be found on OnQ Insider > Hampton or <u>hamptonfranchise.com</u>.

    e.  Sheer drapery, valances (or cornice treatments) are required at all guest room windows. Sheer drapery is NOT required with cellular or Roman shades.

    f.  Draperies or other fabric window treatment must be flame retardant woven fabric or be chemically treated to meet the most recent NFPA standard. Proof of compliance is required either by a sewn-in manufacturer's tag or a letter on file from the manufacturer.

    g.  Draperies must be clear baton operated unless they are installed as stationary panels. Operable draperies in accessible guest rooms/suites must comply with ADA guidelines.

    h.  "Accordion" drapes are not permitted.

2.  Public Areas

    a.  All public area windows, including corridors, are to have either valances and drapes or valances and 2" wood blinds as a minimum. An exception may be made for greenhouse type window structures. All other windows, i.e., non-public spaces such as offices, housekeeping, etc. must have 2" wood blinds as a minimum.

    b.  In the lobby, if a decorative drapery rod is not used, then valances or cornices are required and must be a minimum 8" in height. All windows must receive a type of window treatment.

    c.  Draperies in the meeting rooms and board rooms (if provided) should comply with <u>302.03.D.2.c.3)</u>, regardless of PTACs are not included within the room. All drapery will be clipped to each end of the rod where it returns to the wall. Sheer drapery must also be provided. Valances are required.

       1)  Windows without PTAC units must have two operable blackout lined fabric panels, finished to a minimum 200 percent fullness so they overlap and completely cover the window. Panels must be split traversing with 1/2" clear batons. Drapes must hang to 1/2" above finished floor.

       2)  Windows with PTAC units must have two stationary blackout lined drapery side panels finished to minimum 200 percent fullness. They must hang 1/2" above the finished floor. There must also be two blackout fabric panes finished to a minimum 200 percent fullness so they overlap and completely cover the window. They must hang to 1/2" above the PTAC unit. They must be split traversing with 1/2" clear batons. Colored blackout panels that coordinate with surrounding fabrics are recommended over white or ecru.



# Building and Furnishing

3) If the room contains both windows with and without a PTAC unit, window treatments must consist of the following. Both windows must have two stationary blackout lined drapery side panels finished to a minimum 200 percent fullness. They must hang 1/2" above the finished floor. Both windows must have two blackout fabric panels finished to minimum 200 percent fullness so they overlap and completely cover the window. They must hang to 1/2" above the finished floor at the windows without PTAC units and 1/2" above the PTAC units when present. They must be split traversing with 1/2" clear batons. Colored blackout panels that coordinate with surrounding fabrics are recommended over white or ecru.

3. All fabrics making up the window treatments must be inherently flame retardant or be chemically treated to meet the most recent NFPA standard. Proof of compliance is required either by a sewn in manufacturer's tag or a letter on file from the manufacturer.

4. Draperies must be clear baton operated unless they are installed as stationary panels. Operable draperies in public areas and accessible guest rooms/suites must comply with ADA guidelines.

E. Upholstered Furniture

Upholstered furniture must have upholstery fabric, which meets or exceeds Class I (NFPA or UFAC), and foam, which meets or exceeds California 117 or must meet local and state codes where they are more stringent. Durability 30,000 double rubs or greater.

## 302.04   Public Area Doors

See Standard 309.05 for specific guest room door requirements. Also see Standard 314.03 for stairwell and exit doors.

A. No door must be less than 3'-0" x 6'-8".

B. Wall-mounted door stops are required at all doors unless noted otherwise. Floor stops are not permitted.

C. Provide view panels in doors of public activity rooms such as exercise, guest laundry, business center, vending, indoor pool, etc. unless side lites are provided instead.

D. All designated exit doors must swing in the direction of egress from the building. If they contain a locking device or latch, they must be equipped with operable panic hardware.

**Recommended:** Providing alarms on remote exit doors that are annunciated at the front desk and can be activated at any specified time, i.e., roof access doors.

E. Exterior doors to all public areas must be aluminum and glass, a minimum of 3'-0" (.091 m) wide and have electronic door locks with remote card readers.

F. All doors must have lever-style hardware.



# Building and Furnishing

**302.05 Sound Reduction**

Additional sound deadening material is required in walls of activity areas, elevator enclosures, laundry rooms, vending rooms, maintenance shops, etc., that are located adjacent to guest rooms. These walls must have a minimum STC rating of 54.

**Recommended:** Door bottoms or drops to improve STC ratings at these locations.

**302.06 Heating/Air Conditioning**

A. A heating and refrigerated type air conditioning system is required in all areas of the building. PTAC units may be used in guest rooms, studio suites, boardrooms, two bay meeting rooms, fitness rooms, maintenance area, computer room and employee break rooms. All other areas are to have a central type system.

B. Make-Up Air

1. Make-up air enhances indoor air quality and can positively pressurize a building. While indoor air quality is very important to the health and satisfaction of hotel guests, a positively pressurized building assists in controlling water vapor transmission through the building envelope and maintaining even temperature throughout the interior. Controlling water vapor protects the building from condensation in the wall cavities, thus reducing the potential for the growth of mold and mildew. By allowing the corridor to serve as make-up air for the guest rooms, the pressurization of the corridor will keep any smoke generated from within a guest room inside the room and prevent it from entering the corridor. Therefore, a clear corridor is maintained for faster and easier egress of the occupants. It is important that the equipment designed to make-up exhaust air be specifically designed for this purpose and minimize operational cost and maintenance. Common roof top units or other package units (including PTAC's) are not designed for this purpose.

2. Buildings are to be pressurized with a make-up-air system providing 100 percent outside air. PTAC units must not be counted in determining exhaust/make-up air balance. Building air balance calculations must be provided to Hilton Hotels Corp. for approval. See form at end of this section. Make-up-air systems must comply with ASHRAE Standard 62-1999 Ventilation for Acceptable Indoor Air Quality and local codes. ASHRAE recommends 35 cfm exhaust per guest bath, 30 cfm per bedroom and 30 cfm per living room (as in suites), however these are not additive (See ASHRAE Interpretation IC 62-1989-28 dated 4/26/98). The standard OSA intake bedroom and/or living room units will normally meet code requirements for these areas. Make-up air units will therefore normally be sized to offset the bathroom exhausts at 35 to 40 cfm each multiplied by the total number of guest baths for continuous exhaust operation, plus any other exhaust air from the corridors. If individual guest bath exhaust fans are provided for intermittent operation, diversity may be considered and the make-up-air for baths only may be reduced to 75 percent of their total. NOTE: If local codes require ventilation cfm's in excess of above, the local codes must govern.



# Building and Furnishing

3. EAT for cooling must be selected at ASHRAE .4 percent summer design DB/design WB (not coincident WB) temperatures, and for heating at ASHRAE Annual Extreme Daily Mean DB Minimum winter design (not Heating DB @ 99.6 percent or 99 percent). Normally select cooling at 160 to 250 cfm per nominal unit ton for approx. maximum 60 degree DB coil LAT and approx. minimum 65 degree LAT at winter design. This will vary depending on enthalpy of OSA design temperature with lower cfm/ton for the higher air enthalpy.

4. Units for rooftop or on grade mounting must be designed for 100 percent OSA operation and be completely factory assembled, piped, wired, tested and include as a *minimum* the following items:

   a. ETL or UL label (to comply with local code enforcement requirements)

   b. 100 percent OSA intake hood and birdscreen (recommend provide motorized OSA damper if winter design 32° F or below)

   c. Belt drive to balance CFM at actual static pressure (SP)

   d. Two inch 30 percent pleated filters

   e. Minimum two independent cooling circuits for units up through nominal 25 tons, and four independent cooling circuits for 26 nominal tons and above (for capacity control and redundancy)

   f. Interlaced or series cooling coils—not face or horizontal split (so that all air is conditioned, not half of it bypassed)

   g. Hot gas bypass on lead refrigerant circuit (to protect against coil freeze-up and refrigerant slugging of compressors due to low suction pressure/temperature at low load conditions)

   h. Hot gas reclaim circuit and controls for humidity control (provides free reheat to keep cooling circuit in operation without over cooling space. Using gas or electric reheat for this purpose is not acceptable due to additional energy operating costs). Note: Humidity control may not be necessary at locations with low design wet bulb/humidity ratio (approx. 80 grains/lb. or less) such as the arid Southwest or at high altitudes, however should be provided in those areas if there is a rainy season.

   i. Adjustable compressor lock-out thermostats (to lock out compressors at ambient temperatures of approx. 60° F and 80° F for lead and lag compressor circuits respectively which saves operating compressors when not required at lower OSA temperatures and protects against low ambient head pressure problems)

   j. For gas fired heating, provide stainless steel heat exchanger with 25-year non-prorated part warranty (standard aluminized steel is not acceptable and will not hold up under low ambient OSA conditions as will fail prematurely).



# Building and Furnishing

k. Minimum two-stage heating with discharge override thermostat (maintains minimum 55° F heating discharge air temperature if wall thermostat satisfied. Otherwise raw cold OSA may be introduced into corridor). If winter design temperature is below 32° F, recommend use four-stage control for better comfort conditions. For units nominal 26 tons and larger, provide four-stage control. Provide unit mounted W973 controller on four-stage units. Note the discharge override not required for four-stage control.

l. For electric heating, provide minimum four-stage control or maximum 10 kilowatt per stage (because electric heat is instantaneous with no residual heat as opposed to that retained in mass of gas fired heat exchanger).

m. Low discharge air temperature limit lock out for winter design below 32° F (to protect against discharging freezing air into corridors in event of gas or heat failure)

n. Heating/cooling interlock circuitry to prevent both heating and cooling from operating at same time

o. A copy of RUN TEST report shipped with each unit including unit wiring diagram in control panel door

p. Five year compressor parts warranty and 25-year heat exchanger part warranty *non-prorated* for 100 percent OSA application—*in writing*

q. Supply air smoke detector

r. Assembled and internally insulated acoustical curb/plenum, minimum 14" high for down discharge or 30" high (36" for nominal 26-ton units and above) for side discharge

s. Auto changeover thermostat with two stages (T874D) or two stages (T7067A) cooling/heating as required, auto-off subbase, dehumidistat and locking covers, for wall mounting in top floor corridor approximately two-thirds distance from discharge air to end of corridor (for flywheel effect). Mount 48" AFF.

   *NOTE:* For 100 percent OSA application, discharge air temperature control is not recommended, especially with humidity control, due to resultant rapid cycling of compressors and heaters.

t. Require submittal for unit to include complete descriptive, capacity, electrical and wiring data, including sequence of operation and control set-up procedures.

   *NOTE:* This item is extremely important and often overlooked. Units not started properly run a far higher risk of component failures.



# Building and Furnishing

5. The following additional options are recommended, depending on project circumstances and engineer's evaluation of project requirements:

   a. Phase and brown out protection (to protect against mechanical failure of scroll compressors running in reverse in event of phase reversal or burnout at low voltage conditions)

   b. Stainless steel drain pan (for increased longevity at normal usage and a must for sea coast locations)

   c. Double wall cabinet construction

   d. Coastal construction and phenolic coated condenser and evaporator coils

6. Energy Recovery Wheels, although recognized as an energy saver, are not normally recommended due to possibility that large percentage of guest room baths could be without exhaust ventilation in the event of heat wheel or exhaust fan failure. If energy recovery wheel devices are utilized, equipment must be provided as a complete unitary package. Field add-on devices requiring fabricated transitions and interconnecting power wiring are not acceptable.

7. Sample Control Set-up and Sequence of Operation

   Set compressor lock-out thermostats to close first stage at 60° F and second stage at 80° F outside temperature. (If four-stage cooling, set lock-out at approximately 60° F, 70° F, 80° F and 90° F.) Install heating discharge override thermostat sensor through bottom of return air blank-off plate so it extends into discharge plenum and set to close first stage at 55° F. Set wall mounted thermostat at 75° F for heating and cooling. System switch in AUTO position and fan switch in ON position. Set dehumidistat at 50 percent. Set low limit temperature safety at 35° F. (Note above temperature settings are typical and can be field adjusted for specific job site conditions).

   If wall mounted thermostat calls for cooling, compressor(s) will run and heating locked out whenever outside air is above setpoint. Hot gas bypass valve will maintain evaporator coil above icing condition, regardless of enthalpy of outside air. Compressor shut off thermostat(s) will lock out compressors below outside air setpoint temperatures indicated above. As temperature continues to drop, wall thermostat will energize heating stages as required. If room thermostat is satisfied, two-stage heating discharge ductstat will override wall stat whenever unit leaving air temperature falls below 55° F. If leaving air temperature falls below 35° F, unit will shut down on low limit safety, requiring manual reset at wall thermostat by moving system switch to "off" and then returning to "auto" position.

   If the space cooling and heating functions are satisfied but humidity is not, the space dehumidistat will activate reheat by bringing on the first and second stage compressors with the first stage compressor reheat valve energized. Should the space temperature rise above the cooling setpoint, the Y1 call will de-energize the reheat and return the unit back to normal cooling and heating functions.



# Building and Furnishing

8.  Make-up-air units must be AAON, Inc. model RK/RM series or equivalent by Dectron, McQuay, Mammoth, Governair or as approved. For application and selection assistance, contact AAON national account representative for Hilton Hotels Corp. at phone number (901) 345-6100. See Hilton Suppliers Corner for Make-Up Air Manufacturer's Representative. *Only AAON units are allowed on Hometown prototype properties.*

9.  Building air balance calculations must be provided to Hilton Hotels Corporation. Use the following form for this submittal.

**BUILDING AIR BALANCE SUMMARY**                  DATE:_____

**PROPOSED MAKE-UP UNIT:**
    Manufacturer:  _____   Model #:  _____

**EXHAUST AIR QUANTITIES:**

A.   Total Guest Room Bath Exhaust Air Quantities         _____
B.   Total Corridor, Vending, Linen, Storage, Etc. Exhaust Air   _____
C.   Total Lobby, Restaurant, Public Restroom Exhaust Air    _____
D.   Total Kitchen Exhaust Air                            _____
E.   Total Meeting & Prefunction Exhaust Air            _____
F.   Total Exercise Room Exhaust Air                _____
G.   Total Office Area Exhaust Air                   _____
H.   Total Back of House Exhaust Air                _____
     (1) Service Corridors (2)  Laundry  (3) Pantry
     (4) Employee Break Room/Lockers (5) Maintenance
     (6)  Storage
I.   Misc.                                        _____

                                  Total Exhaust Air CFM  _____

**MAKE-UP AIR QUANTITIES & SOURCE:**

A.   Total Guest Room Bath Make-up Air Quantities        _____
     (75% Diversity Permitted)*
B.   Total Corridor, Vending, Linen, Storage, Etc. Make-up Air   _____
C.   Total Lobby, Restaurant, Public Restroom Make-up Air    _____
D.   Total Kitchen Make-up Air                        _____
E.   Total Meeting & Prefunction Make-up Air          _____
F.   Total Exercise Room Make-up Air               _____
G.   Total Office Area Make-up Air                 _____
H.   Total Back of House Make-up Air              _____
     (1) Service Corridors (2)  Laundry  (3) Pantry
     (4) Employee Break Room/Lockers (5) Maintenance
     (6)  Storage
I.   Misc.                                        _____

                               Total Make-Up Air CFM  _____

Exhaust air < make-up air = > Positive building pressurization
Exhaust air > make-up air = > Building under negative pressure

* For individually switched fans only.



# Building and Furnishing

## 303.00  Site

**303.01  Utilities**

    A. All utilities in the development must be provided underground. (If service locally is above ground, provisions must be made at the property line for underground service.)

    B. Transformers, mechanical units, gas/electric meters, sprinkler valves, etc., must be kept from public view by means of screen walls or substantial landscaping.

    C. Satellite dishes must be screened from view at the rear of the site or on top of the building.

    D. Hose bibs must be installed every 50 feet around the main building perimeter and at the dumpster enclosure.

**303.02  Landscaping**

Landscaping is required in all areas of the site not covered by pavement or a building. The following criteria and the prototypical landscape guidelines must be used in determining the extent of landscaping:

    A. Approximately 15 percent of the gross area of the site is to be devoted to landscaping.

    B. Landscaping must be as comprehensive as possible, based on local climate. Special emphasis should be placed on landscaping at the front entrance and along primary drives.

    C. Special landscaping or fencing is required to screen off unsightly adjacent structures or activities such as gas meters, transformers, etc., without interfering with the equipment's operation or accessibility for maintenance.

        1. Fencing must be of quality wood or block materials with a decorative finish (stucco, paint, or stain) to coordinate with the main building.

        2. Chain link and barbwire type fencing is not permitted.

    D. All landscaped areas must be automatically irrigated, except those areas immediately adjacent to the exterior walls of the hotel.

    E. Landscape plans must be submitted to Hilton Hotels for approval.

    F. See Standard 304.01 for planter requirements at hotel entry.

**303.03  Exterior Sidewalks**

    A. Exterior paved walks must be a minimum of 5'-0" (1.52m) wide and be of non-slip design and texture. Access panels and manholes are not permitted in walkways.

    B. Sidewalks must be exposed broom-finished concrete, sealed concrete or better. Painted concrete is not permitted.

    C. Covered walkways are required between buildings.



# Building and Furnishing

**303.04   Exterior Railings**

Exterior railings such as at steps, ramps, landings and retaining walls must conform to local and state codes and must be fabricated from Duracron 600™ electrostatically finished aluminum or painted steel. (See pool rail requirement 308.02 for specific requirements.)

**303.05   Parking Areas**

A. The parking area must accommodate one space for each guest room, including handicap parking spaces.

B. The minimum width of parking spaces is to be 9'-0" (2.74m) from centerline to centerline of car space lines.

C. The minimum length of parking spaces from curb to drive line is to be 18'-0" (5.49m).

D. Where permitted by local code, smaller parking spaces may be provided for compact automobiles. Size and percentage must be approved by Hilton Hotels.

E. The driveway minimum width is to be 22'-0" (6.71m).

F. Parking and drive areas must be concrete or asphalt with continuous concrete curbing provided for both interior and exterior perimeters. Turned down sidewalk slab edges are permitted on interior perimeters within 5'-0" (1.52m) wide sidewalks if landscape areas are provided.

G. The area under the canopy must be a decorative non-slip surface such as brick, stone or tile pavers. Imprinted concrete similar to Bomanite is allowed. (Minimum width to be 24'-0".) This area must be flush with the walkway which leads to the main entrance so that a ramp is not needed.

H. The paved area in front of the dumpster must be concrete and be 20'-0" in length by the width of the dumpster enclosure opening.

I. Handicap accessible parking spaces, associated ramps, signage and access must be as required by the ADA and local code jurisdictions. These parking spaces are to be marked with the international wheelchair symbol.

Signage on posts and handicap logos on pavement are required. A ramp for access to the main entrance is also required.

J. Dead-end parking drive areas are not permitted.

K. The parking area must be adequately illuminated. All parking areas must have a minimum lighting level of two foot-candles at the darkest spot. Exterior lighting at hotel entrance doors must be a minimum of five foot-candles. Light fixtures must be pole mounted. Building, wall or parapet mounted lights are not permitted.

L. "Guest Parking, User Assumes All Risks" signage must be prominently displayed in the parking lot. (Refer to Rule 108.16 and Standard 405.15.)



# Building and Furnishing

**303.06   Parking Garage/Covered Parking**

Requirements for surface parking apply except as modified below.

A. In multi-level garages, an elevator(s) is required. The garage elevator must provide access only to the registration area. It may not access the guest room floors or other guest areas.

B. Where multi-level garages are provided, exit stairwells must meet the same requirements as for the main hotel.

C. A complete fire sprinkler system is required. A dry pipe system is required where the potential for freezing exists.

D. A fire alarm system is required with pull stations at all exit doors. Other devices must be provided to comply with NFPA codes.

E. Ventilation systems in enclosed garages must be provided in accordance with applicable building codes.

F. Provide heat/smoke detectors connected to fire alarm system.

G. All conduit, piping, ductwork, etc. must be concealed with soffits, which are appropriate for the climate. Suspended acoustical tile ceilings are not recommended.

H. Lighting levels must be at least five to ten foot-candles in the parking bays, and two to five foot-candles in the traffic lanes, except at the entrance which should be ten foot-candles minimum.

I. Light fixtures must be suitable for outdoor installation. Wrap-around type fluorescent fixtures are not permitted. High-pressure sodium or metal halide fixtures are recommended. "Bare bulb" type utilitarian fixtures are not permitted. Fixtures must be located out of drive lanes.

**303.07   Flagpoles/Flags**

Hotels are required to properly display their national flag outside the hotel. Only the national, state, brand and Olympic flags are permitted.

A. One 30'-0" bronze finish flagpole is required for the national flag. Optionally, one 35 foot pole for the national flag and two 25 foot poles, one for the state and one for the brand flag and Olympic flag, may be used. When multiple poles are used, they must be spaced so that each flag cannot wrap itself around another pole. Finish of poles to coordinate with exterior materials and color schemes.

B. Ground-mounted floodlights must be provided for all flagpoles. For hotels approved after January 1, 1997, the flags must be illuminated with ground-mounted lights from dusk until dawn.

C. All flags must be a minimum of 4' x 6' in size. When the state flag, brand flag and/or Olympic flag are displayed with the national flag, the national flag must be increased in size to 5' x 8'.



# Building and Furnishing

    D.  U.S. hotels must fly the Olympic Flag through the 2012 Summer Olympics. Olympic flags may be obtained from Flag Source by visiting www.hotelflags.com. For access, use the password: 7HILTON55.

**303.08  Exterior Lighting/Electrical**

    A.  All hotels must have uplighting installed at the base of every false column around the perimeter of the building. Column lights must be ground mounted with a concrete mounting pad. The lights may not be mounted on the column or any other part of the building. Fixtures should be aligned vertically and aimed at the centerline of each column. Light must be thrown the entire height of the column. The uplights must be controlled by a photoelectric cell or time clock calibrated to provide illumination from dusk to dawn. Each fixture must be mounted on 1/2" rigid conduit. Circuiting must be per the National Electrical Code and/or local code governing. The control system must switch all lights on and off simultaneously. All weatherproof junction boxes, conduit and inter-connecting wiring accessories must be painted dark bronze to match the finish of the fixture.

    B.  All exterior outlets must be waterproofed and GFI protected.



# Building and Furnishing

## 304.00  Lobby Area

**304.01  Canopy**

A. The width of the drive is to be at least 24'-0".

B. Access to the canopy area is to be clear of obstructions. Complete elevations of the entrance canopy are to be included in the final plans. Canopy clearance must be posted on the entrance canopy's finished structure and must not be less than 12'-6" (3.81m).

C. See Standard 303.05 for paver requirement under canopy.

D. Provide soffit venting to avoid moisture/condensation problems.

E. Minimum lighting level under the canopy must be ten foot-candles achieved with recessed fixtures.

F. Distributed audio (background music) is required under the canopy. See Standard 614.00 in Distributed Audio Standards in the Information Technology section.

G. Entry Way Planters (MIH)

Landscaping is required under the canopy, adjacent to the entrance door. A minimum of four large planters, as manufactured by Benchmark, of varying heights and colors must be provided. Planting must be pristinely maintained at all times, in accordance with the *greenthumb, hampton planting guide.* Planter gardens must have live plants and may not be accented with any additional decorations. Two seasonal rotations are required, spring/summer and fall/winter. Consult the *greenthumb, hampton planting guide* for required plant specifications. (OnQ Insider > Hampton > Product and Service > Make It Hampton > Green Thumb)





# Building and Furnishing

1. Planter #1 to be Loomis #5028-34, Featherstone, 34"w x 28"h of PD-25 of Cinnamon color.

2. Planter #2 to be Fairfield #5010-36, Featherstone, 36"w x 14"h of PD-17 Paprika.

3. Planter #3 to be Leland #5031-12, Featherstone, 12"w x 20"h of Color #2644.

4. Planter #4 to be Hudson #5003-26, Featherstone, 26"w x 27"h of PD-17 Paprika.

All planting containers to have drain holes in the bottom and a matching tray to control drainage. Brand recommends utilizing the sub-irrigation system highlighted in the *green thumb planting guide*.

H. Ash and Trash Receptacles (MIH)

Decorative ash and trash receptacles which meet the following specifications are required at the front entrance next to the landscape planters. No other trash or ash receptacles, floor or wall mount, are permitted within the canopy/vestibule entry area.

1. The ash receptacle is to be a floor mounted smokers post, model #4403BK by Glaro.

2. The trash receptacle is to be Fiberstone, 31"w x 32"h of PD-17 Paprika color as manufactured by Benchmark. A metal liner is required inside the receptacle.

**304.02  Lobby**

A. Vestibule Décor (MIH)

The following items must be provided on the wall inside the main vestibule:

1. The following items must be provided on the wall inside the main vestibule:

   Vinyl wallcovering, as manufactured by Eykon Wallcovering (approved color options are listed below), is required on all walls inside the main vestibule. The color of the wallcovering must be the same as the wallcovering behind the front desk. A chair rail and art must be provided on one wall along the main path of entry. If the primary path wall contains a fire panel and/or door that limits its use, the opposite wall may be utilized instead. Any doors and door frames located in this area (not including the storefront or main entry doors) must be painted to match the wallcovering with two coats of gloss paint. Luggage carts may be stored against the wall opposite the chair rail, but no other machines, collateral racks, photos, plaques, awards, etc., are permitted in the vestibule area.



# Building and Furnishing



**Chair Rail:** Stylmark trim 110465 with base 410509, Endcaps RH 310399, and LH 310400, buffed satin black finish 123

| Model # | Color* |
|---------|--------|
| HP-17 | Toast |
| HP-22 | Palmetto |
| HP-23 | Grove |
| HP-25 | Ocean |
| HP-30 | French Blue |
| HP-32 | Brushed Navy |
| HP-33 | Raisin |
| HP-37 | Wicker |
| HP-38 | Thai Copper |
| HP-39 | Cedar |
| HP-40 | Geranium |
| HP-41 | Walnut |

\* The wallcovering color should be selected not only to complement lobby/vestibule finishes, but also to attract attention, so it should offer some contrast.



# Building and Furnishing

2. The chair rail must be Stylmark trim #110465 with base #410509, with endcaps: RH #310399 and LH #310400 and a buffed satin black finish #123. Length of chair rail must be entire length of the wall (only the main portion of the wall if a door is located on the wall) less $1^1/_2$" at each end to allow proper clearance for installation. Rail to be mounted 3'-0" AFF to the *bottom* of the rail.

3. A minimum of three framed art pieces must be provided, resting on the chair rail unless space prohibits. The map of the local area takes precedence over all other photos.

   a. Finished frame sizes must be 36"w x 37"h (map of the local area), 16"w x 17"h and 18"w x19"h. Any additional art must vary in size.

   b. The frames must be secured to the wall with T-shaped security hangers. *The frames must sit on top of the chair rail regardless.*

   c. The frames must be a matte black finish in an approved profile with 1/8" thick, clear glass. The matte board must be Queen City Paper, QCP0011 Cool White, with straight edge. The backing is to be drymounted on 3/16" foam core.

   d. Photos must be chosen from the Hampton Brand Approved Image Library and must encompass the feeling/perception of the local area or city.

B. Finishes

1. A decorative porcelain or ceramic tile floor is required in high soil and traffic areas such as the breakfast serving area and at all primary and secondary entrances. Floor tile must meet the requirements as specified in Standard 302.03. See Standard 304.05 for specifics on floor tile for the pantry (complimentary area).

2. A combination of carpeted areas or area rugs with wood look hard surface flooring areas are required in all other public areas such as the dining area where shown on the prototype drawings. Acceptable wood look flooring includes engineered wood flooring, vinyl tile, laminate flooring, and porcelain tile. The wood look flooring must meet the requirements as specified in Standard 302.03. Carpet is required behind the registration desk. There must be either a carpet inset or area rug in front of the reception desk to create the look of an area rug.

3. A stained wood base which matches all other wood finishes in the lobby is required in the lobby area and behind the registration desk at all carpeted wood floor areas. Tile base or wood base may be used at tiled areas. The base is to be nominal 1" x 6" (3/4" x $5^1/_2$").

4. The wall finish is to be decorative Type II vinyl wallcovering, 20 oz. per linear yard minimum, Class A.



# Building and Furnishing

5. The minimum ceiling height in the Hampton Inn lobby/breakfast area is to be 9'-0" (2.75m). The minimum lobby/breakfast area ceiling height in the Hampton Inn & Suites must be 15'-0".

   a. When the 15 foot ceiling is utilized, the height of the walls must be broken by the addition of a full perimeter wood trim, mounted 10'-0" AFF minimum. Coordinate trim with windows and second floor. Walls must be vinyl wallcovering below the trim but may be painted above.

   b. Alcoves are allowed in lobbies with high ceilings. Recessed can lights are required in lobby alcoves with high ceilings. Electrical outlets are optional. As an alternative, the lobby may be open to the second floor corridor if allowed by local code.

C. Doors/Windows

1. Aluminum and glass automatic entrance doors are required. Automatic doors must be center bi-parting with approximately a 6'-0" opening and the depth of the vestibule must be 10'-0". 12'-0" is recommended. Finish for the aluminum entrance work must have a painted, not anodized, finish and match the color specified for the windows. Automatic doors must have a breakaway feature.

2. Entry Door Graphics (MIH)
   Main entrance vestibule doors are required to have graphics installed on both sets of doors and any sidelights. Hotels without vestibules must have installed as a minimum the "hello" and corresponding set of graphics on the doors and any sidelights.

3. Night check-in windows are not permitted. An intercom or house phone is required in the vestibule so guests can notify the front desk employees of their arrival during night hours. The intercom or house phone should be located so that the guests are easily seen by the front desk employees. A security camera may be provided in the vestibule if desired. A switch located at the front desk is required to activate the automatic door. A card reader is also required at the main entrance vestibule.

4. Windows must be double glazed in painted frames. Frames for window units for hotels located in areas within ASHRAE winter design temperature below 32°F (0°C) must be thermally broken. Colors must be as noted in Standard 302.02.

5. Window treatment must be provided at all lobby windows. Transom type windows must have wood blinds as a minimum.

6. Sliding doors with no floor track are required at the breakfast serving area to close it off when it is not in use. Doors must be stained wood with full panel glass with an approved frosted glass Hampton pattern (www.harlangraphics.com online ordering for access to Hampton graphics). When sliders are not feasible due to existing conditions, alternative door styles may be submitted to Hilton Hotels Corporation for approval.



# Building and Furnishing

D.  Furnishings

All furniture is to reflect residential character and be of contract quality. Refer to pro-totypical drawings for recommended location, number and groupings of individual pieces.

Each hotel must have furnishings in the lobby including, but not limited to:

1.  Welcome Mat (MIH)

Walk off mats are required at the front entrance inside the vestibule. They are also required at all secondary exterior doors if mats are used. "Welcome" mats are required at each entrance. They are to be placed inside single door entries unless there is a covered area on the exterior in which case they must be placed outside. "We love having you here" mats are to be placed inside the main vestibule. The mats are to be rotated with wording on the left upon entry. Mats are to be manu-factured by Mountville Mills. The mats are to be premium dye injected, nylon mats with non-skid rubber backing. They are to withstand laundering and carry a three-year warranty.

In-laid welcome mats with "We love having you here" are acceptable. Contact the MIH Help Line at 866-MIH-HOW2 for more information and approved suppliers.

2.  Seating

Seating must be composed of three types of seating zones: the community table, soft seating, and traditional dining seating. The community table should seat a minimum of 10 guests (the Hometown prototype minimum requirement is six seats). Soft seating should make up approximately 35% of the total seat count and the other 35% should be composed of traditional dining seating. A minimum of two to five percent of the total seating must be handicap accessible. Certain mar-kets, such as resort areas or airport locations, may be required to provide additional seating.

In a Hampton Inn, seating must accommodate the number of persons equal to 30 percent of the guest rooms/suites. But in no case must less than 30 seats be pro-vided except in the Hometown prototype, in which case the minimum number of seats must be as shown in the prototype drawings.

Hampton Inn & Suites properties must have enough seating to accommodate 35 to 40 percent of the guest rooms/suites.

Each hotel must provide seating as described:

a.  Soft seating areas with sofas and a mix of lounge chairs, dining chairs, and ottomans along with tea height (27") dining tables and floor lamps. Sofas should have a seat height of 18".



# Building and Furnishing

   b.  Dining tables with tops of solid wood, stone or high-pressure laminate with wood edge (1¼" thick and 24" x 30" for a two-top table and 30" x 30" for a four-top) and commercial grade bases which provide sturdy support. If stone tops are used, they must have water and stain resistant penetrating sealer finish. Tea height tabletop requirements are the same as those for dining tables. They must be 24" x 30" two-top size.

   c.  Wood framed dining chairs with upholstered seats (minimum overall seat size: 18"w x 18"d) without arms. Upholstered backs are recommended. Recommend additional chair style with added height of back to break up dining seating. Lounge chairs should have upholstered seats, minimum of 18" seat height, and upholstered backs. If the chair has arms, the arm must clear the tea height tabletop so that chairs can be pushed under the table. Ottomans must have an upholstered seat and be a minimum of 18"w x 18"d x 18"h. Barstools (minimum overall seat size: 18"w x 18"d) must be used at the community table.

       Upholstered seats and backs are recommended. Recommend using two different upholstery fabrics to help break up the barstool seating. Footrests should have metal caps to prevent wear and tear. Be sure to coordinate seat height of barstool with the apron height of the Community Table to allow for adequate leg clearance.

   d.  Community table length should comfortably accommodate 5 guests per side at minimum. Minimum 36"w x 42" h. Table should have four to six power and date outlets built in. The outlets should be plug-in type grommets, not hardwired unless required by local code. If power grommets are located directly in the tip, they must be UL listed and meet UL spill test requirements. All power cords must be concealed. Tops must be solid surface material, quartz, natural granite with water and stain resistant sealer, high-pressure laminate with wood edge or wood with protective polyurethane finish. Tile or cultured marble tops are not acceptable. A large-scale decorative element, such as a bowl of fruit or a series of three to five decorative elements such as hurricane style candleholders, must be placed on the center of the Community Table.

3.  Serving counters for the breakfast area in relation to style, length and layout are to be provided as shown on the prototype drawings. (See Standard 304.05, Pantry (Complimentary Area), for specifics.)

4.  If plants are used, they must be well-maintained live plants.

5.  The Coffee Serving Table is to be located in an area which is accessible to guests at all times, not within the Breakfast Serving Area. Size to be a minimum of 30" d x 34"h x 66"l. The top must be a solid surface material, quartz, natural granite with water and stain resistant sealer, high-pressure laminate with wood edge, or wood with protective polyurethane finish. Tile or cultured marble tops are not acceptable. Below the top a shelf must be provided to hold a 4" high stack of newspapers.



# Building and Furnishing

6.  When located in front of a wall, the Coffee Cup Framed Artwork must be used. These three frames should be installed in a horizontal row on the wall behind the coffee serving table. They should be spaced closely and hang together as one artwork installation. When installed these replace the current coffee zone sign. (See Standard 300.02 Make It Hampton)

7.  Provide library shelves composed of three to five free floating wood shelves arranged as an asymmetrical composition and providing a ledge to display black and white framed photographs, accessories, and a flat panel television.

8.  Television

    A minimum 42" commercial grade flat panel television with remote control is required and must be easily viewable from the seating area.

    The lobby television should meet the following specifications:

    a.  Minimum 42" widescreen (16:9) LCD screen, high definition display capable of receiving 1080i signal (60Hz), ATSC Digital Tuner built-in.

    b.  Televisions should be set with closed caption as default.

    c.  The remote control must be accessible to guests at all times.

    d.  The power and cable outlets and cords must be concealed from view behind the television.

    e.  TV must not be mounted on any wall that shares a common wall with a guest room.

9.  Black and white framed art should appear to be sitting on the library shelves leaning against the wall. A minimum of three different sized framed pieces must be used. At least one of the three pieces must be the large frame LB43 (28" x 43"), LB50 (33.5" x 50"), or LB68 (48.5" x 68.5"). The images for these frames may be chosen from any of the Lobby Area Image Banks as well as the public space (PS) image bank. The other frame sizes are LB18 (17.5" x 18.5"), LB24 (23" x 24"), and LB36 (33.5" x 34.5"). Choose images for these from the Lobby Area Image Banks LB18, LB24, and LB 36 accordingly. All images should be representative of the property's local flair or culture.

10. Accessories must be provided at the Community Table and library shelves. One battery powered or rechargeable candle must be lit on each tabletop from 5pm - 5am at both the soft seating and dining seating tables.



# Building and Furnishing

11. Breakfast Information Graphics

Previously these graphics existed in the breakfast newspaper kiosk. If your property has an existing newspaper kiosk, remove the newspaper kiosk and retain only the top "on the house" breakfast panel and the bottom breakfast hours panel. These two panels are reusable and slip into new frames that mount in a vertical column directly to the wall adjacent to the breakfast serving area. If there is no wall directly adjacent or if other conditions prohibit this placement, the property must identify a wall for these that will best signal to guests the breakfast offering. New construction hotels will receive these panels as part of the Make It Hampton pieces.

E. Lighting

1. The minimum light levels must be ten foot-candles in the lobby and 30 foot-candles at the registration desk surface.

2. Decorative fixtures or pendants on dimmers are required over the Community Table. It is recommended that there are either two large scale, 36" diameter or larger, pendants or a series of five to seven smaller pendant fixtures, 6" diameter to 15" diameter. Bottom of the fixtures should be no lower than 6'-0". If decorative fixtures or pendants are not feasible due to a low ceiling height, 7'-0" or less, incorporate table lamps into the design of the Community Table. These lights should be dimmable, plug in and not be hardwired. All cords must be concealed. Coordinate height of lobby ceiling with fixture selection. High ceilings may require a larger fixture for proper scale within the space if pendants are used. Fixtures at these high ceilings must be a minimum of 36" in diameter and must be submitted for Hilton Hotels Corporations approval.

3. Accent lighting such as wall washers or adjustable downlights must be incorporated to highlight the library shelves. These must be on dimmers. All public areas must be lit with warm white lamps.

4. Lighting at soft seating areas should be a combination of spill light from floor and/or table lamps.

F. Distributed audio (background music) is required in the lobby. See Standard 614.00 Distributed Audio Standards, in the Information Technology section.

G. Fireplaces

Fireplaces in lobbies will only be allowed when the market warrants. They must meet the following requirements:

1. Gas fired units must be metal, pre-fabricated and UL/AGA approved. Metal flues must extend above the roof or be direct vent.

2. Ventless units are allowed when necessary, but must be submitted for approval.

3. Fireplaces are to be enclosed, inaccessible to guests and cool to touch when in operation.

4. Carbon monoxide detectors are required.



# Building and Furnishing

**304.03   Registration Area**

   A.   Registration Desk

      1.   The registration countertop (customer counter) must be a solid surface material equal to Corian® or Gibraltar by Wilsonart. Natural stone slabs such as granite or marble are acceptable. Neither stone tiles nor cultured marble are acceptable. The front side of the desk must be stained wood. The employee side of the desk may be plastic laminate. It should be designed to give the appearance of a piece of furniture. Computer monitors should not be seen above the top of the guest side of the desk.

      2.   The registration desk must have a lowered section for use by guests in wheelchairs as required by the ADA. These minimum standards must not supersede state, local or ADA requirements that are more stringent.

      3.   The desk must be freestanding on all new construction and/or renovations. Refer to Prototype drawings for front desk layout and workstation modules with registration desk equipment. See the Chief Engineer's Guide for specifics on all OnQ equipment.

      4.   Each individual workstation shall have two quad outlets and one duplex outlet above. Each must be dedicated and isolated ground, 20A. One phone dedicated and one data port shall be provided above the counter with two data below. See prototype drawing for details.

      5.   Registration Desk Kiosk (MIH)

         A welcome lamp, model #1273-Black as manufactured by Trinity Lighting, must be provided on top of the front desk. The lamp must be located on the left side of the desk when facing the desk, if during entry to the hotel, the front desk is on the right. If the desk is on the left, the lamp must be on the right unless existing conditions warrant review by Hilton Hotels Corporation. The lamp must be held off side walls 18"-24" to allow full display of items.

         The lamp must contain two removable trays for displaying Hampton's On the Run Breakfast Bags and four front pockets for directories and brochures as well as one banner rod for signage.

      6.   Registration Desk Guarantee Pad (MIH)

         A Guarantee Pad, 8" x 10" acid-etched zinc panel with peel and stick adhesive back as manufactured by Dixie Graphics, must be provided on top of the registration desk on the guest side in front of each workstation. The plaque must be secured to the countertop with adhesive provided. The plaque should not be permanently adhered with liquid nails or any other application as it may need to be removed in the future and may damage the countertop.



# Building and Furnishing

B.  Registration Desk Décor (MIH)

The following items must be provided on the wall behind the front desk:

1.  Vinyl wallcovering, as manufactured by Eykon Wallcovering (approved color options are listed below), is required on the wall directly behind the registration desk. A chair rail and art must be provided on the same wall. Any doors and door frames located on this wall must be painted to match the wallcovering with two coats of gloss paint. No other artwork, plaques, awards, light switches, panels, etc., are permitted on this wall. Any wing walls or offset walls beyond the immediate back wall of the registration desk must also receive the same wallcovering to give the appearance of a full back wall rather than a partial one.





# Building and Furnishing

| Model # | Color* |
|---------|--------|
| HP-17 | Toast |
| HP-22 | Palmetto |
| HP-23 | Grove |
| HP-25 | Ocean |
| HP-30 | French Blue |
| HP-32 | Brushed Navy |
| HP-33 | Raisin |
| HP-37 | Wicker |
| HP-38 | Thai Copper |
| HP-39 | Cedar |
| HP-40 | Geranium |
| HP-41 | Walnut |

\* The wallcovering color should be selected to complement lobby furnishes but also to draw attention, therefore have differentiation enough to warrant it as an accent wall.

2. The chair rail must be Stylmark trim #110465 with base #410509, with endcaps: RH #310399 and LH #310400 and a buffed satin black finish #123. Length of chair rail must be entire length of the wall (only the main portion of the wall if a door is located on the wall) less $1^1/_2$" at each end to allow proper clearance for installation. Rail to be mounted 3'-0" AFF to the *bottom* of the rail.

3. A minimum of three framed art pieces must be provided, resting on the chair rail.

   a. Finished frame sizes must be 34"w x 35"h, 24"w x 25"h and 18"w x 19"h. Any additional art must vary in size.

   b. The frames must be secured to the wall with security hangers. *The frames must sit on top of the chair rail regardless.* Recommend installation of art prior to installation of chair rail for easier access to security hangers.

   c. The frames must be a matte black finish in an approved profile with 1/8" thick, clear glass. The matte board must be Queen City Paper, QCP0011 Cool White, with straight edge. The backing is to be dry mounted on 3/16" foam core.

   d. Photos must be chosen from the Hampton Brand Approved Image Library and must encompass the feeling/perception of the local area or city.



# Building and Furnishing

4. The registration wall must have "welcome to [city]" signage (including horizontal trim pieces). Lettering is to be 3/4" thick black sintra letters with brushed stainless steel face to match Stylmark trim finish #218. Lettering must be Frutiger font, 230 point, tracking 50. 'Welcome to' must be size 45 light and '[city]' 75 black. Lettering must be left justified aligning with the left side of furthermost left frame once mounted. Horizontal trim to be 3/4" x 3/4" Stylmark trim #110410 with base #411331 and a brushed stainless steel finish #218. Trim is to run entire length of wall (except not on any doors or door frames nor behind any art). Trim is not required on any wing walls or offset walls beyond the immediate back wall of the registration desk.

C. Safe Deposit Boxes

Safe deposit boxes must be provided in the work area located behind the registration desk or within the registration desk (employee side) if there is ample space and hidden. Provide a minimum of one box for every 10 guest rooms.

**304.04  Telephones/Internet Access**

A. There must be a minimum of one telephone that has local, credit card and 800 number access. There must be a house telephone with these dialing features available. An additional house telephone is required in or near the lobby. All phones must be restricted from dialing guest rooms.

B. Signage must be in place designating local, credit card and 800 number dialing instructions. The signage must be professional and match existing interior signage. Verbiage should include:

For local calls, dial X + number

For credit card and 800 numbers, dial X + number

C. Handicap accessibility is required at each type of telephone. A permanent or portable TDD must be available. An outlet must be provided along with appropriate signage.

D. Wireless high-speed Internet access must be provided in the lobby and wireless in a minimum of one meeting room (if applicable). Additional meeting rooms must have either wired or wireless HSIA. The executive center (if applicable) is optional but will typically be covered under the wireless area of the lobby. See Standard 613.00 for specific requirements.

**304.05  Pantry (Complimentary Area)/Breakfast Serving Area**

A. Provide a pantry directly adjacent to the lobby as shown on the prototype drawings for the complimentary breakfast area.

B. Pantry Finishes

The floor finish must be decorative tile floor in two alternating colors in a checkered pattern with wood or tile base. At a minimum the floor must have a subdued contrast checkerboard pattern. See Standard 302.03A2 for specifics.



# Building and Furnishing

C. The wall finish is to be decorative Type II vinyl, 20 oz. per linear yard wallcovering. Any walls between the base cabinet and existing wall cabinet are to receive decorative ceramic tile.

D. Provide base cabinets, including islands, to the extent shown in the prototype drawings.

1. Detailing of the cabinets should make them appear to be a freestanding piece of furniture rather than a built in unit. They should have a recessed kick plate to prevent food or other items from going underneath the cabinets. Cabinet finish must be stained wood. The countertop must be solid surface material such as Gibraltar by Wilsonart or natural granite. Plastic laminate is not allowed for either surface. Samples must be submitted to Hilton Hotels Corporation for approval.

2. Minimum base counter length to be 20 feet, with 24 feet as optimum. This does not include the coffee area. Counter depth must be 30" minimum on new construction or any renovations. Counter should be broken into five food serving sections: fresh (three to six feet in length); hot, baked and cold (each five to six feet); and juice (two feet). Baked and hot areas should remain together unless an island is provided, then only hot is located on the island if/when electrical is provided. Juice should be in an inconspicuous location. Coffee is to be located outside the main serving area, if possible, for easy all day access by guests.

3. Upper cabinets are not allowed on new construction. Existing properties must coordinate required equipment clearances and provide proper screening of under-cabinet lighting from adjacent sitting areas.

E. Provide convenience outlets above the base cabinets, including electrical for the juice machine, chafing dish, microwave (if provided) and toaster. A water inlet is also required for the juice machine. See specific requirements for equipment below. An electrical outlet must be provided within the island (where applicable) on new construction projects with grommets provided for power cord access.

F. Pantry serving area equipment:

1. Microwave (NOT REQUIRED)

   A microwave is not required but if provided, must be a commercial unit, minimum 700 watts, with a white or stainless steel finish with preset and calibrated time cook controls. It must be located within the hot and/or baked areas.

2. Pop-up Toaster (REQUIRED)

   A minimum of one four-slice toaster is required for hotels with 100 or fewer rooms must be in the breakfast area. For hotels with more than 100 rooms, a minimum of two toasters or one four-slice toaster must be provided. Unit must be NSF and UL approved.

   A conveyor toaster may be used. See OnQ Insider > Hampton > *Make It Hampton Product Reorder Catalog* for suppliers.



# Building and Furnishing

3.  Juice Dispenser (REQUIRED)

| **Cornlius Quest 2 Juice Dispenser (option #1)** | |
|---|---|
| External Dimensions | Base Equipment Footprint: 10.4"w X 24.3" d |
| | Base Equipment Height: 29.3" h |
| Minimum Clearance Requirements | Recommended clearance 4" in the back and 8" at the top |
| Equipment Weight | 96 lbs. empty; 136 lbs. full |
| Installation Electrical Requirement | 115V, 60Hz, 15 amp NEMA 5-15 |
| Installation Plumbing and Waste Requirements | 3/8" SAE male flare on dispenser… 20 – 100 psi |
| Ventilation Requirements | None |
| Other Installation Requirements and Issues | None |

| **Vitality Express Beverage System Juice Dispenser (option #2)** | |
|---|---|
| External Dimensions | Base Equipment Footprint: 9.0"w X 24.3" d |
| | Base Equipment Height: 29.3" h |
| Minimum Clearance Requirements | 3" – Back, 2" – Both sides, 2" – Top |
| Equipment Weight | 115 lbs |
| Installation Electrical Requirement | 115V, 60Hz, 15 amp NEMA 5-15 |
| Installation Plumbing and Waste Requirements | Water inlets 3/8" male flare … 30 – 100 psi " |
| Ventilation Requirements | See clearance requirements |
| Other Installation Requirements and Issues | None |



# Building and Furnishing

4.  Chafing Dish (REQUIRED)

| Spring #K2509-6 Chafing Dish | | | |
|---|---|---|---|
| External Dimensions | Base Equipment Footprint: 26"w X 18⅞"d | | |
| | Base Equipment Height: 15³/₄"h | | |
| Minimum Clearance Requirements | None | | |
| Equipment Weight | Chafer - 45 lbs, Heating Element – 3lbs (will be contained in one box) | | |
| Installation Electrical Requirements | Separate, dedicated 120 V, 600 W (for Spring #9509 heating element) 5.5 amp NEMA 5-15 | | |
| Installation Plumbing and Waste Requirements | None | | |
| Ventilation Requirements | None | | |
| Other Installation Requirements and Issues | None | | |

5.  If the local health department requires a refrigerator for milk or other items being displayed at breakfast, a unit equal to Summit #SCR600 undercounter refrigerator must be used. This unit is only to be used when required by the local health department.

G.  Artwork is required on all walls with no upper cabinets (MIH).

1.  Two to a maximum of four framed art pieces must be provided within the breakfast area unless existing conditions warrant review by Hilton Hotels Corporation. Photos must be hung over the corresponding area: fresh, hot, baked or cold. For example, a milk bottle image should be located over the cold zone. This artwork may not be placed elsewhere within the hotel.

2.  Finished frames must be in the approved profile and 33.5"w x 34.5"h unless existing conditions warrant review of the size by Hilton Hotels Corporation.

3.  The frames must be secured to the wall with T-shaped security hangers.

4.  The frames must be a matte black finish in an approved profile with 1/8" thick, clear glass. The matte board must be Queen City Paper, QCP0011 Cool White, with straight edge. The backing is to be drymounted on 3/16" foam core.

H.  Fifty foot-candles of illumination must be provided at counter height. When ceiling height allows, (8'-0" or higher) incorporate decorative fixtures or pendants on dimmers. All lighting within the Breakfast Serving Area must be dimmable.



# Building and Furnishing

I. Two decorative trash cans should be conveniently located in the breakfast area. Receptacles are to be made of a finished metal that complements the décor.

J. Distributed audio (background music) is required in the complimentary breakfast area. See Standard 614.00 in Distributed Audio Standards in the Information Technology section.



# Building and Furnishing

## 305.00  Suite Shop

305.01  Each Hampton Inn & Suites hotel must provide a Suite Shop adjacent to the front desk with a pass-through window to the registration desk work area at a height in compliance with the ADAAG. Pass-through counter finish to match registration desk finish (guest side). See prototypical drawings for layout.

305.02  Regardless if a property is a Hampton Inn or a Hampton Inn & Suites, the property must follow standards for the installation and setup of a Suite Shop (see Rule 109.04). All Suite Shops have displays that consist of:

A.  Existing shelving or millwork

B.  A refrigerator and freezer

C.  A free-standing merchandiser with a price menu when space permits.

D.  A Suite Shop kit that contains shelf-backer graphics, tray graphics and display trays

The Hampton Brand realizes that Suite Shop configurations are different. Configurations that exist in older hotels and conversions are different from newly constructed hotels. Properties that have unusual configurations that do not have adequate space to comply with standards may consult with the Hampton Brand Team at 775 Crossover Lane, Memphis, Tennessee 38117 for alternative solutions.



24¾"

8⅜"

cold.

Hampton approved refrigerator graphic

frozen.

Hampton approved freezer graphic

**Note:** These graphic panels are sized for the recommended equipment. If other equipment is selected, size of panels will need to be adjusted.



freezer graphic          refrigerator graphic

New construction



# Building and Furnishing

305.03   Finishes

A. The floor must be ceramic/porcelain tile. Use of a high contrast checker board pattern is recommended to create energy within the store. One of the tile colors should be the same as the lobby floor finish.

B. Vinyl wallcovering must be Type II, and a minimum of 20 oz. per linear yard.

C. The finish and style of all millwork must match front desk millwork.

305.04   Equipment

A. A commercial grade glass door reach-in refrigerator and separate glass door reach-in freezer, each 22 cubic feet minimum, with self-contained condensation evaporation system must be provided. Units must be located such that they cannot be seen directly from the lobby. Units must have a minimum of four vinyl coated adjustable shelving for product display. Exterior surfaces must be stainless steel or a white vinyl surface. All interior surfaces must be a white finish. No brand endorsements are allowed on the units. (Recommend equipment: True Manufacturing GDM-23 and GDM-23F). The freezer and refrigerator units must have a backlit panel above the door, and the panel graphic must be the Hampton approved design. Panel graphics are available from Harlan Graphics. This may be purchased from *Make It Hampton Product Reorder Catalog* on OnQ Insider > Hampton Brand.

B. Ice machines may not be located in the Suite Shop.

C. See Standard 314.04 of Building and Furnishing for additional vending requirements throughout the hotel.

305.05   Millwork with shelving must be provided for display of food and sundries. This should include closed cabinetry for storage and an open display system. Shelves must be adjustable using recessed wall standards and knife brackets. All millwork and shelves must be a stained wood finish. Shelves must be a minimum of 15" deep and 3/4" thick with a wood finish to match the cabinets, tempered glass or laminated MDF. Shelving wall is to be divisible into three equal sections approximately three feet in length. Smaller sections are permitted, but not preferred. Top shelf should have a height of 18"; all other shelves approximately 12".



# Building and Furnishing

## 306.00  Public Restrooms

306.01   There must be one restroom each for men and women in the lobby building. The restrooms must not open directly onto the lobby area but must be accessed from a secondary corridor. The number of lavatories, stalls and urinals is to be as shown on the prototype drawings or as dictated by code, whichever is more stringent.

306.02   Direct line of visual sight or line of sight via mirror reflection into restrooms with multiple stalls is prohibited.

306.03   The floor and base must be ceramic or porcelain tile. If glazed, the tile must have a non-slip additive. A minimum floor tile size of 12" x 12" is required.

306.04   Walls are to have Type II - 20 oz. vinyl wallcovering. Recommend tile wainscot with base at all walls or full height tile on plumbing walls. Minimum wall tile size of 6" x 6" is required.

306.05   All restroom entrance doors must be a minimum of 3'-0" (.91m) wide. Privacy set is required with lever handle at the entrance door, except in multi-stall restrooms. Door closers are required. Entry doors for multi-stall restrooms may not be lockable.

306.06   Toilet partitions and doors are to be plastic laminate or better and are recommended to be ceiling hung.

306.07   Provide handicap accessible stalls in accordance with the ADA.

306.08   Single stall toilets may have a wall-hung china commercial sink meeting ANSI and ADA accessibility requirements. Individual or built-in vanities are also allowed, but built-ins are required for multi-stall toilets. Built-in vanities must have a natural granite top with back and side splashes and a skirt compliant with ADA. Exposed piping must be covered with pre-formed protective insulation. All vanities must comply with the ADA.

306.09   The toilets must have white, open front plastic seats with stainless steel check hinges. The seats must remain in an upright position without being held.

306.10   A decorative framed mirror is required above all vanities. The frame width must be 2" minimum. The mirror should be sized appropriately for the space. It should be approximately 36" tall, depending on light fixture placement, and extend the distance of the wall less 4" each side. The mirror must be installed with the reflective surface no higher than 40" above finished floor for compliance with ADA.

306.11   The following accessories are required:

   A. Kick plates on push side of public restroom doors. Kick plates may be omitted if doors have a plastic laminate veneer.

   B. Fluorescent lighting, recessed in ceiling. A decorative fluorescent light fixture is also recommended over the vanity mirror.

   C. Reserve roll toilet tissue holder or surface-mounted dual dispenser.

   D. A coat hook is required at 6'-0" on all stall doors (or on entry door for single stall restrooms). In accessible stalls, provide an additional hook mounted a maximum of 40" (or on entry door for single stall restrooms).



# Building and Furnishing

E. A fully recessed combination paper towel dispenser and large capacity waste receptacle. ("No touch" towel dispensers are allowed.) Receptacle or separate decorative receptacle to be adjacent to restroom entry.

F. A fully recessed (flush to wall) sanitary napkin dispenser in women's restroom.

G. Recessed facial tissue holder or a decorative, residential style tissue box dispenser made of high quality molded plastic sitting on top of the vanity. The dispenser must color coordinate with the decor.

H. Wall-mounted grab bars on the side and back wall of the handicap accessible water closet to comply with the ADA.

I. Wall-mounted liquid soap dispenser or a decorative, freestanding soap dispenser.

J. Single lever or dual lever with an 8" spread, first line chrome-plated brass faucets.

306.12 Continuous exhausting must be provided by power exhaust fans to comply with the local codes. Minimum requirement is 60 CFM. If two or more toilet stalls are provided in the public restrooms, HVAC supply must also be provided in addition to continuous exhaust.

306.13 Light fixtures in multi-stall restrooms must be wired so that they remain on at all times or have keyed switches. Light fixtures must be UL approved/certified and have warm white lamps.

306.14 Men and women's restrooms must be clearly identified with international symbols.

306.15 A dual height, ADA compliant drinking fountain is required near the public restrooms. The unit must have a decorator front. Painted fronts are unacceptable.



# Building and Furnishing

## 307.00  Meeting Facilities

**307.01   Business Center (Optional)**

A. If provided, the Business Center (minimum size 8' x 12' or 6' x 6' for Hometown) should be located convenient to the meeting facilities and adjacent to the office area for assistance.

B. The center must be available to guests 24 hours a day, 7 days a week. Signage indicating 24 hour availability must be visible at the entry.

C. The wall finish is to be decorative Type II vinyl, 20 oz. per linear yard wallcovering, Class A.

D. The floor must be carpet with a carpet base.

E. The ceiling must be acoustical ceiling tile or better.

F. The entry door must have an electronic card key access (dead bolt function to be disabled) and a full glass vision panel. Additional window side lites are recommended. The glass area may not receive window treatments for guests' safety. If a connecting door is provided to the office area, the door should have a digital keypad access lock.

G. Computer workstations (one minimum) with high-speed Internet access and software to include the latest version of Microsoft Windows and Microsoft Office. Wireless high-speed Internet must also be provided.

H. Provide two desk chairs. All chairs must have casters and fully upholstered seats and backs to extend to a minimum height of 20". Hotel must not lock seat extension height.

I. If wall and base cabinets are utilized, they must be furniture quality with all exposed surfaces made of wood. Desktop must be high-pressure laminate and 30" AFF upper cabinets.

J. The following equipment must be provided as a minimum:

   1. Inkjet or laser printer with laptop connection capability

   2. Fax machine (or service provided on premise)

   3. Computer with Internet access

   4. See Meeting Services, Rule 117.00 for other requirements

   5. Calculator

   6. Office supplies (expendable pens, pencils, paper, tape, scissors, clips, a stapler with staples, etc.)

   7. Various up-to-date reference materials (dictionary, thesaurus, local telephone books and Yellow Pages

   8. FedEx supplies



# Building and Furnishing

K. All equipment, including phones, must have printed instructions for their operation. On new construction, this equipment must be placed inside the designated Business Center room and may not be interspersed within the lobby or any other public area space. Existing properties may install equipment in a desk hutch or computer armoire where the cords are concealed and the equipment displayed neatly. Placement and design must be approved by Hilton. See Standard 109.06.

L. A minimum of sixty (60) foot-candles of general lighting measured at desk height is required. Lights must be wired to remain on at all times.

M. Provide a minimum of one quadplex 110-convenience outlet above the countertop.

N. If the hotel has an Business Center, distributed audio (background music) is optional. See Standard 614.00 in Distributed Audio Standards in the Information Technology section.

O. Artwork is required and must be décor enhancing. Hotels may use black and white art selected from the MIH image library.

## 307.02   Meeting Room

A. Meeting rooms to be included at the owner's discretion except for the requirement in a Hometown prototype. All individual components must meet these standards and the room layout will be reviewed and considered for approval by Hilton Hotels.

B. In the Hometown prototype, a single bay meeting room is required as shown on the prototype drawings. This small meeting room is optional if the large meeting room is added as shown on the prototype drawings.

C. Floors are to have carpet, carpet pad and carpet base as a minimum. Walls are to have vinyl wall covering and the ceiling to be ACT or painted drywall.

D. If meeting rooms are subdivided with folding partitions, the folding partitions must have a minimum STC rating of 50. An STC rating of 54 is recommended. Accordion type partitions are not permitted.

E. Meeting rooms must be furnished with folding tables with high-pressure laminate tops and stack chairs with fabric upholstered seats and backs. Storage for these items should be provided nearby.

F. Built in counters must have stained wood bases and solid surface or granite tops.

G. Presentation materials such as a blackboard/whiteboard, display easel and viewing screen (or audio visual equivalent) must be available for meetings. The hotel must provide a flip chart stand or hanger, felt-tip markers, extensions cords, pens and pads for all meeting rooms.

H. Light level at the meeting room tabletops must be a minimum of 50 foot-candles. Provide recessed or decorative ceiling mounted lighting with concealed conduit. Provide lighting on dimmer switches.

I. A television outlet and a telephone with a data port are required.



# Building and Furnishing

J. A minimum of two wall decor pieces is required. Each is to be a minimum of 800 sq. in. including frame.

K. Each meeting room must have individual HVAC controls.

L. Distributed audio (background music) is optional in meeting rooms. See Standard 614.00 in Distributed Audio Standards in the Information Technology section.

M. Wireless high-speed Internet access must be provided in all meeting rooms. (See Standard 613.00 for specific requirements.)

## 307.03   Boardroom (Optional)

A. Recommend a single bay boardroom in heavy commercial market areas.

B. Floors are to have carpet and carpet base as a minimum. Walls are to have vinyl wall-covering and the ceiling to be ACT or painted drywall.

C. The boardroom, where provided, must include a permanent conference table (a high pressure laminate top with wood edge, a solid wood top or better) to seat a minimum of eight persons, fully upholstered conference chairs with casters, a telephone, built-in counter with stained wood base and a solid surface top (minimum) for beverage service or console table suitable for beverage service.

D. A permanent visual aids unit is required. Finished dimension must be 48" x 48". It must include a projection screen, grease pen board and chart holder. A unit similar to those manufactured by Egan is acceptable.

E. Provide a 12'-0" long display/presentation rail. The wood rail should be stained to match the casegoods. It is typically mounted on the wall opposite the audio visual cabinet.

F. Light level to be a minimum of 50 foot-candles measured at tabletop.

G. A television outlet and a telephone with a data port are required.

H. Provide artwork and submit for approval.

## 307.04   Hospitality Suite (Optional)

A. The Hospitality Suite, if provided, must be equivalent in size to two bays in place of two standard minimum 12' x 18' (3.66m x 5.49m) rooms. It must include one handicap-accessible bath and be designed for use as a sleeping room or a meeting/boardroom suitable for comfortably accommodating eight persons.

B. Floors are to have carpet and carpet base as a minimum. Walls are to have vinyl wall-covering.

C. The suite must provide a comfortable soft seating area with sofa, lounge chair(s), end table(s), lamp(s), coffee table and television armoire. A sofa-sleeper is required when no Murphy bed is provided.



# Building and Furnishing

D. A conference table with high pressure laminate top and wood edge (minimum 30" x 72") must be provided with at least eight fully upholstered conference chairs with casters.

E. A permanent visual aids unit is required. Finished dimensions must be 48" x 48". It must include a projection screen, grease pen board and chart holder. A unit similar to those manufactured by Egan is acceptable.

F. Presentation materials such as a display easel, slide/overhead projector, and markers must be available for meetings. A pen and pad must be available for each attendee.

G. The light level to be a minimum of 50 foot-candles measured at tabletop.

H. The mechanical closet for this room must be accessed off the corridor so to reduce noise transmission into the room.

I. Artwork must be provided in keeping with the overall design of the suite, including, but not limited to:

  1. Over the sofa –
     Minimum size: 30" x 40", including the frame

  2. On the window wall –
     Minimum size: 24" x 36", including the frame

  3. Over the Murphy bed -
     Minimum size: 24" x 36", including the frame

  4. Artwork is typically mounted 60" to the center of the piece



# Building and Furnishing

## 308.00  Recreational Facilities

**308.01   Fitness Center**

Note: Hotels opening after July 1, 2008, and hotels under PIP must comply with the following standards. Existing hotels with an fitness center, needing to update may comply in stages as outlined below. All existing fitness centers must comply by January 1, 2013:

If renovation includes replacement of flooring or wall treatments, the hotel must comply with the room design specifications found in the J*ump Start Fitness Guide* on OnQ Insider.

If equipment is in need of replacement, the hotel must replace existing equipment with commercial grade equipment from Precor, Hotel Fitness (True equipment) or Star Trac. See the *Jump Start Fitness Guide* for specifications. Cardio and strength equipment may not be mixed and matched among vendors.

A.  The on-premise fitness center must meet the square footage requirements for new construction as of July 1, 2008.

| NUMBER OF ROOMS | MINIMUM REQUIRED SQUARE FOOTAGE |
|---|---|
| < 80 | 450 sq ft |
| 80-100 | 525 sq ft |
| 101-120 | 600 sq ft |
| 121-160 | 675 sq ft |
| > 160 | Add 3 sq ft for each room |

1.  Hotels under PIP must increase their fitness center to the appropriate minimum required square footage for total number of rooms.

2.  Existing hotels with fitness centers are recommended to increase room size to two guest room bays, a minimum of 450 sq. ft.

3.  Existing hotels without a fitness center are recommended to add a fitness center and may limit the space to one guest room bay, a minimum of 250 sq. ft.

4.  Fitness centers must not include a shower, bathtub, or bath fixtures. A toilet and sink are permitted.

5.  Hotels with more than 160 rooms must contact the Hampton Brand for additional equipment requirements.

B.  All fitness center walls must have Type II vinyl wallcovering with a minimum total weight of 15 oz. per linear yard or a textured 100% acrylic knock-down wall finish product. The vinyl/knock-down wall color must be similar to the neutral color listed in the fitness design guide. An interior accent wall of vinyl must be one of five pre-selected Make it Hampton welcome wall colors. Knock-down accent wall must be of coordinating paint color consistent to the pre-selected MIH colors listed in the *Jump Start Fitness Guide.*



# Building and Furnishing

A knock-down finish is recommended in areas of high humidity such as coastal areas or southeastern states.

See Standard 309.03D for specifications and approved knock-down vendors.

C. Provide a ceiling of 9'0" or higher to accommodate exercise equipment.

D. Use of the facility must be complimentary and available for registered guests seven days a week. At a minimum, the hours of operation must be between 6:00 a.m. and midnight.

E. When possible, the fitness center shall overlook the pool area. The fitness center may not be accessed directly through the pool area, nor may the pool area be accessed by going through the fitness center.

F. Entry door must have a vision panel (half lite or the maximum code will allow) and be accessed by key card only. The vision panel may not have window treatments other than specified graphics from the Hampton Brand. The deadbolt function must be disabled. Any side lites may not receive window treatments for guests' safety.

G. Two-inch wood blinds matching décor are required on exterior facing windows. Corridor facing windows are required to display approved graphics only. See the *Jump Start Fitness Guide* for ordering information.

H. The fitness center must contain the following pre-selected equipment. Reference the *Jump Start Fitness Guide* for vendor specifications.

| FACILITY SIZE (SQUARE FEET) | 200+ | 300+ | 400+ | 500+ | 600+ |
|---|---|---|---|---|---|
| Treadmill | 1 | 2 | 2 | 3 | 3 |
| Elliptical Fitness Trainer | 1 | 1 | 1 | 1 | 2 |
| Cycle, Recumbent | 1 | 1 | 1 | 1 | 2 |
| Functional Training System or Dumbbells system | | 1 | 1 | 1 | 1 |

I. Universal strength training equipment or dumbbells, rack and bench combination are required for rooms greater than 400 sq. ft. See the *Jump Start Fitness Guide* for specifications.

J. Personal Viewing Screens (PVS) are not required, but optional. If a hotel opts to use PVS, the following must be provided:

1. Adjustable headset with foam ear covers for each piece of equipment must be available at all times.

2. Offer guests replacement, one-time-use, foam earpieces for headsets as sanitary options between guest uses. Replacement parts should be stored in a wire mesh basket and available on the towel station at all times. Professional signage designed to match existing signage should be visible on towel station to direct guests to replacement pieces. Purchase approved signage from Harlan Graphics.



# Building and Furnishing

K. A sign outlining applicable health and safety information for use of the fitness center must be posted. Only the approved rules signage, as part of the fitness graphics package, may be used.

L. Televisions

A commercial LCD television with remote control is required and must be easily viewable from all equipment locations.

1. The fitness center television must meet the following specifications:

   a. Minimum 32" Widescreen (16:9) LCD Screen (Maximum size 42")

   b. High Definition display capable of receiving 1080i signal (60Hz)

   c. ATSC Digital Tuner built-in

2. Television should be set with closed caption as default.

3. Remote control must be accessible to guests at all times.

4. Television must be wall or ceiling mounted. In cases where the fitness center shares a wall with a guest room, the ceiling mounted option must be used.

5. The power and cable outlets and cords must be concealed from view behind the television.

M. A wall-mounted house telephone is required. It must be mounted near the entry door, 48" AFF as measured to the top of the phone. This phone must ring directly to the front desk switchboard when lifted off the cradle.

N. A 10"to 20" wall-mounted clock with a white face and black numbers must be provided.

O. A high quality commercial grade scale is optional if space permits.

P. An adequate supply of towels, neatly displayed in an Orion towel and hamper station or 30" minimum wooden equivalent must be provided for guests using the facility. Towel station must match décor in color and must not exceed 40". Three decorative robe hooks must be mounted near the towel station.

Q. A five (5) gallon water cooler with cup station must be provided for guest use. Water cooler should coordinate with fitness center. Bottleless water coolers are permitted. See the *Jump Start Fitness Guide* for product specification from Aquaverve.

R. Hotel must maintain hygienic wet wipes for guest use. Hygienic wipes do not replace daily disinfecting during the cleaning process. Consult equipment owner's manuals for recommended cleaning solutions.



# Building and Furnishing

S.  A décor enhancing, metal trash can must be present in the fitness center. Trash can must be a minimum of 13 quart capacity and may not include a logo.

T.  Flooring shall be of EcoSurfaces or equivalent rubber flooring with a minimum of 6mm interlocking, Bedrock Color (charcoal). Consult *Jump Start Fitness* Guide for details.

U.  Wall base must be a contoured millwork by Johnsonite or equivalent. Color should be charcoal in color to complement flooring.

Mandalay – 6"H x 3/8" D x 8' L, rectangular profile with 45° chamfer top

Reveal – 6" H x ¼" D x 8' L, 45° angular top and 7/32" wide surface reveal

V.  Wall mirrors must be installed flush mount or leaning, a minimum of 7' x 7' frame. Existing properties may utilize a retro frame kit for mirrored walls, if applicable. Consult Fitness guide for more details. Framing color must coordinate with room decor.

W.  Locate electrical outlets convenient to the equipment and out of guest traffic areas to prevent tripping.

X.  Recessed ceiling light fixtures are recommended. Recessed fixtures are required when a suspended acoustical tile ceiling is provided. If surface mounted light fixtures are provided, they must be decorative or trimmed in wood and finished to match the door or decor. Plans and fixture specifications must be submitted to Hilton Hotels for review and approval. The light level must be a minimum of 20 foot-candles measured at the floor. The lights must be wired so that they remain on at all times or be key switched.

Y.  Distributed audio (background music) is optional in fitness centers. (See Standard 614.00 in Distributed Audio Standards in the Information Technology section.)

## 308.02  Swimming Pool/Whirlpool

A.  General

1.  Minimum pool area is 500 sq. ft. (46.45m²) sloping uniformly from 3'-0" (.91m) at one end to 5'-0" (1.52m) maximum at the other end. Kidney shaped or other "free-form" pools are to have a minimum water area equivalent to the above. The Hometown prototype allows a 400 sq.ft. minimum pool area. The depth must be measured 24" from the edge of the coping to the water surface.

2.  Hot or dry saunas and steam rooms are not allowed.

3.  Fiberglass and stainless steel pools/whirlpools are not permitted.

4.  Whirlpools are allowed but not required.

B.  Coping/Deck

1.  All coping is to have a non-slip finish.

2.  The deck around the pool/whirlpool must have a non-slip surface.

**Recommended:** Deck surface finished with Kool Deck.



# Building and Furnishing

3.  A minimum 5'-0" (1.52m) wide deck around all pools and 2'-0" (.61m) wide deck minimum around whirlpools is required. A swimming pool and whirlpool must be separated by 5'-0" (1.52m) minimum wide deck. In addition, a minimum 500 sq. ft. (46.45m²) of deck area must be provided adjacent to the swimming pool for seating. If an indoor pool area is utilized, the deck area may be reduced to 300 sq. ft.

4.  Drainage for the deck area must be provided.

C.  Pool Markings

1.  "No Diving" Markings

    Swimming pools and whirlpools must have "No Diving" markings clearly displayed on the deck coping with recessed tile markings. Letters must be a minimum of four (4) inches in height.

2.  Water Depth Markings

    Depth markings must be displayed on the deck coping at various locations around the pool/whirlpool perimeter at reasonable intervals on each side and end and at locations denoting every 12" of depth change. Depth markings must also be on the pool/whirlpool rim above the water line. Lettering must be at least 4" high. All markings must indicate measurements in feet but may also include meters. For dual units of measurement, "feet" will be above the metric unit. Wherever islands, fountains and other structures are located within pools, depth markings must be posted thereon and must be visible from the opposite pool edge.

D.  Pool Fencing

    Aluminum or steel perimeter fencing must be provided around exterior pools. All pool gates must be self-closing and self-latching. Minimum fence height must be 48" (1.22m). The fence must have a top cap which is 2" x 5½" with a sloped top or half round top. Fence color must be approved by Hilton Hotels. The picket spacing must be a maximum of 4" on center unless the local regulatory requirements are more stringent.

E.  Pool Phone

    An emergency house phone must be provided at the pool. It must be in a weathertight enclosure for exterior pools. When the receiver is lifted, the phone must automatically dial the front desk or local emergency authority if required by local authorities. The top of the phone must be mounted 48" from the floor or deck.

F.  Drinking Fountain

    A drinking fountain must be provided within the indoor pool area.

G.  Exposed Metal Accessories

    Where used, exposed metal accessories are to be chrome-plated brass/bronze or stainless steel.



# Building and Furnishing

H. Steps/Ladders

Steps with uniform treads and risers and a handrail must be provided at the whirlpool and shallow end of the pool. Ladders must be provided at the deep end of the pool.

I. Diving Boards

Diving boards and slides are prohibited.

J. Floater Line

A floater line is required to separate deep and shallow water levels if required by code or if the pool includes anything but a gradual change in depth.

K. Filtration/Pump

1. Filtration and pump equipment must have the capacity to recirculate the entire contents of the pool within a six hour period.

2. Conventional sand filters, high-rate sand filters or pressure type diatomaceous earth filters are acceptable.

3. Equipment must include gauges, sight glass and air release valves. Installation and equipment are subject to local health regulations.

L. Disinfectant/Chlorination

Chlorination is required or an alternate form of pool water purification such as ozone treatment and bromination if allowed by the local governmental authority. The system must meet all local health department regulations.

M. Safety Equipment

The following equipment is required and must be provided and/or be readily available at every pool, even when the pool is closed (including off season):

1. One shepherd's hook with a minimum length of twelve feet (12').

2. Two United States Coast Guard or international equivalent life rings for each swimming pool. Each life ring must be attached to a line with a minimum diameter of 3/16". The length of the line must be one and half times greater than the largest dimension of the pool.

3. Anti-vortex covers for primary drains and all suction inlets at pools and whirlpools.

4. Automatic drain blockage detection relief or pump shutdown device for pools and whirlpools.

5. At least one ADA approved means of accessible entry for disabled and/or wheel chaired guests into pools and whirlpools.

6. Signage listing rules for usage, hours of operations and health warnings for pools and whirlpools.



# Building and Furnishing

    7. A professionally fitted pool cover must be installed when the pool is closed for the season. The temporary use of pool covers is prohibited. When used, pool covers and their installation must meet the requirements of the ASTM *Standard Performance Specification for Safety Covers and labeling Requirements for all Covers for Swimming Pools, Spas and Hot Tubs, F1346 [R1996].*

N. Electrical

    1. One (minimum) underwater light is required and must be activated during hours of darkness.

    2. The circuits supplying the underwater lighting fixtures must be low voltage and must be protected through an approved ground fault interrupter that will automatically de-energize the circuit should a short circuit or voltage leak occur. One circuit guard is required for each circuit.

    3. All electrical outlets must be waterproof and contain ground fault interrupters.

O. Perimeter Landscaping

Extensive perimeter landscaping is required at the pool area.

P. Pool Lighting

Lighting must be provided around pool and whirlpool decks. Minimum requirement is five foot-candles measured at the deck surface. Lighting must be directed away from guest room windows.

Q. Enclosed Swimming Pool

    1. When an enclosed swimming pool is provided, its exterior design must be consistent with the exterior design of the main building. The pool area must be separated from the rest of the hotel with a vapor barrier.

    2. Acceptable floor finishes include Kool Deck and slip resistant ceramic tile. Other finishes may be submitted to Hilton Hotels for consideration.

    3. The wall finish must be appropriate for an enclosed pool environment. Acceptable wall finishes include synthetic stucco, such that is used on the building's exterior, moisture resistant gypsum board with a knock-down textured finish, enamel paint and ceramic tile. If the textured gypsum board finish is used, it is recommended that a four foot high ceramic tile wainscot also be used.

    4. A finished ceiling must be provided in the pool area. Exposed painted structure and ductwork are not acceptable. However, painted, exposed spiral ductwork is acceptable. Acceptable ceiling finishes include exterior gypsum ceiling board with an enamel painted finish; a suspended acoustical ceiling system with a painted aluminum grid and vinyl-coated, moisture-resistant ceiling tiles; and synthetic stucco. All ductwork, conduit, sprinkler piping and other plumbing must be concealed by the ceiling system. All ceiling system hanger wires must be stainless steel to prevent corrosion. The minimum acceptable ceiling height in the pool area is 9'-0". Light fixtures must not be located over the pool water.



# Building and Furnishing

5. The finishes and materials in the pool area should provide an acceptable acoustical environment. The use of acoustical ceilings, banners, etc., should be considered. Sound ratings between pool and adjacent guest rooms must be 54 STC.

6. When an indoor pool is located adjacent to public areas, provide 2" wide horizontal blinds on windows between the pool and public space. The location and size of such windows are subject to approval.

7. Provide a vapor barrier to prevent condensation from forming on building walls and ceilings. Locate supply air registers to minimize condensation on windows. Adjoining fitness centers and their entry way must be located outside the pool room envelope due to sensitive electronic controls on exercise machines.

8. A complete HVAC and dehumidification system must be provided to maintain the area at 80°F dry bulb and 50 percent (inactive time) to 60 percent (active time) relative humidity with minimum requirements as follows:

   The packaged dehumidification and A/C unit must be capable of dehumidifying and cooling the space. Include a coaxial, double wall, cupro nickel swimming pool heater vented for contamination prevention and recovery of latent heat from condensed moisture (spa energy recovery is not required). Pool heater vents must not terminate within ten feet of an operable window. The unit is to be completely factory assembled, wired, piped and tested with the test report available upon request. All coils are to be coated with a corrosion resistant material and the evaporator coil is to be a minimum of six rows deep. Include a microprocessor control system with solid state sensors and a remote mounted solid state control panel with LED indications and service diagnostics located in the pool room. Open type temperature and humidity contacts are not acceptable. Provide a separate gas fired duct heater with stainless steel heat exchanger, two-stage heating, stainless steel burners, spark ignition and power venter for area heating. If natural gas is not available, provide electric two-stage heating coil per any NEC requirements. Dehumidifier must be Dectron model DS/RS Dry-O-Tron or equivalent.

9. A pool heater must be provided.

10. Pool equipment rooms may not be located below guest rooms.

11. If sliding glass doors are provided at the exterior walls of the pool building, they must be equipped with locking hardware. Adequate emergency exits with panic hardware must be provided in addition to any sliding glass doors. All emergency exits have illuminated exit signs with reserve power. Also, emergency lighting is required in the pool area (minimum one foot-candle per square foot).

12. The requirements for outdoor pools regarding pool size, pool furniture, safety equipment, etc., also apply to enclosed swimming areas. The additional deck area required may be reduced to 300 sq. ft. (Umbrellas are recommended but not required at indoor pools.)

13. Pool supplies are not to be stored in the same room as dehumidification equipment.



# Building and Furnishing

14. Provide a remote card reader that is operated by guest room card keys at the indoor pool entrance door. Remote card readers are also required at doors from the indoor pool to the outdoor sun deck unless the sun deck is enclosed with a fence. The fence must be the same as required for outdoor pools.

15. Window frames must be aluminum.

16. Door frames must be aluminum where possible.

17. The entry door into the pool area must have a vision panel or a sidelight adjacent to the door. A full glass and aluminum door is recommended.

18. The room lights must be wired so that they remain on at all times or be key switched.

R. Furnishings

1. Pool furnishings must be commercial quality. All table tops must be of a shatter-resistant material. A combination of chairs and chaises must be provided to seat a minimum of 16 guests except in the Hometown prototype, where the minimum number of seats must be as shown in the prototype drawings. The minimum seating requirement may vary for certain markets. At least two tables with sunscreen umbrellas must be provided at exterior pool locations.

2. Self-extinguishing, commercial, plastic trash urns with enclosed tops must be provided.

3. Plant containers with high quality silk or polyester (no plastic) plants must be incorporated into the overall layout of the pool furnishings for indoor pools.

4. Window treatment is optional at the exterior windows in the pool enclosure area.

5. Hotels must maintain a minimum path of travel that is compliant with ADA requirements.

6. Distributed audio (background music) is optional in the pool area. (See Standard 614.00 in Distributed Audio Standards in the Information Technology section.)



# Building and Furnishing

## 309.00  Guestrooms/Suites

**309.01   Room Types/Layouts**

A. Refer to <u>Standard 313.00,</u> Room Layouts, regarding room/suite types.

B. A minimum of 10 percent of the guest rooms must be connecting, including the handicap accessible rooms. The connecting rooms must be comprised of a variety of room and suite types and 50 percent of the handicap accessible rooms.

C. Reference each room and suite layout in <u>Standard 313.00,</u> Room Layouts for the minimum furnishings and room dimensions. The 14'-0" bay king room must be used on all new construction projects. The bay width may change depending upon its placement in the building. Any odd size or shaped rooms and suites must be submitted for approval by Hilton Hotels on an exception only basis.

D. Up to 50 percent of the room count in any Hampton hotel may have showers only. The shower only inventory is limited to king rooms. All room types with two beds or a sleeper sofa are considered multiple occupant rooms and must have a tub/shower combo; this includes all studios.

E. In a Hampton Inn, up to ten percent of the key count may be studio suites. *The queen room is not allowed as a room type.*

F. In a Hometown prototype, the room mix must be 30 percent single queen rooms and 70 percent double/queen rooms or 70 percent single queen rooms and 30 percent double/queen rooms. A maximum of ten percent of the room count may be used for alternate room types. Only studio suites or king spas may be used as alternate room types.

G. In a Hampton Inn & Suites, the studio suites must be at least 30 percent but not more than 50 percent of the key count. Two room suites or other suite configurations will be considered when market conditions warrant alternate suites. In no case may there be more than ten percent of the key count of alternate suites. If alternate suite configurations are provided for a Hampton Inn & Suites hotel, they may not be used to satisfy the minimum requirement for 30 percent studio suites. Also, the number of studio suites plus alternate suites may not exceed 50 percent of the key count in a Hampton Inn & Suites hotel. *The queen room is not allowed as a room type.*

H. Kitchens are no longer allowed in either Hampton Inn or Hampton Inn & Suites. Built-in microwave and refrigerator with a bar sink is allowed but is considered part of a studio and must be included in the studio room key count.

**309.02   Floors**

A. The floor assembly must have an STC rating of 50 and an IIC rating of 55.

B. All floor penetrations must be sealed with fireproofing material to ensure fire rating between floors.



# Building and Furnishing

C. Tiled Floors

Decorative porcelain tile floor and tile base is required at the entry to all rooms and suites including in front of the wet bar in the studio suites. When two room suites are allowed, the floor finish in the kitchen area must be porcelain tile. Tile must be nominal 12" x 12" minimum with a rectified edge to minimize grout joint size and is recommended to include base tiles, corners, etc. Vinyl tile and/or granite tile is not acceptable. The tile below is pre-approved. Visit hamptonfranchise.com > D & C > Standards > Alternate for more pre-approved manufacturers. All other tile is subject to approval by Hilton Hotels Corporation.

**Product Specification: Porcelain Tile**

| | | |
|---|---|---|
| Manufacturer: | Dal-Tile<br>1713 Stewart Street<br>Santa Monica, CA 90404 | Designer Tile & Stone<br>115 Newfield Avenue, Suite C<br>Edison, NJ 08837 |
| Contact: | John Hall<br>(310) 453-9112<br>(310) 453-1783 fax | (800) 959-8453<br>(732) 225-0660 fax |
| Description: | PORCELAIN TILE | PORCELAIN TILE |
| MFR Stock #: | BXO3 | N/A |
| | | |
| **Specifications** | | |
| Pattern: | BRIXTON | N/A |
| Color: | MUSHROOM | PABLO |
| Dimensions: | 12" X 12" (BASE 3" X 12") | 12" X 12" (BASE 3" X 12") |
| Shade Variation: | MODERATE | RANDOM |
| Tile Thickness: | 5/16" | 5/16" |
| Grout Color: | #94 STRAW ULTRACOLOR<br>BY MAPEI | #94 STRAW ULTRACOLOR<br>BY MAPEI |
| Grout Joint: | 3/16" MAXIMUM | 3/16" MAXIMUM |
| Coefficient of<br>Friction: | > .60 WET, > .65 DRY | > .60 WET, > .66 DRY |
| Distribution: | GUEST ROOM FLOORS, BATH FLOORS, BATH TUB/SHOWER SURROUND | |
| General: | * ALL MATERIALS AND METHODS OF CONSTRUCTION MUST COMPLY WITH STATE, LOCAL, FIRE & LIFE SAFETY CODES, AND HAMPTON INN STANDARDS.<br>* GENERAL CONTRACTOR TO FIELD VERIFY QUANTITY REQUIREMENTS. | |

D. The floor covering in all guest rooms must be wall-to-wall carpet. One seam maximum is allowed per guest room. See Standard 302.03 for more requirements.

## 309.03  Walls

A. Partition walls that separate guest room units must be of fire-resistant construction with a minimum one-hour fire rating and an STC rating of 50 or better.

B. Corridor walls are to be of one-hour fire-rated construction, regardless of building size/design, and have an STC rating of 50 or better. STC ratings are to be determined according to Gypsum Association Standards. Fire ratings are to be determined according to UL standards.



# Building and Furnishing

C. Additional soundproofing is required between guest room units and commercial or service areas and elevators. A minimum STC rating of 54 is required.

D. Wall Finish

NOTE: New hotels, renovations, relicensing, change of ownership, PIP and room additions as of August 1, 2007, must comply with this standard.

1. All guest room walls except the bath must have Type I vinyl wallcovering with a minimum total weight of 15 oz. per linear yard or a textured 100 percent acrylic knock-down wall finish product.

2. The headboard wall color should be a different color therefore becoming an accent wall.

3. A knock-down finish is recommended in areas of high humidity such as coastal areas or southeastern states. The knock-down color must be a neutral color similar to Beige unless specified otherwise in a pre-approved Hampton FF&E package. The knock-down must be provided by one of the following approved manufacturers:

   a. Plexture (Sierra or Landscape textures; Howard White color) with Teflon® by Triarch Industries of Houston, TX; (800) 537-6111; www.triarchinc.com

   b. Texturi by Comex Paints USA of San Antonio, TX; (800) 266-3987; www.comexpaints.com

   c. Supreme-Tex by U.S. Textures, Inc. of San Antonio, TX; (800) 414-8805

   d. Quartz Silco (Fino, Damascus or Rustic Stone textures) by Perma Tone, Inc. of Houston, TX; (800-permatone); www.permatone.com

   e. Romatex by Levwall, Inc. of Marietta, GA; (800) 342-2747; www.levwall.com

   f. Profinish (Emerald System Series II) by ProKo Industries

4. To submit a product for consideration as equal to one of the above approved products, a sample of the proposed equal must be submitted, along with all the technical and independent testing information relating to the proposed product as described below.

   a. Submit two samples (8" x 8" minimum) showing the specific color and texture of the knock-down finish to your Hilton Hotels Corporation Project Manager. If the product is approved, one sample will be retained and one will be returned and must be kept on file at the jobsite for reference.

   b. All submitted products must meet the following Minimum Performance Characteristics:

      1) A perm rating of greater than 16 for the system, including basecoat, primers, texture coats, etc.

      2) Scrub resistance of minimum of 2500 scrubs before failure ASTM D 2486-89



# Building and Furnishing

3) A minimum dry film thickness of 10 mils or greater

4) VOC levels of 1.0 lbs. per gallon or less ASTM-D 3960

5) A minimum of 5-year product performance warranty and a 5-year warranty against mold and mildew growth. (Product must have been in commercial use for a time period that meets or exceeds factory stated warranty period.)

6) A product listing a "SEALER" as part of the system is not acceptable

c. Other manufacturers' products, which comply with the above minimum performance quality requirements, may be considered by Hilton Hotels provided such products are submitted to Hilton Hotels for review with sufficient time allowed for evaluation. Submit proposed substitute products with supporting documentation to verify conformance with the above requirements. All proposed substitute products must provide Independent Laboratory Test Results to support their claims. Submitted Independent Lab Test Results must be on the testing lab letterhead, test results on the manufacturer's letterhead *will not* be accepted.

5. Knockdown using drywall mud with paint or smooth painted walls is unacceptable in all instances.

6. No product is to be considered approved until Hilton Hotels Corporation provides written approval.

7. The bath area must have Type I, 15 oz. vinyl wallcovering regardless.

**309.04 Ceilings**

A. No ceiling must be less than 7'-0" (2.13m) in height. Guest bedroom and living area ceilings must be a minimum of 8'-0" high. 8'-8" is recommended. Guest room bath and entry ceilings are to be a minimum of 7'-4" high. Local codes may require higher ceilings.

B. Guest room ceilings are to be of a sprayed Aristex texture finish as supplied by Proko Industries or equal. Color must be "ceiling white." Other ceiling finishes are subject to approval by Hilton Hotels Corporation.

C. Dressing areas, baths and furrdowns over the wet bar are to be smooth painted drywall.

D. When 2' wide precast concrete planks are used for the floor/ceiling system, a furred drywall ceiling must be applied. Planks which are 3' or wider do not have this requirement, but imperfections such as badly misaligned planks and air pockets must be addressed as necessary to achieve an acceptable appearance.



# Building and Furnishing

**309.05  Doors**

A.  Guest Room Entry Doors

1.  Entry doors must be $1^3/_4$" (4.45cm) solid embossed tempered hardwood, painted, two-panel doors or approved alternate. They must have a 20-minute fire rating indicated by permanently attached UL labels.

2.  Guest room entry doors are to be a minimum of 3'-0" x 6'-8" (.91m x 2.03m).

3.  Door Frames

   a.  Frames must be hollow metal with a 20 minute fire-rating and must be properly secured and installed.

   b.  18 gauge, fully welded frames or three piece metal frames are required. Knockdown frames with *snap-on-trim* are *not* permitted in any case.

   c.  Framed, non-masonry walls must be reinforced on both sides of the jamb to prevent prying and flexing for security control.

   d.  Vinyl sound stripping is required on all guest room entry doors. Sound stripping must be equal to "Cush-N-Seal" by Door and Hardware Systems, Inc. or S773 by PEMKO

4.  Door Hardware

   a.  Doors must be self-closing and self-latching. Doors to have three commercial hinges with a commercial grade door closer with cover.

   b.  Tamper-proof, one-way viewers at 60" AFF are required for all guest room entrance doors. A second viewer must be mounted at a height as required by ADA in all accessible guest rooms.

   c.  A door guard equal to Ives 482 with edge guard mounted at 48" AFF is required for all guest room entrance doors. Ensure that door guard does not interfere with the light switch.

   d.  A door sweep equal to Door and Hardware Systems (DHS) Cap Sweep, #CS36, or Pemko's 2343 or 2173 is required. The make up air feature for these sweeps may be utilized if needed. Recommend automatic door bottoms be used when possible to reduce sound and light infiltration.

   e.  Kick plates are not permitted on guest room doors.

   f.  DHS's "Fire Threshold" FT—2.75 or Pemko's V232 or V2325 must be used to protect carpet seams at the guest room entry threshold.



# Building and Furnishing

g.  An electronic lockset with lever handle for hotel/motel usage is required. An approved vendor and models must be used. Contact Hilton Hotels Corporation for the approval list. The electronic locksets must have the following features:

1)  Lockset must be mortise design Grade 1 or 2L, ANSI 15613 Series 1000.

2)  Trim and operation must comply with ADA standards.

3)  The lock must have a deadbolt with a hardened steel insert with a minimum throw of 1" (2.54cm).

4)  The latch bolt must be a deadlocking type with a two-piece anti-friction mechanism and a minimum throw of 3/4" (1.9cm).

5)  An occupancy indicator is required.

6)  The lock must re-key after each guest use.

7)  The lock must use an encoded card key for each guest operation.

8)  The lock must have master key and emergency master key functions.

9)  Master and emergency levels must be re-keyable by the hotel employees.

10)  The lock must have an audit/interrogation feature.

11)  The lock system must have back-up battery power.

12)  The lock system must have a minimum one-year manufacturer's warranty.
13)The latch bolt is to be operated by the inside lever at all times and from outside by guest key card.

14)  The deadbolt is to be engaged by a turn piece on the inside of the room.

15)  When the deadbolt is projected, all keys except emergency keys must be inoperable.

16)  The emergency key also acts as a lockout key.

17)  When the deadbolt is in a projected position, turning the inside lever must retract the latch bolt and deadbolt simultaneously.

h.  Hardware Finish

Door hardware must be US26D Satin Chrome or US4 Satin Brass. 26D is preferred for durability reasons. The finish on all hardware must be the same, including hinges.



# Building and Furnishing

   B.  Connecting Room Doors

      1.  Rooms, when connected, are to be separated by two 20-minute fire-rated, 3'-0" x 6'-8" solid core wood doors. The door frame must be the full width of the wall thickness to allow the doors to open 180°. (See Prototypical Plans.) Ten percent of the guest rooms must connect.

      2.  Door Hardware

         a.  Connecting doors must have a latch set equal to Corbin 463-5611 x 23/4 x 217L13 with an operating lever on the room side only.

         b.  Each door is to have a thumb-turn deadbolt with 1" throw such as Falcon Hardware Company catalog #D-861. A blank plate must be installed on the opposite side of the door.

         c.  Each door must have 11/2 pair of butts.

         d.  Provide door guard same as entry door on both connecting doors.

         e.  Provide sound stripping same as entry door on both sides of the door frame.

         f.  Provide door sweeps same as entry door on both doors for sound attenuation.

         g.  All hardware finishes to match entry door hardware finish.

         h.  Moveable wall partitions are not permitted between adjoining guest rooms.

  C.  Door Stops

    Wall-mounted door stops are required for all doors. Floor-mounted door stops are not permitted.

  D.  Door Numbers

    Refer to Standard 405.00, Trademarks and Identity, for signage requirements.

## 309.06  Windows

Refer to prototype drawings for size and location of required guest room windows.

  A.  Each guest room must have a minimum of 16 sq. ft. (1.49m$^2$) of window area. Codes may require additional window area due to the room size.

  B.  Glass must be double glazed in painted aluminum frames or approved equal. Double-insulated room unit glazing should be designed flush to the exterior frame to prevent water build-up and dirt retention. Window units may use annealed glass, where permitted. Frames must be thermally broken in areas where ASHRAE design temperature is below 32°F. Frames must be properly sealed, both inside and outside. Colors for glass and frames must be as noted in Standard 302.02.



# Building and Furnishing

C. Glass is to be fixed except where operable glass is required by local codes/requirements. Operable windows, if provided, must have a locking device approved by Hilton Hotels and may not open more than 4″ unless required otherwise by code. Once opened, the window must remain in the open position without having to be propped open. All window sections must meet or exceed AWMA specifications for commercial windows.

D. Thru-wall HVAC wall sleeves occurring in guest room/suite windows must be properly sealed, inside and out. (See Prototypical Plans.)

E. Louvers for thru-wall HVAC units in guest rooms must be furnished by the window manufacturer and must be architectural style with finish to match the window sections. *These architectural louvers must be an integral part of the window system.* Louvers must match style and finish as noted above and must match the free air requirement of the thru-wall unit selected.

F. Window sills must be solid surface material.

**309.07  Drapery**

See Standard 302.03D for information.

**309.08  Closets**

A. Closets are required in guest rooms for all new construction projects (except in the Hometown prototypes queen room).

B. Closets must be fitted with a laminate-covered shelf with a 2" (5cm) self-edged front. The shelf must have a depth of 15" (0.38m) and be mounted at 5'-10" AFF in standard rooms and as required by ADA in accessible rooms. Fitted below the shelf must be a chrome or stainless steel bar not less than 1" (2.54cm) diameter. The bar is to be mounted at 5'-6" AFF in standard rooms. A plastic coated wire shelf and 5/8" diameter bar unit is acceptable as an alternate.

C. Closets must have swinging mirrored doors (or sliding where shown) or hinged wood doors. Coordinate mirror door frame finish with adjacent door hardware. If mirrored doors are not provided, a full-length mirror (18" x 60") must be provided near the dressing area. Bi-fold doors are not allowed.

D. Closets must have a minimum size of 1'-10" in depth and 2'-6" in width (interior dimensions) with the doors closed.

E. Floor finish is to be carpet with 4" carpet base.

F. Walls are to have vinyl wallcovering or be smooth painted if the guest room has a textured wall finish. Color must match guest room walls.



# Building and Furnishing

**309.09   Bedding**

A. Every Hampton bed must meet a height requirement of 28" – 31" and include the following Hampton approved items:

1. Bed skirt

2. Quilted fitted mattress pad (hotel quantity required: one turn plus ten percent)

3. Fitted bottom sheet (hotel quantity required: two and one half turns)

4. 200-plus thread-count top sheet (hotel quantity required: two and one half turns)

5. Duvet insert (hotel quantity required: one turn plus ten percent)

6. Duvet cover (hotel quantity required: three turns)

7. Jumbo feather and synthetic pillows

8. Pillowcases (hotel quantity required: two and one half turns)

9. Lumbar pillow (hotel quantity required: one turn plus ten percent)

10. Lumbar pillow cover (hotel quantity required: three turns)

11. Each Hampton room must have:

    a. Red "freshen please" service signal on one bed per room

    b. Blanket in approved zippered plastic bag (room quantity: one per room in drawer or closet; hotel quantity: have enough blankets on hand for roll-away beds and guest requests)

    *NOTE:* No collateral other than the red "freshen please" service signal is to be placed directly on the bed.

B. Bed Base (MIH)

Bed bases are to be soundly constructed to support the outer rail of the wood box springs and securely hold the mattress and box springs in place with rigid center support characteristics. Bed base heights are to be coordinated with mattress sets to achieve a total bed height* between 28" (minimum) and 31" (maximum) except in accessible rooms. Metal bed frames are required in the ADA rooms. Bed frames (6" to 7½" in height) must be provided in accessible rooms for lift accessibility.

\* Bed Height: Measurement of the finished bed, including base, mattress set and bedding.



# Building and Furnishing

**Product Specification:**
**King/Queen/Full XL Bed Base**

*(See OnQ Insider > Hampton > Make It Hampton Product Reorder Catalog for suppliers.)*

| | |
|---|---|
| Size: | 10"h, K-20/ Q-20/ F-20 LINWOOD BED BASE |
| Finish: | DARK BROWN LAMINATED WALNUT WOODGRAIN FINISH. |
| Description: | THREE CROSS SUPPORTS; SINGLE LEG ON QUEEN AND FULL XL SIZE AND CENTER PANEL FOR KING SIZE TO PROVIDE CENTER SUPPORT; LAMINATED INDUSTRIAL FIBRE BOARD PANELS; RECESSED DESIGN; NONTOXIC AND NONCOMBUSTIBLE; ALUMINUM CHANNEL LOCKS; BOXSPRING RETAINER |
| Note: | METAL BOX BASES ARE ALLOWED. |
| Distribution: | KING, QUEEN OR FULL XL BED BASE AT TYPICAL GUESTROOM |
| General: | *ALL MATERIALS AND METHODS OF CONSTRUCTION MUST COMPLY WITH STATE, LOCAL, FIRE & LIFE SAFETY CODES, AND HAMPTON INN STANDARDS. |

**Product Specification:**
**King/Queen/Full XL Bed Frame, ADA Accessible**

*(See OnQ Insider > Hampton > Make It Hampton Product Reorder Catalog for suppliers.)*

| | |
|---|---|
| Size: | 7½" H INSTAMATIC FRAME |
| Finish: | BROWN ENAMEL FINISH |
| Description: | INSTAMATIC PREMIUM BED FRAME; 12 GAUGE 1¾ " X 1³⁄₈" ANGLE SIDE RAILS; CENTER SUPPORT WITH LEGS |
| Glide: | STEEL STEM WIDE STANCE GLIDE |
| Distribution: | KING, QUEEN OR FULL XL BED FRAME AT ADA ACCESSIBLE GUESTROOM |
| General: | * ALL MATERIALS AND METHODS OF CONSTRUCTION MUST COMPLY WITH STATE, LOCAL, FIRE & LIFE SAFETY CODES, AND HAMPTON INN STANDARDS. |

C. Mattresses

All mattress sets must be Serta® Perfect Sleeper's Tranquility Nights™ (minimum), Serta® Perfect Sleeper's Dream Structure™, Spring Air® Brentwood or Spring Air® Grand Suite and must meet the specifications that follow. All substitutions must be submitted to Hampton Brand Management, 755 Crossover Lane, Memphis, TN 38117 prior to ordering for approval. Once approved, the order may be processed. Any non-approved beds are at risk of being rejected, therefore replaced, in order to comply with standards.

Approved manufacturer's labels, which include Federal law labels, identification labels, turn labels, and certification and specification labels, must be on each bed set.



# Building and Furnishing

**Product Specification:**
**Serta® Perfect Sleeper's Tranquility Nights™ King/Queen/Full XL Mattress**

*(See OnQ Insider > Hampton > Make It Hampton Product Reorder Catalog for suppliers.)*

| | |
|---|---|
| MFR Stock #: | 620042 |
| Size: | KING: 76" x 79½"/ QUEEN: 60" x 79½"/ FULL XL: 53" x 79½" |
| Innerspring: | ** 800 CONTINUOUS WIRE COIL; 143/4 GAUGE, SIX GAUGE BORDER WIRE; CLIPPED BORDER ROD; POSTURIZED CENTER THIRD; REINFORCED EDGE SUPPORT |
| Upholstery: | SYNTHETIC FIBER PAD INSULATOR; TOPPER: 13/8" ZONED CONVOLUTED FOAM |
| Quilt Fill: | COMFORT QUILT® WITH FLAME BLOCKER™; ONE LAYER OF 7/8" ZONED CONVOLUTED FOAM; 1 LAYER OF BATT FLAME BLOCKER; ONE LAYER OF 1/4" POLYURETHANE FOAM |
| Border: | MULTI-NEEDLE QUILTED |
| Cover: | BURLINGTON MONITOR; TREATED TO PASS NFPA 701 |
| Flammability: | PASSES NFPA 107; KEVLAR THREAD; CERTIFIED TO BE MANUFACTURED IN ACCORDANCE WITH THE CAL TB-603 |
| Warranty: | TEN YEARS NON PRORATED |
| Distribution: | KING, QUEEN OR FULL XL MATTRESS AT GUESTROOMS |
| General: | * ALL MATERIALS AND METHODS OF CONSTRUCTION MUST COMPLY WITH STATE, LOCAL, FIRE & LIFE SAFETY CODES, AND HAMPTON INN STANDARDS. |
| | ** QUEEN SIZE (STD.KING: 992; FULL XL: 748) |

**Product Specification:**
**Serta® Perfect Sleeper's Dream Structure™ King/Queen/Full XL Mattress**

*(See OnQ Insider > Hampton > Make It Hampton Product Reorder Catalog for suppliers.)*

| | |
|---|---|
| MFR Stock #: | 610042 |
| Size: | KING: 76" x 79½"/ QUEEN: 60" x 79½"/ FULL XL: 53" x 79½" |
| Innerspring: | **848 CONTINUOUS WIRE COIL; 141/2 GAUGE; SIX GAUGE BORDER WIRE; POSTURIZED CENTER THIRD; DUAL POSTURE EDGE |
| Upholstery: | SYNTHETIC FIBER PAD INSULATOR; TOPPER: 11/2" ZONED CONVOLUTED FOAM |
| Quilt Fill: | COMFORT QUILT® WITH FLAME BLOCKER™; ONE LAYER OF 7/8" ZONED CONVOLUTED FOAM; 1 LAYER OF BATT FLAME BLOCKER; ONE LAYER OF 1/2" POLYURETHANE FOAM |
| Border: | MULTI-NEEDLE QUILTED |
| Cover: | BURLINGTON CREAM SNOW; TREATED TO PASS NFPA 701 |
| Flammability: | PASSES NFPA 107; KEVLAR THREAD; CERTIFIED TO BE MANUFACTURED IN ACCORDANCE WITH THE CAL TB-603 |
| Warranty: | TEN YEARS NON PRORATED |
| Distribution: | KING, QUEEN OR FULL XL MATTRESS AT GUESTROOMS |
| General: | * ALL MATERIALS AND METHODS OF CONSTRUCTION MUST COMPLY WITH STATE, LOCAL, FIRE & LIFE SAFETY CODES, AND HAMPTON INN STANDARDS. |
| | ** QUEEN SIZE (STD.KING: 1040; FULL XL: 796) |



# Building and Furnishing

**Product Specification:**
**Spring Air® Brentwood King/Queen/Full XL Mattress**

*(See OnQ Insider > Hampton > Make It Hampton Product Reorder Catalog for suppliers.)*

| | |
|---|---|
| MFR Stock #: | KING: NC146140 / QUEEN: NC146130/ FULL XL: NC146121 |
| Size: | KING: 76" X 80"/ QUEEN: 60" X 80"/ FULL XL: 54" X 80" |
| Innerspring: | COMFORT CARESS INNER SPRING DESIGN; 725** COIL, 14.5 & 14 GAUGE LFK: BACK SUPPORTER; FOAM ENCASED; POSTURIZED CENTER THIRD |
| Upholstery: | SLEEP SHIELD |
| Quilt Fill: | 7/8" DENSIFIED POLYESTER PAD; 1" DENSIFIED COTTON PAD |
| Border: | MULTI-NEEDLE QUILTED |
| Cover: | TREATED TO PASS NFPA 701; HIGH LOFT FIRE RETARDANT FABRIC; BURLINGTON BLUE ICE; 7/8" SUPER SOFT FOAM; TREATED TO RESIST STAINS |
| Flammability: | NFPA VBS #701; KEVLAR THREAD; CERTIFIED TO BE MANUFACTURED IN ACCORDANCE WITH THE CA BUREAU OF HOME FURNISHINGS TECHNICAL BULLETIN 603* |
| Warranty: | 10/10 |
| Distribution: | KING, QUEEN OR FULL XL MATTRESS AT GUESTROOMS |
| General: | TURN LABELS; LAW TAGS; HEIGHT 12" +/- 1/2" |
| | * ALL MATERIALS AND METHODS OF CONSTRUCTION MUST COMPLY WITH STATE, LOCAL FIRE & LIFE SAFETY CODES, AND HAMPTON INN STANDARDS |
| | ** QUEEN SIZE (KING: 928; CAL.KING: 961; FULL XL: 638) |

**Product Specification:**
**Spring Air® Grand Suite King/Queen/Full XL Mattress**

*(See OnQ Insider > Hampton > Make It Hampton Product Reorder Catalog for suppliers.)*

| | |
|---|---|
| MFR Stock #: | KING: NC145140/ QUEEN NC145130/ FULL XL NC145121 |
| Size: | KING: 76" X 80"/ QUEEN: 60" X 80"/ FULL XL: 54" X 80" |
| Innerspring: | COMFORT CARESS INNER SPRING DESIGN; 725** COIL, 14.5 & 14 GAUGE LFK: BACK SUPPORTER; FOAM ENCASED; POSTURIZED CENTER THIRD |
| Upholstery: | SLEEP SHIELD |
| Quilt Fill: | 7/8" DENSIFIED POLYESTER PAD; 7/8" DENSIFIED COTTON PAD |
| Border: | MULTI-NEEDLE QUILTED |
| Cover: | TREATED TO PASS NFPA 701; HIGH LOFT FIRE RETARDANT FABRIC; BURLINGTON BLUE ICE; 7/8" SUPER SOFT FOAM; TREATED TO RESIST STAINS |
| Flammability: | NFPA VBS #701; KEVLAR THREAD; CERTIFIED TO BE MANUFACTURED IN ACCORDANCE WITH THE CA BUREAU OF HOME FURNISHINGS TECHNICAL BULLETIN 603* |
| Warranty: | 10/10 |
| Distribution: | KING, QUEEN OR FULL XL MATTRESS AT GUESTROOMS |
| General: | TURN LABELS; LAW TAGS; HEIGHT 13" +/- 1/2" |
| | * ALL MATERIALS AND METHODS OF CONSTRUCTION MUST COMPLY WITH STATE, LOCAL FIRE & LIFE SAFETY CODES, AND HAMPTON INN STANDARDS |
| | ** QUEEN SIZE (KING: 928; CAL.KING: 961; FULL XL: 638) |



# Building and Furnishing

### D. Box Springs

All box springs must be Serta® Perfect Sleeper's Tranquility Nights™ (minimum), Serta® Perfect Sleeper's Dream Structure™, Spring Air® Brentwood or Spring Air® Grand Suite and must meet the specifications that follow. All substitutions must be submitted to Hampton Brand Management, 755 Crossover Lane, Memphis, TN 38117 prior to ordering for approval. Once approved, the order may be processed. Any non-approved beds are at risk of being rejected, therefore replaced, in order to comply with standards.

Approved manufacturer's labels, which include Federal law labels, identification labels, turn labels, and certification and specification labels, must be on each bed set.

**Product Specification:**
**Serta® Perfect Sleeper's Tranquility Nights™ King/Queen/Full XL Box Springs**

| | |
|---|---|
| *(See OnQ Insider > Hampton > Make It Hampton Product Reorder Catalog for suppliers.)* | |
| MFR Stock #: | 620042 |
| Size: | KING: 76" x 791/2"/ QUEEN: 60" x 791/2"/ FULL XL: 53" x 791/2" |
| Spring Unit: | **532 123/4 GAUGE; CONTINUOUS WIRE UNIT; SIX GAUGE BORDER WIRE; POSTURIZED CENTER THIRD; REINFORCED EDGE SUPPORT |
| Insulator: | HEAVY DUTY FIBER PAD |
| Border: | MULTI-NEEDLE QUILTED |
| Cover: | NON-SKID TOP |
| Flammability: | PASSES NFPA 107; KEVLAR THREAD; CERTIFIED TO BE MANUFACTURED IN ACCORDANCE WITH THE CAL TB-603 |
| Warranty: | TEN YEARS NON PRORATED |
| Notes: | CORNER GUARDS; TURN LABELS; DUST COVER |
| Distribution: | KING, QUEEN OR FULL XL BOX SPRINGS AT GUESTROOMS |
| General: | *ALL MATERIALS AND METHODS OF CONSTRUCTION MUST COMPLY WITH STATE, LOCAL, FIRE & LIFE SAFETY CODES, AND HAMPTON INN STANDARDS. |
| | **QUEEN SIZE (STD.KING: 672; FULL XL: 476) |

**Product Specification:**
**Serta® Perfect Sleeper's Dream Structure™ King/Queen/Full XL Box Springs**

| | |
|---|---|
| *(See OnQ Insider > Hampton > Make It Hampton Product Reorder Catalog for suppliers.)* | |
| MFR Stock #: | 610042 |
| Size: | KING: 76" x 791/2"/ QUEEN: 60" x 791/2"/ FULL XL: 53" x 791/2" |
| Spring Unit: | **532 123/4 GAUGE; CONTINUOUS WIRE UNIT; SIX GAUGE BORDER WIRE; POSTURIZED CENTER THIRD; REINFORCED EDGE SUPPORT |
| Insulator: | HEAVY DUTY FIBER PAD |
| Border: | MULTI-NEEDLE QUILTED |
| Cover: | NON-SKID TOP |
| Flammability: | PASSES NFPA 107; KEVLAR THREAD; CERTIFIED TO BE MANUFACTURED IN ACCORDANCE WITH THE CAL TB-603 |
| Warranty: | TEN YEARS NON PRORATED |
| Notes: | CORNER GUARDS; TURN LABELS; DUST COVER |
| Distribution: | KING, QUEEN OR FULL XL BOX SPRINGS AT GUESTROOMS |
| General: | *ALL MATERIALS AND METHODS OF CONSTRUCTION MUST COMPLY WITH STATE, LOCAL, FIRE & LIFE SAFETY CODES, AND HAMPTON INNSTANDARDS. |
| | **QUEEN SIZE (STD.KING: 672; FULL XL: 476) |



# Building and Furnishing

**Product Specification:**
**Spring Air® Brentwood Box Springs King/Queen/Full XL Box Springs**

*(See OnQ Insider > Hampton > Make It Hampton Product Reorder Catalog for suppliers.)*

| | |
|---|---|
| MFR Stock #: | KING: NC146311/ QUEEN: NC146330/ FULL XL: NC146321 |
| Size: | KING: 76" X 80"/ QUEEN: 60" X 80"/ FULL XL: 54" X 80" |
| Spring Unit: | **416 13" GAUGE SH PEZ; CONTINUOUS WIRE UNIT; SIX GAUGE BORDER WIRE; REINFORCED EDGE SUPPORT |
| Insulator: | 1" DENSIFIED COTTON PAD |
| Border: | MULTI-NEEDLE QUILTED |
| Cover: | NON-SKID TOP; TREATED TO PASS NFPA 701; HIGH LOFT FIRE RETARDANT FABRIC; BURLINGTON BLUE ICE; 7/8" SUPER SOFT FOAM; TREATED TO RESIST STAINS |
| Flammability: | PASSES NFPA 107; KEVLAR THREAD; CERTIFIED TO BE MANUFACTURED IN ACCORDANCE WITH THE CA BUREAU OF HOME FURNISHINGS TECHNICAL BULLETIN 603* |
| Warranty: | TEN YEARS NON PRORATED |
| Notes: | CORNER GUARDS; TURN LABELS; DUST COVER |
| Distribution: | KING, QUEEN OR FULL XL BOX SPRINGS AT GUESTROOMS |
| General: | *ALL MATERIALS AND METHODS OF CONSTRUCTION MUST COMPLY WITH STATE, LOCAL, FIRE & LIFE SAFETY CODES, AND HAMPTON INN STANDARDS. HEIGHT 7 1/2" +/- 1/4" |
| | **QUEEN SIZE (KING: 486; CAL.KING: 520; FULL XL: 364) |

**Product Specification:**
**Spring Air® Grand Suite Box Springs King/Queen/Full XL Box Springs**

*(See OnQ Insider > Hampton > Make It Hampton Product Reorder Catalog for suppliers.)*

| | |
|---|---|
| MFR Stock #: | KING: NC145311/ QUEEN: NC145330/ FULL XL: NC145321 |
| Size: | KING: 76" X 80"/ QUEEN: 60" X 80"/ FULL XL: 54" X 80" |
| Spring Unit: | **416 13" GAUGE SH PEZ; CONTINUOUS WIRE UNIT; SIX GAUGE BORDER WIRE; REINFORCED EDGE SUPPORT |
| Insulator: | 1" DENSIFIED COTTON PAD |
| Border: | MULTI-NEEDLE QUILTED |
| Cover: | NON-SKID TOP; TREATED TO PASS NFPA 701; HIGH LOFT FIRE RETARDANT FABRIC; BURLINGTON BLUE ICE; 7/8" SUPER SOFT FOAM; TREATED TO RESIST STAINS |
| Flammability: | PASSES NFPA 107; KEVLAR THREAD; CERTIFIED TO BE MANUFACTURED IN ACCORDANCE WITH THE CA BUREAU OF HOME FURNISHINGS TECHNICAL BULLETIN 603* |
| Warranty: | TEN YEARS NON PRORATED |
| Notes: | CORNER GUARDS; TURN LABELS; DUST COVER |
| Distribution: | KING, QUEEN OR FULL XL BOX SPRINGS AT GUESTROOMS |
| General: | *ALL MATERIALS AND METHODS OF CONSTRUCTION MUST COMPLY WITH STATE, LOCAL, FIRE & LIFE SAFETY CODES, AND HAMPTON INN STANDARDS HEIGHT 7 1/2" +/- 1/4" |
| | **QUEEN SIZE (KING: 486; CAL.KING: 520; FULL XL: 364) |



# Building and Furnishing

### E. Bed Skirts

Hampton approved bed skirts are constructed from a proprietary fabric from Robert Allen Group. Robert Allen Group must be utilized upon bed skirt replacement. Robert Allen Group is the recommended manufacturer of completed bed skirts. All substitutions must be submitted to Hampton Brand Management, 755 Crossover Lane, Memphis, TN 38117 for approval. Once approved, the order may be processed.

Hotels that purchased and installed MIH Generation II bedding (bed skirt and coverlet) that is less than one year old as of December 31, 2005, may continue to use the Generation II bed skirt with the New Hampton Bedding as long as a color-coordinating lumbar pillow cover is purchased and installed. Approved colors are cinnabar, raffia, sand, pear and azure.

Bed skirts must be constructed so that the length is one inch or less above the finished floor.

**Product Specification: King/Queen/Full XL Bed Skirt**

| | |
|---|---|
| *(See OnQ Insider > Hampton > Make It Hampton Product Reorder Catalog for Robert Allen Group contact information.)* | |
| Fabric width: | 54½" |
| Repeat: | 6.75" VERTICAL, 5.5" HORIZONTAL |
| Fabric: | 100 PERCENT FIRE RESISTANT POLYESTER; FABRIC MUST BE OF CONTRACT QUALITY AND SUITABLE FOR COMMERCIAL USE. FABRIC MUST BE FIRST RUN GOODS FROM FULL BOLTS. PRINTING, DYEING AND FINISHING METHODS SHOULD BE APPROPRIATE FOR USE OF FABRIC. FABRIC SHOULD BE PRE-SHRUNK, NON-FADING, NON-CROCKING, AND NONPILLING |
| Flammability: | ALL FABRICATION, LINING AND FABRIC must MEET LOCAL FIRE CODES |
| Style: | FIVE-PLEAT TAILORED BED SKIRT WITH 4" END CAPS |
| Decking: | SKIRT TO HAVE POLYESTER DECKING WITH 4" (100MM) WIDE PLATFORM STRIPS ON PERIMETER. PLATFORM STRIPS TO BE OF FACE FABRIC. DECKING MUST BE FLAME PROOF |
| Stitching: | ALL STITCHING TO BE DOUBLE OVERLOCKED AND SAFETY STITCHED. |
| Hem: | SKIRT HEM IS A 1" STRAIGHT NEEDLE HEM. THREAD COLOR MUST MATCH FABRIC |
| Pleats: | KING AND QUEEN: KING AND QUEEN SKIRTS HAVE FIVE INVERTED PLEATS. ONE PLEAT IS LOCATED AT THE CENTER OF EACH OF THREE SIDES AND AT BOTH END CORNERS |
| | FULL: FULL SKIRTS HAVE FOUR INVERTED PLEATS. ONE PLEAT IS LOCATED AT THE CENTER OF TWO SIDES AND AT BOTH END CORNERS |

### F. Quilted Fitted Mattress Pads

Each bed requires a quilted fitted mattress pad which completely covers the mattress with allowance for normal shrinkage after laundering (not to exceed 5" on any side). A quantity of one turn, plus ten percent is required.



# Building and Furnishing

---

**Product Specification: King/Queen/Full XL Quilted Fitted Mattress Pads**

---

*(See OnQ Insider > Hampton > Make It Hampton Product Reorder Catalog for suppliers.)*
Fabric:                    50/50 cotton/poly blend top and bottom fabric

## G. Duvets and Covers

### 1. Duvet Inserts

Each standard and Murphy bed must have a duvet insert and cover. Our Hampton approved duvet insert has a hypoallergenic synthetic fill. Duvet inserts must be washed on an as-needed basis or at least quarterly. A quantity of one turn plus ten percent is required.

---

**Product Specification: King/Queen/Full XL Duvet Insert**

---

*(See OnQ Insider > Hampton > Make It Hampton Product Reorder Catalog for supplier.)*

| | |
|---|---|
| Thread Count: | 250 |
| Cover: | 60/40 POLY COTTON BLEND WITH WHITE ON WHITE WOVEN STRIPE |
| Fill: | Hypoallergenic poly |
| Size: | King: 110 x 95/ Queen: 98 x 95/ Full: 92 x 95 |
| Weight: | King: 54 oz/ Queen: 48.6 oz/ Full: 45 oz |

### 2. Duvet Covers

Each standard and Murphy bed must have a duvet insert and cover. A quantity of three turns of duvet covers is required.

---

**Product Specification: King/Queen/Full XL Duvet Cover**

---

*(See OnQ Insider > Hampton > Make It Hampton Product Reorder Catalog for supplier.)*

## H. Sheets

1. A quantity of two and one-half turns is required for both flat and fitted sheets. Standard beds must have two sheets provided per bed—one flat, one fitted. Sheets must be white.

2. The sheets that have been specified as part of the new Hampton Bedding Experience will be phased-out in 2006-2007. During the normal replacement rotation, purchase new sheets as specified below. Complete inventory replacement must be made by December 31, 2007.

---



# Building and Furnishing

**Product Specification: King/Queen/Full XL Sheets**

| | |
|---|---|
| *(See OnQ Insider > Hampton > Make It Hampton Product Reorder Catalog for supplier.)* | |
| Label: | ALL SHEETS HAVE A LABEL STATING "HH COLLECTION" |
| Thread Count: | 200 |
| Fabric: | 60 PERCENT COTTON/40 PERCENT POLYESTER |
| Hem size: | 4″ HEM AT TOP OF FLAT SHEET. 1" HEM AT THE FOOT. HEM IS COLOR CODED FOR SIZE DISTINCTION ON BOTH FLAT AND FITTED SHEETS. |

3. Minimum sheet sizes and hem thread colors are specified as follows.

| BED TYPE | BED SIZE | FLAT SHEET MINIMUM SIZE *USE WITH FITTED BOTTOM SHEET* | FITTED SHEET MINIMUM SIZE *DEEP POCKET* | HEM THREAD COLOR |
|---|---|---|---|---|
| FULL | XL 53" x 80" | 81" x 110" | 54" x 80" x 12" | Light Blue |
| QUEEN | 60" x 80" | 87" x 110" | 60" x 80" x 12" | Navy |
| KING | 76" X 80" | 103" x 110" | 78" x 80" x 12" | Orange |

NOTE: Sheet sizes MUST be coordinated with mattress selection. Serta Perfect Sleeper's Dream Structure™ mattress set or other thick mattress sets may require deep pocket sheets and should be coordinated carefully. Suggested sheet sizes for thick mattress sets: F 92" x 128", Q 102" x 128", K 116" x 128".

I. Pillowcases

The Hampton pillowcase with the honeycomb logo print will be phased out in 2006 to a plain white, 250 thread-count pillowcase with satin piping trim. The plain white pillowcase must be in place in all hotels by December 31, 2007. A quantity of two and one-half turns is required.

As of May 31, 2006, king-size pillows/pillowcases will no longer be acceptable.

**Recommended:** Pillowcases must match per bed or per room. Mixing of honeycomb print pillowcases and plain pillowcases on a bed or room is not recommended.

**Product Specification: Jumbo Pillowcases**

| | |
|---|---|
| *(See OnQ Insider > Hampton > Make It Hampton Product Reorder Catalog for supplier.)* | |
| Size: | 42" X 35 |
| Trim: | 1/8″ SATIN PIPING |
| Fabric: | 60 PERCENT COTTON/40 PERCENT POLYESTER |
| Label: | HH COLLECTION |
| Hem thread color: | LIGHT BLUE |



# Building and Furnishing

J.  Pillows

Every Hampton guest room will have both jumbo feather and jumbo synthetic pillows.

King-size pillows/pillowcases are not acceptable. A red "freshen please" service signal goes on one bed in each room. Arrange pillows in this way:



queen or double bed

king or one bed in a room

1.  King beds have four pillows:

    a.  Two jumbo feather pillows on one side

    b.  Two jumbo synthetic pillows on the other side

2.  Rooms with two queen or double bed have three pillows on each bed:

    a.  Three jumbo feather pillows on one bed

    b.  Three jumbo synthetic pillows on the other bed

3.  Rooms with one bed, regardless of the size of the bed, are to be treated as king bed rooms. The bed has four pillows:

    a.  Two jumbo feather pillows on one side

    b.  Two jumbo synthetic pillows on the other side

No other pillows are required in the room, i.e., for a sofa sleeper. Pillows to be positioned as overlapping and standing against the headboard. All pillows must comply with the following specifications.



# Building and Furnishing

**Product Specification: Jumbo Synthetic Pillows**

*(See OnQ Insider > Hampton > Make It Hampton Product Reorder Catalog for supplier.)*

| | |
|---|---|
| Manufacturer: | DOWNLITE |
| Style: | BRENTHAVEN CLUSTER GREEN PILLOW |
| Dimensions: | JUMBO, 20" X 28" |
| Fill: | 23 OZ. (JUMBO) MINIMUM FILL WEIGHT. FILL TYPE TO BE CLUSTER FIBER, SHORT STAPLE, SILICONIZED, EXTRA REFINED, MICRO BLEND, POLYESTER AND HYPO ALLERGENIC. |
| Tick: | T240, 100% COTTON. |
| Close: | OVERLOCK, SELF PIPE |
| Description: | TIGHT CLUSTERS INCORPORATING A DUAL COMPONENT FIBER OF 1.25" STAPLE, SILICONIZED, HOLLO CORE, BI COMPONENT (CHEMICALLY CRIMPED) CONJUGATE IN A BLEND WITH A SILICONIZED MICRO DENIER FIBER |
| Distribution: | KING, QUEEN OR FULL XL BED IN TYPICAL GUEST ROOM |
| General: | *ALL MATERIALS AND METHODS OF CONSTRUCTION MUST COMPLY WITH STATE, LOCAL, FIRE & LIFE SAFETY CODES, AND HAMPTON INN STANDARDS. |

**Product Specification: Feather/Down Pillows**

*(See OnQ Insider > Hampton > Make It Hampton Product Reorder Catalog for supplier.)*

| | |
|---|---|
| Manufacturer: | PACIFIC COAST |
| Style: | TOUCH OF DOWN |
| Dimensions: | JUMBO, 20" X 28" |
| Fill: | 29 OZ. (JUMBO); OUTER CHAMBER: HYPERCLEAN DOWN; INNER CHAMBER: 95 PERCENT SMALL WHOLE FEATHERS / FIVE PERCENT DOWN. |
| Tick: | BARRIER WEAVE; 230 THREAD COUNT; 100 PERCENT COTTON |
| Cambric: | WHITE; OUTER: 185 THREAD COUNT, 100 PERCENT COTTON (INNER); DOUBLE NEEDLE SEWN EDGE. |
| Label: | PACIFIC COAST WOVEN LABEL |
| Distribution: | KING, QUEEN OR FULL XL BED IN TYPICAL GUESTROOM |
| General: | *ALL MATERIALS AND METHODS OF CONSTRUCTION MUST COMPLY WITH STATE, LOCAL, FIRE & LIFE SAFETY CODES, AND HAMPTON INN STANDARDS. |

**Product Specification: Feather/Down Pillows**

*(See OnQ Insider > Hampton > Make It Hampton Product Reorder Catalog for supplier.)*

| | |
|---|---|
| Manufacturer: | GUEST SUPPLY |
| Style: | DOWN DREAMS |
| Dimensions: | JUMBO, 20" X 28" |
| Fill: | 29 OZ. (JUMBO); OUTER CHAMBER: SUPERCLEAN DOWN; INNER CHAMBER: 95 PERCENT SMALL WHOLE FEATHERS/5 PERCENT DOWN |
| Tick: | DOWN PROOF T233 THREAD COUNT, 100 PERCENT COTTON (INNER); WHITE (100 PERCENT COTTON) |
| Label: | 85 PERCENT FEATHERS/15 PERCENT DOWN |
| Edge: | DOUBLE NEEDLE SEWN |
| Distribution: | KING, QUEEN OR FULL XL BED IN TYPICAL GUESTROOM |
| General: | * ALL MATERIALS AND METHODS OF CONSTUCTION MUST COMPLY WITH STATE, LOCAL, FIRE AND LIFE SAFETY CODES, AND HAMPTON INN STANDARDS. |



# Building and Furnishing

K.  Lumbar Pillows and Covers

   1.  Lumbar Pillows

     One accent/lumbar pillow with cover must be placed on each standard bed. Pillow cover color must match color of bed skirt. A quantity of one turn plus ten percent is required.

**Product Specification: Lumbar pillows**

| | |
|---|---|
| *(See OnQ Insider > Hampton > Make It Hampton Product Reorder Catalog for supplier.)* | |
| Thread count: | 200 |
| Fabric: | 100 PERCENT COTTON |
| Fill: | POLYESTER |
| Weight: | 14 OZ |
| Size: | ONE SIZE 12 X 24 |

   2.  Lumbar Pillow Covers

     Lumbar pillow cover color must match bed skirt color. Approved color selections are cinnabar, raffia, sand, pear and azure. A quantity of three turns is required.

**Product Specification: Accent/lumbar pillow covers**

*(See OnQ Insider > Hampton > Make It Hampton Product Reorder Catalog for supplier.)*

L.  Blankets and Bags

   1.  There must be one blanket per room. Blankets are not to be placed on beds. Blankets must be stored in a closet or drawer in an approved, zippered plastic bag.

**Product Specification: Blankets**

| | |
|---|---|
| *(See OnQ Insider > Hampton > Make It Hampton Product Reorder Catalog for supplier.)* | |
| Fabric: | FLEXIBLE POLYURETHANE FOAM WITH 100 PERCENT NYLON FACE ON AN INSULATION BASE |
| Hem: | ONE INCH, TWO-NEEDLE SELF-HEM |
| Size: | KING: 108" X 90" FINISHED SIZE; QUEEN: 80" X 90" FINISHED SIZE; FULL: 72" X 90" FINISHED SIZE |

   2.  Blanket Bag

     Blankets must be stored in an approved zippered plastic bag in either a closet or drawer.

**Product Specification: Blankets Bags**

*(See OnQ Insider > Hampton > Make It Hampton Product Reorder Catalog for supplier.)*



# Building and Furnishing

**309.10   Furnishings**

A. General - (Refer to the Standard Room Layouts, Standard 313.00, for specific furniture required for each room type.)

1. All casegoods provided must have high pressure laminate tops with overall thickness of ³⁄₄" and a minimum density flakeboard of 45 lbs. Front edges must have solid wood trim incorporated into the cabinet construction. Drawers must have side mounted, 75 lb. capacity, ball bearing roller glides with positive stops. Drawer sides to be French dovetailed to drawer front and tenon and dadoed to drawer back. Drawer bottom to be grooved, stapled and glued to drawer front, back and sides. Drawer sides and bottom interiors to be smooth and sealed. Bottom edges to be PVC bonded to prevent moisture absorption.

2. All furniture is to reflect a residential character and to be of contract quality.

3. Under a change of ownership, conversion or re-licensing, any casegoods over ten years old must be replaced.

4. *Guestrooms* with closets may have casegoods with 20" depth except for the executive desk unit, which must be a minimum 28" in depth.

5. All Hometown prototype hotels must utilize one of the mandatory Hampton Hometown FF&E packages. These packages are optional for all other Hampton hotels. These specifications may be found on the hamptonfranchise.com website.

B. Headboards

Each permanent bed must have a headboard that is wall-mounted or otherwise anchored to the wall. The bottom of the headboard must be between 1" below and 1/2" above the top of the mattress. The headboard must be fabricated in approved finishes and styles (Hampton Oval or Hampton Panel are pre-approved designs; all others must still obtain approval). Art work should not be mounted above these headboards due to their height.

| Minimum dimensions: | King | 76"w x 36"h x 1½"d |
| | Queen | 60"w x 36"h x 1½"d |
| | Full XL | 53"w x 36"h x 1½"d* |
| | | (*allowed only in existing hotels) |



# Building and Furnishing

**Product Specification: King/Queen/Full XL Oval Headboard**

*(See OnQ Insider > Hampton > Make It Hampton Product Reorder Catalog for ordering information.)*

**Specifications: "HAMPTON OVAL"**

| | |
|---|---|
| Dimensions: | 76"/ 60"/ 53"w x 1½"d x 36"h |
| Finish: | GM: STAIN TO MATCH NEVAMAR #W-8-371T "GRAND ISLE MAPLE" (LOW LUSTER) – FOR COLOR ONLY |
| | GB: STAIN TO MATCH NEVAMAR #WZ-0017T "GALLOWAY BURL- DARK MAOHOGANY" (LOW LUSTER) - FOR COLOR ONLY |
| | WC: STAIN TO MATCH NEVAMAR #WC-0045E "WILD CHERRY"-(LOW LUSTER) FOR COLOR ONLY |
| Finish Note: | FINISH OPTION TO BE SELECTED BY FRANCHISEE; SELECTED OPTION TO APPLY TO ALL CASEGOODS IN PACKAGE . |
| Construction: | NO LEGS TO FLOOR; PROVIDE RECESSED RABBET IN BACK OF PANEL TO FIT INTO WOOD CLEAT FOR FLUSH WALL MOUNTING; PROVIDE WOOD CLEATS FOR WALL MOUNTING. |
| Notes: | INDUSTRIAL GRADE FRAME CONSTRUCTED OF ¾" THICK PARTICLEBOARD WITH CHERRY VENEERS; SOLID KILN DRIED HARDWOOD MOLDINGS; TOP OF HEADBOARD MUST BE AT LEAST 34" ABOVE TOP OF MATTRESS. |
| Reference: | ALTERNATE DESIGN MAY BE SUBMITTED TO HAMPTON BRAND FOR APPROVAL |
| Distribution: | WALL MOUNTED FLUSH ABOVE BED |
| General: | * ALL MATERIALS AND METHODS OF CONSTRUCTION MUST COMPLY WITH STATE, LOCAL, FIRE & LIFE SAFETY CODES, AND HAMPTON INN STANDARDS. |
| | * FABRICATOR MUST REVIEW DESIGN CONCEPT AND INFORM PURCHASING AGENT OF ANY PROBLEMS OR DISCREPANCIES PRIOR TO FABRICATION. |
| | * FABRICATOR MUST PROVIDE A STRUCTURALLY SOUND PRODUCT WITH PROPER PROPORTIONS TO INSURE STABILITY AND PREVENT TIPPING. |
| | * WHERE APPLICABLE, ALL WOOD PARTS MUST BE TREATED FOR WOOD WORMS. |



# Building and Furnishing

**Product Specification: King/Queen/Full XL Panel Headboard**

Manufacturer: JTB Furniture

*(See OnQ Insider > Hampton > Make It Hampton Product Reorder Catalog for ordering information.)*

| | |
|---|---|
| Description: | KING/ QUEEN/ FULL XL PANEL HEADBOARD |
| MFR Stock # | 2-8960K-00-105 / 3-8960Q-00-105 / 2-8960F-00-105 |

**Specifications: "HAMPTON PANEL"**

| | |
|---|---|
| Dimensions: | 76"/ 60"/ 53"w x 1½"d x 36"h |
| Finish: | GM: STAIN TO MATCH NEVAMAR #W-8-371T "GRAND ISLE MAPLE" (LOW LUSTER) – FOR COLOR ONLY. |
| | GB: STAIN TO MATCH NEVAMAR #WZ-0017T "GALLOWAY BURL- DARK MAHOGANY" (LOW LUSTER) - FOR COLOR ONLY. |
| | WC: STAIN TO MATCH NEVAMAR #WC-0045E "WILD CHERRY"(LOW LUSTER) FOR COLOR ONLY. |
| Finish Note: | FINISH OPTION TO BE SELECTED BY FRANCHISEE; SELECTED OPTION TO APPLY TO ALL CASEGOODS IN PACKAGE . |
| Construction: | NO LEGS TO FLOOR; PROVIDE RECESSED RABBET IN BACK OF PANEL TO FIT INTO WOOD CLEAT FOR FLUSH WALL MOUNTING; PROVIDE WOOD CLEATS FOR WALL MOUNTING. |
| Notes: | INDUSTRIAL GRADE FRAME CONSTRUCTED OF ¾" THICK PARTICLEBOARD WITH CHERRY VENEERS; SOLID KILN DRIED HARDWOOD MOLDINGS; TOP OF HEADBOARD MUST BE AT LEAST 34" ABOVE TOP OF MATTRESS. |
| Reference: | ALTERNATE DESIGN MAY BE SUBMITTED TO HAMPTON BRAND FOR APPROVAL. |
| Distribution: | WALL MOUNTED FLUSH ABOVE BED |
| General: | *ALL MATERIALS AND METHODS OF CONSTRUCTION MUST COMPLY WITH STATE, LOCAL, FIRE & LIFE SAFETY CODES, AND HAMPTON INN STANDARDS. |
| | * FABRICATOR MUST REVIEW DESIGN CONCEPT AND INFORM PURCHASING AGENT OF ANY PROBLEMS OR DISCREPANCIES PRIOR TO FABRICATION. |
| | * FABRICATOR MUST PROVIDE A STRUCTURALLY SOUND PRODUCT WITH PROPER PROPORTIONS TO INSURE STABILITY AND PREVENT TIPPING. |
| | * WHERE APPLICABLE, ALL WOOD PARTS MUST BE TREATED FOR WOOD WORMS. |

C.  **Nightstand**

All nightstands are required to have a minimum of one drawer, side glides, and recessed back (when back is closed) and be free standing. Heights may range from 24" to 28". The top surface must be within 4" of the top of the mattress. Existing properties may utilize existing 24"h nightstands after raising beds until casegoods are replaced. Minimum dimensions: 24"w x 16"d x 24"h. 18"w minimum allowed only where shown on the prototype drawings.

D.  **Sofa Sleeper**

Sofa sleepers must have a top quality, heavy duty, full-size 54" bed mechanism unit with an innerspring mattress which complies with the same codes as standard bedding (see Bedding, Standard 309.09). The sofa sleeper must have a tight back or attached back cushions. Seat cushions must be reversible. Minimum dimensions: 64"w x 35"d x 30"h.



# Building and Furnishing

Cushion must be 1.8 foam core with 1.25 oz. Thermafiber wrap and meet California Bulletin #117.

E.  Lounge Chair with Ottoman or Chaise Lounge Chair

Either a lounge chair with a matching ottoman or a chaise lounge chair is required where shown on the standard room layouts at the end of this section. All pieces must be comfortable and fully upholstered. If the ottoman has casters, they must be concealed. Chaise must have a reversible seat cushion with ventilation at the zippers and is recommended to have a single arm. Recliners are no longer allowed.

| Minimum dimensions: | Lounge Chair | 30"w x 32"d x 32"h |
| | Ottoman | 24"w x 18"d x 15"h |
| | Chaise | 29"w x 65"d x 32"h, 18"h seat |

F.  Work Surface/Desk

   1. Each guest room/suite must be provided with a work surface in the form of an executive desk unit or curved desk unit as shown in the Standard Room Layouts, Standard 313.00. Only executive desk type units are allowed in the Hampton Inn & Suites studio suites and they are not allowed to be built-in.

   2. The executive desk unit must have a surface of 1344 sq. in. minimum in the form of 48"w x 28"d x 30"h (1.22m x .71m x .76m). Desks 36"w x 20"d are allowed for the Style Right case goods when necessary.

   3. The curved desk unit must be in the form of 72"w x 28"d x 30"h (1.83m x 0.91m x .76m) as shown in Standard 313.00. The curved desk must have a 1¼" thick plastic laminate top with a PVC T-edge or solid wood edge and 2" backsplash. A grommet must be placed in the top for electrical or phone cords. Plans should be submitted to the desk manufacturer for verification of the number of right and left hand units.

G.  Desk Chair(s)

   1. A fully upholstered chair (25"w x 26"d x 36¼"h) is required at the desk in each guest room. The desk chair must be provided with arms, 5-star base with casters, pneumatic lift extending a minimum of 20", black finish, and black casters. Arms must be coordinated with clearance under the desk. Chair heights must not be locked into an adjustable height position for the arms to clear the desk, preventing full extension.

   2. Where shown on the standard room layouts at the end of this section, a secondary desk chair—an activity chair—is required in addition to the ergonomic chair. This desk chair must have an upholstered, foam-padded seat and a full back rest. An upholstered back is recommended for the reduction of damage to the chair back from the desk. Arms are recommended. Stack chairs are not permitted. Minimum dimensions: 18"w x 20"d x 32"h.



# Building and Furnishing

H. Bachelors Chest

A chest of drawers must be provided with a minimum of three drawers. A built-in shelf for a VCP is recommended. The VCP shelf is to be used for TV items, i.e., game controls, etc. The chest must be reinforced to hold the required television. Recessed back and side drawer glides are required. Minimum dimensions: 30"w x 20"d x 36"h for typical unit; corner unit to be 56"w x 39"d x 36"h with a 35$^{1}/_{2}$"w front (drawer face) and 15" side returns.

I. Tables

1. Coffee Table

Each sofa sleeper must have a coffee table where shown on the room layouts. Minimum dimensions: 24"w x 18"d x 16"h.

2. End Table

Living rooms in suites must have at least one end table at the sofa. Minimum dimensions: 20"w x 24"d x 24"h.

J. Style Right Package

A furniture wardrobe must be provided in those rooms with no closet. For guest rooms without closets and undergoing relicensing, renovation or change of ownership, consult hamptonfranchise.com or OnQ Insider > Hampton Brand for the Style Right package required for these rooms.

K. Luggage Bench

1. A luggage bench must match the other furniture in the guest room. It may be wood or have an upholstered top. A wood bumper 30"w x 4"h x 1"d may be included as wall-mounted above the bench, or be integral to the bench when the bench is located against the wall. A drawer may also be included. Minimum dimensions: 36"w x 22"d x 24"h. Side drawer glides (if drawer is provided) and recessed back are required.

2. Free standing luggage benches shown in the 14"-0' bay King room must be 42"w x 18"d x 22$^{1}/_{2}$"h and must have an upholstered attached cushion.

L. Floor Lamps

A floor lamp must be placed beside the chaise lounge chair or lounge chair.

M. Portable Luggage Bench

A portable luggage bench is required in all room types without a permanent luggage bench. The portable luggage bench is to be stored in the closet.



# Building and Furnishing

**309.11   Artwork/Mirrors**

   A.  Each guest room, as a minimum, must contain the following wall decor arrangements where shown on the Standard Room Layouts in <u>Standards 313.00</u>:

      1.  Over Sofa –
          Minimum size: 980 sq. in. including frame

      2.  Over Desk –
          Required to be a framed mirror, except in studio suites.
          Mirror minimum size: 24"w x 40"h, including frame;
          Mirror minimum: 3/16" polished float glass, free of distortion
          Art minimum size (at studio suite): 900 sq. inches including frame

      3.  At Lounge Chair –
          Minimum size: 980 sq. in. including frame

      4.  Over Wet Bar –
          Required to be a framed mirror.
          Minimum size: 30"w x 36"h including frame

      5.  Over Luggage Bench –
          Minimum size: 600 sq. in. including frame

      6.  On Side Bed Wall –
          Minimum size: 980 sq. in. including frame. Center of the artwork/mirror should be 5'4" from the floor.

   B.  All framed pictures must include a mat, either single or double, clear glass and security mount. Frames must be 2" minimum, appropriate for a residential setting and coordinate with room furnishings.

   C.  Art in general, is mounted approximately 60" to the center of the frame.

**309.12   Lighting**

   A.  Sufficient lighting must be provided in each guest room. The minimum requirements for each respective area must be as follows:

      1.  There must be a minimum of 30 foot-candles as measured at the surface of the nightstand for reading purposes.

      2.  There must be a minimum of 30 foot-candles provided at the surface of the desk.

      3.  Lighting of 30 foot-candles measured 5'-0" AFF must be provided in front of each closet.

      4.  A minimum of 30 foot-candles must be provided at the luggage bench.



# Building and Furnishing

    5.  A minimum of 30 foot-candles measured 3'-0" AFF must be provided in the leisure area (lounge chair, sleeper sofa, etc.) at the normal height for reading and writing.

B.  Electrical cords must be as short as possible. Excess length is to be removed or concealed. All wall lamps are to be plug wired and must have cord covers, which extend below the top of the furniture. Cord covers must match the finish of the lamp and extend below the top of the furniture. Extension cords are not permitted.

C.  The guest room entry light should be a surface/ceiling mounted light fixture with (2) PLI8 watt fluorescent lamps minimum (2700 Kelvin and 84 CRI).

D.  Guest Room Luggage Light

A wall mount light must be provided over the luggage bench when applicable. It may be plug wired or hard wired and be switched on the lamp or at the entry; however, in the handicap accessible rooms, it cannot have a lamp switch and must be switched separately at the entry. All designs must be submitted to the Hampton Brand for approval prior to purchase.

E.  Guest Room Bedside Light

Single beds require one fixture, wall-mounted or table lamps (30 foot-candles each), for each side of the bed. Double-bedded rooms must have a wall-mounted double lamp fixture between the beds with two switches capable of turning on each lamp individually. All fixtures must have an electrical outlet in their bases.

F.  In the 14'-0" bay king rooms, a welcome light model #1535-Black by Trinity Lighting, must be provided on the bachelors chest behind the TV, when the free-standing corner bachelor chest is used. The light must be switched at the entry but separately from the entry light.



# Building and Furnishing

**Product Specification: King Room Welcome Light**

| | |
|---|---|
| Supplier: | Trinity Lighting<br>2902 Quality Way<br>Jonesboro, AR 72401 |
| Contact: | Robyn Smith<br>(870) 972 1177<br>(870) 972 6381 fax |
| Description: | WELCOME LIGHT IN TYPICAL KING ROOM |
| MFR Stock # | 1535 - BLACK |

**Specifications**

| | |
|---|---|
| Dimensions: | 6" ROUND BASE, 18¼"h |
| Finish: | BLACK POWDERCOAT |
| Switch: | NO SWITCH, SWITCHED AT ENTRY |
| Cord: | 8' CORD SET |
| Lamp: | ONE (1) LOW PROFILE FLUORESCENT SPRINGLAMP – EQUIVALENT TO 100 WATT INCANDESCENT.<br><br>2700 KELVIN MINIMUM, 84 CRI, 1850 LUMENS, 10,000 HOURS - AVERAGE LIFE<br><br>RECOMMEND – TCP #28927 (SOLD SEPARATELY) |
| Notes: | FOR VERSION 5 HAMPTON PROTOTYPE AND VERSION 3 HAMPTON INN & SUITES PROTOTYPE.<br><br>**LAMP NOT FOR USE WITH INCANDESCENT BULBS.** |
| Distribution: | WELCOME LIGHT BEHIND TELEVISION ON CORNER BACHELOR'S CHEST IN TYPICAL KING ROOM |
| General: | *MUST BE UL APPROVED AND LABELED.<br><br>*ALL MATERIALS AND METHODS OF CONSTRUCTION MUST COMPLY WITH STATE, LOCAL, FIRE & LIFE SAFETY CODES, AND HILTON PLANNING AND DESIGN STANDARDS.<br><br>*ALL METAL PARTS MUST BE GUARANTEED AGAINST RUST, CORROSION, AND SCRATCHING.<br><br>*FABRICATOR MUST REVIEW DESIGN CONCEPT AND INFORM PURCHASING<br><br>AGENT OF ANY PROBLEMS OR DISCREPANCIES PRIOR TO FABRICATION. |

G.  Compact fluorescent lamps (light bulbs) are required where possible and must be instant start, flicker-free and yield 2700 Kelvin temperature and 1750 initial lumens (minimum). These lamps will most closely resemble standard incandescent lamps. A mixture of cool and warm lamps will not be allowed.

The following are examples of compact fluorescents that may be used; however, each varies in height and should be coordinated with fixtures such as lamp sizes or harp heights prior to purchasing mass quantities. Other manufacturers' models may be used as long as the bulbs meet minimum Kelvin temperature and lumens. When other manufacturers' models are used, a specification sheet must be kept on file.



# Building and Furnishing

| MANUFACTURER/ MODEL | WATTAGE | INCANDESCENT WATTAGE COMPARISON | INITIAL LUMENS | MAX. OVERALL LENGTH (INCHES) | DIAMETER (INCHES) | LIFE HOURS |
|---|---|---|---|---|---|---|
| TCP # 28927 | 27 | 100 | 1850 | 5.70 | 2.70 | 10,000 |
| TCP # 28927M * | 27 | 100 | 1800 | 5.25 | 2.30 | 10,000 |
| TCP # 28930BD * | 30 | 120 | 2000 | 5.30 | 2.70 | 10,000 |
| H #SSS30-30 | 30 | 120 | 2100 | 4.90 | 2.70 | 10,000 |

*TCP: Technical Consumer Products; H: Harmony Lighting*

\* *Abbreviation meaning: 'M' – "mini" lamp for shorter lengths; 'BD' – "base down" lamps which may ONLY be used where the fixture is open and the standard screw-in base is facing down at the floor.*

H. Light fixture finish must be appropriate to the overall design of the room. A powdercoat painted finish or anodized aluminum finish is recommended. Plastic is not permitted except for the switch.

I. Lampshades must be of light-colored, translucent material to distribute light throughout the room. Opaque or dark-colored shades are not allowed since they direct light only up or down, not throughout the guest room. Lampshades throughout the guest rooms must be coordinated (same style, color, and material).

J. All plug-in type fixtures must have a minimum of one electrical outlet in the base. Desk lamps must have a minimum of two.

K. See Standard Room Layouts, Standard 313.00, for light fixture locations.

L. Swag light fixtures are not permitted.

M. Light fixtures overall suggested heights:
Desk Lamp        22"
Floor Lamp        60"

N. Light fixture suggested mounting heights to bottom of shade (these can differ depending upon style of fixture):
Nightstand        4'-0"
Luggage Bench    5'-4"

**309.13  Electronics/Communications/HSIA**

A. Televisions

1. By January 1, 2010, all guest room televisions must be digital commercial HD LCD units that meet the following specifications:

a. Minimum 32" Widescreen (16:9) LCD Screen (Maximum size 42")

b. High Definition display capable of receiving 1080i signal (60Hz)

c. ATSC Digital Tuner built-in



# Building and Furnishing

    d.  Pro:Idiom HD Content Protection (only if hotel offers pay-per-view movie content – see below)

    e.  Remote control

    f.  Recommended units:

        1)  Phillips Commercial Flat 32″ LCD HDTV with Pro:Idiom - # 32HF7945D

        2)  Phillips Commercial Flat 32″ LCD HDTV - # 32HF5335D

        3)  LG Commercial 32″ LCD HD TV with Pro:Idiom - # 32LC5DC

        4)  LG Commercial 32″ LCD HDTV - # 32LC7DC

2.  Pro:Idiom HD Content Protection is required to be built-in to the television only if the hotel utilizes pay-per-view movie services (such as LodgeNet or OnCommand).

    NOTE: If hotel offers Premium HD movie content through standard cable, Pro:Idiom can be added through a set top box. Consult your cable company for more information.

3.  Televisions are to be mounted on a swivel base which allows comfortable viewing from both bed and work desk. (See High-Definition Television FAQ on the Hampton Resource Center for installation details.)

    a.  Television must be mounted on the rear half of the case goods, closest to the wall.

    b.  Wall mounting is not permitted.

    c.  After January 1, 2010, guest room televisions may not be encased within an armoire.

4.  Televisions must be connected to a master antenna system or cable that is capable of passing high definition (HD) content to all televisions. (See HHC Wiring Guidelines on the Hampton Resource Center.)

5.  Televisions must not be preprogrammed to automatically turn off after any amount of time. A guest controlled sleep timer is acceptable.

6.  Electrical cords and cables must be as short as possible. Excess length is to be removed or concealed.

B.  Telephone

Each guest room/suite must have a single telephone at the nightstand equipped with a 25 foot cord, and message light. (See Standard 604.00 for additional details.) An additional single line phone may be provided at the desk. If two phones are available, each must be equipped with a 15 foot cord. In studio suites, phones are required at the nightstand and at the desk.



# Building and Furnishing

Emergency dialing instructions must be displayed on the telephone face plate. A speed-dial button may be used as long as the telephone face plate displays the emergency dialing instructions in the event the speed-dial button is inoperable.

C. Clock Radio (MIH)

Each guest room must be equipped with a clock radio, Hampton #H1276B as manufactured by SDI Technologies. (See OnQ Insider > Hampton > *Make It Hampton Product Reorder Catalog* for ordering infomation.) The radio must be located on, but not attached to, the nightstand and the radio buttons must be programmed. No other radios or alarm clocks are acceptable. (See Standard 300.02, Make It Hampton.)

D. Wired or wireless high-speed Internet access is required in all guest rooms and suites.

**309.14   Mechanical**

A. Heating, ventilation (fresh air) and air conditioning must be provided for all guest rooms. If thru-wall units are utilized, they must be manufactured by GE (series Zoneline 2800 or 3800) or Amana (series DigiSmart PTC or PTH) or an approved equal.

B. Condensate must be removed by concealed pipe. The pipe must be connected underground to a storm or sanitary sewer, spill into a dry well underground, or spill into a landscape bed utilizing a 90˚ elbow connection. Above grade "traps" and excessive piping exposed to view is not permitted.

C. Thru-wall units must be complete with sub-base containing power connections, a metal sleeve, and four-way air directional diffusers. If PTAC units are not as wide as the window unit in which they are place, a drywall unit to finish the gap between the PTAC unit and the wall opening must be provided and a window sill utilized.

D. Guest units must have individual digital, thermostat controlled, year-round heating and cooling with individual control. All new construction must have remote digital thermostats. An energy management set back function may be available with the thermostat, but it is not required.

The INNCOM e4 Smart Digital Thermostat is the preferred thermostat. Other approved thermostats may be found on hamptonfranchise.com on the Approved Alternates List under Standards. All thermostats allow continuous fan operation. Digital thermostats are single-stage, manual or automatic change over with HEAT–OFF–COOL–AUTO system settings and fan ON–AUTO settings; backlit LCD display with temperature, set-point(s) mode and status indication. The thermostat are to be compatible with leading manufacturers such as Amana, Carrier, GE and Trane. While the thermostats remain the same for all applications, the control component must be tailored to the individual manufacturer and PTAC unit. For this reason, INNCOM or a local mechanical contractor must install the controls for communication with the thermostat.



# Building and Furnishing

Thermostats are to be located within each guest unit to effectively control the temperature in all areas of the guest unit while avoiding false readings from heat producing devices such as televisions and lamps. The thermostat should be mounted 48" above the floor, maximum, in a convenient location, typically on the bath wall, across the room from the HVAC unit.

**Product Specification: Guest Room Thermostat**

| | |
|---|---|
| Manufacturer: | INNCOM International, Inc. |
| | (See OnQ Insider > Hampton > *Make It Hampton Product Reorder Catalog* for ordering information.) |
| Description: | REMOTE THERMOSTAT |
| MFR Stock # | e4 SMART DIGITAL THERMOSTAT |

Visit hamptonfranchise.com under Standards – Approved Alternates for more manufacturers.

## 309.15   Electrical

(All outlets are to be located as shown on the prototype plans unless code requires otherwise.)

A. Electrical outlets are to be placed to allow convenient connection of the individual fixtures/lamps specified previously and as outlined on the prototype drawings. Electrical cords must be concealed from view. Additional outlets may be required by code.

B. Provisions must be made for electrical outlets to supply power to the television set, AM/FM clock radio, microwave and refrigerator (if provided), coffee maker and hair dryer. One electrical outlet must be conveniently located and accessible for use with an iron.

C. At all desks, the outlet for the desk lamp is to be mounted at the typical height. Two electrical outlets must be provided in the lamp base. High-speed Internet access must be provided 36" AFF.

D. A wall switch controlling the ceiling-mounted entry light fixture (or the wet bar light fixtures in the studio suites) is required to be located adjacent to the entry door. Coordinate the light switch with the door guard—both are typically mounted at 48" AFF.

E. Back-to-back power, telephone, television and any other electrical outlets or junction boxes are not permitted between guest rooms/suites. Device boxes in adjacent rooms must be offset a minimum of 6". The National Electric Code or other codes may require the installation of "putty packs" to maintain the fire rating of the wall due to the proximity of outlets to each other on opposite sides of the wall.

F. All electrical outlets in guest rooms must be located 18" AFF to the center line unless otherwise directed by code. All light switches in guest rooms and guest baths are to be mounted at 48" AFF to the center of the switch. All switchplates and outlet cover plates must match in color and style.



# Building and Furnishing

G. All electrical wiring must be installed in conduit (MC cable is acceptable) except for wood framed buildings, which may utilize "Romex" if code allows. Television cable, fire alarm and telephone wiring must be in conduit from rooms to the corridor ceiling, if the corridor ceiling is accessible. If the corridor ceiling is not accessible, the cable and wiring systems must be in conduit in their entirety.

H. Electrical distribution must be made such that individual circuit problems in one guest room do not affect any other guest experience. Provide at least three 20-amp circuits for general lighting and receptacle requirements, with a separate GFCI circuit for the bath.

I. A factory sub-base with an integral receptacle is required on all thru-wall HVAC units.

## 309.16   Fireplaces

Rooms with fireplaces will only be allowed when the market warrants. These rooms must be submitted for approval and they must meet the following requirements:

A. Fireplaces must be metal, prefabricated, gas-fired, and UL and AGA approved. Controls must have one-hour timer with automatic shut off. Fireplaces are to be totally enclosed and inaccessible to guests.

B. Provide metal flues that extend above the roof line or direct vent. Ventless fireplaces are not permitted.

C. Carbon monoxide detectors are required in these rooms in addition to smoke detectors.

## 309.17   Other

A. Non-smoking Rooms (anywhere from 75 – 100 percent of total room count)

Each guest room designated "non-smoking" must be incorporated and identified with uniformly designated Make it Hampton room number signage, strategically placed next to the door on the exterior side that indicates it is a non-smoking room unless the entire floor is designated non-smoking.

B. A sign designating that the entire floor is non-smoking is required at the elevator lobby under the room directional signage.

C. If your hotel is 100% non-smoking, signage is required at the front entrance/vestibule area and must be visible for any guest entering the building. It may not be displayed directly on the front doors or at the front desk. (See Trademark and Identity, Section 400, Signage.)

D. Coin Operated Devices

Coin operated devices in guest rooms are not permitted.

E. Interior Signage

See Trademark and Identity, Section 400, Signage.



# Building and Furnishing

F. Artificial Plants

Studio suites are required to have two plants: one approximately 36"h x 30"w, and one approximately 10"h x 12"w. The guest room portion of the suite is required to have the smaller sized plant only. Plants must be high quality silk or polyester (no plastic) and containers must coordinate with the decor.

G. Safe (optional in guest rooms)

A free-standing or wall-recessed safe may be provided and should be located in the bed-room closet.

H. Expendable Items

All guest rooms must contain the minimum expendable supplies as listed in Rule 118.00.

*NOTE:* All reproductions of service marks and trademarks owned by Hilton Hotels that appear on expendable items must conform with the Hampton Trademark Standards.

I. Guest Room Lap Desk (MIH)

A lap desk must be provided on the bed in each guest room. Lap desk to be #HI-01 as manufactured by CF Kent. The tray must be 23"w x $14^{3}/_{4}$"l x 3/5"h. It must be 1/4" ply-wood with a foam cushion. Tray must have Velcro attachment and corner elastic sup-port. Foam cushion must be covered with faux leather. Finish must be AR03 Golden Amber (light finish) or AR09 Cherry (dark finish).



# Building and Furnishing

## 310.00  Guest Room/Suite Bath and Dressing Area

**310.01   Dimensions/Layouts**

The inside finished dimensions must be the minimum as shown in <u>Standard 313.00</u> for typical room layouts.

**310.02   Floors**

A. Decorative porcelain tile floor and tile base is required in all guest room baths and also in dressing areas where the vanity is separate from the tub and toilet. Floor tile must be nominal 12" x 12" minimum with a 3/8" minimum grout joint size and is recommended to include base tiles, corners, etc. The tile specified below is pre-approved. All other tile is subject to approval by Hilton Hotels Corporation. Vinyl tile and/or granite tile are not acceptable.

**Product Specification: Porcelain Tile**

| | | |
|---|---|---|
| Manufacturer: | Dal-Tile<br>1713 Stewart Street<br>Santa Monica, CA 90404 | Designer Tile & Stone<br>115 Newfield Avenue, Suite C<br>Edison, NJ 08837 |
| Contact: | John Hall<br>(310) 453-9112<br>(310) 453-1783 fax | (800) 959-8453<br>(732) 225-0660 fax |
| Description: | PORCELAIN TILE | PORCELAIN TILE |
| MFR Stock #: | BXO3 | N/A |
| **Specifications** | | |
| Pattern: | BRIXTON | N/A |
| Color: | MUSHROOM | PABLO |
| Dimensions: | 12" X 12" (BASE: 3" X 12") | 12" X 12" (BASE: 3" X 12") |
| Shade Variation: | MODERATE | RANDOM |
| Tile Thickness: | 5/16" | 5/16" |
| Grout Color: | #94 STRAW ULTRACOLOR<br>BY MAPEI | #94 STRAW ULTRACOLOR<br>BY MAPEI |
| Grout Joint: | 3/16" MAXIMUM | 3/16" MAXIMUM |
| Coefficient of<br>Friction: | > .60 WET, > .65 DRY | > .60 WET, > .66 DRY |
| Distribution: | GUEST ROOM FLOORS, BATH FLOORS, BATH TUB/SHOWER SURROUND | |
| General: | * ALL MATERIALS AND METHODS OF CONSTRUCTION MUST COMPLY WITH STATE, LOCAL, FIRE & LIFE SAFETY CODES, AND HAMPTON INN STANDARDS.<br>* GENERAL CONTRACTOR TO FIELD VERIFY QUANTITY REQUIREMENTS. | |

B. The floor assembly in the bath and dressing area must have an STC rating of 50 and an IIC rating of 55.

**310.03   Walls**

A. Bath walls are to be moisture resistant gypsum board covered with approved vinyl wall-covering, Type I, 15 oz. per linear yard. Separate dressing area walls must match the guest room bedroom walls.



# Building and Furnishing

B.  Tub/Shower Surround

Acceptable tub/shower surrounds are cultured marble with approved "Old World Style" or diamond pattern or nominal 12" x 12" minimum porcelain tile with a minimum grout joint size. Surrounds and tile specified below are pre-approved. Porcelain tile surrounds must match the floor tile. The surrounds must extend to the ceiling, coordinate with the vanity color and have a matte finish. Back panels may be provided as two panels with a seam cover for easier installation. Trim pieces should be scribed to the tub edge. *Acrylic, fiberglass and/or granite units are not allowed.*

**Product Specification: Tub/Shower Surround**

The following are recommended manufacturers for this item. Visit hamptonfranchise.com under Standards – Approved Alternates for other manufacturers.

| | |
|---|---|
| Manufacturer: | Mincey Marble Manufacturing, Inc. |
| | 4321 Browns Bridge Road |
| | Gainesville, GA 30504 |
| Contact: | Donna Mincey |
| | (800) 533-1806 |
| | (770) 531-0935 fax |
| Description: | TUB/SHOWER SURROUND |
| MFR Stock # | #TS-DS |

**Specifications**

| | |
|---|---|
| Size: | PANELS MUST EXTEND TO CEILING; BACK PANEL MAY BE TWO PANELS AND A SEAM COVER; EXACT SIZE TO BE FIELD VERIFIED |
| Finish: | AURORA OR LINEN, MATTE FINISH WITH "OLD WORLD STYLE" OR DIAMOND DESIGN |
| Description: | WALL SURROUNDS WITH 2 SURFACE MOUNT SOAP DISHES (INCLUDING CORNER MOUNT) AND 2" TRIM PIECES (OPTIONAL) |
| | SOAP DISHES: |
| | CORNER MOUNT #SD-02 |
| | WALL MOUNT #SD-01 |
| | FOOTREST #FR-01 |
| | LG. CORNER MOUNT #SS-01 |
| Distribution: | GUEST ROOM BATHS |
| General: | *ALL MATERIALS AND METHODS OF CONSTRUCTION MUST COMPLY WITH STATE, LOCAL, FIRE & LIFE SAFETY CODES, AND HAMPTON INN STANDARDS. |
| | *GENERAL CONTRACTOR TO FIELD VERIFY QUANTITY REQUIREMENTS. |



# Building and Furnishing

**Product Specification: Porcelain Tile Surround**

| | | |
|---|---|---|
| Manufacturer: | Dal-Tile<br>1713 Stewart Street<br>Santa Monica, CA 90404 | Designer Tile & Stone<br>115 Newfield Avenue, Suite C<br>Edison, NJ 08837 |
| Contact: | John Hall<br>(310) 453-9112<br>(310) 453-1783 fax | (800) 959-8453<br>(732) 225-0660 fax |
| Description: | PORCELAIN TILE | PORCELAIN TILE |
| MFR Stock #: | BXO3 | N/A |

| **Specifications** | | |
|---|---|---|
| Pattern: | BRIXTON | N/A |
| Color: | MUSHROOM | PABLO |
| Dimensions: | 12" X 12" (BASE: 3" X 12") | 12" X 12" (BASE: 3" X 12") |
| Shade Variation: | MODERATE | RANDOM |
| Tile Thickness: | 5/16" | 5/16" |
| Grout Color: | #94 STRAW ULTRACOLOR<br>BY MAPEI | #94 STRAW ULTRACOLOR<br>BY MAPEI |
| Grout Joint: | 3/16" MAXIMUM | 3/16" MAXIMUM |
| Coefficient of Friction: | > .60 WET, > .65 DRY | > .60 WET, > .66 DRY |
| Distribution: | GUEST ROOM BATH TUB/SHOWER SURROUND | |
| General: | *ALL MATERIALS AND METHODS OF CONSTRUCTION MUST COMPLY WITH STATE, LOCAL, FIRE & LIFE SAFETY CODES, AND HAMPTON INN STANDARDS. | |
| | * GENERAL CONTRACTOR TO FIELD VERIFY QUANTITY REQUIREMENTS. | |

C. When whirlpool tubs are permitted, surrounding walls must be tiled to the ceiling. Tile must be porcelain, 12" x 12" minimum with a 3/8" minimum grout joint.

D. Full height corner guards are required where shown on the prototype drawings. These must match the wall color and may not have screws.

## 310.04   Ceilings

A. Guest room bath and dressing areas to be 7'-4" high minimum.

B. An acceptable bathroom ceiling is one of the following:

　1. Furred moisture resistant drywall with smooth finish and acrylic enamel paint.

　2. Furred moisture resistant drywall with an orange peel latex enamel semi-gloss finish. *Sample is to be submitted.* (This is not allowed in the dressing areas where the vanity is separate from the tub and toilet.)

## 310.05   Doors

A. Bath doors must be a minimum width of 3'-0" (0.71m). Hollow core, 2 panel embossed tempered hardwood, painted doors are recommended. A solid-core door is to be provided if a full-length dressing mirror is used on the bath door.

B. A sealed marble threshold at the door with a 2" (5.08cm) minimum width, not to exceed 5/16" (.79cm) above bath floor level, is required, except where tile continues into the dressing area or entry area.



# Building and Furnishing

C.  A Grade 2, cylindrical privacy set with lever handle is required on bathroom doors. The finish must be US26D satin chrome finish on the bath side and the finish on the room side must match the adjacent hardware. One pair of butts with US26D finish is required.

Lock operation: The latch bolt must operate by lever from either side, except when the push-button locks the outside lever. The push-button lock must release by closing the door. The lock must release by turning the inside lever. The push-button lock must also be released by emergency key. The backset must be 2³/₈" (6.03cm) minimum with a minimum latch projection of 1/2" (1.27cm).

**310.06   Bathroom Fixtures and Plumbing**

A.  Tub/Shower

1.  A tub/shower combination is required except in guest rooms where showers only are shown. Provide cast-iron tubs with factory finished non-slip bottoms or Vikrell tubs as manufactured by Sterling. Steel tubs with sound blankets are allowed but are not recommended. *Refinishing of tubs, installation of acrylic inserts and adhesive or rubber bath mats are not permitted. Acid etching to obtain a non-slip surface is permitted.* All tubs must be white in color and a minimum of 5'-0" long. *Fiberglass tubs are not allowed.*

2.  Shower pans are required in guest room baths with no tubs. Pans are to be single piece cultured granite shower pans as fabricated by Mincey Marble or Vikrell pans as manufactured by Sterling. Tiled shower floors are only allowed in accessible roll-in showers. *Fiberglass pans are not allowed.*

**Product Specification: Vikrell Tub**

| | |
|---|---|
| Manufacturer: | Sterling by Kohler<br>444 Highland Drive<br>Kohler, WI 53044 |
| Contact: | Doug Johnston<br>(972) 342-8026 voice/fax |
| | J.P. Drevline<br>(920) 457-4441 x70721 voice/fax |
| Description: | VIKRELL TUB |
| MFR Stock # | #61041110 (left drain)/#61041120 (right drain) |
| **Specifications** | |
| Size: | 30" X 60" |
| Finish: | LIGHTLY TEXTURED SWIRL GLOSS; WHITE<br>NOTE: VIKRELL GLOSS IS PERMITTED ONLY IF ABOVE THE FLOOR ROUGH-IN IS NECESSARY AND IS APPROVED IN WRITING BY HILTON HOTELS CORP. |
| Description: | TUB WITH SLIP-RESISTANT BOTTOM |
| Distribution: | GUEST ROOM BATHS WITH TUBS |
| General: | *ALL MATERIALS AND METHODS OF CONSTRUCTION MUST COMPLY WITH STATE, LOCAL, FIRE & LIFE SAFETY CODES, AND HAMPTON INN STANDARDS. |



# Building and Furnishing

## Product Specification: Vikrell Shower Pan

| | |
|---|---|
| Manufacturer: | Sterling by Kohler<br>444 Highland Drive<br>Kohler, WI 53044 |
| Contact: | Doug Johnston<br>(972) 342-8026 voice/fax |
| | J.P. Drevline<br>(920) 457-4441 x70721 voice/fax |
| Description: | VIKRELL SHOWER PAN |
| MFR Stock # | #72121100-0 (48"L) / #72131100-0 (60"L)<br>#72141110 OR #72141120 (TUB REPLACEMENTS; ONLY 60" x 30") |

### Specifications

| | |
|---|---|
| Size: | 34" X 48" (#72121100-0): 34"x 60" (#72131100-0);<br>30" X 60" (#72141110 OR #72141120) |
| Finish: | HIGH GLOSS VIKRELL WHITE |
| Description: | SINGLE PIECE SHOWER PAN WITH DRAIN IN CENTER OF PAN |
| Distribution: | GUEST ROOM BATHS WITH SHOWERS; 48" ALLOWED IN SINGLE QUEEN ROOM ONLY |
| General: | *ALL MATERIALS AND METHODS OF CONSTRUCTION MUST COMPLY WITH STATE, LOCAL, FIRE & LIFE SAFETY CODES, AND HAMPTON INN STANDARDS. |

## Product Specification: Cultured Granite Shower Pan

| | |
|---|---|
| Manufacturer: | Mincey Marble Manufacturing, Inc.<br>4321 Browns Bridge Road<br>Gainesville, GA 30504 |
| Contact: | Donna Mincey<br>(800) 533-1806<br>(770) 531-0935 fax |
| Description: | CULTURED GRANITE SHOWER PAN |
| MFR Stock # | #SP3448 (48"L) / #SP3460 (60"L) |

### Specifications

| | |
|---|---|
| Size: | 34" X 48" (#SP3448): 34" x 60" (#SP3460) |
| Finish: | MATCH SURROUND |
| Description: | SINGLE PIECE SHOWER PAN WITH DRAIN IN CENTER OF PAN |
| Distribution: | GUEST ROOM BATHS WITH SHOWERS; 48" ALLOWED IN SINGLE QUEEN ROOM ONLY |
| General: | *ALL MATERIALS AND METHODS OF CONSTRUCTION MUST COMPLY WITH STATE, LOCAL, FIRE & LIFE SAFETY CODES, AND HAMPTON INN STANDARDS. |



# Building and Furnishing

3. Shower Door

Shower doors are required in guest room baths with shower pans. Doors are to be bypass style except where pivot doors are shown on the prototype. The doors specified below are pre-approved. Roll-in showers in accessible guest room baths are to have curtains in lieu of shower doors.

**Product Specification: Shower Door**

| | |
|---|---|
| Manufacturer: | Sterling *by Kohler*<br>444 Highland Drive<br>Kohler, WI 53044 |
| Contact: | Doug Johnston<br>(972) 342-8026 voice/fax |
| | J.P. Drevline<br>(920) 457-4441 x70721 voice/fax |
| Description: | SHOWER DOOR |
| MFR Stock # | #5176-48S (48"L) / #5176-59S (60"L) - BYPASS DOORS<br>#1530D-48S (48"L) - PIVOT DOOR |

**Specifications**

| | |
|---|---|
| Size: | 48" x 70" (#5176-48S); 60 "x 70" (#5176-59S); 42"-48" x 69" (#1530D-48S) |
| Finish: | SILVER; RAIN GLASS FINISH (REQUIRED) AT BYPASS DOORS, OBSCURE GLASS AT PIVOT DOOR |
| Distribution: | GUESTROOM BATHS WITH SHOWERS; *PIVOT DOORS ALLOWED ONLY WHERE SHOWN ON PROTOTYPE* |
| General: | * ALL MATERIALS AND METHODS OF CONSTRUCTION MUST COMPLY WITH STATE, LOCAL, FIRE & LIFE SAFETY CODES, AND HAMPTON INN STANDARDS. |

4. Whirlpool tubs are permitted subject to Hilton approval. Tubs must be equal to those manufactured by MTI. Acrylic whirlpools will be considered but fiberglass whirlpool tubs are not permitted. Submit manufacturer's specifications and cutsheets to Hilton for approval.

B. Toilets

1. Toilets must be white, vitreous china, 1.6 gallons/flush, wheel stop assembly and heavy duty, tank type with floor or back outlet and have elongated bowls. Flush valve toilets are not permitted.

2. Hotels after July 1, 2008, renovations or PIPs must comply with the following:

   The toilet must have a commercial grade, white, closed front plastic seat and lid with stainless steel check hinges. The seat and lid must remain in an upright position without being held.

3. Padded seats are unacceptable.



# Building and Furnishing

C. Vanity

1. Vanity Top

Vanity tops must be cultured marble, natural granite or quartz with bowed fronts where shown in the prototype drawings. The top is recommended to have a raised drip edge (natural granite tops are to have a bullnose edge). Provide matching back splash and side splashes where abutting side walls. Cultured marble tops are to be of matte finish. Undermount vitreous china bowl sinks are required. Sinks must be shallow to allow clearance of plumbing with vanity shelf. Recommend sink with 7½" or so overall depth. Drop-in sinks are not acceptable. The following are preapproved vanity tops. Visit hamptonfranchise.com under Standards – Approved Alternates for other approved manufacturers.

**Product Specification: Cultured Granite Vanity Top**

| | |
|---|---|
| Manufacturer: | Mincey Marble Manufacturing, Inc.<br>4321 Browns Bridge Road<br>Gainesville, GA 30504 |
| Contact: | Donna Mincey<br>(800) 533-1806<br>770 531 0935 fax |
| Description: | CULTURED GRANITE VANITY TOP |
| MFR Stock # | NA |

**Specifications**

| | |
|---|---|
| Finish: | AURORA, MATTE WHEN MATCHING SURROUND IS USED |
| Description: | 18" CURVED FRONT VANITY TOP WITH INTEGRAL BACK SPLASH; END SPLASHES REQUIRED WHEN ABUTTING A WALL |
| Distribution: | ALL GUESTROOM BATHS |
| General: | *ALL MATERIALS AND METHODS OF CONSTRUCTION MUST COMPLY WITH STATE, LOCAL, FIRE & LIFE SAFETY CODES, AND HAMPTON INN STANDARDS. |



# Building and Furnishing

**Product Specification: Natural Granite Vanity Top**

| | |
|---|---|
| Manufacturer: | Belstone<br>7629 Densmore Avenue<br>Van Nuys, CA 91406 |
| Contact: | Penny Woods<br>(818) 373-4900<br>(818) 373-4901 fax |
| Description: | NATURAL GRANITE VANITY TOP |
| MFR Stock # | NA |

**Specifications**

| | |
|---|---|
| Finish: | PALO GOLD |
| Finish Note: | FINISH OPTION TO BE SELECTED BY FRANCHISEE AND APPROVED BY HAMPTON INN BRAND. |
| Description: | 18" CURVED FRONT VANITY TOP WITH BACK SPLASH; END SPLASHES REQUIRED WHEN ABUTTING A WALL. |
| Distribution: | OPTIONAL IN GUESTROOM BATHS |
| General: | * ALL MATERIALS AND METHODS OF CONSTRUCTION MUST COMPLY WITH STATE, LOCAL, FIRE & LIFE SAFETY CODES, AND HAMPTON INN STANDARDS. |

2. Vanities must have a separate, decorative soap dish.

3. Vanities must have a skirt made of the same material as the top at accessible guest rooms only. There must be 29" minimum clear beneath the skirt for wheelchair access. All other guest rooms must have a vanity base.

4. Vanity Base

   Vanity bases must be provided in all guest room baths, except accessible rooms due to wheelchair accessibility. Bases must have a furniture appearance and include a skirt and one shelf and meet the following specifications. *Bowed fronts must be provided where shown in the prototype drawings. They must be stained wood and be freestanding* (tops to be 4" minimum away from side walls except the backs, which should be securely attached to the wall). Vanity openings less than 4'-0" wide must have the vanity top extend the full width of the vanity area with the vanity base legs 3" minimum away from side walls. Existing properties that have plumbing rough-ins on side walls rather than the rear wall must also have the vanity top extend the full width of the vanity area. A single roll toilet paper holder must be mounted behind the front wood skirt if there is no wall space available within 12" of the front edge of the toilet. If mounted beneath the wood skirt, the mounting location must NOT be flush with the front edge of the skirt, nor may the holder be mounted to the front of the skirt.

   The following is a pre-approved manufacturer. Visit hamptonfranchise.com > D & C > Alternates, for a list of approved manufacturers. *Any non-approved vanity bases are at risk of being rejected, therefore replaced, in order to comply with standards.*



# Building and Furnishing

**Product Specification: Vanity Base**

| | |
|---|---|
| Manufacturer: | JTB Furniture<br>1402 Waterworks Road<br>Columbus, MS 39701 |
| Contact: | Reau Berry<br>(800) 654-3876<br>www.jtbfurniture.com |
| Description: | VANITY BASE |
| MFR Stock # | #9402-89 (SERPENTINE LEGS) / #9401-89 (STRAIGHT LEGS) |

**Specifications**

| | |
|---|---|
| Dimensions: | 55"w (VARIES**) X 23"d (WITH 20"d SIDES) X 35¼"h |
| Finish: | CC STAIN TO MATCH NEVAMAR #WC-0045E; CONTEMPORARY WILD CHERRY; FINISH OPTION TO BE SELECTED BY FRANCHISEE |
| Finish Note: | **PRE-CATALYZED SYSTEM REQUIRED:** 1421C00574 PRE-CAT SEALER, 1706C20225 PRE-CAT TOP SEALER. STRAIGHT LEG VANITY TO HAVE ABS METALIZED (MATTE CHROME) FEET |
| Construction: | CONSTRUCTED WITH FURNITURE GRADE ¾" PLYWOOD – FRAME AND SHELF |
| Notes: | SERPENTINE LEGS OR STRAIGHT LEGS WITH TWO SHELVES; BOWED FRONT. BLOCKING REQUIRED UNDERNEATH SKIRT FOR MOUNTING OF TOILET PAPER HOLDER. COORDINATION OF ALL PLUMBING AND SHELF MUST BE CONSIDERED PRIOR TO INSTALLATION OF VANITY BASE |
| Distribution: | ALL GUEST BATHS EXCEPT ACCESSIBLE GUESTROOMS |
| General: | * ALL MATERIALS AND METHODS OF CONSTRUCTION MUST COMPLY WITH STATE, LOCAL, FIRE & LIFE SAFETY CODES, AND HAMPTON INN STANDARDS.<br><br>* FABRICATOR MUST REVIEW DESIGN CONCEPT AND INFORM PURCHASING AGENT OF ANY PROBLEMS OR DISCREPANCIES PRIOR TO FABRICATION.<br><br>* FABRICATOR MUST PROVIDE A STRUCTURALLY SOUND PRODUCT WITH PROPER PROPORTIONS TO INSURE STABILITY AND PREVENT TIPPING.<br><br>* WHERE APPLICABLE, ALL WOOD PARTS MUST BE TREATED FOR WOOD WORMS.<br><br>** ANY OPENING 6'-0" OR GREATER WILL REQUIRE SPECIAL CONSTRUCTION ON SHELVING FOR SUPPORT AND SHOULD BE COORDINATED WITH THE MANUFACTURER. |

5.  Corner Vanity Base

Corner mount vanities are not allowed for new construction. Existing properties are to have corner mount vanity bases fabricated by JTB Furniture, which have a furniture appearance and include a skirt and shelf and meet the following specifications. Existing properties with corner vanity shelf extensions (off one side of the vanity) may also purchase those from JTB. These must be provided in all guest room baths, except accessible rooms due to wheelchair accessibility. Bases must be stained wood and the backs must be securely attached to the wall. A single roll toilet paper holder must be mounted beneath the front wood skirt, closest to the toilet. The mounting location must not be flush with the bottom or front edge of the skirt.



# Building and Furnishing

All substitutions must be submitted to Hampton Design Review Committee, 755 Crossover Lane, Memphis TN 38117 prior to ordering for approval. Once approved, the order may be processed. Any non-approved vanity bases are at risk of being rejected, therefore replaced, in order to comply with standards.

Any hotels renovating guest room baths or applying for either re-licensing or change of ownership after February 1, 2004, must comply with these standards.

**Product Specification: Corner Mount Vanity Base**

| | |
|---|---|
| Manufacturer: | JTB Furniture<br>1402 Waterworks Road<br>Columbus, MS 39701 |
| Contact: | Reau Berry<br>(800) 654-3876<br>www.jtbfurniture.com |
| Description: | CORNER MOUNT VANITY BASE |
| MFR Stock # | #9403-89 |

**Specifications**

| | |
|---|---|
| Dimensions: | 48½"w X 21⅞"d X 36"h |
| Finish: | CC STAIN TO MATCH NEVAMAR #WC-0045E; CONTEMPORARY WILD CHERRY; FINISH OPTION TO BE SELECTED BY FRANCHISEE |
| Finish Note: | *REQUIRED TO BE PRE-CATALYZED SYSTEM:* 1421C00574 PRE-CAT SEALER, 1706C20225 PRE-CAT TOP SEALER |
| Construction: | CONSTRUCTED WITH FURNITURE GRADE ¾" PLYWOOD – FRAME AND SHELF |
| Notes: | CORNER UNIT WITH TURNED LEGS AND TWO SHELVES. BLOCKING REQUIRED UNDERNEATH SKIRT FOR MOUNTING OF TOILET PAPER HOLDER. COORDINATION OF ALL PLUMBING AND SHELF MUST BE CONSIDERED PRIOR TO INSTALLATION OF VANITY BASE. |
| Distribution: | CORNER MOUNT VANITIES IN GUESTROOM BATHS. NOT ALLOWED IN NEW CONSTRUCTION. |
| General: | *ALL MATERIALS AND METHODS OF CONSTRUCTION MUST COMPLY WITH STATE, LOCAL, FIRE & LIFE SAFETY CODES, AND HAMPTON INN STANDARDS.<br><br>* FABRICATOR MUST REVIEW DESIGN CONCEPT AND INFORM PURCHASING AGENT OF ANY PROBLEMS OR DISCREPANCIES PRIOR TO FABRICATION.<br><br>* FABRICATOR MUST PROVIDE A STRUCTURALLY SOUND PRODUCT WITH PROPER PROPORTIONS TO INSURE STABILITY AND PREVENT TIPPING.<br><br>* WHERE APPLICABLE, ALL WOOD PARTS MUST BE TREATED FOR WOOD WORMS. |



# Building and Furnishing

D.  Plumbing Fixtures

1.  All exposed plumbing fixtures (pipes, faucets, etc.) must be first line, chrome-plated brass as manufactured by nationally known manufacturers. Only escutcheon plates are allowed to be chrome plated plastic. All new construction must use brushed chrome finishes in lieu of polished chrome and all these finishes must coordinate in color. The toilet flush handle, grab bars and shower rod are allowed to be polished chrome. All items in the ADA rooms are allowed to be polished chrome.

2.  Tub/Shower Valves and Faucets

    a.  The tub/shower valve in the typical guest room bath must be Kohler #K-P15601-4N-G trim with #K-304-KS valve with a WaterPik #SM621 showerhead. The shower only baths shall have a Kohler #K-P15611-4N-G trim with #K-304-KS valve with a Water Pik #SM621 showerhead. The trim finish must be brushed chrome on all new construction projects. Visit hamptonfranchise.com under Standards – Approved Alternates for other approved manufacturers.

    b.  Accessible rooms must be Kohler #K-8520-CP handshower kit with slidebar: #K-T15621-4-CP mixing valve trim with #K-304-KS valve, #K-15136-CP diverter spout and #K-687-K transfer valve and #K-T10290-4-CP three-way transfer valve trim with lever handle and a WaterPik #SM621 showerhead.

### Product Specification: Tub/Shower Faucet

| | |
|---|---|
| Manufacturer: | Kohler |
| | 444 Highland Drive |
| | Kohler, WI 53044 |
| Contact: | Doug Johnston |
| | (972) 342-8026 voice/fax |
| | J.P. Drevline |
| | (920) 457-4441 x70721 voice/fax |
| Description: | TUB/SHOWER FAUCET |
| MFR Stock # | #K-P15601-4N-G TRIM WITH #K-304-KS VALVE |



# Building and Furnishing

| Product Specification: Shower Faucet | |
|---|---|
| Manufacturer: | Kohler<br>444 Highland Drive<br>Kohler, WI 53044 |
| Contact: | Doug Johnston<br>(972) 342-8026 voice/fax |
| | J.P. Drevline<br>(920) 457-4441 x70721 voice/fax |
| Description: | SHOWER FAUCET |
| MFR Stock # | #K-P15611-4N-G TRIM WITH #K-304-KS VALVE |
| **Specifications** | |
| Finish: | BRUSHED CHROME |
| Description: | SHOWER TRIM WITHOUT SPOUT; #33251-G SHOWER DRAIN IN A BRUSHED CHROME FINISH SHOULD BE INCLUDED |
| Distribution: | GUEST ROOM BATHS WITH SHOWERS ONLY |
| General: | *ALL MATERIALS AND METHODS OF CONSTRUCTION MUST COMPLY WITH STATE, LOCAL, FIRE & LIFE SAFETY CODES, AND HAMPTON INN STANDARDS. |

c.  The adjustable showerhead must be provided on the appropriate wall as required by ADA and the Water Pik showerhead in the typical guest room location. ADA rooms may use polished chrome to coordinate with the numerous grab bars.

| Product Specification: ADA Handshower Kit | |
|---|---|
| Manufacturer: | Kohler<br>444 Highland Drive<br>Kohler, WI 53044 |
| Contact: | J.P. Drevline<br>(920) 457-4441 x70721 voice/fax |
| Description: | ADA HANDSHOWER KIT |
| MFR Stock # | #K-8520-CP |
| **Specifications** | |
| Finish: | POLISHED CHROME |
| Description: | HANDSHOWER KIT; #K-T15621-4-CP MIXING VALVE TRIM WITH K-304-KS VALVE AND K-15136-CP DIVERTER SPOUT (FOR TUBS), K-405K TRANSFER VALVE AND K-T9518-4-CP THREE WAY TRANSFER VALVE TRIM WITH LEVER HANDLE, ALL IN POLISHED CHROME, SHOULD BE PROVIDED FOR A COMPLETE PACKAGE IN ADDITION TO THE STANDARD WATERPIK SHOWERHEAD |
| Distribution: | ACCESSIBLE GUEST ROOM BATHS ONLY |
| General: | *ALL MATERIALS AND METHODS OF CONSTRUCTION MUST COMPLY WITH STATE, LOCAL, FIRE & LIFE SAFETY CODES, AND HAMPTON INN STANDARDS. |



d. All tub/shower valves must meet the following requirements:

1) The valves must pass through cold water first.

2) The "in-wall" valve must be brass or cast bronze with a pressure-balancing mechanism.

3) The pressure-balancing piston must be downstream from the shut off valve. Spring loaded or flapper type check valves are not permitted.

4) If a reverse connection is required, only valves with reversed inlet parts are allowed.

5) The temperature limit stop screw must be field set at 120° F.

e. Showerheads (MIH)

All guest bath showerheads are to be WaterPik #SM-621 with a minimum of 6 settings. The lowest part of the showerhead must be mounted 6'-6" above the shower/tub floor.

**Product Specification: Showerheads (MIH)**

*(See OnQ Insider > Hampton > Make It Hampton Product Reorder Catalog for suppliers.)*

3. Vanity Faucets

The lavatory faucet (vanity faucet) for the typical guest room, including accessible guest rooms, must be Kohler #K-15182-F-G, single lever faucet or #K-15261-4-G, 8" widespread dual lever faucet. An 8" widespread is required for dual lever faucets. Lever handles may not have exposed screws. Twist and lift or trip lever stoppers may be used at the vanity. Contact Hilton for other approved manufacturers.

**Product Specification: Vanity Faucet**

| | |
|---|---|
| Manufacturer: | Kohler<br>444 Highland Drive<br>Kohler, WI 53044 |
| Contact: | Doug Johnston<br>(972) 342-8026 voice/fax<br>J.P. Drevline<br>(920) 457-4441 x70721 voice/fax |
| Description: | VANITY FAUCET |
| MFR Stock # | #K-15182-F-G CORALAIS |
| **Specifications** | |
| Finish: | BRUSHED CHROME |
| Description: | SINGLE LEVER FAUCET WITH DRAIN |
| Distribution: | ALL GUESTROOM BATHS |
| General: | * ALL MATERIALS AND METHODS OF CONSTRUCTION MUST COMPLY WITH STATE, LOCAL, FIRE & LIFE SAFETY CODES, AND HAMPTON INN STANDARDS. |

# Building and Furnishing

| Product Specification: Vanity Faucet | |
|---|---|
| Manufacturer: | Kohler<br>444 Highland Drive<br>Kohler, WI 53044 |
| Contact: | Doug Johnston<br>(972) 342-8026 voice/fax |
| | J.P. Drevline<br>(920) 457-4441 x70721 voice/fax |
| Description: | VANITY FAUCET |
| MFR Stock # | #K-15261-4-G CORALAIS |

**Specifications**

| | |
|---|---|
| Finish: | BRUSHED CHROME |
| Description: | 8" WIDESPREAD DUAL LEVER FAUCET WITH DRAIN |
| Distribution: | ALL GUESTROOM BATHS |
| General: | *ALL MATERIALS AND METHODS OF CONSTRUCTION MUST COMPLY WITH STATE, LOCAL, FIRE & LIFE SAFETY CODES, AND HAMPTON INN STANDARDS. |

4. Each hot and cold water supply must have an individual cut-off valve. Water supply for the toilet must be mounted 10" AFF to avoid conflicting with the tile base.

5. Bathtubs and lavatories must have overflow outlets.

6. ABS pipe is not permitted for use.

7. If PVC drainage is used above guest rooms or any other public area, the pipes or area must be insulated for sound control.

8. Domestic hot water for guest rooms must have a circulating pump or other approved system installed in-line to provide instant hot water at the tap. The maximum water temperature delivered to the guest room must not exceed 110° F.

9. When whirlpool tubs are permitted, separate hot and cold controls, faucet and handheld spout for easy cleaning must be provided. Grab bars must also be provided.

**310.07   Electrical**

A. A GFI electrical outlet must be located at each end of the vanity to allow convenient use of personal care appliances and the required coffee maker. In the studio suites, the coffee maker must be located at the wet bar so only one GFI outlet is required at the vanity.

B. The light switch and electrical outlets must be located so they do not conflict with the mirror or towel bar.



# Building and Furnishing

**310.08   Mechanical**

A. The bath area is to be mechanically exhausted by metal ducts and rooftop fans. The central fans may be either switched or on a 24-hour time clock with battery back-up. The exhaust system diffusers must be offset in adjacent rooms to prevent sight and sound transmissions between bathrooms. Baths must not vent into the chaseways or attics. The use of a metal lined or moisture resistant drywall shaft with each exhaust fan metal duct running into the shaft and turning up a minimum of 22" is allowed if approved by the local jurisdiction and if no pipes penetrate the shaft.

B. *OPTIONAL:* In lieu of a central-ducted exhaust system, individual bath fans with commercial rating with flexible duct systems may be used. When individual fans are used, they must meet the following criteria:

Individual toilet exhaust fans, when used, must be equal to Greenheck model SP ceiling fan. The housing must be steel and the centrifugal fan wheel must be of high strength polymer or polypropylene. The housing must be acoustically insulated for quiet operation. Each fan must be equipped with an internal backdraft damper. The fan wheel and motor assembly must be provided with an internal cord and plug to allow easy removal. The motor bearings must be sealed and permanently lubricated. The intake grill must be non-yellowing high strength polymer or polypropylene. The fan must be certified and licensed to bear the AMCA seal for air and sound and be UL and CSA listed. Maximum sound level must be 4.0 sones. The fan and bathroom light must be switched separately. Combination fan/light units are not permitted.

C. Exhausts may not be directed horizontally but must be ducted vertically to the roof.

**310.09   Lighting**

A. Minimum lighting must be as follows:

1. 20 foot-candles measured 36" AFF at the water closet seat, 50 foot-candles measured at the vanity surface, 10 foot-candles measured 36" AFF at the tub with the shower curtain open and five foot-candles with the shower curtain closed.

2. Where the tub/toilet area is separate from the vanity area, lighting for each area must be separately switched.

3. Fluorescent lighting with instant start electronic ballasts and warm white lamps which are approved for a damp location are required.

4. A decorative, fluorescent light fixture is to be used above the decorative vanity mirror. The fixture must utilize 36" fluorescent lamps (minimum unless vanity area is too narrow) and be rated for damp locations. The fixture must be cylindrical or similar shape with translucent white plastic lens and decorative end caps. Fixture to be submitted for Hilton's approval. Instant on universal electronic ballast and a T-8 lamp with a color temperature of 3000K are required. The fixture should be mounted approximately 6'-10" AFF to center of fixture. Coordinate with mounting height of mirror. Pre-approved fixtures may be obtained from the Design & Construction Department.



# Building and Furnishing

5. In addition to the light over the vanity, a surface/ceiling mounted light fixture with (2) PLI8 watt fluorescent lamps or equal is required near the shower.

6. A nightlight must be provided inside the bathroom by one of the following options for existing hotels. *New construction is allowed option a. (MIH).*

   a. Wall or ceiling mounted light fixtures that have a nightlight built in so that when the main light is turned off, the nightlight is turned on automatically. Hilton Hotels Corporation must approve the design of this fixture.

   b. A plug-in nightlight, Nite Lite #71055 as manufactured by AmerTac.

   d. A hairdryer nightlight.

B. All lighting fixtures must be UL approved/certified for the wattage that will be carried. International properties must comply with the local equivalent.

C. All guest room bath lamps must be warm white lamps.

**310.10   Bath Accessories**

A. In general, all accessories shall be non-corrosive. Stainless steel or brushed chrome accessories are acceptable. All new construction shall have brushed finishes on all accessories and plumbing fixtures unless noted otherwise.

B. Mirrors

1. A wall-mounted, decorative framed mirror is required above the vanity. The overall width dimension must be the width of the vanity less 4" on each side. For example, a 55" wide vanity must have a 47" wide framed mirror. If the vanity opening is less than 48" and the vanity top extends wall to wall, the framed mirror should be the width of the opening less 4" on each side. The average height of the mirror must be 36", typically. Coordinate size with the height of the junction box to the decorative light above. The bottom of the frame must be set approximately 1" above the backsplash. (Accessible vanities must be installed with the reflective surface no higher than 40" above the floor). Dimensions include a minimum of 2" frame.

   All other vanities must have mirrors similar in proportions while insuring ease of installation with proper tools. Alternate sizes must be shown in submittals of interior elevations for Hilton Hotels' approval.

2. If two sinks are used in one vanity, as an alternate to a single mirror mounted as described above, two mirrors may be provided, one over each sink. The mirrors must extend to within 4" of the edges of the vanity on each side and hold a 4" gap between the two mirrors in the center.

3. A wall-mounted mirror (frameless) is required above corner vanities extending the full length and width of the vanity (to the end of each backsplash) and extending from the top of the backsplash to the bottom of the soffit. Clearance at top and sides of mirror must be 1" or less.



# Building and Furnishing

4. A full-length framed mirror, required in all guest rooms, is to be located in or immediately adjacent to the dressing area and mounted 18" above the finished floor. Minimum size is to be 18" x 60" (.46m x 1.52m), 3/16" thick. Mirror must be distortion-free, polished float glass with polished edges. If mounted on the bath door or closet door, it is to be mounted on the bedroom side of the door, 12" above the finished floor with mirror clips. The door must be solid core. Full mirror closet doors are recommended as an alternate.

5. All mirrors must be 3/16" (.48cm) distortion free, polished float plate glass, manu-factured according to federal specifications DDM-411 for Grade 1 mirrors.

C. Toilet Tissue Dispenser

1. A single roll, wall mount dispenser equal to Franklin Brass #1408C is to be mount-ed to the underside of the vanity skirt of vanity bases and granite vanities.

2. A reserve roll holder or a surface mount decorative roll holder is to be used when the vanity base is separate from the toilet. The reserve roll holder must have a chrome plated brass frame riveted to a box of gun metal gray steel. Projecting brackets are to be of zinc alloy and triple chrome plated. A single roll is to be vis-ible with a reserve roll concealed. The decorative holder must coordinate with the other bath fixtures and accessories in color and in design.

D. Double-Prong Robe Hook

The double-prong robe hook is to be zinc and triple chrome-plated with a concealed screw and minimum hook projections of $1^5/_8$" (4.13cm). Mount at 6'-0" AFF on the bathroom door. An additional robe hook, mounted as required by ADA, is to be pro-vided in the accessible guest rooms.

E. Shower Rod (MIH)

All guest bath shower rods (except ADA showers) are to be a curved rod, Franklin Brass #190- 5BS (5'-0", polished finish) and they must be mounted 6'-8" AFF to the center-line of the rod. Flat, curved shower rods as manufactured by Arch and Angles are acceptable. The rod is typically mounted vertically centered on the back side of the tub edge. Existing properties may lower the rod up to 4" to clear an existing ceiling light. The rods must be permanently secured. ADA showers( not tubs) are to have straight rods equal to Franklin Brass #165. See *OnQ Insider > Make It Hampton Products Product Reorder Catalog* for suppliers.

F. Grab Bars

A chrome, stainless steel or nylon (to match surround) grab bar, 24" (.61m) in length, is to be installed vertically on the tub wall 1'-9" from the shower head wall with the bottom flange of the grab bar 16" (.41m) above the rim of the tub. For shower loca-tions, see prototype. Proper backing/blocking is to be provided for secure installation. All grab bars must be securely anchored and capable of withstanding 250 lbs. of pull. Cement adhesive is not acceptable. Grab bars must have flange covers to conceal the mounting screws.



# Building and Furnishing

G. Soap Dishes

Two cultured marble soap dishes are required. Soap dishes must not have grab handles and should not be metal. For the shower only rooms, the soap dish must be placed in the corner on the showerhead wall (48" AFF) and a foot rest in the corner opposite the showerhead on the back wall (15" AFF). For the tub/shower combos, the shower height dish remains on the showerhead corner with the tub height centered on the back wall (24"AFF). For pre-approved dishes, visit hamptonfranchise.com under Standards – Alternates.

H. Towel Shelf

A wood towel shelf must be located above the toilet, centered. For pre-approved shelves, visit hamptonfranchise.com under Standards – Alternates.

I. Towel Bar

All guest rooms with separate tub and vanity areas as well as accessible rooms require an additional chrome towel bar, minimum length 18", or towel ring to be located in the vanity area. These may be placed on the wall or vanity front (when a part of the design). The Hometown prototype requires a towel ring in the queen room. The light switches and receptacles at the vanity must not be concealed when towels are placed on the towel bar.

J. Facial Tissue Dispenser

A facial tissue dispenser must be provided and be a decorative, residential style tissue box dispenser made of high quality molded plastic sitting on top of the vanity. The dispenser must color coordinate with the vanity and wallcovering. Accessible baths may utilize a recessed dispenser if counter space is limited. Recessed dispensers must be heavy guage galvanized steel, $2^{1/2}$" deep minimum and have no brand name designation.



# Building and Furnishing

**310.11    Bath Linens (MIH)**

A. Each guest room bath must be supplied with a minimum of the following freshly laundered linens daily in accordance with the table below.

NOTE: Use of the Hampton Inn name in logo form is required only on the bath mat. The logo must be used according to Section 400, Trademarks, in the Standards Manual.

### GUESTROOM BATH LINEN REQUIREMENTS

|  | BATH TOWELS | HAND TOWELS | WASH-CLOTHS | BATH MATS |
|---|---|---|---|---|
| King, Queen and Hospitality Suite, Number Each Per Room | 2 | 2 | 2 | 1 |
| King Study, Double/Queen and Studio Suites Number Each Per Room | 4 | 4 | 4 | 1 |
| Grade | First Quality | First Quality | First Quality | First Quality |
| Minimum Cotton Terry Cloth Content | 86% | 86% | 86% | 86% |
| Maximum Polyester Content | 14% | 14% | 14% | 14% |
| Minimum Size | 25" x 54" | 16" x 27" | 12" x 12" | 20" x 30" |
| Minimum Finished Weight | 13.50 lbs/dz | 3.5 lbs/dz | 1.0 lbs/dz | 7.0 lb/dz |
| Logo Required | No | No | No | Yes |

B. Bath linens must be white in color. Combed cotton is used for bath towels, hand towels and washcloths.



# Building and Furnishing

C.  Washcloth ends must be reinforced with stitching to prevent unraveling.

Any hotels beginning new construction, applying for either re-licensing or change of ownership, or upon general replacement of bath linens after February 1, 2004 must comply with these standards. All other hotels must comply by July 31, 2005. See Standard 300.02, Make It Hampton.

**Product Specifications: Bath Linens**

| | |
|---|---|
| *(See OnInsider > Hampton > Make It Hampton Product Reorder Catalog for suppliers.)* | |
| Manufacturer: | WESTPOINT STEVENS, INC. |
| Style: | Style: BATH (0018881) / HAND (0018880) WASH (0018879) / MAT (0018882) |
| Dimensions: | 25" x 54"/ 16" x 27"/ 12" x 12"/ 20" x 30" |
| Loop Yarn Size: | 12/ 12/ 12/ 7 |
| Blend: | 86C 14P/ 86C 14P/ 86C 14P/ 86C 14P |
| Hem: | 7 SPI/ 7 SPI/ 7 SPI/ 10 SPI |
| Description: | BATH, HAND AND MAT THREAD IS COTTON WRAPPED BY POLY CORE. WASH CLOTH OVEREDGE IS 100 PERCENT POLY THREAD. BATH, HAND AND MAT END HEMS ARE LOCK STITCH BAR TACKED. WASH CLOTH IS OVEREDGED AND WITH ROUNDED CORNERS. BATH, HAND AND MAT HAVE FOUR SIDED HEM. |
| Distribution: | GUESTROOM BATHS |
| General: | * ALL MATERIALS AND METHODS OF CONSTRUCTION MUST COMPLY WITH STATE, LOCAL, FIRE & LIFE SAFETY CODES, AND HAMPTON INN STANDARDS. |

D.  Shower Curtain (MIH)

The guest bath shower curtain must be #HBSHI as manufactured by Arc and Angles, Inc. (See OnQ Insider > Hampton > *Make It Hampton Product Reorder Catalog* for suppliers.) The curtain is available in two sizes, 71" x 74", 1.75 lbs. and 71" x 80", 1.90 lbs. Fabric is 100 percent polyester plainweave (EH003) fabric with water resistant formulation. Color selection is white or beige. The ten silver rings on a reinforced header must be Hookless® and embedded magnets must be provided in the lower corners inside the double reverse folded hems and sonic sealed non-water retaining bottom hem. A 12" vinyl window set 11½" from the top with Hampton Honeycomb Frosted Logo print, treated to resist mildew is included.

Any hotels beginning new construction, renovating guest room baths or applying for either re-licensing or change of ownership after February 1, 2004, must comply with this standard. All other hotels must be in compliance by December 31, 2004. (See Standard 300.02, Make It Hampton.)



# Building and Furnishing

## 311.00  Wet Bar and Guest Room/Suite Appliances

A. Each guest room must be equipped with a clock radio, Hampton #HI276B as manu-
factured by SDI Technologies. The radio must be located on, but not attached to,
the nightstand. No other radios or alarm clocks are acceptable. (See On Q Insider >
Hampton > *Make It Hampton Product Reorder Catalog* for ordering information.)

B. Wall-mounted hair dryers are recommended. If provided, they may be plug-wired.

C. Each guest room must be equipped with an iron, ironing board and caddy/organizer.
These items must meet these minimum criteria:

   1. Irons must be equipped with an automatic shut-off, a non-stick sole plate, steam
   setting and must be self-cleaning.

   2. The ironing board must be freestanding with an ironing surface of at least 40" long
   and 13" wide.

   3. Ironing boards must be stored in the closet.

   4. Iron caddy/organizer must be mounted in the closet and cannot be attached di-
   rectly to the ironing board.

   5. Iron *cannot* be attached to the caddy or the ironing board by a cable or any other
   method.

D. Each guest room must be equipped with an automatic shut-off coffee maker. The cof-
fee maker is recommended to be located at the wet bar when provided, otherwise at the
bath vanity. (See Rule 118.17.) See OnQ Insider > Hampton > *Make It Hampton Product
Reorder Catalog* for suppliers.

E. Refrigerators and microwaves may be used.

   1. When provided, they must be installed in a finished cabinet to match the case-
   goods, or they may be built-in. The microwave may not be placed on top of the
   counter or refrigerator but must be within its own compartment. Upper cabinets
   are not recommended.

   2. Studio suites require an undercounter refrigerator and microwave in a built-in wet
   bar with bar sink and gooseneck faucet with hot and cold water.

   3. Refrigerators and microwaves must be black in color.

   4. Refrigerators and microwaves may not be located in close proximity to the guest
   room vanity and may not be free-standing.



# Building and Furnishing

F. Wet Bars (Full Kitchens, Where Applicable)

1. Built-in wet bars are required where shown. Full kitchens are not longer allowed, but exisiting properties with full kitchens must follow the requirements in this section.

2. Cabinetry must be stained wood cabinets with natural granite or quartz countertops and splashes as a minimum.

3. Under mount stainless steel sinks are required.

4. Bar sink faucets must be Kohler #K15275-4 gooseneck faucet with dual lever (hot and cold water). Levers with exposed screws are not allowed.

G. Electrical appliances or devices other than those specifically outlined in the above standards may not be installed in any guest room. This includes dehumidifiers, air purifiers, desktop computers, audio/home theater equipment and any other small appliances. Premium room types based on these items which violate brand standards are not permitted. (Standard effective October, 2007.)



# Building and Furnishing

## 312.00  Accessible Accommodations

312.01   Only portions of the ADA are contained within the scope of these standards; therefore, legal counsels, architects, and/or other necessary advisors should be consulted on each individual projects. Additional codes or requirements may be imposed by the local jurisdiction thereby requiring compliance above and beyond what is included in these standards or in the ADA.

312.02   Every hotel must have a minimum number of rooms for the physically impaired guests as required by ADA and the local jurisdiction. These rooms must contain those elements outlined in the applicable building code and ADA guidelines including requirements for hearing-impaired and vision-impaired rooms.

312.03   In order to provide persons with disabilities a range of options equivalent to those available to other persons served by the facility, sleeping rooms and suites required to be accessible must be dispersed among the various classes of sleeping accommodations available to guests. The class dispersal should also include rooms with views.

312.04   Accessible rooms are recommended to connect to a double-bedded room.

312.05   Listed below are a number of items (required by ADA) that are often overlooked. However, be advised that the ADA guidelines in its entirety must be followed as a minimum.

   A.  Guests must have barrier-free access to accessible suites and all public areas.

   B.  Accessible parking must be conveniently located at the hotel entrance and convenient to the accessible guest rooms.

   C.  Accessible guest room and suite entrance doors must be 3'-0" (0.91 m.). Threshold must not impede wheelchair movement.

   D.  A second, one-way viewer in the entrance door is required.

   E.  The thermostat is required to be in an accessible location.

   F.  Drapery batons must extend to 48" (1.22m) AFF and be easily operable.

   G.  The wall-mounted light fixture above the luggage bench in the guest rooms must be switched at the entrance door, separate from the entry area ceiling light. The fixture must *not* have a switch on it. This arrangement is only allowed in the accessible rooms. Push switches should be provided at all other lamps.

   H.  Fiberglass or acrylic roll-in shower units fully equipped to comply with ADA are permitted.

   I.  Wall-mounted china lavatories are also acceptable but only in the accessible rooms. Typical guest room vanity bases are not required in the accessible rooms. These rooms are to have skirts with 29" minimum clearance beneath.

   J.  Bottom of the reflective portion of the mirror over vanity must be no more than 40" (1.02m) AFF.

   K.  Provide toilet accessories mounted in compliance with ADA.



# Building and Furnishing

L.  Shower rods in the ADA showers must be straight rods instead of the typical bowed shower rods.

M.  Showers must have two showerheads — one at typical guest room showerhead location, one on adjustable rod in location as required by ADA (typically the back wall).

N.  The standard wood towel shelf must be provided over the toilet. An additional towel bar must be provided within the bath that complies with all ADA clearances and reach ranges.

O.  Electrical outlets must be mounted no lower than 18" (0.46 m.) above floor. Coordinate casegoods accordingly.

P.  The wet bar must provide wheelchair access at sink.

Q.  The guest room desks and/or tables must provide wheelchair access, which is typically 27" clear height.

R.  2" x 2" floor tile is acceptable at roll-in showers.



# Building and Furnishing

## 313.00  Standard Room Layouts

313.01    Following are Standard Room Layouts for Hampton hotels. The layouts are noted to which brand they apply by the mark (HI) for Hampton Inn, (HH) for the Hometown prototype, (HIS) for Hampton Inn & Suites. These room sizes should be considered as minimums. Approved alternate room sizes could modify dimensional requirements of furniture pieces and/or furniture elements. See prototype drawings at hamptonfranchise.com for a complete package of all available room types and layouts.

* New construction requires the 14'-0" bay king room.

Single Queen Room (use in Hometown ONLY)

King Room – New Construction

King Room – Renovation

Double Queen Room

Alternate Desk Double Queen

King Studio

Double Queen Studio

Queen Studio

King Jacuzzi Tub

King Spa

King Sofa Room – New Construction

King Sofa Room – Renovation

– Confidential –
for use by Hilton Hotels only

# Building and Furnishing

**HH**

## SINGLE QUEEN ROOM
### (276 SQ. FT.)



FURNISHINGS LEGEND

1. KING BED - HEAD BOARD
2. QUEEN BED - HEAD BOARD
3. NIGHT STAND - 24"W
4. WALL MOUNTED LAMP - PLUG WIRED
5. NOT USED
6. FLOOR LAMP - PLUG WIRED
7. CURVED WORK DESK - 72"W x 42"D X 30"H
8. EXECUTIVE DESK - 48"W x 28"D x 30"H
9. ACTIVITY CHAIR
10. 5 STAR DESK CHAIR
11. DESK LAMP - PLUG WIRED
12. BACHELOR'S CHEST WITH 32" TV
13. LUGGAGE BENCH
14. BACHELOR'S CHEST WITH TV  *
15. LOUNGE CHAIR WITH OTTOMAN
16. NOT USED
17. COFFEE TABLE
18. SOFA-SLEEPER
19. FULL LENGTH MIRROR - 18"W x 60"H
20. FRAMED MIRROR
21. ARTWORK
22. CEILING MOUNTED LIGHT
23. WALL MOUNTED LIGHT
24. NOT USED
25. END TABLE - 20"W x 24"H x 24"D
26. TABLE LAMP - PLUG WIRED
27. WET BAR WITH UNDERCOUNTER REFRIGERATOR AND MICROWAVE
28. NOT USED
29. COFFEE MAKER
30. NOT USED
31. NOT USED
32. NOT USED
33. NOT USED
34. PREMIUM LOUNGE CHAIR WITH ARMS & OTTOMAN
35. NIGHT STAND
36. NIGHT STAND - 18"W
37. BENCH
38. NOT USED
39. NOT USED
40. CORNER BACHELOR'S CHEST W/ TV
41. CHAISE LOUNGE CHAIR
42. WHIRLPOOL TUB
43. ARMOIRE

* TV ARMOIRE MAY BE SUBSTITUTED BUT MINIMUM WIDTH TO BE 36"

Ø  1'  2'  4'  8'

SCALE

– Confidential –
for use by Hilton Hotels only

# Building and Furnishing

**HI/HIS**

## KING ROOM-NEW CONSTRUCTION
### (353 SQ. FT.)



**FURNISHINGS LEGEND**

1. KING BED – HEAD BOARD
2. QUEEN BED – HEAD BOARD
3. NIGHT STAND – 24"W
4. WALL MOUNTED LAMP – PLUG WIRED
5. NOT USED
6. FLOOR LAMP – PLUG WIRED
7. CURVED WORK DESK – 72"W x 42"D X 30"H
8. EXECUTIVE DESK – 48"W x 28"D x 30"H
9. ACTIVITY CHAIR
10. 5 STAR DESK CHAIR
11. DESK LAMP – PLUG WIRED
12. BACHELOR'S CHEST WITH 32" TV
13. LUGGAGE BENCH
14. BACHELOR'S CHEST WITH TV ✳
15. LOUNGE CHAIR WITH OTTOMAN
16. NOT USED
17. COFFEE TABLE
18. SOFA-SLEEPER
19. FULL LENGTH MIRROR – 18"W x 60"H
20. FRAMED MIRROR
21. ARTWORK
22. CEILING MOUNTED LIGHT
23. WALL MOUNTED LIGHT
24. NOT USED
25. END TABLE – 20"W x 24"H x 24"D
26. TABLE LAMP – PLUG WIRED
27. WET BAR WITH UNDERCOUNTER REFRIGERATOR AND MICROWAVE
28. NOT USED
29. COFFEE MAKER
30. NOT USED
31. NOT USED
32. NOT USED
33. NOT USED
34. PREMIUM LOUNGE CHAIR WITH ARMS & OTTOMAN
35. NIGHT STAND
36. NIGHT STAND – 18"W
37. BENCH
38. NOT USED
39. NOT USED
40. CORNER BACHELOR'S CHEST W/ TV
41. CHAISE LOUNGE CHAIR
42. WHIRLPOOL TUB
43. ARMOIRE

✳ TV ARMOIRE MAY BE SUBSTITUTED BUT MINIMUM WIDTH TO BE 36"

Ø  1'  2'  4'  8'

**SCALE**

2008 EDITION / Effective June 1, 2008

– Confidential –
for use by Hilton Hotels only

# Building and Furnishing

**HI/HIS**

## KING ROOM-RENOVATION
### (352 SQ. FT.)



FURNISHINGS LEGEND

1. KING BED - HEAD BOARD
2. QUEEN BED - HEAD BOARD
3. NIGHT STAND - 24"W
4. WALL MOUNTED LAMP - PLUG WIRED
5. NOT USED
6. FLOOR LAMP - PLUG WIRED
7. CURVED WORK DESK - 72"W x 42"D X 30"H
8. EXECUTIVE DESK - 48"W x 28"D x 30"H
9. ACTIVITY CHAIR
10. 5 STAR DESK CHAIR
11. DESK LAMP - PLUG WIRED
12. BACHELOR'S CHEST WITH 32" TV
13. LUGGAGE BENCH
14. BACHELOR'S CHEST WITH TV *
15. LOUNGE CHAIR WITH OTTOMAN
16. NOT USED
17. COFFEE TABLE
18. SOFA-SLEEPER
19. FULL LENGTH MIRROR - 18"W x 60"H
20. FRAMED MIRROR
21. ARTWORK
22. CEILING MOUNTED LIGHT
23. WALL MOUNTED LIGHT
24. NOT USED
25. END TABLE - 20"W x 24"H x 24"D
26. TABLE LAMP - PLUG WIRED
27. WET BAR WITH UNDERCOUNTER REFRIGERATOR AND MICROWAVE
28. NOT USED
29. COFFEE MAKER
30. NOT USED
31. NOT USED
32. NOT USED
33. NOT USED
34. PREMIUM LOUNGE CHAIR WITH ARMS & OTTOMAN
35. NIGHT STAND
36. NIGHT STAND - 18"W
37. BENCH
38. NOT USED
39. NOT USED
40. CORNER BACHELOR'S CHEST W/ TV
41. CHAISE LOUNGE CHAIR
42. WHIRLPOOL TUB
43. ARMOIRE

* TV ARMOIRE MAY BE SUBSTITUTED BUT MINIMUM WIDTH TO BE 36"

SCALE

0   1'   2'   4'   8'

– Confidential –
for use by Hilton Hotels only

# Building and Furnishing

HH/HI/HIS

## DOUBLE QUEEN ROOM
### (350 SQ. FT.)



**FURNISHINGS LEGEND**

1. KING BED - HEAD BOARD
2. QUEEN BED - HEAD BOARD
3. NIGHT STAND - 24"W
4. WALL MOUNTED LAMP - PLUG WIRED
5. NOT USED
6. FLOOR LAMP - PLUG WIRED
7. CURVED WORK DESK - 72"W x 42"D x 30"H
8. EXECUTIVE DESK - 48"W x 28"D x 30"H
9. ACTIVITY CHAIR
10. 5 STAR DESK CHAIR
11. DESK LAMP - PLUG WIRED
12. BACHELOR'S CHEST WITH 32" TV
13. LUGGAGE BENCH
14. BACHELOR'S CHEST WITH TV ✱
15. LOUNGE CHAIR WITH OTTOMAN
16. NOT USED
17. COFFEE TABLE
18. SOFA-SLEEPER
19. FULL LENGTH MIRROR - 18"W x 60"H
20. FRAMED MIRROR
21. ARTWORK
22. CEILING MOUNTED LIGHT
23. WALL MOUNTED LIGHT
24. NOT USED
25. END TABLE - 20"W x 24"H x 24"D
26. TABLE LAMP - PLUG WIRED
27. WET BAR WITH UNDERCOUNTER REFRIGERATOR AND MICROWAVE
28. NOT USED
29. COFFEE MAKER
30. NOT USED
31. NOT USED
32. NOT USED
33. NOT USED
34. PREMIUM LOUNGE CHAIR WITH ARMS & OTTOMAN
35. NIGHT STAND
36. NIGHT STAND - 18"W
37. BENCH
38. NOT USED
39. NOT USED
40. CORNER BACHELOR'S CHEST W/ TV
41. CHAISE LOUNGE CHAIR
42. WHIRLPOOL TUB
43. ARMOIRE

✱ TV ARMOIRE MAY BE SUBSTITUTED BUT MINIMUM WIDTH TO BE 36"

SCALE

– Confidential –
for use by Hilton Hotels only

# Building and Furnishing

HI/HIS

## ALTERNATE DESK DOUBLE QUEEN
### (353 SQ. FT.)



## FURNISHINGS LEGEND

1. KING BED - HEAD BOARD
2. QUEEN BED - HEAD BOARD
3. NIGHT STAND - 24"H
4. WALL MOUNTED LAMP - PLUG WIRED
5. NOT USED
6. FLOOR LAMP - PLUG WIRED
7. CURVED WORK DESK - 72"W x 42"D x 30"H
8. EXECUTIVE DESK - 48"W x 28"D x 30"H
9. ACTIVITY CHAIR
10. 5 STAR DESK CHAIR
11. DESK LAMP - PLUG WIRED
12. BACHELOR'S CHEST WITH 32" TV
13. LUGGAGE BENCH
14. BACHELOR'S CHEST WITH TV *
15. LOUNGE CHAIR WITH OTTOMAN
16. NOT USED
17. COFFEE TABLE
18. SOFA-SLEEPER
19. FULL LENGTH MIRROR - 18"W x 60"H
20. FRAMED MIRROR
21. ARTWORK
22. CEILING MOUNTED LIGHT
23. WALL MOUNTED LIGHT
24. NOT USED
25. END TABLE - 20"W x 24"H x 24"D
26. TABLE LAMP - PLUG WIRED
27. WET BAR WITH UNDERCOUNTER REFRIGERATOR AND MICROWAVE
28. NOT USED
29. COFFEE MAKER
30. NOT USED
31. NOT USED
32. NOT USED
33. NOT USED
34. PREMIUM LOUNGE CHAIR WITH ARMS & OTTOMAN
35. NIGHT STAND
36. NIGHT STAND - 18"W
37. BENCH
38. NOT USED
39. NOT USED
40. CORNER BACHELOR'S CHEST W/ TV
41. CHAISE LOUNGE CHAIR
42. WHIRLPOOL TUB
43. ARMOIRE

* TV ARMOIRE MAY BE SUBSTITUTED BUT MINIMUM WIDTH TO BE 36"

Ø  1'  2'  4'       8'

SCALE

– Confidential –
for use by Hilton Hotels only

# Building and Furnishing

**HI/HIS**

## KING STUDIO
**(467 SQ. FT.)**



NOTE:
SEE QUEEN ROOM FOR FURNITURE LEGEND



**SCALE**

– Confidential –
for use by Hilton Hotels only

## Building and Furnishing

HI/HIS

## DOUBLE QUEEN STUDIO
### (559 SQ. FT.)



NOTE:
SEE QUEEN ROOM FOR FURNITURE LEGEND



SCALE

– Confidential –
for use by Hilton Hotels only

# Building and Furnishing

**HH**

## QUEEN STUDIO
### (440 SQ. FT.)



NOTE:
SEE QUEEN ROOM FOR FURNITURE LEGEND



SCALE

2008 EDITION / Effective June 1, 2008

– Confidential –
for use by Hilton Hotels only

# Building and Furnishing                    HH

## KING JACUZZI TUB
### (329 SQ. FT.)





FURNISHINGS LEGEND

1. KING BED - HEAD BOARD
2. QUEEN BED - HEAD BOARD
3. NIGHT STAND - 24"W
4. WALL MOUNTED LAMP - PLUG WIRED
5. NOT USED
6. FLOOR LAMP - PLUG WIRED
7. CURVED WORK DESK - 72"W x 42"D x 30"H
8. EXECUTIVE DESK - 48"W x 28"D x 30"H
9. ACTIVITY CHAIR
10. 5 STAR DESK CHAIR
11. DESK LAMP - PLUG WIRED
12. BACHELOR'S CHEST WITH 32" TV
13. LUGGAGE BENCH
14. BACHELOR'S CHEST WITH TV *
15. LOUNGE CHAIR WITH OTTOMAN
16. NOT USED
17. COFFEE TABLE
18. SOFA-SLEEPER
19. FULL LENGTH MIRROR - 18"W x 60"H
20. FRAMED MIRROR
21. ARTWORK
22. CEILING MOUNTED LIGHT
23. WALL MOUNTED LIGHT
24. NOT USED
25. END TABLE - 20"W x 24"H x 24"D
26. TABLE LAMP - PLUG WIRED
27. WET BAR WITH UNDERCOUNTER REFRIGERATOR AND MICROWAVE
28. NOT USED
29. COFFEE MAKER
30. NOT USED
31. NOT USED
32. NOT USED
33. NOT USED
34. PREMIUM LOUNGE CHAIR WITH ARMS & OTTOMAN
35. NIGHT STAND
36. NIGHT STAND - 18"W
37. BENCH
38. NOT USED
39. NOT USED
40. CORNER BACHELOR'S CHEST W/ TV
41. CHAISE LOUNGE CHAIR
42. WHIRLPOOL TUB
43. ARMOIRE

* TV ARMOIRE MAY BE SUBSTITUTED BUT MINIMUM WIDTH TO BE 36"

0  1'  2'    4'         8'

SCALE

– Confidential –
for use by Hilton Hotels only

# Building and Furnishing

**HH**

## KING SPA ROOM
### (370 SQ. FT.)





FURNISHINGS LEGEND

1. KING BED – HEAD BOARD
2. QUEEN BED – HEAD BOARD
3. NIGHT STAND – 24"W
4. WALL MOUNTED LAMP – PLUG WIRED
5. NOT USED
6. FLOOR LAMP – PLUG WIRED
7. CURVED WORK DESK – 72"W x 42"D x 30"H
8. EXECUTIVE DESK – 48"W x 28"D x 30"H
9. ACTIVITY CHAIR
10. 5 STAR DESK CHAIR
11. DESK LAMP – PLUG WIRED
12. BACHELOR'S CHEST WITH 32" TV
13. LUGGAGE BENCH
14. BACHELOR'S CHEST WITH TV *
15. LOUNGE CHAIR WITH OTTOMAN
16. NOT USED
17. COFFEE TABLE
18. SOFA-SLEEPER
19. FULL LENGTH MIRROR – 18"W x 60"H
20. FRAMED MIRROR
21. ARTWORK
22. CEILING MOUNTED LIGHT
23. WALL MOUNTED LIGHT
24. NOT USED
25. END TABLE – 20"W x 24"H x 24"D
26. TABLE LAMP – PLUG WIRED
27. WET BAR WITH UNDERCOUNTER REFRIGERATOR AND MICROWAVE
28. NOT USED
29. COFFEE MAKER
30. NOT USED
31. NOT USED
32. NOT USED
33. NOT USED
34. PREMIUM LOUNGE CHAIR WITH ARMS & OTTOMAN
35. NIGHT STAND
36. NIGHT STAND – 18"W
37. BENCH
38. NOT USED
39. NOT USED
40. CORNER BACHELOR'S CHEST W/ TV
41. CHAISE LOUNGE CHAIR
42. WHIRLPOOL TUB
43. ARMOIRE

* TV ARMOIRE MAY BE SUBSTITUTED BUT MINIMUM WIDTH TO BE 36"

SCALE

Ø  1'  2'  4'  8'

– Confidential –
for use by Hilton Hotels only

# Building and Furnishing

**HI/HIS**

## KING SOFA ROOM-NEW CONSTRUCTION
### (400 SQ. FT.)



**FURNISHINGS LEGEND**

1. KING BED - HEAD BOARD
2. QUEEN BED - HEAD BOARD
3. NIGHT STAND - 24"W
4. WALL MOUNTED LAMP - PLUG WIRED
5. NOT USED
6. FLOOR LAMP - PLUG WIRED
7. CURVED WORK DESK - 72"W x 42"D X 30"H
8. EXECUTIVE DESK - 48"W x 28"D x 30"H
9. ACTIVITY CHAIR
10. 5 STAR DESK CHAIR
11. DESK LAMP - PLUG WIRED
12. BACHELOR'S CHEST WITH 32" TV
13. LUGGAGE BENCH
14. BACHELOR'S CHEST WITH TV ✱
15. LOUNGE CHAIR WITH OTTOMAN
16. NOT USED
17. COFFEE TABLE
18. SOFA-SLEEPER
19. FULL LENGTH MIRROR - 18"W x 60"H
20. FRAMED MIRROR
21. ARTWORK
22. CEILING MOUNTED LIGHT
23. WALL MOUNTED LIGHT
24. NOT USED
25. END TABLE - 20"W x 24"H x 24"D
26. TABLE LAMP - PLUG WIRED
27. WET BAR WITH UNDERCOUNTER REFRIGERATOR AND MICROWAVE
28. NOT USED
29. COFFEE MAKER
30. NOT USED
31. NOT USED
32. NOT USED
33. NOT USED
34. PREMIUM LOUNGE CHAIR WITH ARMS & OTTOMAN
35. NIGHT STAND
36. NIGHT STAND - 18"W
37. BENCH
38. NOT USED
39. NOT USED
40. CORNER BACHELOR'S CHEST W/ TV
41. CHAISE LOUNGE CHAIR
42. WHIRLPOOL TUB
43. ARMOIRE

✱ TV ARMOIRE MAY BE SUBSTITUTED BUT MINIMUM WIDTH TO BE 36"

SCALE

2008 EDITION / Effective June 1, 2008

– Confidential –
for use by Hilton Hotels only

# Building and Furnishing

**HI/HIS**

## KING SOFA ROOM-RENOVATION
### (352 SQ. FT.)





FURNISHINGS LEGEND

1. KING BED - HEAD BOARD
2. QUEEN BED - HEAD BOARD
3. NIGHT STAND - 24"W
4. WALL MOUNTED LAMP - PLUG WIRED
5. NOT USED
6. FLOOR LAMP - PLUG WIRED
7. CURVED WORK DESK - 72"W x 42"D x 30"H
8. EXECUTIVE DESK - 48"W x 28"D x 30"H
9. ACTIVITY CHAIR
10. 5 STAR DESK CHAIR
11. DESK LAMP - PLUG WIRED
12. BACHELOR'S CHEST WITH 32" TV
13. LUGGAGE BENCH
14. ✱ BACHELOR'S CHEST WITH TV
15. LOUNGE CHAIR WITH OTTOMAN
16. NOT USED
17. COFFEE TABLE
18. SOFA-SLEEPER
19. FULL LENGTH MIRROR - 18"W x 60"H
20. FRAMED MIRROR
21. ARTWORK
22. CEILING MOUNTED LIGHT
23. WALL MOUNTED LIGHT
24. NOT USED
25. END TABLE - 20"W x 24"H x 24"D
26. TABLE LAMP - PLUG WIRED
27. WET BAR WITH UNDERCOUNTER REFRIGERATOR AND MICROWAVE
28. NOT USED
29. COFFEE MAKER
30. NOT USED
31. NOT USED
32. NOT USED
33. NOT USED
34. PREMIUM LOUNGE CHAIR WITH ARMS & OTTOMAN
35. NIGHT STAND
36. NIGHT STAND - 18"W
37. BENCH
38. NOT USED
39. NOT USED
40. CORNER BACHELOR'S CHEST W/ TV
41. CHAISE LOUNGE CHAIR
42. WHIRLPOOL TUB
43. ARMOIRE

✱ TV ARMOIRE MAY BE SUBSTITUTED BUT MINIMUM WIDTH TO BE 36"

SCALE



# Building and Furnishing

## 314.00  Guest Room/Suite Support Areas

**314.01  Passenger Elevators**

A. Elevator service is required in all hotels.

B. Two- and three-story hotels require a minimum of one elevator as long as that elevator complies with the maximum wait time.

C. A minimum of two elevators must be used in buildings above three stories.

D. Provide minimum 2,500 lb. capacity.

E. Minimum width of door opening is to be 3'-6" (1.07m).

F. The floor is to be covered with carpet or hard surface decorative floor covering subject to approval of Hilton Hotels. Vinyl floor tile is *not* acceptable.

G. One operating panel is required in each cab.

H. The minimum finished inside floor dimension will be 6'-8" wide and 4'-3" deep.

I. Assuming 24-30 rooms per floor, speeds must be:

| 3-4 STORIES | TYPE | UP | DOWN |
|---|---|---|---|
| Minimum | Hydraulic | 125 F.P.M. | 150 F.P.M. |
| Recommended | Hydraulic | 150 F.P.M. | 175 F.P.M. |
| Maximum wait time is forty-five seconds. | | | |

J. Heat or touch-sensitive call buttons are permitted provided there is an automatic auxiliary return in the event of fire or other emergency.

K. The elevator call button must be mounted no more than 42" (1.07m) AFF. Elevator controls and telephone must be mounted no more than 48" (1.22m) AFF.

L. All elevator controls must be equipped with a "door open" button.

M. Elevator walls must have grab rails on all three sides mounted 32" (.81m) AFF.

N. A sign stating "Do Not Use Elevator in Case of Fire - Use Stairs" must be installed at each elevator entrance on each floor and in each cab.

O. Provide Braille markings on elevator control panels.

P. A recessed telephone cabinet must contain a house phone that dials automatically to the front desk, unless otherwise required by local authorities.

Q. A rear door opening into the laundry is required when the elevator lobby is directly adjacent to the hotel lobby. A rear door opening is recommended in all cases. If a rear door opening into the laundry is provided, the door must be operable only by using an employee key to prevent guest access.



# Building and Furnishing

R. All elevator shaft walls must have a two-hour fire rating. All elevator shaft doors must have a 1½-hour fire rating.

S. Elevator Graphics (MIH)

An elevator graphic as manufactured by Harlan Graphics is to be installed in each public elevator. (See OnQ Insider > Hampton > *Make It Hampton Product Reorder Catalog* for ordering information.) Graphic to be 12"h x width of door plus 2" each side. Graphic to be centered on door opening, mounted 4'-6" A.F.F. to the bottom, and trimmed of any access at left and right sides. Lettering to be Frutiger font, 75 black. No other artwork or marketing material will be allowed within the elevator cab.

Any hotels beginning new construction, applying for re-licensing or change of ownership after February 1, 2004, must comply with this standard. All other hotels must comply by December 31, 2004. (See Standard 300.02, Make It Hampton.)

**314.02   Corridors/Elevator Lobbies**

A. Primary Corridors

1. Corridors in the guest room/suite area must be a minimum of 6'-0" wide on new construction (Hometown prototype are allowed 5'-0" corridors due to the size of the hotel). A minimum ceiling height of 8'-0" is required, except furrdowns as low as 7'-4" will be allowed for concealment of mechanical, plumbing, etc., at limited areas. Furrdowns are required at the guest room entries on new construction as shown in the prototype drawings.

2. Floors must be carpeted. Padding is required with carpet base. (See Section 302.03, for commercial grade carpeting requirements.)

3. The wall finish must be Type II vinyl wallcovering with a minimum total weight of 20 oz. per linear yard. All corridor wallcovering must have a Class "A" flame-spread rating and strippable adhesive.

   a. Knock-down textured wall finish is not permitted in the corridors.

   b. Chair rails are permitted in the corridor and must be a residential style and match décor. Surfaces may not be painted and must be of a material resistant to wear.

4. Dead-end corridors must not exceed 20'-0" (6.1m).

5. Lighting with a level of 10 foot-candles minimum, measured at floor level, must be provided in corridors, and 15 foot-candles minimum at the entry door lock.

6. A minimum 4" bound carpet base (6" recommended) is required to protect wallcovering.

7. Opaque acrylic corner guards are required at wall direction changes in high traffic areas. They must be a solid color to match the wallcovering and must be self adhesive. Exposed screws or other fasteners are not permitted.



# Building and Furnishing

8. All guest room entry doors and exterior public entrance doors must have remote card readers that operate with guest room card key.

9. Electrical outlets for housekeeping equipment must be provided a minimum of every 50'-0".

B. Secondary Corridors

Corridors to stairwells, vending areas, etc., are to be a minimum of 4'-0" (1.22m) wide unless local code requirements are more stringent.

C. Elevator Lobbies

1. Elevator lobbies are to be a minimum of 6'-0" (1.83m) in depth. Additional depth is recommended at elevator lobbies used as a passageway to a secondary entrance or exit.

2. Elevator lobby flooring must be carpet with a carpet base as a minimum. The ground floor may be tile floor but must have a wood base when adjacent to the lobby or other public area with a wood base.

3. Lighting in elevator lobbies must provide a minimum light level of ten (10) foot-candles, measured at the floor level.

D. Distributed audio (background music) is required in elevator lobbies on the ground floor, but is optional on other floors. See Standard 614.00 in Distributed Audio Standards in the Information Technology section.

**314.03   Stair Enclosures**

A. Finishes:

| ITEM | APPROPRIATE FINISH |
|------|--------------------|
| Walls | Painted - Satin finish latex |
| Rails | Painted - Oil base enamel |
| Stair Treads | Exposed concrete with sealer* |
| Landings | Exposed concrete with sealer* |
| Ceilings and underside of stairs | Painted - Satin finish latex |

* In a wood frame building, stairs must have carpet with vinyl base at landings.

*NOTE:* A class "A" flame-spread rating is required for all finishes.

B. Enclosure walls and ceilings must be of not less than two-hour, fire-resistant construction. All stair enclosures must exit directly to the exterior of the building at ground level. No storage closets or other structures must be constructed or installed under a stairwell.

C. The door assembly to the stair enclosure must have a fire protection rating of $1\frac{1}{2}$-hours minimum. These doors must be equipped with a sign that reads, "This fire door must remain closed at all times." All stair doors must be a minimum of 3'-0" (.91m) wide, have closers and have full width panic hardware on the corridor side.



# Building and Furnishing

D. Fire-rated stair doors, which may have a wire reinforced glass vision panel, must have the vision panel opening no greater than 100 sq. in. (.065m2) (recommend 3" x 33" or 10" x 10") unless local code is more stringent.

E. The corridor side of the stairwell door and the door from the stair to the exterior must have the word "EXIT" in 6" high reflective vinyl appliqué letters. The top of the letters must be 12" AFF. If the building codes require illuminated exit signs mounted at floor level, the reflecting letters are not required.

F. All stairwell doors and doors with "EXIT" lighting must include automatic door closers and must be operable from both sides. At ground level, for security purposes, the exterior stairwell door must be operable from stair side only.

G. All stairs used as fire/emergency exits must be a minimum of 44" (1.12m) wide.

H. Widths of stairways must not decrease in the direction of egress from the building.

I. Every stair landing must have a dimension, measured in the direction of travel, equal to the width of the stairway or greater.

J. All floor levels must be clearly numbered in stairwells at each landing. These letters must be a minimum of 6" (15cm) in height and be reflective vinyl appliqué type. The top of the letters must be mounted 60" AFF.

K. NFPA 101, Life Safety Code, and local building codes must be observed for information on lighting, angle, depth, width, handrails, treads, riser height, etc.

L. All stair treads and risers must be solid for the entire width of the stair.

M. Install handrails on each side of all stairs that are greater than 42" (1.07m) wide. Inside handrails must be continuous. Ends of wall-mounted railing must return to the wall.

N. Exterior, open, metal fire escape type stairs are *not* an acceptable means of egress from the building.

**314.04  Vending**

A. Walls in vending/ice areas are to be vinyl wallcovering, Type II – 20 oz. per linear yard.

B. Floor and base must be ceramic or porcelain tile. If glazed, the tile must have a non-slip additive.

C. Ceilings are to be 2' x 2' acoustical ceiling tile with tegular edge. Provide adequate recessed lighting that is wired to remain on at all times.

D. Provide a floor drain under the ice maker for condensate drainage.

E. Provide adequate water and electrical connections.

F. Provide proper HVAC cooling and a continuous exhaust. If a door is used, a supply register in addition to the exhaust fan must be provided.



# Building and Furnishing

G. All hotels must provide a free, self-service ice machine on each floor capable of producing five pounds of ice per 24-hour period for each guest room on the floor served. Hometown prototypes require only one ice machine to service the entire property. Open/bin-type ice machines are not permitted. Sanitary ice dispensing machines which operate by push button, guest room key, or tokens are acceptable, provided such tokens are freely given to guests upon arrival with additional free tokens to be available upon request (without limitations).

H. A minimum of one soft drink machine, either can or bottle type, must be provided on each floor. The soft drink machine is not required on the first floor for hotels that have a suite shop. Hometown prototypes require only one soft drink machine to service the entire property.

I. A minimum of one snack machine must be provided on the first floor. The snack machine is not required in hotels that have a suite shop. Hometown prototypes require only one snack machine to service the entire property.

**314.05   Guest Laundry (Optional)**

A. Provide ceramic or porcelain tile floor and base.

B. Walls must be Type I - 12 oz. per linear yard vinyl wallcovering.

C. Provide a finished ceiling to conceal all pipes, ducts, conduit, etc.

D. Provide a minimum of one coin operated washer and one electric dryer. Plumbing must comply with all national and local codes.

E. Provide built-in plastic laminate counter (minimum size: 24"x 48") for folding clothes.

F. Comply with ADA requirements.

G. Provide full glass or half glass door with closer and card key access. The deadbolt on the lockset must be disabled. Glass area must not be blocked for the safety of guests.

H. Provide central HVAC.

I. The lights must be wired so that they remain on at all times.

J. Provide floor drain.

K. A wall-mounted house phone is required. It must be mounted at 48" AFF as measured to the center of the phone. When lifted of the cradle, the phone must ring directly to the front desk switchboard.



# Building and Furnishing

## 315.00  Back of House Areas

**315.01   Laundry Area**

   A. Floors must be sealed concrete or better with 4" vinyl base in laundry area. The house-keeping office must have vinyl composition tile with 4" vinyl base.

   B. Walls must be painted gypsum board, masonry or better.

   C. Ceilings are to be painted or better.

   D. Minimum size of laundry and minimum number of equipment pieces must be as shown on the prototype drawings.

   E. Interior perimeter walls must be fire-resistant construction with minimum one-hour fire rating. Laundry doors within these rated walls must have a 45-minute rating minimum.

   F. Linen chutes are required in each building with three or more floors and must contain an automatic fire suppression system with an audible alarm annunciated at the front desk. The linen chute must be a factory fabricated metal chute with factory fabricated doors such as chutes manufactured by Wilkinson. In two-story buildings, a linen drop in each building is acceptable with a one-hour fire-rated door assembly to maintain the required floor-to-floor fire rating. Linen chute doors that are held open in the laundry must be equipped with fusible links to provide automatic closure in the event of a fire. The linen chute must be enclosed with two-hour fire-rated walls and $1^{1}/_{2}$-hour fire-rated access doors. Linen chutes may not be accessed directly from the guest corridor or any other public area. Linen chutes are not required in the Hometown prototype.

   G. Dryer enclosure is required. (See prototype drawings.)

   H. Central HVAC system is required for this area.

   I. Provide one wall-mounted ABC 10 lb. fire extinguisher. Additional units may be required by local fire marshal.

   J. All light bulbs must be protected by lens covers or safety tube covers.

   K. Provide a wall-mounted telephone in the laundry area.

   L. A fully stocked first-aid kit must be available within the laundry area (see Standard 108.09).

   M. Provide painted wood shelving (fully supported) or metal shelving in linen storage rooms.

**315.02   Maintenance**

   A. Floors must be VCT or better with 4" vinyl base.

   B. Walls must be painted gypsum board, masonry or better.

   C. Ceilings are to be painted or better.

   D. Provide HVAC.



# Building and Furnishing

E. Provide one wall-mounted, ABC 10 lb. fire extinguisher. Additional units may be required by local fire marshal

F. All light bulbs must be protected by lens covers or safety tube covers.

G. Provide telephone.

H. Provide electrical outlets located above the work counter.

I. Provide built-in work counter.

**315.03   Employee Facilities**

A. Back Office

1. Provide carpet, carpet pad and vinyl base as a minimum. Wallcovering must be vinyl. Ceiling to be ACT as a minimum.

2. Provide push button door hardware and peephole at the main office door entry.

3. Every workstation is to have a minimum of one phone and data outlet and one quad electrical outlet.

B. Breakroom

1. Flooring must be vinyl tile or better with 4" vinyl base.

2. Walls and ceiling are to be painted or better.

3. Provide central HVAC or a thru-wall unit in the breakroom.

4. Provide a counter, storage cabinets, microwave, full size refrigerator and sink with hot and cold water.

5. Provide a minimum of one table (high pressure laminate top) and four chairs.

6. Provide a minimum of 6 lockers, each a minimum of 2.5 cubic feet (.07m³). For hotels with 75 guest rooms or more, a minimum of 10 lockers is required.

C. Employee Restrooms

1. Flooring must be 6" x 6" minimum ceramic tile with ceramic base.

2. Walls to be painted gypsum board, masonry or better.

3. Provide a finished ceiling to conceal all pipes, ducts, conduit, etc.

4. Provide continuous exhaust.

5. The restroom must be provided separate from the public restrooms except in Hometown prototype properties. Refer to the prototype drawings for location of required accessories.

6. The restroom must meet all requirements of the ADA.



# Building and Furnishing

D. Training Facilities

1. The employee break room or a meeting room is to be used for training purposes.

2. A television and a DVD player must be provided on a rolling cart for showing training programs to employees.

3. Training facilities must have a data line extension from the PBX room as well as a separate quad 120V outlet in case a computer is required for training purposes.

## 315.04 Food Prep

A. Provide a food prep area directly adjacent to the pantry as shown on the prototype drawings. This area is to be totally enclosed.

B. The floor must be 12" x 12" ceramic or porcelain tile with a tile base.

C. Wall finish to be paint or better.

D. Provide for the following commercial grade equipment:

1. A two-compartment stainless steel sink (a three compartment stainless steel sink if required by local code or health department)

2. Garbage disposal (optional)

3. Hand sink (if required by local code or health department)

4. Refrigerator

    Must have 22 cu. ft. capacity minimum and be commercial grade (residential units and top and bottom units are not permitted). Recommended unit is True Food Service Equipment #T-23 (solid door, reach-in, single door, stainless steel finish).

5. Freezer

    Must have 22 cu. ft. capacity minimum and be commercial grade (residential units and top and bottom units are not permitted). Recommended unit is True Food Service Equipment #T-23F (solid door, reach-in, single door, stainless steel finish).

6. Microwave oven

7. Coffee Brewer (MIH)

    Provide Fetco CBS-2051 for properties under 80 keys or Fetco CBS-2052 for properties 80 keys and over. (See OnQ Insider > Hampton > *Make It Hampton Product Reorder Catalog* for suppliers.)

    Any hotels beginning new construction, applying for re-licensing or change of ownership after February 1, 2004 must comply with this standard. All other hotels must comply by December 31, 2004. (See Standard 300.02, Make It Hampton.)



# Building and Furnishing

| **FETCO CBS-2051 Single Position Pulse Brewer** | | |
|---|---|---|
| **ACCESSORIES AND ANCILLARY EQUIPMENT** | **PART NUMBER(S)** | **COMMENTS** |
| One gallon dispenser w/ base | L3D1.0 | Five per property |
| Brew Stand | BS-1 | Two per property |
| Zorjirushi Stainless Airpot | SR-AG30XA | Six per property |
| **INSTALLATION REQUIREMENTS** | | |
| Base Equipment External Dimensions | Footprint: $12^3/_4$"w X $17^1/_2$"d, Height: $37^1/_4$"h | |
| Minimum Clearance Requirements | 38" | |
| Equipment Weight | 139 lbs. filled | |
| Installation Electrical Requirement | Separate, dedicated 240V, 25.8A, (30 Amp breaker required), single phase 3 wire plus ground, NEMA 14-30 | |
| Installation Plumbing and Waste Requirements | Water inlet is 3/8" male flare … 20 – 75 psig, 1.0 gpm flow rate | |
| Ventilation Requirements | Vents from front of unit | |
| Other Installation Requirements and Issues | Unit requires neutral wire. Brewer may be used at 208-220-240V | |

| **FETCO CBS-2052 Dual Position Pulse Brewer** | | |
|---|---|---|
| **ACCESSORIES AND ANCILLARY EQUIPMENT** | **PART NUMBER(S)** | **COMMENTS** |
| 1.5 gallon dispenser w/ base | L3D1.5 | Four per property |
| 1.0 gallon dispenser w/base | L3D1.0 | Two per property |
| Brew Stand | BS-1 | Two per property |
| Zorjirushi Stainless Airpot | SR-AG30XA | Six per property |
| **INSTALLATION REQUIREMENTS** | | |
| Base Equipment External Dimensions | Footprint: $21^3/_4$"w X $22^1/_2$"d, Height: 37"h | |
| Minimum Clearance Requirements | 38" | |
| Equipment Weight | 178 lbs. filled | |
| Installation Electrical Requirement | Separate, dedicated, 240V, 25.8A, (30 Amp breaker required), single phase 3 wire plus ground, (field convertible to 3 phase 4 wire plus ground), NEMA 14-30 | |
| Installation Plumbing and Waste Requirements | Water intake is 3/8" male flare … 20 – 75 psig, 1.5 gpm flow rate | |
| Ventilation Requirements | Unit vents from front | |
| Other Installation Requirements and Issues | Unit requires neutral wire. Brewer may be used at 208-220-240V | |



# Building and Furnishing

8. Convection Oven (MIH)

Provide Moffat Turbofan E31 for properties under 120 rooms, Moffat Turbofan E32 for properties 121 rooms and over. When there is insufficient countertop space available, an oven stand is necessary and is recommended when possible. (See OnQ Insider > Hampton > *Make It Hampton Product Reorder Catalog* for suppliers.) Any new electrical runs on existing properties must be concealed from guests' view if access through a public area is necessary.

Any hotels beginning new construction, applying for re-licensing or change of ownership after February 1, 2004 must comply with this standard. All other hotels must comply by December 31, 2004. (See <u>Standard 300.02</u>, Make It Hampton.)

| Moffat E31 Convection Oven (for re-therming) | | |
|---|---|---|
| **ACCESSORIES AND ANCILLARY EQUIPMENT** | **PART NUMBER(S)** | **COMMENTS** |
| Equipment Stand | A25 | Only used in non-countertop applications |
| **INSTALLATION REQUIREMENTS** | | |
| Base Equipment External Dimensions | Footprint: 31³/₈"w X 23⁵/₈"d, Height: 22⁷/₈"h | |
| Minimum Clearance Requirements | 2" Sides and back – Top clearance required – Do not obstruct vent on top of oven | |
| Equipment Weight | 187 lbs. | |
| Installation Electrical Requirement | Separate, dedicated 240 V, 60 Hz, 1P+N+E, 3.1 kW NEMA 6-15. Requires adapter kit for 208 V | |
| Installation Plumbing and Waste Requirements | 3/8" I.D. male hose connection; 20-80 psi | |
| Ventilation Requirements | As required by code | |
| Other Installation Requirements and Issues | Existing properties must install a new 208 or 220 circuit depending on their location. Circuit availability must be coordinated with the oven supplier. | |



# Building and Furnishing

8.  Convection Oven (continued)

| Moffat E32 Convection Oven (for re-therming) | | |
|---|---|---|
| **ACCESSORIES AND ANCILLARY EQUIPMENT** | **PART NUMBER(S)** | **COMMENTS** |
| Equipment Stand | A25 | Only used in non-countertop applications |
| **INSTALLATION REQUIREMENTS** | | |
| Base Equipment External Dimensions | Footprint: 28"w X 32"d, Height: 26$^3/_8$"h | |
| Minimum Clearance Requirements | 2" Sides and back –Top clearance required Do not obstruct vent on top of oven | |
| Equipment Weight | 181 lbs. | |
| Installation Electrical Requirement | Separate, dedicated 240 V, 60 Hz, 6.66kW, 27.8A. Hard wired (no receptacle or plug). Adapter kit required for 208 V | |
| Installation Plumbing and Waste Requirements | 3/4" thread; 20-80 psi | |
| Ventilation Requirements | As required by code. | |
| Other Installation Requirements and Issues | (No cord and plug supplied - local electrical hookup needed). Existing properties must install a new 208 or 220 circuit depending on their location. Circuit availability must be coordinated with the oven supplier. | |

| Moffat A25 Stainless Steel Oven Stand (for E31/E32) | | |
|---|---|---|
| **ACCESSORIES AND ANCILLARY EQUIPMENT** | **PART NUMBER(S)** | **COMMENTS** |
| Casters (Casters Included) | | Recommend casters for mobility |
| **INSTALLATION REQUIREMENTS** | | |
| Base Equipment External Dimensions | Footprint: 27$^5/_8$"w X 24$^7/_8$"d, Height: 37$^3/_8$" with casters | |
| Minimum Clearance Requirements | Per oven spec | |
| Equipment Weight | 40 lbs.; Packed weight: 42 lbs. | |
| Installation Electrical Requirement | None | |
| Installation Plumbing and Waste Requirements | None | |
| Ventilation Requirements | None | |
| Other Installation Requirements and Issues | Supplied CKD; On-site assembly required | |



# Building and Furnishing

    9. Other

        a. Adequate storage for breakfast bar items must be provided.

        b. Dishwashers, if provided, must meet local health department requirements.

E. The prep area is to be cooled with a secondary air source. No ductwork should be placed in the room that is connected to a heating system. Two CFM/s.f. of the room dimension should be provided. This space does not require heating anytime throughout the year.

## 315.05  Storage Rooms

A. Indoor Storage

    1. Adequate storage must be provided (see current prototype drawings).

    2. Linen storage rooms must have vinyl composition tile with 4" vinyl base. All other storage rooms must have sealed concrete floors or better with 4" vinyl base.

    3. Walls and ceilings must have painted finish or better.

    4. Cool white lamps are permitted in storage rooms and other back of house areas. Warm white is preferred. All light bulbs must be protected by lens covers or safety tube covers.

    5. Electronic locksets are recommended at all linen storage rooms.

    6. Indoor storage must include provisions for:

        a. Linen storage (including duvet covers, duvets, blankets, etc.)

        b. Replacement furniture and carpet (at least one set, including mattress and box springs)

        c. Stationary and miscellaneous supplies for rooms (including hand soap)

        d. Extra guest equipment (irons, ironing boards, hair dryers, etc.)

        e. Extra television sets and extra individual air conditioning units

        f. Toilet tissue, facial tissue, coffee host supplies, matches and glasses

        g. Roll-aways and baby cribs

        h. Chemical and soap supplies

        i. Maid carts, vacuums and related housekeeping equipment



# Building and Furnishing

B. Outdoor Storage

*All existing storage buildings must meet the Outdoor Storage standard by December 31, 2010. Temporary or portable structures are not permitted.*

An outdoor storage building is required and must be a concrete block structure with an exterior finish to match that of the main hotel tower. The interior must be painted as a minimum. The floor finish must be sealed concrete. Double metal doors with a ramp leading up to them shall be provided for ease of equipment transfer into and out of the building. The building area shall provide space for the following:

1. Tools, equipment and work area

2. Maintenance supplies and a workbench including necessary electrical outlets

3. Lawn equipment (mower, edger, shears, hose, etc.)

4. Littervac, wheelbarrow and snow removal equipment, where applicable

   *NOTE:* Gasoline-powered equipment and flammable liquids must be stored in an enclosure away from the main building. Small quantities of daily use/work-in-progress flammable paints and chemicals may be stored in a cabinet specifically constructed and approved for the storage of flammable liquids.

**315.06  Electrical Rooms**

A. Floors to be sealed concrete or better with 4" vinyl base.

B. The walls and ceilings must be painted.

C. Storage of any materials in these rooms is prohibited.

D. All electrical panel boxes and circuits must be labeled.

E. Unless prohibited by local authorities, all electrical panels and circuits accessible to the public must be kept locked.

F. Exposed electrical panel boxes must be finished to coordinate/blend with surrounding interior finish and color scheme. Electrical panel boxes must be located in separate panel rooms when possible.

G. All light bulbs must be protected by lens covers or safety tube covers.



# Building and Furnishing

**315.07    Mechanical/Equipment Rooms**

    A.  Floors to be sealed concrete or better with 4" vinyl base. All water heating equipment rooms must have a floor drain with trap primer and if located on an upper floor, a waterproof membrane under a VCT floor.

    B.  Walls and ceiling must be painted.

    C.  Storage of any materials in these rooms is prohibited.

    D.  Temperature gauges must be provided in all hot water supply lines.

    E.  Combustion and make-up air inlets must be sized according to AGA and the manufacturer's installation instructions.

    F.  All light bulbs must be protected by lens covers or safety tube covers.

**315.08    Computer and Telecom Room**

    A.  For maximum efficiency the computer equipment room must be within 100 feet of the telecom equipment.

    B.  Due to equipment heat output, this room does not require heating anytime throughout the year, therefore care should be taken to select a system that operates on low ambiant conditions. An exhaust fan may be used if sized to exhaust 2.5 CFM/s.f. and runs continuously. If the room is located on an exterior wall, a PTAC unit may be used, but it must have an architechtural, extruded aluminum louver powder coated to match the adjacent building color and must be a nominal 7000 BTU unit.

    C.  See prototype drawings for electrical in this room.

**315.09    Trash/Recycling Area**

    A.  Trash chutes and trash collection rooms are not permitted.

    B.  Dumpster receptacles must be fully hidden from public view within a dumpster enclosure. The enclosure must be a concrete block structure with an exterior finish to match that of the main hotel tower. The interior must be painted as a minimum. Painted steel pipe bollards must be installed within the enclosure to prevent damage to the enclosure's walls. The receptacle opening must have opaque wood doors that close and secure. Doors must remain secured when not in use.

    C.  If the hotel participates in a recycling program mandated by local legislation, the commercial recycling dumpster must be fully enclosed and hidden from public view. The dumpster area must have wooden doors that close and secure. Doors must remain secured when not in use.

    D.  Provide a weather tight hose bib on the enclosure when allowed by code.



# Building and Furnishing

## 316.00  Signage

See Standard 404.00 in Trademarks and Identity for more information and sign illustrations.

316.01   A construction project identification sign as shown in the prototype drawings must be installed once construction begins.

316.02   A minimum of one ground monument sign and one building mounted sign is required for all properties.

 A.  One or more internally illuminated building mounted signs must be provided on the guest building.

 B.  Signs are to be time switched or photo-cell controlled.

 C.  Refer to exterior signage brochure for additional information.

 D.  Submit all signage to Hilton Hotels for approval.

316.03   Exterior signage must be manufactured and installed by contractors under license agreement by Hilton Hotels Corporation only. Signage must be dedicated and limited to Hampton graphics. No additional advertising (banners, billboards and interior or exterior reader boards) will be permitted on the exterior of the building. Refer to exterior signage brochure for additional information.

316.04   A comprehensive system of information signs must be installed directing guests to all appropriate facilities contained within the building.

316.05   Interior corridor signage must be brought up to the current standard at the time of any renovation within the corridor.

316.06   Trademarks owned by Hilton Hotels Corporation must not be etched in any construction surface where they become permanent and cannot be easily removed.

316.07   A comprehensive listing of all exterior and interior sign signage can be found on the hamptonfranchise.com website.



## 317.00 Master Antenna Television System

317.01 The master antenna television (MATV) system must receive and distribute to all guest rooms, without degradation, all color television broadcast stations (VHF and UHF) normally received in that television market. At a minimum, if normally received in the area, channels must include all major networks and public stations, plus one independent station and one 24-hour movie channel.

317.02 The system must be capable of receiving and distributing adjacent VHF television channels and converting desired UHF television channels to adjacent VHF television channels in the bandwidth of 50 to 250 megahertz (MHz).

317.03 The system must be capable of continuous 24-hour operation in a temperature environment of -10° to 100° F (-23° to 43°C).

317.04 All equipment must be designed for 117 volt (nominal) 60 Hz operation and be UL approved.

317.05 The system must be designed for subsequent expansion. The system must be capable of distributing 20 adjacent television channels within the band-width of 50 to 250 MHz by modification of the "head end" only (antennas and strip amplifiers).

# Building and Furnishing

## 318.00  Existing Hampton Inn Exterior Corridor Hotels

**318.01   General**

Exterior corridor hotels may be two- or three-storied structures. Standards in 318.00 are required for existing exterior corridor hotels in addition to standards in the 300.00 Design and Construction section. Exterior corridor hotels are not allowed for new construction.

**318.02   Fire Safety Systems**

Exterior Corridor Buildings

A. All hotels constructed with exterior corridors must be provided with a general alarm system capable of being heard in each guest room and throughout the commercial area.

B. Exterior corridor hotels must have manual pull alarm initiating devices capable of sounding an alarm at the point of origin and at the front desk. Devices must be connected to an annunciator panel at the front desk or other central locations approved by the governmental authority. The panel must be visible to the front desk employees. It may be located in the back office work area unless otherwise required by the local authority. The panel may *not* be located in the back wall facing the registration desk. Manual fire alarm pull stations capable of sounding a general alarm must be located behind the front desk, at exit doors, and at exit stairs on each floor. The panel must indicate which specific device is the alarm source.

C. An automatic sprinkler system is not required for exterior corridor hotels except as otherwise directed by governmental authority having jurisdiction or if wood construction is used.

D. A dry-pipe sprinkler system is also required at the exterior balconies of wood frame construction buildings.

**318.03   Exterior Colors**

A. Metal roofs are not to be painted unless deemed necessary by the Hilton Hotels Quality Assurance Department.

B. There are three color scheme options when painting the hotel's exterior. All options require that the handrails remain bronze and not be painted. Acceptable paint colors are as follows:

   1. Main building: Dryvit #108 Manor White; Column trim: Dryvit #442 Cotton; Roof: Berridge Forest Green, Colonial Red or Dark Bronze.

   2. Main building: Dryvit #400 French Toast; Column trim: Dryvit #109 Eggshell Cream (or #108 Manor White); Roof: Berridge Forest Green, Colonial Red or Dark Bronze.

   3. Main building: Dryvit #110 Van Dyke; Column trim: Dryvit #442 Cotton; Roof: Berridge Forest Green, Colonial Red or Dark Bronze.



# Building and Furnishing

**318.04  Doors**

    A.  The exterior doors and frames must be painted to match the exterior finish of the building.

    B.  Entry doors leading to the exterior of the building are to be 1⅜" (3.49cm) minimum (1¾" [4.45cm] recommended) and are to be insulated, 20 gauge reinforced metal of reversible design with 12 gauge lock reinforcement.

    C.  In coastal areas, steel doors must have a zinc coating of not less than 1.25 oz. (35.5 gr.) per sq. ft. in accordance with American Society for Testing Materials (ASTM) A 525, or local equivalent.

    D.  Exterior corridor entry doors are to have three hinges. Spring loaded hinges are not required.

    E.  Door Frames

        1.  Sixteen gauge, fully welded frames must be utilized for exterior corridor guest room entry doors.

        2.  Knockdown frames are not permitted at exterior corridor guest room's entry doors.

        3.  Exterior corridor guest room entry doors do not have to be self-closing.

    F.  Door Hardware

    Exterior corridor applications require that the entry door electronic lockset be approved by the manufacturer for exterior use.

**318.05  Guest Room Windows**

    Glass must be tempered in exterior corridor guest room window units.

**318.06  Electrical**

    In exterior corridor hotels, the switch at the guest room entry door must operate the required floor lamp in lieu of a ceiling mounted light fixture at the entry.

**318.07  Towel Shelves**

    When tub/shower and toilet are separate from the lavatory, a towel bar must be located at the vanity in addition to the typical wood towel shelf located over the toilet. The towel bar at the vanity must be a minimum length of 18".



# Building and Furnishing

**318.08   Re-licensing/Change of Ownership**

Upon re-licensing or change of ownership on exterior corridor properties, the following items must be addressed. All applications must be reviewed and approved by Hilton prior to installation.

A. Guest room walkways (those directly adjacent to guest room entries) must receive a new application of a decorative, non-slip surface. It must not be painted. Typical site sidewalks are not included.

B. Exterior corridor light fixtures along the guest room walkways must be replaced with a new decorative fixture. The fixture must provide a minimum of 10 foot-candles measured at the guest room door handle.

C. All sunken lobbies are required to be raised to the same level as the entry and registration desk. If there are structural difficulties or a proposed alternative method, these must be submitted to Hilton for approval.

D. Guestrooms

1. The Style Right package must be installed in all guestrooms. Visit OnQ Insider > Hampton or hamptonfranchise.com for specific requirements for this package.

2. Plantation shutters are required as a window treatment. This is in addition to the required valance (a minimum of 8" in height) and side panels.

3. A 4' x 4' tiled area inside the guest room entry door is required. The tiled area must encompass the area covered by the swing of the door.

4. A surface mounted fluorescent drum fixture with one 40-watt and one 32-watt circuline warm white lamp for damp locations must be provided in the guest room bath where the vanity is separate form the tub and toilet. This fixture shall be in the tub area or may be used with a separate vanity light in areas where the vanity, tub and toilet are combined in one room. The fixture shall have a white canopy with an acrylic diffuser and high PF 120V ballast such as International Lighting's #E8234.



# Building and Furnishing

**318.09   Standard Room Layouts for Existing Corridor Hotels**

Standard Room Layouts for existing exterior corridor Hampton Inn hotels are on the following pages:

Exterior Corridor Double Room – (11' wide x 18' deep)

Exterior Corridor King Room – (12' wide x 18' deep)

Exterior Corridor King Room with Activity Table – (12' wide x 18' deep)

Exterior Corridor King Room with Connecting Door – (12' wide x 18' deep)

Exterior Corridor King Study Room – (12' wide x 18' deep)

Exterior Corridor King Room – (12' wide x 16' deep)

Exterior Corridor King Deluxe Room – (12' wide x 15.5' deep)

Exterior Corridor Double Room with Activity Table – (12' wide x 18' deep)

Exterior Corridor King Room – (11' wide x 18' deep)

– Confidential –
for use by Hilton Hotels only

# Building and Furnishing

**Exterior Corridor Double Room – (11' wide x 18' deep)**

 

## Furnishings Legend

**Existing**

1  King bed 76" x 80"
2  Double bed 54" x 80"
3  Nightstand 16"D x 20"W
4  Framed mirror 24"W x 34"D
5  Luggage bench 42"W x 22"D
6  Chest 30"W x 22"D
7  Desk 42"W x 22"D
8  Clothing Armoire 36"W x 22"D
9  Activity table 30"Diam. x 32"H
10  Coffee table 18" x 30"
11  Activity chair 22"W x 24"D x 32"H
12  Desk chair 18"W x 22"D x 32"H
13  Recliner/lounge chair
    32"W x 36"D x 38"H
14  Sofa sleeper 64"W x 35"D
15  Single-arm wall-mounted lamp
16  Double-arm wall-mounted lamp
17  Floor lamp
18  Desk lamp
19  Artwork
20  Television
21  TV armoire 36"W x 22"D
22  Vanity stool

**New**

23  Executive work desk 24"D x 48"W
24  Curved work desk 42"D x 72"W
25  Ergonomic desk chair
26  Task lamp with plug
27  Micro-fridge unit
28  Coffee maker
29  Desk chair 18"W x 22"D x 32"H
30  Artwork at desk

– Confidential –
for use by Hilton Hotels only

# Building and Furnishing

**Exterior Corridor King Room – (12' wide x 18' deep)**

 

## Furnishings Legend

**Existing**
1  King bed 76" x 80"
2  Double bed 54" x 80"
3  Nightstand 16"D x 20"W
4  Framed mirror 24"W x 34"D
5  Luggage bench 42"W x 22"D
6  Chest 30"W x 22"D
7  Desk 42"W x 22"D
8  Clothing Armoire 36"W x 22"D
9  Activity table 30"Diam. x 32"H
10  Coffee table 18" x 30"
11  Activity chair 22"W x 24"D x 32"H
12  Desk chair 18"W x 22"D x 32"H
13  Recliner/lounge chair
    32"W x 36"D x 38"H
14  Sofa sleeper 64"W x 35"D
15  Single-arm wall-mounted lamp
16  Double-arm wall-mounted lamp
17  Floor lamp
18  Desk lamp
19  Artwork
20  Television
21  TV armoire 36"W x 22"D
22  Vanity stool

**New**
23  Executive work desk 24"D x 48"W
24  Curved work desk 42"D x 72"W
25  Ergonomic desk chair
26  Task lamp with plug
27  Micro-fridge unit
28  Coffee maker
29  Desk chair 18"W x 22"D x 32"H
30  Artwork at desk

– Confidential –
for use by Hilton Hotels only

# Building and Furnishing

**Exterior Corridor King Room with Activity Table – (12' wide x 18' deep)**

 

## Furnishings Legend

**Existing**

1  King bed 76" x 80"
2  Double bed 54" x 80"
3  Nightstand 16"D x 20"W
4  Framed mirror 24"W x 34"D
5  Luggage bench 42"W x 22"D
6  Chest 30"W x 22"D
7  Desk 42"W x 22"D
8  Clothing Armoire 36"W x 22"D
9  Activity table 30"Diam. x 32"H
10  Coffee table 18" x 30"
11  Activity chair 22"W x 24"D x 32"H
12  Desk chair 18"W x 22"D x 32"H
13  Recliner/lounge chair
     32"W x 36"D x 38"H
14  Sofa sleeper 64"W x 35"D
15  Single-arm wall-mounted lamp
16  Double-arm wall-mounted lamp
17  Floor lamp
18  Desk lamp
19  Artwork
20  Television
21  TV armoire 36"W x 22"D
22  Vanity stool

**New**

23  Executive work desk 24"D x 48"W
24  Curved work desk 42"D x 72"W
25  Ergonomic desk chair
26  Task lamp with plug
27  Micro-fridge unit
28  Coffee maker
29  Desk chair 18"W x 22"D x 32"H
30  Artwork at desk

– Confidential –
for use by Hilton Hotels only

# Building and Furnishing

**Exterior Corridor King Room with Connecting Door – (12' wide x 18' deep)**




## Furnishings Legend

**Existing**

1  King bed 76" x 80"
2  Double bed 54" x 80"
3  Nightstand 16"D x 20"W
4  Framed mirror 24"W x 34"D
5  Luggage bench 42"W x 22"D
6  Chest 30"W x 22"D
7  Desk 42"W x 22"D
8  Clothing Armoire 36"W x 22"D
9  Activity table 30"Diam. x 32"H
10  Coffee table 18" x 30"
11  Activity chair 22"W x 24"D x 32"H
12  Desk chair 18"W x 22"D x 32"H
13  Recliner/lounge chair
     32"W x 36"D x 38"H
14  Sofa sleeper 64"W x 35"D
15  Single-arm wall-mounted lamp
16  Double-arm wall-mounted lamp
17  Floor lamp
18  Desk lamp
19  Artwork
20  Television
21  TV armoire 36"W x 22"D
22  Vanity stool

**New**

23  Executive work desk 24"D x 48"W
24  Curved work desk 42"D x 72"W
25  Ergonomic desk chair
26  Task lamp with plug
27  Micro-fridge unit
28  Coffee maker
29  Desk chair 18"W x 22"D x 32"H
30  Artwork at desk

– Confidential –
for use by Hilton Hotels only

# Building and Furnishing

**Exterior Corridor King Study Room – (12' wide x 18' deep)**

 

## Furnishings Legend

**Existing**

1 King bed 76" x 80"
2 Double bed 54" x 80"
3 Nightstand 16"D x 20"W
4 Framed mirror 24"W x 34"D
5 Luggage bench 42"W x 22"D
6 Chest 30"W x 22"D
7 Desk 42"W x 22"D
8 Clothing Armoire 36"W x 22"D
9 Activity table 30"Diam. x 32"H
10 Coffee table 18" x 30"
11 Activity chair 22"W x 24"D x 32"H
12 Desk chair 18"W x 22"D x 32"H
13 Recliner/lounge chair
   32"W x 36"D x 38"H
14 Sofa sleeper 64"W x 35"D
15 Single-arm wall-mounted lamp
16 Double-arm wall-mounted lamp
17 Floor lamp
18 Desk lamp
19 Artwork
20 Television
21 TV armoire 36"W x 22"D
22 Vanity stool

**New**

23 Executive work desk 24"D x 48"W
24 Curved work desk 42"D x 72"W
25 Ergonomic desk chair
26 Task lamp with plug
27 Micro-fridge unit
28 Coffee maker
29 Desk chair 18"W x 22"D x 32"H
30 Artwork at desk

– Confidential –
for use by Hilton Hotels only

# Building and Furnishing

**Exterior Corridor King Room – (12' wide x 16' deep)**

 

## Furnishings Legend

**Existing**

1  King bed 76" x 80"
2  Double bed 54" x 80"
3  Nightstand 16"D x 20"W
4  Framed mirror 24"W x 34"D
5  Luggage bench 42"W x 22"D
6  Chest 30"W x 22"D
7  Desk 42"W x 22"D
8  Clothing Armoire 36"W x 22"D
9  Activity table 30"Diam. x 32"H
10  Coffee table 18" x 30"
11  Activity chair 22"W x 24"D x 32"H
12  Desk chair 18"W x 22"D x 32"H
13  Recliner/lounge chair
    32"W x 36"D x 38"H
14  Sofa sleeper 64"W x 35"D
15  Single-arm wall-mounted lamp
16  Double-arm wall-mounted lamp
17  Floor lamp
18  Desk lamp
19  Artwork
20  Television
21  TV armoire 36"W x 22"D
22  Vanity stool

**New**

23  Executive work desk 24"D x 48"W
24  Curved work desk 42"D x 72"W
25  Ergonomic desk chair
26  Task lamp with plug
27  Micro-fridge unit
28  Coffee maker
29  Desk chair 18"W x 22"D x 32"H
30  Artwork at desk

– Confidential –
for use by Hilton Hotels only

# Building and Furnishing

**Exterior Corridor King Deluxe Room – (12' wide x 15.5' deep)**

 

## Furnishings Legend

**Existing**

1  King bed 76" x 80"
2  Double bed 54" x 80"
3  Nightstand 16"D x 20"W
4  Framed mirror 24"W x 34"D
5  Luggage bench 42"W x 22"D
6  Chest 30"W x 22"D
7  Desk 42"W x 22"D
8  Clothing Armoire 36"W x 22"D
9  Activity table 30"Diam. x 32"H
10  Coffee table 18" x 30"
11  Activity chair 22"W x 24"D x 32"H
12  Desk chair 18"W x 22"D x 32"H
13  Recliner/lounge chair
    32"W x 36"D x 38"H
14  Sofa sleeper 64"W x 35"D
15  Single-arm wall-mounted lamp
16  Double-arm wall-mounted lamp
17  Floor lamp
18  Desk lamp
19  Artwork
20  Television
21  TV armoire 36"W x 22"D
22  Vanity stool

**New**

23  Executive work desk 24"D x 48"W
24  Curved work desk 42"D x 72"W
25  Ergonomic desk chair
26  Task lamp with plug
27  Micro-fridge unit
28  Coffee maker
29  Desk chair 18"W x 22"D x 32"H
30  Artwork at desk

– Confidential –
for use by Hilton Hotels only

# Building and Furnishing

**Exterior Corridor Double Room with Activity Table – (12' wide x 18' deep)**

 

## Furnishings Legend

**Existing**

1  King bed 76" x 80"
2  Double bed 54" x 80"
3  Nightstand 16"D x 20"W
4  Framed mirror 24"W x 34"D
5  Luggage bench 42"W x 22"D
6  Chest 30"W x 22"D
7  Desk 42"W x 22"D
8  Clothing Armoire 36"W x 22"D
9  Activity table 30"Diam. x 32"H
10  Coffee table 18" x 30"
11  Activity chair 22"W x 24"D x 32"H
12  Desk chair 18"W x 22"D x 32"H
13  Recliner/lounge chair
    32"W x 36"D x 38"H
14  Sofa sleeper 64"W x 35"D
15  Single-arm wall-mounted lamp
16  Double-arm wall-mounted lamp
17  Floor lamp
18  Desk lamp
19  Artwork
20  Television
21  TV armoire 36"W x 22"D
22  Vanity stool

**New**

23  Executive work desk 24"D x 48"W
24  Curved work desk 42"D x 72"W
25  Ergonomic desk chair
26  Task lamp with plug
27  Micro-fridge unit
28  Coffee maker
29  Desk chair 18"W x 22"D x 32"H
30  Artwork at desk

– Confidential –
for use by Hilton Hotels only

# Building and Furnishing

**Exterior Corridor King Room – (11' wide x 18' deep)**




## Furnishings Legend

**Existing**

1  King bed 76" x 80"
2  Double bed 54" x 80"
3  Nightstand 16"D x 20"W
4  Framed mirror 24"W x 34"D
5  Luggage bench 42"W x 22"D
6  Chest 30"W x 22"D
7  Desk 42"W x 22"D
8  Clothing Armoire 36"W x 22"D
9  Activity table 30"Diam. x 32"H
10  Coffee table 18" x 30"
11  Activity chair 22"W x 24"D x 32"H
12  Desk chair 18"W x 22"D x 32"H
13  Recliner/lounge chair
     32"W x 36"D x 38"H
14  Sofa sleeper 64"W x 35"D
15  Single-arm wall-mounted lamp
16  Double-arm wall-mounted lamp
17  Floor lamp
18  Desk lamp
19  Artwork
20  Television
21  TV armoire 36"W x 22"D
22  Vanity stool

**New**

23  Executive work desk 24"D x 48"W
24  Curved work desk 42"D x 72"W
25  Ergonomic desk chair
26  Task lamp with plug
27  Micro-fridge unit
28  Coffee maker
29  Desk chair 18"W x 22"D x 32"H
30  Artwork at desk





**Section 400**

# Trademark and Identity

**– CONFIDENTIAL –**
for use by Hilton Hotels only

**Any questions regarding the contents
of this manual may be addressed to:**

**HILTON HOTELS CORPORATION
755 CROSSOVER LANE
MEMPHIS, TENNESSEE 38117-4900
PHONE: 901/374-5000**

05272008



# Trademark and Identity

Purpose and Scope. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 400-1

400.00    Trademark and Identity Standards – General . . . . 400-2

401.00    Service Mark Usage – Print Material . . . . . . . . . . 400-4

402.00    Hampton Property Stationery . . . . . . . . . . . . . . . . 400-7

403.00    Trademark Usage – Outdoor Advertising . . . . . . 400-13

404.00    Exterior Signage . . . . . . . . . . . . . . . . . . . . . . . . . . 400-29
          404.05    HI P13 D/F Directional Sign . . . . . . . . . 400-30
          404.06    HI P-16 D/F Directional Sign. . . . . . . . . 400-31
          404.07    HI P-32 D/F Monument Sign. . . . . . . . . 400-32
          404.08    HI P-82 D/F Pylon Sign . . . . . . . . . . . . . 400-33
          404.09    HI P-82 D/F Pylon Sign . . . . . . . . . . . . . 400-34
          404.10    HI P-182 D/F Pylon Sign . . . . . . . . . . . . 400-35
          404.11    HI P-82 D/F Pylon Sign . . . . . . . . . . . . . 400-36
          404.12    HI P312 D/F Pylon Cabinet . . . . . . . . . . 400-37
          404.13    HI P312 D/F Pylon Cabinet . . . . . . . . . . 400-38
          404.14    HI P312 D/F Pylon Cabinet . . . . . . . . . . 400-39
          404.15    HI Stacked F.C.O. Building Letters . . . . . 400-40
          404.16    HI Linear F.C.O. Building Letters . . . . . . 400-40
          404.17    HI Stacked Building Letters . . . . . . . . . . 400-41
          404.18    HI Linear Building Letters. . . . . . . . . . . . 400-42
          404.19    Alternate Face Layouts for
                    HIS-10D Sign. . . . . . . . . . . . . . . . . . . . . . 400-45
          404.20    D/F HIS-40 Monument Sign . . . . . . . . . . 400-46
          404.21    D/F HIS-60 Monument Sign . . . . . . . . . 400-47
          404.22    D/F HIS-88 Pylon Sign . . . . . . . . . . . . . . 400-48
          404.23    D/F HIS-150 Pylon Sign . . . . . . . . . . . . . 400-49
          404.24    D/F HIS-220 Pylon Sign . . . . . . . . . . . . . 400-50
          404.25    D/F HIS-385 Hi-Rise Pylon Sign . . . . . . 400-51
          404.26    HIS Stacked Building Letters . . . . . . . . . 400-52
          404.27    HIS Linear Building Letters. . . . . . . . . . . 400-52
          404.28    HIS Stacked Building Letters . . . . . . . . . 400-53
          404.29    HIS Linear Building Letters. . . . . . . . . . . 400-53
          404.30    Building Number . . . . . . . . . . . . . . . . . . 400-54
          404.31    Entrance Canopy Clearance . . . . . . . . . . 400-54

405.00    Interior Signage . . . . . . . . . . . . . . . . . . . . . . . . . . 400-55
          405.01    ADA Font Requirements . . . . . . . . . . . . . 400-55
          405.02    Guest Room Numbers . . . . . . . . . . . . . . 400-55
          405.03    General Specifications for
                    Public Area Signs. . . . . . . . . . . . . . . . . . 400-59
          405.05    Stairs/Floor Numbers . . . . . . . . . . . . . . 400-61
          405.06    Guest Room Evacuation . . . . . . . . . . . . . 400-62
          405.07    Elevator Lobby Signage. . . . . . . . . . . . . . 400-63
          405.08    Meeting Room/Hospitality Suites . . . . . . 400-63



# Trademark and Identity

405.09    Other ID Signage with
Operating Hours . . . . . . . . . . . . . . . . . . .400-63
405.10    Room/Area Identification Signage . . . . .400-65
405.11    Directional Signage. . . . . . . . . . . . . . . . .400-66
405.12    Informational Signage . . . . . . . . . . . . . .400-69
405.13    Whirlpool/Fitness Center Signage . . . . .400-71
405.14    Interior/Exterior Pool Area Signage . . . .400-72
405.15    Aluminum Parking Signs . . . . . . . . . . . .400-74
405.16    Individual Letters/Numbers . . . . . . . . . .400-75

**406.00    Welcome Touchpoint Signage Items . . . . . . . . . .400-76**
406.01    Front Desk Graphics . . . . . . . . . . . . . . . .400-76
406.02    Front Entry Graphics. . . . . . . . . . . . . . . .400-77
406.03    Automatic Front Entry Graphics . . . . . .400-78
406.04    Elevator Wrap Graphics . . . . . . . . . . . . .400-78

**407.00    Brand Identity System . . . . . . . . . . . . . . . . . . . . .400-79**
407.01    The Typefaces . . . . . . . . . . . . . . . . . . . .400-79
407.02    The Color Palette. . . . . . . . . . . . . . . . . .400-80
407.03    The Pattern . . . . . . . . . . . . . . . . . . . . . .400-80
407.04    The Image Bank. . . . . . . . . . . . . . . . . . .400-82

**408.00    The Welcome . . . . . . . . . . . . . . . . . . . . . . . . . . .400-83**
408.01    Entry Door Graphics. . . . . . . . . . . . . . . .400-83
408.02    Vestibule Graphics. . . . . . . . . . . . . . . . .400-84
408.03    Front Desk. . . . . . . . . . . . . . . . . . . . . . .400-85
408.04    Front Desk Framed Art . . . . . . . . . . . . . .400-86
408.05    Keycard . . . . . . . . . . . . . . . . . . . . . . . .400-87
408.06    Keycard Jacket . . . . . . . . . . . . . . . . . . .400-88
408.07    Elevator Door Graphic . . . . . . . . . . . . . .400-89
408.08    Name Tags . . . . . . . . . . . . . . . . . . . . . . .400-90
408.09    Welcome Mat. . . . . . . . . . . . . . . . . . . . .400-91
408.10    Vehicle Specifications and Van Wraps . .400-92
408.11    Guarantee Plaque . . . . . . . . . . . . . . . . .400-95
408.12    Guest Access Device Direction Sticker . .400-95

**409.00    The Breakfast . . . . . . . . . . . . . . . . . . . . . . . . . . .400-96**
409.01    Hampton's On the Run™
Breakfast Bags . . . . . . . . . . . . . . . . . . . .400-96
409.02    Hampton's On the Run™
Breakfast Bag Stickers . . . . . . . . . . . . . .400-97
409.03    Zone Signs . . . . . . . . . . . . . . . . . . . . . .400-98
409.04    Romance Cards . . . . . . . . . . . . . . . . . . .400-99
409.05    Framed Art. . . . . . . . . . . . . . . . . . . . . .400-100
409.06    Coffee Wraps . . . . . . . . . . . . . . . . . . . .400-101
409.07    Coffee Graphics. . . . . . . . . . . . . . . . . .400-102
409.08    Coffee Cup. . . . . . . . . . . . . . . . . . . . . .400-102
409.09    Juice Machine Graphics . . . . . . . . . . . .400-103
409.10    Milk Dispenser Graphics . . . . . . . . . . .400-104



# Trademark and Identity

409.11   Cereal Dispenser Graphics   . . . . . . . . . 400-105
409.12   Turn-and-Serve Graphic . . . . . . . . . . . 400-107
409.13   Utensil Container Graphics . . . . . . . . . 400-108
409.14   Condiment Container Graphics. . . . . 400-109
409.15   Breakfast Informational Signage . . . . . 400-110
409.16   Hot Water Airpot Wrap. . . . . . . . . . . 400-111
409.17   Front Desk Lamp Kiosk Sign . . . . . . . . 400-112
409.18   Juice Wraps . . . . . . . . . . . . . . . . . . . 400-113
409.19   "Caution Hot" Signs . . . . . . . . . . . . . . 400-114

410.00   The Guest Room. . . . . . . . . . . . . . . . . . . . . 400-115
410.01   Room Numbers. . . . . . . . . . . . . . . . . . 400-115
410.02   "freshen please" Service Signal. . . . . . 400-117
410.03   Privacy Hang Tags . . . . . . . . . . . . . . . . 400-118
410.04   Amenities. . . . . . . . . . . . . . . . . . . . . . 400-119
410.05   Amenities Tray. . . . . . . . . . . . . . . . . . 400-121
410.06   Channel Guide . . . . . . . . . . . . . . . . . . 400-122
410.07   Note Pads. . . . . . . . . . . . . . . . . . . . . . 400-123
410.08   Pen . . . . . . . . . . . . . . . . . . . . . . . . . . 400-124
410.09   Phone Plate . . . . . . . . . . . . . . . . . . . . 400-124
410.10   In-room Directory. . . . . . . . . . . . . . . . 400-125
410.11   Folio Paper. . . . . . . . . . . . . . . . . . . . . 400-125
410.12   Folio Sticker. . . . . . . . . . . . . . . . . . . . 400-127
410.13   Shower Curtain . . . . . . . . . . . . . . . . . 400-128
410.14   In-room Coffee Package . . . . . . . . . . . 400-129
410.15   Matchbook . . . . . . . . . . . . . . . . . . . . 400-130
410.16   Hampton Home Collection Card  . . . . 400-130
410.17   Clock Radio . . . . . . . . . . . . . . . . . . . . 400-131
410.19   In-room Cups . . . . . . . . . . . . . . . . . . . 400-132
410.20   Guest Survey Card (Optional) . . . . . . . 400-133
410.21   Evacuation Plan Sign  . . . . . . . . . . . . . 400-134
410.22   Housekeeping Card (Optional) . . . . . 400-135
410.23   Device Check-out Card (Optional) . . . 400-135

411.00   Airport Service Center Advertising. . . . . . . . . . 400-136



# Trademark and Identity

## Purpose and Scope

This section of the Standards Manual specifies the requirements for the use of certain trademarks of the Hampton hotel system.

All visual communication using trademarks of the Hampton hotel system must strictly comply with the requirements of this section.

Waivers or variances will be considered on an individual basis upon receipt of a written request, which must include the rationale for such waiver/variance request.

All "slick" sheets illustrating logos, colors, etc. are placed at the end of this section.

REFER QUESTIONS CONCERNING THESE STANDARDS TO:

Hampton Brand Management
Hilton Hotels Corporation
755 Crossover Lane
Memphis, Tennessee 38117-4900
Phone: 901/374-5000



# Trademark and Identity

## 400.00  Trademark and Identity Standards – General

400.01   Local Advertising—Print

The Hampton logo must be used in all Hampton Inn or Hampton Inn & Suites hotel advertising, posters, brochures, etc. It must precede or dominate any individual property name or logo. No exceptions will be permitted.

The Hampton script may be used where space prohibits use of the Hampton logo.

400.02   Local Advertising—Broadcast

In broadcast advertising, the property name may be used only in conjunction with the Hampton name.

400.03   Individual Property Names/Logos

Individual property names or logos may be used, but must be no larger than one-half the size of the Hampton logo or script, either of which must precede and dominate an individual property name. No exceptions will be permitted.

400.04   Joint Advertising

Joint advertising with quality cooperative partners may be permitted with prior written approval from Hilton Hotels.

400.05   Vehicle Standards

All Hampton hotel vehicles used to transport customers must conform with standards set forth in this section.

400.06   Removing Trademarks

Trademarks of Hilton Hotels must not be etched in the surface of bathtubs or any other construction surface where they become permanent and cannot be easily removed.

400.07   Rules for Proper Use of Hilton Hotels Trademarks

A. Trademarks of Hilton Hotels must be properly used (as set forth in this section) in all advertising and promotional materials and be given a dignified and prominent position.

B. Trademarks of Hilton Hotels must not be placed within shapes or borders except as provided in these standards.

C. Except for proper names, use the Hampton trademark as an adjective in conjunction with the word "hotel" whenever practical.
Incorrect: Meet me at the Hampton.
Correct: Meet me at the Hampton hotel.



# Trademark and Identity

D. The Hampton Inn or Hampton Inn & Suites hotel trademark must not be used in the plural or possessive forms.
Incorrect: There are two Hamptons in Orlando.
Correct: There are two Hampton hotels in Orlando.
Incorrect: This Hampton's breakfast is great.
Correct: This Hampton hotel's breakfast is great.

E. Always capitalize the Hampton hotel trademark, i.e., HAMPTON or Hampton.

F. It is required to use the registration symbol ® to the right of the Hampton logo or script either above or below the line on which the trademark appears. However, at a minimum, the ® must always be used in association with the largest, most readily noticeable appearance of the trademarks in all printed materials. The symbol always should be large enough so that it can be read easily.

G. The Hilton name and/or logo may not be used on business cards, brochures, envelopes, letterhead, billboards, or any other promotional piece without written approval from Hilton Hotels Corporation.

–CONFIDENTIAL–
for use by Hilton Hotels only

# 401.00 Service Mark Usage–Print Material

**NOTE:** Do not remove
this sheet from the manual

12/10/03

---

**401.01 Hampton Inn Registered Service Marks**

Trademarks owned by Hilton Hotels and used by the Hampton Inn Hotel Division include the Hampton Inn Logo, the Hampton Inn Script, and the Hampton Inn Cartouche (✿). The Logo and Script trademarks should not be used together. The Logo or Script trademarks must be used on all printed material and expendable items regularly exposed to the public.

The Hampton Inn Logo must be reproduced proportionately as shown in this section. It must never be textured with foreign colors, dots or other patterns. The relationship of the components must be portrayed exactly as indicated on the reproduction proof sheets provided herein.

The Hampton Inn Logo, including the ® symbol, may be reproduced proportionately in one color, two colors, three colors or through the four-color production process. (Any four-color printing of the logo must match the Pantone Matching System logo colors.) The proof sheets provided illustrate the approved methods of reproduction. Deviation from the color requirements provided on the proof sheet is not permitted.

The Hampton Inn Script, including the ® symbol, must be reproduced proportionately as shown in this section. This script may be reproduced in one of two versions — horizontal application (1 line) or vertical application (2 lines). Reproduction of the Hampton Inn Script is restricted to one color.

The Hampton Inn Cartouche, when used alone, must include the ® symbol and be reproduced proportionately as shown in this section. Reproduction of the Hampton Inn Cartouche is restricted to one color.

| Equivalent to Pantone Blue #280 | Equivalent to Pantone Red #207 | Equivalent to Pantone Gray #400 |
|---|---|---|



One Color - Positive Copy



One Color - Reverse Copy



Script (1 line) First Preference



Script (2 line) Second Preference



Two Colors



Three Colors



Cartouche

– CONFIDENTIAL –
for use by Hilton Hotels only

**NOTE:** These logo changes apply to hotels built or converted to Hampton Inn & Suites hotels as of January 1, 2004.

**NOTE:** Do not remove this sheet from the manual

12/10/03

---

**401.02 Hampton Inn & Suites Registered Trademarks**

Trademarks owned by Hilton Hotels and used by the Hampton Inn Hotel Division include the Hampton Inn & Suites Logo, the Hampton Inn & Suites Script, and the Hampton Inn & Suites Cartouche (☙❦). The Logo and Script trademarks should not be used together. The Logo or Script trademarks must be used on all printed material and expendable items regularly exposed to the public.

The Hampton Inn & Suites Logo must be reproduced proportionately as shown in this section. It must never be textured with foreign colors, dots or other patterns. The relationship of the components must be portrayed exactly as indicated on the reproduction proof sheets provided herein.

The Hampton Inn & Suites Logo, including the ® symbol, may be reproduced proportionately in one color, two colors, three

colors or through the four-color production process. (Any four-color printing of the logo must match the Pantone Matching System logo colors.) The proof sheets provided illustrate the approved methods of reproduction. Deviation from the color requirements provided on the proof sheet is not permitted.

The Hampton Inn & Suites Script, including the ® symbol, must be reproduced proportionately as shown in this section. This script may be reproduced in one of two versions — horizontal application (1 line) or vertical application (2 lines). Reproduction of the Hampton Inn & Suites Script is restricted to one color.

The Hampton Inn & Suites Cartouche, when used alone, must include the ® symbol and be reproduced proportionately as shown in this section. Reproduction of the Hampton Inn & Suites Cartouche is restricted to one color.

---

| Equivalent to Pantone Blue #280 | Equivalent to Pantone Red #207 | Equivalent to Pantone Gray #400 |
|---|---|---|



One Color - Positive Copy



One Color - Reverse Copy



Script



Two Colors



Three Colors



Cartouche



# Trademark and Identity

**401.03   Singular Hampton Logo Registered Trademark**

The singular "Hampton" Logo was created for cost efficiencies on property collateral and any other brand issued pieces that do not require delineation between Hampton Inn and Hampton Inn & Suites.



THIS LOGO IS NOT PERMITTED TO BE USED WITHOUT PRIOR AUTHORIZATION FROM THE HAMPTON BRAND TEAM.

The only approved items that this mark is used on are:

A. Name tags (off site only)

B. Authentication pages (Web site)

C. Hampton's On the Run™ Breakfast Bags

D. Coffee/water cups

E. Folio paper

F. Guest comment cards



# Trademark and Identity

## 402.00  Hampton Property Stationery

Each property must have Hampton Brand stationery. Below are the specifications that the stationery must comply with. The Olympic logo is approved for use until December 31, 2012.

   A.  Letterhead





1. Hampton Inn

Production Notes:

Two color print:
Black and PMS 280
Prints one side
Size: 8½" x 11"
60# Finch Opaque Smooth
(White)

Linked Images:
Bobsled1766928.tif
Row1766127.tif
HighJ1839063.tif
Skier1765410.tif
Gymnast1812137.tif





# Trademark and Identity

 Texarkana Hampton Inn   5300 North State Line Avenue, Texarkana, AR 71854   tel: **870.774.4444**
fax: 870.774.4444

Dear Mrs. Christa-Cathey,                                                                     02.09.04

After a few years, however, the original concept grew stale. To invigorate the idea, P&G hired Raymond Service, Inc., a firm that specialized in contests and direct mail. Service assigned Henry Bern as account executive; he went on to become the heart, soul and conscience of the re-born sculpture contest for over 30 years.

Originally the contest had been open to carvers from "all walks of life, regardless of age." But P&G decided to re-dedicate the contest exclusively to students from fourth to twelfth grade. Art classes, YMCA groups and scout troops embraced the contest as a way of giving art students a goal: to make it to the nationals "for the Procter & Gamble prizes."

Still, P&G brands execs questioned how many young people practiced soap sculpture and would participate in the contests. Early on, the judges received only 200 to 300 entries annually; this gradually increased to a high of 8,000 entries. The norm for most of the promotion's run was between 2,500 and 3,000 entries. But these numbers only represent what was submitted for national judging, and not locally. As Bern noted to P&G marketing executives in an archived memo, "We have known of instances where schools carved hundreds of pieces, but submitted only one or two." Bern goes on to note, "There was easily an annual consumption of a million cakes of soap." He neglects to mention that all of this contest-specific consumption was at full retail price and, of course, superseded any soap purchased for normal household use.

Originally the contest had been open to carvers from "all walks of life, regardless of age." But P&G decided to re-dedicate the contest exclusively to students from fourth to twelfth grade. Art classes, YMCA groups and scout troops embraced the contest as a way of giving art students a goal: to make it to the nationals "for the Procter & Gamble prizes."

Loyetta
Loyetta Davis
General Manager
Hampton Inn Texarkana

 official sponsor



for reservation please visit us at www.hampton.com or call 1.800.hampton

---

Black        PMS 280

## 2. Hampton Inn & Suites

Production Notes:

Two color print:
Black and PMS 280
Prints one side
Size: 8½" x 11"
60# Finch Opaque Smooth
(White)

Linked Images:
Bobsled1766928.tif
Row1766127.tif
HighJ1839063.tif
Skier1765410.tif
Gymnast1812137.tif



# Trademark and Identity

B.  Envelope

   1.  Hampton Inn

     Production Notes:

     Two color print: Black and PMS 280
     Size: 9$^1/_2$" x 4$^1/_8$" #10 envelope
     80# Finch Opaque Smooth (White)







# Trademark and Identity

2. Hampton Inn & Suites

Production Notes:

Two color print: Black and PMS 280
Size: $9\frac{1}{2}$" x $4\frac{1}{8}$" #10 envelope
80# Finch Opaque Smooth (White)







# Trademark and Identity

C.   Business Card

    1.   Hampton Inn

    Production Notes:

    Two color print: Black and PMS 280
    Prints two sides
    Size: 2" x 3½"
    80# Finch Opaque Smooth (White)

    Linked Images:
    Bobsled1766928.tif
    Row1766127.tif
    HighJ1839063.tif
    Skier1765410.tif
    Gymnast1812137.tif

    2.   Hampton Inn & Suites

    Production Notes:

    Two color print: Black and PMS 280
    Prints two sides
    Size: 2" x 3½"
    80# Finch Opaque Smooth (White)

    Linked Images:
    Bobsled1766928.tif
    Row1766127.tif
    HighJ1839063.tif
    Skier1765410.tif
    Gymnast1812137.tif











# Trademark and Identity

D.  Linked Images



1.  Row1766127.tif



2.  HighJ1839063.tif



3.  Skier1765410.tif



4.  Bobsled1766928.tif



5.  Gymnast1812137.tif



# Trademark and Identity

## 403.00  Trademark Usage – Outdoor Advertising

403.01   Hampton Outdoor Advertising

See following pages for Outdoor Advertising creative standards.

403.02   Photographs of all current billboards and airport courtesy board signage must be maintained at the hotel, in addition to a map noting the location of each board.

# hampton outdoor advertising

## usa/canada
## creative standards

March, 2008



# introduction

## topline notes on this guide

Outdoor advertising is one of our most powerful marketing tools. It greets guests on their approach, converts passing motorists into new arrivals, and builds a positive image of your Hampton hotel within your community. Since your outdoor advertising is so important, we are pleased to announce the completely redesigned Hampton outdoor campaign. **This outdoor campaign is far reaching and will include multiple executions. Each execution highlights a specific amenity. Our initial executions are focusing on the sleep experience; additional executions for business and leisure travelers showcasing a variety of other Hampton amenities will appear by the third quarter of 2007. You will be informed of new creative executions as they become available.**

In every element of our new outdoor campaign, visuals and language work closely together to communicate benefits of the Hampton experience. The executions are clean and inviting; the tone, warm and friendly. Directions and amenities are clearly called out — and the Hampton logo is always featured with prominence.

This guide includes photography, design, and copy standards for our new outdoor campaign. As of June 1, 2007, these guidelines will be the approved standards for outdoor advertising. Please remember that these guidelines are mandatory. **All new Hampton hotels must follow these guidelines exactly; all hotels with preexisting media contracts must be in full compliance by the end of 2008.**

# creative guidelines

This section contains design and copy specifications for outdoor advertising. **No licensee may deviate from these authorized standards without an electronic waiver** (see last page for details)

### Photography

Visuals are consumer-centric, allowing the traveler to relate to the amenity highlighted on an emotional level. Every outdoor board features a single photograph of a consumer enjoying a specific Hampton amenity. On the following page are the photographs that have currently been approved for use to communicate the sleep experience.

You will be informed throughout the year of new, approved photographs communicating additional amenities. Stay tuned! Only approved photographs may be used in conjunction with approved headlines.



*"Girl on bed"*



*"Woman with laptop"*
Specific headline only: "hi-speed exit ahead"



*"Woman in bed"*



*"Man with laptop"*
Specific headline only: "hi-speed exit ahead"



*"Man enjoying breakfast"*
Specific headline only: "tasty exit ahead"



*"Child in pool"*
Specific headline only: "splashy exit ahead"

## Copy

There is a definite hierarchy of quick-read messaging on every outdoor ad:

**1. Hampton Logo**          **3. Specific directions to your hotel**
**2. Headline**              **4. Other amenities**

**Headlines** have been crafted to draw guests into the Hampton experience and direct them to your hotel. (Remember, they are driving by and must get your message quickly!) The headline focuses on the amenity portrayed by the visual.

Currently, the approved headlines for the "girl on bed" and "woman on bed" are:

| | | |
|---|---|---|
| • **cozy exit ahead** | • **cozy landing ahead** | • **comfy exit ahead** |
| • **comfy landing ahead** | • **cushy exit ahead** | • **cushy landing ahead** |
| • **snuggly exit ahead** | • **cozy exit XXX (insert exit number)** | |

The approved headline for the "woman with laptop" and "man with laptop" is:
• **hi-speed exit ahead**

The approved headline for the "child in pool" image is:
• **splashy exit ahead**

The approved headline for the "Man enjoying breakfast" image is:
• **tasty exit ahead**

**While the above are the suggested headlines,** a hotel can also insert their hotel name or specific location of their property under the Hampton logo with a character count not to exceed 21 (including spaces).

**Specific directions to your hotel** appear in the lower left portion of the blue bar that runs along the bottom of each outdoor board, i.e. "EXIT 256." This quickly tells potential guests where they should turn off the road or highway to find you. The word "EXIT" is in ALL CAPS. Only the first letter of proper nouns should be capitalized.

Example: EXIT 256 • turn right • Macon Rd. • 13 miles

**Other amenities** can also be featured in the blue bar that runs along the bottom of each outdoor ad between specific directions to your hotel on the left and the Hampton logo on the right.

Amenity claims can only be used by hotels where the amenity is actually available. Two claims are recommended to be placed on each outdoor board within the blue bar—space permitting.\* A maximum of three amenities can be included, if there is no directional copy in the blue amenitiy bar (these still need to conform to the maximum character count of 56). If there is directional copy in the blue bar, the number of amenities featured will be determined by the maximum character count of 56. The approved amenity claims listed below should not be placed anywhere else on the ad except within the blue bar:

| | |
|---|---|
| • 100% satisfaction guarantee | • AARP rates |
| • complimentary hot breakfast | • exercise room |
| • kids stay free | • [indoor] water park |
| • non-smoking rooms | • AAA rates\*\* |
| • [indoor] pool | • earn free travel with Hilton HHonors®\*\*\*\* |
| • complimentary hi-speed internet | • Flat Panel TV's\*\*\*\* |
| • special weekend rates | • HDTV\*\*\*\*\* |
| • complimentary local calls | |
| • complimentary hi-speed internet and local calls | |
| • complimentary hot breakfast & local calls | |
| • complimentary hot breakfast & hi-speed internet | |

\* Directional copy should be ideally kept at a minimum (e.g. just EXIT #). If it needs to be longer, we discourage listing more than one additional amenity.

\*\* Must be an official appointment hotel with AAA to use this amenity listing.

\*\*\* At a scale of 1" equals 1', any service marks i.e. ©, ®, ™ should be set to superscript.

\*\*\*\* Must have the new TV equipment implemented in 100% of room inventory to use this amenity listing.

\*\*\*\*\* Must have the new TV equipment implemented in 100% of room inventory and must have HD Channels available in guest rooms to use this amenity listing.

**Logo Usage**

Versions of the Hampton logo are available for outdoor advertising, denoting either Hampton, Hampton Inn or Hampton Inn & Suites. Please use the logo that accurately describes your specific hotel. Only if your outdoor signage continues to use the rectangular Hampton logo, may the rectangular logo be used on your outdoor advertising.

At a scale of 1" equals 1', the Hampton logo measures 11.3562"w x 7.25" h. The center point of the logo should be placed 31.4583" from the left edge of the board and .6838" from the top of the board. This center point is also the center point for which the headline copy is placed. The ® mark is part of the logo and should scale accordingly. It is currently .44" x .45", roughly just under 6 inches square.

The rectangular Hampton Inn & Suites logo is placed in a similiar method. The logo measures 11.6938" w x 7.25" h. The center point of the logo should be placed at 31.4583" from the left edge and .6838" from the top of the board.



Indicates the center point of each logo for placement purpose



### Font Usage

The approved typeface for Hampton outdoor directional signs is **Frutiger 75 Black and Frutiger 65 Bold.** Font size can vary depending on space restrictions. Usage should be in lower case, unless otherwise indicated.

**Frutiger 75 Black**
**ABCDEFGHIJKLMNOPQRSTUVWXYZ**
**abcdefghijklmnopqrstuvwxyz**

**Frutiger 65 Bold**
**ABCDEFGHIJKLMNOPQRSTUVWXYZ**
**abcdefghijklmnopqrstuvwxyz**

### Color Usage

PMS 280
Logo background
Blue bar
Headline

PMS 207
Logo border

# design

Approved outdoor designs appear on the following pages of this guide. Please select the one that best fits the needs of your hotel.

## A. Directional Sign with Amenities

 **Main image**
• Use only approved images

 **Logo**
• Position of logo is set and should not be adjusted
• At a scale of 1" equals 1', the center point of the logo is 31.4583" from the left edge and .6853" from the top of the board

**3** **Headline**
• Use approved headlines
• PMS 280
• Font: Frutiger 75 Black, lower case. At a scale of 1" equals 1', the headline font size is 202 point.
• Headline character count should not exceed 21 (including spaces)
• No punctuation
• Headline is centered from the center line established by the logo
• Font should never be condensed or expanded

**4** **Blue bar**
• The blue bar measures 48"w x 2.5875"h. It should not be altered.
• Type is centered on the width of the board
• Type reverses out white from PMS 280 blue bar
• Font: Frutiger 65 Bold, lower case. At a scale of 1" equals 1', the blue bar font size is 120 point
• Font should never be condensed or expanded
• The word EXIT should be in All CAPS. Only the initial letter of proper nouns of other directional copy should be capitalized.
• Type can be directional and/or from a selection of amenities. The character count should not exceed 56 (including spaces).
• The top line of the blue bar should NEVER cover any part of the face of the person in the ad.



## B. Directional Sign with No Amenities

In some instances, further directional copy (more than just the exit number) may be needed. The amenity claims are then excluded in order to make room for the directional copy.

**1**
### Main image
• Use only approved images

**2**
### Logo
• Position of logo is set and should not be adjusted
• At a scale of 1" equals 1', the center point of the logo is 31.4583" from the left edge and .6853" from the top of the board

**3**
### Headline
• Use approved headlines
• PMS 280
• Font: Frutiger 75 Black, lower case. At a scale of 1" equals 1', the headline font size is 202 point.
• Headline character count should not exceed 21 (including spaces)
• No punctuation
• Headline is centered from the center line established by the logo
• Font should never be condensed or expanded

**4**
### Blue bar
• The blue bar measures 48"w x 2.5875"h. It should not be altered.
• Type is centered on the width of the board
• Type reverses out white from PMS 280 blue bar
• Font: Frutiger 65 Bold, lower case. At a scale of 1" equals 1', the blue bar font size is 120 point
• Font should never be condensed or expanded
• The word EXIT should be in All CAPS. Only the initial letter of proper nouns of other directional copy should be capitalized.
• The character count should not exceed 56 (including spaces).
• The top line of the blue bar should NEVER cover any part of the face of the person in the ad.



## C. Co-op Sign for Multiple Hotels

In an area where sign availability is limited, two/three Hampton hotels may be displayed on a sign with the cost of the sign to be shared on a cooperative basis by agreement between the hotels' owners/operators. On a co-op sign the primary visual, headline and copy treatment are exactly the same as in a sign for a single hotel. **Please note: two hotels can be promoted on a single board and one amenity if space permits.**

**1** **Main image**
- Use only approved images

**2** **Logo**
- Position of logo is set and should not be adjusted
- At a scale of 1" equals 1', the center point of the logo is 31.4583" from the left edge and .6853" from the top of the board

**3** **Headline**
- Use approved headlines
- PMS 280
- Font: Frutiger 75 Black, lower case. At a scale of 1" equals 1', the headline font size is 202 point.
- Headline character count should not exceed 21 (including spaces)
- No punctuation
- Headline is centered from the center line established by the logo
- Font should never be condensed or expanded

**4** **Blue bar**
- The blue bar measures 48"w x 2.5875"h. It should not be altered.
- Type is centered on the width of the board
- Type reverses out white from PMS 280 blue bar
- Font: Frutiger 65 Bold, lower case. At a scale of 1" equals 1', the blue bar font size is 120 point
- Font should never be condensed or expanded
- It is recommended that the directional copy include the name of the hotel and simple EXIT information only. The word "EXIT" should be in ALL CAPS
- Type can be directional and/or from a selection of amenities. The character count should not exceed 56 (including spaces).
- The top line of the blue bar should NEVER cover any part of the face of the person in the ad.



## D. Co-op Directional Sign (Hampton and Cooperative Partner)

Co-op advertising with quality partners may be permitted with prior written approval. No headline spanning the two partners will be approved.

**1** **Main image**
• Use only approved images. Only bed images are available for this execution.

**2** **Logo**
• Position of logo is set and should not be adjusted.
• At a scale of 1" equals 1', the center point of the logo is 17.9208" from the left edge and .6875" from the top of the board.
• The logo is 11.3562"w x 7.25"h.

**3** **Headline**
• Use approved headline - cozy exit ahead
• PMS 280
• Font: Frutiger 75 black, lower case. At a scale of 1" equals 1', the headline font is 202 point.
• Headline character count should not exceed 15 (including spaces)
• No punctuation
• Headline is right justified and lined up on the right most edge of the hampton logo
• Font should never be condensed or expanded.

**4** **Blue bar**
• The blue bar measures 24"w x 2.5874"h. It should not be altered.
• Type is centered within the width of the blue bar.
• Type reverses out white from PMS 280.
• Font: Frutiger 65 Bold, lower case. At a scale of 1" equals 1', the blue bar font size is 120 point.
• Font should never be condensed or expanded.
• The word EXIT should be in ALL CAPS. Only the initial letter of the proper nouns of other directional copy should be capitalized.
• The character count should not exceed 26 (including spaces)
• The top line of the blue bar should NEVER cover any part of the face of the person in the ad.

Approved photo options

 

  

## E. Co-op Directional Sign without Image
### (Hampton and Co-Op Partner)

Using the directional sign on Co-op advertising with quality partners may be permitted with prior written approval. No headline spanning the two partners will be approved.

**1  Main image**
- Billboard color is PMS 280
- At a scale of 1" equals 1', the blue field measures 24" w by 14" h.

**2  Logo**
- Position of logo is set and should not be adjusted
- At a scale of 1" equals 1', the center point of the logo is 12" from the left edge and 5.55" from the top of the board
- The logo measures 14.12" wide by 9" high

**3  Headline**
- Approved headline for this signage is 'exit ahead - XXXX'
- There are four character spaces provided for the specific exit to be included
- Font: Frutiger 75 Black, lower case. At a scale of 1" equals 1', the headline font size is 124 point
- The headline is centered within the blue field with the center point being 12" from the left edge
- Headline character count should not exceed 24 (including spaces)
- No punctuation
- Headline should only be 1 line
- Font should never be condensed or expanded
- This baseline is 12.875" from the top of the board
- The type is white and reverses out of the blue PMS 280 background

**4  Headline Color Option**
- There are two color options for the headline.
- The headline can be white reversed out of the PMS 280 blue (top example)
- Or the headline can be PMS 280 blue in a white panel which measures 24"wide x 3.125" high (bottom example)





## E. Sign for a New Hampton

Any outdoor board announcing a new Hampton hotel will display the following approved promotional language, limited to the first six months after the hotel has been opened:  • **Now Open**   • **New**   • **Coming Soon**

**1**  **Main image**
- Use only approved images

**2**  **Logo**
- Position of logo is set and should not be adjusted
- At a scale of 1" equals 1', the center point of the logo is 31.4583" from the left edge and .6853" from the top of the board

**3**  **Headline**
- Use approved headlines
- PMS 280
- Font: Frutiger 75 Black, lower case. At a scale of 1" equals 1', the headline font size is 202 point.
- Headline character count should not exceed 21 (including spaces)
- No punctuation
- Headline is centered from the center line established by the logo
- Font should never be condensed or expanded

**4**  **Blue bar**
- The blue bar measures 48"w x 2.5875"h. It should not be altered.
- Type is centered on the width of the board
- Type reverses out white from PMS 280 blue bar
- Font: Frutiger 65 Bold, lower case. At a scale of 1" equals 1', the blue bar font size is 120 point
- Font should never be condensed or expanded
- Approved new Hampton verbiage (i.e. NOW OPEN) and the word "EXIT" should be in ALL CAPS. Only the initial letter of proper nouns of other directional copy should be capitalized
  The character count should not exceed 56 (including spaces.)
- The top line of the blue bar should NEVER cover any part of the face of the person in the ad.



## G. Construction Sign

To announce the construction of a Hampton hotel, this sign may be erected on the property prior to or during construction. It must be removed six months after the hotel opens.

**1** **Main image**
- Use only approved images

**2** **Logo**
- Position of logo is set and should not be adjusted
- At a scale of 1" equals 1', the center point of the logo is 31.4583" from the left edge and .6853" from the top of the board

**3** **Headline**
- The initial headline for the construction copy should simply include the date/time period when the hotel will be opened. After the opening, the headline should switch to one of the approved headlines.
- Use approved headlines
- PMS 280
- Font: Frutiger 75 Black, lower case. At a scale of 1" equals 1', the headline font size is 202 point.
- Headline character count should not exceed 21 (including spaces)
- No punctuation
- Headline is centered from the center line established by the logo
- Font should never be condensed or expanded

**4** **Blue bar and Response copy**
- The blue bar measures 48"w x 2.5875"h. It should not be altered.
- Type is centered on the width of the board
- Type reverses out white from PMS 280 blue bar
- Font: Frutiger 65 Bold, lower case. At a scale of 1" equals 1', the blue bar font size is 120 point
- Font should never be condensed or expanded
- Hampton.com and 1-800-hampton are recommended callouts to promote future reservations
- Reverse out white from PMS 280 blue bar
- The top line of the blue bar should NEVER cover any part of the face of the person in the ad.

- Type may contain amenitiy and/or location information. The character count should not exceed 56 (including spaces.)



## H. Directional Sign without Images

Occassionally, a purely directional billboard will be requested. This execution features a large logo, location copy and an opportunity to provide further directions.

**1** **Main image**
- Billboard color is PMS 280
- At a scale of 1" equals 1', the blue field measures 48" w by 10.5" h. The white field measures 48" w by 3.5" h

**2** **Logo**
- Position of logo is set and should not be adjusted
- At a scale of 1" equals 1', the center point of the logo is 9.2" from the left edge and 5.29" from the top of the board
- The logo measures 14.41" wide by 9.2" high

**3** **Headline**
- Approved headline for this signage is 'friendly exit ahead - XXXX'
- There are four character spaces provided for the specific exit to be included
- Font: Frutiger 75 Black, lower case. At a scale of 1" equals 1', the headline font size is 168 point
- The headline is centered within the blue field with the center point being 32.1125" from the left edge and 5.1979" from the top of the board
- Headline character count should not exceed 26 (including spaces)
- No punctuation
- Headline should only be 1 line
- Font should never be condensed or expanded
- The headline is on the same baseline as the Hampton lettering of the logo. This baseline is 6.125" from the top of the board

**4** **White bar and directional copy**
- The white bar measures 48"w x 3.5"h. It should not be altered
- Type is PMS 280
- Font: Frutiger 75 Black. At a scale of 1" equals 1', the font size is 148 point
- The baseline of the font is located 10.875" from the top of the board
- Type is centered on the width of the board
- Font should never be condensed or expanded
- The character count should not exceed 42 (including spaces.)



## I. Directional Sign without Images

Another option of the directional sign featuring a larger logo.

**1**  **Main image**
- Billboard color is PMS 280
- At a scale of 1" equals 1', the blue field measures 48" w by 14" h.

**2**  **Logo**
- Position of logo is set and should not be adjusted
- At a scale of 1" equals 1', the center point of the logo is 9.2" from the left edge and 6.9" from the top of the board
- The logo measures 14.41" wide by 9.2" high

**3**  **Headline**
- Approved headline for this signage is 'friendly exit ahead - XXXX'
- There are four character spaces provided for the specific exit to be included
- Font: Frutiger 75 Black, lower case. At a scale of 1" equals 1', the headline font size is 168 point
- The headline is centered within the blue field with the center point being 32.3521" from the left edge and 5.5625" from the top of the board
- Headline character count should not exceed 26 (including spaces)
- No punctuation
- Headline should only be 1 line
- Font should never be condensed or expanded

**4**  **Directional copy**
- Type is white
- Font: Frutiger 75 Black. At a scale of 1" equals 1', the font size is 148 point and the leading is set at 164 point
- The directional copy is centered within the blue field with the center point being 32.3521" from the left edge
- The baseline of the directional copy is located 11.625" from the top of the board
- Font should never be condensed or expanded
- The character count should not exceed 28 per line  (including spaces.)



# erecting an outdoor board

Hotel owners/operators shall contract directly with the sign company of their choice. However, all creative produced for outdoor boards must meet the standards outlined herein.

In order to receive all the creative materials for outdoor boards, hotel owners/ operators should go to OnQ Insider>My applications>Hampton Sales and Marketing Online Toolkit. *If only the link "hampton Sales and marketing" appears, you will need to update your user access. You can request access by going to User Settings and requesting access to the toolkit via the Change My Account section. There is an online process for ordering creative materials and routing boards for the appropriate approvals.

# review and waiver requirements

## Review

Each hotel must maintain a designated outdoor advertising file on property for review by Hilton Hotel representatives. The file must contain current photographs of each outdoor board, a description of each outdoor board, and other pertinent documents and information related to the hotel's outdoor advertising program.

## Waiver

Hotel owners/operators may request a waiver for the special instances which prohibit them from following the established outdoor board requirements. A request for waiver should be accompanied by a digital image of the artwork for the board as well as the rationale for the request.  Waiver requests should be submitted to your HPS Director electronically via OnQ Insider>Hampton Brand. Hotel approval or denial will be communicated to the hotel via this website. Be advised that the outdoor board may not be erected until the owner/operator receives waiver approval from Hampton Brand Management.



# Trademark and Identity

## 404.00  Exterior Signage

404.01   Each Hampton Inn/Hampton Inn & Suites hotel must be identified as a member of the Hampton Inn/Hampton Inn & Suites hotel system by the prominent display of a freestanding standard sign which has been approved by Hilton Hotels.

404.02   The primary sign must be installed at each Hampton Inn/Hampton Inn & Suites hotel prior to its opening.

404.03   No other signs may be attached to any part of the Hampton Inn/Hampton Inn & Suites primary or script signs.

404.04   See "Hotel Signage Standards" brochure (available from Hilton Hotels Design And Construction Department) for further details on exterior signage.



ALTERNATE FACE LAYOUTS

NTS

EXIT

ENTER

END VIEW
1/2"=1'-0"

10"

6 7/8"

COLORS:

CABINET & RETAINERS: PAINT TO MATCH PMS 119CI BEIGE
(SMOOTH FINISH)

SUPPORT COVER: PAINT TO MATCH PMS 119CI BEIGE
(STIPPLE FINISH).

BACKGROUND: 3M VT 1937 BLUE
3/8" WIDE OUTER BORDER: 3M VT 1937 BLUE

COPY & CARTOUCHE: SHO-THRU
INNER 1/2" WIDE STRIPE: SHO-THRU

MATERIALS:

CABINET & RETAINERS: .063 ALUM. ONE-PIECE 10" FILLER/
2 1/2" RETAINERS. 1"x1"x.125" SQ. ALUM.TUBE FRAME

SUPPORT COVER: .063 ALUMINUM

.150" THK. WHITE LEXAN FACE with 1st SURFACE
VINYL GRAPHICS.

INTERNALLY ILLUMINATED w/ 800mA DAYLIGHT
FLUORESCENT LAMPS

UNDERGROUND ELECTRICAL PRIMARY SERVICE PROVIDED
TO SIGN BY CUSTOMER'S ELECTRICIAN.

STEEL SIGN SUPPORT INSIDE BASE SET IN CONCRETE PIER
TYPE FOUNDATION SIZES & DEPTH DETERMINED BY
ENGINEERING & LOCAL CODES
AND CONDITIONS

Hampton Inn ®

5'-1 1/2"

10 1/2"

12"

3'-3 3/4"

2'-8 3/4"

6'-0" OVERALL HEIGHT

HI P-13 D/F DIRECTIONAL SIGN
3/4"=1'-0"

ONE (1) SIGN REQUIRED



**10"**

**6 ⅛"**

**END VIEW**
½"=1'-0"

COLORS:

CABINET & RETAINERS: PAINT TO MATCH PMS 119CI BEIGE
(SMOOTH FINISH).

SUPPORT COVER : PAINT TO MATCH PMS 119CI BEIGE
(STIPPLE FINISH).

BACKGROUND: 3M VT 1937 BLUE
3/8" WIDE OUTER BORDER: 3M VT 1937 BLUE

COPY & CARTOUCHE: SHO-THRU
INNER ½" WIDE STRIPE: SHO-THRU

MATERIALS:

PRIMARY CABINET & RETAINERS:
.063 ALUM. ONE-PIECE 10" FILLER/ 2½" RETAINERS.
1"x1"x.125" SQ. ALUM. TUBE FRAME.

SECONDARY CABINET & RETAINERS:
.063" ALUM. ONE PIECE 10" FILLER/ 1½" RETAINERS.
1" x 1" x .125" SQ. ALUM. TUBE FRAME.

SUPPORT COVER: .063 ALUMINUM

.150" THK. WHITE LEXAN FACES with 1st SURFACE
VINYL GRAPHICS.

INTERNALLY ILLUMINATED w/ 800mA DAYLIGHT
FLUORESCENT LAMPS

UNDERGROUND ELECTRICAL PRIMARY SERVICE PROVIDED
TO SIGN BY CUSTOMER'S ELECTRICIAN.

STEEL SIGN SUPPORT INSIDE BASE SET IN
18" DIA. x 3'-0" DEEP CONCRETE PIER FOUNDATION





**ENTER**

**5'-1 ½"**

**3'-1 ½"**

**10 ½"**

**6"**

**12"**

**3'-3 ½"**

**4 ¾"**

**1'-2"**

**2'-8"**

**8'-0" OVERALL HEIGHT**

**HI P-16 D/F DIRECTIONAL SIGN**
½"=1'-0"

ONE (1) SIGN REQUIRED



**END VIEW**
1/2"=1'-0"

22"
18"
1" TYP.

.150" WHITE POLYCARBONATE FLAT FACE WITH FIRST SURFACE VINYL GRAPHICS

3M VT 1935 GREY INSIDE BORDER AND CARTOUCHE

WHITE COPY AND CARTOUCHE

3M VT 1936 OUTSIDE BORDER

3M VT 1937 BLUE BKGD.

ALUM. SIGN FILLER & RETAINERS (SMOOTH FINISH BEIGE ) PAINTED TO MATCH PMS 119C1.

INTERNALLY ILLUMINATED W/ 800 MA DAYLIGHT FLUORESCENT LAMPS

WEATHERPROOF DISCONNECT SWITCH

SMOOTH FINISH BEIGE REVEALS

.063" ALUMINUM SUPPORT COVERS WITH STIPPLE FINISH. PAINTED TO MATCH PMS 119C1.

**U.L. LABELS REQUIRED**
INSTALL IN ACCORDANCE WITH NATIONAL ELECTRICAL CODES

UNDERGROUND ELECTRICAL PRIMARY SERVICE PROVIDED TO SIGN BY CUSTOMER'S ELECTRICIAN.

6 ⁵⁄₈" DIA. x .280" WALL STEEL SUPPORT

24" DIA. x 4'-0" CONCRETE PIER FOUNDATION.

8'-1 ¹⁄₂" COPY SPREAD

6'-2 ¹⁄₂" COPY SPREAD

5'-2" SUPPORT COVER

1'-4 ¹⁄₂"

5'-2"

7'-4"

12'-6" OVERALL HEIGHT

**HI P-32 D/F MONUMENT SIGN**
1/2"=1'-0"
ONE (1) SIGN REQUIRED

*Hampton Inn*



11'-6"

7'-11"

1'-8 ³⁄₈"

23"

3'-11 ¼"

7'-4"

3M PANAFLEX FLEXIBLE
FACES with 1st SURF.
VINYL GRAPHICS.
3M VT 1937 BLUE BACKGROUND
3M VT 1936 RED OUTER STRIPE
3M VT 1935 GRAY IINNER STRIPE
WHITE COPY and CARTOUCHE

SERVICE DOOR (TYP.)

CABINET ILLUMINATED w/
800mA DAYLIGHT LAMPS.

Hampton
Inn

3"

3'-1 ½"

1 ½"

12" RADIUS

.063" THK. ALUM. FILLER and
RETAINER.  PAINT TO MATCH PMS
119C1 TAN (SMOOTH FINISH).

3'-0 ¾"

1 ½"

4'-0"

.063" THK. ALUM. SUPPORT COVER
with REVEALS.  COVER PAINTED
TO MATCH PMS 119C1 TAN
(STIPPLE FINISH.)
REVEALS PAINTED TO MATCH
PMS 119CI TAN (SMOOTH FINISH)

25'-0"

18'-2 ½"

1 ½"

8'-0"

B      B

13"    13"

**U.L. LABELS REQUIRED**
INSTALL IN ACCORDANCE WITH
NATIONAL ELECTRICAL CODES

UNDERGROUND ELECTRICAL PRIMARY
SERVICE PROVIDED TO SIGN BY
CUSTOMER'S ELECTRICIAN.

6 ⁵⁄₈" DIA. x .432" WALL STEEL
PIPE SUPORT.

6'-10" c-to-c

30" DIA. x 6'-0" DEEP PIER
FOUNDATIONS

30"

21"

21"

**HI P-82 D/F PYLON SIGN**

3/8"=1'-0"                    ONE (1) SIGN REQUIRED

**END VIEW**

3/8"=1'-0"



3M PANAFLEX FLEXIBLE
FACES with 1st SURF.
VINYL GRAPHICS.
3M VT 1937 BLUE BACKGROUND
3M VT 1936 RED OUTER STRIPE
3M VT 1935 GRAY IINNER STRIPE
WHITE COPY and CARTOUCHE

SERVICE DOOR (TYP.)

CABINET ILLUMINATED w/
800mA DAYLIGHT LAMPS.

.063" THK. ALUM. FILLER and
4" RETAINER PAINTED TO MATCH
PMS 19C1 (SMOOTH FINISH).

.063" THK. ALUM. SUPPORT COVER
with REVEALS.  COVER PAINTED
TO MATCH PMS 119C1 TAN
(STIPPLE FINISH.)
REVEALS PAINTED TO MATCH
PMS 119CI TAN (SMOOTH FINISH)

.063" THK. ALUM. FILLER and
1 ½" RETAINER.  PAINT TO MATCH
PMS 19C1  (SMOOTH FINISH ON
FACE/STIPPLE FINISH ON ENDS.)

.150" THK. WHTE LEXAN FACE w/ 1st SURFACE
7725-12 BLACK VINYL BORDER.

ZIP-LITE ZIP TRACK SET FOR (4) ROWS OF
6" ZIP-LITE COPY.

CABINET ILLUMINATED w/
800mA LAMPS.

**U.L. LABELS REQUIRED**
INSTALL IN ACCORDANCE WITH
NATIONAL ELECTRICAL CODES

UNDERGROUND ELECTRICAL PRIMARY
SERVICE PROVIDED TO SIGN BY
CUSTOMER'S ELECTRICIAN.

12" RADIUS

6 ⅝" DIA. x .432" WALL STEEL
PIPE SUPORT.

30" DIA. x 6'-0" DEEP PIER
FOUNDATIONS

6'-10" c-to-c

13"          13"

21"

**HI P-82 D/F PYLON SIGN**
3/8"=1'-0"                    ONE (1) SIGN REQUIRED

**END VIEW**
3/8"=1'-0"



3M PANAFLEX FLEXIBLE
FACES with 1st SURF.
VINYL GRAPHICS.
3M VT 1937 BLUE BACKGROUND
3M VT 1936 RED OUTER STRIPE
3M VT 1935 GRAY INNER STRIPE
WHITE COPY and CARTOUCHE

SERVICE DOOR (TYP.)

CABINET ILLUMINATED w/
800mA DAYLIGHT LAMPS.

.063" THK. ALUM. FILLER and
RETAINER.PAINTED TO MATCH PMS
119C1 TAN (SMOOTH FINISH).

.063" THK. ALUM. SUPPORT COVER
with REVEALS.  COVER PAINTED
TO MATCH PMS 119C1 TAN
(STIPPLE FINISH.)
REVEALS PAINTED TO MATCH
PMS 119C1 TAN (SMOOTH FINISH)

**U.L. LABELS REQUIRED**
INSTALL IN ACCORDANCE WITH
NATIONAL ELECTRICAL CODES

UNDERGROUND ELECTRICAL PRIMARY
SERVICE PROVIDED TO SIGN BY
CUSTOMER'S ELECTRICIAN.

TS10" x 10" x ½" WALL STEEL
SUPPORT.

36" DIA. x 8'-0" DEEP PIER
FOUNDATIONS

**HI P-182 D/F PYLON SIGN**
¼"=1'-0"                    ONE (1) SIGN REQUIRED

**END VIEW**
¼"=1'-0"



3M PANAFLEX FLEXIBLE
FACES with 1st SURF.
VINYL GRAPHICS.
3M VT 1937 BLUE BACKGROUND
3M VT 1936 RED OUTER STRIPE
3M VT 1935 GRAY INNER STRIPE
WHITE COPY and CARTOUCHE

SERVICE DOOR (TYP.)

CABINET ILLUMINATED w/
800mA DAYLIGHT LAMPS.

.063" THK. ALUM. FILLER and
RETAINER.PAINTED TO MATCH PMS
119C1 TAN (SMOOTH FINISH).

.063" THK. ALUM. SUPPORT COVER
with REVEALS.  COVER PAINTED
TO MATCH PMS 119C1 TAN
(STIPPLE FINISH.)
REVEALS PAINTED TO MATCH
PMS 119CI TAN (SMOOTH FINISH)

.063" THK. ALUM. FILLER and
1 ½" RETAINER.  PAINTED TO MATCH
PMS 119C (SMOOTH FINISH ON
FACE/STIPPLE FINISH ON ENDS.)

.150" THK. WHTE LEXAN FACE w/ 1st SURFACE
7725-12 BLACK VINYL BORDER.

ZIP-LITE ZIP TRACK SET FOR (4) ROWS OF
6" ZIP-LITE COPY.

CABINET ILLUMINATED w/
800mA LAMPS.

**U.L. LABELS REQUIRED**
INSTALL IN ACCORDANCE WITH
NATIONAL ELECTRICAL CODES

UNDERGROUND ELECTRICAL PRIMARY
SERVICE PROVIDED TO SIGN BY
CUSTOMER'S ELECTRICIAN.

TS10" x 10" x ½" WALL STEEL
SUPPORT,

36" DIA. x 8'-0" DEEP PIER
FOUNDATIONS

**HI P-82 D/F PYLON SIGN**
¼"=1'-0"                    ONE (1) SIGN REQUIRED

**END VIEW**
¼"=1'-0"

2008 EDITION / Effective June 1, 2008                    400-36



**Stub Splice Detail** NTS

1" thk. st. pl. cap ring
⁵⁄₁₆
36"
⁵⁄₁₆
¾" thk. st. pl. stab rings
15¼" x 14" x .375" wall steel support pipe
G
⁵⁄₁₆
6½"
30" dia. x .375" wall std. steel support pipe

**Support Splice Detail** NTS

1½" thk. st. pl. cap ring
⁵⁄₁₆
60"
⁵⁄₁₆
¾" thk. st. pl. stab rings
G
⁵⁄₁₆
6½"
30" dia. x .375" wall std. st. support pipe
42" dia. x .375" wall std. steel support pipe

**END VIEW**
1/8"=1'-0"

46"
5" — 36" — 5"

MATERIALS:

CABINET & FACE - FABRICATED .080 ALUMINUM
LETTERS - 4" .040 RETURNS, 1" WHITE JEWELITE,
.063 BACKS, .150 WHITE LEXAN FACES.

15mm 6500 WHITE NEON ILLUMINATION TO
TERMINATE INTO #200 GLASS HOUSING

BORDER NEON - 3 ROWS OF 15mm CLEAR RED
SKELETON NEON ILLUMINATION TO TERMINATE
INTO #200 GLASS HOUSINGS

COLORS:

FACE PANELS AND 36" DEEP FILLER - Hampton Inn BLUE
POLYURETHANE (to match VT1937 blue).

LETTERS - 5" RETURNS PAINTED WHITE, INSIDE AND
OUTSIDE; WHITE JEWELITE TRIMCAP; WHITE FACES;
WHITE NEON

5" DEEP BORDER CHANNEL - INSIDE PAINTED WHITE,
OUTSIDE PAINTED BLUE w/ CLEAR RED NEON.

30" DIA. x .375" STD. STEEL PIPE SUPPORT -
PAINTED 313 DK. BRONZE

42" DIA. x .375" STD. STEEL PIPE SUPPORT -
PAINTED 313 DK. BRONZE

STEEL SIGN SUPPORT SET IN 60" DIA. x 18'-0"
DEEP CONCRETE PIER TYPE FOUNDATION.

SUPPORT STEEL and FOUNDATION
DESIGNED FOR 40 PSF WINDLOAD.

**U.L. LABELS REQUIRED**
INSTALL IN ACCORDANCE WITH
NATIONAL ELECTRICAL CODES

UNDERGROUND ELECTRICAL PRIMARY
SERVICE PROVIDED TO SIGN BY
CUSTOMER'S ELECTRICIAN.

**HI P312 D/F PYLON CABINET**
1/8"=1'-0"
ONE (1) SIGN REQUIRED

24'-6"
3'-6"
10"
5'-0"
27'-2 ½"
22'-0"
3'-6"
8'-9 ½"
53"
15'-9 ½"
49'-2 ½"
65'-0"



**Stub Splice Detail** NTS

**Support Splice Detail** NTS

14" dia. x .375" wall std. steel stub pipe

30" dia. x .375" wall std. steel support pipe

30" dia. x .375" wall std. steel support pipe

42" dia. x .375" wall std. steel support pipe

1" thk. stl. plt. cap ring

¾" thk. stl. plt. stub rings

1½" thk. stl. plt. cap ring

¾" thk. stl. plt. stub rings

CHANNEL BORDER AROUND PERIMETER

ACCESS DOOR

**END VIEW**
1/8"=1'-0"

FABRICATED D/F ALUMINUM SIGN CABINET (ARC BLEED FACE TENSIONING SYSTEM) FILLER PAINTED TO MATCH VT 1937 BLUE - PAINT INSIDE CABINET LIGHT ENHANCING WHITE

FABRICATED ALUMINUM CHANNEL BORDER ELEMENT (5/F UNIT - ONE ON EACH SIDE OF SIGN) FLAT #2283 RED LEXAN PLASTIC FACE .050" ALUM. FAB. RETAINERS - OUTSIDE RETURNS PAINTED TO MATCH VT 1937 BLUE - PAINT INSIDE UNIT LIGHT ENHANCING WHITE - INTERNALLY ILLUMINATED W/ THREE ROWS OF RED "GELCORE" LEDS

**NOTE:** COMMON FILLER BETWEEN BORDER ELEMENTS - PAINTED TO MATCH VT 1937 BLUE

3M WHITE PANAFLEX FLEXIBLE VINYL FACE W/ 3M VT 1937 BLUE VINYL APPLIED TO 1st SURFACE - LETTERS & GRAPHICS CUT OUT / WHITE SHOWS THRU
**NOTE:** WHITE BORDER AROUND PERIMETER OF FACE IS OPAQUE

ALL COPY & CARTOUCHE ARE WHITE

3M PANAFLEX FACES INTERNALLY ILLUMINATED W/ 400 WATT METAL HALIDE LAMPS

30" DIA. x .375" STD. STEEL PIPE SUPPORT - PAINTED 313 DK. BRONZE

42" DIA. x .375" STD. STEEL PIPE SUPPORT - PAINTED 313 DK. BRONZE

STEEL SIGN SUPPORT SET IN 60" DIA. x 18'-0" DEEP CONCRETE PIER TYPE FOUNDATION.

SUPPORT STEEL AND FOUNDATION DESIGNED FOR 40 PSF WINDLOAD.

UNDERGROUND PRIMARY ELECTRICAL SERVICE FURNISHED TO SIGN BY CUSTOMER'S ELECTRICIAN COORDINATE W/ CHANDLER SIGN AS TO REQUIREMENTS

**HI P312 D/F PYLON CABINET**
ONE (1) SIGN REQUIRED
1/8"=1'-0"

24'-6" OVERALL LENGTH
22'-6" FLEX FACE CABINET
12"
12"
51"
13'-8 ½" FLEX FACE CABINET
15'-9¼" OVERALL HEIGHT
27'-2 ½"
22'-0"
65'-0" OVERALL HEIGHT
3'-6"
5'-0"



**HI P312 D/F PYLON CABINET**
1/8"=1'-0"
ONE (1) SIGN REQUIRED

**END VIEW**
1/8"=1'-0"

**Stub Splice Detail**
NTS

**Support Splice Detail**
NTS

FABRICATED D/F ALUMINUM SIGN CABINET (ABC BLEED FACE TENSIONING SYSTEM) FILLER PAINTED TO MATCH VT 1937 BLUE - PAINT INSIDE CABINET LIGHT ENHANCING WHITE

FABRICATED ALUMINUM CHANNEL BORDER ELEMENT (S/F UNIT - ONE ON EACH SIDE OF SIGN) FLAT #2283 RED LEXAN PLASTIC FACE .050" ALUM. FAB. RETAINERS - OUTSIDE RETURNS PAINTED TO MATCH VT 1937 BLUE - PAINT INSIDE LIGHT ENHANCING WHITE INTERNALLY ILLUMINATED W/ THREE ROWS OF RED "GELCORE" LEDS

**NOTE:** COMMON FILLER BETWEEN BORDER ELEMENTS - PAINTED TO MATCH VT 1937 BLUE

3M WHITE PANAFLEX FLEXIBLE VINYL FACE W/ 3M VT 1937 BLUE VINYL APPLIED TO 1st SURFACE - LETTERS & GRAPHICS CUT OUT / WHITE SHOWS THRU

**NOTE:** WHITE BORDER AROUND PERIMETER OF FACE IS OPAQUE

3M PANAFLEX FACES INTERNALLY ILLUMINATED W/ 400 WATT METAL HALIDE LAMPS

ALL COPY & CARTOUCHE ARE WHITE

30" DIA. x .375" STD. STEEL PIPE SUPPORT - PAINTED 313 DK. BRONZE

42" DIA. x .375" STD. STEEL PIPE SUPPORT - PAINTED 313 DK. BRONZE

STEEL SIGN SUPPORT SET IN 60" DIA. x 18'-0" DEEP CONCRETE PIER TYPE FOUNDATION.

SUPPORTS STEEL and FOUNDATION DESIGNED FOR 40 PSF WINDLOAD.

UNDERGROUND PRIMARY ELECTRICAL SERVICE FURNISHED TO SIGN BY CUSTOMERS ELECTRICIAN - COORDINATE W/ CHANDLER SIGN AS TO REQUIREMENTS

CHANNEL BORDER AROUND PERIMETER

ACCESS DOOR

| SIGN NUMBER | A | B | C | D | E | F | AREA (SQ. FT.) |
|---|---|---|---|---|---|---|---|
| HI BL12 PLT S | 1'-9 3/4" | 12" | 4'-6" | 1'-2 1/2" | 2'-1" | 2' | 8.15 |
| HI BL18 PLT S | 2'-8" | 18" | 6'-9 3/4" | 1'-10 3/4" | 3'-1 3/4" | 3' | 18.73 |
| HI BL24 PLT S | 3'-7 1/2" | 24" | 9'-0" | 2'-6 1/4" | 4'-1 3/4" | 4' | 32.62 |
| HI BL36 PLT S | 5'-6" | 36" | 13'-7 1/2" | 3'-8" | 6'-3 1/2" | 6' | 74.33 |

1/4" thk. aluminum f.c.o. letter

Drill and tap back, tackweld
nut for allthread stud.

Stud length may
vary based on wall
construction.

Fill mounting hole with silicone
adhesive

**TYPICAL LETTER DETAIL**   6" = 1'-0"

| SIGN NUMBER | A | B | C | D | E | F | AREA (SQ. FT.) |
|---|---|---|---|---|---|---|---|
| HI BL12 PLT L | 6'-9 1/2" | 12" | 4'-6" | 2 1/2" | 2'-1" | 2' | 6.79 |
| HI BL18 PLT L | 10'-3 1/2" | 18" | 6'-9 3/4" | 4" | 3'-1 3/4" | 3' | 15.43 |
| HI BL24 PLT L | 13'-7" | 24" | 9'-0" | 5 1/4" | 4'-1 3/4" | 4' | 27.16 |
| HI BL36 PLT L | 20'-7" | 36" | 13'-7 1/2" | 8" | 6'-3 1/2" | 6' | 61.75 |



**STACKED F.C.O. BUILDING LETTERS**   NTS

1/4" thk. aluminum f.c.o. letters. Paint to match PMS 1945C red.
Stud mount off wall 1" with .187" dia. allthread studs.



**LINEAR F.C.O. BUILDING LETTERS**   NTS

1/4" thk. aluminum f.c.o. letters. Paint to match PMS 1945C red.
Stud mount off wall 1" with .187" dia. allthread studs.

## LIGHT COLORED BUILDING

8" DEEP SELF CONTAINED CHANNEL LETTERS.

.050" THK. ALUM. RETURNS with .080" THK. ALUM.
CAD CUT BACKS. RETURNS PAINTED 313 DK. BRONZE.

.157" THK. #2283 RED LEXAN FACES.
1" DK. BRONZE TRIMCAP RETAINER.

CLEAR RED NEON ILLUMINATION OR
GELCORE TETRA RED/RED L.E.D. (5 PER FOOT).

30mA FRANCE P&K'M TRANSFORMERS IN NEON
ILLUMINATED LETTERS.

| SIGN NUMBER | A | B | C | D | E | F | AREA (SQ. FT) | TOTAL AMPS NEON/L.E.D. | CIRCUITS REQ'D. NEON/L.E.D. |
|---|---|---|---|---|---|---|---|---|---|
| HI BL248 | 3'-7 1/4" | 24" | 8'-9 1/4" | 1'-10 3/4" | 4'-1 3/4" | 4" | 32.62 | 2.5 / 0.34 | (1) 20A / (1) 20A |
| HI BL308 | 4'-7" | 30" | 10'-1 1/2" | 3'-0 1/2" | 5'-2 3/4" | 5" | 52.03 | 2.5 / 0.44 | (1) 20A / (1) 20A |
| HI BL368 | 5'-6" | 36" | 13'-1" | 3'-8" | 6'-3 1/2" | 6" | 74.93 | 12.23 / 0.58 | (1) 20A / (1) 20A |
| HI BL488 | 7'-3 3/4" | 48" | 17'-5" | 4'-10 1/2" | 8'-4 1/2" | 7" | 132.83 | 15.71 / 1.07 | (1) 20A / (1) 20A |
| HI BL608 | 9'-1 1/2" | 60" | 21'-9 1/2" | 6'-1" | 10'-5 3/4" | 9 1/2" | 206.45 | 18.4 / 1.5 | (2) 20A / (1) 20A |

1" DEEP .063" THK. ALUM. PAN
DISC. w/ 313 DK. BRONZE FACE
and RETURNS. BORDER and "R" TO
BE 3630-53 CARDINAL RED VINYL.

CLIP MOUNT FLUSH TO WALL.

TRADEMARK DETAIL                    NTS



## STACKED BUILDING LETTERS                    NTS

* LETTERS 30" TALL and SMALLER WILL BE ONLY 5" DEEP and POWERED
  w/ VENTEX ELECTRONIC TRANSFORMERS.

SEE FOLLOWING SHEETS FOR TYPICAL NEON and L.E.D. LAYOUTS

---

## DARK COLORED BUILDING

8" DEEP SELF CONTAINED CHANNEL LETTERS.

.050" THK. ALUM. RETURNS with .080" THK. ALUM.
CAD CUT BACKS. RETURNS PTD. TO MATCH PMS 119C.

.157" THK. #7323 WHITE LEXAN FACES with 2nd SURFACE
3M 3630-73 CARDINAL RED VINYL APPLIED.
1" TRIMCAP RETAINER PTD. TO MATCH RETURNS.

CLEAR RED NEON ILLUMINATION OR
GELCORE TETRA RED/RED L.E.D. (5 PER FOOT).

30mA FRANCE P&K'M TRANSFORMERS IN NEON
ILLUMINATED LETTERS.

| SIGN NUMBER | A | B | C | D | E | F | AREA (SQ. FT) | TOTAL AMPS NEON/L.E.D. | CIRCUITS REQ'D. NEON/L.E.D. |
|---|---|---|---|---|---|---|---|---|---|
| HI BL248 | 3'-7 1/4" | 24" | 8'-9 1/4" | 1'-10 3/4" | 4'-1 3/4" | 4" | 32.62 | 2.5 / 0.34 | (1) 20A / (1) 20A |
| HI BL308 | 4'-7" | 30" | 10'-1 1/2" | 3'-0 1/2" | 5'-2 3/4" | 5" | 52.03 | 2.5 / 0.44 | (1) 20A / (1) 20A |
| HI BL368 | 5'-6" | 36" | 13'-1" | 3'-8" | 6'-3 1/2" | 6" | 74.93 | 12.23 / 0.58 | (1) 20A / (1) 20A |
| HI BL488 | 7'-3 3/4" | 48" | 17'-5" | 4'-10 1/2" | 8'-4 1/2" | 7" | 132.83 | 15.71 / 1.07 | (1) 20A / (1) 20A |
| HI BL608 | 9'-1 1/2" | 60" | 21'-9 1/2" | 6'-1" | 10'-5 3/4" | 9 1/2" | 206.45 | 18.4 / 1.5 | (2) 20A / (1) 20A |

1" DEEP .063" THK. ALUM. PAN
DISC. w/ PMS 119C TAN FACE
and RETURNS. BORDER and "R" TO
BE 3630-53 CARDINAL RED VINYL.

CLIP MOUNT FLUSH TO WALL.

TRADEMARK DETAIL                    NTS



## STACKED BUILDING LETTERS                    NTS

* LETTERS 30" TALL and SMALLER WILL BE ONLY 5" DEEP and POWERED
  w/ VENTEX ELECTRONIC TRANSFORMERS.

SEE FOLLOWING SHEETS FOR TYPICAL NEON and L.E.D. LAYOUTS

## LIGHT COLORED BUILDING

8" DEEP SELF CONTAINED CHANNEL LETTERS. *

.050" THK. ALUM. RETURNS with .080" THK. ALUM.
CAD CUT BACKS. RETURNS PAINTED 313 DK. BRONZE.

.187" THK. #2283 RED LEXAN FACES.
1" DK. BRONZE TRIMCAP RETAINER.

CLEAR RED NEON ILLUMINATION OR
GELCORE TETRA RED/RED L.E.D. (5 PER FOOT).

30mA FRANCE PSKM TRANSFORMERS IN NEON
ILLUMINATED LETTERS.

| SIGN NUMBER | A | B | C | AREA (SQ. FT.) | TOTAL AMPS NEON/L.E.D. | CIRCUITS REQ'D. NEON/L.E.D. |
|---|---|---|---|---|---|---|
| HI BL24L | 24" | 13'-7" | 4" | 27.16 | 2.5 / 0.34 | (1) 20A / (1) 20A |
| HI BL30L | 30" | 16'-11 ¼" | 5" | 42.34 | 2.5 / 0.44 | (1) 20A / (1) 20A |
| HI BL36L | 36" | 20'-111" | 6" | 62.75 | 12.23 / 0.58 | (1) 20A / (1) 20A |
| HI BL48L | 48" | 27'-111" | 7" | 111.66 | 15.71 / 1.07 | (1) 20A / (1) 20A |
| HI BL60L | 60" | 34'-9" | 9 ¼" | 173.75 | 18.4 / 1.5 | (2) 20A / (1) 20A |

1" DEEP .063" THK. ALUM. PAN
DISC. w/ 313 DK. BRONZE FACE
and RETURNS. BORDER and "R" TO
BE 3630-53 CARDINAL RED VINYL.
CLIP MOUNT FLUSH TO WALL.

TRADEMARK DETAIL          NTS

### LINEAR BUILDING LETTERS          NTS
SEE FOLLOWING SHEETS FOR TYPICAL NEON and L.E.D. LAYOUTS
* LETTERS 30" TALL and SMALLER WILL BE ONLY 5" DEEP and POWERED
w/ VENTEX ELECTRONIC TRANSFORMERS.

## DARK COLORED BUILDING

8" DEEP SELF CONTAINED CHANNEL LETTERS. *

.050" THK. ALUM. RETURNS with .080" THK. ALUM.
CAD CUT BACKS. RETURNS PTD. TO MATCH PMS 119C1.

.187" THK. #7328 WHITE LEXAN FACES with 2nd SURFACE
3M 3630-73 CARDINAL RED VINYL APPLIED.
1" TRIMCAP RETAINER PTD. TO MATCH RETURNS.

CLEAR RED NEON ILLUMINATION OR
GELCORE TETRA RED/RED L.E.D. (5 PER FOOT).

30mA FRANCE PSKM TRANSFORMERS IN NEON
ILLUMINATED LETTERS.

| SIGN NUMBER | A | B | C | AREA (SQ. FT.) | TOTAL AMPS NEON/L.E.D. | CIRCUITS REQ'D. NEON/L.E.D. |
|---|---|---|---|---|---|---|
| HI BL24L | 24" | 13'-7" | 4" | 27.16 | 2.5 / 0.34 | (1) 20A / (1) 20A |
| HI BL30L | 30" | 16'-11 ¼" | 5" | 42.34 | 2.5 / 0.44 | (1) 20A / (1) 20A |
| HI BL36L | 36" | 20'-111" | 6" | 62.75 | 12.23 / 0.58 | (1) 20A / (1) 20A |
| HI BL48L | 48" | 27'-111" | 7" | 111.66 | 15.71 / 1.07 | (1) 20A / (1) 20A |
| HI BL60L | 60" | 34'-9" | 9 ¼" | 173.75 | 18.4 / 1.5 | (2) 20A / (1) 20A |

1" DEEP .063" THK. ALUM. PAN
DISC. w/ PMS 119C1 TAN FACE
and RETURNS. BORDER and "R" TO
BE 3630-53 CARDINAL RED VINYL.
CLIP MOUNT FLUSH TO WALL.

TRADEMARK DETAIL          NTS

### LINEAR BUILDING LETTERS          NTS
SEE FOLLOWING SHEETS FOR TYPICAL NEON and L.E.D. LAYOUTS
* LETTERS 30" TALL and SMALLER WILL BE ONLY 5" DEEP and POWERED
w/ VENTEX ELECTRONIC TRANSFORMERS.



## L.E.D. LETTER SECTION

2" = 1'-0"

30" TALL LETTERS (AS SHOWN)
* 24" TALL LETTERS (REMOTE ONLY DUE TO SIZE OF POWER SUPPLY)

.040" THK. ALUM. RETURN.

1" TRIMCAP RETAINER.

.187" THK. LEXAN FACES,
SEE PREVIOUS SHEET FOR
COLOR TREATMENT.

.050" THK. ALUM. CAD
CUT BACK.

GELCORE TETRA RED/RED
L.E.D. (5 PER FOOT). MOUNT
TO SECONDARY INSET .050"
THK. ALUM. BACK FOR EASE
OF ASSEMBLY.

J-BOX with GREENFIELD
CONNECTOR.

* GELCORE GECLPS3
OR GECLPS4 PWR SUPPLY.

PAINT LETTER INTERIOR
with STARBRITE L.E.P.

WEEP HOLES IN LOW POINTS
OF LETTERS. (2) MIN.



## NEON LETTER SECTION

2" = 1'-0"

30" TALL LETTERS and SMALLER

.040" THK. ALUM. RETURN.

1" TRIMCAP RETAINER.

.187" THK. LEXAN FACES,
SEE PREVIOUS SHEET FOR
COLOR TREATMENT.

.050" THK. ALUM. CAD
CUT BACKS

CLEAR RED ILLUMINATION
(NEON)

J-BOX with GREENFIELD
CONNECTOR

VENTEX 30mA ELECT.
TRANSFORMERS.

PAINT LETTER INTERIOR
with STARBRITE L.E.P.

ELECTROBIT PYROLENE
ELECTRODE BOOTS

GLASS TUBE SUPPORTS
ON STAND-OFFS

WEEP HOLES IN LOW POINTS
OF LETTERS. (2) MIN.



.050" THK. ALUM. RETURN.

1" TRIMCAP RETAINER.

.167" THK. LEXAN FACES.
SEE PREVIOUS SHEET FOR
COLOR TREATMENT.

.080" THK. ALUM. CAD
CUT BACKS

GELCORE TETRA RED/RED
L.E.D. (5 PER FOOT)

.375" DIA. HARDWARE
AS REQUIRED PER WALL
CONSTRUCTION.

2" x 2" GALV.
CLIP ON BACK OF
LETTER.

J-BOX with SEAL-TITE
CONNECTOR

GELCORE GECLPS3
OR GECLPS4 PWR SUPPLY.

PAINT LETTER INTERIOR
with STARBRITE L.E.P.

WEEP HOLES IN LOW POINTS
OF LETTERS. (2) MIN.

## L.E.D. LETTER SECTION
36" TALL LETTERS and LARGER                    2" = 1'-0"



.050" THK. ALUM. RETURN.

1" TRIMCAP RETAINER.

.167" THK. LEXAN FACES.
SEE PREVIOUS SHEET FOR
COLOR TREATMENT.

.080" THK. ALUM. CAD
CUT BACKS

CLEAR RED ILLUMINATION
(NEON)

GLASS TUBE SUPPORTS
ON STAND-OFFS

.375" DIA. HARDWARE
AS REQUIRED PER WALL
CONSTRUCTION.

2" x 2" GALV.
CLIP ON BACK OF
LETTER.

J-BOX with SEAL-TITE
CONNECTOR

FRANCE 30mA PBKM
TRANSFORMERS.

PAINT LETTER INTERIOR
with STARBRITE L.E.P.

WEEP HOLES IN LOW POINTS
OF LETTERS. (2) MIN.

## NEON LETTER SECTION                         2" = 1'-0"
36" TALL LETTERS and LARGER



**END VIEW**
3/4"=1'-0"

12"

4"

.063" THK. FABRICATED D/F ALUM. SIGN
CABINET - RETAINERS & FILLER
PAINTED TO MATCH PMS 425 GREY
PAINT INSIDE CABINET LIGHT
ENHANCING WHITE

"WIDE" 3M VT 1936 RED VINYL OUTSIDE
BORDER (OUT TO RETAINERS)

"NARROW" 3M VT 1935 GREY VINYL
INSIDE RED BORDER

.150" THK. FLAT WHITE LEXAN
PLASTIC FACE W/ 3M VT 1937 BLUE VINYL
APPLIED TO 1st SURFACE -
LETTERS & GRAPHIC CUT OUT /
WHITE SHOWS THRU

COPY & CARTOUCHE ARE WHITE

SIGN INTERNALLY ILLUMINATED
W/800ma HIGH OUTPUT DAYLIGHT
FLUORESCENT LAMPS

TS 2" x 2" x .187" STANDARD STEEL
SUPPORT INSIDE FABRICATED .063" THK.
ALUM. BASE & SUPPORT COVER - PAINT TO
MATCH PMS 425c STIPPLE FINISH

9" DIA. x 3'-0" DEEP CONCRETE PIER
FOUNDATION AT SUPPORT.

SUPPORT STEEL and FOUNDATION
DESIGNED FOR 30 PSF WINDLOAD.

UNDERGROUND PRIMARY ELECTRICAL
SERVICE FURNISHED TO SIGN BY
CUSTOMER'S ELECTRICIAN.

**ALTERNATE FACE LAYOUTS FOR HIS-10D SIGN**
NO SCALE

EXIT

ENTRANCE

**HIS-10 DIRECTIONAL SIGN**
3/4"=1'-0"

4'-1" ALUMINUM CABINET

3'-0" BASE

1 1/4"

8 1/2"

5"

2'-6" CABINET

2'-6"

5'-0" O.A. HEIGHT

Hampton
Inn & Suites®



**END VIEW**
3/8"=1'-0"

1'-9"

9"

.063" THK. FABRICATED D/F ALUM. SIGN CABINET - 3" RETAINERS & FILLER. PAINTED TO MATCH PMS 425 GREY. PAINT INSIDE CABINET LIGHT ENHANCING WHITE

"WIDE" 3M VT 1936 RED VINYL OUTSIDE BORDER (OUT TO RETAINERS)

"NARROW" 3M VT 1935 GREY VINYL INSIDE RED BORDER

.150" THK. FLAT WHITE LEXAN PLASTIC FACE W/ 3M VT 1937 BLUE VINYL APPLIED TO 1st SURFACE - LETTERS & GRAPHICS CUT OUT / WHITE SHOWS THRU

COPY & CARTOUCHE ARE WHITE

SIGN INTERNALLY ILLUMINATED W/800ma HIGH OUTPUT DAYLIGHT FLUORESCENT LAMPS

(2) 4" DIA. STANDARD STEEL SUPPORT INSIDE FABRICATED .063" THK. ALUM BASE & SUPPORT COVER - PAINT TO MATCH PMS 425c STIPPLE FINISH

12" DIA. x 3'-0" DEEP CONCRETE PIER FOUNDATION

SUPPORT STEEL and FOUNDATION DESIGNED FOR 30 PSF WINDLOAD.

UNDERGROUND PRIMARY ELECTRICAL SERVICE FURNISHED TO SIGN BY CUSTOMERS ELECTRICIAN.

**D/F HIS-40 MONUMENT SIGN**
3/8"=1'-0"

7'-9" ALUMINUM CABINET

6'-0" BASE

3"

10"

17"

5'- 2" CABINET

10'-0" OVERALL HEIGT

4'-0" c-to-c



**END VIEW**
3/8" = 1'-0"

24"

11"

.063" THK. FABRICATED D/F ALUM. SIGN
CABINET - 3 ¼" RETAINERS & FILLER
PAINTED TO MATCH PMS 425 GREY
PAINT INSIDE CABINET LIGHT
ENHANCING WHITE

"WIDE" 3M VT 1936 RED VINYL OUTSIDE
BORDER (OUT TO RETAINERS)

"NARROW" 3M VT 1935 GREY VINYL
INSIDE RED BORDER

3M 945 WHITE PANAFLEX FLEXIBLE
VINYL FACE W/ 3M VT 1937 BLUE VINYL
APPLIED TO 1st SURFACE VINYL
LETTERS & GRAPHICS CUT OUT /
WHITE SHOWS THRU

COPY & CARTOUCHE ARE WHITE

SIGN INTERNALLY ILLUMINATED
W/800ma HIGH OUTPUT DAYLIGHT
FLUORESCENT LAMPS

(2) 4" x 4" x ¼" STEEL TUBE SUPPORT INSIDE
.063" THK. FABRICATED ALUM. BASE &
SUPPORT COVER - PAINT TO
MATCH PMS 425c STIPPLE FINISH

12" DIA. x 4'-0" DEEP CONCRETE
PIER FOUNDATION.

SUPPORT STEEL and FOUNDATION
DESIGNED FOR 30 PSF WINDLOAD.

UNDERGROUND PRIMARY ELECTRICAL
SERVICE FURNISHED TO SIGN BY
CUSTOMER'S ELECTRICIAN.

**D/F HIS-60 MONUMENT SIGN**
3/8" = 1'-0"

9'-6" ALUMINUM CABINET

7'-3" BASE

3 ¼"

12 ¼"

20 ¾"

6' - 3 ⅝" CABINET

12'-0" OVERALL HEIGT

4'-8" c-to-c



**END VIEW**
1/4"=1'-0"

24"

11"

.063" THK. FABRICATED D/F ALUM. SIGN CABINET - 3 ½" RETAINERS & FILLER PAINTED TO MATCH PMS 425 GREY PAINT INSIDE CABINET LIGHT ENHANCING WHITE

"WIDE" 3M VT 1936 RED VINYL OUTSIDE BORDER (OUT TO RETAINERS)

"NARROW" 3M VT 1935 GREY VINYL INSIDE RED BORDER

3M 945 WHITE PANAFLEX FLEXIBLE VINYL FACE W/ 3M VT 1937 BLUE VINYL APPLIED TO 1st SURFACE - LETTERS & GRAPHICS CUT OUT / WHITE SHOWS THRU

COPY & CARTOUCHE ARE WHITE

SIGN INTERNALLY ILLUMINATED W/800ma HIGH OUTPUT DAYLIGHT FLUORESCENT LAMPS

6" ZIP-LITE INTERCHANGABLE COPY READERBOARD PANEL - .177 CLEAR PCB PANELS - BLACK BACKGROUND W/ WHITE COPY TRACKING PAINTED BLACK INTERNALLY ILLUMINATED W/ FLUORESCENT LAMPS

6" x 6" x ¼" STEEL TUBE SUPPORT INSIDE FABRICATED ALUMINUM BASE & SUPPORT COVER - PAINT TO MATCH PMS 425c STIPPLE FINISH

18" DIA. x 6'-0" DEEP CONCRETE PIER FOUNDATION

SUPPORT STEEL and FOUNDATION DESIGNED FOR 30 PSF WINDLOAD.

UNDERGROUND PRIMARY ELECTRICAL SERVICE FURNISHED TO SIGN BY CUSTOMER'S ELECTRICIAN.

**D/F HIS-88 PYLON SIGN**
1/4"=1'-0"

9'-6" ALUM. CABINET

7'-6" BASE

Hampton Inn & Suites

A
B
C
D
E

6'-10"

3 ½"

21"

12"

6'-3 ⁵/₈" CABINET

6"

3'-10"

8'-0"

4'-8" c-to-c

20'-0" OVERALL HEIGHT



END VIEW
1/4"=1'-0"

18"

3'-3"

ACCESS DOOR
EACH SIDE

.063" THK. FABRICATED D/F ALUM. SIGN
CABINET - 4 ½" RETAINERS & FILLER
PAINTED TO MATCH PMS 425 GREY
PAINT INSIDE CABINET LIGHT
ENHANCING WHITE

"WIDE" 3M VT 1936 RED VINYL OUTSIDE
BORDER (OUT TO RETAINERS)

"NARROW" 3M VT 1935 GREY VINYL
INSIDE RED BORDER

3M 945 WHITE PANAFLEX FLEXIBLE
VINYL FACE W/ 3M VT 1937 BLUE VINYL
APPLIED TO 1ST SURFACE—LETTER
LETTERS & GRAPHICS CUT OUT /
WHITE SHOWS THRU

COPY & CARTOUCHE ARE WHITE

SIGN INTERNALLY ILLUMINATED
W/800ma HIGH OUTPUT DAYLIGHT
FLUORESCENT LAMPS

8' ZIP-LITE INTERCHANGABLE COPY
READERBOARD PANEL
.177 CLEAR PCB PANELS - BLACK
BACKGROUND W/WHITE COPY
TRACKING PAINTED BLACK
INTERNALLY ILLUMINATED W/
800ma HIGH OUTPUT DAYLIGHT
FLUORESCENT LAMPS

APPLY 3M 7725-12 BLACK VINYL
ABOVE and BELOW THE LAST
SET OF LETTER TRACK TO PREVENT
LIGHT LEAKS.

(2) 10 ¾" DIA. STANDARD STEEL
SUPPORT INSIDE FABRICATED ALUM.
BASE & SUPPORT COVER - PAINT
COVER TO MATCH PMS 425c STIPPLE
FINISH.

24" DIA. x 7'-0" DEEP CONCRETE
PIER FOUNDATION

SUPPORT STEEL and FOUNDATION
DESIGNED FOR 30 PSF WINDLOAD.

UNDERGROUND PRIMARY ELECTRICAL
SERVICE FURNISHED TO SIGN BY
CUSTOMERS ELECTRICIAN.

D/F HIS-150 PYLON SIGN
1/4"=1'-0"

5'-0" c-to-c

12'-8" ALUM. CABINET

10'-0" BASE

A
B
C
D

9'-0"

8"

4½"

16 3/4"
20 1/8"

8'-5 1/4" CABINET

5'-0"

10'-0"

26'-0" OVERALL HEIGHT

## END VIEW
### 3/16"=1'-0"

48"

ACCESS DOOR
EACH SIDE

3" STEP

2½" STEP

21"

.063" THK. FABRICATED D/F ALUM. SIGN
CABINET - 5 ½" RETAINERS & FILLER
PAINTED TO MATCH PMS 425 GREY
PAINT INSIDE CABINET LIGHT
ENHANCING WHITE

"WIDE" 3M VT 1936 RED VINYL OUTSIDE
BORDER (OUT TO RETAINERS)

"NARROW" 3M VT 1935 GREY VINYL
INSIDE RED BORDER

3M 945 WHITE PANAFLEX FLEXIBLE
VINYL FACE W/ 3M VT 1937 BLUE VINYL
APPLIED TO 1ST SURFACE -
LETTERS & GRAPHICS CUT OUT /
WHITE SHOWS THRU

COPY & CARTOUCHE ARE WHITE

SIGN INTERNALLY ILLUMINATED
W/800ma HIGH OUTPUT DAYLIGHT
FLUORESCENT LAMPS

12" ZIP-LITE INTERCHANGABLE COPY
READERBOARD PANEL -
.177 CLEAR PCB PANELS - BLACK
BACKGROUND W/WHITE COPY
TRACKING PAINTED BLACK -
INTERNALLY ILLUMINATED W/
800ma HIGH OUTPUT DAYLIGHT
FLUORESCENT LAMPS

APPLY 3M 7725-12 BLACK VINYL
ABOVE and BELOW THE LAST
SET OF LETTER TRACK TO PREVENT
LIGHT LEAKS.

(2) 8 ⅝" DIA. x .322" STANDARD STEEL
PIPE 2nd STAGE SUPPORT.

(2) 12 ¾" DIA. x .375" STANDARD STEEL
SUPPORT INSIDE FABRICATED ALUM.
BASE & SUPPORT COVER - PAINT
COVER TO MATCH PMS 425c STIPPLE
FINISH.

36" DIA. x 8'-0" DEEP CONCRETE
PIER FOUNDATIONS.

SUPPORT STEEL and FOUNDATION
DESIGNED FOR 30 PSF WINDLOAD.

UNDERGROUND PRIMARY ELECTRICAL
SERVICE FURNISHED TO SIGN BY
CUSTOMER'S ELECTRICIAN.

15'-7 ¾" ALUM. CABINET

11'-6" BASE

20 ¾"

34"

10'-5 ¼" CABINET

12"

10'-0"

6'-0"

12'-6"

32'-0" OVERALL HEIGHT

8'-0" c-to-c

## D/F HIS-220 PYLON SIGN
### 3/16"=1'-0"
ONE (1) SIGN REQUIRED

A
B
C
D



CHANNEL BORDER AROUND PERIMETER

ACCESS DOOR

48"

5" | 38" | 5"

**END VIEW**
1/8"=1'-0"

FABRICATED D/F ALUMINUM SIGN CABINET (ABC FACE TENSIONING SYSTEM)
FILLER PAINTED TO MATCH PMS 425 GREY -
PAINT INSIDE CABINET LIGHT ENHANCING WHITE

FABRICATED ALUMINUM CHANNEL BORDER
ELEMENT (S/F UNIT - ONE ON EACH SIDE OF SIGN)
FLAT #2283 RED LEXAN PLASTIC FACE
.050" ALUM. FAB. RETAINERS OUTSIDE RETURNS
PAINTED TO MATCH PMS 425 GREY -
PAINT INSIDE LIGHT ENHANCING WHITE -
INTERNALLY ILLUMINATED W/ THREE ROWS
OF RED "GELCORE" LEDS

**NOTE:** COMMON FILLER BETWEEN BORDER
ELEMENTS - PAINTED PMS 425 GREY

3M WHITE PANAFLEX FLEXIBLE VINYL FACE
W/ 3M VT 1937 BLUE VINYL APPLIED TO
1st SURFACE - LETTERS & GRAPHICS CUT OUT /
WHITE SHOWS THRU
**NOTE:** WHITE BORDER AROUND PERIMETER
OF FACE IS OPAQUE

ALL COPY & CARTOUCHE ARE WHITE

PANAFLEX FACES INTERNALLY ILLUMINATED
W/ 400 WATT METAL HALIDE LAMPS

30" DIA. x .375" STD. STEEL PIPE SUPPORT -
PAINT TO MATCH PMS 425c GRAY

42" DIA. x .375" STD. STEEL PIPE SUPPORT -
PAINT TO MATCH PMS 425c GRAY

STEEL SIGN SUPPORT SET IN 60" DIA. x 18'-0"
DEEP CONCRETE PIER TYPE FOUNDATION.

SUPPORT STEEL and FOUNDATION
DESIGNED FOR 40 PSF WINDLOAD.

UNDERGROUND PRIMARY ELECTRICAL
SERVICE FURNISHED TO SIGN BY
CUSTOMER'S ELECTRICIAN -
SIGN MAKER TO CONNECT PRIMARY
TO ORDINARY THE CHANDLER SIGN AS
TO REQUIREMENTS

**D/F HIS-385 HI-RISE PYLON SIGN**
1/8"=1'-0"

ONE (1) SIGN REQUIRED

12"

24'-6" OVERALL LENGTH

22'-6" FLEX FACE CABINET

12"

13'-8 1/2" FLEX FACE CABINET

15'-9 1/4" OVERALL HEIGHT

32 3/8" | 53 3/4"

6'

3'-6"

5'-0"

22'-0"

65'-0" OVERALL HEIGHT±

## STACKED BUILDING LETTERS

SEE FOLLOWING SHEETS FOR
TYPICAL NEON and L.E.D. LAYOUTS

**LIGHT COLORED BUILDING**

8" DEEP SELF CONTAINED CHANNEL LETTERS.

.050" THK. ALUM. RETURNS with .080" THK. ALUM.
CAD CUT BACKS. RETURNS PAINTED 313 DK. BRONZE.

.187" THK. #2283 RED LEXAN FACES.

1" DK. BRONZE TRIMCAP.

CLEAR RED NEON ILLUMINATION OR
GELCORE TETRA RED/RED L.E.D. (5 PER FOOT).

30mA FRANCE P&M TRANSFORMERS IN NEON
ILLUMINATED LETTERS.

| SIGN NUMBER | A | B | C | AREA (SQ. FT.) | TOTAL AMPS NEON/L.E.D. | CIRCUITS REQD. NEON/L.E.D. |
|---|---|---|---|---|---|---|
| H19 BL366 | 36" | 14'-3 ½" | 5'-6" | 79.56 | 19.56 / .773 | (2) 20A / (1) 20A |
| H19 BL486 | 48" | 19'-0 ½" | 7'-4" | 139.33 | 19.31 / 1.47 | (2) 20A / (1) 20A |
| H19 BL606 | 60" | 23'-9 ¾" | 9'-2" | 218.23 | 25.9 / 1.85 | (2) 20A / (1) 20A |

**TRADEMARK DETAIL**   NTS

.187" THK. #2283 RED LEXAN
DISC. with 3M 7725-10 WHITE VINYL
BACKGROUND. "R" SHOWS THRU RED.

FLUSH MOUNT TO WALL with
SILICONE ADHESIVE.

## LINEAR BUILDING LETTERS

SEE FOLLOWING SHEETS FOR
TYPICAL NEON and L.E.D. LAYOUTS

**LIGHT COLORED BUILDING**

8" DEEP SELF CONTAINED CHANNEL LETTERS.

.050" THK. ALUM. RETURNS with .080" THK. ALUM.
CAD CUT BACKS. RETURNS PAINTED 313 DK. BRONZE.

.187" THK. #2283 RED LEXAN FACES.

CLEAR RED NEON ILLUMINATION OR
GELCORE TETRA RED/RED L.E.D. (5 PER FOOT).

30mA FRANCE P&M TRANSFORMERS IN NEON
ILLUMINATED LETTERS.

| SIGN NUMBER | A | B | C | AREA (SQ. FT.) | TOTAL AMPS NEON/L.E.D. | CIRCUITS REQD. NEON/L.E.D. |
|---|---|---|---|---|---|---|
| H19 BL36L | 36" | 27'-1" | x | 79.56 | 19.56 / .773 | (2) 20A / (1) 20A |
| H19 BL48L | 48" | 36'-1 ¼" | x | 139.33 | 19.31 / 1.47 | (2) 20A / (1) 20A |
| H19 BL60L | 60" | 45'-1" | x | 218.23 | 25.9 / 1.85 | (2) 20A / (1) 20A |

NTS

## DARK COLORED BUILDING

8' DEEP SELF CONTAINED CHANNEL LETTERS.

.050" THK. ALUM. RETURNS with .080" THK. ALUM. CAD CUT BACKS. RETURNS PAINTED 313 DK. BRONZE.

.187" THK. WHITE LEXAN FACES with 2nd SURFACE 3630-73 CARDINAL RED VINYL APPLIED. 1" DK. BRONZE TRIMCAP.

CLEAR RED NEON ILLUMINATION OR GELCORE TETRA RED/RED L.E.D. (5 PER FOOT).

30mA FRANCE PBKM TRANSFORMERS IN NEON ILLUMINATED LETTERS.

| SIGN NUMBER | A | B | C | AREA (SQ. FT.) | TOTAL AMPS NEON/L.E.D. | CIRCUITS REQD. NEON/L.E.D. |
|---|---|---|---|---|---|---|
| H19 BL36S | 36" | 14'-3 ½" | 5'-6" | 78.56 | 19.56 / .773 | (2) 20A / (1) 20A |
| H19 BL48S | 48" | 19'-0 ¾" | 7'-4" | 139.33 | 19.31 / 1.47 | (2) 20A / (1) 20A |
| H19 BL60S | 60" | 23'-9 ½" | 9'-2" | 218.23 | 25.9 / 1.85 | (2) 20A / (1) 20A |

### TRADEMARK DETAIL

.187" THK. #2283 RED LEXAN DISC. with 3M 7725-10 WHITE VINYL BORDER and "R".

FLUSH MOUNT TO WALL with SILICONE ADHESIVE.

NTS

## STACKED BUILDING LETTERS

NTS

SEE FOLLOWING SHEETS FOR TYPICAL NEON and L.E.D. LAYOUTS

## DARK COLORED BUILDING

8' DEEP SELF CONTAINED CHANNEL LETTERS.

.050" THK. ALUM. RETURNS with .080" THK. ALUM. CAD CUT BACKS. RETURNS PAINTED 313 DK. BRONZE.

.187" THK. WHITE LEXAN FACES with 2nd SURFACE 3630-73 CARDINAL RED VINYL APPLIED. 1" DK. BRONZE TRIMCAP.

CLEAR RED NEON ILLUMINATION OR GELCORE TETRA RED/RED L.E.D. (5 PER FOOT).

30mA FRANCE PBKM TRANSFORMERS IN NEON ILLUMINATED LETTERS.

| SIGN NUMBER | A | B | C | AREA (SQ. FT.) | TOTAL AMPS NEON/L.E.D. | CIRCUITS REQD. NEON/L.E.D. |
|---|---|---|---|---|---|---|
| H19 BL36L | 36" | 27'-1" | x | 78.56 | 19.56 / .773 | (2) 20A / (1) 20A |
| H19 BL48L | 48" | 36'-1 ¼" | x | 139.33 | 19.31 / 1.47 | (2) 20A / (1) 20A |
| H19 BL60L | 60" | 46'-1" | x | 218.23 | 25.9 / 1.85 | (2) 20A / (1) 20A |

## LINEAR BUILDING LETTERS

NTS

SEE FOLLOWING SHEETS FOR TYPICAL NEON and L.E.D. LAYOUTS

## 404.30   Building Number

Scale ............................. 3" = 1'-0"
Handicap .................... No
Material....................... Type 3
Letter Style .................. Frutiger
Color ........................... Baked enamel or other permanent
                                        coating, contrast with background
Mounting Method...... Concealed fasteners
Quantity...................... One set




end view

## 404.31   Entrance Canopy Clearance

Scale ............................. 1" = 1'-0"
Handicap .................... No
Material....................... Type 3
Letter Style .................. Frutiger
Color ........................... Baked enamel or other permanent
                                        coating, contrast with background
Mounting Method...... Concealed fasteners
Quantity...................... One set over driveway at each side of
                                        canopy





# Trademark and Identity

## 405.00  Interior Signage

The interior sign package for Hampton Inn and Hampton Inn & Suites should reflect the quality that is associated with the brand standard. The colors chosen should tastefully compliment the hotel interior and meet all ADA requirements. Interior corridor signage must be brought up to the current standard at the time of any renovation within the corridor.

**405.01   ADA Font Requirements**

The Americans With Disabilities Act (ADA), Title III, section 4.30.2 Character Proportion, states:

"Letters and numbers on signs must have a width-to-height ratio between 3:5 and 1:1 and a stroke-width-to-height ratio between 1:5 and 1:10."

The following fonts meet those requirements, and must be used on all signage:

# Frutiger 55 Roman

# **Frutiger 65 Bold**

**405.02   Guest Room Numbers**

Each guest room must be identified with uniformly designed and clearly distinguishable numerals placed adjacent to the guest room entry door on the latch side or on the first visible wall adjacent to the door. The sign must be mounted 60" above the floor to the center of the sign. The specifications that follow are for the guest room signage.

Existing properties that have signage made of solid surface material located on the door, whether room number signage or the Hampton Inn cartouche, may leave these signs on the door until the door is replaced. The new signage as described as follows must replace those signs located to the side of the door. Replacement signs size must be coordinated with available wall space *prior to ordering.*

A.  Graphics

Room signage must be 8"w x 4"h digital graphics, laminated backs, mounted to second surface of 1/8" Plexiglas with a 45-degree edge.



# Trademark and Identity

B. Applied Numerals

Guest room numerals must be located on the first surface and must be white, New Hermes Gravotac #214-114, Frutiger 55 Roman 115 point 1/32" thick and 11/8" high. Exterior room signs may use larger numerals. Corresponding room numerals in clear Raster Braille must be applied. Room numbers may be match-routed for better adhesion but must maintain compliance with ADA.

C. Backer Material

Backer may be any of the following:

1. One-quarter inch thick acrylic painted with the following color options:

   a. Bronze MT 41313SP

   b. Black MT N923SP

   c. Brushed Aluminum MT 41342SP

2. One half-inch thick solid surface option: Corian Nocturne

D. Backer Profile

1. Two profiles may be used for the backer:

   a. Ogee edge (for acrylic), $8\frac{5}{8}$"w x $4\frac{5}{8}$"h

   b. Straight "frame" edge (for acrylic or solid surface), 9"w x 5"h

2. A recessed area for the Plexiglas sign must be provided. The ogee edge must have a 1/16" recess and the straight edge, a 1/8" recess.

E. Mounting System

Double-sided tape should be used to hold the sign in place while the silicone or adhesive dries to the wall. The manufacturer must ship double-sided tape to all self-installation properties.

Straight Edge _____



Item# A001-1 Example Shown - Interior with Silver Backer/Straight Edge

Ogee Edge _____



Item# A001-3 Example Shown - Interior with Silver Backer/Ogee Edge

## Choose from these background colors:



PMS 1955 Red _____



PMS 378 Green _____



PMS 295 Blue _____



Black _____

## Choose From These Backer Colors Available:



Solid Surface - _____
Corian Nocturne



Acrylic Painted Silver _____



Acrylic Painted Black _____



Acrylic Painted Bronze _____

F. Approved Image Library

Artwork must be from the Hampton Brand approved image library designated specifically for room signage. The image library is available only to Hampton approved interior signage manufacturers. Each room on a floor must utilize a different image unless there are more rooms than images available, in which case duplicate images must be installed as far apart as possible. Images must be duplicated on different floors.



| | | | | | |
|---|---|---|---|---|---|
| Print 01 | Print 02 | Print 03 | Print 04 | Print 05 | Print 06 |
| Print 07 | Print 08 | Print 09 | Print 10 | Print 11 | Print 12 |
| Print 13 | Print 14 | Print 15 | Print 16 | Print 17 | Print 18 |
| Print 19 | Print 20 | Print 21 | Print 22 | Print 23 | Print 24 |
| Print 25 | Print 26 | Print 27 | Print 28 | Print 29 | Print 30 |
| Print 31 | Print 32 | Print 33 | Print 34 | Print 35 | Print 36 |



# Trademark and Identity

**405.03   General Specifications for Public Area Signs**

The material is to be 1/2" thick solid surface or painted acrylic with a custom drop bevel edge treatment then sandblasted 1/32" deep. Signs are to have Grade II Braille where required. Copy heights are to meet the requirements of the Americans with Disability Act. An etch and fill process may be used instead of sandblasting for signs that are strictly informational and do not require raised letters or Braille.

**Example**  Front View

1/8"
1/16"
5/32"
1/4"



Varies

Choose from these colors:



Face Painted Acrylic
**Brushed Aluminum
MT 41342SP**
with Black Graphics
**MT N923SP**



Face Painted Acrylic
**Bronze MT 41313SP**
with Ivory Graphics
**MT HC-081**



Face Painted Acrylic
**Black MT N923SP**
with Silver Graphics
**Brushed Aluminum
MT 41342SP**



Face Painted Acrylic
**Black MT N923SP**
with White Graphics
**MT N202SP**



Solid Surface Color
**Corian Nocturne**
with Silver Graphics
**Brushed Aluminum
MT 41342SP**



Solid Surface Color
**Corian Nocturne**
with White Graphics
**MT N202SP**



# Trademark and Identity

405.04   Restrooms

Restroom signage should indicate gender and handicap accessibility. If the restroom is not handicap accessible, a sign directing guests to handicap accessible restrooms should be displayed.



— 3 ½"

— 3/4"

Item# A10
7 7/8" x 7 7/8" Example Shown
**Frutiger 65 Bold**



— 3 ½"

— 3/4"

Item# A11
7 7/8" x 7 7/8" Example Shown
**Frutiger 65 Bold**



— 3 ½"

— 3/4"

Item# A010U
7 7/8" x 7 7/8" Example Shown
**Frutiger 65 Bold**



— 3/4"

Item# A10A
7 7/8" x 7 7/8" Example Shown
Frutiger 55 Roman



# Trademark and Identity

### 405.05   Stairs/Floor Numbers

Local fire codes should be referenced before ordering these signs. The Exit-Stairs sign should be located adjacent to the stair door, on the latch side outside the stairwell, with the center of the sign 60" off the floor. Some codes require an evacuation plan also be posted at the stairs as Item #A4E shows.

The hotel must provide information, including evacuation plan, when required for these signs prior to production.



Item# A4
7 7/8" x 7 7/8" Example Shown
Frutiger 55 Roman
**Frutiger 65 Bold**



Item# A4E
11 7/8" x 11 7/8" Example Shown
With 5 ½" x 10" x 1/8" Screenprinted
Acrylic Evacuation Map
**Frutiger 65 Bold**



Item# A9 Floor Number  14" x 12"
1/8" Acrylic w/Reflective 6" Number,
1/32" raised graphics (where required)
**Frutiger Fonts**

Floor numbers are to be located adjacent to the latch side of the door on the inside of the stairwell. These signs must designate stairwell number or name, roof access and origination and termination of that stairwell.



# Trademark and Identity

Six-inch reflective, pre-spaced vinyl letters spelling "EXIT" should be placed at the base of each stair door on the corridor side, used to assist the evacuation of a smoke-filled corridor.



Item# D5
6" Pre-Spaced Silver Reflective
Vinyl Letters
**Frutiger**

**405.06   Guest Room Evacuation**

This sign contains important information for your guest. An emergency exit plan, check-in and check-out times, room rates, safe deposit box availability, and state laws are included. The full color paper inserted into an assembled two-piece sign is displayed on the back of the guest room door below the peephole. The hotel must provide pull station and fire extinguisher locations in addition to the maximum room rate, check-in and check-out times prior to production of this sign.

A.  Option One

Graphic mounted second surface of Plexiglas. Backer with thumb hole to create slot for paper insert.

B.  Option Two

Graphic printed second surface on velvet Lexan

C.  All Options

White lettering, Hampton Honeycomb: stroke 50 percent PMS 295, fill 80 percent PMS 295, Background behind honeycomb 100 percent PMS 295





# Trademark and Identity

**405.07   Elevator Lobby Signage**

An "In Fire Emergency" sign must be displayed above each elevator call button and inside each elevator cab. Some codes require an evacuation plan in addition to the basic sign. The hotel must provide a floor plan for the evacuation plan sign required by code prior to signage production.



**Item# A8     7" x 7"**
**Frutiger 65 Bold**



**Item# A8E     11 7/8" x 11 7/8"**
With 5 ½"x 10" x 1/8" Screenprinted
Acrylic Evacuation Map
**Frutiger 65 Bold**



**Item# B16     5" x 16"**
**Frutiger 65 Bold**

**405.08   Meeting Room/Hospitality Suites**

The style of meeting room and hospitality suite signs should be determined by the use of the room:

A.  Simple room identification

B.  Identification with "In Use/Vacant" strip

While ADA requires 1/32" raised letters and Braille to identify these rooms, some signs in larger settings may require additional dimensional individual letters. This should be determined by the distance from which they will be viewed.

**405.09   Other ID Signage with Operating Hours**



**Item# B10     8" x 11 7/8"**
*2" x 10" Slide Track for In Use or Vacant*
Frutiger 55 Roman
**Frutiger 65 Bold**

**Item# A13     7" x 7"**
Frutiger 55 Roman
**Frutiger 65 Bold**

Informational signage for this area.

**Item# A007D**
6" x 8"
Frutiger 55 Roman

**Item# A007L**
6" x 8"
Frutiger 55 Roman



# Trademark and Identity

This group of signs usually requires additional hotel specific information, such as hours or age restrictions. Hours of operation must be displayed for the convenience of your guests if the area will not open 24 hours a day. The hotel must provide hours of operation for these signs prior to signage productions.



Item# B7H
8" x 11 7/8"
Frutiger 55 Roman
**Frutiger 65 Bold**

Item# B8H
8" x 11 7/8"
Frutiger 55 Roman
**Frutiger 65 Bold**

Item# B014
8" x 11 7/8"
Frutiger 55 Roman
**Frutiger 65 Bold**

Item# B027H
8" x 11 7/8"
Frutiger 55 Roman
**Frutiger 65 Bold**



# Trademark and Identity

**405.10   Room/Area Identification Signage**

Many local fire department codes require all public access doors to be clearly marked.

To comply with ADA standards:

A. All permanent rooms and spaces must be identified by signage with 1/32" raised letters, graphics and Grade II Braille.

B. The letter style must be easy to read.

C. The sign background and copy must have good color contrast.

D. Signs must be mounted adjacent to the door on the latch side, or on the first visible wall adjacent to the door, with the center of the sign 60" off the floor.





# Trademark and Identity

**405.11   Directional Signage**

A.  Directional signage is an important part of a wayfinding sign system. These signs direct guests through a facility. These signs are generally read from a distance, therefore they should have an average copy height of $1^1/_2$". A well designed wayfinding sign system will:

   1.  Identify travel path decision points throughout your facility. A travel path decision point is a place at which someone moving through your facility must make the decision to turn left, right or continue straight ahead.

   2.  Place directionals so they are readily visible from travel path decision points.

   3.  Identify and direct your guests to common areas of interest such as:

      a.  Lobby

      b.  Registration area

      c.  Elevators

      d.  Guestrooms/suites

      e.  Gift shops

      f.  Pools and fitness centers

      g.  Ice and vending machines

      h.  Restaurants

      i.  Lounges

      j.  Meeting rooms

      k.  Restrooms

      l.  Telephones

      m.  Guest Laundries

   4.  Guide your guests through each travel path decision point, all the way to their destination.

All wayfinding signage should be reviewed by the owner or an owner's representative prior to ordering.



## Trademark and Identity

B.  Wall Mounted Directionals



Item# B1    5" x 16"
**Frutiger 65 Bold**

Item# B2    8" x 16"
**Frutiger 65 Bold**



Item# B3    13" x 16"
**Frutiger 65 Bold**



Item# B4    5" x 16"
**Frutiger 65 Bold**



# Trademark and Identity

C. Ceiling/Flag-Mounted Directionals

Ceiling and flag-mounted directionals are used only when there is no visible wall space available for wall-mounted directionals. These signs are often visible from both sides, therefore double-sided.



Side #1

Acrylic

Side #2

1 ½"

Item# B001H    5" x 16"   Flag Mount
**Frutiger 65 Bold**



Side #1

Acrylic

Side #2

1 ½"

Item# B002B    8" x 16"   Ceiling Mount
**Frutiger 65 Bold**



# Trademark and Identity

**405.12   Informational Signage**

Informational signage design should be consistent with the other signs in your sign system. These signs should convey their information clearly and concisely. Many of these are required by code.

A.   Lobby Area Signage

These informational signs are typically displayed in the Lobby/Entrance/Front Desk areas. Note: The "Pets are not admitted sign" is optional depending on the policy at your hotel.



7 7/8" x 7 7/8"
Frutiger 55 Roman



7 7/8" x 7 7/8"
Frutiger 55 Roman



Separate Namestrip Slide Track -
Strip 1" x 6-3/4" **Frutiger 65 Bold**



7 7/8" x 7 7/8"
Frutiger 55 Roman

7 7/8" x 7 7/8"
Frutiger 55 Roman



7 7/8" x 7 7/8"
Frutiger 55 Roman

B.   Secondary and Locked Exits

These signs inform guests when doors will be locked, how to enter and/or reference any other alternative entrances to the hotel when doors are locked. The hotel is to provide all copy for these signs.



Item# A6   7 7/8" x 7 7/8"
Frutiger 55 Roman



# Trademark and Identity

C.  Non-smoking Entry Signage

If required by state or local law non-smoking signs must be placed appropriately in public areas in accordance with the statutes. Information detailed on the sign and posting location must conform to state or local requirements and may vary from location to location. Signs must be permanent and match the hotel's interior sign package. All signs are to be obtained through approved vendors Rising Signs or Hospitality Signs. The ash receptacle must remain in place at the front entrance unless state or local law requires it to be located elsewhere.

If the hotel is approved by Hampton Brand Management to be a 100% non-smoking facility the standard sign (pictured below) with the specific verbiage "This is a smoke free location" and the international non-smoking symbol must be posted at the main entrance. If additional information is required by state or local law a custom sign must be made to display both (see Standard 309.17 for details on non-smoking policies).







# Trademark and Identity

**405.13   Whirlpool/Fitness Center Signage**

These signs should match the design of, and be consistent with, the other signs in your sign system. The signs should convey their information clearly and concisely. The hotel must provide hours of operation for these areas prior to sign production.

A.   Interior

Rules and No Diving signs are to be constructed of two pieces of acrylic (3/16" backer with 1/8" face), and are sub-surface painted (see side view).

B.   Exterior

Rules and No Diving signs are to be constructed of 1/8" aluminum or Fiberbright with fence mounting brackets and have face-applied vinyl graphics.



**Item# A7     7 7/8" x 7 7/8"**
**Frutiger 65 Bold**

**Item#     4" x 6"**
**Frutiger 65 Bold**

**Item#     4"x 6"**
**Frutiger 65 Bold**



Purchase from Harlan Graphics.
See the *jump start fitness guide* for details.



**Item# B15     29 3/4" x 35 3/4" Backer**
**28 3/4" x 34 3/4" Face**
**Frutiger 65 Bold &** Frutiger 55 Roman



# Trademark and Identity

**405.14  Interior/Exterior Pool Area Signage**

These signs should match the design of, and be consistent with, the other signs in your sign system. The signs should convey their information clearly and concisely. The hotel must provide hours of operation and pool depth for these signs prior to signage production.

A.  Interior

Rules and No Diving signs are to be constructed of two pieces of acrylic (3/16" backer with 1/8" face), and are sub-surface painted (see side view).

B.  Exterior

Rules and No Diving signs are to be constructed of 1/8" aluminum or Fiberbright with fence mounting brackets, and have face-applied vinyl graphics.



Item# B7 (Interior)      29 3/4" x 35 3/4" Backer
                         28 3/4" x 34 3/4" Face
Item# C1B (Exterior)     29 3/4" x 35 3/4" Aluminum
**Frutiger 65 Bold & Frutiger** 55 Roman

Item# B11 (Interior)     29 3/4" x 42" Backer
                         28 3/4" x 41" Face
Item# C2B (Exterior)     29 3/4" x 42" Aluminum
**Frutiger 65 Bold & Frutiger** 55 Roman



Item# C5B    23 3/4" x 29 3/4"
Exterior
**Frutiger 65 Bold**



Item# C6B    11 3/4" x 17 3/4"
Exterior
**Frutiger 65 Bold**
Frutiger 55 Roman

Item# D4   9" x 23"
Pre-Spaced Red High Performance
Vinyl Letters
**Frutiger 65 Bold**



# Trademark and Identity

**C.** California Code Pool Area Signage

Some states, such as California, have additional health code requriements for their pool facilities. These requirements may include CPR instructions, maximum occupancy, specific wording and copy heights. Check your local health department for any specific requirements. The hotel must provide hours of operation, pool depth, maximum occupancy and emergency number for this sign prior to signage production.



**Item# B7CA and C1BCA**
35 3/4" x 35 3/4" Interior/Exterior
**Frutiger 65 Bold & Frutiger** 55 Roman

1. Interior

   Rules and No Diving signs are to be constructed of two pieces of acrylic (3/16" backer with 1/8" face), and are sub-surface painted.

2. Exterior

   Rules and No Diving signs are to be constructed of 1/8" aluminum or Fiberbright with fence mounting brackets, and have face applied vinyl graphics.



**Item# B11CA and C2BCA**
39 3/4" x 59 3/4" Interior/Exterior
**Frutiger 65 Bold & Frutiger** 55 Roman



# Trademark and Identity

**405.15  Aluminum Parking Signs**

Sign faces are manufactured using 1/8" aluminum with face-applied vinyl. The posts are constructed of 1½" x 1½" square tubing with rounded corners and include plastic end caps. Posts are generally 7 ft. tall and are set 18" into the ground. Local codes may require specific signs that can only be purchased locally. Verify with your local code enforcers.



Handicap — 1 3/4"

— 8"

Parking — 1 3/4"

Item# C8P  17 3/4" x 11 3/4"
with post
**Frutiger 65 Bold**

Van-Accessible — 1 1/8"

Item# C9  4" x 11 3/4"
**Frutiger 65 Bold**

Guest Parking — 1 3/4"

User assumes all risks — 3/4"

Item# C7   17 3/4" x 11 3/4"
**Frutiger 65 Bold**



# Trademark and Identity

**405.16   Individual Letters/Numbers**

The address and clearance height letters and numbers are to be 1/4" extruded PVC painted dark bronze unless otherwise approved by your Hilton Project Manager. These sets include pounce pattern and instructions for mounting.

19 1/2"

6" **3800**

Item# D3
6" Numbers
Building Address
**Frutiger 65 Bold**

63 1/2"

6" **Clearance 12' 6"**

Item# D2
6" Letters
Canopy Clearance Height (Varies)
**Frutiger 65 Bold**



# Trademark and Identity

## 406.00  Welcome Touchpoint Signage Items

Welcome touchpoint signage items include front desk graphics, vestibule, front entry door graphics and elevator wrap graphics.

**406.01**   **Front Desk Graphics**

The registration wall must have "welcome to (city)" signage (including horizontal trim pieces). Lettering is to be 3/4" thick black sintra letters with brushed stainless steel face to match Stylmark trim finish #218. Lettering must use the Frutiger font, 230 point, tracking 50. 'Welcome to' must be Frutiger 45 light (not size 45) and '[city]' must be Frutiger 75 black. Lettering must be left-justified aligning with the left side of furthermost left frame once mounted. Horizontal trim to be 3/4" x 3/4" Stylmark trim #110410 with base #411331 and a brushed stainless steel finish #218. Trim is to run entire length of wall (except on any doors or door frames). Trim is not required on any wing walls or offset walls beyond the immediate back wall of the registration desk.

The chair rail must be Stylmark trim #110465 with base #410509, with end caps RH #310399 and LH #310400 and buffed satin black finish #123. Length of chair rail must be entire length of wall (only the main portion of the wall if a door is located on the wall) less 1$^1$/$_2$" at each end to allow proper clearance for installation. Rail to be mounted 3'-0" AFF to the bottom of the rail.

**Front Desk**



Welcome Greeting Item# GR1.3

Trim Item# 110410-218
Base Item# 411331-030



# Trademark and Identity

**406.02   Front Entry Graphics**

Main entrance vestibule doors are required to have graphics installed on both sets of doors and any sidelights. Hotels without a vestibule must have installed, as a minimum, the "hello" and corresponding set of graphics on the doors and any sidelights. Properties with code required door decals must install the approved automatic door graphic.



Item #GR1.1
Typical vestibule set includes:
1 - Hello Panel
1 - Thanks Panel
6 - Blank Panels

When installing on doors with emergency bar, split the graphic at red dotted line. Top section of graphic goes above emergency bar. The bottom section goes below the emergency bar.





# Trademark and Identity

**406.03   Automatic Front Entry Graphics**

The bottom edge of the automatic door graphic decal must align with the top edge of the entry graphic. The material must be 3M™ Scotchcal™ Translucent Film—European Blue with white lettering, printed on both sides and applied to one surface of the entry door.



**406.04   Elevator Wrap Graphics**

Reference Standard 408.07 for information and illustrations pertaining to elevator wrap graphics.



# Trademark and Identity

## 407.00  Brand Identity System

**407.01   The Typefaces**

Using one typeface for all communications will strengthen the visual language of the brand, create consistency across all channels, and become memorable to the consumer. We use the Hampton Frutiger typeface. All weights in the family are permissible although the preferred weights are Frutiger 45 Light and Frutiger 75 Black. General type treatments should encourage the use of lights and darks with a clear hierarchy for preferably three levels of read. Headlines should use Frutiger 75 Black, sub-headlines should use Frutiger 65 Bold, and body copy should use Frutiger 45 Light. Frutiger 55 Roman can be used for body copy when text is applied over a color or photographic background. *All lowercase letter forms are used followed by a period when words or short phrases are used as a headline.* Copy style should be simple and direct using as few words as possible—fewer words will make each one count for more.

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z
a b c d e f g h i j k l m n o p q r s t u v w x y z
1 2 3 4 5 6 7 8 9 10

45 Light

**A B C D E F G H I J K L M N O P Q R S T U V W X Y Z**
**a b c d e f g h i j k l m n o p q r s t u v w x y z**
**1 2 3 4 5 6 7 8 9 10**

75 Black

**A B C D E F G a b c d e f g**
65 Bold

A B C D E F G a b c d e f g
55 Roman

**A B C D E F G a b c d e f g**
95 Ultra Black



# Trademark and Identity

**407.02   The Color Palette**

The core color palette has been selected to compliment and co-exist with a multitude of existing color palettes in the built environment. This color palette should be used throughout all communications moving forward. While blue may be dominant, we prefer to use a system of colors that visually represent Hampton and become signature to the brand. These colors can be used architecturally, in addition to print graphics, and are saturated enough to reverse type out to white. A color range of tints will allow for design flexibility on a limited print budget.

These colors are not to be used for color matching. Please pull corresponding chips from a Pantone book for accurate color.



**407.03   The Pattern**

The pattern will become the most proprietary and recognizable element of the brand identity system. The pattern should be present whenever possible so that any communication piece instantly says Hampton whether or not the logo is present. The color relationships, spacing, stroke weights, and cropping should remain consistent with the following standards:

A. All patterns print:

   1. Pattern is to only be used as one color—do not mix and match colors, do not use without a background.



# Trademark and Identity



on left and right edges pattern always ends on center point of chevron

fill is 80% tint
stroke is 50% tint

top and bottom edges always end in a full chevron the pattern should be small, never use less than 5 rows high

white stroke should always separate/end patterning

2.  On left and right edges pattern always ends on center point of chevron

3.  Top and bottom edges always end in a full chevron

4.  The pattern should be small, never use less than five rows high

5.  Stroke:

    a.  Stroke weight should never be thinner than .2

    b.  Stroke weight should increase proportionately

6.  Chevron: The 6-sided chevron shape is always to have a tinted stroke increased proportionately with the above examples. (It is only permissible to remove stroke when using pattern as a frost or varnish on glass or plastics.)

B.  Production notes:

    1.  100 percent color: background color

    2.  80 percent tint: chevron fill color

    3.  50 percent tint: chevron stroke color



# Trademark and Identity

**407.04   The Image Bank**



icons



agricultural products/
locally manufactures
products



local trades people



road side land marks



historic places



road side/travel imagery

We've created a library of black and white photography that is proprietary and possessed by the Hampton brand. These photographs allow you to customize your property with images that communicate the unique aspect of your region. The images were photographed to capture the essence of travel in single image shots that are clear, recognizable, and iconic in nature.

There are different banks of images for each area of the hotel, the vestibule, the front desk, and the breakfast area. The images should be chosen to provide guests with insight into your property's unique location. For instance, a shot of a child eating ice cream may speak to a local ice cream parlor, a shot of a historic street scene may speak to local shopping, and an agricultural product may speak to your area's best known crop. The images are meant to spark conversation between guests and team members for a genuine connection.



# Trademark and Identity

## 408.00  The Welcome

**408.01  Entry Door Graphics**

Entry door graphics begin a dialog as the guest approaches the property. The graphics greet them with the word 'hello' and use propriety patterning to make it signature. It incorporates the guarantee symbol as our foundation statement.

The entry door graphics should be replaced if graphic becomes damaged or worn.



looking at outer door form porte cochere                    looking at inner door from lobby

Production notes:

A.  Frosted 3M vinyl (die-cut) applied to first and second surface



B.  Graphic applied 1/2" above existing emergency bar on door



# Trademark and Identity

**408.02  Vestibule Graphics**

There are a wide variety of wall configurations at our hotels. This section is intended as a general guide. Some properties may require more or less than three framed images.

A.  Remove existing wall covering and Hampton logo:

　　1.  Patch and repair drywall as required.

　　2.  Install new wall covering per manufacturer's instructions.

　　3.  Install Stylemark per manufacturer's instructions.

B.  Wallcovering and framed photography and letter forms are to be provided by the owner. All others to be provided by installer.

C.  Remove any existing chair rail.

D.  Any existing crown or base molding remains.

E.  Both walls in vestibule area are to be covered in new wall covering.

F.  Production notes:

　　1.  Images produced on Lightjet prints on Kodak Endura silver metallic stock

　　2.  Images to have a 1" bleed on all four sides





# Trademark and Identity

**408.03   Front Desk**

The front desk presentation continues the welcome dialogue and welcomes the guest to your city. Dimensional letters with the city name combined with large black and white photos speak to the propertie's knowledge of the local area. There are a wide variety of wall configurations. This section is intended as a general guide. Some properties may require more or less than framed photographs.

A. Remove existing wall covering and Hampton logo

   1. Patch and repair drywall as required

   2. Install new wallcovering per manufacturers instructions

   3. Install Stylemark per manufacturers instructions

B. Wallcovering, framed photography, and letter forms are to be provided by owner. All other services to be provided by installer.

C. Remove any existing chair rail. Install new per manufacturers instructions.

D. Any existing crown or vase molding is to remain.

E. Production notes:

   1. Images produced on Lightjet prints on Kodak Endura silver metallic stock

   2. Images to have a 1" bleed on all four sides





# Trademark and Identity

**408.04   Front Desk Framed Art**

The art at the front desk should speak to the state or region's personality at a glance. The largest photograph should capture the local flavor and have a human presence. The secondary photograph should reflect aspirational travel. The tertiary photograph should speak to the region through recognizable agricultural or industrial products.



frame: FD-3, use images from FD36 collection



frame: FD-1, use images from FD24 collection



frame: FD-4, use images from FD18 collection

Production notes:

A.  Images to have a 1" bleed on all four sides

B.  Images produced as Lightjet prints on Kodak Endura silver metallic stock

C.  FD-3: Finished Frame size: 33.5" x 34.5"

D.  FD-1: Finished Frame size: 23" x 24"

E.  FD-4: Finished Frame size: 17.5" x 18.5"

F.  All frames

    1.  Frame Finish: Matte Black

    2.  Matte Size: 3" top & sides, 4" bottom

    3.  Matte: Queen City Paper, QCP0011 Cool White, with straight edge

    4.  Glass: 1/8" thick, clear

    5.  Backing: Drymount 3/16" foam core

    6.  Hardware: T-Shaped Security Hangers



# Trademark and Identity

**408.05   Keycard**

The keycards are collectible. Encourage the guest take them home. A variety of images will be used to create assortment and names of the states will add local enthusiasm.

The keycard has the name of the state in which the property resides. The keycards should be replaced if the guest takes the cards or if the cards become damaged or worn.





Production notes:

A.  Front 2-color, PMS 295 and black

B.  Back 1-color, PMS 295







# Trademark and Identity

**408.06   Keycard Jacket**

Keycard jackets are a small, compact envelope that easily fit into a wallet, coat pocket or purse. The Guarantee is printed on it so it is easily seen.

The keycard jacket should have the guest's name written on the tear-off tab attached to the front of the jacket. Write the room number and the HSIA code on the back of the jacket where indicated. One jacket should be used per guest and should not be reused. The jackets should be replaced if the jacket is damaged or worn.

Production notes:

A.  1-color print, PMS 295

B.  1" perforated tab for guest name/check-in





**front of jacket**



**back of jacket**



# Trademark and Identity

**408.07   Elevator Door Graphic**

An elevator graphic as manufactured by Harlan Graphics is to be installed in each public elevator. There are four elevator images to choose from in a package. These images should be rotated; the image may change quarterly upon properties' discretion. The elevator graphics should be replaced if the graphics become damaged or worn. (See OnQ Insider > Hampton Brand *Make It Hampton Product Reorder Catalog* for ordering information.)

Graphic to be 12"h x width of door plus 2" each side. Graphic to be centered on door opening, mounted 4'-6" A.F.F. to the bottom, and trimmed of any access at left and right sides. Lettering to be Frutiger font, 75 black. No other artwork or marketing material will be allowed within the elevator cab.



here a "moo", there a "moo."
GR-1.6**M**

i scream, you scream…
GR-1.6**N**

found them.
GR-1.6**O**

happy and you know it?
GR-1.6**P**

walking the dog.
GR-1.6**Q**

can you hear me now?
GR-1.6**R**

all dressed up…
GR-1.6**S**

frequent flyer.
GR-1.6**T**



# Trademark and Identity

**408.08   Name Tags**

The "i am hampton collection" name tag displays either a personal photograph or one of a variety of iconographic images to add a sense of personality to the name tag. These images may spark a conversation between the guest and the employee. The team member's name and a phrase indicating a personal interest are customized at property level with a P-touch label system using clear labeling with white lettering only.

Off-property name tags may be worn by management-level team members. The name tag must include team member's name, home city and state. A title is optional. No other designations are permitted.

The name tags should be replaced if the tags become damaged, worn, or illegible.

front


back




GR01A - blue (front)



clear vinyl pocket, mounted, centered to frame

name tag frame with clear pocket

GR01B - green (front)

GR01C - orange (front)



# Trademark and Identity

**408.09   Welcome Mat**

Our welcome mat rolls out the red carpet for the guest. It displays a signature welcome that begins at the front door and carries the brand message.

The welcome mat should be replaced if the mat becomes damaged or worn.



**Drawing Scale: 1/2"=1'-0"**

Production notes:

   A.   Print colors



   B.   Digital print on walk-off mat
(standard stock)



Drawing Scale: 1/8"=1'-0"



# Trademark and Identity

**408.10**   **Vehicle Specifications and Van Wraps**

Guest transporation vehicles should be as proprietary, impactful, and easily recognized as Hampton. All van options reflect the customer experience at the property for instant brand recall. The vans shown are available for all Hampton Inns and Hampton Inn & Suites for transportation. Designs A, B and C cannot be used with other sister or competitor brands.

A.  Body Color

The body color of all newly acquired vehicles to be used for the transportation of guests must be metallic silver or white. The rims of the wheels must be silver and/or chrome in color. All non-integrated bumpers must be chrome. Refer to the vehicle painting illustration for the appropriate designs and colors.

B.  Graphic Identification

1.  Vans

The Hampton van must be one of the proprietary designs as described and illustrated below. The vehicle markings must be a high performance vinyl that has been printed with solvent inks and laminated with UV protection. The colors must match the Pantone Matching System colors as specified in the artwork. Windows are printed with Clear Focus vision materials, printed with solvent ink and laminated with optical clear UV protection.

Hampton Inn/Hampton Inn & Suites blue Pantone 280

NOTE: Options A through C are available for all Hampton Inns and Hampton Inn and Suites for transportation. These options cannot be used with other sister or competitor brands.



option a

a.   Option A print colors: blue PMS 280; orange PMS 716



# Trademark and Identity



b.  Option B print colors: blue PMS 280; light blue PMS 7452; green PMS 377; orange PMS 722; red PMS 711



c.  Option C print colors: blue PMS 280; yellow PMS 117; orange PMS 7414; green PMS 5757; dark blue PMS 5275



d.  Option D print colors: blue PMS 280; light blue PMS 7452; green PMS 377; orange PMS 722; red PMS 711. Van option D is approved for Hampton Inns and Hampton Inn and Suites that will be sharing their van with one competing brand.



# Trademark and Identity



option e

e.  Option E print colors: blue PMS 280; light blue PMS 7452; green PMS 377; orange PMS 722; red PMS 711. Van option E is approved for Hampton Inns and Hampton Inn and Suites that will be sharing their van with two competing brands.



option f

f.  Option F colors: Van option F is approved for Hampton Inns and Hampton Inn and Suites that will be sharing their van with a Hilton family brand.

2.  Other Vehicles

Station wagons and mini-vans that are used by the property must meet the same standards as above.

a.  Graphics must to be altered to fit selected vehicles.

b.  Altered graphics must be approved by Hampton Brand Management.



# Trademark and Identity

**408.11   Guarantee Plaque**

Stamped in metal, the Hampton Guarentee plaque signals that our Guarentee is a promise we are going to keep. It is mounted directly to the countertop at guest check-in so it is easily seen at our guest's first point of interaction.

The guarantee plaque should be replaced if it becomes damaged, worn, or illegible.

Production notes:

A. Acid etched metal plaque on .064" Zinc

B. Semi-permanent adhesive backing

C. Mount directly to top surface of front desk



**408.12   Guest Access Device Direction Sticker**

This sticker is placed on the back of the guest access device. It gives the guest directions on how to use this device to connect to the Internet.

The guest access device direction sticker should be replaced if the sticker becomes damaged, worn, or illegible.

Production notes:

A. 1-color print, PMS 295



B. Matte stock sticker

C. Medium weight adhesive

1. Starting with your computer off, connect the CAT5 cable from the GAD to the ethernet port on your computer. Plug the GAD into an electrical outlet or your computer's USB port (whichever is appropriate).

2. Turn on your computer.

3. Launch your web browser.

4. Enter the access code provided to you at the front desk and accept the terms of use to start browsing on the internet.



# Trademark and Identity

## 409.00  The Breakfast

**409.01   Hampton's On the Run™ Breakfast Bags**

A plain brown bag is used for Hampton's On the Run breakfast bag.



Hampton's On the Run breakfast bags must be placed on the front desk kiosk. The top of Hampton's On the Run breakfast bags must be folded down approximately 3" (see illustration). To ensure freshness bag must not be offered for more than two days. The breakfast bags should be replaced if the bags become damaged or worn.

Production notes:

A.  Size: #8; $6\frac{1}{8}$" x $4\frac{1}{6}$" x $12\frac{7}{16}$"

B.  Type: 35# Natural Kraft, 500/case

C.  Sysco approved bag item numbers: 5113410, 4087680, 1456409, 4014486, 6546931, 5760376, 5039888, 4087680



# Trademark and Identity

**409.02   Hampton's On the Run™ Breakfast Bag Stickers**

  

Hampton's On the Run bag stickers were created to seal the breakfast bags for a more uniform presentation. Images are used to create taste appeal and bring recall of the larger Hampton's On the House® breakfast experience they may not have had time to experience.

The Hampton's On the Run bag stickers should be placed centered in the bag—see diagram at 409.01. The breakfast stickers should be replaced if the stickers become damaged or worn.

Production notes:

A.  4-color CMYK sticker; green to match PMS 576, light blue to match PMS 2718, orange to match PMS 716

B.  Stickers print on matte stock

C.  Size: round 2¾"

D.  Medium weight adhesive

E.  3 different images are part of the set

PMS 576   PMS 2718   PMS 716



# Trademark and Identity

**409.03   Zone Signs**

These signs are intended to provide the guest with clear, direct choices, create an attitude and show food products that are difficult to see. The signs incorporate photography that communicate quality, have taste appeal, and have a human presence. Short banners are used at properties where over counter cabinets and clearance prohibit use of the tall signs.

The zone signs are hung on 's' hooks. All zone signs in the breakfast area are color coded. Zone signs should be hung in appropriate zones (fresh = green, hot = red, baked = gold, and cold = blue). The zone signs should be replaced if the signs or the holes become damaged or worn.



tall zone signs

Production notes:

A.  Print colors:
    Background prints 100 percent color,
    pattern 80 percent fill with 50 percent stroke



B.  Lightjet print on Kodak Endura
    silver metallic stock with low gloss
    laminate mounted two sides to 1/8"
    sintra

C.  3/8" holes drilled at top to hang on
    's' hooks from stand



short zone signs



# Trademark and Identity

**409.04   Romance Cards**

These cards speak to the care and quality that Hampton has put into feature food items. Punched holes at the top center of the cards allow them to hang from wire stands. This system provides ease in changing the cards daily and prevents damage to the cards.

Romance cards are hung on the romance card sign holders. The fresh fruit card are from hooks on the fresh fruit bowl stand. For items in the two-tiered wire racks, cards may be placed on adjacent hooks. All other cards should be placed in the appropriate zone near the specified breakfast item. The romance cards should be replaced if the cards become damaged or worn.

A.  Production notes:

    1.  Print colors:



    2.  Lightjet print on Kodak Endura silver metallic stock with low gloss laminate

    3.  Mount to .030 white styrene 1/4" hole punched in the center, 1/4"  from the top

    4.  Each property should get: two (2) sets for a total of 24 cards

B.  Other romance cards

    1.  baked:

        a.  donuts

        b.  coffee cakes

        c.  crumb cake

        d.  cinnamon rolls

        e.  muffins

        f.  bagels

        g.  danish



    2.  fresh:

        fresh fruit

    3.  hot:



        a.  big cheese        e.  original gridiron

        b.  great eggs and ham        f.  real crowd pleaser

        c.  little bit country        g.  toast of the town

        d.  opening act        h.  top of the morning



# Trademark and Identity

**409.05   Framed Art**

Art in the breakfast area should be added to support the storyline and enrich the breakfast experience. Three sizes are available for varying spatial configurations. Artwork is not mandatory if over the counter cabinets exist.

The image or frame should be replaced if either becomes damaged or worn.

Production notes:

A.  Images to have a 1" bleed on all four sides

B.  Images produced as Lightjet prints on Kodak Endura silver metallic stock

C.  Finished Frame size: 33.5" x 34.5"

D.  Frame Finish: Matte Black

E.  Matte Size: 3" top & sides, 4" bottom

F.  Matte: Queen City Paper, QCP0011 Cool White, with straight edge

G.  Glass: 1/8" thick, clear

H.  Backing: Drymount 3/16" foam core

I.  Hardware: T-Shaped Security Hangers





# Trademark and Identity

**409.06   Coffee Wraps**

Photography on the coffee wrap is used to add a humorous "wink," signal a quality product, and integrate visually with the Hampton brand identity system. Wraps on the airpots, in combination with the zone sign, speak to the proprietary and unique nature of the Hampton coffee initiative.

Coffee wraps are available in two sizes: 1.5 gallon and 1 gallon. The wraps you select depend on the coffee brewer used at your properties. The wraps are placed on the appropriate pots. The images on the wraps should be placed centered over the spout of the pot. The Velcro closure should be on the back so it is not seen by the guest. The coffee wraps should be replaced if the wraps become damaged or worn.

Production notes:

A.  3-color print:

B.  Velvet Lexan stock

C.  Velcro closure







# Trademark and Identity

**409.07   Coffee Graphics**

These three frames must be installed in a horizontal row on the wall behind the coffee serving table. Space closely and hang together as one artwork installation. These frames replace the coffee zone sign. Frames are provided by Artonomy.

  

Production notes:

A.  Print color:



B.  Frame glass

    1.  Black shadow box frame

    2.  Cut vinyl—three colors mounted second surface on glass

C.  Frame background

    Lightjet print three background colors on Kodak Endura Silver Metallic stock

**409.08   Coffee Cup**

The coffee cup is a marketing tool for the brand since it is a key piece of collateral leaving the property. Graphics have maximum impact with minimal ink coverage to keep cost down. Verbiage on the cup brings recall to the *On the House*® breakfast experience.

  

16 oz. PerfecTouch cup      10 oz. foam cup      10 oz. PerfecTouch cup



# Trademark and Identity

The size of the cup selected is at the property's discretion. The cups are to be placed in the cup holder. The holder is to be located in the coffee zone next to the coffee dispensers. The cups should be replaced if the cups become damaged, worn, or supplies run out.

Production note:

1-color with tints, PMS 280



**409.09   Juice Machine Graphics**

The photography is used to create taste appeal, signal a quality product, and integrate visually with the Hampton brand identity system.

The graphics are supplied with the machine. The plastic faces must be cleaned regularly as needed. The graphics should be replaced if the graphics become damaged or worn.

Production notes:

A.  Print color:



B.  Digital output



2-head machine



4-head machine



# Trademark and Identity

**409.10   Milk Dispenser Graphics**

The photography adds a humorous wink, signals a quality product, and integrates visually with the Hampton brand identity system.

The milk pitcher graphics are adhered to the lower front of the pitcher. The milk machine graphics should be centered on the machine over the appropriate dispenser. The refrigerator graphic should be centered near the top of the refrigerator glass door. The ice bath graphic should be hung on a romance card holder. Pitcher graphics, milk machine graphics, and refrigerator graphics should be cleaned as needed. The graphics should be replaced if the graphics become damaged or worn.

Production notes:

A.  2 color print,
    PMS 2718 and black




B.  Pitcher graphics:

    1.  Velvet Lexan material

    2.  Adhesive Back

C.  Refrigerator graphic: Pumpskin material backed with adhesive

D.  Milk machine: Pumpskin material backed with adhesive

E.  Ice bath:

    1.  Lightjet print on Kodak Endura silver metallic stock with low gloss laminate

    2.  Mount to .030 white styrene

    3.  1 hole punched in the center, 1/4" from the top



milk machine graphic



milk machine graphic



refrigerator graphic



ice bath graphic



pitcher graphic





pitcher graphic



# Trademark and Identity

**409.11   Cereal Dispenser Graphics**

   A.  Wraps

Wraps are used to add color and an extra wink to the bulk cereal dispenser. A Velvet Lexan material is used for its durability and waterproof qualities. A Velcro closure is used so that wraps may be changed when cereal changes.

Velcro the cereal wraps around at the top of the cereal dispenser tube. The Velcro should be tight so that the wrap does not fall. The wraps should be cleaned as needed. The wraps should be replaced if the wraps become damaged or worn.

     1.  Production notes:

        a.  1 color print, PMS 2718



        b.  Velvet Lexan material

        c.  Velcro closure



Wraps



# Trademark and Identity

B. Cards

Cards fit the cereal box dispenser and the stands for the cereal fish bowls.

The cards should be replaced if the cards become damaged or worn.

Production notes:

1. 1 color print, PMS 2718



2. Lightjet print on Kodak Endura silver metallic stock with low gloss laminate

3. Mount to .030 white styrene

4. 1 hole punched in center, 1/4" from top



Cards



# Trademark and Identity

**409.12  Turn-and-Serve Graphic**

The turn-and-serve graphics add a wink and provide direction on the turn and serve containers. The graphics are color-coded to match the zone where they reside.

The graphics are supplied on the turn-and-serve dome. The dome and graphics should be cleaned as needed. The domes should be replaced if the domes and/or graphics become damaged or worn.

Production notes:

A.  1 color print



B.  CalMil turn and serve dome

C.  Arrows will be silk screened directly onto dome for rollout.





# Trademark and Identity

**409.13  Utensil Container Graphics**

Utensil container graphics clearly illustrate the containers contents and add color to the overall breakfast display. Graphic bands are color-coded to reside in their respective zones.

The utensil graphics should be adhered to the utensil bain maries. Bain maries and graphics should be cleaned as needed. The wraps should be replaced if the wraps become damaged or worn.

Production notes:

A.  2 color print

B.  Velvet Lexan material

C.  Adhesive back







# Trademark and Identity

**409.14  Condiment Container Graphics**

These cards add color to the breakfast display and provide the guest with clear choices. Punched holes at the top center of the cards allow them to hang from wire stands which fit into the condiment bowls. This system provides ease in changing the cards daily and prevents damaging the cards.

The condiment graphics are placed on the small sign holders which are placed in the appropriate bowls. The cards should be replaced if the cards become damaged or worn.



Production notes:

A.  1 color print



B.  Lightjet print on Kodak Endura silver metallic stock with low gloss laminate

C.  Mount to .030 white styrene

D.  1 hole punched in the center, 1/8" from the top



# Trademark and Identity

**409.15   Breakfast Informational Signage**

The breakfast informational signage identifies Hampton's On the House® breakfast and announces the hours of operation. Signage must be framed and mounted in a vertical column directly to the wall adjacent to the breakfast serving area.

New properties can order frames with the graphics already in place. Existing properties should remove the breakfast hours panel and slip into the new frame.

Black frames are provided by Artonomy.

Production  notes:

A.  One color print, black



B.  14" x 14" Chemetal #909 Satin Silver Aluminum Laminate with Phenolic Backer

C.  Graphics screen printed semi-gloss black applied directly to Chemetal laminate







# Trademark and Identity

**409.16   Hot Water Airpot Wrap**



Hot water airpot graphics clearly illustrate the contents of the containers and add color to the overall breakfast display. Graphic bands are color coded to reside in their respective zones, cold and hot.

The hot water airpot wraps must be placed at the top edge of the stainless steel portion of the airpot. Wraps should be cleaned as needed. The wraps should be replaced if the wraps become damaged or worn.

Production notes:

A.  2 color printing, options are PMS 2718, PMS 711, and black



B.  Velvet Lexan material

C.  Adhesive back



# Trademark and Identity

**409.17   Front Desk Lamp Kiosk Sign**

The signs hang on the front desk lamp to inform customers of the Hampton's On the Run™ Breakfast Bags available Monday through Friday, 5:30-10 a.m. The reverse side highlights the Hampton Bedding Experience.

The sign should be hung on the 's' hooks on the front desk lamp kiosk. During breakfast hours, when the Hampton's On the Run™ bags are on the kiosk, the sign should display the front side (see illustration). During all other hours the sign should display the back side (see above) of the sign to promote the Hampton Bedding Experience. The signs should be replaced if the signs become damaged or worn.

Production notes:

A.  Three color print, PMS 576, PMS 295, and black



B.  Lightjet print on Kodak Endura silver metallic stock with low gloss laminate mounted two sides to 1/8" sintra

C.  3/8" holes drilled at top to hang on 's' hooks from stand





**front.**                                          **back.**



# Trademark and Identity

**409.18   Juice Wraps**

Juice wraps use photography to communicate what flavor juice is in the pitcher, signal a quality product and integrate visually with the Hampton brand identity system.

The juice wraps should be placed at the lower front of the pitchers with the Velcro closure on the back as to be unseen by the guest. The wraps should be replaced if the wraps become damaged or worn.



Production notes:

A.  Print colors:



B.  Velvet Lexan material

C.  Velcro closure



# Trademark and Identity

**409.19 "Caution Hot" Signs**

A "caution hot" sign is used on the chaffing dish. The "caution hot" sign should hook over the chaffer bar. The signs should be replaced if the signs become damaged or worn.

Production notes:

Print on metallic
surface with PMS 711







Hook over chaffer bar

Caution hot message

Chaffer bar



# Trademark and Identity

## 410.00  The Guest Room

**410.01    Room Numbers**



back plate version    framed version



elevation

Travel related images and a welcome message are added to the guest room doors for a level of personalization and a feeling of welcome. Hampton guests are more than just a number.

Room numbers are available in two different mounting options, framed or backplate mounting, and three different finish options. Both options (mounting and finish) should be selected to match the theme in your hotel. There are also four color options for the graphic inserts. Please see production notes below for a list of choices.

Room numbers should be replaced when they are damaged or the numbers are no longer able to be read.

A.  Production notes:

1. Two colors with tints

2. Room numbers available in the four colors (PMS 295, 1955, 378, and black)



3. Graphic applied second surface of 1/8" Plexiglas

4. Framed room numbers available in three different frame colors (Hudson Surfaces, galaxy; Hudson Surfaces, bubinga travertine; brushed aluminum)



5. Backplate room numbers available in three different frame colors (black, brown, and silver)

6. Numbers are to be white gravatac letters applied first surface



# Trademark and Identity

7. Braille to be matched to room number and applied to Plexiglas by vendor

8. Graphic to be LightJet print on Kodak Endura silver metallic paper mounted to second surface of 1/4" Plexiglas

B. Below are the 36 images that are approved to use on the guest room door signs.





# Trademark and Identity

**410.02   "freshen please" Service Signal**

A red "freshen please" service signal goes on one bed in each room. See Standard 309.09 for placement information.

The card should be replaced if the guest takes the card from the room or if the card becomes damaged or worn.



front                                                                back



# Trademark and Identity

**410.03   Privacy Hang Tags**



knob style privacy tags



keyless style privacy tags

Hang tags with images of people add an unexpected sense of personality to a common piece of hotel collateral. A series of four images captures a cross-section of our guests and will add a smile to guests faces when passing through our corridors.

The privacy hang tags are to be on every guest room door in the hotel. There are four images used on the hang tags. These images should be spread throughout the hotel. The hang tags should be replaced if the guest takes the tags from the room or if the tags become damaged or worn.



# Trademark and Identity

Production notes:

    A.  2-color print, PMS 295 and black



    B.  Print on 20pt. double white opaque matte transalloy

    C.  Knob style tag is 2.41" by 7.25"

    D.  Keyless style tag is 2.625" by 4.867"

**410.04**  **Amenities**

NOTE: Effective April 1, 2008, an oval bottle shape for all bottled items will be introduced and become available with a rolling change.

    A.  Standard Amenities

Our proprietary amenities line that is upscale and an unexpected delight. The amenities line reinforces the "purity basics" name through the use of transparent, clean and simple packaging with images that reinforce the notion of "refresh and recharge."

Minimum standards require that each guest bathroom contain a facial soap, a body soap, a shampoo and a moisturizer. Every item should be replaced if they have been partially used or they have been removed from the room.





# Trademark and Identity

B.  Optional Amenities

Properties may also choose to offer conditioner, mouthwash, shower gel, shower cap, vanity kit, and shoe mitt, if desired. Shoe mitt, vanity kit, shower cap, and mints are optional additions to the standard amenities line. These items should be replaced if they have been partially used or they have been removed from the room.



C.  Production notes:

Print colors





# Trademark and Identity

**410.05   Amenities Tray**



side view of tray                    front view of tray

The amenities tray gives a physical presence to the amenities by giving them a backdrop. The "forget something?" message is incorporated into the presentation for reduced clutter. Verbiage for the message creates a dialogue with the guest.

The amenities shelf must be placed on the vanity in the guest bathroom. The shelf needs to hold the minimum required amenities described in <u>Standard 410.04A.</u> The shelf should be replaced if the guest takes the shelf from the room or if the shelf becomes damaged or worn.

Production notes:

Print colors



Case 4:19-cv-01848 Document 220-1 Filed on 05/15/23 in TXSD Page 465 of 550



# Trademark and Identity

**410.06** **Channel Guide**

The channel guide is an invitation to relax and provides information of the local area by incorporating the top three-five restaurant recommendations on the back side.

The channel guide should contain a listing of all the local channels the hotel receives. The channel guide should be replaced if the guest takes the guide from the room or if the guide becomes damaged or worn.

Production notes:

A. Template pre-printed 1-color, PMS 295



B. Template imprinted with second color with hotel information



C. 80lb. Luna matte cover with 5 mil laminate

D. Size: 2.625" by 8.5"





2008 EDITION / Effective June 1, 2008          400-122



# Trademark and Identity

**410.07    Note Pads**

Personality and proprietary value is added to the note pads by naming them "thought pads." We've incorporated the Web address and phone number to items that are likely to leave the property with the guest. The 4.25″ x 4.25″ note pads are to be placed in the guest rooms. The note pads should be replaced if the guest takes the pads from the room or if the pads become damaged or worn..

Production notes:

A.  All note pads 1-color print, PMS 295



B.  Meeting room note pad:

    1.  15 sheets per pad with chipboard back

    2.  Cover stock 75# High Bulk

    3.  Paper stock 15# bond

    4.  Size: 5.5" by 8.5"

C.  Large fold-over note pad:

    1.  10 sheets per pad with chipboard back and gummy adhesive top

    2.  paper stock 20# bond

    3.  chipboard stock #14 unbleached chipboard

    4.  Size: 4.25" by 4.25"



meeting room note pad



large fold-over note pad



# Trademark and Identity

**410.08   Pen**



Pens are customized with contact information since it is a key piece of collateral leaving the property.

A pen should be placed in every guest room. Pens should be replaced if the guest takes the pen from the room or if the pens become damaged, worn, or runs out of ink.

Production notes:

A.  1-color print, PMS 295



B.  Bic pen with translucent/frost white body and silver metallic plastics

**410.09   Phone Plate**

The phone plate reinforces to the guests that Hampton employees are there to assist them with any of their travel needs.

Phone plates need to be placed on every phone in the guest room. Phone plates should be replaced if the guest takes the plates from the room or if the plates become damaged or worn. Numbers must be professionally printed. Handwritten numbers are not permitted.

See the OnQ Insider > Hampton Brand > *Make It Hampton Product Reorder Catalog* for suppliers.

Production notes:



A.  1-color print, PMS 295

B.  Size varies depending on the dimension of the phone being used in the guest room





# Trademark and Identity

**410.10  In-room Directory**

Each guest room/suite must contain a guest service directory. See Rule 118.12 for information and illustrated examples of the pocket folder, binders and inserts.

**410.11  Folio Paper**

Our easy to read folio reinforces the quality, consistency and expertise of our service. The guest should never have to question if the charges are correct or what the charges are for. Reinforce contact information of Hampton's Web site and phone numbers for future reservations. Each guest should receive a folio when they leave. The folio should be folded and then sealed with the folio sticker. The folios should not be used more than once or if the folios are damaged or worn. Hotels may opt to use the brand approved e-Forms. For more information, contact Electronic Forms Plus, Inc. (888) 337-2776 extension 4#.

A.  Folio Paper (Single Pages)

   1.  Production notes:

      a.  2-color print, PMS 295 and black



      b.  Paper stock is laser jet compatible

      c.  Size: 8.5" by 11"





# Trademark and Identity

B. Folio Paper – Continual Feed

   1. Production notes:

      a. 2-color print, PMS 295 and black
        (also available as a black and white electronic file)



      b. Paper stock is laser jet compatible

      c. Size: 6.125" by 11"





# Trademark and Identity

**410.12   Folio Sticker**





Folio stickers reinforce the Guarantee, reminding guests to let us know if their stay was less than satisfactory.

Folio stickers should be used to seal all folio papers. The room number of the guest should be added in the space after "room:". The folio stickers should not be used more than once or if the stickers are damaged or worn.

Production notes:

A.  1-color print, PMS 295

B.  Semi-gloss removable adhesive, 60# face stock with a 40# liner

C.  Size: 1.75" by 1.75" with a .125" radius corner



# Trademark and Identity

**410.13   Shower Curtain**

Sometimes even the most mundane items can be redefined to create something special—rings that don't come off the rod, and a window to let extra light in. Proprietary Hampton patterning makes the shower curtain a signature statement.

The shower curtain should be hung in every guest bathroom. The curtain needs to be clean for every guest. The shower curtains should be replaced if the curtains become damaged, worn, or mildewed.



Production notes:

1. White and beige cotton duck



2. Silver plastic grommets (to match amenity bottle caps)

3. Translucent frosted white vinyl pattern on transparent vinyl curtain



# Trademark and Identity

**410.14   In-room Coffee Package**

Our coffee package was created to visually relate to our coffee program while communicating it is a different product offering than the coffee available in the lobby.

Provide one regular and one decaf coffee package in every guest room. The coffee packages should be replaced if the guest takes the package from the room or if the package becomes damaged, worn, or used.


front of regular coffee packaging


front of decaf coffee packaging


back of all coffee packaging

Production notes:

A.  3-color print

B.  Pouch is metallic silver



C.  A pass of white is run under the center square graphic



# Trademark and Identity

**410.15   Matchbook**

Matchbooks are available for placement in guest rooms. The matchbooks should be re-placed if the guest takes the books from the room or if the books become damaged, worn, or used.

Production notes:

A. 2-color print,



PMS 295 and black

B. 1.5" by 1.8"

C. 20 stick matchbook



front



back

**410.16   Hampton Home Collection Card**

Each guest room/suite must clearly display the approved Hampton Home Collection collat-eral cards in the center of the lap desk.







# Trademark and Identity

**410.17   Clock Radio**

Our clock radio makes it easy for guests to find a radio station format they like and to feel secure the alarm has been set correctly. Images reflecting different music types allow guests to easily choose their favorite format. The style includes nature sounds, an MP3 line and improved sound quality.

The clock radio should be placed on the bedside table in every guest room. It must be set to the correct time for the hotel location. The buttons must have the pre-sets set to match the graphic that is on that button. The clock radio should be replaced if the guest takes the radio from the room or if the radio becomes damaged or worn.

Production notes:

1-color print, black







# Trademark and Identity

**410.18   In-room Cups**

Our coffee and water cups are marketing tools for the brand since they are a key piece of collateral leaving the property. Graphics should have maximum impact with minimal ink coverage to keep cost down.

The coffee and water cup should be replaced if the guest takes the cups from the room or if the cups become damaged, worn, or used.

Production notes:

A.  1-color print, PMS 280



B.  8 oz. foam Trophy cup





10 oz coffee cup



9 oz water cup



# Trademark and Identity

**410.19   Guest Survey Card (Optional)**

The guest survey card is an optional piece for the guest rooms. The guest survey card should be replaced if the guest takes the card from the room or if the card becomes damaged, worn, or used.



outside of card                    inside of card

Production notes:

A.   1-color print, PMS 295



B.   Paper stock: 8pt. Candesce c1s



# Trademark and Identity

**410.20   Evacuation Plan Sign**

Information for your guests, an emergency exit plan, check-in and/or -out times, room rates, safe deposit availability, and state laws are included in the full color paper inserted into an assembled two-piece sign and displayed on the back of the guest room door or adjacent wall.

The evacuation plan or paper insert should be replaced if the guest takes either the plan or the inserts from the room or if either becomes damaged, worn, or used.



Production notes:

A.  1-color print, PMS 295



B.  Graphic mounted to second surface of Plexiglas

C.  Property plan needs to show in window opening



# Trademark and Identity

**410.21   Housekeeping Card (Optional)**

The housekeeping card is an optional piece for the guest rooms. The housekeeping card should be replaced if the guest takes the card from the room or if the card becomes damaged, worn, or used.

Production notes:

A.  1-color print, PMS 295



B.  Paper stock is 10pt Candesce Cover white uncoated

C.  Full bleed three sides



**410.22   Device Check-out Card (Optional)**

The device check-out card is an optional piece for the guest rooms. The device check-out card should be used only once. A new card should be filled out for each guest.

Production notes:

A.  1-color print, PMS 295



B.  75 sheets per pad, gummy adhesive top

C.  20# white bond sheets

D.  Chipboard backing





# Trademark and Identity

## 411.00  Airport Service Center Advertising

This section contains the designs and specifications for airport service center advertising. Deviation from the designs and specifications contained in this section is not authorized. See the following for creative standards.

# hampton airport
# courtesy board signage

## usa/canada
## creative standards



# introduction
## topline notes on this guide

Airport courtesy board signage bolsters our current marketing efforts by creating synergy for the Hampton brand. Airport courtesy boards greet guests on their arrival in town, provide them with quick directions to their hotel or number to call for complimentary shuttle service from the airport, and reinforce their decision to stay with Hampton. At the same time, these boards offer an opportunity to convert passing travelers into future guests. Since your airport courtesy boards are so important, we are pleased to announce the completely redesigned Hampton airport courtesy board signage campaign. **This campaign is far reaching and will include multiple executions. Each execution highlights a specific amenity. You will be informed of new creative executions as they are made available.**

In every element of our new airport courtesy board signage campaign, visuals and language work closely together to communicate benefits of the Hampton experience. The executions are clean and inviting; the tone, warm and friendly. Directions and amenities are clearly called out — and the Hampton logo is always featured with prominence.

This guide includes photography, design, and copy standards for our new airport courtesy board signage campaign. As of April 1, 2007, these guidelines will be the approved standards for airport courtesy board signage. Please remember that these guidelines are mandatory. **All Hampton hotels as of April 1, 2007 must follow these guidelines exactly; all hotels with preexisting media contracts must be in full compliance by the end of 2008.**

# creative guidelines

This section contains design and copy specifications for airport courtesy board signage. **No licensee may deviate from these authorized standards without an electronic waiver (see last page for details).**

## Photography

Visuals are consumer-centric, allowing the traveler to relate to the amenity highlighted on an emotional level. Every airport courtesy board features a single photograph of a consumer enjoying a specific Hampton amenity. Below are the photographs that have currently been approved for use to communicate the sleep experience.

You will be informed throughout the year of new, approved photographs communicating additional amenities. Stay tuned! Only approved photographs may be used in conjunction with approved headlines.


"Girl on bed"


"Woman in bed"



## Copy

There is a definite hierarchy of quick-read messaging on every airport courtesy board:

**1. Headline**
**2. Address and specific directions to your hotel**
**3. Number to call for complimentary shuttle**
**4. Other amenities**

**Headlines** have been crafted to draw guests into the Hampton experience. The headline focuses on the amenity portrayed by the visual. It must appear prominently on the airport courtesy board, and may NOT cross over onto the person pictured in the visual. Currently, the approved headlines communicating the sleep experience are:

• **cozy landing minutes away**
• **catch more zzz's here**

You will be informed throughout the year of new, approved headlines communicating additional amenities. Stay tuned! Only approved headlines may be used.

**The address of and specific directions to** your hotel always appear in the lower left portion of the blue bar that runs along the bottom of each airport courtesy board (called a "snipe"). This quickly tells potential guests where to find you.

**The phone extension** to dial for complimentary shuttle service will always appear in the top left hand corner of the airport courtesy board. This quickly alerts guests to the availability of the shuttle, and how to arrange a ride on the spot.

**Other amenities** are featured beneath the headline, above the blue snipe that runs along the bottom of each airport courtesy board.

**Amenity claims** can only be used by hotels where the amenity is actually available. Two claims are recommended to be placed on each airport courtesy board. These are the approved amenity claims for airport courtesy board signage:

| | |
|---|---|
| • Cloud Nine. The Hampton bed experience. | • [indoor] water park |
| • 100% satisfaction guarantee | • special weekend rates* |
| • complimentary hot breakfast | • AARP rates |
| • kids stay free | • exercise room |
| • non-smoking rooms | • AAA rates** |
| • complimentary high-speed internet access | • earn free travel with Hilton HHonors® |
| • [indoor] pool | • complimentary local calls |

* May only be used if hotel is offering special reduced rates that weekend.

** Must be an official appointment hotel with AAA to use this amenity listing.

2

## Logo Usage

Versions of the Hampton logo are available for airport courtesy board signage, denoting either Hampton Inn or Hampton Inn & Suites. Please use the logo that accurately describes your specific hotel. Only if your outdoor signage continues to use the rectangular Hampton logo, may the rectangular logo be used on your airport courtesy board signage.

The Hampton logo with the "®" should always be placed in the lower right hand corner of the airport courtesy board. The top line of the blue snipe should NEVER cover any part of the face of the person in the ad.  There should always be appropriate space between the right hand portion of the logo and the end of the airport courtesy board. To make the logo stand out further, it is given dimensionality through the use of a soft drop-shadow.

  

## Font Usage

The approved typeface for Hampton airport signage is **Frutiger 65 Bold and Frutiger 55 Roman.** Font size can vary depending on space restrictions. Usage should be in lower case, unless otherwise indicated.

**Frutiger 65 Bold**
**ABCDEFGHIJKLMNOPQRSTUVWXYZ**
**abcdefghijklmnopqrstuvwxyz**

Frutiger 55 Roman
ABCDEFGHIJKLMNOPQRSTUVWXYZ
abcdefghijklmnopqrstuvwxyz

## Color Usage

PMS 280
Logo background
Blue snipe
Shuttle information box

PMS 207
Logo border

# design

There are two approved sizes for Hampton airport courtesy boards: 8"x10" (horizontal orientation) and 10"x 8" (vertical orientation). Please select the one that best fits the needs of your hotel. Approved airport courtesy board signage designs appear below.

**1** **Main image**
• Use only approved images
• Person in image should be positioned at the top right region

**2** **Logo**
• Placed in the lower right
• Allow enough space between logo and right side of airport courtesy board

**3** **Shuttle information box**
• Reverse out white from PMS 280
• Font: Frutiger 45 Light and Frutiger 55 Roman, all lower case
• Placed in upper left

**4** **Headline**
• Use only approved headlines
• PMS 280
• Font: Frutiger 65 Bold, lower case
• Should be placed over image, but never over the person
• No punctuation

**5** **Amenity claims**
• PMS 280
• Font: Frutiger 45 Light, initial cap
• Always appear beneath the headline, above the blue snipe at the bottom of the airport courtesy board

**6** **General location and specific directions to your hotel**
• Reverse out white from PMS 280
• Font: Frutiger 65 Bold
• Initial cap names of cities
• Left justified
• Always appear in the blue snipe at the bottom of the airport courtesy board

**7** **Blue snipe**
• Used for directional copy only
• Always run full length of airport courtesy board



# placing signage

Hotel owners/operators shall contract directly with the airport courtesy board company of their choice. However, all creative produced for airport courtesy board signage must meet the standards outlined herein.

In order to receive all the creative materials for airport courtesy board signage, hotel owners/operators should go to hamptonsalesandmarketing.com / HSMOT website, log-in, and then click on the button for "airport courtesy board signage standards." There is an online process for ordering creative materials and routing airport courtesy boards for the appropriate approvals.

# review and waiver requirements

### Review

If your hotel chooses to advertise on a courtesy board, you must maintain a designated airport courtesy board signage file on property for review by Hilton Hotel representatives. The file must contain current photographs of each airport courtesy board, a description of each airport courtesy board, and other pertinent documents and information related to the hotel's airport courtesy board signage program.

### Waiver

Hotel owners/operators may request a waiver for the special instances which prohibit them from following the established airport courtesy board signage requirements. A request for waiver should be accompanied by a digital image of the artwork for the airport courtesy board as well as the rationale for the request. Waiver requests should be submitted to your HPS Director electronically via the website http://resource.makeithampton.com. Hotel approval or denial will be communicated to the hotel via this website. Be advised that the airport courtesy board signage may not be placed until the owner/operator receives waiver approval from Hampton Brand Management.





**Section 500**

# The "i am hampton" Collection

– CONFIDENTIAL –
for use by Hilton Hotels only

**Any questions regarding the contents
of this manual may be addressed to:**

**HILTON HOTELS CORPORATION
755 CROSSOVER LANE
MEMPHIS, TENNESSEE 38117-4900
PHONE: 901/374-5000**

05272008



# i am hampton collection

500.00     The "i am hampton" Collection . . . . . . . . . . . . . 500-1

501.00     New Team Members . . . . . . . . . . . . . . . . . . . . . . 500-1

502.00     Name Tags . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 500-1

503.00     Shoes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 500-1

504.00     "Team Hampton"
           (available June 15, 2007)  . . . . . . . . . . . . . . . . . 500-1

505.00     "More Choices More Layers"
           (available October 2007)  . . . . . . . . . . . . . . . . . 500-3

506.00     "Traditional Kit"
           (available October 2007). . . . . . . . . . . . . . . . . . 500-6



# i am hampton collection

## 500.00   The "i am hampton" Collection

As of June 15, 2008, every Hampton team member must wear the "i am hampton collection" by Lands' End and no other supplier may be used. Access the Lands' End ordering Web site through OnQ Insider, or call 866-223-4759. Management may choose to offer for each team member the "Team Hampton Kit" or the "Traditional Kit." Management may utilize selections in the "More Choice, More Layers" category for each team member as well. (See notes below on availability of kits and items.)

NOTE: The schedule below outlines approximate availability of items:

June 15, 2007 — "Team Hampton" kit and More Choice More Option items (hat, aprons, outerwear jacket)

October 2007 — "Traditional Kit" and all remaining "More Choice More Layers" Options

### 501.00   New Team Members

All new team members must begin wearing items from the "i am hampton" collection within 15 days of the hire date.

### 502.00   Name Tags

Each team member must wear an approved name tag; see Trademark and Identity standards for specifics. Also see 110.00, Rules of Operation. The name tag order form is found on OnQ Insider > Hampton Brand.

### 503.00   Shoes

Shoes must match the overall appearance of the team member wardrobe choices. Open toed shoes are not appropriate or approved for any position.

### 504.00   "Team Hampton" (available June 15, 2007)

A. "Team Hampton" Women's Items "Team Hampton Kit" for the "i am hampton collection" by Lands' End

1. Short-sleeve Scoop Tee

   100% Cotton, Nylon/Spandex Trim. Women's sizes: XS-5X. Light Sea Blue, True Blue. 196061, 196062, 196063.

2. Rib Knit Cardigan

   100% Cotton, Nylon/Lycra Satin Trim. Women's sizes: XS-5X. Light Sea Blue.196054, 196055, 196056.

3. Three-quarter Sleeve Knit Johnny Collar

   100% Cotton. Women's sizes: XS-5X. Pale Emerald. 196058, 196059, 196060.



# i am hampton collection

    4.  Three-quarter Sleeve Stripe Blouse

       100% Cotton. Women's sizes: 0-34W. Bermuda Blue Stripe. 197949, 197950, 197951.
*Transitioning to 60% Cotton/40% Polyester. 278021, 278022, 278023.

    5.  Plain Front Chino Pant

        a.  60/40 Cotton/Polyester. Women's sizes: 2-34W. Desert Khaki. Traditional Fit 176814, 176816.

        b.  60/40 Cotton/Polyester. Women's sizes: 00-34W. Desert Khaki. Classic–Straight Fit 195209, 195210, 195211.

        c.  60/40 Cotton/Polyester. Women's sizes: 00-18. Desert Khaki. Classic–Curvy Fit. 195206, 195207.

        d.  60/40 Cotton/Polyester. Women's sizes: 00-18. Desert Khaki. Modern–Straight Fit. 195244, 195245.

        e.  60/40 Cotton/Polyester. Women's sizes: 00-18. Desert Khaki. Modern–Curvy Fit. 195241, 195242.

    6.  Reversible Grosgrain Belt

       100% Polyester. Women's sizes: XXS-5X. Vivid Green Multi Stripe. 197952, 197953.

    7.  Approved maternity options available via Lands' End

        a.  Maternity Short Sleeve Scoop Tee 100% Cotton. Women's sizes: XS-XL. True Blue. 199876.

        b.  Maternity Rib Cardigan 100% Cotton Rib. Women's sizes: XS-XL. True Blue. 199878.

        c.  Maternity Three-quarter Sleeve Stretch Blouse 60/35/5 Cotton/Polyester/ Spandex. Women's sizes: S-XL. China Blue. 002196.

        d.  Maternity Performance Chino Pant 60/40 Cotton/Polyester. Women's sizes: 00-18. Desert Khaki. 197172.

B.  "Team Hampton" Men's Items

    1.  Short-sleeve Pima Tee

       100% Cotton. Men's sizes: S-5XL. True Blue, True Navy. 194984, 194985.

    2.  Short-sleeve Performance Polo
100% Cotton. Men's sizes: S-5XL. True Navy. 198119, 198122.

    3.  Long-sleeve Pattern Oxford

       60/40 Cotton/Polyester. Men's sizes: S-5XL. Green Clear Blue Stripe, Clear Blue Windowpane. 195548, 195550, 195549, 195551.



# i am hampton collection

4.  Pleated Front Performance Chino Pant
    60/40 Cotton/Polyester. Men's sizes: 30-54. Desert Khaki. 176819, 203138.

5.  Pleated Front Performance Chino Pant
    60/40 Cotton/Polyester. Men's sizes 30-46. Desert Khaki. 176821.

6.  Cotton Buckle Belt
    100% Cotton. Men's sizes: 30-54. Khaki. 198058, 198062.

**505.00  "More Choices More Layers" (available October 2007)**

"More Choice More Layers" for the "i am hampton collection" by Lands' End

A.  More Choice More Layers Women's Items

1.  Washed Twill Cap
    100% Cotton. Khaki. 220034.

2.  Thermacheck Hat
    100% Polyester Fleece. Sizes: S/M, L/XL Black. 277969

3.  Twill Apron
    100% Cotton. Desert Khaki. 199102.

4.  Twill Half Apron
    100% Cotton. Desert Khaki. 199110.

5.  Outrigger Jacket
    100% Nylon Shell, 100% Polyester Mesh Lining. Women's sizes: S-XL. Dark Navy. 074898.

6.  Marinac Jacket
    100% Polyester Fleece Knit. Women's sizes: S-XL. Heritage Blue. 095064.

7.  Marinac Vest
    100% Polyester Fleece Knit. Women's sizes: S-XL. Heritage Blue. 095066.

8.  Squall Parka
    100% Nylon Lining, 100% Poly Polartec 300 Insulation: 100% Poly Thermolite. Sleeve Women's sizes: S-3X. Cobalt. 096631, 096632.

9.  Short-sleeve Scoop Tee
    100% Cotton Rib, Nylon/Spandex Trim. Women's sizes: XS-5X. Pale Emerald 196061, 196062, 196063.

10. Rib Knit Cardigan
    100% Cotton Rib, Nylon/Lycra Satin Trim. Women's sizes: XS-5X. Pale Emerald, True Blue. 196054, 196055,196056.



# i am hampton collection

11. Three-quarter Sleeve Knit Johnny Collar

    100% Cotton Rib. Women's sizes: XS-5X. True Blue, Light Sea Blue. 196058, 196059, 196060.

12. Long-sleeve Rib Scoop Tee

    100% Cotton Rib. Women's sizes: XS-5X. Pale Emerald, True Blue, Light Sea Blue. 248650, 248651, 248653.

13. Fine Gauge Cardigan Sweater

    75% Acrylic, 25% Nylon. Women's sizes: XS-5X. China Blue. 194293, 194294, 194295.

14. Long-sleeve Stretch Blouse

    60% Cotton/35% Polyester/5% Spandex. Women's sizes: 0-34W. Pale Emerald, China Blue. 002190, 002191, 002192.

15. Silk Scarf

    100% Silk. Navy Floral, Navy Fair Isle. 270438.

16. Chino Blazer

    60% Cotton/40% Polyester. Women's sizes: 0-34W. Desert Khaki. 195252, 195253, 195254.

B. "More Choice More Layers" Men's Items

1. Washed Twill Cap

   100% Cotton. Khaki. 220034.

2. Thermacheck Hat

   100% Polyester Fleece. Sizes: S/M, L/XL Black. 277969

3. Twill Apron

   100% Cotton. Desert Khaki. 199102.

4. Twill Half Apron
   100% Cotton. Desert Khaki. 199110.

5. Outrigger Jacket

   100% Nylon Shell, 100% Polyester Mesh Lining. Men's sizes: M-5XL. Dark Navy. 074896, 074897.

6. Marinac Jacket

   100% Polyester Fleece Knit. Men's sizes: S-5XL. Heritage Blue. 095063, 095845.

7. Marinac Vest

   100% Polyester Fleece Knit. Men's sizes: S-3XL. Heritage Blue. 095065, 095846.



# i am hampton collection

8. Squall Parka

   100% Nylon Lining, 100% Poly Polartec 300 Insulation: 100% Poly Thermolite Sleeve. Men's sizes: S-5XL. Cobalt. 096628, 096629, 096630.

9. Short-sleeve Pima Tee

   100% Cotton. Men's sizes: S-5XL. Light Sea Blue. 194984, 194985.

10. Long-sleeve Pima Tee

    100% Cotton. Men's sizes: S-5XL. True Blue, True Navy, Light Sea Blue. 248608, 248610.

11. Long-sleeve Performance Pima Polo
    100% Cotton. Men's sizes: S-5XL. True Navy. 248602, 248603.

12. Short-sleeve Pattern Oxford

    60/40 Cotton/Polyester. Men's sizes: S-5XL. Clear Blue Windowpane, Green Clear Blue Stripe. 195320, 195321.

13. Fine Gauge Vest

    80/20/Acrylic/Nylon Knit. Men's sizes: S-5XL. China Blue. 065565, 065572.

14. Long-sleeve Broadcloth Shirt

    60/40 Cotton/Polyester. Men's sizes: 14-21. True Blue. 087907, 087908, 251181, 276183.

15. Chino Blazer

    60/40 Cotton/Polyester. Men's sizes: S-5XL. Desert Khaki, True Navy. 201080, 201081.

16. Cross Pattern Tie
    100% Silk. Reg/Long. Blue. 195768,195769.

17. Oxford Neat Tie

    100% Silk. Reg/Long. Pale Emerald. 195771,195772.



# i am hampton collection

**506.00** **"Traditional Kit" (available October 2007).**

    A. "Traditional Kit" Women's Items

        1. Gabardine Blazer

           98% Wool, 2% Lastol. Women's sizes: 00-34W. True Navy. 247056, 247057, 247058, 247059.

        2. Gabardine Trousers

           a. 98% Wool, 2% Lastol. Women's sizes: 00-34W. True Navy. Traditional Fit. 247098, 247099, 247100, 247103.

           b. 98% Wool, 2% Lastol. Women's sizes: 00-18. True Navy. Classic-Curvy Fit. 247119, 247120.

           c. 98% Wool, 2% Lastol. Women's sizes: 00-34W. True Navy. Classic – Straight Fit. 247112, 247114, 247495, 247117.

        3. Long-sleeve Stretch Blouse

           60/35/5 Cotton/Polyester/Spandex. Women's sizes: 0-34W. Pale Emerald, China Blue. 002190, 002191, 002192.

        4. Three-quarter Sleeve Stripe Blouse

           100% Cotton Pinpoint. Women's sizes: 0-34W. Bermuda Blue Stripe. 197949, 197950, 197951.

           *Transitioning to 60% Cotton/40% Polyester. 278021, 278022, 278023.

        5. Silk Scarf

           100% Silk. Navy Floral, Navy Fair Isle. 270438.

        6. Glove Leather Belt

           Cowhide Leather, Buckle Solid Brass. Women's sizes: 24-58. Black. 271414, 271413.

    B. "Traditional Kit" Men's Items

        1. Year Rounder Blazer

           100% Worsted Wool, Lining: 100% Acetate. Men's sizes: 38-64. Dark Navy. 65638, 65674, 65681, 277952.

        2. Year Rounder Pant – Pleated

           100% Worsted Wool, Lining 100% Acetate. Men's sizes: 30-60. Dark Navy. 65612, 65613, 169193, 169194.

        3. Long-sleeve Pattern Oxford

           60/40 Cotton/Polyester. Men's sizes: S-5XL. Green Clear Blue Stripe, Clear Blue Windowpane. 195548, 195550, 195549, 195551.



# i am hampton collection

4.  Long-sleeve Broadcloth Shirt

    60/40 Cotton/Polyester. Men's sizes: 14-21. True Blue. 087907, 087908, 251181, 276183.

5.  Cross Pattern Tie

    100% Silk. Reg/Long. Blue. 195768,195769.

6.  Oxford Neat Tie

    100% Silk. Reg/Long. Pale Emerald. 195771,195772.

7.  Glove Leather Belt

    Cowhide Leather, Buckle Solid Brass. Men's sizes: 30-60. Black. 271411, 271412.





**Section 600**

# Information Technology Standards

**– CONFIDENTIAL –**
for use by Hilton Hotels only

**Any questions regarding the contents
of this manual may be addressed to:
HILTON HOTELS CORPORATION
755 CROSSOVER LANE
MEMPHIS, TENNESSEE 38117-4900
PHONE: 901/374-5000**

05272008



# Information Technology

Purpose and Scope. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 600-1

600.00   Voice Telecommunications Hardware . . . . . . . . . 600-2

601.00   Telephone Switchboard Requirements . . . . . . . . 600-4

602.00   Voice Messaging System Requirements . . . . . . . . 600-5

603.00   Call Accounting System Requirements . . . . . . . . 600-6

604.00   Telephone Requirements . . . . . . . . . . . . . . . . . . . 600-7

605.00   Network Access Requirements . . . . . . . . . . . . . . . 600-9

606.00   Americans With Disabilities Act (ADA)
         Compliance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 600-10

607.00   Voice, Data and Video Cabling Infrastructure . . . 600-11

608.00   OnQ Property Management System. . . . . . . . . . . 600-14

609.00   Software Compatibility . . . . . . . . . . . . . . . . . . . . 600-17

610.00   Internet Web Site Standards. . . . . . . . . . . . . . . . . 600-18

611.00   Hotel Information Security Standards. . . . . . . . . 600-28

612.00   In-Room, On-Demand Movies
         and Video Games  . . . . . . . . . . . . . . . . . . . . . . . . . 600-31

613.00   Hampton High-speed Internet Access (HSIA)
         Operational and Technical Standards . . . . . . . . . 600-32

614.00   DMX MUSIC Distributed Audio Standards . . . . . 600-39



# Information Technology

## Purpose and Scope

Standards in this section will apply to all Hampton hotels. New hotels are required to implement all standards listed in this section.

The addition of voice mail capability offers efficiency and assistance with administrative tasks, making it easier to provide friendly and efficient service. Having two phone lines is becoming an imperative for today's business traveler. As more and more guests traveling on business work in their room, our ability to meet their needs for simultaneous voice and data transmission (i.e., working on a computer while talking on the phone) is becoming more critical. In addition, more and more direct competitors are offering this capability.

REFER QUESTIONS CONCERNING THESE STANDARDS TO:

Hampton Brand Management Team
Hilton Hotels Corporation
755 Crossover Lane
Memphis, Tennessee 38117-4900
Phone: 901/374-5000



# Information Technology

## 600.00   Voice Telecommunications Hardware

600.01   Wiring

All hotels must have certified Category 5E  or 6 wiring system installed for all telephone locations. Please refer to www.hiltonfranchise.com for wiring specifications.

600.02   Entrance Cabling

A 100 pair cable is recommended. It is important that a minimum of three 4″ conduits be used for telephone entrance cable.

600.03   Telecom Room Location

The telecommunications room must be within 100 feet of the computer equipment room for maximum efficiency of technology cabling.

600.04   Private Automated Branch Exchange Requirements

Each Hampton hotel must have a digital private automated branch exchange (PBX) telephone system that provides the following features. (PBX upgrades or PBXs installed in new hotels must be Internet Protocol (IP) capable (not enabled) for future proofing properties. IP PBXs are similar in price to standard TDM machines.)

   A.   PBX upgrades or PBXs installed in new hotels must be capable of E-911 notification either to front desk or Emergency Center

   B.   Interface with OnQ to provide guest name display, maid codes and phone on/off

   C.   Automatic call wake-up with personal message capabilities

   D.   Least cost routing/automatic route selection

   E.   Station Message Detail Recording (SMDR)

   F.   Message light waiting notification

   G.   Direct dial access (1010XXXX)

   H.   Toll-free area code programming

   I.   Ability to connect to a T-1 dedicated network using internal equipment

   J.   Call restriction capabilities for fraud prevention

   K.   Network access trunks must provide a P.05 (GOS) Grade-of-Service. This means a hotel can block only five out of 100 calls during the busiest hour of the day or night.

   L.   Hotel PBX must have a minimum of two hours of battery backup.



# Information Technology

600.05   PBX Features Recommendations

    A.  Console backup or call pickup capabilities to process calls quickly during busy front desk times

    B.  Customized on-hold, in queue and call wake-up announcements for guests

    C.  On-hold music to provide enhanced customer service (see Standard 614.00)

    D.  Ability to implement Automatic Call Distribution (ACD) software for enhanced call distributing and routing

    E.  Dedicated telephone line for remote maintenance and diagnostics.



# Information Technology

## 601.00   Telephone Switchboard Requirements

601.01.   Telephone switchboard service must be operated 24 hours a day. Initial calls into the hotel switchboard must be answered in person. Automated attendants (automated systems that answer/transfer calls) are not permitted. Once answered, an on-hold message reminding callers that a service representative will assist them shortly is acceptable. Automated interceptors (automated systems that answer on the fourth ring) are acceptable as long as there is an on-hold message reminding callers that a service representative will assist them shortly.

601.02   The switchboard must have a multi-character visual display, showing the calling guest's name, to provide enhanced customer service.

601.03   Recommended Features for Telephone Switchboard

Hilton Hotels Corporation recommends that telephone switchboards in Hampton hotels:

   A. Provide a minimum of six (6) incoming calls, transfer, hold and conference calling functions

   B. Allow use of handsets or headsets to enhance employee productivity

   C. Allow manual activation/deactivation of message waiting lamps to ensure that guests receive messages promptly

   D. Allow manual activation or restriction of telephones when the Property Management System Interface is not functioning



# Information Technology

## 602.00   Voice Messaging System Requirements

602.01   Voice Messaging System Standards

The Voice Messaging System (voice mail) must meet the following minimum standards:

A. An efficient voice mail/messaging system must be part of the standard phone system. Easy-to-understand operating instructions for its use must be posted.

B. Interface directly with the PBX for accurate and timely message delivery

C. Interface with OnQ via the PBX-to-OnQ interface or directly to OnQ via the approved interface specification to provide mailbox open/close at checkout

D. Provide the ability to partition the system between administration and guest. This will ensure that guests can easily retrieve messages and provide employees with additional features.

E. Have a minimum of four access ports and forty hours of storage or equivalent, based on data storage technique

F. Allow manual activation and deactivation of message waiting lamp

G. Have easy-to-read instructions for the voice message system posted on the telephone face plate

602.02   Voice Mail Recommendations

A. Provide a dedicated telephone line for remote maintenance and diagnostics

B. Provide a way for guests to retrieve messages after check-out by saving guest messages in a temporary file for 24 hours after check-out and then automatically deleting them

C. Allow guest access from outside the hotel



# Information Technology

## 603.00   Call Accounting System Requirements

603.01   A Call-Accounting System must be provided with the following features:

    A.  Interface with OnQ for quick and accurate posting of telephone revenue

    B.  Balance telephone system revenues with OnQ audits

    C.  Have remote dial-up access for rate table and other software changes

    D.  Allow call posting from both lines if guest room or suite has two telephone lines

603.02   Call-Accounting Feature Recommendations

    A.  Partition between guests and administration to ensure that guests are accurately billed and that administrative use can be accurately reported

    B.  Dedicated telephone line for remote maintenance and diagnostics

    C.  Provide cross reference table function for two-line application



# Information Technology

## 604.00   Telephone Requirements

604.01   Telephone Requirements

A.  Guest Rooms/Suites

1.  Each guest room/suite must have a telephone at the nightstand equipped with a 25-foot cord and message light. An additional phone may be provided at the desk. If two phones are available, each must be equipped with a 15-foot cord. In studio suites, phones are required at the nightstand and at the desk.

2.  Emergency dialing instructions must be displayed on the telephone face plate. A speed-dial button may be used as long as the telephone face plate displays the emergency dialing instructions in the event the speed-dial button is inoperable.

B.  General Area

1.  All telephones in the hotels must allow 911 or E-911 calls to be placed, regardless of other restrictions or guest room status (stop charge, etc.)

2.  The swimming pool area, exercise room and all elevators must be equipped with a house telephone that will ring to the front desk.

3.  There must be a minimum of one telephone that has local, credit card and toll-free number access. If a pay phone is not available, there must be a house telephone with these dialing features available. An additional house phone is required in or near the lobby. Both phones must be restricted from dialing guest rooms and suites. Professionally created signage must be in place designating local, credit card and toll-free number dialing instructions. If signage is wall-mounted, it must match interior signage package.

    Examples of sign:

    For local calls, dial 9 + number

    For 800 and long distance calls, dial 8 + number

    For emergency, dial 911

4.  The housekeeping area must have a telephone.

604.02   Recommendations for Telephones

A.  Hilton Hotels recommends both Teledex and TeleMatrix telephones with the standard faceplate design for brand consistency.

B.  Dial Plan

The recommended standard dial plan for guest rooms and suites is:

1.  Nine for local calls

2.  Eight for long distance calls

3.  Speed dial button for front desk/wake-up



# Information Technology

4.  Speed dial button for messages and voice mail

5.  For guest room to guest room or suite to suite dialing, touch seven plus the room number for line one and six plus the room number for line two. For example, to call Guest Room 100, a person would dial 7100 for line one and 6100 for line two.



# Information Technology

## 605.00  Network Access Requirements

605.01  Local Telephone Network Access

Local non-toll telephone calls must be provided at no charge to guests.

605.02  Network Access Recommendations

A financial analysis of local T-1 versus individual lines should be performed prior to ordering service to ensure that the highest service level is provided at the lowest possible cost. In many cases, dedicated T-1 service provides higher revenue with lower access and usage costs. Contact: Hilton Telcom, Jettie Taylor (901) 748-7920.

605.03  Long Distance Network Access

  A. Calling card/O+ telephone calls cannot be billed at a rate exceeding the current AT&T rate. Credit card tariffs and surcharges cannot be applied. Deposits for telephone usage are prohibited.

  B. The long distance carrier's name and rates must be provided in each guest room in the guest directory (see Rule 118.12).

605.04  Long Distance Network Access Recommendations

Hilton recommends AT&T dedicated T-1 service, whenever financially feasible, and AT&T 1+ and O+ long distance telephone service. In many cases, dedicated T-1 service provides higher revenue with lower access and usage costs.



# Information Technology

## 606.00   Americans With Disabilities Act (ADA) Compliance

Each Hampton hotel must comply with all ADA requirements concerning telecommun-
ications.



# Information Technology

## 607.00   Voice, Data and Video Cabling Infrastructure

607.01   Empty Conduit System

An empty conduit system shall be designed and installed using the codes and standards of the following agencies:

| | |
|---|---|
| ANSI | American National Standards Institute |
| BICSI | Building Industry Consulting Services International |
| BOCA | Building Officials and Code Administrators |
| EIA/TIA | Electronic Industries Association/ Telecommunications Industry Association |
| FCC | Federal Communications Commission |
| IEEE | Institute of Electrical and Electronic Engineers |
| NFPA | National Fire Protection Association |
| NEC | National Electrical Code |
| UL | Underwriters Laboratories |

During the schematic and design development phases, consultants should refer to the following standards to ensure that adequate pathways are established capable of supporting current and emerging technology for guest services.

A.  BICSI

Consult the *Telecommunications Distribution Methods Manual,* issue number seven, 1995, for design assistance regarding:

1.  Service entrances

2.  Equipment rooms/closets

3.  Grounding, bonding, electrical protection and fire stopping

4.  Horizontal and vertical distribution pathways

5.  Special situations (poolside, ADA, etc.)

B.  EIA/TIA

Various standards documents are to be consulted which deal with all aspects of low voltage (>110VAC/DC) cabling. Note that the Canadian equivalent of EIA/TIA is CSA. The following documents are relevant to the design of an empty conduit system and the subsequent design of the technology infrastructure:

1.  EIA/TIA-568A (CSA T529)
    Commercial Telecommunications Cabling Standard

2.  EIA/TIA-569 (CSA T530)
    Commercial Building Standard for Telecommunications Pathways and Spaces



# Information Technology

   3.  EIA/TIA-570 (CSA T525)
Residential and Light Commercial Telecommunications Wiring Standard

   4.  EIA/TIA-670 (CSA T527)
Commercial Building Grounding/Bonding Requirements

The International Standards Organization of the United Nations is currently adapting these EIA/TIA standards under the title *Generic Cabling for Customer Premises Cabling ISO/IEC 11801*.

**607.02**   Voice and Data Wiring for Guest Rooms

It is the intent of this section to define a technology-based cabling system (media, connectors, jacks, etc.) which supports terminal equipment provided by the hotel (telephone sets, fax machines, printers, etc.) and which accommodates equipment the guest carries and attaches to the hotel network.

  A.  In each room or suite a wiring point is installed on or near the bed(s) and at or near the activity table or work desk.

  B.  At a minimum, each wiring point shall contain a single run of UTP (unshielded twisted pair), four-pair, Category 5E or 6 (EIA/TIA 568A) compliant cable.

  C.  Each run will terminate in a Category 5E or 6 compliant wall jack (RJ45 or RJ11).

  D.  Optional Configurations

    1.  Emerging high-speed networks for Internet and video-based guest services will require extra bandwidth available with additional UTP cable pairs available in each guest room/suite.

    2.  A second four-pair, Category 5E or 6 compliant cable may be pulled to the same location as that for the coaxial cable used for CATV. If this option is not used, the empty conduit, used for the CATV coaxial cable, must be sized to accommodate this additional cable in the future.

**607.03**   Voice and Data Wiring for Hotel Front Desk and Back Office

  A.  At each location identified for a OnQ desktop component (server, workstation, printer), a four-pair, UTP, Category 5E or 6 compliant cable and associated hardware should be installed.

  B.  Where an administrative telephone is co-located with a OnQ component, dual-jack arrangements are encouraged.

**607.04**   Availability of Reference Documents

  A.  Internet Websites

    1.  http://www.anixter.com
Summary of all EIA/TIA 568A (et al) cabling standards and design/installation

    2.  http://www.bicsi.org
Access to the latest EIA/TIA updates and information on BICSI related issues



# Information Technology

    3.  http://www.lucent.com
        Design and cost analysis information regarding the use of structured cabling design tools as related to EIA/TIA standards

    4.  http://www.ortronics.com
        Design and component specifications to assist designers and engineers in selecting a standard based, structured wiring system

B.  Literature and Publications

    BICSI Telecommunications Distribution Methods Manual

    1.  BICSI
        10500 University Center Dr
        Suite 100
        Tampa, FL 33612
        Telephone 813/979-1991

    2.  EIA/TIA Standards Publications
        c/o Global Engineering Documents
        Fax request to (800) 854-7197



# Information Technology

## 608.00   OnQ Property Management System

608.01   Every Hampton hotel must utilize OnQ/Hampton, an integrated hotel business computer system. OnQ must be fully operational when the hotel is opened. Management and hotel staff must be trained and certified by the system supplier and pass final certification with a combined score of at least 80 percent.

OnQ/Hampton will perform the following functions:

A. Provide real time integration with the Hampton Reservation System that supports all current and future reservation functions and procedures

B. Maintain room status, provide automated guest folio and accounting capabilities and provide a level of guest service required to maintain the Hampton Hotel Standards and conform to Hampton Hotels Rules of Operation

C. Integrate with and provide timely data to our centralized database for system statistics and financial data analysis

D. Support all current and system-wide marketing programs

E. Provide a fully integrated revenue management system which analyzes historical data and current booking activity and recommends how to achieve the highest possible revenue

F. Connect to the Internet service provider approved by Hilton for e-mail access. The service includes online access capability that allows hotels to closely manage their property information as contained on the hotel brand Web sites and interact directly with consumers via e-mail. The connection also allows access to emerging Web based business applications on OnQ Insider.

608.02   Configuration for OnQ/Hampton in a Hampton Hotel

A. File Server

The file server maintains the hotel database information and OnQ software. Third-party interface software is installed in this unit, which also provides communication between the hotel and the central reservations system. The file server must have one (1) each of the following components:

1. IBM tower system unit

2. IBM color monitor

3. Communications board

4. Keyboard with trackpoint

5. UPS (uninterruptible power supply) unit

6. Back-up tape drive unit

7. Microsoft back office server license

8. Modem (internal or external)



# Information Technology

    9.  (IFB) Dedicated phone line

B.  Network Communications

Frame Relay (required for all new construction)

A CSU/DSU (Channel Service Unit/Digital Service Unit) and router connects the hotel to the Hilton network.

C.  MSAU (Multistation Access Unit) or 3Com SuperStack II Hub

    1.  The MSAU maintains communication among the workstations, DIU and file server. The cabling standard is Type 9, Token Ring cabling.

    2.  The 3Com SuperStack II Hub maintains communication among the workstations, DIU and file server. The cabling standard is Category 5E or 6 (requested for all new construction).

D.  Workstations

The guidelines outlined below are provided as minimum and maximum parameters for hotels. The actual number of workstations are determined at contracting. The overall brand minimum is three, thus allowing information to be processed in several locations at the same time. One of these workstations must be used for Internet access.

    1.  For Hampton Inns with

        a.  0 to 99 rooms, three workstations

        b.  100 to 139 rooms, four workstations

        c.  140 to 179 rooms, five workstations

        d.  180 to 240 rooms, nine workstations

        e.  241 or more rooms, eleven workstations

    2.  For Hampton Inn & Suites with

        a.  0 to 109 rooms, five workstations

        b.  110 to 145 rooms, six workstations

        c.  146 or more rooms, nine workstations

    3.  Each workstation must consist of the following components:

        a.  IBM desktop system unit with CD-ROM

        b.  IBM color monitor

        c.  Keyboard

        d.  Pointing device

        e.  Laser printer



# Information Technology

E. Credit Card Readers

Credit card readers are used to input credit card numbers automatically on the guest folio by swiping the card through the reader. Locate one credit card reader at each front desk workstation.

F. Software License

Each Hampton hotel must have one (1) software license for OnQ/Hampton.

G. Call Rating Interface Software

One (1) call rating interface software program is necessary for OnQ to interface to an approved third party call accounting system.

H. PBX Interface Software

One (1) PBX interface software program is necessary for OnQ to interface to an approved third party PBX.

I. Voice Mail Interface Software

One (1) voice mail interface software program is necessary for OnQ to interface to an approved third party voice mail system.

608.03  OnQ Training

See 106.09 in the Rules of Operations section for information about OnQ training.



# Information Technology

## 609.00   Software Compatibility

609.01   Hilton Hotels will not provide support for any non-certified third-party software and/or equipment (see Rule of Operation 120.00).

609.02   Hotels must neither attach nor use third-party equipment and/or interfaces with the OnQ desktop equipment that have not been certified by Hilton Hotels as meeting Hilton Hotel specifications.

Should the hotel choose to install third-party, non-OnQ software that has not been certified by Hilton Hotels as being compatible with OnQ equipment, the hotel will bear any and all costs of repair or replacement to restore proper operation of the equipment.

Complete lists of approved third party interfaces and software are available on the OnQ Web site.

Hotels may not install or connect any third-party network equipment that would allow access to the OnQ network from an outside source. Firewalls and other devices installed on the OnQ network must be provided by Hilton.

609.03   OnQ desktop software packages that are Microsoft XP workstation compatible need the legal, licensed software (original installation disks) in order to install the software.

609.04   When certain OnQ certified equipment or parts for certain OnQ certified equipment are no longer being manufactured or reasonable obtainable, Hilton shall notify hotels of such circumstance and that maintenance on such certified equipment will no longer be provided by Hilton. In this circumstance, it is recommended that hotels replace the retired model with the currently unmanufactured certified model.

609.05   Hotels must maintain and have installed the most current version of Microsoft Office. Software will be purchased at a reduced rate and billed through monthly installments through the Hilton IT Department. (See Rule of Operation 120.10)



# Information Technology

## 610.00   Internet Web Site Standards

A. Strategy

Our brand Internet strategy enables individual properties to capitalize on an Internet presence by using the brand Web site www.hampton.com for electronic marketing purposes as opposed to creating stand-alone Web sites.

B. Domain Names

Hilton Hotels Corporation currently assigns each hotel a domain address within the www.hamptoninn.com Web site that is to be used as the hotel's Internet address on the World Wide Web.

Domain names for all addresses related to the hotel or that redirect to hotel's Internet address are to be owned by Hilton Hotels Corporation.

To transfer ownership of a domain to Hilton Hospitality, request a purchase of a domain, or request a redirect, go to OnQ Insider.

C. Updates and Maintenance

Complete details for creating, updating and maintaining your hampton.com hotel Web site can be found in the Hampton Online Marketing Tool Kit at OnQ Insider.

D. Search Engine Marketing and Optimization

No hotel/management company/franchise group may (directly or indirectly) purchase a keyword that includes any Hilton trademarked names other than their own officially approved hotel name. Nor can they purchase other trademark names of competitor hotels. Nor can they authorize a third party to purchase the hotel name under any circumstance. Strict compliance of this standard is required.

Given the changing nature of this technology, we have the right to withhold our approval, and to withdraw any prior approval, and to modify our requirements.

E. Resources/References

1. Hampton Online Marketing Tool Kit OnQ Insider > Hampton Brand.

2. Hampton Brand Stand-Alone Web Site Guidelines
   These will be posted within the Hampton Online Marketing Tool Kit (see 610.02).

3. Domain Request for Purchase

   See OnQ Insider.



# Information Technology

    4.  Domain Transfers
See OnQ Insider.

    5.  Domain Redirects
See OnQ Insider.

610.02   Stand-Alone Web Sites

Stand-alone Web sites are any Web sites (including without limitation html, xml, ftp, Web logs, chat, bulletin boards and any other electronic communications or distribution media) that are created by a hotel, group of hotels or entity outside of the brand.com environment. This also includes hotel e-mail sites and address because they may display our marks.

The guidelines and rules below apply to any Web site representing any one of the Hilton Family brands, or any property therein, created outside of the corporate held/hosted Web sites (hampton.com).

A.  Once the hotel initiates the creation of a new stand-alone Web site, the hotel and all of its vendors must work with Hotel Content and Support and the appropriate Brand Marketing team to ensure that all guidelines are met. The hotel must have completely optimized its www.hampton.com Web site before developing any stand-alone site.

B.  The information that appears on these sites is the sole and direct responsibility of the hotel(s)/entity. Content must be maintained by the hotels through the hotel's stand-alone vendor agreed upon defined process.

C.  The hotel is responsible for all aspects of its sites, including without limitation all costs, fees, licenses, permits, claims, development and maintenance related in any way to these sites.

D.  Hilton takes the collection and retention of personally-identifiable information seriously. Strict compliance is required for any standalone Web site to all applicable laws, standard practice instructions and/or brand standards.

E.  Existing Stand-Alone Sites Currently Under Contract

After September 1, 2005, all stand-alone Web sites must meet current Web site standards.

F.  Franchises

Upon the expiration or termination of the Franchise License Agreement, you must irrevocably assign and transfer to Hilton (or its designee) all of your right, title and interest in any domain listings and registrations which contain any references to our marks, system or licensed brand, and delete all references to Hilton's marks or licensed brands from any other Web site(s) you own, maintain or operate.



# Information Technology

G.  Trademark/Copyrights

All intellectual property created for Hilton is owned by Hilton Hotels Corporation Conrad intellectual property is owned by Conrad Hospitality, LLC. HHonors intellectual property is owned by Hilton HHonors Worldwide, LLC. Certain copyright notices and proper trademark usage must be displayed on the Web site. Legal must also review the references to third-party names and logos that appear on the site. Please refer to Trademark and Identity Section of your Hampton Brand Standards manual (see Section 400).

H.  Purchase and Registration of Domain Names (URLs)

1.  You may not promote or advertise the licensed brand or the hotel on the Internet or any computer network unless you obtain prior written approval from Brand Management of the third-party Web site in which the hotel will be listed, any proposed links between the Web site(s) and any other Web site(s), any proposed changes to the Web site(s), and have registered the hotel's domain name through Hilton's Domain Administrator.

2.  All domain names must be registered through Hilton Hotels Corporation. To request a domain, go to OnQ Insider.

3.  Once submitted, your request will be reviewed by Hilton's domain administrator. You will receive an answer to your request within five business days. Your hotel will pay no costs for the purchase of the domain (or its renewal) if it is registered through Hilton. You will be notified prior to the domain's expiration by the domain administrator to confirm or decline the renewal of the domain.

I.  Hosting

The hotel and its vendors will be solely and directly responsible for everything relating to their Web sites, including without limitation, site hosting and maintenance. Hotels may have their sites hosted by a company other than the site creator/developer. The third party host must sign the Hilton Web Services Agreement. If a domain name server (DNS) change is needed for a domain owned by Hilton, go to OnQ Insider. HHC's domain administrator will make the change within five business days of the submittal of the form. Once the DNS has been updated, allow an additional 24 to 72 hours for the change to propagate throughout the Internet.

J.  Brand Style Guides

The site must be well constructed with a "look and feel" consistent with Brand standards. All design must be approved by the appropriate Brand Marketing team prior to the site going live. It is best to include them in the initial design process to prevent any changes later on. Please forward to Hampton Brand Marketing at hampton.marketing@hilton.com



# Information Technology

K.  Reservations Functionality

1.  Booking Engines

All reservations are to be routed directly to Hilton's brand.com Web site. Any and all fees, taxes, commissions or charges of any kind due or payable in regard to reservations are the hotel's sole responsibility.

a.  The site must link back to the main brand.com reservations module for any/all reservations.

b.  No brands outside of the Hilton Family of brands may be cross sold.

c.  In order to pass customers to a specific CTYHOCN reservation page or package page, certain parameters to the main reservation URL have to be added. For example:

1)  https://secure.hilton.com/en/hp/res/index.jhtml

2)  Main reservation URL for Hampton Inn & Suites Shady Grove, add CTYHOCN

3)  Featuring property – Hampton Inn and Suites https://secure.hilton.com/en/hp/res/index.jhtml?ctyhocn=memsghx

d.  There are other parameters that can be added to pass the customer to a specific reservation result, including:

1)  SRP

2)  SRP description

3)  Corp ID

4)  Arrival and departure dates

L.  Search Engine Optimization and Marketing

Hilton Hotels Corporation has engaged Wahlstrom Interactive (www.wahlstrominteractive.com) to provide a corporate strategy for search engine marketing and optimization. Search Engine Marketing consists of two important areas: Optimization and Pay for Performance.

As Hilton Hotels Corporation rolls out the Search Marketing Strategy for the Hilton Family of Brands, clusters, and local properties, there are some key principles that are critical in order for HHC to achieve efficient and cost effective results. For the latest strategy, please defer to the Search Engine Marketing Strategy Survival Kit which can be found in the Online Marketing Tool Kit at OnQ Insider > Hampton Brand.



# Information Technology

No hotel/management company/franchise group may (directly or indirectly) purchase a keyword that includes any Hilton trademarked names other than their own officially approved hotel name. Nor can they purchase other trademark names of competitor hotels. Nor can they authorize a third party to purchase the hotel name under any circumstance.

Given the changing nature of this technology, HHC has the right to withhold approval, withdraw any prior approval and modify our requirements.

M.  Reporting and Analytics

The Web site hosting company is required to provide the following basic reporting upon request to HHC for measurement of the success of the site:

1.  Reports for the entire site as well as participating featured hotels

2.  A visitor summary representing unique visitors, average visits per visitor, visitors who visited once, and visitors who visited more than once

3.  Page views

4.  Visits

5.  Top pages

6.  Top referrers

N.  Links to Other Sites

The site can neither promote nor link:

1.  To any non-HHC property

2.  To any third-party Web site unless approved by BDM

3.  To other sites that dilute traffic from the brand.com site

4.  To other sites that generally have content that HHC does not have control over and any questionable data/content can therefore not be controlled

O.  Third Party Links

1.  Framing

"Framing" is the process of allowing a user to view the contents of one Web site while it is framed by information from another site, similar to the "picture-in-picture" feature offered on some televisions. For example, a user of a search engine may view the contents of an online store that is framed by the search engine's text and logos.

a.  The site cannot use framing or other methods to copy or make any use of the content of stand-alone Web sites. Also, the hotel cannot permit the site to be framed.



# Information Technology

    b.  Framing may trigger a dispute under copyright and trademark law theories because a framed site arguably alters the appearance of the content and creates the impression that its owner endorses or voluntarily chooses to associate with the framer.

  2.  Third Party Links Outside of the Brand

    a.  If using third party links outside of the Hilton brand sites, they must be opened using an external browser screen window.

    b.  The hotel must review, and Hilton retains the right to disapprove at any time, linked third party sites outside of the brand. Any such site cannot include information about, or link to, other competing hotel Web sites nor have "questionable" data.

P.  Images/Photos Brand Approvals

  1.  Hotels submitting images must prove in writing that they own the images and have Internet usage rights. Usage remains at the hotel's sole risk and responsibility. Photography release forms must be signed by any photographer for any property image. (The hotel must ensure that it can use all images without any obligation to pay a recurring royalty fee). Releases may also be obtained from agencies hired by the hotel (if the agency's contract specified that the hotel owns all rights and privileges related to the images). Each hotel must maintain in its records original signed copies of all necessary releases, agency agreements, work-for-hire agreements, non-disclosure agreements and all other agreements related to its submitted images, content and sites.

  2.  No hotel may have more images on a third party or stand-alone Web site than they have posted on www.hampton.com.

  3.  Images must be an accurate representation of the hotel facilities and rooms.

  4.  Specific required images to be available on www.hampton.com are outlined in the Hampton Online Image Requirements which can be found in the Hampton Brand standards-Hampton Online Image Requirements, refer to Standard 610.07.

Q.  A message must be displayed on the home page that states: "This Web site is for an individual hotel, (your hotel name). You may obtain further information regarding Hampton hotels at hamptoninn.com." This information must link to the Hampton brand Web site.

R.  Logos/Copyrights

All property stand-alone sites must feature the copyright line of ©[year, e.g., 2008] Hilton Hotels Corporation at the bottom of each Web page. Franchised properties may also feature the copyright line of its ownership group.

All appropriate brand logo usage and copyright standards must be followed.



# Information Technology

S.  HHonors

All HHonors content and/or integration of HHonors® with links to www.hiltonhhon-ors.com must be submitted to HHonors for approval. Contact your HHonors Market-ing Manager.

T.  Data Capture and Email Lists

Stand-alone sites are not permitted to create their own e-mail capture or collect infor-mation from site visitors nor are they permitted to send promotional e-mails.

Stand-alone sites must adhere to 122.00 Brand Privacy Rules.

U.  Brand.com Referral Links

1.  Required

a.  Reservations

The site must link back to the main hamptoninn.com reservations module for any/all reservations. See detail under "Reservations Functionality" section.

b.  Groups and Meetings

The site must link back to the main www.hamptoninnmeetings.com or www.hiltondirect.com. Request a proposal for any and all group, meeting, conven-tion, leisure, and tour/wholesale related requests. See detail under Groups and Meetings Functionality section.

c.  Our Best Rates. Guaranteed.

Mention the Best Rates guarantee on the home page and reservation pages and link to http://www.hiltonworldwide.com/en/ww/ourbestrates/overview.html

d.  HHonors

Link to either www.hiltonhhonors.com or http://www.hilton.com/en/hhon-ors/points/index.html.

2.  Optional

a.  Directions and transportation

b.  Specials and offers

c.  Local maps

d.  Business and attraction locator

e.  The weather feature on brand.com is not licensed for use on any stand-alone Web site.



# Information Technology

V. Technology Considerations

1. Supported platforms and operating systems are Windows 2000, Windows XP and Mac 9.01.

2. Browsers supported are Netscape 6.0 and greater and Internet Explorer 5.5 and greater.

3. Page size is to be under 100K, except to the extent specifically approved by Corporate. All images should be optimized. Flash images are allowed if the page size remains under 100K.

4. PDF attachments are acceptable. We recommend that they stay under 1MB size to prevent long download times for the user.

W. A list of approved vendors can be found within each brand's online marketing Tool Kit on OnQ Insider > Hampton Brand.

X. Additional pages or functionality added to the Web site after the initial launch of the site must be reviewed and approved as well by Hotel Content at Hotel.Content@hilton.com and Hampton.Marketing@hilton.com.

610.03   Hilton Family Cluster Website

Hotels desiring to participate with a Hilton Family Cluster Web site must comply with HHC cluster guidelines. See HiltonNet Clusters Web Site information on OnQ Insider.

Contacts/Resources

A. For Hilton Legal Department, Brand Online Marketing, Domain Request for Purchase Tool Kit, Domain Transfers and Domain Redirects, refer to OnQ Insider

B. BDM (Brand Distribution Marketing) Manager for Clusters
Pending generic phone and e-mail

C. Hotel Content
(877) 777-7881
hotel.content@hilton.com

D. Purchase or Transfer of Domain Names
Hilton's Domain Administrator
Domain.admin@hilton.com

E  Brand Marketing
(800) 615-4007
hampton.marketing@hilton.com



# Information Technology

F.  International/Regional Contacts

| Mexico | hhonorsmarketing.mexico@hilton.com |
| Canada | hhonorsmarketing.canada@hilton.com |
| Alaska, Arizona, California, Colorado, Idaho, Montana, Nevada, Oregon, Utah, Washington, Wyoming | hhonorsmarketing.west@hilton.com |
| Hawaii, Iowa, Illinois, Indiana, Kansas, Michigan, Missouri, Minnesota, North Dakota, Nebraska, New Mexico, Oklahoma, South Dakota, Texas, Wisconsin | hhonorsmarketing.central@hilton.com |
| Connecticut, Delaware, District of Columbia, Maine, Maryland, Massachusetts, New Hampshire, New Jersey, New York, Ohio, Pennsylvania, Rhode Island, Vermont, Virginia, West Virginia | hhonorsmarketing.northeast@hilton.com |
| Alabama, Arkansas, Florida, Georgia, Kentucky, Louisiana, Mississippi, North Carolina, South Carolina, Tennessee | hhonorsmarketing.southeast@hilton.com |

610.04   All sites containing any of the trademarks and any linked sites must advertise, promote, and reflect on your hotel and the system in a first-class, dignified manner. Hilton's right to approve all materials is necessitated by the fact that those materials will include and be inextricably linked with its trademarks. Therefore, any use of the trademarks on the World Wide Web, the Internet, or any computer network, must conform to Hampton's requirements, including the identity and graphics standards for all system hotels. Given the changing nature of this technology, Hampton has the right to withhold its approval and to withdraw any prior approval to modify its requirements.

610.05   You may not (without a legal license or other legal right) post on your site(s) any material in which any third party has any direct or indirect ownership interest, including video clips, photographs, sound bites, copyrighted text, trademarks or Trademarks, or any other text or image in which any third-party may claim intellectual property ownership interests. You must incorporate on your site(s) any other information Hampton requires in the manner it considers necessary to protect its trademarks.



# Information Technology

610.06  Upon the expiration or termination of the Franchise License Agreement, you must irrevocably assign and transfer to Hilton (or to its designee) all of your right, title and interest in any domain name listings and registrations which contain any references to our marks, system or licensed brand, and must notify the applicable domain name registrar(s) of the termination of your right to use any domain name or site(s) associated with the trademarks or the licensed brand, and will authorize and instruct the cancellation or transfer of the domain name to us (or our designee), as directed by us. You must also delete all references to Hilton's marks or licensed brands from any other site(s) you own, maintain or operate beyond the expiration or termination of the Franchise License Agreement. (Franchise License Agreement, Paragraph 5c.)

610.07  Required and Recommended Imagery for Hampton.com

All Hampton Inns and Hampton Inns & Suites must make available still property images on the brand Web site, www.hampton.com. Hotels may load multiple images free of charge. For information on loading images, consult the following Web site OnQ Insider.

  A.  Hampton Inn hotels must have a minimum of four still images.

  B.  Hampton Inn & Suites hotels must have a minimum of five still images. The core four as indicated for the Hampton Inn brand, plus a guest suite image.

  C.  All online images of the hotel or property must adhere to the following:

    1.  No hotel may have more images on the third-party or stand-alone Web site than it has posted on www.hampton.com.

    2.  Images must be an accurate representation of the hotel facilities and rooms.

  D.  Specific required images to be available on www.hampton.com are as follows:

    1.  Exterior

    2.  Breakfast area

    3.  Front desk/lobby

    4.  Standard guest room

    5.  Guest suite (for Hampton Inn & Suites)

  E.  Other ideas (ideal but not mandatory) are:

    1.  Swimming pool

    2.  Fitness center

    3.  Conference/meeting room

    4.  Business center



# Information Technology

## 611.00   Hotel Information Security Standards

Hilton Hotels Corporation and the Hilton Family of Brand Hotels are dependent on the timely and appropriate access to information and information systems. The HHC Information Security Department assists the corporate-owned and managed Hilton Family of Brand Hotels to maintain the confidentiality, integrity and availability of corporate information and information systems. The Information Security Standards are requirements for corporate owned or managed hotels and recommended as information security practices for franchise hotels.

**611.01   Business Center**

A. All business center computers must have an up-to-date anti-virus program installed that cannot be disabled.

B. Anti-spyware software must be installed and current for Windows-based systems.

C. All business center computers must be routinely updated with all patches within 30 days of their release date from the software manufacturer (e.g., Microsoft Updates).

D. All business center computers must be inspected daily for physical key logging devices.

E. All business center computers must be on a network separate from the hotel's Property Management System network or using INCS.

F. All unnecessary and insecure services and protocols not directly needed to perform the devices specified function (e.g., FTP & telnet) must be removed.

G. Default passwords for administrative or evaluated rights must meet the requirement of a strong/complex password and be changed every 90 days.

H. Administrator account cannot be "administrator" and must be renamed at time of installation.

I. Guest access to the workstation must be through the Windows Guest account or some similar account with no administrator or power user privileges.

**611.02   Applications/Systems**

A. Property Management System (PMS) version must be Payment Application Best Practice (PABP) and/or Payment Application Data Security Standard (PA-DSS) certified. A list of approved PABP applications and version can be found at: http://usa.visa.com/download/merchants/validated_payment_applications.pdf

B. Vendor software (F&B POS, Retail POS, Parking Garage, Spa, Golf, etc.) must be PABP certified if applicable (credit card data is entered, procured, transmitted and/or stored).

C. All receipts (PMS, F&B, Retail, Spa, Parking Garages, etc..) should NOT display full credit card number and/or credit card expiration date. Last 4 numbers of the credit card is fine; the rest should be masked (displayed with XXXXXs or not displayed at all). Expiration date should never be displayed on the receipt.



# Information Technology

    D.  Maintenance and emergency software patches for non OnQ systems (e.g., Point of Sale systems) must be installed and kept up to date per vendor specifications.

    E.  Application system data input should be periodically reviewed to ensure the integrity of the data entered (e.g., Guest information is not generic, data entered is complete).

**611.03   Computer Access Controls**

    A.  Access to any computer system information must be limited to a business need to-know basis.

    B.  Access to credit card data must be limited to employees that require access for business purposes.

    C.  Employee access and employee permission levels must be reviewed and signed off quarterly by the general manager or his/her representative.

    D.  Employee access (and permissions) must be reassigned with changes in job duties. Each employee is required to have a unique ID for computer access.

    E.  Employees must be educated on the need to keep their username/passwords private and secure.

    F.  User accounts for terminated employees need to be disabled within the OnQ Identity System within 48 hours.

    G.  User accounts for applications not synchronized with the OnQ Identity System must be disabled immediately for terminated employees.

    H.  3rd party vendor (e.g., POS system) remote access must be control and regulated per the vendor remote access standards using Positive Networks VPN solution.

**611.04   Physical Security**

    A.  Access to the computer facilities (e.g., server rooms, telephone closets, etc.) must be secured and restricted to authorized personnel (e.g., hard key, keycard, etc.).

    B.  Access to all computer network equipment (e.g., switches and patch panels) must be secured and restricted to authorized personnel (e.g., locked cabinet).

    C.  All OnQ network and VOIP jacks in public areas must be secured with a lockbox or similar device or unplugged at the patch panel to disable the jack when not in use.

    D.  All wireless access points must be stored securely (e.g., in a locked box).

    E.  System backup tapes must be securely stored in a fire-proof safe or locked cabinet away from the server.

    F.  System backup tapes must be labeled appropriately (e.g., date, contents, confidential—if appropriate).

    G.  Hard-copy documents with credit card or other sensitive information (e.g., audit packs, reports, faxes, ledgers, etc.) must be stored securely (locked file cabinet, etc.).



# Information Technology

H. All hard-copy documents must be crosscut shredded when no longer required or once they have reached the end of the retention period established in the retention policy.

I. Workstations and servers must be securely wiped of all data when repurposed, refreshed, returned or retired.

**611.05   Wireless Network**

A. Wireless networks must be encrypted.

B. Vendor default SSID on wireless access points must be renamed.

C. The OnQ network firewall must be installed to restrict access to critical applications from vendor applications.

D. HSIA must be on a separate network from the OnQ network or separated by a firewall.

E. Guest HSIA networks must not be used for POS and/or OnQ servers and workstations.

F. All third party applications or systems must be certified by the OnQ Change Control Committee prior to being installed on the OnQ network.

**611.06   Network**

A. Vendor supplied usernames and passwords must be removed from all applications and devices.

B. All unnecessary and insecure services and protocols not directly needed to perform the devices specified function are to be disabled (e.g., FTP & telnet must be disabled).

C. Intrusion detection systems must be left in place as configured by the OnQ Implementation team to monitor unauthorized network access.

D. All servers and workstations installed on the OnQ network must be configured with a current functioning anti-virus program.

E. Any third party networks must be separated from the OnQ network by a firewall approved and provided by Hilton.

F. OnQ Property Management server backups must performed daily and label as appropriate (e.g., date, contents, confidential).



# Information Technology

## 612.00   In-Room, On-Demand Movies and Video Games

612.01   Properties may, at their option, offer in-room, on-demand movies and/or video games.

If your hotel is interested in installing in-room, on-demand movies or video games, please contact a Hilton In-room Entertainment Services (HIES) respresentative at 866/446-7666.

Lodgenet is the recommended supplier.

612.02   Guests are typically charged a fee for movies and video games. This fee is billed to the guest folio, then shared between the movie supplier and the hotel property. The hotel is required to handle overall accounting activities and monthly revenue share submission to the supplier. Property management system interfaces may require additional license and maintenance fees.



# Information Technology

## 613.00   Hampton High-speed Internet Access (HSIA) Operational and Technical Standards

Hotels opening after August 1, 2007, must implement the Stay Connected high-speed Internet solution. Existing hotels open prior to August 1, 2007, must maintain standard 613.01 and comply with the following Stay Connected standards by December 31, 2008.

**613.01   Existing Hotels and Preferred HSIA Providers**

A. Pre-Survey Questionnaire (Stay Connected)

All hotels must complete the online pre-survey questionnaire (PSQ) by May 31, 2008, to begin the transition to the Stay Connected program. The survey can be found at: https://racs.raioam.com/Login.aspx?mode=gm.

B. Guest Rooms

High-speed Internet access (wired or wireless) must be installed and functional in all hotel rooms. HSIA must be offered as a complimentary service.

C. Lobby/Breakfast Area

High-speed Internet access (wireless) must be available in the lobby/breakfast area and be offered as a complimentary service.

D. Meeting Rooms

High-speed Internet access must be installed and functional in all meeting rooms (wireless) and must be offered as a complimentary service.

E. Collateral

Brand approved collateral must be maintained in guest rooms, clearly identifying the provider service number and technical support directions.

F. Hotels must maintain technical support for guests, 24-hours a day, through an HHC approved HSIA provider until the transition to the Stay Connected program by December 31, 2008. Support must include:

1. System availability must be 95 percent or greater.

2. Provider must maintain on-site break-fix services.

3. Proactive network monitoring to ensure maximum system performance.

4. Monthly reporting including system usage, bandwidth consumption, system up-time and call center statistics.

G. Ethernet bridges must be available at the front desk to accommodate 10 percent of the total guest rooms.



# Information Technology

**613.02   Stay Connected Installation (if applicable)**

A.  Guest Rooms

HSIA must be installed in 100% of guest rooms with either a wired or wireless solution. For wired solutions, a physical connection must be plainly visible on the desktop. (See Standard 613.04.)

B.  Lobby/Breakfast Area and Business Center

Wireless HSIA must be installed in the lobby, breakfast area and the business center. Wireless HSIA must be offered as a complimentary service.

C.  Meeting Room

All meeting and boardrooms must have wireless HSIA installed.

D.  In-Room Pull Through Cables Device

Must be provided for wired solutions and must be of sufficient length to allow guest laptop access from any point on the desk.

E.  Collateral Hardware

Brand approved in-room collateral must be available in guest rooms. (See Standard 613.08.)

F.  Premise Cabling

Hotels opening on Stay Connected are required to install Cat5e or Cat6 cabling.

G.  Remediation to meet HHC

All existing hotels are required to implement, as their responsibility, the remediation recommendations made by HHC, based on HHC-managed surveys.

H.  Only HHC and its agents are allowed to perform any of the following HSIA services:

1.  Installation of HSIA equipment

2.  Provisioning and installation of HSIA circuits (See Standard 309.13D.)

3.  Hotel and consumer HSIA support

I.  Selection of an Equipment Vendor

Hotels must purchase and install hardware and software to meet this high-speed Internet access requirement, in addition to the hardware and software for OnQ. This HSIA hardware will be purchased from a preferred service provider chosen by Hilton Hotels Corporation, installed by Hilton or our agents and maintained by Hilton or our agents.



# Information Technology

J. Payment for Equipment, Services and Other Fees

All fees and costs for equipment, procurement and installation services provided by Hilton's preferred services provider will be billed to the hotel by the preferred services provider or Hilton. Any pre-installation infrastructure work to be performed by the Hotel and any core drilling, firewall penetration, wiring chase installations and lift rental are the responsibility of the hotel.

**613.03 Basic HSIA Features**

A. The HSIA service must provide certain basic capabilities. The desired solution must provide either:

1. A Wireless 802.11b or 802.11g dual mode connection. It is mandated that all access points are powered over Ethernet and connect directly to a switch. No local AC/DC wall power adapters can be used on the Access Point.

Or:

2. A Wired Ethernet Solution CAT5e or CAT6 Cabling will be connected directly into the Ethernet switch and will not exceed 100 meters or 300 feet (sharing CAT5 pairs between a non-IP phone system and data not allowed). A patch cable must be provided and on the desk. No split-pairs are allowed

3. A Wired DSL connection using either:

    a. Existing in-room CAT5 cable cabling, or

    b. Existing CAT3 telephone cabling – in-room device included along with all cables provided

B. Wireless Installations

Wireless 802.11b/g (dual mode) Ethernet bridges (approved models with HHC firmware)— refer to Standard 613.08—must be provided for at least 10 percent of the total number of guest rooms (e.g., 10 wireless bridges for a 100 room hotel). These devices must be plug-and-play and must not require any configuration of the guest's laptop or the wireless bridge. These must be approved by HHC.

C. Wired Installations

HSIA connections in meeting rooms and guest rooms must offer a standard Ethernet jack (RJ-45). Category 5e or 6 Ethernet cable connections must be supported and provided as required by the solution. Category 5 Ethernet "patch" cables should be available in the room for guest use. There should be no additional charge to the guest for an Ethernet cable to be in the suite.

D. Guests must be able to use the telephone and the HSIA service at the same time with no perceived degradation in service quality.



# Information Technology

E.  The connection must be always available or "always on" just as any LAN connection might be in a corporate environment. The router will not need to re-authenticate after any idle period that may be encountered, CAT5 or CAT3 connections may only share the cable with the phone system in the case of a DSL installation, and the HSIA and phone connection must be available concurrently.

F.  Compatibility

The HSIA wired solution must fully support the IEEE 802.3 and IEEE 802.3u standard for wired connectivity. The HSIA wireless solution must fully support the IEEE 802.11b and IEEE 802.11g wireless connectivity standards.

G.  Any equipment installed by the HSIA provider must be tested and approved by the Underwriters Laboratory (UL). Any installation of cabling or electrical wiring must be in compliance with existing local, state, or federal codes.

H.  The HSIA provider must use hardware and software components that have been certified by HHC as meeting this standard. Only equipment certified by HHC meets standards. Equipment not certified by HHC equals not meeting standards. A list of certified equipment is included in Standard 613.08.

**613.04   Authentication and Content**

A.  Hilton Hotels Corporation (HHC) requires that, prior to being given access to the system, all users must be authenticated through a HHC approved system.

B.  The HSIA system will be configured to present the guest with the standard HHC terms of service page prior to being permitted to use the HSIA service.

C.  The HSIA system will be configured to redirect the user to a standardized brand-specific first up Web page once the user has accepted the standard terms of service.

D.  HHC shall have exclusive control over any content displayed or otherwise made available through the HSIA system. At all times, HHC will have complete veto authority over the presentation of any content or service on the HSIA system.

E.  The HSIA service must include collateral in each guest room that provides detailed instructions on accessing the HSIA service. The complimentary contact number for the Stay Connected Customer Care service must be displayed (as part of the standard collateral) at all times. All collateral placed in the hotel must meet the brand identity guidelines and be approved in advance by HHC.



# Information Technology

**613.05   Service Requirements**

A. Monthly average system availability (up-time) must be 95 percent or greater and quarterly average system availability must be 98 percent or greater. The HSIA selected service provider must be able to provide monthly performance reporting to the hotel.

B. The HHC selected service provider will provide on-site break-fix services, for which the hotel pays a monthly fee, to ensure that the system continues to function as intended and remains in good working order. The HSIA provider must respond to service problems within the following time frames:

  1. For problems that materially affect or essentially prohibit the usage or operation of the service in more than 20 percent of guest rooms, provider will, if provider has not already monitored the problem remotely and begun to resolve it, respond to hotel within four (4) hours of notification by HHC. If necessary, provider will dispatch a technician to make required repairs and said repairs must be completed within twenty-four (24) hours of notification by the hotel.

  2. For problems that materially affect or prohibit the usage or operation of the service in less than 20 percent of guest rooms, provider will, if it has not already monitored the problem remotely and begun to resolve it, respond to hotel within four (4) hours of notification by HHC. If necessary, provider will dispatch a technician to make required repairs and said repairs must be completed by the end of the second business day.

  3. Hotels are required to carry maintenance contracts on certain hardware as specified by HHC.

  4. HHC's selected service provider will maintain and depot spares on certain select equipment.

C. Support services for the HSIA hardware and guest help desk function will be provided by HHC. This function will provide 24 x 7 x 365 customer support via a complimentary-to-guest 800 number and a 24 x 7 x 365 Tier II support number that is dedicated to hotel staff. All fees and costs for support and maintenance will be billed to the hotel by Hilton. Hotel will report issues to the Help Desk in a timely manner and maintain current and relevant support collateral, approved by Hilton, in guest rooms at all times. Hotel will also assist in support process as on-site resource for problem resolution. This includes a hotel-administered process to deliver a wireless bridge to the guest room when wireless coverage is determined to be an issue.

D. Support Desk Requirements

  1. 90 percent of calls will be answered by a live person within 120 seconds

  2. Call abandonment rate will be less than two percent

  3. First call resolution will be greater than 90 percent



# Information Technology

E. HHC will provide proactive 24 x 7 x 365 network monitoring to proactively identify and address system performance issues before hotel intervention is required. WAN circuits, routers, switches, DSLAM devices and access points will have connectivity verified at least every 15 minutes.

F. Must be able to provide reporting to the hotel regarding the following:

1. System usage (e.g., take rates per 24 hour increments)

2. Bandwidth consumption (e.g., average outlets in vs. average outlets out measured daily and monthly as well as peak usage statistics)

3. System up-time

4. Maintenance logs

5. Call center statistics

    a. Number of calls per month

    b. Types of calls or support issues (including diagnosis of correctable problems)

    c. Average speed to answer

    d. First call resolution rates

    e. Average talk time and average resolution time

**613.06 Internet Connection Requirements**

A. Qualifying circuit types will include:

1. T1 circuit

2. T3 circuit (full or fractional)

B. Circuit Provisioning and Monitoring

Internet service must be upgraded in the event that the circuit is maintaining 80 percent of maximum port speed utilization for periods of more than 15 minutes at a particular time period barring any exceptional circumstances such as virus activity. Latency on the Internet circuit must not exceed 120 milliseconds to designated sites (e.g., yahoo.com).

C. Equipment must not be in "end-of-life."

D. All HSIA network equipment must be configured in accordance with the HHC Technical Standards documents. (See http://stayconnected.hilton.com.)

E. The HSIA solution must be "plug-and-play" and engineered so that guests can obtain access to the Internet without the need to load software drivers or reconfigure their machines in any way.



# Information Technology

**613.07   Internet Circuit Providers**

The following is the bandwidth provider that has been certified and approved by HHC and meets the requirements of this standard.

AT&T provides a wide range of voice and data services. They provide frame-relay connections for OnQ connectivity, as well as T-1 and DS3 service for HSIA. In addition, they are able to provide us with a converged solution for voice and data, known as INCS (Integrated Network Connection Services).

**613.08   Equipment Specifications**

Available at http://stayconnected.hilton.com



# Information Technology

## 614.00   DMX MUSIC Distributed Audio Standards

614.01   Hilton Hotels Corporation has developed a strategic partnership with DMX MUSIC to provide audio systems, background music and messaging on-hold for all Hampton properties.

614.02   The purpose of this document is to provide a standard for all A/V equipment installed in new and existing properties. This includes but is not limited to audio and message marketing source equipment, speakers, back-cans, baffles, supports, amplification and field wiring.

The equipment list represents major equipment items for the distributed audio system. DMX MUSIC provides all necessary equipment for a complete working system.

614.03   Hampton Inn Standard System Design for New Properties

Standards include the audio brand standards set forth for both center and end lobby prototypes as well as additional sound system design options.

A.  Equipment (Lobby/Common Areas) - S100

| QTY | DESCRIPTION |
|---|---|
| 1 | DMX ProFusion X DMM provides both music and messaging on hold (zone 1 and zone 2 respectively) |
| 1 | TOA BG-1060 BGM Series Mixer-Amplifier provides adequate power for all speakers |
| 500' | Belden 18 2C CL2P White Plenum Cable |
| 9 | DMX CM-1525R 5.25" flush-mount retro speaker and back cans in the common areas—this audio zone includes hotel lobby, breakfast area and elevator lobby on the main level only |
| 2 | DMX CM-1525R flush mount retro speakers and back cans in the Port Corche/Canopy |
| 1 | Lowell 18x20 Equipment Shelf installed in the manager's office or phone room |

B.  Equipment (Pool Area – Optional) shared audio zone with Fitness - S101

| QTY | DESCRIPTION |
|---|---|
| 2 | DMX SM-105 Speakers (white) installed in the pool area |
| 1 | TOA BG-1015 Mixer-Amplifier supplies an additional music zone or level (optional) |

C.  Equipment (Fitness Area - Optional) shared audio zone with Pool - S102

| QTY | DESCRIPTION |
|---|---|
| 2 | DMX CM-1525R Speakers (white) installed in the workout area |
| 1 | TOA BG-1015 supplies an additional music zone or level (optional) |
| 1 | DMX 10W Volume Control (white) located in the fitness room |



# Information Technology

D.  Equipment (Meeting Rooms - Optional) - S103

| QTY | DESCRIPTION |
|---|---|
| 4 | DMX CM-1525R Speakers (white) installed in the meeting room area |
| 1 | TOA BG-1030 Amplifier supplies an additional music zone or level (optional) |
| 1 | DMX 100W Volume Control (white) located in the meeting rooms |
| 1 | Microphone-XLR-Input Wall-Plate for optional microphone usage (combined rooms only) |

614.04  Hampton Inn & Suites Standard System Design for New Properties

Standards include the audio brand standards set forth for both center and end lobby prototypes as well as additional sound system design options.

A.  Equipment (Lobby/Common Areas) - S100

| QTY | DESCRIPTION |
|---|---|
| 1 | DMX ProFusion X Digital Media Manager Music Source provides both music and messaging on hold (zone 1 and zone 2 respectively) |
| 1 | TOA BG-1060 BGM Series Mixer-Amplifier provides adequate power for all speakers |
| 500' | Belden 18 2C CL2P White Plenum Cable |
| 9 | DMX CM-1525R 5.25" flush-mount Retro Speaker and Back Cans installed in the common areas -this audio zone is to include, hotel lobby, breakfast area, and elevator lobby on the main level only |
| 2 | DMX CM-1525R flush mount retro speakers and back cans installed in the Port Corche/Canopy |
| 1 | Lowell 18x20 Equipment Shelf will be provided and installed in the manager's office or phone room |

B. Equipment (Pool Area – Optional) shared audio zone with Fitness - S101

| QTY | DESCRIPTION |
|---|---|
| 2 | DMX SM-105 Speakers (white) installed in the pool area |
| 1 | TOA BG-1015 Mixer-Amplifier supplies an additional music zone or level (optional) |

C.  Equipment (Fitness Area - Optional) shared audio zone with Pool - S102

| QTY | DESCRIPTION |
|---|---|
| 1 | DMX CM-1525R Speakers (white) installed in the workout area |
| 1 | TOA BG-1015 supplies an additional music zone or level (optional) |
| 1 | DMX 10W Volume Control – white located in the fitness room |



# Information Technology

D.  Equipment (Meeting Room[s] - Optional) - S103

| QTY | DESCRIPTION |
|---|---|
| 4 | DMX CM-1525R Speakers (white) installed in the meeting room area |
| 1 | TOA BG-1030 Amplifier supplies an additional music zone or level (optional) |
| 1 | DMX 100W Volume Control (white) located in the meeting rooms |
| 1 | Microphone-XLR-Input Wall-Plate for optional microphone usage |
| 1 | RDL Room-Combining System for locations with multiple and/or combinative meeting rooms – additional amplifiers may also be necessary |

614.05   Hometown Hampton Standard System Design for New Properties

Standards include the audio brand standards equipment as well as additional sound system design options.

A.  Equipment (Lobby/Common Areas) - S100

| QTY | DESCRIPTION |
|---|---|
| 1 | DMX ProFusion X Digital Media Manager Music Source will provide both music and messaging on hold (zone 1 and zone 2 respectively) |
| 1 | TOA BG-1060 BGM Series Mixer-Amplifier provides adequate power for all speakers |
| 500' | Belden 18 2C CL2P White Plenum Cable |
| 7 | DMX CM-1525R 5.25" flush-mount Retro Speaker and Back Cans installed in the common areas -this audio zone is to include, hotel lobby, breakfast area and elevator lobby on the main level only |
| 2 | DMX CM-1525R flush mount retro speakers and back cans installed in the Port Corche/Canopy |
| 1 room | Lowell 18x20 Equipment Shelf will be provided and installed in the manager's office or phone |

B. Equipment (Pool Area – Optional) shared audio zone with Fitness - S101

| QTY | DESCRIPTION |
|---|---|
| 4 | DMX SM-105 Speakers (white) installed in the pool area |
| 1 | TOA BG-1030 Mixer-Amplifier supplies an additional music zone or level (optional) |

C.  Equipment (Fitness Area - Optional) shared audio zone with Pool - S102

| QTY | DESCRIPTION |
|---|---|
| 1 | DMX CM-1525R Speakers (white) installed in the workout area |
| 1 | TOA BG-1015 supplies an additional music zone or level (optional) |
| 1 | DMX 10W Volume Control – white located in the fitness room |



# Information Technology

D.  Equipment (Single Bay Meeting Room - Optional) - S103

| QTY | DESCRIPTION |
|-----|-------------|
| 1 | DMX CM-1525R Speakers (white) installed in the meeting room area |
| 1 | TOA BG-1015 Amplifier supplies an additional music zone or level (optional) |
| 1 | DMX 35W Volume Control (white) located in the meeting rooms |
| 1 | Microphone-XLR-Input Wall-Plate for optional microphone usage |

E.  Equipment (Large Meeting Room - Optional) - S103

| QTY | DESCRIPTION |
|-----|-------------|
| 4 | DMX CM-1525R Speakers (white) installed in the meeting room area |
| 1 | TOA BG-1030 Amplifier supplies an additional music zone or level (optional) |
| 1 | DMX 35W Volume Control (white) located in the meeting rooms |
| 1 | Microphone-XLR-Input Wall-Plate for optional microphone usage (combined rooms only) |

614.06  All equipment and materials shall be new, and conform to applicable UL, CSA, FCC, and ANSI provisions. Take care during installation to prevent scratches, dents, chips, etc.; equipment with significant or disfiguring cosmetic flaws will be rejected.

614.07  High purity stranded copper cable; insulation dielectric appropriate to signal and code requirements; foil or braid shield. Install in plenum (metallic conduit, wire-way,) or flex, unless otherwise noted or instructed. No substitutions are allowable without specific written approval. All cable for a given wiring category shall be consistent. For example, if Belden 9464 is chosen for line level wiring, all line level wiring shall be done with this cable. Not all acceptable cables listed below may be employed in the system. Molded cable/connectors are not acceptable for audio, video, or control circuits, except computer signal interconnection or AC power cords. All equipment must be provided with signal and/or control cabling, whether or not specifically shown on the conduit and wiring drawings. The overall cable diameter is shown in inches.

614.08  Cable Connectors. Employ only new first quality connectors, assembled, wired, and installed according to the manufacturer's instructions. Do not mount connectors in inaccessible locations, or employ to splice cables. Connectors shall typically be keyed to prevent improper insertion, and include strain relief mechanisms which firmly grip the cable. All audio, video, and control connectors not a part of manufactured equipment (BNC, XLR, phono, video patch, card edge, multi-pin, spade lug, etc.) shall have gold plated contacts. Exceptions: 1/4" phone and audio patch plugs.

614.09  Hilton Hotels Corporation (or franchisee) provides drawings and schematics for the Properties as described below, DMX MUSIC will use this information as the basis for preparing their proposal. In addition to the said drawing, DMX MUSIC will need to be provided owner information including contact name, address, and hotel information including complete address, phone number, GC contact information and target build schedule.

…



# Information Technology

    A.  Hampton Inn

        1.  Ground floor plan

        2.  Core plan

        3.  Core reflective ceiling plan

        4.  Interior elevations

    B.  Hampton Inn & Suites

        1.  Ground floor plan

        2.  Lobby and core reflective ceiling plan

        3.  Interior elevations

    C.  Hometown Hampton

        1.  Ground floor plan

        2.  Lobby and core reflective ceiling plan

        3.  Interior elevations

614.10   Contact Information

DMX MUSIC
900 East Pine Street
Seattle, WA 98122

Phone (800) 687-0652
Fax (206) 328-1335

E-mail
groupmih@dmxmusic.com

614.11   Electrical Contractors and the Scheduled Work of Other Trades

Conduit; wireways; floor, wall, pull, and junction boxes; and AC power circuits and ground wiring to the A/V system power box(es), permanently installed in the building or in architectural millwork, are provided by the Electrical Contractor.

Owner to provide either an analog phone line or Ethernet connection for ProFusion X communications and updates and a music on-hold input in the specified phone system for Message Marketing OnHold by DMX MUSIC.



# Index

## Symbols

100% Hampton Guarantee  100-2, 100-3, 100-31
   Customer Really Matters  100-70
   Documentation  100-2
   Plaque on Front Desk  100-30
   Voucher  100-2

## A

AAA Rates  100-5
AARP/CARP Rates  100-4
Accessible Accommodations  300-127
Accessible Room
   Disabled Guest Documentation  100-65
   Rates  100-21
Access, Marketing  100-99
Additions/Remodeling  300-4, 300-5
Adult Movies  100-3
Advance Deposit Reservations  100-18, 100-23, 100-24
Advance Payments  100-23
Advance Reservations  100-22
Advertising  400-2
   In-room  100-15
   Joint  400-2
   Local Broadcast  400-2
   Local Print  400-2
   Non-Hilton Brands  100-31
   Outdoor  400-13
Air Conditioning/Heating  300-27
Airport Area Hotel Designation  100-31, 100-74
Airport, Directions to  100-64
Airpot  200-16, 200-29
   Coffee Wraps  400-101
   Hot Water Wraps  400-111
Alarms
   Parking Garage Doors  300-35
   Public Area Doors  300-26
Alcohol Servers  100-28
All Night Guaranteed Reservations  100-23
All Rooms, Definition of  100-20
Amenities
   Bathroom  100-88, 400-119
   Complimentary  100-21
   Guest Request For  100-73
   Guest Room/Suite Requirements  100-77
Amenities Tray  100-89, 400-121
American Express Credit Card  100-18
Americans With Disabilities Act  100-3, 100-16, 100-17, 300-1, 600-10
   Accessible Accommodations  300-127
   Sign Requirements  400-55
Animals, Service  100-17
Apple Juice  200-10
Apples  200-25
Appliances
   Food Prep Area  300-149

   Guest Laundry  300-146
   Guest Rooms/Suites  300-125
   Pantry Serving Area  300-50
Artwork, Decorative. *See* Pictures (Decorative Artwork)
Artwork, Graphic. *See* 200 Breakfast Standards; *See also* 400 Trademarks Standards
Ash and Trash Receptacles  300-38
As If By Magic Kit  100-66
Atlas  100-62
ATM  100-32
AT&T
   Credit Cards  100-10, 600-9
   Long Distance Carrier  100-11, 600-9
Audio Standards  300-37, 300-45, 300-53, 300-59, 300-60, 300-70, 300-144
Audio/Visual Equipment
   Boardroom  300-60
   Hospitality Suite  300-61
   Training Facility  300-149
Automated Guest Folio  600-14
Automatic Sprinkler Systems. *See* Sprinkler Systems

## B

Baby Beds  100-15, 100-17, 100-90
Bachelors Chest  300-95
Background Music. *See* DMX MUSIC Distributed Audio Standards
Back Office  300-148
Back of House Areas  300-147
Baked Zone Standards  200-18
Bananas  200-25
Banners  100-20, 100-21
Bath Accessories  300-120
Bath and Dressing Area  300-105
Bath Linens  300-123
Bath Mats  100-91, 300-123
Bathroom Ammenities  100-88
Bathroom Fixtures and Plumbing
   Guest Rooms/Suites  300-108
Bathrooms  100-89, 100-91
Bath Towels  100-91
Bathtub  300-108
Beds, Bedding  300-79
   Baby  100-15
   Base  300-79
   Bed Skirts  300-85
   Blankets  300-90
   Duvets  300-86
   Headboards  300-91
   Lumbar Pillows  300-90
   Pillowcases  300-87
   Pillows  300-88
   Rollaway  100-15, 100-17, 100-24
   Sheets  300-86
Be Hospitable Program  100-7



# Index

Be My Guest Cards  100-2, 100-6, 100-31
Berries  200-25
Billboards  100-20, 400-13
Biscuits  200-31
Blankets  100-73, 300-90
Boardroom  300-60
Booking Channels  100-19, 600-21
Box Springs  300-83
    Rotation of  100-73
Brand Identity System  400-79
Brand Performance Gate Standards  100-95
Breakfast
    Approved Menus  200-30
    Artwork and Décor  200-5, 200-36, 200-38. *See also* Graphics
    Baked Zone Standards  200-18
    Coffee Zone Standards  200-6
    Cold Zone Standards  200-14
    Condiments  200-22
    Decor  200-37
    Equipment  200-3
    Fresh Zone Standards  200-24
    Graphics  400-96
    Hampton Moment  200-4
    Hospitality Host  200-4
    Hot Zone Standards  200-28
    Juice Zone Standards  200-10
    Non-smoking  100-10
    On the House  200-2
    On the Run  200-2
    Presentation Standards  200-38
    Risk Control  200-50
    Service Standards  200-4
    Standards Overview  200-1
    Training  200-1
Breakfast Attendants
    Language Spoken  100-63
    Training  100-28
Breakfast Zones  200-4
Breakroom  300-148
Bromine  100-46
Building Codes  300-9
Building Exterior  100-3
Building Materials/Structure  300-16
Business Cards, Property  400-11
Business Center  100-62, 300-58
Butter  200-23

## C

Cable Television  100-12
Calculators  100-62
Call Accounting System  600-6
Call Rating Interface Software  600-16
Call to Guest After Check-in  100-15, 100-64
    HHonors Guests  100-67
Cameras
    On Property Digital  100-44

Cancellations  100-22, 100-24
Candy
    HHonors  100-68
Canopy  300-37
Card Readers
    Primary Corridors  300-144
    Swimming Pool Area  300-70
CARE Committee  100-29
Carpet  300-18, 300-22
Carpet Pads  300-22
Carte Blanche Credit Card  100-18
Carts  100-16
Cash Payment  100-18, 100-24
"Caution Hot" Signs  400-114
Ceilings  300-23
    Back of House Areas  300-147
    Bath and Dressing Area  300-107
    Guest Rooms/Suites  300-74
    Vending Areas  300-145
Center Pieces, Breakfast Area  100-30
Central Reservations System  600-14
Cereal
    Cold  200-15
    Hot  200-16, 200-29
Cereal Dispenser Graphics  400-105
Chafing Dish  200-30
Chafing Dishes  300-52
Chaise Lounge Chair  300-94
Change of Ownership  100-94
Channel Guide  400-122
Check-in
    eCheck-in  100-4
    Express  100-64
    HHonors  100-67
    Protocol  100-15
Check-out  100-65
    Express  100-65
    HHonors Extended Stay  100-69
    Standards  100-22
    Time, Posting in Guest Room  100-31
Chloride  100-46
Chlorine  300-67
Cinnamon Rolls  200-20
Cleanliness, General Hotel  100-3
Clock Radios  100-87, 300-101, 400-131
Closed Circuit Television  100-45
Closets  300-78
Clutter  100-30
Coat Hangers  100-80
Cocoa  200-8
Coffee  100-13
    Breakfast  200-2
    In-room  100-87, 400-129
    Zone Standards  200-6
Coffee Brewers (MIH)  300-149
Coffee Cups  400-102



# Index

Coffee Makers  300-125

Coffee Serving Table  300-43

Coffee Sign  400-102

Coffee Table  300-95

Coffee, Tea and Hot Cocoa Service
  Breakfast  200-2
  Lobby  100-13

Coffee Wraps  400-101

Coffee Zone Standards  200-6

Coin Operated Devices  100-80, 300-103
  Front Desk/Lobby  100-30
  Vending Area  300-146
  Washers and Dryers  300-146

Cold Zone Standards  200-14

Collateral, In-room  100-32. *See also* 400 Trademark
  Standards

Color Palette, Brand  400-80

Color Schemes  100-3, 100-94

Colors, Exterior  300-17

Commissions  100-6, 100-22

Complaints  100-2
  100% Hampton Guarantee  100-2
  Guest Requests Maintenance  100-73

Complimentary Area  300-49

Computer and Telecom Room  300-155

Computers
  Business Center  100-62
  Guest Use in Lobby  100-62
  On-site Configuration  600-14
  Training Workstations  100-97
  Workstations  600-15

Condiment Container Graphics  400-109

Convection Ovens (MIH)  300-151

Conversions  300-6

Corridors/Elevator Lobbies  300-143

Cranberry Juice  200-10

Cream Cheese  200-23

Creamers  200-9

Credit Card Calls  100-10

Credit Card Readers  600-16

Credit Cards  100-10, 100-18, 100-24

Cribs  100-15, 100-17, 100-90

Cups
  Coffee  400-102
  In-room  400-132
  Juice  200-12

Customer Really Matters (CRM)
  Training  100-28

## *D*

Dairy Condiments  200-23

Data and Video Cabling Infrastructure  600-11

Data Integrity  100-32

Data Wiring
  Front Desk and Back Office  600-12

Guest Rooms/Suites  600-12

Deposits  100-18, 100-24

Design and Construction  300-1

Desk Chair(s)  300-94

Desks  300-94

Device Check-out Card  400-135

Diamond VIP Guests  100-70
  Walk Policy  100-71

Dictionary  100-62

Diners Club Credit Card  100-18

Directions to Hotel  100-64

Directory, In-room  400-125
  Airport Designation  100-74
  Hampton System  100-15, 100-19
  Rates  100-19, 100-20
  Services  100-81
  Telephone System Disclosure  100-10
  Worship Places  100-16

Disabled Guests  100-65

Discover Credit Card  100-18

Distributed Audio Standards. *See* DMX MUSIC
  Distributed Audio Standards

Distribution Standard  100-19

DIU (Digital Interface Unit)  600-15

Diving Boards  100-46, 300-67

DMX MUSIC Distributed Audio Standards  100-14,
  300-37, 300-45, 300-53, 300-59, 300-60,
  300-70, 300-144, 600-39

Documentation  100-2
  100% Satisfaction Guarantee  100-2
  Building and Furnishing  300-8
  Disabled and Sight Impaired Guests  100-65
  Guest Charged for No-show  100-24
  Hampton Leader Program  100-26
  Hilton Hotels Fire Safety System Certificate
    100-43
  Photographs of Loss or Injury  100-44

Dogs, Service Animals  100-17

Domains, Property Web Site  600-18, 600-20

Do Not Disturb Hang Tags  400-118

Door Hardware in Exterior Corridor Buildings
  300-159

Door Locks  100-43

Doors
  Accessible Guest Rooms/Suites  300-127
  Bath and Dressing Area  300-107
  Exterior Colors  300-17
  Exterior Corridor Buildings  300-159
  Fire-rated  300-9
  Guest Laundry  300-146
  Guest Rooms/Suites  300-75
  Indoor Swimming Pools  300-70
  Lobby  300-41
  Parking Garage/Covered Parking  300-35
  Passenger Elevators  300-142
  Public Area  300-26
  Public Restrooms  300-56
  Stair Enclosures  300-145



# Index

Doughnuts  200-21
Drapery  300-25
    Guest Rooms/Suites  300-78
Drinking Fountains  300-57, 300-66
Drink Machines  300-146
Drivers  100-74
Dry Cleaning Services  100-16
Dryers  300-146
Duct Work  300-9
Dumpster  100-32, 200-50, 300-34
Duplicating Service  100-76
Dust Ruffles  300-85
Duvets  300-86

## *E*

eCheck-In  100-4
Electrical
    Bath and Dressing Area  300-118
    Exterior  300-36
    Guest Rooms/Suites  300-102
    Swimming Pool  300-68
Electrical Rooms  300-154
Electronic Key Card  100-64
Electronic Locks  100-43
Electronic Rate Signs  100-20
Electronics/Communications/HSIA
    Guest Rooms/Suites  300-99
Elevator Lobbies  300-143, 300-144
Elevators  300-142
    Door Graphics  400-89
    Telephones in  100-44
Email  600-14
    Address for Principle Correspondents  100-96
    Hotel Account  100-97
    System  100-97
Emergency Exit and Safety Card  100-43
Emergency Exits  300-14, 300-145
Emergency Fire Drills  100-44
Emergency Lighting  300-14
Emergency Plan  100-42
Emergency Procedures  100-28
Employee Restrooms  300-148
Employee Room Discount Program  100-5
Employees
    Appearance  100-3
    Behavior  100-63
    Emergency Procedures  100-28
End Table  300-95
Entrance/Exit Doors  100-44
    Graphics  400-83
Envelopes, Property
    Hampton Inn  400-9
    Hampton Inn & Suites  400-10
Equipment Rooms  300-155
Evacuation Plan

Posting Requirement  100-87
Sign Graphics  400-134
Sign Requirements  400-62
Evaluations  100-7
Executive Center. *See* Business Center
Exercise Room  100-13, 100-47, 300-62
Exit Doors  100-44
    Fire/Emergency  300-14
    Public Areas  300-26
Expendable Items  300-104
Expendable Supplies
    Amenities  100-73
    Business Center  100-62
Express Check-in  100-64
    HHonors Guests  100-67
Express Check-out  100-16, 100-65
    HHonors Guests  100-68
Extended Stay Check-out, HHonors  100-69
Exterior Colors  300-17
    Exterior Corridor Buildings  300-158
Exterior Corridor Hotels  300-16, 300-158
Exterior Lighting/Electrical  300-36

## *F*

Facial Tissue  100-89
Facial Tissue Dispensers  300-122
Facial Tissue Holder  300-57
Fax
    Executive (Business) Center  100-62, 300-58
    Service  100-16
Fences  300-33, 300-66
File Servers  600-14
Finishes  300-18
Fire Drills  100-44
Fire/Emergency Exits  300-14
Fire Extinguishers  100-44
    Back of House Area  300-147
Fireplaces  300-103
Fire-rated Construction  300-9
Fire Safety Systems  100-42, 100-43, 300-9
    Certificate of Testing  100-43
    Exterior Corridor Hotels  300-158
First-aid Kits  100-43
    Back of House Area  300-147
    Breakfast Area  200-50
    Van  100-74
First Impression, Guest Room  100-17
Fitness Center  100-13, 100-47, 300-62
Flagpoles  300-35
Flags  300-35
Floor Lamps  300-95
Floor Numbers  400-61
Floors
    Back of House Areas  300-147, 300-154, 300-155
    Bath and Dressing Area  300-105



# Index

Boardroom  300-60
   Corridors and Elevator Lobbies  300-143
   Guest Rooms/Suites  300-71, 300-72
   Hospitality Suite  300-60
   Meeting Rooms  300-59
Folio Paper  400-125
Folio Stickers  400-127
Food Prep Area  300-149
Food Safety and Sanitation  200-47
Foreign Language  100-16, 100-63
Forks  200-29
Fountains, Drinking  300-57, 300-66
Framed Art  400-86, 400-100
French Toast Sticks  200-31
Freshen Please Service Signal Card  100-15, 100-73, 300-88, 400-117
Fresh Zone Standards  200-24
Front Desk. *See* Registration Area;*See also* Registration Desk
Fruit  200-25, 200-26
Furnishings
   Boardroom  300-60
   Breakfast Area  200-9, 200-36
   Business Center  100-62
   Executive Center  300-58
   Guest Rooms/Suites  300-91
   Hospitality Suite  300-60
   Indoor Swimming Pool  300-69
   Meeting Room  300-59
   Swimming Pool Area  300-70
Furniture, Upholstered  300-26

### G

Garage  300-35
Garbage Cans. *See* Trash Receptacles
General Building  300-16
General Manager
   Access to  100-64
Global Distribution System  100-7
Government Requirements  300-9
Grab Bars
   Bath and Dressing Area  300-121
   Public Restrooms  300-57
Grapefruit Juice  200-10
Graphics  100-32. *See also* 200 Breakfast Standards;*See also* 400 Trademarks Standards
Graphic Wraps. *See* Wraps, Graphic
Grits  200-16, 200-29
Groups and Meetings Request for Proposal  100-24
Guaranteed All Night Reservations  100-23
Guaranteed Reservations  100-23
Guarantee Plaque  400-95
Guards, Security  100-44
Guava Juice  200-10
Guest Bathrooms  100-89, 100-91

Guest Certificates  100-18
Guest Complaints  100-2, 100-31
Guest Laundry  100-48, 300-146
Guest Room Numbers  400-55, 400-115
Guest Rooms/Suites  300-71
   Amenities and Supplies  100-77
   Bath and Dressing Area  300-123
   Bath Linen Requirements  300-123
   Linen Specifications  100-89
   Rates  100-19
   Repair Requests  100-73
   Types  100-20
Guest Room/Suite Support Areas  300-142
Guest Service Directory  100-15, 100-81
Guest Service Representative  100-64
   Language  100-63
Guest Services  100-15, 100-65
Guest Survey Card  400-133
Guide Dogs  100-17
Gym  100-47, 300-62

### H

Hair Dryers  300-125
Hampton.com  100-8
Hampton Inn/Hampton Inn & Suites Directory  100-15
Hampton Inn/Hampton Inn & Suites Script  400-2
Hampton Inn/Hampton Inn & Suites Standards Manual  100-8
Hampton Inn Logo
   Individual Property Names  400-2
   Print Usage  400-2
   Requirements for Expendable Supplies  100-77
Hampton Leader Program  100-25
Hampton Logo  400-6
Hampton Moment  200-4
Hampton Total Technology Solution  600-5, 600-14
Handicap Accessible Guest Rooms  100-24
Handrails  300-145
Hand Towels  100-91, 300-123
Hangers  100-80
Hang Tags, Privacy  400-118
Headboards  300-91
Health Code Standards  200-2
Heating/Air Conditioning  300-27
HHC Channels  100-19
HHonors
   Description of Program  100-4
   Freshen Please Service Signal Card  100-15
   Guest Protocol  100-67
   USA Today Newspapers  100-13
Highchairs  200-3
High-speed Internet Access  100-8, 300-99
   Guest Access Device Direction Sticker  400-95
   Guest Fees  100-13



# Index

Hometown Prototype
 Materials/Structure  300-16
 Meeting Rooms  300-59
Hooks  300-121
Hospitality Host  200-4
Hospitality Suite  300-60
Hot Chocolate  200-2
Hotel Signage Standards Brochure  400-29
Hot Water Airpot Wrap  400-111
Hot Zone Standards  200-28
Housekeeping Area  300-147
Housekeeping Card  400-135
House Phones  100-43
HSIA. *See* High-speed Internet Access
HVAC
 Enclosed Swimming Pool  300-69
 General  300-27
 Guest Laundry  300-146
 Meeting Rooms  300-60
 Public Restrooms  300-57

## I

i am hampton collection  100-3, 100-63, 100-74,
 200-47, 400-90
Ice Buckets  100-89
Ice Machine Areas  300-145
Ice Machines  300-146
Ice Water  200-13
Identity System  400-79
Image Bank  400-82
Images, Hampton.com  100-8, 600-23
Indoor Storage  300-153
In-room Advertising  100-15
In-room Directory. *See* Directory, In-room
In-room Movies  100-12, 600-31
Inspections
 Fire Safety  100-43
 Quality Assurance  100-7, 100-93
 Re-licensing/License Extension  100-94
Insurance Requirements  100-33
International Symbols  300-57
Internet
 Access  100-96
 Service Provider  600-14
 Web Site Standards  600-18
Internet Access  300-49, 300-58
Ironing Boards  100-87, 300-125
Irons  100-87, 300-125

## J

Juice
 Zone Standards  200-10
Juice Dispensers  300-51
 Graphics  400-103

Juice Wraps  400-113
Juice Zone Standards  200-10
Jukeboxes  100-30

## K

Key Card Jacket  400-88
Key Cards  100-43, 100-44
 Deposit for Guest Room/Suite  100-18
 Design  400-87
 Guest Rooms/Suites  100-64
 Request for Additional Keys  100-44
Kiosks
 Front Desk/Lobby  100-31, 300-46
Kitchens, Guest Room/Suite  300-71
Knives  200-29

## L

Lamps, Floor  300-95
Landscaping  100-3, 300-33, 300-68
Language, Spoken  100-16, 100-63
Lap Desk  300-104
Laser Printers  300-58
Laundry Area
 Housekeeping  300-147
Laundry, Guest  100-48, 300-146
Laws  100-3
Leasing, OnQ  100-96
Letterhead
 Hampton Inn  400-7
 Hampton Inn & Suites  400-8
License Agreement  100-1
License Renewal  100-94
Life Safety Systems  300-9
Light Bulbs, Guest Rooms/Suites  100-80
Lighting  100-3
 Bath and Dressing Area  300-119
 Emergency  300-14
 Emergency Exits  300-145
 Exterior  300-36
 Guest Rooms/Suites  300-96
 Parking Garage  300-35
 Public Restrooms  300-56, 300-57
 Serving Area  300-45
 Swimming Pool Area  300-68
Linen Chutes  300-147
Linens  100-31
 Bath and Dressing Area  300-123
 Bathroom Specifications  300-91
Live-in Restriction  100-31
Lobby  100-10, 300-38
 Appearance of  100-30
 Coffee and Tea Service  100-13
 Furnishings  300-42
Lobby Area  300-37
Local Calls  100-10



# Index

Locks, Guest Room Doors  100-43
Lodgenet  100-12, 600-31
Logo, Hampton  400-6
Long Distance
    Calls  100-10
    Carriers  100-10, 600-9
Lost and Found Service Standard  100-44
Lounge Chair  300-94
Louvers  300-18
Luggage Bench  300-95
    Portable  300-95
Luggage Carts  100-16
Lumbar Pillows  300-90

## M

Mailing Lists  100-101
Maintenance Area  300-147
Make It Hampton  100-87
    Design and Construction  300-3
    Electronic Key Card  100-43
    Guest Room Amenities List  100-88
    Initiative  100-7
Make-Up Air  300-27
Management  100-31
    On-duty  100-31
    Quality Assurance  100-93
Manager On-duty  100-30
    Sign  100-30
Manual, Standards  100-8
Map, Property  100-16
Margarine  200-23
Marketing Channels  100-99
Master Antenna Television System  300-157
MasterCard Credit Card  100-18
Matchbooks  400-130
Mattresses  300-80
    Rotation of  100-73
Mature Travelers Rates  100-4
Mechanical
    Bath and Dressing Area  300-119
    Guest Rooms/Suites  300-101
Mechanical/Equipment Rooms  300-155
Meeting Facilities  300-58
Meeting Room  300-59
Meeting Services  100-76
Melons  200-26
Menus, Breakfast  200-30
Messages
    On-hold  100-15
    Voice  600-5
Messaging, On-hold  100-14
Methods of Payment  100-24
Microsoft NT Software  100-96, 600-17
Microwave Ovens
    Food Prep Area  300-50, 300-149

Guest Rooms/Suites  300-125
Milk  200-15
Milk Dispenser Graphics  400-104
Mints, Hampton Moment Maker  200-4
Mirrors  300-96
    Public Restroom  300-56
Money Order Payment  100-18, 100-24
Movies
    In-room  100-12, 600-31
    X-rated  100-3
MSAU (Multistation Access Unit)  600-15
Muffins  200-22
Murphy Beds  100-90
Music, Background. See DMX MUSIC Distributed
    Audio Standards

## N

Name Tags  400-90
Napkins  200-19
Need Deposit Reservations  100-24
Network Access Requirements  600-9
New Construction  300-4, 300-5
Newspapers  100-13
    HHonors Members  100-68
Nightstand  300-93
Non-scents Odor Elimination Program  100-12
Non-smoking
    Rooms
        Reservations for  100-23
No-show  100-24
Note Pads  400-123
Notice of Default and Termination  100-93
No Vacancy Signs  100-31

## O

Odors  100-12
Office Supplies
    Business Center  100-62
On-demand Movies  600-31
On-hold Message  100-14
On-hold Music. See DMX MUSIC Distributed Audio
    Standards
Online Marketing Tool Kit  600-18
OnQ Property Management System  600-14
    Leasing  100-96
    Third Party Software Compatibility  600-17
    Total Solution Program  100-7, 100-96
    Training  100-25, 100-26, 600-16
On the Run Breakfast
    Bag Stickers  400-97
    Kiosk  100-31
Optima Credit Card  100-18
Orange Juice  200-10
Oranges  200-25



# Index

Ordinances  100-3
Ottoman  300-94
Outdoor Storage  300-154
Owner's Awareness Program  100-29
Ownership, Change in  100-94, 300-6

## P

Pantry  300-49
Parking Areas
    Garage/Covered Parking  300-35
    Handicap  300-34
    Signs  100-44, 400-74
Parking, Guest  100-15, 300-34
Passenger Elevators  300-142
Payment Guaranteed All Night Reservations  100-23
PBX  100-43, 600-5, 600-16
Peaches  200-25
Pears  200-25
Pens  100-62, 400-124
Pepper  200-29
Performance Gate Standards  100-95
Personal Information, Guest  100-102
Pets  100-18, 400-69. *See also* Service Animals
PH in Pools  100-46
Phone Plates  400-124
Phones. *See* Telephones
Photographs
    Billboards  400-13
    Brand Image Bank  400-82
    Fire Systems Components  100-43
    Property Web Sites  600-23
    Risk Control  100-44
Pictures (Decorative Artwork)
    Boardroom  300-60
    Breakfast Area  200-36, 300-52, 400-100
    Hospitality Suites  300-61
    Registration Desk  300-48, 400-86
    Suites  300-96
Pillow Cards  400-117. *See also* Freshen Please Service
    Signal Card
Pillowcases  300-87
Pillows  300-88, 300-90
Plan Review and Required Approvals  300-3
Plants  100-30, 100-80, 300-43, 300-70, 300-104
Plaques, 100% Hampton  100-30
Plumbing Fixtures  300-108, 300-115
Prepayments  100-18, 100-23, 100-24
Primary Corridors  300-143
Printed Material  400-3
Printers
    Commercial  400-2
    Laser  100-62, 300-58, 600-15
Privacy Hang Tags  400-118
Privacy, Marketing  100-99
Product Improvement Plan  100-94

Programs, Required and Optional  100-3
Progress Reports, Design and Construction  300-6
Property Management System. *See* OnQ
    PropertyManagement System
Property Map  100-16
Prototype Drawings  300-1
Public Area Doors  300-26
Public Restrooms  300-56
Purity Basics Bathroom Amenities  100-88

## Q

Quality Assurance
    Breakfast  200-2
    Evaluation Checklist  100-26
    Program  100-7
Quality Control  100-3, 100-93

## R

Radios  100-87, 300-101, 400-131
Railings, Exterior  300-34
Rates
    AAA  100-5
    Credit Card Calls  100-10
    Distribution Standard  100-19
    Employee Room Discount Program  100-6
    Room  100-19
Ratings, Quality Assurance  100-93
Recreational Facilities  300-62
Recycling Area  300-155
Refrigerators  300-125
Registration Area  300-46
Registration Desk  300-46
    Appearance of  100-30, 400-76, 400-85
    Bilingual Personnel  100-16, 100-63
    Décor  300-47
    Front Desk Lamp Kiosk Sign  400-112
    Guarantee Plaque  300-46
    Kiosk  300-46
    Property Map  100-16
Regulations  100-3
Reservations  100-22
    6 p.m.  100-23
    24 Hours Daily  100-15
    Advance Deposit  100-23
    Alternate Accommodations  100-15, 100-23
    Cancellations  100-22, 100-24, 100-72
    Cash  100-18
    Credit Cards  100-18
    Employee Room Discount Program  100-6
    Guaranteed  100-19
    Money Orders  100-18
    Need Deposit  100-24
    No-show  100-24
    Payment Guaranteed All Night  100-23
    Pre-paid  100-23
    Special Room Requests  100-23
    System 21  600-14



# Index

Restaurants
    Directions to  100-64
    Property Map  100-16
Restrooms  300-56
    Employee  300-148
Revenue Management  600-14
Risk Control  100-33
Robe Hooks  300-121
Rollaway Beds  100-15, 100-17, 100-24
Romance Cards  400-99
Room Numbers. *See* Guest Room Numbers
Room Rates. *See* Rates
Room/Suite Layouts  300-129
Room Types/Layouts  300-71

## S

Safe  100-80, 300-104
Safe Deposit Boxes  300-49
Safety
    Cards  100-43
    Fire/Emergency Systems  100-43
Safety Systems  300-9
Sales Training  100-29
Salt  200-29
SALT Scores  100-32, 100-95. *See also* Hampton Brand
    Privacy;*See also* Quality Assurance
Sanitary Napkin Dispenser  300-57
Satellite Dishes  300-33
Search Engines. *See* Booking Channels
Seating  300-42
Secondary Corridors  300-144
Security
    Closed Circuit Television  100-45
    Guards  100-44
    Guest Information  100-83
Security Guards  100-44
Service Animals  100-17
Service Marks. *See* Trademarks
Service Recovery (CRM)  100-70
Services, Guest  100-15, 100-65
Service Signal Card. *See* Freshen Please Service Signal
    Card
Service Standards  100-63, 200-4
Sheets  300-86
    Crib  100-90
Shop Drawings  300-6
Shower  300-108
Shower Cap  100-89
Shower Curtain  300-124, 400-128
Shower Doors  300-110
Showerheads  300-117
Shower Rods  300-121, 300-128
Sidewalks  300-33
Sight Impaired Guests  100-65

Signage Standards Brochure  400-29
Signs
    Breakfast Zones  400-98
    California Code Pool Area  400-73
    Design and Construction  300-156
    Directional  400-66
    Electronic Rate  100-20
    Entrance/Exit Doors  100-44
    Entry Door Graphics  300-41
    Exterior  100-31, 300-156, 400-29
    Free Toiletry Items  100-16
    Guest Room/Suite Numbers  100-80
    ID Signage with Operating Hours  400-63
    Individual Letters/Numbers  400-75
    Informational  400-69
    Interior  300-156, 400-55
    Lobby and Elevator  400-63
    Management on Duty  100-31
    Meeting Room/Hospitality Suite  400-63
    No Vacancy  100-31
    Parking Areas  100-44, 400-74
    Pool Area  100-46, 400-72
    Posted Room Rates  100-20
    Public Areas  400-59
    Public Restrooms  300-57, 400-60
    Restrictions on  100-21
    Room/Area Identification  400-65
    Swimming Pool/Spa Area  300-66
    Temporary  100-21
    Welcome Touchpoint Signage Items  400-76
    Whirlpool/Fitness Center  400-71
Single Room, Definition of  100-20
Sinks
    Food Prep Area  300-149
Site  300-33
Smoke Detectors
    Parking Garage  300-35
Smoking
    Guest Rooms/Suites  100-23, 100-80
Snack Machines  300-146
Snacks, HHonors  100-68
Soap  100-88
Soap Dishes  100-89, 300-122
Soap Dispensers  300-57
Sofa Sleeper  300-93
Soft Drink Machines  300-146
Software  100-62, 600-16, 600-17
Solicitation of Guests  100-8
Sound Reduction  300-27
Sound Systems  300-37, 300-45, 300-53, 300-59,
    300-60, 300-70, 300-144
Sprinkler Systems  100-43
Stair Enclosures  300-144
Stairs  300-145
    Emergency Exits  300-145
    Signs  400-61
Standard Room Layouts  300-129
Standard Services  100-21
Standards Manual  100-8



# Index

State Innkeepers Act  100-43
Stationery, Property  400-7
Storage Rooms  300-153
Sugar  200-8
Suites  300-71
Suite Shop  100-49
    Building and Furnishing  300-54
Support Areas  300-142
Sweeteners  200-8
Swimming Pools  100-46
    Construction of  300-65
    Covers  100-46
    Enclosed  300-68
    General  100-46
Switchboard  100-15, 100-43, 600-4
Symbols, International  300-57
Syrup  200-29
System Programs  100-3, 100-96

## T

T-1 Dedicated Network  600-9
Tea  100-13
    Breakfast  200-2, 200-8
Team Members. *See* Employees
Telecommunications Hardware  600-2
Telecom Room  300-155, 600-2
Telephone Books  100-62
Telephone Contact
    Employee Behavior  100-63
    Risk Control  100-44
Telephone Plates  400-124
Telephones  600-1
    Call Accounting System  600-6
    Elevator  100-44
    Exercise Room  100-44
    Guest Laundry  300-146
    Guest Rooms/Suites  300-100
        Faceplates  100-11
    House  100-43
    Maintenance Area  300-148
    Pool Area  100-44
    Registration Area  300-49
    Requirements  600-7
    Swimming Pool Area  300-66
    Switchboard  100-15, 600-4
Telephone Service
    Business Center  100-62
    Guest Rooms/Suites  100-12
    Long Distance  100-10, 600-9
    Registration Area  300-49
Telephone System Disclosure  100-10
Television Channel Guide  400-122
Televisions
    Closed Circuit  100-45
    Guest Rooms/Suites  100-87, 300-99
    Public Areas  100-32
    Training Facilities  300-149

Television Service
    Channel Requirements  100-12
    In-room Movies  100-12
Temporary Signs  100-20
Thermostat  300-29, 300-30, 300-101, 300-127
Thesaurus  100-62
Thought Pads  400-123
Tile  300-18, 300-22, 300-72, 300-105, 300-107
Tissue Holders  300-56, 300-57
Toasters, Pantry Serving Area  300-50
Toiletry Items (Complimentary)  100-16
Toilets
    Bath and Dressing Area  300-110
    Public Restrooms  300-56
Toilet Tissue  100-89
Toilet Tissue Dispensers  300-121
Toilet Tissue Holder  300-56
Total Solution  100-7
Towels
    Bath  100-91, 300-123
    Hand  100-91
Towel Shelves  300-122
Trademarks
    Definition of  100-10
    Distribution Standard  100-20
    Interior Signage  100-80
    Property Web Sites  600-20
    Rules  400-2
    Usage  100-3
Training
    100% Hampton Guarantee  100-2
    Alcohol Awareness Training Program  100-28
    Americans With Disabilities Act  100-3
    Be Hospitable  100-7
    Breakfast  100-28
    Emergency Procedures  100-28
    Hampton Leader Program  100-25
    OnQ  100-26, 600-16
    Owner's Awareness Program  100-29
    Sales  100-29
Training Facilities  300-149
Transportation Service Standards  100-23
Trash  100-32, 300-155
Trash Receptacles  300-38
Travel Agent Commission Program  100-6, 100-22
Turn and Serve Graphic  400-107
Typefaces  400-79

## U

Ultimate Service: Make It Hampton
    Guest Services  100-65
    Materials  100-30
    Training/Orientation  100-2, 100-3
Unacceptable QA Rating  100-93
Uniforms. *See* i am hampton collection
Unlimited Budget  100-7



# Index

Upholstered Furniture  300-26
Urinals  300-56
URLs. *See* Booking Channels;*See also* Domains,
    Property Web Site
USA Today Newspapers  100-13
    HHonors Members  100-68
Utensil Container Graphics  400-108
Utensils  200-24, 200-29
Utilities  300-33

## V

Valuables  100-80
Vanities  300-111
Vans  400-2
    Graphic Identification  400-92, 400-94
Vending Areas  100-16, 100-64, 300-145
Vending Machines  100-30, 100-48, 300-103
Ventilation  100-3
    Enclosed Swimming Pool  300-69
    Public Restrooms  300-57
Vestibule Décor  300-38, 400-84
Video Cabling Infrastructure  600-11
Video Games  600-31
VIP Members Service Recovery  100-70
VISA Credit Card  100-18
Voice and Data Wiring
    Front Desk and Back Office  600-12
    Guest Rooms/Suites  600-12
Voice, Data and Video Cabling Infrastructure  600-11
Voice Mail  100-12, 600-5, 600-16
Voice Telecommunications Hardware  600-2

## W

Waffles  200-32
Wake-up Calls  100-63
Walk Policy  100-71
Wallcovering  300-23
    Registration Area  300-47, 300-148
Walls
    Back of House Laundry Area  300-147
    Bath and Dressing Area  300-105
    Boardroom  300-60
    Employee Facilities  300-148
    Enclosed Swimming Pools  300-68
    Guest Laundry  300-146
    Guest Room  300-72
    Hospitality Suite  300-60
    Maintenance Area  300-147
    Mechanical/Equipment Room  300-155
    Meeting Room  300-59
    Public Restroom  300-56
    Storage Rooms  300-153
    Vending Areas  300-145
Wardrobe  300-95
Washcloths  100-91

Washers  300-146
Wastebaskets  100-89
Water  200-13
Water, Bottled
    HHonors  100-68
    On the Run Breakfast Bags  200-34
Water Fountains  300-57, 300-66
Web Sites
    Booking Channels  100-19
    OnQ  100-96
    Property  600-18
WE CARE Committee  100-29
Welcome Kit  100-79, 100-80
Welcome Mat  400-91
Wet Bars  300-125, 300-126
Whirlpool  300-65, 300-110
Windows
    Guest Rooms/Suites  300-77
    Lobby  300-41
Window Treatments  300-24, 300-160
Wiring, Reference Documents  600-12
Work-out Room  100-13, 100-47, 300-62
Workstations
    Business Center  100-62
    Computer  600-15
Work Surface/Desk  300-94
Worship Places, Directions to  100-64
Wraps, Graphic
    Airpot  400-111
    Breakfast Requirement  200-2
    Cereal Dispenser  400-105
    Coffee  400-101
    Juice  400-113
    Utensil Containers  400-108
    Vans  400-92
    Welcome Touchpoint  400-76

## X

X-rated Movies  100-3

## Y

Yellow Pages  100-62
Yogurt  200-17
"You Are Here" Cards  100-43

## Z

Zip-in Check-in  100-67
Zip-out Check-out  100-68
Zone Signs  400-98