# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

JUN 09 2023

Nathan Ochsner, Clerk of Court

20230501-196

Joshua Seltzer
Seltzer & Associates PLLC
321 State Rt 440
Ste 3138
Jersey City, NJ US 07305-4879

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Monday, May 1, 2023
Case Number: 4:19-cv-01848
Document Number: 212 (1 page)
Notice Number: 20230501-196
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
F I L E D
JUN 09 2023
Nathan Ochsner, Clerk of Court

US POSTAGE Pitney Bowes
ZIP 77002
02 1W
0001374615 MAY 02 2023
$ 000.60⁰