

**NATHAN SOMMERS JACOBS**
A PROFESSIONAL CORPORATION
2800 POST OAK BLVD., 61ST FLOOR
HOUSTON, TEXAS 77056-6102
TELEPHONE NO. 713-960-0303
FACSIMILE NO. 713-892-4800

PAGE: 1
JUNE 07, 2023

DONGTAI INVESTMENT GROUP, LLC
11200 WESTHEIMER
SUITE 120
HOUSTON TX  77042

CLIENT.MATTER NO.    190218-22356
INVOICE NO.:         149134

ATTN: YAOU LI

FEDERAL RECEIVERSHIP

Payments received after 06/07/2023 are  not  included on this statement.

FOR PROFESSIONAL SERVICES THROUGH 05/31/2023

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/03/2022 | JL | OFFICE CONFERENCE WITH R. SOMMERS REGARDING CASE BACKGROUND. | 0.90 | 0.00 |
| 08/08/2022 | JL | BEGIN ANALYZING THE DEPOSITION OF M. UDAYAN AND DRAFTING DEPOSITION SUMMARY. | 2.20 | 605.00 |
| 08/09/2022 | JL | FINISH ANALYZING THE DEPOSITION OF M. UDAYAN AND DRAFTING DEPOSITION SUMMARY. | 4.20 | 1,155.00 |
| | JL | CONFERENCE WITH RECEIVER, R. SOMMERS, REGARDING CLOSING STATEMENT AND DEPOSITION. | 0.30 | 0.00 |
| | JL | CONFER WITH I. KENNEDY REGARDING SUBPOENAING TITLE COMPANY TO OBTAIN FILES RELATING TO THE SALE OF DONGTAI'S HOTEL, CROWNE PLAZA HOTEL. | 0.10 | 0.00 |
| | JL | BEGIN ANALYZING THE PURCHASE AND SALES AGREEMENT OF CROWNE PLAZA HOTEL AND DRAFTING MEMO REGARDING SAME. | 0.70 | 192.50 |
| | JL | BEGIN ANALYZING THE LETTER OF DENIAL FROM PALOMAR AND DRAFTING MEMO REGARDING SAME. | 0.90 | 247.50 |
| 08/10/2022 | JL | DETERMINE AND STRATEGIZE HOW TO OBTAIN CLOSING STATEMENTS AND THEN RESEARCHED SUBPOENA SCOPE. | 0.80 | 220.00 |
| | JL | CONTINUED ANALYZING THE LETTER OF DENIAL FROM PALOMAR AND DRAFTING MEMO REGARDING SAME. | 1.00 | 275.00 |
| 08/11/2022 | JL | FINISH ANALYZING PALOMAR'S LETTER OF DENIAL OF INSURANCE CLAIM AND DRAFTING MEMO REGARDING SAME. | 1.00 | 275.00 |
| | JL | FINISH ANALYZING PURCHASE AND SALES AGREEMENT FOR CROWNE PLAZA HOUSTON AND DRAFTING MEMO REGARDING SAME. | 1.80 | 495.00 |
| | JL | STRATEGIZE AND REVIEW DOCUMENTS FOR POTENTIAL CREDITORS OF DONGTAI AND DRAFTED CONTACT LIST FOR SAME. | 0.60 | 165.00 |
| | JL | DRAFT SUBPOENA TO FIDELITY NATIONAL TITLE. | 0.30 | 82.50 |
| | JL | PRESENT FINDINGS AND REPORTS REGARDING PALOMAR'S DENIAL OF DONGTAI'S INSURANCE CLAIM, THE PURCHASE AND SALES AGREEMENT, AND LIST OF POTENTIAL CREDITORS TO RECEIVER. | 0.20 | 0.00 |
| 08/12/2022 | JL | CORRESPOND WITH I. KENNEDY REGARDING SUBPOENA AND CONSIDERATION OF FED. R. CIV. P. 45(C)(2). | 0.40 | 0.00 |
| 08/15/2022 | JL | OFFICE MEETING WITH R. SOMMERS, DONGTAI'S RECEIVER, REGARDING CLOSING STATEMENTS AND EXHIBITS TO THE PURCHASE AND SALES AGREEMENT FOR THE CROWNE PLAZA SUITES, HOUSTON, TEXAS. | 0.30 | 0.00 |
| | JL | DRAFT EMAIL TO NATIONAL FIDELITY TITLE COMPANY TO REQUEST DOCUMENTS RELATING TO THE HOTEL SALE. | 1.00 | 275.00 |
| 08/16/2022 | JL | CORRESPOND WITH RECEIVER, REGARDING CLOSING STATEMENTS AND EXHIBITS TO THE PURCHASE AND SALES AGREEMENT FOR THE CROWNE PLAZA SUITES, HOUSTON, TEXAS. | 0.10 | 0.00 |

