**NATHAN SOMMERS JACOBS**
A PROFESSIONAL CORPORATION
2800 POST OAK BLVD., 61ST FLOOR
HOUSTON, TEXAS 77056-6102
TELEPHONE NO. 713-960-0303
FACSIMILE NO. 713-892-4800



EXHIBIT 2

PAGE: 1
JUNE 08, 2023

DONGTAI INVESTMENT GROUP, LLC
11200 WESTHEIMER
SUITE 120
HOUSTON  TX  77042

CLIENT.MATTER NO.    190218-22296
INVOICE NO.:                  149166

FEDERAL RECEIVERSHIP - (RJS TIME)

Payments received after 06/08/2023 are  not  included on this statement.

FOR PROFESSIONAL SERVICES THROUGH 06/07/2023

| Date | Description | Hours |
|---|---|---|
| 07/07/2022 | SEND E-MAIL TO GOLDEN BANK REGARDING TURNOVER OF FUNDS ON DEPOSIT. | 0.20 |
| | SEND E-MAIL TO TO K. PETERS REGARDING LITIGATION. | 0.10 |
| | SEND E-MAIL TO NIZAM REGARDING BOOKS AND RECORDS. | 0.10 |
| | TELEPHONE CONFERENCE WITH NIZAM REGARDING BOOKS AND RECORDS. | 0.40 |
| | SEND SEVERAL E-MAILS TO Y. LI REGARDING CONTACTS AND EIN. | 0.10 |
| | DRAFT MOTION FOR CLAIMS BAR DATE. | 0.70 |
| 07/08/2022 | REVIEW E-MAILS TO AND FROM W. EGGELSTON REGARDING INSURANCE CLAIM. | 0.70 |
| | REVISE MOTION FOR BAR DATE. | 0.50 |
| | TELEPHONE CONFERENCE WITH B. CHEN REGARDING TURNOVER OF FUNDS. | 0.30 |
| | SEND E-MAIL TO Y. LI REGARDING CONTACT INFORMATION. | 0.10 |
| | TELEPHONE CONFERENCE WITH K. PATEL. | 0.40 |
| 07/11/2022 | REDRAFT MOTION TO ESTABLISH BAR DATE. | 0.60 |
| | SEND E-MAIL TO Y. LI REGARDING TURNOVER OF BOOKS AND RECORDS. | 0.10 |
| | TELEPHONE CONFERENCE WITH M. UDAYAN'S DAUGHTER REGARDING DOCUMENTS. | 0.40 |
| | SEND E-MAIL TO GOLDEN BANK REGARDING TURNOVER. | 0.10 |
| | SEND E-MAIL TO INSURANCE COUNSEL AND IDENTIFY OTHER PEOPLE WITH KNOWLEDGE OF CLAIM. | 0.40 |
| | REVIEW SEVERAL E-MAILS FROM B. CHEN REGARDING TURNOVER OF FUNDS. | 0.10 |
| | SEND MULTIPLE E-MAILS TO B. CHEN REGARDING BANKING RELATIONSHIP OF DONGTAI. | 0.30 |
| | TELEPHONE CONFERENCE WITH R. CULTIBRIENO REGARDING ACCOUNTING AND DOCUMENTS OF RECEIVERSHIP. | 0.40 |
| | TELEPHONE CONFERENCE WITH B. EGGELSTON REGARDING INSURANCE CLAIM AND REVIEW OF INSURANCE DOCUMENTS. | 0.90 |
| 07/12/2022 | SEND E-MAIL TO H. WELBERG, COUNSEL FOR PROBATE ESTATE REGARDING TURNOVER OF DOCUMENTS.. | 0.30 |
| 07/13/2022 | REVIEW E-MAIL FROM W. EGGELSTON; REVIEW CONTRACT FOR PURCHASE AND SALE OF CROWNE PLAZA; REVIEW AGREEMENT; REVIEW DENIAL LETTER FROM COUNSEL REVIEW OF UDAYAN EXAMINATION UNDER OATH. | 3.90 |
| 07/14/2022 | SEND AND RECEIVE MULTIPLE E-MAILS TO B. CHEN REGARDING BANKING DOCUMENTS. | 0.40 |
| | TELEPHONE CONFERENCE WITH Y. LI REGARDING STATUS REPORT. | 0.20 |
| 08/01/2022 | REVIEW OF E-MAIL FROM T. TREMBLEY. | 0.10 |
| | REVIEW DEPOSITION OF RECEIVER. | 0.70 |
| | REVIEW BANK DOCUMENTS. | 1.00 |
| 08/02/2022 | REVIEW BANKING RECORDS AND E-MAIL FROM GOLDEN BANK. | 0.60 |

