IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| XIONGEN JIAO, an individual, QIANJI JIAO, an individual, ZHONGHUA YI, an individual, PENGFEI ZHOU, an individual, XUAMEI ZHOU, an individual,<br><br>*Plaintiffs,*<br><br>vs.<br><br>NINGBO XU, an individual, and LCL COMPANY, LLC, a Texas Limited Liability Company,<br><br>*Defendants,*<br><br>and<br><br>DONGTAI INVESTMENT GROUP, LLC, a Texas Limited Liability Company,<br><br>*Nominal Defendant.* | Case No.: 4:19-CV-01848<br><br>Judge: Hon. Keith P. Ellison |

### ORDER GRANTING
### MOTION FOR DISBURSEMENT OF FUNDS

CAME ON for consideration the Agreed Motion for Disbursement of Funds ("Motion to Disburse") by Ronald J. Sommers, Receiver ("Receiver") in this matter, and finds that cause exists to grant a disbursement of funds to (i) Nathan Sommers Jacobs in an amount of $79,610.20, (ii) TPS-West, LLC in an amount of $6,178.51, (iii) the Receiver in an amount of $49,734.94, and (iv) Proof of Claims No. 1, 2, 3, 4, 5, 11, and 12 in the full amount of the allowed claim, and that the Motion to Disbursement should be GRANTED. It is therefore

ORDERED that the Agreed Motion to Disburse is GRANTED. Further, it is

ORDERED that the following payments by the Receiver during the pendency of this receivership are ratified by the Court:

| PAYEE | AMOUNT |
|---|---|
| United States Treasury | $129.00 |
| United States Treasury | $172.00 |
| United States Treasury | $301.00 |
| United States Treasury | $344.00 |
| Proactive Legal Solutions | $135.00 |
| Proactive Legal Solutions | $85.00 |
| Fidelity National Financial, Inc. | $285.32 |
| United States Treasury | $5,040.00 |
| TPS-West, LLC (Accountant Fees) | $25,406.44 |
| **TOTAL** | **$31,897.76** |

ORDERED that Receiver shall pay Nathan Sommers Jacobs an amount of $79,610.20, TPS-West, LLC an amount of $6,178.51, and that Receiver shall pay $49,734.94 to Ronald J. Sommers, Receiver for interim fees and expenses. Further, it is

ORDERED that the Receiver shall pay $925,255.83 to the allowed Claims Nos. 1, 2, 3, 4, 5, 11 and 12 in the amounts and in the manner directed below:

| Claim No. | Claimant | Mailing Address | Agreed Claim Amount |
|---|---|---|---|
| 1 | Qianju Jiao | c/o Stacey L. Barnes<br>Kearney, McWilliams & Davis, PLLC<br>55 Waugh Drive, Suite 150<br>Houston, Texas 77007 | $157,250.00 |
| 2 | Jiatong Yu | c/o Stacey L. Barnes<br>Kearney, McWilliams & Davis, PLLC<br>55 Waugh Drive, Suite 150<br>Houston, Texas 77007 | $227,250.00 |
| 3 | Xuanmei Zhou | c/o Stacey L. Barnes<br>Kearney, McWilliams & Davis, PLLC<br>55 Waugh Drive, Suite 150<br>Houston, Texas 77007 | $328,250.00 |
| 4 | Zhonghong Group USA Inc. | c/o Stacey L. Barnes<br>Kearney, McWilliams & Davis, PLLC<br>55 Waugh Drive, Suite 150<br>Houston, Texas 77007 | $180,000.00 |
| 5 | Natura A-R | Attn: Janice Confer<br>6436 Babcock Rd.<br>San Antonio, Texas 78249 | $11,967.56 |
| 11 | Symmetry Energy Solutions, LLC | Attn: Accounts Receivable<br>9811 Katy Freeway, Suite 1400<br>Houston, TX 77024 | $11,538.27 |
| 12 | Hewlett Packard Financial Services | Attn: Kate Buck<br>McCarter & English LLP<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801 | $9,000.00 |

SIGNED this the _____ day of _____, 2023.

                                                           _____
                                                           JUDGE PRESIDING

APPROVED AND REQUESTED
TO BE ENTERED:

**NATHAN SOMMERS JACOBS**
**A PROFESSIONAL CORPORATION**

By: /s/ *Iain L. C. Kennedy*
      Iain L. C. Kennedy
      Attorney-in-Charge
      Texas Bar. No. 24068094
      Federal ID No. 1066018
      Julie Le
      Texas Bar No. 24111324
      Federal ID No. 3778242
      2800 Post Oak Blvd. 61st Floor
      Houston, TX 77056
      (713) 960-0303 (main)
      (713)892-4800 (fax)
      ikennedy@nathansommers.com
      jle@nathansommers.com

**ATTORNEYS FOR RONALD J. SOMMERS, RECIEVER**