IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **XIONGEN JIAO, an individual, QIANJI JIAO, an individual, ZHONGHUA YI, an individual, PENGFEI ZHOU, an individual, XUAMEI ZHOU, an individual,** *Plaintiffs,* vs. **NINGBO XU, an individual, and LCL COMPANY, LLC, a Texas Limited Liability Company,** *Defendants,* and **DONGTAI INVESTMENT GROUP, LLC,** a Texas Limited Liability Company, Nominal Defendant. | **Case No.: 4:19-CV-01848** **Judge: Hon. Keith P. Ellison** |

### ORDER ALLOWING CLAIM NO. 12 OF HEWLETT-PACKARD FINANCIAL SERVICES COMPANY

CAME ON for consideration the Receiver's Objection (the "Objection") to Claim No. 12, (the "Claim") filed by Hewlett-Packard Financial Services Company ("Claimant"), the response and reply filed thereto, and the Receiver and Claimants' Joint Notice of Proposed Settlement of the Objection. (Dkt Nos. 197, 213, 217, 221). The Court, after reviewing the filings, considering the arguments of counsel, and considering the evidence, finds that the Objection should be sustained in part and denied in part pursuant to the settlement of the parties. It is therefore,

ORDERED, ADJUDGED, AND DECREED that Claimant shall have an allowed claim that shall be considered timely filed for purposes of distributions and claims payment in the amount of $9,000.00.

SIGNED at Houston, Texas, on this the 23rd of June, 2023.

_____
UNITED STATES DISTRICT JUDGE