IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **XIONGEN JIAO, an individual, QIANJI JIAO, an individual, ZHONGHUA YI, an individual, PENGFEI ZHOU, an individual, XUAMEI ZHOU, an individual,**  *Plaintiffs,*  vs.  **NINGBO XU, an individual, and LCL COMPANY, LLC, a Texas Limited Liability Company,**  *Defendants,*  and  **DONGTAI INVESTMENT GROUP, LLC,** a Texas Limited Liability Company,  Nominal Defendant. | **Case No.: 4:19-CV-01848**  **Judge: Hon. Keith P. Ellison** |

## AGREED ORDER GRANTING IN PART AND DENYING OBJECTIONS TO CLAIM NO. 10 FILED BY PROPERTY CARE SERVICES LLC

CAME ON for consideration the Receiver's Objection (the "Receiver's Objection") (Dkt. 201) and Plaintiffs Xiongen Jiao, Qianji Jiao, Zhonghua Yi, Pengfei Zhou, and Zuamei Zhou (together "Plaintiffs") Objection (the "Plaintiffs' Objection) (Dkt. 206) to Claim No. 10 (the "Claim") filed by Property Care Services LLC ("Claimant").

Receiver, Plaintiffs, and Claimant have represented to the Court that they successfully mediated this dispute on June 21, 2023. At that mediation, the parties agreed to an agreed allowed timely filed claim for purposes of distributions and claims payment in the amount of $60,000.00 for Claimant.

The Court, after reviewing the Receiver's Objection and Plaintiffs' Objection, considering

the arguments of counsel, and considering the evidence finds that the Receiver's Objection and Plaintiffs' Objection should be sustained in part and denied in part pursuant to the mediated settlement agreement of the parties. It is therefore,

ORDERED, ADJUDGED, AND DECREED that Claimant shall have an allowed claim that shall be considered timely filed for purposes of distributions and claims payment in the amount of $60,000.00. It is further

ORDERED that the Receiver shall pay Claimant's claim in the amount of $60,000 to Property Care Services, LLC, by wire transfer to the IOLTA bank account of Roman Law Firm, P.C., 4141 Southwest Freeway, Suite 250, Houston, Texas 77027, within twenty (20) days of this rendered order.

SIGNED at Houston, Texas, on this the 23rd of June, 2023.

_____
UNITED STATES DISTRICT JUDGE

AGREED TO IN FORM AND SUBSTANCE:

/s/ Iain L. C. Kennedy
Iain L. C. Kennedy
Counsel to Receiver Ronald J. Sommers


/s/ Stacey L. Barnes
Stacey L. Barnes
Counsel to Plaintiffs

/s/ T. Michael Neville
T. Michael Neville
Counsel to Claimant Property Care Services, LLC