**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **XIONGEN JIAO, an individual, QIANJI JIAO, an individual, ZHONGHUA YI, an individual, PENGFEI ZHOU, an individual, XUAMEI ZHOU, an individual,** *Plaintiffs,* vs. **NINGBO XU, an individual, and LCL COMPANY, LLC, a Texas Limited Liability Company,** *Defendants,* and **DONGTAI INVESTMENT GROUP, LLC, a Texas Limited Liability Company,** **Nominal Defendant.** | **Case No.: 4:19-CV-01848** **Judge: Hon. Keith P. Ellison** |

## ORDER DISALLOWING CLAIMS NO. 8 AND 9

CAME ON for consideration the Receiver's Objections (the "Objections") to Claims No. 8 and 9. The Court, after reviewing the Objections, considering the arguments of counsel, and considering the evidence, finds that the Objections should be sustained. It is therefore,

ORDERED, ADJUDGED, AND DECREED that the Objections are SUSTAINED; and it is further

ORDERED, ADJUDGED, AND DECREED that Claim No. 8 is DISALLOWED in its entirety; and it is further

ORDERED, ADJUDGED, AND DECREED that Claim No. 9 is DISALLOWED in its entirety.

SIGNED at Houston, Texas, on this the 23rd of June, 2023.

_____
UNITED STATES DISTRICT JUDGE