# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| XIONGEN JIAO, an individual, QIANJI JIAO, an individual, ZHONGHUA YI, an individual, PENGFEI ZHOU, an individual, XUAMEI ZHOU, an individual,<br><br>*Plaintiffs,*<br><br>vs.<br><br>NINGBO XU, an individual, and LCL COMPANY, LLC, a Texas Limited Liability Company,<br><br>*Defendants,*<br><br>And<br><br>DONGTAI INVESTMENT GROUP, LLC, a Texas Limited Liability Company,<br><br>Nominal Defendant. | Case No.: 4:19-CV-01848<br><br>Judge: Hon. Keith P. Ellison |

## AGREED ORDER GRANTING IN PART AND DENYING OBJECTIONS TO CLAIM NO. 6 FILED BY PETER HUI AND HOSPITALITY UNLIMITED INVESTMENTS, INC.

CAME ON for consideration the Receiver Ronald J. Sommers's ("Receiver") Objection to Proof of Claim No. 6 (Dkt. 199) and the Plaintiffs' Xiongen Jiao, Qianju Jiao, Zhonghua Yu, Jiatong Yu, Pengfei Zhou and Xuanmei Zhou (together "Plaintiffs") Objection to Proof of Claim No. 6 (Dkt. 202), and the Responses and Replies filed thereto by Claimants Peter Hui and Hospitality Unlimited Investments, Inc. (together "Claimants") (Dkt. 210, 218).

Receiver, Plaintiffs, and Claimants have represented to the Court that they successfully mediated this dispute on July 13, 2023. At that mediation, the parties agreed to an agreed,

allowed, timely filed claim for purposes of distributions and claims payment in the amount of $66,000.00 for Claimants.

The Court, after reviewing the Receiver's Objection and Plaintiffs' Objection, considering the arguments of counsel, and considering the evidence finds that the Receiver's Objection and Plaintiffs' Objection should be sustained in part and denied in part pursuant to the settlement of the parties. It is therefore,

ORDERED, ADJUDGED, AND DECREED that Claimants shall have an allowed claim that shall be considered timely filed for purposes of distributions and claims payment in the amount of $66,000.00. It is further

ORDERED that the Receiver shall pay Claimant's claim in the amount of $66,000 to The Law Office of Matthew J. Mussalli, P.C. d/b/a The Mussalli Law Firm, 24 Waterway Ave., Suite 830, The Woodlands, Texas, 77380, within thirty (30) days of entry of this Order. It is further

ORDERED that each party shall bear its own attorney's fees with respect to this matter.

Signed the _____ day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE

AGREED TO IN FORM AND SUBSTANCE:

/s/ Iain L. C. Kennedy
Iain L. C. Kennedy
Counsel to Receiver Ronald J. Sommers

/s/ Stacey L. Barnes
Stacey L. Barnes
Counsel to Plaintiffs

/s/ Matthew Mussalli
Matthew Mussalli
Counsel to Claimants Peter Hui and Hospitality Unlimited Investments, Inc.