Case 4:19-cv-01848   Document 226-1   Filed on 06/22/23 in TXSD   Page 2 of 10

PAGE: 2
JUNE 07, 2023
CLIENT.MATTER NO.   190218-22356
INVOICE NO.:   149134

DONGTAI INVESTMENT GROUP, LLC

FEDERAL RECEIVERSHIP

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | JL | TELEPHONE CONFERENCE WITH MS. KRISTY TOMASELLO FROM NATIONAL FIDELITY TITLE GROUP, THE ESCROW HOLDER FOR THE SALE OF THE CROWNE PLAZA SUITES, HOUSTON, TEXAS TO OBTAIN DOCUMENTS RELATED TO THE CONTRACT. | 0.10 | 27.50 |
| 08/17/2022 | JL | PROCEED WITH SERVING SUBPOENA ON NATIONAL FIDELITY TITLE GROUP TO OBTAIN DOCUMENTS RELATED TO THE CONTRACT. | 0.10 | 27.50 |
|  | JL | CORRESPOND WITH RECEIVER, REGARDING SUBPOENA. | 0.10 | 0.00 |
|  | CMR | CORRESPONDENCE REGARDING TELEPHONE CONFERENCE WITH COMPTROLLER OFFICE AND REVIEW DOCUMENTS RELATED THERETO. | 0.40 | 146.00 |
| 08/22/2022 | JL | STRATEGIZE METHODS FOR OBTAINING DONGTAI'S BOOKS AND RECORDS FROM THE TEMPORARY ADMINISTRATOR OF MICHAEL UDAYAN'S ESTATE WITH RECEIVER. | 0.10 | 0.00 |
|  | ILK | RESEARCH ISSUES REGARDING CLAIMS RESOLUTION AND PRECLUSION IN FEDERAL EQUITABLE RECEIVERSHIP. | 2.50 | 937.50 |
| 08/23/2022 | JL | CONTINUE STRATEGIZING METHODS FOR OBTAINING DONGTAI'S BOOKS AND RECORDS FROM THE TEMPORARY ADMINISTRATOR OF MICHAEL UDAYAN'S ESTATE WITH RECEIVER. | 0.30 | 0.00 |
|  | JL | RESEARCHED ADMINISTRATION OF MICHAEL UDAYAN'S ESTATE RECORDS TO DETERMINE RELEVANT PARTIES WHO MAY HAVE POSSESSION OF DONGTAI'S BOOKS AND RECORDS. | 0.30 | 82.50 |
|  | ILK | PREPARE MOTION TO ESTABLISH BAR DATE; RESEARCH ISSUES REGARDING SAME. | 3.90 | 1,462.50 |
| 08/24/2022 | JL | DRAFT EMAIL TO ATTORNEYS INVOLVED IN THE ESTATE OF MICHAEL UDAYAN REGARDING TURNOVER OF DONGTAI'S BOOKS AND RECORDS. | 0.90 | 247.50 |
|  | ILK | EDITS TO MOTION TO ESTABLISH BAR DATE. | 1.30 | 487.50 |
| 08/25/2022 | JL | CONFERENCE WITH RECEIVER REGARDING NEXT STEPS IN OBTAINING DONGTAI'S BUSINESS RECORDS. | 0.20 | 0.00 |
|  | JL | IMPLEMENT COMMENTS INTO EMAILS TO ATTORNEYS INVOLVED IN THE ESTATE OF MICHAEL UDAYAN REGARDING TURNOVER OF DONGTAI'S BOOKS AND RECORDS. | 0.30 | 82.50 |
|  | JL | TELECONFERENCE WITH STEPHANIE DAVIS, THE TEMPORARY ADMINISTRATOR FOR M. UDAYAN'S PROBATE ESTATE, REGARDING POSSESSION OF DONGTAI'S BUSINESS RECORDS. | 0.10 | 27.50 |
|  | JL | TELEPHONE CONFERENCE WITH RECEIVER REGARDING REPAIRS CONDUCTED ON HOTEL. | 0.10 | 0.00 |
|  | JL | ANALYZE MR. UDAYAN'S SWORN STATEMENT AND NOTES REGARDING REPAIRS CONDUCTED ON HOTEL. | 0.20 | 55.00 |
|  | ILK | EDITS TO MOTION TO ESTABLISH BAR DATE. | 1.30 | 487.50 |
| 08/26/2022 | JL | CONFER WITH RECEIVER REGARDING POSSESSION OF DONGTAI'S BUSINESS RECORDS. | 0.50 | 0.00 |
|  | JL | CORRESPOND WITH C. MOORE REGARDING POSSESSION OF DONGTAI'S BUSINESS RECORDS. | 0.10 | 27.50 |
|  | JL | CORRESPOND WITH STEPHANIE DAVIS, THE TEMPORARY ADMINISTRATOR FOR M. UDAYAN'S PROBATE ESTATE, REGARDING POSSESSION OF DONGTAI'S BUSINESS RECORDS. | 0.10 | 27.50 |
| 08/31/2022 | JL | ANALYZE DOCUMENTS PRODUCED BY FIDELITY NATIONAL TITLE GROUP, INC. REGARDING DONGTAI'S SALE OF THE CROWNE PLAZA HOUSTON HOTEL. | 0.30 | 82.50 |
|  | JL | STRATEGIZE SUBPOENA OF MS. WEELBORG FOR DONGTAI'S BUSINESS RECORDS. | 0.10 | 27.50 |
|  | JL | ANALYZE DOCUMENT PRODUCTION FROM FIDELITY NATIONAL TITLE GROUP, INC. | 0.10 | 27.50 |
|  | JL | DRAFT SUBPOENA FOR MS. WEELBORG. | 1.20 | 330.00 |
| 09/01/2022 | JL | ATTENTION TO SUBPOENA FOR MS. WEELBORG. | 0.30 | 82.50 |
| 09/02/2022 | JL | CONFERENCE WITH R. SOMMERS REGARDING DOCUMENT PRODUCTION FROM MR. UDAYAN'S ESTATE AND DATA FORENSIC PROCEDURES. | 0.70 | 0.00 |
|  | JL | CORRESPOND WITH FIDELITY NATIONAL TITLE COMPANY REGARDING DOCUMENT PRODUCTION RELATED TO THE PSA. | 0.30 | 82.50 |
|  | JL | CORRESPOND WITH H. WEELBORG REGARDING DOCUMENT PRODUCTION FROM MR. UDAYAN'S ESTATE. | 0.20 | 55.00 |
|  | JL | CORRESPOND WITH INNOVATION DRIVEN, THE DATA FORENSICS FIRM, REGARDING EXTRACTION OF DONGTAI'S BUSINESS RECORDS FROM MR. UDAYAN'S COMPUTER. | 0.30 | 82.50 |
|  | JL | CORRESPONDENCE WITH COUNSELS FROM THE PROBATE ESTATE OF MR. UDAYAN REGARDING DATA EXTRACTION FROM MR. UDAYAN'S COMPUTER. | 0.80 | 220.00 |
|  | JL | CORRESPOND WITH C. MOORE REGARDING EXTRACTION OF DONGTAI'S BUSINESS RECORDS FROM MR. UDAYAN'S COMPUTER. | 0.40 | 110.00 |
| 09/06/2022 | JL | CORRESPOND TO FOLLOW UP ON FIDELITY TITLE COMPANY'S DOCUMENT PRODUCTION. | 0.10 | 27.50 |