DONGTAI INVESTMENT GROUP, LLC                                                CLIENT.MATTER NO.   190218-22296
                                                                             INVOICE NO.:             149166

FEDERAL RECEIVERSHIP - (RJS TIME)

| Date | Description | Hours |
|---|---|---|
| 08/03/2022 | REVIEW E-MAILS FROM CPA REGARDING TAX COMPLIANCE; SEND E-MAIL TO CPA. | 0.20 |
| 08/04/2022 | REVIEW BANK STATEMENTS. | 1.20 |
| 08/05/2022 | REVIEW CONTRACT FOR SALE AND PALOMUR LETTER REGARDING COVERAGE FOR PROPERTY LOSS. | 0.90 |
| 08/08/2022 | REVISE MOTION FOR BAR DATE. | 0.60 |
|  | REVIEW DEPOSITION. | 0.30 |
| 08/09/2022 | REVIEW SELECTED DEPOSITION TESTIMONY BY UDAYAN. | 0.30 |
| 08/12/2022 | REVIEW DOCUMENTS, DEPOSITION AND E-MAILS FOR INDEMNIFICATION OF CLAIMANTS. | 0.80 |
| 08/15/2022 | REVIEW OF CASE AUTHORITY AND DENIAL OF CLAIM BY PALOMUR. | 1.70 |
| 08/16/2022 | CONTINUE INVESTIGATION REGARDING INSURANCE CLAIM DISALLOWED. | 0.50 |
| 08/19/2022 | REVISE MOTION; SEND E-MAIL TO CLIENT. | 0.10 |
|  | SEND E-MAIL TO CPA REGARDING FRANCHISE TAX RETURN. | 0.10 |
|  | REVIEW E-MAIL FROM BALES AND REGARDING BANK DOCUMENTS. | 0.10 |
| 08/22/2022 | PREPARE AND ATTEND ZOOM CONFERENCE WITH DONGTIA MEMBER AND COUNSEL. | 0.80 |
|  | REVISE MOTION/ORDER/NOTICE OF BAR DATE. | 0.30 |
|  | REVIEW CASE AUTHORITY REGARDING ESTABLISHMENT OF BAR DATE. | 1.10 |
|  | CONFERENCE REGARDING UDAYAN PROBATE. | 0.10 |
| 08/23/2022 | REVIEW SEVERAL E-MAILS FROM R. FRANK CPA REGARDING FRANCHISE TAX RETURN. | 0.20 |
|  | SEND SEVERAL E-MAILS TO R. FRANK REGARDING FRANCHISE TAX RETURN. | 0.20 |
|  | CONFERENCE REGARDING EQUITABLE RECEIVERSHIP AND ESTABLISHMENT OF BAR DATE. | 0.20 |
|  | REVIEW FRANCHISE TAX RETURNS FOR 2017, 2018, 2019 AND 2021. | 1.00 |