DONGTAI INVESTMENT GROUP, LLC

CLIENT.MATTER NO. 190218-22356
INVOICE NO.: 149134

FEDERAL RECEIVERSHIP

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/08/2022 | JL | FOLLOWED UP WITH H. WHEELBORG ELECTRONIC DATA EXTRACTION. | 0.20 | 55.00 |
| 09/09/2022 | JL | CORRESPONDED BACK AND FORTH WITH FIDELITY NATIONAL BANK, REGARDING PAYMENT FOR DOCUMENT PRODUCTION. | 0.50 | 0.00 |
| 09/12/2022 | JL | FOLLOWED UP WITH H. WEELBORG AND S. DAVIS REGARDING DATA FORENSIC FIRM. | 0.40 | 110.00 |
|  | JL | CONFERENCE TO DISCUSS POTENTIAL BASIS TO EXPEDITE THE DOCUMENT PRODUCTION PROCESS. | 0.10 | 0.00 |
|  | JL | CONFERENCE TO DISCUSS UPDATE ON DOCUMENT PRODUCTION FROM MR. UDAYAN'S ESTATE. | 0.10 | 0.00 |
|  | JL | DRAFTED EMAIL TO ELECTRONIC DATA FORENSICS FIRM TO INQUIRY ON ENGAGEMENT. | 0.20 | 55.00 |
| 09/13/2022 | JL | CORRESPONDED WITH S. DAVIS REGARDING DOCUMENT PRODUCTION UPDATE. | 0.10 | 27.50 |
| 09/15/2022 | JL | PARTICIPATE IN TELEPHONE CONFERENCE WITH MELISSA UDAYAN REGARDING POSSESSION OF DONGTAI RECORDS LOCATED AT MR. UDAYAN'S HOME. | 0.40 | 110.00 |
|  | JL | EXCHANGE EMAILS WITH S. DAVIS AND H. WEELBORG REGARDING DOCUMENT PRODUCTION AND SUBPOENA. | 0.90 | 247.50 |
|  | JL | OFFICE CONFERENCE TO STRATEGIZE NEXT STEPS IN OBTAINING DONGTAI BUSINESS RECORDS. | 0.30 | 0.00 |
|  | JL | CONDUCTED BACKGROUND RESEARCH ON MR. UDAYAN'S PROBATE MATTER TO DETERMINE WHO MAY HAVE POSSESSION OF THE DONGTAI'S BUSINESS RECORDS AND WHO MAY BE ENTITLED TO POSSESSION OF MR. UDAYAN'S DOCUMENTS/ASSETS. | 1.00 | 275.00 |
|  | JL | DRAFTED SUBPOENAS TO ISSUE ON S. DAVIS AND MELISSA UDAYAN. | 0.20 | 55.00 |
|  | ILK | PARTICIPATE IN OFFICE CONFERENCES WITH RECEIVER AND MS. LE REGARDING OPEN CASE ISSUES; EXCHANGE EMAILS REGARDING SAME. | 1.00 | 0.00 |
| 09/16/2022 | JL | PARTICIPATED IN TELEPHONE CONFERENCE WITH S. DAVIS, H. WEELBORG, AND C. MOORE REGARDING DONGTAI'S BUSINESS RECORDS. | 0.30 | 82.50 |
|  | JL | DRAFT LETTER TO S. DAVIS CONFIRMING AGREEMENT TO STAY THE SUBPOENA. | 0.30 | 82.50 |
|  | ILK | RESEARCH ISSUES REGARDING SUBPOENAS REGARDING FORMER RECEIVER; EXCHANGE EMAILS AND PARTICIPATE IN TELEPHONE CONFERENCE WITH INTERESTED PARTIES REGARDING SAME; REVIEW REVISED SUBPOENAS AND DRAFT STAY LETTER. | 2.50 | 937.50 |
| 09/19/2022 | JL | ATTENTION TO DOCUMENT PRODUCTION FROM FIDELITY NATIONAL TITLE. | 0.10 | 27.50 |
| 09/21/2022 | ILK | RESEARCH ISSUES REGARDING INDEMNIFICATION ACTION; SUMMARIZE RESEARCH FOR RECEIVER; EDIT SUBPOENAS; EXCHANGE EMAILS WITH THIRD PARTY DISCOVERY PARTIES REGARDING SUBPOENA COMPLIANCE. | 2.80 | 1,050.00 |
|  | JL | ANALYZE CORRESPONDENCE REGARDING SUBPOENAS TO S. DAVIS AND MELISSA UDAYAN; MADE CHANGES TO SUBPOENA. | 0.20 | 55.00 |
| 09/22/2022 | ILK | RESEARCH ISSUES REGARDING INDEMNIFICATION CLAIM. | 1.20 | 450.00 |
| 09/23/2022 | JL | EXCHANGE EMAILS WITH S. DAVIS REGARDING SUBPOENA. | 0.10 | 27.50 |
|  | ILK | REVIEW CHANGES TO SUBPOENA; EXCHANGE EMAIL WITH MR. UDAYAN'S ESTATE'S ADMINISTRATOR REGARDING SAME; RESEARCH ISSUES REGARDING INDEMNIFICATION CLAIM. | 1.70 | 637.50 |
| 09/28/2022 | ILK | PARTICIPATE IN TELEPHONE CONFERENCE WITH PLAINTIFF'S COUNSEL. | 0.70 | 0.00 |
|  | JL | ANALYZE DONGTAI DOCUMENTS PRODUCED BY MR. UDAYAN'S ESTATE TEMPORARY ADMINISTRATOR. | 0.50 | 137.50 |
| 09/29/2022 | ILK | EXCHANGE EMAILS AND CORRESPONDENCE WITH PLAINTIFF'S COUNSEL REGARDING SEALED DOCUMENTS. | 0.50 | 0.00 |
|  | JL | EXCHANGE EMAILS REGARDING DATA FORENSICS AND FEDERAL COURT SEALED DOCUMENTS. | 0.40 | 110.00 |
|  | JL | DRAFT MOTION TO MODIFY BAR DATE ORDER AND PROPOSED ORDER. | 1.50 | 412.50 |
| 09/30/2022 | ILK | RESEARCH ISSUES REGARDING INDEMNIFICATION CLAIM; EDIT MOTION TO MODIFY BAR DATE ORDER. | 2.80 | 1,050.00 |
|  | JL | MADE CHANGES TO MOTION TO MODIFY AND ACCOMPANY DOCUMENTS. | 0.30 | 82.50 |
| 10/03/2022 | ILK | EDIT MOTION TO MODIFY; EXCHANGE EMAIL WITH PLAINTIFF'S COUNSEL REGARDING SAME. | 0.50 | 187.50 |

DONGTAI INVESTMENT GROUP, LLC

FEDERAL RECEIVERSHIP

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/04/2022 | ILK | EXCHANGE EMAIL WITH DEFENDANT'S COUNSEL REGARDING MOTION TO MODIFY; UPDATE CERTIFICATE OF CONFERENCE. | 0.10 | 37.50 |
| 10/06/2022 | ILK | EDIT MOTION TO MODIFY. | 0.30 | 112.50 |
|  | JL | ANALYZED MOTION TO MODIFY BAR DATE. | 0.20 | 0.00 |
| 10/07/2022 | JL | CORRESPOND WITH S. DAVIS, I. KENNEDY, AND R. SOMMERS REGARDING DATA FORENSICS ISSUE. | 0.40 | 110.00 |
|  | ILK | EXCHANGE EMAILS WITH COURT AND MS. LE REGARDING MOTION TO MODIFY AND OPEN CASE ISSUES. | 0.10 | 37.50 |
| 10/10/2022 | ILK | RESEARCH ISSUES REGARDING HANDLING OF POTENTIAL CLAIMS. | 0.80 | 300.00 |
| 10/11/2022 | ILK | RESEARCH ISSUE REGARDING BAR DATE NOTICE FOR RECEIVER. | 0.30 | 112.50 |
| 10/13/2022 | ILK | TELEPHONE CONFERENCE WITH COUNSEL TO PETER HUI, POTENTIAL CLAIMANT TO RECEIVERSHIP; RESEARCH ISSUES REGARDING POTENTIAL LITIGATION; PARTICIPATE IN OFFICE CONFERENCE WITH RECEIVER REGARDING SAME. | 1.30 | 487.50 |
|  | JL | PRESENT STATUS UPDATE REGARDING DATA EXTRACTION. | 0.10 | 0.00 |
| 10/14/2022 | JL | EXCHANGE EMAIL REGARDING FORENSICS DATA EXTRACTION. | 0.20 | 55.00 |
|  | ILK | EXCHANGE EMAILS REGARDING CLAIM OF MR. HUI WITH RECEIVER AND COUNSEL TO MR. HUI. | 0.30 | 112.50 |
| 10/17/2022 | ILK | PARTICIPATE IN TELEPHONE CONFERENCE WITH COUNSEL TO CLAIMANT MR. HUI; PARTICIPATE IN OFFICE CONFERENCE WITH RECEIVER REGARDING SAME; EXCHANGE EMAILS REGARDING SEALED DOCUMENTS; REVIEW OF DOCUMENTS REGARDING RECEIVERSHIP. | 1.50 | 562.50 |
| 10/18/2022 | ILK | RESEARCH ISSUES REGARDING INDEMNIFICATION LITIGATION. | 0.50 | 187.50 |
| 10/19/2022 | ILK | RESEARCH ISSUES REGARDING INDEMNIFICATION LITIGATION; EXCHANGE EMAILS WITH RECEIVER REGARDING SAME. | 0.70 | 262.50 |
| 10/20/2022 | JL | CORRESPOND WITH COUNSEL REGARDING FORENSICS FOR MR. UDAYAN'S COMPUTERS. | 0.10 | 27.50 |
| 10/24/2022 | JL | ATTENTION TO SUBPOENA RESPONSE AND DOCUMENT PRODUCTION. | 0.10 | 0.00 |
|  | ILK | REVIEW STATE COURT PLEADING AGAINST RECEIVER; PARTICIPATE IN OFFICE CONFERENCE WITH RECEIVER REGARDING LITIGATION STRATEGY; REVIEW DOCKETS REGARDING SAME. | 0.80 | 300.00 |
| 10/25/2022 | ILK | PARTICIPATE IN OFFICE CONFERENCE WITH RECEIVER REGARDING LITIGATION STRATEGY; EXCHANGE EMAILS WITH MR. HUI'S COUNSEL REGARDING FILED LITIGATION. | 0.40 | 150.00 |
| 10/26/2022 | ILK | PARTICIPATE IN OFFICE CONFERENCE WITH RECEIVER REGARDING OUTSTANDING JUDGMENT COLLECTION WORK. | 0.20 | 75.00 |
| 10/27/2022 | ILK | ADDRESS RECEIVERSHIP MANAGEMENT ISSUES; OFFICE CONFERENCE WITH RECEIVER REGARDING SAME. | 0.50 | 0.00 |
| 10/28/2022 | ILK | REVIEW OF NEW CLAIMS; ATTENTION TO ADDRESSING DOCUMENT ISSUES WITH RECEIVER. | 0.50 | 187.50 |
| 11/01/2022 | JL | ATTENTION TO DOCUMENT PRODUCTION FROM MR. UDAYAN'S ESTATE. | 0.10 | 0.00 |
| 11/02/2022 | JL | FOLLOW UP WITH S. DAVIS REGARDING DOCUMENT PRODUCTION AND REPORT TO RECEIVER REGARDING SAME. | 0.10 | 27.50 |
|  | ILK | EXCHANGE EMAIL WITH CLAIMANT REGARDING RECEIVERSHIP DOCUMENTS. | 0.10 | 37.50 |
| 11/07/2022 | ILK | RESEARCH ISSUES REGARDING DEFENSE OF STATE COURT LAWSUIT (HUI V. SOMMERS); EXCHANGE EMAILS WITH RECEIVER REGARDING SAME. | 3.50 | 1,312.50 |
| 11/08/2022 | JL | CORRESPOND WITH COUNSEL REGARDING FORENSICS STATUS UPDATE. | 0.30 | 82.50 |
|  | ILK | RESEARCH ISSUES REGARDING DEFENSE OF STATE COURT LAWSUIT (HUI V. SOMMERS) | 3.00 | 1,125.00 |
| 11/09/2022 | ILK | PARTICIPATE IN OFFICE CONFERENCE WITH RECEIVER REGARDING RECEIVERSHIP OPEN | | |