|  | REVIEW BAR ORDERS AND DUE PROCESS/STANFORD CASE LAW (5TH CIRCUIT). | 0.90 |
| 08/24/2022 | REVISE MOTION AND NOTICE FOR BAR DATE. | 0.20 |
|  | TELEPHONE CONFERENCE WITH R. FRANK, CPA, REGARDING FRANCHISE TAX RETURNS. | 0.20 |
| 08/25/2022 | REVISE TURNOVER E-MAILS TO COUNSEL AND PROBATE COURT ADMINISTRATOR. | 0.40 |
|  | TELEPHONE CONFERENCE WITH A. GERGER REGARDING LOANS TO DONGTAI AND RELATIONSHIP OF FOX CAPITAL. | 0.80 |
|  | TELEPHONE CONFERENCE WITH K. WILLIAMS REGARDING REPAIRS AND ACCOUNT PAYABLE TO HOTEL. | 0.40 |
|  | REVIEW BANKING DOCUMENT AND E-MAILS FROM K. PATEL REGARDING USE OF CASH FOR ACCOUNTS PAYABLES. | 0.80 |
| 08/29/2022 | SEND E-MAIL TO REGARDING 2020 BANK STATEMENTS. | 0.10 |
|  | REVIEW 2019 BANK STATEMENTS AND E-MAIL FROM A. GERGER, COUNSEL FOR FOX CAPITAL | 0.50 |
| 08/30/2022 | TELEPHONE CONFERENCE WITH K. PATEL REGARDING INSURANCE. | 0.30 |
|  | SEND E-MAIL TO A. GERGER REGARDING BANK STATEMENTS. | 0.10 |
| 08/31/2022 | REVIEW DOCUMENTS AND CLOSING STATEMENT SUBPOENAED FROM FIDELITY NATIONAL TITLE INSURANCE CO. | 0.90 |
| 09/01/2022 | TELEPHONE CONFERENCE WITH W. DENT REGARDING COMPUTER ACCESS. | 0.10 |
|  | REVIEW E-MAIL FROM H. WEILBERG REGARDING COMPUTER AND ACCESS. | 0.10 |
| 09/02/2022 | TELEPHONE CONFERENCE WITH W. DENT REGARDING IT AND COMPUTER ACCESS. | 0.30 |
|  | REVIEW CORRESPONDENCE FROM FIDELITY NATIONAL FROM C. GONZALEZ. | 0.20 |
|  | REVIEW CORRESPONDENCE W. DENT REGARDING COMPUTER FORENSICS. | 0.10 |
|  | REVIEW E-MAIL FROM T. KIEFER REGARDING FORENSICS AND COMPUTER. | 0.10 |
| 09/13/2022 | REVIEW E-MAIL FROM S. DAVIS REGARDING FORENSIC EXAMINER. | 0.10 |
|  | REVIEW AND PROVIDE COMMENT REGARDING 2020 AND 2021 FEDERAL INCOME TAX RETURNS. | 0.40 |
| 09/14/2022 | STRATEGY FOR TURNOVER OF DOCUMENTS FROM PROBATE ADMINISTRATOR AND REVIEW OF | |