Case 4:19-cv-01848   Document 226-1   Filed on 06/22/23 in TXSD   Page 5 of 10

PAGE: 5
JUNE 07, 2023
DONGTAI INVESTMENT GROUP, LLC
CLIENT.MATTER NO.    190218-22356
INVOICE NO.:              149134

FEDERAL RECEIVERSHIP

|  |  |  | HOURS |  |
|---|---|---|---:|---:|
|  |  | ISSUES. | 0.30 | 112.50 |
| 11/10/2022 | JL | CORRESPOND WITH COUNSEL REGARDING DATA FORENSICS. | 0.10 | 27.50 |
|  | ILK | EXCHANGE EMAILS WITH INTERESTED PARTIES REGARDING DOCUMENT REQUESTS; PARTICIPATE IN OFFICE CONFERENCE WITH RECEIVER REGARDING RECEIVERSHIP STRATEGY ISSUES. | 0.30 | 112.50 |
| 11/16/2022 | ILK | REVIEW AND ANALYZE PLEADINGS AND OTHER DOCUMENTS FROM RECEIVERSHIP. | 0.80 | 300.00 |
|  | JL | PHONE CALL WITH MR. UDAYAN'S ESTATE ADMINISTRATOR (S. DAVIS) REGARDING DATA FORENSICS OF MR. UDAYAN'S LAPTOPS. | 0.20 | 55.00 |
|  | JL | REPORT TO AND CONFER WITH THE RECEIVER REGARDING FORENSICS MATTER AND DISCUSS LIST OF KEY SEARCH WORDS TO PROVIDE TO S. DAVIS. | 0.80 | 220.00 |
|  | JL | INVESTIGATE AND ANALYZE DONGTAI'S RECORDS AND PUBLIC FILINGS TO CREATE LIST OF KEY SEARCH WORDS AND IDENTIFY POTENTIAL CLAIMANTS. | 2.50 | 0.00 |
| 11/17/2022 | JL | REPORT TO RECEIVER REGARDING DONGTAI'S PAST LAWSUITS. | 0.10 | 0.00 |
| 11/30/2022 | JL | CORRESPOND WITH S. DAVIS REGARDING DOCUMENT PRODUCTION UPDATE. | 0.10 | 27.50 |
| 12/01/2022 | JL | CORRESPOND WITH S. DAVIS REGARDING DOCUMENT PRODUCTION UPDATE. | 0.10 | 27.50 |
| 12/07/2022 | JL | REQUEST STATUS UPDATE FROM S. DAVIS REGARDING DOCUMENT PRODUCTION. | 0.10 | 27.50 |
| 12/08/2022 | JL | ANALYZE DOCUMENT PRODUCTION FROM S. DAVIS. | 0.30 | 82.50 |
| 12/13/2022 | ILK | PREPARE MOTION FOR ACCESS TO SEALED PLEADINGS; CONFER WITH COUNSEL FOR PARTIES REGARDING SAME. | 1.50 | 562.50 |
| 12/15/2022 | JL | CORRESPOND WITH S. DAVIS REGARDING DOCUMENT PRODUCTION. | 0.10 | 27.50 |
| 12/16/2022 | ILK | RESEARCH ISSUES REGARDING STATE COURT LITIGATION. | 2.00 | 750.00 |
| 12/21/2022 | ILK | REVIEW UNSEALED PLEADINGS. | 1.80 | 675.00 |
| 12/30/2022 | ILK | PREPARE MEMO ANALYZING POTENTIAL DEFENSES AND ESTIMATION OF CLAIM FOR INDEMNITY; EXCHANGE EMAILS WITH RECEIVER REGARDING SAME. | 4.70 | 1,762.50 |
| 01/03/2023 | ILK | RESEARCH ISSUES REGARDING RECEIVERSHIP. | 0.60 | 0.00 |
|  | JL | CORRESPOND WITH S. DAVIS REGARDING DOCUMENT PRODUCTION. | 0.10 | 28.50 |
| 01/05/2023 | JL | CORRESPOND WITH S. DAVIS AND REPORT TO THE RECEIVER REGARDING DOCUMENT PRODUCTION. | 0.10 | 28.50 |
| 01/06/2023 | JL | CORRESPOND WITH S. DAVIS AND REPORT TO THE RECEIVER REGARDING DOCUMENT PRODUCTION. | 0.10 | 28.50 |
| 01/09/2023 | JL | CORRESPOND WITH S. DAVIS REGARDING DOCUMENT PRODUCTION. | 0.10 | 28.50 |
|  | ILK | EXCHANGE EMAILS WITH RECEIVER REGARDING STATE COURT LITIGATION. | 0.40 | 0.00 |
| 01/10/2023 | JL | ANALYZE DOCUMENT PRODUCTION BATES LABELED 000380-001374 FROM M. UDAYAN'S ESTATE (S. DAVIS) AND REPORT FINDINGS TO THE RECEIVER. | 2.00 | 570.00 |
|  | ILK | REVIEW DOCUMENTS REGARDING RECEIVERSHIP; EXCHANGE EMAILS WITH FORMER RECEIVER'S COUNSEL REGARDING RECEIVERSHIP. | 1.10 | 423.50 |
| 01/12/2023 | ILK | REVIEW DOCUMENT PRODUCTION. | 1.40 | 0.00 |
| 01/13/2023 | ILK | REVIEW DOCUMENT PRODUCTION; ANALYZE PRODUCTION FOR ADDITIONAL CREDITORS REQUIRING NOTICE. | 6.30 | 2,425.50 |
| 01/16/2023 | JL | CORRESPOND WITH RECEIVER AND S. DAVIS REGARDING DOCUMENT SEARCH PROCESS. | 0.10 | 28.50 |
|  | ILK | REVIEW AND EDIT STATE COURT CLAIM ANALYSIS; EXCHANGE EMAIL WITH COUNSEL FOR THE EQUITY HOLDERS REGARDING SAME; PARTICIPATE IN OFFICE CONFERENCE WITH RECEIVER REGARDING SAME. | 1.20 | 462.00 |
| 01/19/2023 | JL | CORRESPOND WITH S. DAVIS AND THE RECEIVER REGARDING DOCUMENT PRODUCTION. | 0.30 | 85.50 |