Case 4:19-cv-01848   Document 226-2   Filed on 06/22/23 in TXSD   Page 3 of 7

PAGE: 3
DONGTAI INVESTMENT GROUP, LLC
JUNE 08, 2023
CLIENT.MATTER NO.    190218-22296
INVOICE NO.:    149166

FEDERAL RECEIVERSHIP – (RJS TIME)

|  |  | HOURS |
|---|---|---|
|  | PROBATE RECORDS. | 0.50 |
| 09/15/2022 | REVIEW E-MAIL FROM PROBATE ADMINISTRATOR. | 0.10 |
|  | TELEPHONE CONFERENCE WITH MELISSA UDAYAN REGARDING DOCUMENT PRODUCTION AND TURNOVER | 0.20 |
|  | REVIEW VARIOUS PROBATE DOCUMENTS AND ORDER APPOINTING TEMPORARY ADMINISTRATOR REGARDING FORENSIC ISSUE AND ACCESS TO DOCUMENTS. | 0.80 |
|  | REVIEW E-MAIL FROM CPA REGARDING TAX ISSUES. | 0.20 |
|  | REVIEW E-MAIL FROM S. DAVIS REGARDING VIDOC RAZOR AND ACCESS TO INFORMATION. | 0.10 |
|  | REVIEW IRS PENALTY LETTER. | 0.10 |
|  | REVIEW E-MAIL REGARDING PLACEHOLDER TAX RETURNS. | 0.10 |
| 09/19/2022 | REVIEW FINANCIAL DOCUMENTS AND SERVICE LIST. | 0.40 |
| 09/20/2022 | TELEPHONE CONFERENCE WITH J. WILLIAMS REGARDING REAL ESTATE COMMISSIONS; REVIEW BROKER'S MOTION FOR LEAVE TO FILE THIRD PARTY PETITION. | 0.70 |
| 09/21/2022 | REVIEW CASE AUTHORITY AND INDEMNITY ISSUES, THIRD PARTY CLAIM. | 0.60 |
| 09/27/2022 | SEND E-MAIL TO C. SHETH, ACCOUNTANT. | 0.10 |
|  | PREPARE FOR ZOOM CONFERENCE WITH EQUITY INTEREST HOLDER AND COUNSEL. | 0.40 |
|  | SEND E-MAIL TO B. WEST, CPA AND REVIEW E-MAIL FROM B. WEST REGARDING TAX AND FINANCIAL INFORMATION. | 0.30 |
| 09/28/2022 | TELEPHONE CONFERENCE WITH Y. LI, MR. JIAO AND GRACE LU. | 0.90 |
|  | REVIEW DOCUMENTS PRODUCED BY PROBATE ADMINISTRATOR. | 1.10 |
| 09/29/2022 | PREPARE SERVICE LIST FROM NOTES AND DOCUMENTS. | 0.30 |
|  | REVIEW ORDER AND CONFERENCE REGARDING MODIFICATION AND BAR DATE; REVIEW E-MAIL FROM C. SHETH. | 0.40 |
| 09/30/2022 | TELEPHONE CONFERENCE WITH MASSELLI REGARDING INDEMNIFICATION CLAIM; REVIEW DAMAGE MODEL OF P. HUI. | 0.80 |
|  | REVIEW E-MAIL AND ATTACHMENTS FROM M. MASSELLI. | 0.40 |
|  | SEND E-MAIL TO Y. LI REGARDING INDEMNITY CLAIM. | 0.20 |
|  | REVIEW BROKERS' DISCLOSURES IN STATE COURT LITIGATION AND OTHER DISCOVERY. | 0.90 |
|  | TELEPHONE CONFERENCE WITH C. SHETH. | 0.40 |
|  | CONFERENCE WITH B. WEST, CPA, REGARDING TAX ISSUES. | 0.20 |
| 10/03/2022 | REVIEW MODIFICATION OF MOTION. | 0.10 |
|  | TELEPHONE CONFERENCE WITH Y. LI. | 0.10 |
|  | REVIEW FEDERAL TAX RETURNS 2017, 2018 AND 2019. | 0.40 |
|  | SEND E-MAIL TO B. WEST REGARDING TAX RETURNS. | 0.10 |
| 10/12/2022 | REVIEW CORRESPONDENCE FROM IRS. | 0.10 |
|  | REVIEW AND EDIT SERVICE LIST. | 0.10 |
|  | SEND E-MAIL TO B. WEST, CPA, REGARDING IRS. | 0.10 |
| 10/13/2022 | REVIEW STATE COURT DOCKET AND PLEADINGS REGARDING EVIDENCE AND TRIAL FOR PAYMENT OF REAL ESTATE COMMISSION. | 0.40 |
| 10/14/2022 | REVIEW MULTIPLE E-MAILS FROM M. MUSSALLI REGARDING LITIGATION AND INDEMNITY. | 0.30 |
| 10/17/2022 | PREPARE CORRESPONDENCE TO CLAIMANTS. | 0.30 |
|  | REVIEW E-MAIL FROM R. ANDERSON REGARDING IRS. | 0.20 |
|  | TELEPHONE CONFERENCE WITH Y. LI REGARDING IRS. | 0.10 |
|  | SEND SEVERAL E-MAILS TO R. ANDERSON REGARDING IRS. | 0.20 |
| 10/19/2022 | REVIEW E-MAIL FROM M. MUSSALLI. | 0.10 |
| 10/21/2022 | REVIEW E-MAIL REGARDING CLAIM OF HOSPITALITY. | 0.10 |
|  | REVISE CERTIFICATE OF SERVICE REGARDING NOTICE OF BAR DATE. | 0.10 |
| 10/24/2022 | SEVERAL TELEPHONE CONFERENCES WITH Y. LI REGARDING SEALED DOCUMENTS. | 0.20 |
|  | REVIEW E-MAIL REGARDING SEALED DOCUMENTS. | 0.10 |