DONGTAI INVESTMENT GROUP, LLC

CLIENT.MATTER NO.   190218-22356
INVOICE NO.:   149134

FEDERAL RECEIVERSHIP

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | ILK | RESEARCH ISSUES REGARDING STATE COURT LITIGATION; EXCHANGE EMAILS WITH RECEIVER AND COUNSEL FOR EQUITY INTERESTS. | 1.00 | 385.00 |
| 01/20/2023 | ILK | PARTICIPATE IN CONFERENCE WITH EQUITY INTERESTS REGARDING CLAIMS PROCESS. | 0.50 | 192.50 |
| 01/25/2023 | JL | CORRESPOND WITH S. DAVIS AND RECEIVER REGARDING DOCUMENT PRODUCTION. | 0.10 | 28.50 |
| 01/30/2023 | JL | ANALYZE POTENTIAL CREDITOR'S CLAIM FROM S. DAVIS. | 0.10 | 28.50 |
| 01/31/2023 | JL | INVESTIGATE POTENTIAL CREDITOR'S CLAIM FROM UDAYAN'S ESTATE. | 0.40 | 114.00 |
| | JL | RESPOND TO S. DAVIS REGARDING POTENTIAL CREDITOR'S CLAIM. | 0.20 | 57.00 |
| 02/01/2023 | ILK | EXCHANGE EMAIL WITH EQUITY HOLDER'S COUNSEL REGARDING CLAIMS. | 0.20 | 77.00 |
| 02/02/2023 | JL | TELEPHONE CONFERENCE WITH S. DAVIS REGARDING STATUS UPDATE ON DOCUMENT PRODUCTION, CREDITOR CLAIM, AND POTENTIAL ADMINISTRATOR SUCCESSOR. | 0.30 | 85.50 |
| | JL | PRESENT STATUS UPDATE TO THE RECEIVER REGARDING DOCUMENT PRODUCTION, CREDITOR CLAIM, AND POTENTIAL ADMIN SUCCESSOR FOR MR. UDAYAN'S ESTATE. | 0.30 | 0.00 |
| | ILK | REVIEW DOCUMENTS PRODUCED BY ESTATE OF MR. UDAYAN. | 2.00 | 770.00 |
| 02/03/2023 | JL | OFFICE CONFERENCE WITH THE RECEIVER REGARDING POTENTIAL CREDITOR'S CLAIM AND STRATEGY GOING FORWARD. | 0.30 | 0.00 |
| | JL | OFFICE CONFERENCE WITH I. KENNEDY REGARDING POTENTIAL CREDITOR'S CLAIM. | 0.10 | 28.50 |
| 02/07/2023 | JL | ANALYZE CREDITOR'S CLAIM RECEIVED FROM MR. UDAYAN'S ESTATE. | 0.20 | 57.00 |
| | ILK | EXCHANGE EMAILS WITH EQUITY HOLDER'S COUNSEL REGARDING HUII PROOF OF CLAIM; PARTICIPATE IN OFFICE CONFERENCES WITH RECEIVER AND MS. LE REGARDING MR. UDAYAN'S ESTATE'S PROOF OF CLAIM. | 0.60 | 0.00 |
| 02/08/2023 | ILK | PREPARE RESPONSE TO HUII CLAIMANTS PROOF OF CLAIM. | 1.60 | 616.00 |
| 02/09/2023 | ILK | PREPARE AND EDIT RESPONSE TO HUII CLAIMANTS PROOF OF CLAIM; PARTICIPATE IN OFFICE CONFERENCE WITH RECEIVER REGARDING RESPONSE TO PROOF OF CLAIM; REVIEW DOCUMENTS FROM MR. UDAYAN'S EXECUTOR REGARDING PROOF OF CLAIM. | 1.50 | 577.50 |
| | JL | RESEARCH UDAYAN'S PROBATE RECORDS FOR CLAIM BAR DATE. | 0.20 | 0.00 |
| | JL | OFFICE CONFERENCE WITH THE RECEIVER REGARDING POTENTIAL CLAIM. | 0.10 | 0.00 |
| 02/10/2023 | ILK | EDIT RESPONSE TO HUII CLAIMANTS PROOF OF CLAIM; EXCHANGE EMAILS WITH COUNSEL FOR HUII CLAIMANTS REGARDING RESPONSE TO PROOF OF CLAIM; PARTICIPATE IN OFFICE CONFERENCES WITH RECEIVER REGARDING RESPONSE TO PROOF OF CLAIM. | 1.10 | 423.50 |
| | JL | CORRESPOND WITH THE RECEIVER REGARDING POTENTIAL CLAIM AND TO REPORT ON PROBATE CLAIMS BAR DATE RESEARCH. | 0.20 | 57.00 |
| | JL | EXCHANGE EMAILS WITH ADMINISTRATOR FOR UDAYAN'S ESTATE (S.DAVIS) REGARDING PROCEEDINGS. | 0.20 | 57.00 |
| | JL | RESEARCH PROBATE CLAIMS BAR DATE ISSUE. | 0.40 | 0.00 |
| 02/13/2023 | JL | BEGIN REVIEWING AND ANALYZING DOCUMENT PRODUCTION. | 0.30 | 85.50 |
| 02/14/2023 | JL | REVIEWED AND ANALYZED DOCUMENT PRODUCTION FROM UDAYAN'S ESTATE. | 2.10 | 598.50 |
| 02/16/2023 | JL | CORRESPOND WITH THE RECEIVER AND S. DAVIS REGARDING UDAYAN'S DEVICES. | 0.10 | 28.50 |
| | JL | DRAFT STATUS SUMMARY FOR THE RECEIVER REGARDING PRODUCTION. | 0.40 | 0.00 |
| 02/20/2023 | ILK | PREPARE MOTION FOR CLAIM PROCEDURES; PARTICIPATE IN OFFICE CONFERENCES WITH RECEIVER REGARDING SAME. | 2.80 | 0.00 |
| 02/21/2023 | ILK | PREPARE AND EDIT MOTION FOR CLAIM PROCEDURES; PREPARE AND EDIT MOTION TO STAY STATE COURT LITIGATION; PARTICIPATE IN OFFICE CONFERENCES WITH RECEIVER REGARDING SAME; ANALYZE CLAIM ISSUES FOR RECEIVER AND REVIEW DOCUMENTATION REGARDING THE SAME; RESEARCH ISSUES REGARDING CLAIM PROCEDURES; EXCHANGE EMAILS WITH COUNSEL FOR MR. HUI REGARDING CLAIM, LITIGATION AND MOTIONS. | 5.80 | 2,233.00 |
| 02/22/2023 | ILK | EDIT MOTION REGARDING RECEIVERSHIP PROCEDURES; EDIT PROPOSED ORDER; EXCHANGE EMAIL WITH CREDITORS REGARDING SAME; PARTICIPATE IN OFFICE CONFERENCE WITH RECEIVER REGARDING SAME. | 1.10 | 423.50 |