DONGTAI INVESTMENT GROUP, LLC

CLIENT.MATTER NO.   190218-22296
INVOICE NO.:   149166

FEDERAL RECEIVERSHIP – (RJS TIME)

| Date | Description | Hours |
|---|---|---|
|  | REVIEW HOSPITALITY PETITION FILED IN STATE COURT. | 0.30 |
|  | TELEPHONE CONFERENCE WITH JANICE WITH NATURA PLAN REGARDING CLAIM. | 0.30 |
|  | REVIEW CONTRACT AND RELATED DOCUMENTS REGARDING NATURA PLAN CLAIM. | 0.30 |
|  | REVIEW E-MAIL FROM T. TRUMBLEY REGARDING SEALED DOCUMENTS. | 0.10 |
| 10/25/2022 | REVIEW E-MAIL FROM M. MUSSALLI REGARDING SERVICE AND ANSWER OF PETITION; REVIEW PETITION. | 0.20 |
| 10/26/2022 | SEND E-MAIL TO Y. LI REGARDING HOSPITALITY PETITION. | 0.10 |
|  | SEND E-MAIL TO Y. LI REGARDING BANK STATEMENTS. | 0.10 |
|  | PREPARE FOR TELECONFERENCE; TELEPHONE CONFERENCE WITH Y. LI AND COMPANY REPRESENTATIVE. | 0.70 |
| 11/02/2022 | REVIEW CORRESPONDENCE SEDGWICK REGARDING CLAIM. | 0.10 |
| 11/03/2022 | REVIEW E-MAIL FROM S. DAVIS REGARDING DOCUMENTS. | 0.10 |
| 11/07/2022 | REVIEW INDEMNITY ISSUE AND E-MAIL FROM COUNSEL. | 0.20 |
| 11/08/2022 | REVIEW E-MAIL FROM M. MUSSALI AND ATTACHMENTS REGARDING CLAIM. | 0.20 |
|  | SEND E-MAIL TO M. MUSSALI REGARDING CLAIM. | 0.20 |
|  | CONFERENCE REGARDING COUNTERCLAIM AND SCOPE OF INDEMNIFICATION. | 0.20 |
| 11/10/2022 | REVIEW E-MAIL FROM S. DAVIS REGARDING PRODUCTION OF DOCUMENTS. | 0.10 |
| 11/16/2022 | REVIEW KEY SEARCH WORDS FOR PROBATE ADMINISTRATOR. | 0.20 |
|  | CONFERENCE WITH COUNSEL REGARDING WORK OF FORENSIC FIRM. | 0.10 |
| 11/29/2022 | TELEPHONE CONFERENCE WITH LEIB LERNER OF HOLIDAY INN. | 0.30 |
| 12/05/2022 | REVIEW APPLICATION FOR REINSTATEMENT OF LLC AND E-MAIL FROM R. FRONK. | 0.30 |
|  | SEND E-MAIL TO R. FRONK. | 0.10 |
| 12/06/2022 | REVIEW CORRESPONDENCE FROM TEXAS COMPTROLLER REGARDING REFUND. | 0.10 |
| 12/08/2022 | REVIEW OF DOCUMENTS PRODUCED BY PROBATE ADMINISTRATOR. | 0.70 |
| 12/09/2022 | REVIEW OF DOCUMENTS PRODUCED BY PROBATE ADMINISTRATOR. | 0.20 |
|  | TELEPHONE CONFERENCE WITH COUNSEL FOR PLAINTIFFS. | 0.40 |
| 12/13/2022 | REVIEW AND SEND E-MAIL TO M. SAMPLES. | 0.10 |
| 12/14/2022 | CONFERENCE REGARDING AFFIRMATIVE DEFENSE TO CLAIM OF ATTORNEY FEES. | 0.20 |
| 12/15/2022 | REVIEW E-MAIL FROM PROBATE ADMINISTRATOR REGARDING DOCUMENTS. | 0.10 |
|  | REVIEW COURT ORDER REGARDING SEALED DOCUMENTS. | 0.10 |
| 12/16/2022 | REVIEW PROBATE PRODUCED DOCUMENTS. | 0.20 |
| 12/19/2022 | REVIEW E-MAIL FROM A. HASKEL REGARDING PROOF OF CLAIM; SEND E-MAIL TO A. HASKEL REGARDING CLAIM. | 0.20 |
|  | REVIEW OF COURT DOCKET. | 0.20 |
| 12/22/2022 | CONTINUE REVIEW OF DOCUMENTS PRODUCED BY PROBATE ADMINISTRATOR. | 0.30 |
|  | REVIEW VARIOUS SEALED MOTIONS AND ORDER. | 0.40 |
| 01/16/2023 | REVIEW NEWLY PRODUCED DOCUMENTS FROM PROBATE ADMINISTRATOR REGARDING CLAIMS. | 0.70 |
|  | REVIEW AND DISCUSS CONTRACT CLAIM OF INDEMNIFICATION, CHOICE OF VENUE AND CLAIM AGAINST THIRD PARTY AGENT. | 0.40 |
| 01/17/2023 | PREPARE NOTICE OF CLAIMS BAR DATE FOR ADDITIONAL PARTIES THAT MAY HAVE POTENTIAL CLAIMS AGAINST DONGTAI. | 0.30 |
| 01/19/2023 | SEND E-MAIL TO Y. LI AND REVIEW OF ACCOUNTING. |  |
|  | REVIEW SEVERAL E-MAILS FROM Y. LI. | 0.10 |