DONGTAI INVESTMENT GROUP, LLC

CLIENT.MATTER NO.  190218-22356
INVOICE NO.:  149134

FEDERAL RECEIVERSHIP

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 02/23/2023 | ILK | EDIT MOTION REGARDING RECEIVERSHIP PROCEDURES; EDIT CERTIFICATE OF SERVICE; SUPERVISION OF FILING OF SAME. | 1.00 | 385.00 |
| 02/24/2023 | ILK | PREPARE AND EDIT MOTION TO STAY LITIGATION; EXCHANGE EMAIL WITH RECEIVER REGARDING SAME; RESEARCH AND ADDRESS ISSUES REGARDING SERVICE OF MOTION TO ESTABLISH CLAIM PROCEDURES ON UDAYAN ESTATE BENEFICIARIES. | 1.60 | 616.00 |
| | JL | RESEARCH CLIENT FILE REGARDING NOTICE OF MOTION TO ESTABLISH PROCEDURES. | 0.30 | 0.00 |
| 02/27/2023 | ILK | EDIT MOTION TO STAY LITIGATION; EXCHANGE EMAILS WITH RECEIVER REGARDING SAME. | 0.50 | 192.50 |
| 02/28/2023 | ILK | EXCHANGE EMAILS WITH COURT REGARDING PENDING MOTIONS; REVIEW COURT'S ORDERS AND COORDINATE CALENDARING OF DEADLINES; RESEARCH ISSUES REGARDING CLAIM OBJECTIONS. | 4.70 | 1,809.50 |
| 03/01/2023 | CMR | MEETING WITH R. SOMMERS REGARDING DISSOLUTION OF DONGTAI ENTITY. | 0.20 | 75.00 |
| 03/02/2023 | CMR | REVIEW COMMUNICATIONS REGARDING ENTITY. | 0.20 | 75.00 |
| | CMR | CORRESPONDENCE WITH CPA REGARDING TERMINATION OF ENTITY. | 0.20 | 75.00 |
| | ILK | EDITS TO CLAIM NOTICE; REVIEW AND EDIT EXHIBITS TO SAME. | 1.80 | 693.00 |
| 03/03/2023 | MEH | REVIEW LLC TERMINATION FORM AND CHAPTER 11 OF TEXAS BUSINESS ORGANIZATION CODE. | 0.50 | 65.00 |
| | JL | STRATEGIZE THE RECEIVER'S RESPONSES TO CREDITORS' CLAIMS WITH I. KENNEDY. | 0.10 | 28.50 |
| 03/06/2023 | ILK | OFFICE CONFERENCE WITH RECEIVER REGARDING CLAIM OBJECTIONS; RESEARCH ISSUES REGARDING CLAIM OBJECTIONS. | 1.10 | 0.00 |
| | JL | OFFICE CONFERENCE WITH THE RECEIVER REGARDING OBJECTIONS TO CREDITOR'S CLAIMS. | 0.50 | 0.00 |
| 03/07/2023 | ILK | PARTICIPATE IN OFFICE CONFERENCE WITH RECEIVER REGARDING CLAIM OBJECTIONS. | 0.20 | 77.00 |
| | JL | WORK ON THE RECEIVER'S OBJECTION TO CLAIM NO. 8. | 1.10 | 313.50 |
| 03/08/2023 | JL | ANALYZE EXPEDITED JOINT APPLICATIONS FOR ALLOCATION OF INSURANCE PROCEEDS. | 0.10 | 0.00 |
| | JL | OFFICE MEETING WITH THE RECEIVER REGARDING CLAIM NO. 9. | 0.20 | 0.00 |
| | JL | WORK ON OBJECTION TO CLAIM NO. 8. | 2.90 | 826.50 |
| | ILK | REVIEW FILED CLAIMS; PARTICIPATE IN OFFICE CONFERENCE WITH RECEIVER REGARDING SAME. | 0.60 | 0.00 |
| 03/09/2023 | JL | WORK ON OBJECTION TO CLAIM NO. 8. | 0.90 | 256.50 |
| | JL | OFFICE CONFERENCE WITH THE RECEIVER REGARDING OBJECTIONS TO CLAIM NOS. 8 AND 12. | 0.30 | 0.00 |
| | JL | WORK ON OBJECTION TO CLAIM NO. 12. | 2.80 | 798.00 |
| | ILK | RESEARCH ISSUES REGARDING OBJECTIONS TO PROOFS OF CLAIM; EDIT OBJECTION TO PROOF OF CLAIM. | 2.00 | 770.00 |
| 03/10/2023 | JL | OFFICE CONFERENCE WITH THE RECEIVER REGARDING SHAREHOLDER'S DOCUMENT REQUEST. | 0.20 | 57.00 |
| | JL | COMPILE AND PRODUCE DOCUMENTS RESPONSIVE TO SHAREHOLDER'S REQUEST. | 0.20 | 57.00 |
| | JL | WORK ON OBJECTION TO CLAIM NO. 12. | 1.10 | 313.50 |
| | ILK | PREPARE OBJECTIONS TO PROOFS OF CLAIMS. | 5.80 | 2,233.00 |
| 03/13/2023 | JL | WORK ON OBJECTION TO CLAIM NO. 12. | 0.50 | 142.50 |
| | JL | OFFICE CONFERENCE WITH THE RECEIVER REGARDING OBJECTIONS AND DEADLINES. | 0.20 | 0.00 |
| | ILK | PREPARE OBJECTIONS TO PROOFS OF CLAIMS; PARTICIPATE IN OFFICE CONFERENCE WITH RECEIVER REGARDING CLAIM OBJECTIONS; RESEARCH ISSUES REGARDING SAME. | 4.00 | 1,540.00 |
| 03/14/2023 | JL | WORK ON OBJECTION TO CLAIM NO. 9, INCLUDING DRAFTING, REVIEWING PROOF OF CLAIMS, AND RESEARCHING CLIENT FILE. | 1.20 | 342.00 |
| | JL | REVISE OBJECTION TO CLAIM NO. 6. | 0.70 | 199.50 |
| | JL | FINALIZE AND PREPARE FOR FILING OBJECTIONS TO CLAIM NO. 8 AND 12 AND CORRESPONDING EXHIBITS. | 0.50 | 142.50 |
| | ILK | PREPARE OBJECTIONS TO PROOFS OF CLAIMS; PARTICIPATE IN OFFICE CONFERENCE WITH RECEIVER REGARDING CLAIM OBJECTIONS; PARTICIPATE IN OFFICE CONFERENCE WITH MS. LE REGARDING PROOFS OF CLAIM. | 3.20 | 1,232.00 |