DONGTAI INVESTMENT GROUP, LLC

CLIENT.MATTER NO.   190218-22296
INVOICE NO.:   149166

FEDERAL RECEIVERSHIP - (RJS TIME)

| Date | Description | Hours |
|---|---|---|
| | CONFERENCE REGARDING DOCUMENT PRODUCTION AND STATE COURT LITIGATION. | 0.20 |
| 01/20/2023 | TELEPHONE CONFERENCE WITH COUNSEL AND SHAREHOLDER. | 0.80 |
| 01/25/2023 | REVIEW E-MAIL FROM S. DAVIS, PROBATE ADMINISTRATOR REGARDING DOCUMENT PRODUCTION. | 0.10 |
| 02/02/2023 | REVIEW E-MAIL REGARDING STATUS OF PROBATE ADMINISTRATION. | 0.10 |
| 02/07/2023 | REVIEW PROOF OF CLAIM FILED BY TEMPORARY ADMINISTRATOR FOR M. UDAYAN; SEND E-MAIL TO Y. LE. | 0.50 |
| 02/09/2023 | REVIEW E-MAIL FROM N. LLAMAS; SEND E-MAIL TO N. LLAMAS. | 0.20 |
| 02/10/2023 | REVIEW E-MAIL FROM M. MUSALLI; REVIEW E-MAIL REGARDING DENIAL OF CLAIM; REVIEW E-MAIL AND ATTACHMENTS FROM Y. LE; REVIEW E-MAIL FROM PROBATE ADMINISTRATOR. | 1.10 |
| 02/14/2023 | REVIEW DOCUMENTS PRODUCED BY TEMPORARY ADMINISTRATOR. | 1.20 |
| 02/16/2023 | CONTINUE REVIEW OF PRODUCED DOCUMENTS FROM COURT-APPOINTED ADMINISTRATOR; REVIEW PROBATE DOCUMENTS INCLUDING INVENTORY FILED BY COURT ADMINISTRATOR. | 2.20 |
| 02/17/2023 | CONTINUE REVIEW OF UDAYAN DOCUMENTS. | 1.90 |
| 02/21/2023 | REVIEW CORRESPONDENCE FROM C. CAMPOS; REVIEW CLAIM; SEND E-MAIL TO C. CAMPOS. | 0.30 |
| | REVIEW AND REVISE MOTION TO ESTABLISH A BAR DATE. | 0.20 |
| 02/22/2023 | REVIEW E-MAIL FROM Y. LI; REVIEW CLAIM PAID BY ZONGHONG; SEVERAL E-MAILS TO Y. LI. | 0.30 |
| 02/27/2023 | REVIEW AND SEND SEVERAL E-MAILS TO J. PERRYMAN, AND REVIEW SYMMETRY ENERGY CLAIM. | 0.30 |
| | REVIEW MOTION TO MODIFY BAR DATE AND ENJOIN STATE COURT LITIGATION. | 0.20 |
| | REVIEW MOTION TO MODIFY BAR DATE AND ENJOIN STATE COURT LITIGATION. | 0.20 |
| 02/28/2023 | REVIEW COURT ORDERS. | 0.20 |
| 03/01/2023 | CONFERENCE REGARDING COURT ORDER, DISSOLUTION, HOLD BACK AND CERTIFICATE OF GOOD STANDING. | 0.10 |
| | CONTINUE DRAFT OF WRITTEN STATEMENT OF FILED PROOFS OF CLAIM. | 0.30 |
| 03/02/2023 | SEND E-MAIL TO JAOI; REVIEW SEVERAL E-MAILS FROM JAOI. | 0.20 |
| 03/03/2023 | TELEPHONE CONFERENCE WITH C. CAMPOS REGARDING CLAIM NUMBER 10 FILED BY PROPERTY CARE SERVICES. | 0.40 |
| | TELEPHONE CONFERENCE WITH R. FRONK REGARDING FRANCHISE TAX. | 0.20 |
| | REVIEW E-MAIL FROM R. ANDERSON REGARDING ACCOUNTING. | 0.10 |
| | REVIEW E-MAIL FROM J. QIANJU REGARDING CLAIM OF PROPERTY CARE SERVICES. | 0.10 |
| | SEND E-MAIL TO J. QIANJU REGARDING PROPERTY CARE SERVICES CLAIM. | 0.10 |
| 03/06/2023 | SEND AND REVIEW SEVERAL E-MAILS AND ATTACHMENTS FROM JIAO REGARDING CLAIM OBJECTIONS. | 0.50 |
| | REVIEW AND SEND E-MAIL TO JIAO REGARDING PLANT LANDSCAPE CLAIM NUMBER 5. | 0.20 |
| 03/07/2023 | REVIEW E-MAIL FROM JIAO REGARDING CLAIM ANALYSIS. | 0.10 |
| | TELEPHONE CONFERENCE WITH C. CAMPOS. | 0.40 |
| | ANALYZE CLAIM OF PROBATE ESTATE. | 0.90 |
| 03/08/2023 | TELEPHONE CONFERENCE WITH Y. LI REGARDING CLAIM OF PROBATE ESTATE; SEND E-MAIL TO JIAO; SEND E-MAIL TO H. LIU, COUNSEL FOR HEWLETT-PACKARD; REVIEW E-MAIL AND CLAIM OF HEWLETT-PACKARD; REVIEW CREDITOR MATRIX; REVIEW MOTION, ORDER AND UDAYAN DECLARATION REGARDING INSURANCE ALLOCATION; REVIEW E-MAIL FROM Y. LI. | 3.80 |
| 03/09/2023 | SEND E-MAIL TO H. LIU REGARDING CLAIM OBJECTION. | 0.10 |
| | REVIEW E-MAIL FROM JIAO REGARDING PROPERTY CARE SERVICES. | 0.10 |
| | REVIEW CLAIM OBJECTION FILED BY UNITED AIR. | 0.10 |