DONGTAI INVESTMENT GROUP, LLC

CLIENT.MATTER NO.   190218-22356
INVOICE NO.:   149134

FEDERAL RECEIVERSHIP

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/15/2023 | ILK | PREPARE OBJECTIONS TO PROOFS OF CLAIMS; PARTICIPATE IN OFFICE CONFERENCE WITH RECEIVER REGARDING CLAIM OBJECTIONS; PARTICIPATE IN OFFICE CONFERENCE WITH MS. LE REGARDING CASE STATUS; EXCHANGE EMAILS WITH CLAIMANT REGARDING DOCUMENTATION; PARTICIPATE IN TELEPHONE CONFERENCE WITH CLAIMANT REGARDING DOCUMENTATION; REVIEW ADDITIONAL DOCUMENTATION PROVIDED BY CLAIMANT. | 4.10 | 1,578.50 |
| | JL | OFFICE CONFERENCE WITH RECEIVER REGARDING CREDITOR'S CLAIM AGAINST UDAYAN'S ESTATE AND NON-CASH PROPERTIES OF DONGTAI. | 0.30 | 0.00 |
| 03/16/2023 | ILK | REVIEW DOCUMENTS REGARDING OBJECTION TO PROOF OF CLAIM; PARTICIPATE IN OFFICE CONFERENCE WITH RECEIVER REGARDING SAME; EXCHANGE EMAILS WITH EQUITY HOLDER'S COUNSEL REGARDING SAME. | 1.00 | 385.00 |
| | JL | CONTINUE REVISING OBJECTION TO CLAIM NO. 6 AND SUPPORTING AFFIDAVIT. | 0.60 | 171.00 |
| 03/17/2023 | JL | ATTENTION TO EXHIBITS FOR OBJECTION TO CLAIM NO. 6. | 0.10 | 0.00 |
| 03/20/2023 | ILK | EDIT CLAIM OBJECTION; SUPERVISE PREPARATION OF EXHIBITS AND FILING OF SAME; PARTICIPATE IN TELEPHONE CONFERENCE WITH EQUITYHOLDER'S COUNSEL REGARDING OBJECTIONS. | 2.00 | 770.00 |
| | JL | OFFICE CONFERENCE WITH RECEIVER REGARDING STATUS UPDATE. | 0.10 | 0.00 |
| 03/21/2023 | JL | WORK ON OBJECTION TO CLAIM NO. 9. | 2.90 | 826.50 |
| | JL | TELEPHONE CONFERENCE WITH AND EMAIL WITH S. DAVIS REGARDING CLAIM NO. 9. | 0.20 | 57.00 |
| 03/22/2023 | ILK | EXCHANGE EMAILS WITH CLAIMANT REGARDING OBJECTION TO PROOF OF CLAIM; REVIEW DOCUMENTATION REGARDING SAME. | 1.50 | 577.50 |
| | JL | WORK ON OBJECTION TO CLAIM NO. 9. | 1.60 | 456.00 |
| 03/23/2023 | ILK | EDIT OBJECTION TO PROOF OF CLAIMS; EXCHANGE EMAIL WITH COUNSEL FOR EQUITY HOLDERS REGARDING SAME. | 1.40 | 539.00 |
| | JL | WORK ON OBJECTION TO CLAIM NO. 9. | 3.30 | 940.50 |
| 03/24/2023 | ILK | EDIT OBJECTION TO PROOF OF CLAIMS; EDIT RECEIVER'S AFFIDAVIT IN SUPPORT OF PROOF OF CLAIM; EXCHANGE EMAILS AND PARTICIPATE IN OFFICE CONFERENCES WITH MS. LE REGARDING SAME. | 3.40 | 1,309.00 |
| | JL | WORK ON OBJECTION TO CLAIM NO. 9. | 3.50 | 997.50 |
| 03/27/2023 | ILK | EDIT OBJECTION TO PROOF OF CLAIM; PREPARE EMAIL TO AFFIANT REGARDING AFFIDAVIT IN SUPPORT OF SAME; EDIT DRAFT AFFIDAVIT IN SUPPORT OF SAME. | 0.80 | 308.00 |
| 03/28/2023 | ILK | PARTICIPATE IN TELEPHONE CONFERENCE WITH AFFIANT REGARDING AFFIDAVIT IN SUPPORT OF PROOF OF CLAIM; REVIEW AFFIDAVIT; EXCHANGE EMAILS WITH AFFIANT REGARDING EXECUTION OF SAME; PARTICIPATE IN OFFICE CONFERENCE WITH RECEIVER REGARDING CLAIM OBJECTIONS; RESEARCH ISSUES REGARDING SERVICE. | 0.80 | 308.00 |
| 03/29/2023 | ILK | EDIT OBJECTION TO PROOF OF CLAIM. | 0.50 | 192.50 |
| 03/30/2023 | ILK | EXCHANGE EMAILS WITH EQUITY HOLDERS' COUNSEL REGARDING OBJECTIONS; PARTICIPATE IN OFFICE CONFERENCE WITH RECEIVER REGARDING SAME; EXCHANGE EMAIL WITH CLAIMANT REGARDING DOCUMENTARY SUPPORT. | 0.50 | 192.50 |
| 03/31/2023 | ILK | REVIEW OBJECTIONS TO CLAIMS FILED BY INTERESTED PARTIES. | 0.90 | 346.50 |
| 04/13/2023 | JL | OFFICE CONFERENCE WITH RECEIVER REGARDING NEXT STEPS FOR CREDITORS CLAIMS. | 0.10 | 28.50 |
| 04/14/2023 | ILK | PARTICIPATE IN TELEPHONE CONFERENCE AND EXCHANGE EMAILS WITH CLAIMANT'S COUNSEL REGARDING OBJECTION; EXCHANGE EMAILS WITH TRUSTEE REGARDING SAME. | 0.40 | 154.00 |
| 05/02/2023 | JL | WORK ON NOTICE AND REQUEST TO SUSTAIN OBJECTION. | 0.40 | 114.00 |
| | ILK | PREPARE NOTICE AND REQUEST TO SUSTAIN OBJECTIONS; EXCHANGE EMAILS WITH MS. LE AND EQUITY HOLDER'S COUNSEL REGARDING SAME. | 2.00 | 770.00 |
| 05/03/2023 | ILK | EDIT REQUEST TO SUSTAIN OBJECTIONS AND PROPOSED ORDER IN FAVOR OF SAME. | 0.50 | 192.50 |

```
                                                                              PAGE: 9
DONGTAI INVESTMENT GROUP, LLC                                          JUNE 07, 2023
                                                      CLIENT.MATTER NO.  190218-22356
                                                        INVOICE NO.:        149134

     FEDERAL RECEIVERSHIP
```