DONGTAI INVESTMENT GROUP, LLC

CLIENT.MATTER NO.   190218-22296
INVOICE NO.:   149166

FEDERAL RECEIVERSHIP – (RJS TIME)

| Date | Description | Hours |
|---|---|---|
| 03/10/2023 | REVIEW AND SEND E-MAIL TO H. LIU, COUNSEL FOR HEWLETT-PACKARD. | 0.20 |
| 03/13/2023 | TELEPHONE CONFERENCE WITH A. GERGER REGARDING PAYMENTS FROM RECEIVER IN 2021. | 0.20 |
| 03/14/2023 | REVIEW AND EDIT OBJECTIONS TO CLAIMS. | 0.30 |
| 03/15/2023 | REVIEW SEVERAL E-MAILS FROM C. CAMPOS-PCS. | 0.30 |
| 03/17/2023 | TELEPHONE CONFERENCE WITH S. BARNES.<br>REVIEW MOTION TO WITHDRAW. | 0.20<br>0.10 |
| 03/20/2023 | TELEPHONE CONFERENCE WITH S. BARNES. | 0.30 |
| 03/23/2023 | REVIEW, EDIT AND REVISE OBJECTION TO PCS CLAIM.<br>REVISE LETTER TO R. MILLER, PURPORTED HOLDER OF NOTE AND LIEN AND DEMAND FOR ACCOUNTING. | 0.30<br>0.30 |
| 03/27/2023 | REVIEW AND EDIT OBJECTION TO CLAIM OF ESTATE OF UDAYAN.<br>SEND E-MAIL TO Y. LI; REVIEW E-MAIL FROM Y. LI REGARDING ESTATE CLAIM OBJECTION. | 0.40<br>0.10 |
| 03/28/2023 | REVIEW CORRESPONDENCE REGARDING IRS CLAIM; SEND E-MAIL TO R. ANDERSON. | 0.20 |
| 03/29/2023 | REVIEW OBJECTION TO P. HUI CLAIM FILED BY PLAINTIFFS. | 0.10 |
| 03/30/2023 | REVIEW PLAINTIFF'S OBJECTIONS TO CLAIMS FILED BY PROPERTY CARE SERVICES, ESTATE OF MICHAEL UDAYAN AND UNITED AIR. | 0.40 |
| 03/31/2023 | REVIEW E-MAIL FROM R. ANDERSON, CPA, REGARDING ABATEMENT OF IRS PENALTIES. | 0.10 |
| 04/10/2023 | SEND E-MAIL TO R. ANDERSON REGARDING IRS.<br>REVIEW SEVERAL E-MAILS FROM CPA REGARDING IRS AND PENALTY. | 0.10<br>0.10 |
| 04/14/2023 | REVIEW E-MAIL FROM K. BIRCH. | 0.10 |
| 05/04/2023 | REVIEW RESPONSES FILED BY HUI, PCS AND HEWLETT PACKARD; REVIEW E-MAIL FROM JAIO. | 0.50 |
| 05/05/2023 | SEND E-MAIL TO S. BARNES. | 0.10 |