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/04/2023 | ILK | RESEARCH ISSUES REGARDING RESPONSES TO OBJECTIONS; PARTICIPATE IN OFFICE CONFERENCE WITH RECEIVER REGARDING SAME. | 0.70 | 269.50 |
| 05/05/2023 | ILK | EXCHANGE EMAILS WITH EQUITY HOLDER'S COUNSEL REGARDING CLAIM OBJECTIONS. | 0.20 | 77.00 |
| 05/08/2023 | JL | ANALYZE RESPONSES TO OBJECTIONS. | 0.40 | 114.00 |
|  | JL | TELEPHONE CONFERENCE WITH S. BARNES, I. KENNEDY, AND RECEIVER TO STRATEGIZE RESPONSES AND POTENTIAL SETTLEMENT OF CLAIMS. | 0.60 | 0.00 |
|  | JL | CORRESPOND REGARDING INDEMNIFICATION ISSUE. | 0.50 | 0.00 |
|  | JL | ANALYZE DOCUMENT PRODUCTION RELATED TO PCS. | 0.60 | 171.00 |
|  | JL | WORK ON INTERROGATORIES AND REQUESTS FOR PRODUCTION. | 2.00 | 570.00 |
|  | ILK | PARTICIPATE IN TELEPHONE CONFERENCE WITH EQUITY HOLDER'S COUNSEL REGARDING CLAIM OBJECTIONS AND STRATEGY FOR REPLIES; RESEARCH ISSUES REGARDING SAME; PARTICIPATE IN OFFICE CONFERENCE WITH RECEIVER REGARDING SAME; RESEARCH ISSUES REGARDING CLAIM OBJECTIONS. | 3.60 | 1,386.00 |
| 05/09/2023 | JL | OFFICE CONFERENCE WITH RECEIVER REGARDING STATUS REPORT. | 0.10 | 28.50 |
|  | JL | RESEARCH CLAIMANT'S STATUS FOR DISCOVERY PURPOSES. | 0.90 | 256.50 |
| 05/10/2023 | JL | WORK ON REPLY IN SUPPORT OF OBJECTION. | 4.30 | 1,225.50 |
|  | JL | CONVERT DISCOVERY REQUESTS IN SUBPOENAS. | 0.20 | 57.00 |
|  | ILK | EXCHANGE EMAILS WITH CLAIMANT'S COUNSEL AND EQUITY HOLDER'S COUNSEL REGARDING OBJECTIONS; RESEARCH ISSUES REGARDING DISCOVERY ON CLAIMANTS; EXCHANGE EMAILS WITH RECEIVER AND MS. LE REGARDING SAME. | 0.90 | 346.50 |
| 05/11/2023 | JL | WORK ON REPLY IN SUPPORT OF OBJECTION FOR CLAIM 10. | 1.00 | 285.00 |
|  | ILK | PREPARE REPLY TO CLAIMANTS' RESPONSES TO OBJECTIONS; EXCHANGE EMAILS WITH RECEIVER AND MS. LE REGARDING SAME; PARTICIPATE IN OFFICE CONFERENCE WITH RECEIVER REGARDING SAME; PARTICIPATE IN TELEPHONE CONFERENCE WITH EQUITY HOLDER'S COUNSEL REGARDING SAME; RESEARCH ISSUES REGARDING CLAIM OBJECTIONS; EXCHANGE EMAILS WITH CLAIMANT'S COUNSEL REGARDING SAME. | 5.10 | 1,963.50 |
| 05/12/2023 | JL | WORK ON REPLY IN SUPPORT OF OBJECTION FOR CLAIM 10. | 0.20 | 57.00 |
|  | JL | WORK ON REPLY IN SUPPORT OF OBJECTION FOR CLAIM 6. | 0.60 | 171.00 |
|  | ILK | PREPARE REPLY TO CLAIMANTS' RESPONSES TO OBJECTIONS; EXCHANGE EMAILS WITH RECEIVER AND MS. LE REGARDING SAME; PARTICIPATE IN OFFICE CONFERENCE WITH RECEIVER REGARDING SAME; PARTICIPATE IN TELEPHONE CONFERENCE WITH COUNSEL REGARDING SAME; RESEARCH ISSUES REGARDING CLAIM OBJECTIONS; PARTICIPATE IN TELEPHONE CONFERENCE WITH CLAIMANT'S COUNSEL; EXCHANGE EMAILS WITH OPPOSING COUNSEL REGARDING SETTLEMENT. | 5.70 | 2,194.50 |
| 05/14/2023 | ILK | EDIT REPLIES PCS AND HP CLAIMANTS RESPONSES TO OBJECTIONS; EXCHANGE EMAILS WITH RECEIVER AND MS. LE REGARDING SAME. | 3.00 | 1,155.00 |
| 05/15/2023 | JL | WORK ON REPLY IN SUPPORT OF OBJECTION FOR CLAIM 10. | 1.90 | 541.50 |
|  | JL | ANALYZE DOCUMENT PRODUCTION TO RESEARCH CARLOS CAMPOS' EMPLOYMENT STATUS, PCS PAYMENTS, AND MANAGEMENT MANUAL FOR THE HOTEL. | 1.10 | 313.50 |
|  | ILK | EDIT REPLIES TO HP, PCS AND HUI CLAIMANTS RESPONSES TO OBJECTIONS; SUPERVISE FILING OF SAME. | 6.00 | 2,310.00 |
| 05/16/2023 | ILK | REVIEW EMAIL FROM HUI CLAIMANTS REGARDING SETTLEMENT; EXCHANGE EMAILS WITH RECEIVER AND PLAINTIFFS' COUNSEL REGARDING SAME. | 0.40 | 154.00 |
|  | ILK | EXCHANGE EMAILS WITH HUI CLAIMANTS AND RECEIVER REGARDING SETTLEMENT; EXCHANGE EMAILS WITH HP CLAIMANT AND RECEIVER REGARDING SETTLEMENT; PARTICIPATE IN OFFICE CONFERENCE WITH RECEIVER REGARDING CLAIM OBJECTIONS. | 0.90 | 346.50 |
| 05/17/2023 | JL | OFFICE CONFERENCE WITH I. KENNEDY REGARDING DISCOVERY RELATED TO CLAIM NO. 10. | 0.10 | 0.00 |
|  | ILK | PARTICIPATE IN OFFICE CONFERENCE WITH TRUSTEE REGARDING OFFER FROM HUI CLAIMANTS; PARTICIPATE IN TELEPHONE CONFERENCE WITH PLAINTIFFS' COUNSEL REGARDING HUI CLAIMANTS OFFER; EXCHANGE EMAIL WITH HUI CLAIMANTS' COUNSEL REGARDING SETTLEMENT. | 1.00 | 385.00 |
| 05/19/2023 | JL | ATTENTION TO DOCUMENT PRODUCTION TO PCS RELATED TO CLAIM NO. 10. | 1.60 | 456.00 |
|  | ILK | PARTICIPATE IN TELEPHONE CONFERENCE WITH HUI CLAIMANTS' COUNSEL REGARDING |  |  |

DONGTAI INVESTMENT GROUP, LLC

FEDERAL RECEIVERSHIP

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | MEDIATION AND SETTLEMENT. | 0.40 | 154.00 |
| | ILK | EXCHANGE EMAIL WITH RECEIVER REGARDING HUI CLAIM SETTLEMENT. | 0.10 | 38.50 |
| | ILK | EDIT SUBPOENA TO PROPERTY CARE SERVICES; FINALIZE SERVICE OF SAME. | 0.40 | 154.00 |
| 05/22/2023 | ILK | EXCHANGE EMAILS WITH HP CLAIMANT COUNSEL REGARDING SETTLEMENT OFFER; PARTICIPATE IN OFFICE CONFERENCE WITH RECEIVER REGARDING SAME. | 0.30 | 115.50 |
| 05/26/2023 | ILK | PARTICIPATE IN OFFICE CONFERENCE WITH RECEIVER; EXCHANGE EMAIL WITH HUI CLAIMANT'S COUNSEL REGARDING SETTLEMENT OFFER; EDIT SUBPOENA TO PCS COUNSEL; EXCHANGE EMAIL WITH PCS CLAIMANT'S COUNSEL REGARDING MEDIATION AND SUBPOENA. | 1.00 | 385.00 |
| 05/30/2023 | ILK | EXCHANGE EMAILS WITH OPPOSING COUNSEL AND CLIENT REGARDING SETTLEMENT; PARTICIPATE IN TELEPHONE CONFERENCE WITH OPPOSING COUNSEL REGARDING SETTLEMENT POSSIBILITY. | 0.40 | 154.00 |
| 05/31/2023 | ILK | EXCHANGE EMAILS WITH OPPOSING COUNSEL AND RECEIVER REGARDING SERVICE OF SUBPOENA AND MEDIATION; EXCHANGE EMAILS WITH RECEIVER AND MS. LE REGARDING AGREED JUDGMENT ON HP CLAIM. | 0.60 | 231.00 |
| | JL | WORK ON PROPOSED AGREED ORDER. | 0.40 | 114.00 |
| | | FOR CURRENT SERVICES RENDERED | 248.10 | 77,720.00 |

### EXPENSES

| | |
|---|---|
| COPIES | 2.50 |
| POSTAGE | 64.89 |
| SEARCH – TXCOURTS.GOV | 10.80 |
| NOTICE – HEARST NEWSPAPERS, LLC | 454.80 |
| RESEARCHTX | 1.35 |
| RESEARCH TX | 4.35 |
| MAIL OUT | 144.30 |
| MAIL OUT | 54.80 |
| MAIL OUT | 79.75 |
| CERTIFIED MAIL | 29.22 |
| FEDEX | 117.34 |
| COPIES | 45.40 |
| ONLINE LEGAL RESEARCH | 839.60 |
| PACER ELECTRONIC RESEARCH | 37.10 |
| TEXAS SECRETARY OF STATE | 4.00 |
| TOTAL EXPENSES THRU 05/31/2023 | 1,890.20 |
| TOTAL CURRENT WORK | 79,610.20 |
| BALANCE DUE | $79,610.20 |
| PLEASE REMIT | $79,610.20 |

The State Bar of Texas investigates and prosecutes professional misconduct committed by Texas Attorneys. Although not every complaint against or dispute with a lawyer involves professional misconduct, the State Bar Office of General Counsel will provide you with information about how to file a complaint. For more information call 1-800-932-1900.

PLEASE INDICATE OUR INVOICE NO. ON YOUR CHECK

FEDERAL TAX ID NUMBER: 76-0325650