| 05/08/2023 | TELEPHONE CONFERENCE WITH COUNSEL FOR EQUITY INTEREST HOLDERS.<br>REVIEW INDEMNITY AGREEMENT SIGNED BY UDAYAN.<br>REVIEW THREE RESPONSES TO CLAIM OBJECTIONS. | 0.30<br>0.10<br>0.40 |
| 05/11/2023 | REVIEW E-MAIL FROM S. BARNES. | 0.10 |
| 05/12/2023 | REVIEW REPLY IN SUPPORT OF OBJECTION OF PETER HUI. | 0.20 |
| 05/15/2023 | REVIEW AND COMMENT REGARDING REPLY TO PCS RESPONSE.<br>REVIEW REPLY BY PLAINTIFFS TO HUI CLAIM. | 0.20<br>0.10 |
| 05/16/2023 | REVIEW PLAINTIFF'S REPLY TO HUI CLAIM.<br>REVIEW E-MAIL FROM COUNSEL FOR HEWLETT PACKARD. | 0.20<br>0.10 |
| 05/18/2023 | REVIEW E-MAIL COUNTEROFFER TO HUI AND DISCUSS SAME. | 0.10 |
| 05/19/2023 | REVIEW SUBPOENA REGARDING PROPERTY CARE SERVICES. | 0.10 |
| 05/22/2023 | REVIEW E-MAIL FROM HEWLETT PACKARD COUNSEL AND CONFERENCE REGARDING STIPULATED AGREED ORDER. | 0.10 |
| 05/26/2023 | REVIEW E-MAIL AND SUBPOENA TO PCS AND COUNSEL. | 0.10 |
| 06/05/2023 | REVIEW EMAIL FROM M. MUSSALLI REGARDING PETER HUI; CONFERNCE REGARDING MEDIATION; SEND SEVERAL EMAILS TO JAIO QIANJU. | 0.60 |
| | FOR CURRENT SERVICES RENDERED | 78.80   49,654.00 |

DONGTAI INVESTMENT GROUP, LLC
CLIENT.MATTER NO.  190218-22296
INVOICE NO.:  149166

FEDERAL RECEIVERSHIP - (RJS TIME)

EXPENSES

| | |
|---|---:|
| MAIL OUT | 29.97 |
| CERTIFIED COPIES | 6.00 |
| MESSENGER | <u>44.97</u> |
| TOTAL EXPENSES THRU 06/07/2023 | 80.94 |
| TOTAL CURRENT WORK | 49,734.94 |
| BALANCE DUE | <u>$49,734.94</u> |
| PLEASE REMIT | <u>$49,734.94</u> |

The State Bar of Texas investigates and prosecutes professional misconduct committed by Texas Attorneys. Although not every complaint against or dispute with a lawyer involves professional misconduct, the State Bar Office of General Counsel will provide you with information about how to file a complaint. For more information call 1-800-932-1900.

PLEASE INDICATE OUR INVOICE NO. ON YOUR CHECK

FEDERAL TAX ID NUMBER:  76-0325650